UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

                Plaintiff

**CIVIL ACTION
NO. 3:00CV835 (CFD)**

v.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**DATE: OCTOBER 17, 2003**

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Mostafa Reyad hereby request a two-weeks extension of time, through November 14, 2003, in which to file the Joint Trial Memorandum Ordered to be filed no later Than October 31, 2003. Defendant's request for extension, due to his weakness caused by anemia.

This is Defendant's first request for an extension of time with respect to this Order. Plaintiff and Defendant Wafa Reyad consent to the request.

      WHEREFORE, Defendant respectfully requests this his motion for Extension of Time by Granted, and that the deadline for filing Joint Trail Memorandum be extended to November 14, 2003.

1

The Defendant
Mostafa Reyad

By: _____

Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone  203-325-4100
Home Phone  201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that on the captioned date, he mailed a true copy to:

1. Attorney Rowena A. Moffett
   Brenner, Saltzman & Wallman
   271 Whitney Avenue
   New Haven, CT 06507

2. Hand delivered to
   Wafa Reyad

_____
Mostafa Reyad