FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 29 A 11: 18

US DISTRICT COURT
HARTFORD CT

INDYMAC BANK, F.S.B.

              Plaintiff

CIVIL ACTION
NO. 3:00CV835 (CFD)

v.

MOSTAFA REYAD AND WAFA REYAD
              Defendants

DATE: OCTOBER 28, 2003

## DEFENDANTS' PETITION FOR PROTECTIVE ORDER AGAINST PLAINTIFF'S DISCOVERY REQUEST

Defendants hereby respectfully file their petition for Protective Order to preclude Plaintiff's depositions. Defendants received on October 27, 2003 Notice of Deposition to be conducted on November 5, 2003, [attached hereto],. On December 3, 2002, this Court Ordered Re: Status Report (Court Order Number 272). The Order made it clear that if any party wishes to modify the Scheduling Order, should file a separate motion. The parties jointly filed the Joint Status Report on December 23, 2002 (Doc # 273), and neither party filed a motion to modify the "Scheduling Order". However, Plaintiff made certain reservation to take deposition of Defendants, and pulled back their reservation, <u>see</u>, page 3 "While IndyMac intends to pursue these discovery issues, IndyMac does not want such issues to delay trial and is prepared to proceed to trial even if such issues have not been resolved".

1

It is unfair and prejudice to Defendants, that Plaintiff be permitted to continue discovery, a few days before the time of filing "Joint Trial Memorandum", specifically when Plaintiff annonced ten (10) months before, that Plaintiff is prepared to proceed to trial even if such issues have not been resolved, and the discovery is closed more than 20 months, in addition they did not file a motion to modify the Scheduling Order, and if they filed that motion, all parties would have the same opportunity to take the advantage of discovery continuation; e.g. Defendants need the discovery for admission of documents related to funds could be lost without discovery, and Defendants are looking for the preliminary report of over-valued property appraisals in the amount of 22.28%, which was the cornerstone for the prejudgment remedy. If justice so requires that Plaintiff's deposition to continue, all parties should have the same opportunity, and the Court should Order opening the discovery for all parties, for a period of time deems proper, or in the alternative issue an Order to Preclude the continuation of discovery.

CONCLUSION

The Honorable Court should Grant Defendants' Petition and preclude continuation of discovery or in the alternative, open the discovery for all parties for a period of time deems proper.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone  203-325-4100
Home Phone  201-585-0562

The Defendant
Wafa Reyad

By: _____
Wafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Home Phone  201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Ave, New Haven, CT 06511.

_____
Mostafa Reyad

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

Rowena A. Moffett
moffett@bswlaw.com
Fax: 203.772.4008

NEWTON D. BRENNER, P.C
STEPHEN L. SALTZMAN, P.C
MARC A. WALLMAN, P C
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C
ALICE J. MICK, P.C
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

MICHELLE S. GOOLIA
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

MAILING ADDRESS:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507

## TELECOPY TRANSMISSION SHEET

### PLEASE DELIVER THIS TRANSMISSION TO:

Name: **Mostafa Reyad**

Fax Number: **203-325-3923**

From: **Rowena A. Moffett, Esq.**

Re: **IndyMac v. Reyad, et al.**

Date: **October 27, 2003**     Our File No. **04127-001**

Total Pages (including this sheet): **5**

### Additional Message

Pursuant to your request, attached are copies of the deposition notices that were mailed to you via certified mail but are being returned because you were not able to sign for them. I would appreciate your leaving me a message confirming your receipt of these notices. Thank you.

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF BRENNER, SALTZMAN & WALLMAN LLP WHICH MAY BE CONFIDENTIAL OR PRIVILEGED. THIS INFORMATION IS INTENDED FOR USE BY THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE RETRIEVAL OF THE FAXED DOCUMENTS.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B. | |
| Plaintiff, | CIVIL ACTION NO. 3:00 CV835(CFD) |
| v. | |
| MOSTAFA REYAD and WAFA REYAD, | OCTOBER 23, 2003 |
| Defendants. | |

### RE-NOTICE OF DEPOSITION

Please take notice that pursuant to Fed. R. Civ. P. 30, Plaintiff IndyMac Bank, F.S.B. will take the deposition upon oral examination and before proper authority of **Wafa Reyad** on Friday, October 31, 2003, beginning at 10:00 a.m. at the Offices of Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, Connecticut. Testimony in the deposition will continue if necessary thereafter, from day to day, until completed. You are invited to attend and examine the witness.

PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746
Tel. (203) 772-2600

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B. | |
| Plaintiff, | CIVIL ACTION NO. 3:00 CV835(CFD) |
| v. | |
| MOSTAFA REYAD and WAFA REYAD, | OCTOBER 23, 2003 |
| Defendants. | |

### RE-NOTICE OF DEPOSITION

Please take notice that pursuant to Fed. R. Civ. P. 30, Plaintiff IndyMac Bank, F.S.B. will take the deposition upon oral examination and before proper authority of **Mostafa Reyad on Wednesday, November 5, 2003**, beginning at 10:00 a.m. at the Offices of Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, Connecticut. Testimony in the deposition will continue if necessary thereafter, from day to day, until completed. You are invited to attend and examine the witness.

PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746
Tel. (203) 772-2600

4

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, return receipt requested, this 23RD day of October, 2003 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024.

Rowena A. Moffett (ct19811)

M:\DOCS\04127\001\757493.DOC

2

3

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, return receipt requested, this 23rd day of October, 2003 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024.

_____
Rowena A. Moffett (ct19811)

M:\DOCS\04127\001\757492.DOC                    2