

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

             Plaintiff

CIVIL ACTION
NO. 3:00CV835 (CFD)

v.

MOSTAFA REYAD AND WAFA REYAD
             Defendants

DATE: OCTOBER 17, 2003

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Mostafa Reyad hereby request a two-weeks extension of time, through November 14, 2003, in which to file the Joint Trial Memorandum Ordered to be filed no later Than October 31, 2003. Defendant's request for extension, due to his weakness caused by anemia.

This is Defendant's first request for an extension of time with respect to this Order. Plaintiff and Defendant Wafa Reyad consent to the request.

    WHEREFORE, Defendant respectfully requests this his motion for Extension of Time by Granted, and that the deadline for filing Joint Trail Memorandum be extended to November 14, 2003.

*[Handwritten annotation in margin: "Granted. So ordered. [signature] 10/28/03"]*

1