UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br>                 Plaintiff, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br>                 Defendants. | CIVIL ACTION NO. <br> 3:00CV835(CFD) <br><br><br> NOVEMBER 18, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Plaintiff IndyMac Bank, F.S.B., with the consent of Defendants Mostafa Reyad and Wafa Reyad, hereby requests a two-day extension of time, nunc pro tunc, in which to file the Joint Trial Memorandum. The parties' Joint Trial Memorandum was due on November 14, 2003. However, due to the voluminous nature of the parties' submissions, particularly Defendants' formulation of their claims and defenses in this action, many of which had not been previously raised in this action, Plaintiff required two additional business days in which to complete its portion of the Joint Trial Memorandum.

This is Plaintiff's first request for an extension of time with respect to this deadline. Defendants consent to the granting of the instant request.

m:\docs\04127\001\767874.doc

WHEREFORE, Plaintiff IndyMac Bank, F.S.B. respectfully requests that this Motion for Extension of Time Nunc Pro Tunc be granted, and that the Court accept for filing the parties' Joint Trial Memorandum on November 18, 2003.

                        PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
      David R. Schaefer (ct04334)
      Rowena A. Moffett (ct19811)
      BRENNER, SALTZMAN & WALLMAN LLP
      Its Attorneys
      271 Whitney Avenue
      P.O. Box 1746
      New Haven, CT 06507-1746
      Tel. (203) 772-2600

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, this 18th day of November, 2003 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024.

_____
Rowena A. Moffett (ct19811)