UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:00CV835(CFD) <br><br><br> NOVEMBER 18, 2003 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Plaintiff IndyMac Bank, F.S.B., with the consent of Defendants Mostafa Reyad and Wafa Reyad, hereby requests a two-day extension of time, nunc pro tunc, in which to file the Joint Trial Memorandum. The parties' Joint Trial Memorandum was due on November 14, 2003. However, due to the voluminous nature of the parties' submissions, particularly Defendants' formulation of their claims and defenses in this action, many of which had not been previously raised in this action, Plaintiff required two additional business days in which to complete its portion of the Joint Trial Memorandum.

This is Plaintiff's first request for an extension of time with respect to this deadline. Defendants consent to the granting of the instant request.

m:\docs\04127\001\767874.doc