UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 26  A 9: 30

US DISTRICT COURT
HARTFORD CT

INDYMAC BANK, F.S.B.
                                    Plaintiff              CIVIL ACTION NO.
                                                           3:00CV835 (CFD)

                V.

MOSTAFA REYAD AND WAFA REYAD
                        Defendants

                                                    DATE: NOVEMBER 24, 2003


### DEFENDANT MOSTAFA REYAD'S SECOND MOTION IN LIMINE


Defendant Mostafa Reyad hereby respectfully move this Court to Strike certain

inadmissible evidence out of the records of the Joint Trial Memorandum. Plaintiff's

contention to move all issues to Trial including inadmissible evidence is improper, and

contrary to the Rules of Court. Plaintiff consumed more than two (2) years to show his

identity complicated Defendant's proceeding. Now, Plaintiff attempting to block

Defendant's issues which were raised during pretrial and not ruled upon. This Court

Ruled upon and Denied the summary judgement founded on preclusion. The Court did

not Rule on material issues raised by Defendant. Defendant's issues emerge evidentiary

problems. Defendant attempts to solve it in the first motion in limine, Plaintiff avoids

response. Defendant hereby providing the evidence, and not asking Plaintiff to provide it.


1

Defendant traveled to California and obtained certified copies of the complete certificate of qualification for WLCA and IndyMac Mortgage Holdings, Inc. Plaintiff provided exhibit "J" of the Trial Memorandum includes 127 exhibits. This Motion in limine is to strike four (4) exhibits out of the 127, if the Court Grant this motion, all the remaining 127 would be moot.

As it is demonstrated in the accompanied Memorandum of Law. This motion to Strike Plaintiff's exhibit number 22-25; these exhibits are:

1. Fictitious Business Name Statement of Independent Lending Corporation, filed in Los Angeles County, California, dated 10/13/94, exhibit # 22

2. Fictitious Business Name Statement of IndyMac Mortgage Holdings, Inc. filed in Los Angeles County, California, dated 8/21/98, exhibit # 23

3. Registration of Trade names form of IndyMac Mortgage Holdings, Inc. filed in New Castle County, Delaware, dated 8/12/98, exhibit # 24

4. Trade name certificate of IndyMac Mortgage Holdings, Inc. filed in Hartford, Connecticut, dated 8/24/98, exhibit # 25

The above four (4) documents are improperly filed and should be stricken out of the records of Joint Trial Memorandum.

The Defendant
Mostafa Reyad

By: _____

Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone # 203-325-4100
Home Phone # 201-585-0562


## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this Motion to

Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Wafa Reyad

at 2077 Center Avenue # 22D, Fort Lee, NJ 07024.


_____
Mostafa Reyad

3