UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -4  A  9: 31

US DISTRICT COURT
HARTFORD CT

---

INDYMAC BANK, F.S.B.
               Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
         Defendants

DATE: DECEMBER 3, 2003

---

## DEFENDANT MOSTAFA REYAD'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Defendant Mostafa Reyad hereby respectfully submits, this Memorandum of Law in support of the concurrently filed Motion to Dismiss Plaintiff's Entire Complaint (Doc # 165) dated September 7, 2001. Plaintiff lacks capacity to sue; pursuant to **Fed. R. Civ. P. Rule 12(b)(6)**; and pursuant to the authority of **United Medical Management Ltd. v. Gatto**, (1996) 49 Cal. App. 4th 1732 [57 Cal. Rptr. 600]; (Once a nonqualified foreign corporation commences an action regarding intrastate business, the defendant may assert by *demurrer* or as an affirmative defense in the answer the *lack of capacity* to maintain an action arising out of intrastate business). *Id*. 1740

1

Plaintiff in this action used the sword, and obtained substantially heavy magnitude of attachments Orders in the amount of $ 8.9 million, crippled Defendants, cutting off their resources, and instituted very lengthy pretrial. Plaintiff advocated the continuation of the attachments' Order for more than three and half years, and kept hammering Defendants; causing Defendants damages an amount in approximately twelve million dollar, while Plaintiff lacks capacity to sue. Plaintiff also used the shield hindering his actual identity, and during discovery was reluctant to respond; repeating the statement "irrelevant to defense or a claim". The Court Ordered Plaintiff to file the articles of incorporations of Warehouse Lending Corporation of America "WLCA", and IndyMac Mortgage Holdings, Inc. Plaintiff filed only the articles of incorporations recorded in the Department of Corporations of the State of Delaware, and failed to file the certificates of qualifications recorded with California Secretary of State. Plaintiff's organization holds seven billion dollar assets, equipped with legal staff are fully aware about California law, and the meaning of articles of incorporation, and certificate of qualification. They are aware, that, they must use the authorized assumed name maintained with California Secretary of State in all and any of their dealings, and in the conduct of their affairs, and any violation will prohibit them from maintaining an action. Plaintiff's attorneys are also aware, that, the name of a corporation is kept with Secretary of State, not in a County records, and they are more aware that a corporation has only one name, even so, Plaintiff filed with this Court, two fictitious business name statements and two trade name certificates; all are nonauthorized and misleading documents, caused frustrations and waste of time and energy. The Court should be advised that Plaintiff avoids citation of California law provisions, and precedents.

Defendant filed summary judgment founded on Plaintiff violation of **Cal. Bus. & Prof. C. section 17910.5(a)**, the Court passed over, and Denied summary judgment founded upon (genuine issue of material fact precludes summary judgment), the Court explained "Moreover, there is evidence from which a reasonable juror could conclude that both IndyMac Holdings, Inc. and Independent Lending Corporation had the authority to do business under the name "Warehouse Lending Corporation of America". The documents provided in this memorandum supported by legal authority would defeat that evidence. It also defeat that, Independent Lending Corporation had no authority to enter into agreement using the name "Independent Lending Corporation doing business as Warehouse lending Corporation of America" on December 6, 1996, after it filed with California Secretary of State on October 11, 1994 a certificate relinquishing the name of Warehouse Lending Corporation of America; see, **attachment # 1** (9 pages) p. 6. and **see attachment # 2** (13 pages). IndyMac Mortgage Holdings, Inc.'s certificate of qualification, have nothing about or reference to a fictitious business name or a trade name.

All IndyMac corporation are Delaware corporations; in order to transact intrastate business; a corporation should obtain a certificate of qualification from California Secretary of State, and must comply with California law. **See, Cal. Corp. C. Chapter 21 (sections 2100-2117), section 2106(b)(2)** stipulates in part "the foreign corporation agrees that it will transact business in this state under an assumed name disclosed to the

Secretary of State and that it will use such assumed name in all of its dealings with the Secretary of State and in the conduct of its affairs in this state".

In the instant action, there is two unauthorized corporate names, different from the assumed names maintained with California Secretary of State in violation of section 2106 (b)(2);

1. Independent Lending Corporation doing business as Warehouse Lending Corporation of America

2. IndyMac Mortgage Holdings, Inc. doing business as Warehouse Lending Corporation of America

In addition, the documents provided show that WLCA's name has been relinquished effective October 11, 1994. All guarantys dated December 6, 1996 and November 10, 1998, are illegal documents have no binding effect. Also, the fictitious business names and trade name certificates are contrary to California Corporations law.

<u>See</u>, **Cal. C. Civ. Pro. Section 436 "b"** stipulates "Strike out all or any part of any pleading not drawn or filed in conformity with the laws of this state". All the names above violated the Corporations Code, and should be stricken as well as the fictitious business name statements and trade name certificates. It means that, the Court should strike Plaintiff's Entire Complaint as a matter of law.

Furtherly, It is the evidence that Independent Lending Corporation had no authority to enter into agreement using doing business name, and in no event the four guarantys dated 1996 and 1998 are valid documents. Certainly, Wafa Reyad whom garnished by $ 7.3 million for a period exceeding three and half years, was an error at law, caused by a Plaintiff lacks capacity to sue. All guarantys run only to the benefit of WLCA, which surrendered its charter and certificate in 1994. Wafa Reyad sued only for the alleged guaranty, and Justice mandates that Wafa Reyad should be released from the prejudgment against her as practicable as possible.


**See**, **Cal. Corp. C. section 2203 (c)** "A foreign corporation subject to the provisions of **Chapter 21** (commencing with **section 2100**) which transacts intrastate business without complying with **section 2105** shall not maintain any action in any court of this State". **See**, **also Cal. Bus. & Pro. C. section 17910**; prohibit the use of the word corporation, unless there is a valid corporation, **see**, also **section 14415**" the corporation has the exclusive right to use the fictitious business trade name in its state of origin.


Defendant incorporated herein, motion in limine, its memorandum, and its reply, second motion in limine, and all documents attached.


Defendant hereby invoking **Cal. C. Civ. Proc. section 597**; it allows the Court to proceed to trial of the special defense before the trial of any other issues of the case. This memorandum is in support of Defendant's motion to dismiss founded on discovery appeared to Defendant less than ten days ago fits with the meaning of special defense of

**section 597**. The Court should Rule on the accompanied motion or in the alternative proceed to trial on the issue of Plaintiff's lack of capacity to sue. It is unfair to wait the trial of other issues.

## **CONCLUSION**

The Honorable Court should Dismiss Plaintiff's Entire Complaint.

The Defendant
Mostafa Reyad

By:_____
Mostafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
Day Phone # 203-325-4100
Home Phone #  201-585-0562

## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this Motion to

Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Wafa Reyad

at 2077 Center Avenue, # 22D, Fort Lee, NJ 07024.

_____
Mostafa Reyad

# ATTACHMENT
# # 1



# State of California

## SECRETARY OF STATE

I, KEVIN SHELLEY, Secretary of State of the State of California, hereby certify:

That on the _____18th_____ day of _____August_____, _____1994_____,

_____INDEPENDENT LENDING CORPORATION_____

_____

a(n) _____Delaware_____ corporation, complied with the laws of this State governing foreign corporations to the extent necessary to entitle it to transact intrastate business in the State of California.

That all supplemental filings of record in this office for said corporation are as follows:

| DOCUMENT | FILED |
|---|---|

AMENDED STATEMENT
BY FOREIGN CORPORATION.................................................October 11, 1994
  Name changed from: WAREHOUSE LENDING CORPORATION
                      OF AMERICA, INC.

CERTIFICATE OF SURRENDER OF
RIGHT TO TRANSACT INTRASTATE BUSINESS..........................February 23, 1998

IN WITNESS WHEREOF, I execute this
certificate and affix the Great Seal
of the State of California this day
of November 24, 2003.

*Kevin Shelley*

KEVIN SHELLEY
Secretary of State

NP-24 A (REV. 1-03)

tb



## SECRETARY OF STATE

I, *Kevin Shelley*, Secretary of State of the State of California, hereby certify:

That the attached transcript of __7__ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

NOV 2 4 2003

_____
Secretary of State

Sec/State Form CE-108 (rev. 1/03)

OSP 03 74671

**STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION**

191.0773

FILED
In the office of the Secretary of State
of the State of California

**AUG 1 8 1994**

*Tony Miller*

Acting Secretary of State

___

Warehouse Lending Corporation of America, Inc.
(Name of Corporation)

a corporation organized and existing under the laws of _____ Delaware _____
(State or Place of Incorporation)

makes the following statements and designation:

1. The address of its principal executive office is _____

155 N. Lake Avenue, Pasadena, California, 91101
(Insert complete address of principal executive office wherever located.)
DO NOT USE POST OFFICE BOX

2. The address of its principal office in the State of California is _____

155 N. Lake Avenue, Pasadena, California, 91101
(Insert complete address of principal office in California.)
DO NOT USE POST OFFICE BOX

**DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN THE STATE OF CALIFORNIA**

3. (Use this paragraph if the process agent is a natural person.)

_____

a natural person residing in the State of California, whose complete address is

_____

DO NOT USE POST OFFICE BOX

is designated as its agent upon whom process directed to the corporation may be
served within the State of California in the manner provided by law.

**(FORM TO BE COMPLETED ON REVERSE SIDE)**

4. (Use this paragraph if the process agent is a corporation.)

The Prentice-Hall Corporation System, Inc.
_____, a corporation organized
and existing under the laws of _____Delaware_____ is designated as
agent upon whom process directed to the undersigned corporation may be served within
the State of California, in the manner provided by law.

NOTE: Before it may be designated by any foreign corporation as its agent for
service of process, a corporate agent must comply with Section 1505,
California Corporations Code. (See Instruction 2.)

5. The undersigned corporation hereby irrevocably consents to service of process
directed to it upon the agent designated above, and to service of process on the
Secretary of State of the State of California if the agent so designated or the
agent's successor is no longer authorized to act or cannot be found at the address
given.

Warehouse Lending Corporation of America, Inc.
(Name of Corporation)

Gwen J Eells
(Signature of Corporate Officer)

Gwen J. Eells, Assistant Secretary
(Typed Name and Title of Officer Signing)

INSTRUCTIONS:

1. There must be annexed to this statement, a certificate by an authorized public official of the state
or place of incorporation of the corporation, to the effect that the corporation making the statement
is an existing corporation in good standing in that state or place. IF A NONPROFIT CORPORATION IS TO
BE QUALIFIED, the certificate must also indicate that the corporation is a nonstock, nonprofit
corporation.

2. No domestic corporation may be designated as agent for service of process unless it has filed with the
Secretary of State the certificate provided for by Section 1505, California Corporations Code (CCC),
and no foreign corporation may be designated unless it has qualified for the transaction of intrastate
business in California and has filed with the Secretary of State of the State of California the
certificate provided for by Section 1505, CCC. A domestic or foreign corporation must be currently
authorized to engage in business in this State and be in good standing status on the records of the
Secretary of State of the State of California, in order to file a certificate pursuant to this section.
NOTE: A CORPORATION CANNOT ACT FOR ITSELF AS AGENT FOR SERVICE OF PROCESS.

3. If a corporation is required to qualify under an assumed name (name other than the true corporate
name) pursuant to Section 2106(b), CCC, then in the first line of this statement set out the correct
corporate name, followed by "which will do business in California as _____," setting
forth the assumed name in the space indicated. The assumed name should not be set out in connection
with the corporate name anywhere else in the statement.

4. If the corporation changes its name the corporation must file an Amended Statement by Foreign
Corporation. A form may be obtained from the Secretary of State.

PAGE 1

# State of Delaware

## Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "WAREHOUSE LENDING CORPORATION OF
AMERICA, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE
OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE
EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE
SEVENTEENTH DAY OF AUGUST, A.D. 1994.



Edward J. Freel, Secretary of State

2380875   8300

944153683

AUTHENTICATION:   7214129

DATE:   08-17-94

NCTO.

1910773    **A452251**

## AMENDED STATEMENT BY
## FOREIGN CORPORATION

**FILED**
In the office of the Secretary of State
of the State of California

**OCT 1 1 1994**

*Tony Miller*
Acting Secretary of State

_____Independent Lending Corporation_____, a corporation

organized and existing under the laws of ___Delaware_____

and which is presently qualified for the transaction of intrastate business in the

State of California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was _____

_____Warehouse Lending Corporation of America, Inc._____

_____

Independent Lending Corporation
(Name of Corporation)

*Gwen J. Eells*
(Signature of Corporate Officer)

Gwen J. Eells, Assistant Secretary
(Typed Name and Title of Officer Signing)

**INSTRUCTIONS:**

There must be attached to this Amended Statement a certificate of an authorized
public official of the state or place of incorporation, that such change of name
was made in accordance with the laws of that state or place.

PAGE  1

### State of Delaware

## Office of the Secretary of State

I, EDWARD J. FREEL, SERCRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "WAREHOUSE LENDING CORPORATION OF AMERICA, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "INDEPENDENT LENDING CORPORATION", THE FIFTH DAY OF OCTOBER, A.D. 1994, AT 4:30 O'CLOCK P.M.





Edward J. Freel, Secretary of State

2380875  8320                                          7262222

944189895                       AUTHENTICATION:

                                DATE:        10-06-94

D0567394

# 191?773

FILED
In the office of the Secretary of State
of the State of California

FEB 23 1998

Bill Jones
BILL JONES, Secretary of State

## CERTIFICATE OF SURRENDER OF RIGHT
## TO TRANSACT INTRASTATE BUSINESS

On behalf and by authority of ___Independent Lending Corporation___

(Name of Corporation)

_____ , a corporation organized

and existing under the laws of ___Delaware_____, the undersigned,

(State or Place of Incorporation)

___Jennifer Caton_____     ___Assistant Secretary___

(Corporate Officer)                         (Title)

of said corporation does hereby certify and declare:

1.  Said corporation hereby surrenders its right and authority to transact intrastate business in the State of California.

2.  Said corporation hereby revokes its designation of agent for the service of process in California

3.  Said corporation consents that process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender of Right to Transact Intrastate Business may be served upon the Secretary of State of the State of California.

4   The post office address to which the Secretary of State may mail copies of any process against the corporation that is served upon the Secretary of State is

INMC Mortgage Holdings, Inc._____

155 North Lake Avenue, Pasadena California, 91101_____

_____
(Signature of Corporate Officer)

Jennifer Caton, Assistant Secretary
_____
(Typed Name and Title of Officer Signing)

Secretary of State Form

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 1468
SACRAMENTO CA 95812-1468

# TAX CLEARANCE
# CERTIFICATE

February 23, 1998

EXPIRATION DATE: May 15, 1998

CSC
ATTN  C THOMPSON
2730 GATEWAY OAKS DR STE 100
SACRAMENTO CA  95833

ISSUED TO:   INDEPENDENT LENDING CORPORATION
             Entity ID  1910773

This is to certify that all taxes imposed under the Bank and
Corporation Tax Law on this corporation have been paid, assumed, or are
secured by other means.

If a final return has not been filed, one should be filed within two months
and 15 days after the close of the month in which the dissolution or
withdrawal takes place.  If the corporation was inactive, a statement to
that effect should be attached to the tax forms.  All returns remain
subject to audit until the expiration of the normal statutory period.
Failure to file required returns may result in additional assessments.

A copy of this Tax Clearance Certificate has been sent to the Office of the
the Secretary of State.  This original Tax Clearance Certificate
may be retained in the files of the corporation.

By the Expiration Date noted above, this corporation must have filed
the documents required by the Secretary of State to dissolve, withdraw
or merge.  Requests for the appropriate documents must be directed to:
Office of the Secretary of State at 1500 11th Street, 3rd Floor, Sacramento
CA. 95814, or by telephone,(916) 657-5448.

    NOTE:  If the required documents are not filed with
           the Secretary of State prior to the Expiration
           Date noted above, the corporation will remain
           subject to the filing requirements of the Bank
           and Corporation Tax Law.

By H. Hermansen
Special Audit Unit
Corporation Audit Section
Telephone (916) 845-4124



# ATTACHMENT
# # 2



# State of California

## SECRETARY OF STATE
## CERTIFICATE OF STATUS
## FOREIGN CORPORATION

I, KEVIN SHELLEY, Secretary of State of the State of California, hereby certify:

That on the **6th day of March, 1987, "Indymac Mortgage Holdings, Inc.",** **NOW:  INDYMAC BANCORP, INC.,** a corporation organized and existing under the laws of **Delaware**, complied with the requirements of California law in effect on that date for the purpose of qualifying to transact intrastate business in this State; and

That the above corporation is entitled to transact intrastate business in the State of California as of the date of this certificate, however, subject to any licensing requirements otherwise imposed by the laws of this State; and

That no information is available in this office on the financial condition, business activity or practices of this corporation.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of November 24, 2003.

KEVIN SHELLEY
Secretary of State

sk

NP-24 A (REV. 1-03)



## SECRETARY OF STATE

I, *Kevin Shelley*, Secretary of State of the State of California, hereby certify:

That the attached transcript of __11__ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

NOV 2 4 2003
_____

Secretary of State

Sec/State Form CE-108 (rev. 1/03)                                    OSP 03 74671

**1581179**

STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION

DO NOT WRITE IN THIS SPACE

F I L E D
In the office of the Secretary of State
of the State of California

MAR 6  1987

MARCH FONG EU,  Secretary of State

**Countrywide Mortgage Investments, Inc.**

_____,

(Name of Corporation)

a corporation organized and existing under the laws of _____**Delaware**_____.

(Place or State of Incorporation)

makes the following statements and designation:

   1. The address of its principal executive office is 155 North Lake Avenue,

      Pasadena, CA 91109-7137
_____.
      (Insert complete address of principal executive office wherever
located - Do not use Post Office Box)

   2. The address of its principal office in the State of California is _____

      155 North Lake Avenue, Pasadena, CA 91109-7137
_____.
      (Insert complete address of principal office in California - Do
not use Post Office Box)

DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN THE STATE OF CALIFORNIA

   3. (Use this paragraph if the process agent is a natural person.)

     Thomas H. Boone
_____,
a natural person residing in the State of California, whose complete [ x ] business

[ ] residence address is 155 North Lake Avenue, Pasadena, CA 91109-7137

_____

(Do not use Post Office Box)

is designated as its agent upon whom process directed to the corporation may be
served within the State of California in the manner provided by law.

NOTE: Either the business address or the residence address must be given. Indicate
which by check mark in proper box.

**(FORM TO BE COMPLETED ON REVERSE SIDE)**

4. (Use this paragraph if the process agent is a corporation. See instructions.)

_____, a corporation organized
and existing under the laws of _____ is designated as
agent upon whom process directed to the undersigned corporation may be served within
the State of California, in the manner provided by law.

NOTE: Before it may be designated by any foreign corporation as its agent for
       service of process, a corporate agent must comply with Section 1505,
       California Corporations Code. (See instruction 2.)

5. The undersigned corporation hereby irrevocably consents to service of process
directed to it upon the agent designated above, and to service of process on the
Secretary of State of the State of California if the agent so designated or the
agent's successor is no longer authorized to act or cannot be found at the address
given.

                              Countrywide Mortgage Investments, Inc.
                              _____
                                      (Name of Corporation)

                              _Thomas H. Boone_ (signature)
                              _____
                                  (Signature of corporate officer)

                              Thomas H. Boone, Senior Vice President
                                           and Secretary
                              _____
                                  (Typed name and title of officer signing)


INSTRUCTIONS:

1. There must be annexed to this statement, a certificate by an authorized public official of the state or
   place of incorporation of the corporation, to the effect that the corporation making the statement is
   an existing corporation in good standing in that state or place. IF A NONPROFIT CORPORATION IS TO BE
   QUALIFIED, the certificate must also indicate that the corporation is a nonstock, nonprofit
   corporation.

2. No domestic corporation may be designated as agent for service of process unless it has filed with the
   Secretary of State the certificate provided for by Section 1505, Corporations Code, and no foreign
   corporation may be designated unless it has qualified for the transaction of intrastate business in
   California and has filed with the Secretary of State of the State of California the certificate
   provided for by Section 1505, California Corporations Code. A domestic or foreign corporation must be
   currently authorized to engage in business in this State and be in good standing status on the records
   of the Secretary of State of the State of California, in order to file a certificate pursuant to this
   section.

NOTE: A CORPORATION CANNOT ACT FOR ITSELF AS AGENT FOR SERVICE OF PROCESS.

3. If a corporation is required to qualify under a D.B.A. (name other than the true corporate name)
   pursuant to Section 2106(b), Corporations Code, then in the first line of this statement set out the
   correct corporate name, followed by "which will do business in California as _____,"
   setting forth the D.B.A. in the space indicated. The D.B.A. should not be set out in connection with
   the corporate name anywhere else in the statement.

4. If the corporation changes its name or if there are any changes in the information contained in this
   statement, then the corporation must file an Amended Statement and Designation. A form may be obtained



PAGE    1

# State of Delaware

# Office of Secretary of State

I, MICHAEL HARKINS, SECRETARY OF STATE OF THE STATE OF
DELAWARE DO HEREBY CERTIFY COUNTRYWIDE MORTGAGE INVESTMENTS, INC.
IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND
IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS
THE RECORDS OF THIS OFFICE SHOW, AS OF THE DATE SHOWN BELOW.

: : : : : : : : : : :



Michael Harkins, Secretary of State

AUTHENTICATION:    *1141114

DATE:    02/25/1987

707056021

NCTO:

*1581179*

**AMENDED STATEMENT BY
FOREIGN CORPORATION**

DO NOT WRITE IN THIS SPACE

**A451093**

F I L E D

in the office of the Secretary of State
of the State of California

**SEP 8   1994**

*Tony Miller*

Acting Secretary of State

CWM MORTGAGE HOLDINGS, INC.

_____, a corporation

organized and existing under the laws of _____ DELAWARE _____

and which is presently qualified for the transaction of intrastate business in the

State of California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was _____

COUNTRYWIDE MORTGAGE INVESTMENTS, INC.

CWM MORTGAGE HOLDINGS, INC.
(Name of Corporation)

*Gwen J. Eells*
(Signature of Corporate Officer)

Gwen J. Eells, Assistant Secretary
(Typed Name and Title of Officer Signing)

**INSTRUCTIONS:**

There must be attached to this Amended Statement a certificate of an authorized
public official of the state or place of incorporation, that such change of name
was made in accordance with the laws of that state or place.

State of Delaware    PAGE  1

## Office of the Secretary of State

---

I, EDWARD J. FREEL, SERCRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THAT THE SAID "COUNTRYWIDE MORTGAGE
INVESTMENTS, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING
ITS NAME TO "CWM MORTGAGE HOLDINGS, INC.", THE TWENTIETH DAY OF
MAY, A.D. 1994, AT 1:30 O'CLOCK P.M.





Edward J. Freel, Secretary of State

2115260  8320

944167745

AUTHENTICATION:    7232616

DATE:    09-07-94

1587175

A495088

**FILED**
In the office of the Secretary of State
of the State of California

# AMENDED STATEMENT BY
# FOREIGN CORPORATION

**JUL 2 2 1997**

*Bill Jones*

**BILL JONES, Secretary of State**

INMC MORTGAGE HOLDINGS, INC.
_____
(Name of Corporation)

_____ , a corporation organized

and existing under the laws of  Delaware_____ , and which is presently
_____
(State or Place of Incorporation)

qualified for the transaction of intrastate business in the State of California, makes the

following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was _____
CWM MORTGAGE HOLDINGS, INC.
_____

_____

INMC Mortgage Holdings, Inc.
_____
(Name of Corporation)

*Veronica S Arroyo*
_____
(Signature of Corporate Officer)

Veronica S. Arroyo, Assistant Secretary
_____
(Typed Name and Title of Officer Signing)

Page 1 of 1

PAGE   1

### State of Delaware

## Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "CWM MORTGAGE HOLDINGS, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "INMC MORTGAGE HOLDINGS, INC.", THE FIRST DAY OF JULY, A.D. 1997, AT 9 O'CLOCK A.M.



Edward J. Freel, Secretary of State

2115260   8320                AUTHENTICATION:    8546863

971224757                     DATE:    07-08-97

A0509307

**FILED**
In the office of the Secretary of State
of the State of California

**JUN - 2 1998**

*Bill Jones*

BILL JONES, Secretary of State

## AMENDED STATEMENT BY
## FOREIGN CORPORATION

IndyMac Mortgage Holdings, Inc.
_____
(Name of Corporation)

_____ , a corporation organized

and existing under the laws of _____Delaware_____ , and which is presently
(State or Place of Incorporation)

qualified for the transaction of intrastate business in the State of California, makes the

following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was _____

INMC Mortgage Holdings, Inc.
_____

_____


IndyMac Mortgage Holdings, Inc.
_____
(Name of Corporation)

_____
(Signature of Corporate Officer)


Alison M. Moses  Assistant Secretary
_____
(Typed Name and Title of Officer Signing)


Page 1 of 1

Secretary of State Form
AMENDED STATEMENT BY FOREIGN CORPORATION

*State of Delaware*                    PAGE   1

## *Office of the Secretary of State*

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THAT THE SAID "INMC MORTGAGE
HOLDINGS, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS
NAME TO "INDYMAC MORTGAGE HOLDINGS, INC.", THE NINETEENTH DAY OF
MAY, A.D. 1998, AT 9 O'CLOCK A.M.

2115260   8320                                    9106984
981205027                                        05-28-98



*Edward J. Freel, Secretary of State*

AUTHENTICATION:

DATE:

A0548222

# AMENDED STATEMENT BY FOREIGN CORPORATION

# 1581179

FILED 56
In the office of the Secretary of State
of the State of California

JUL - 3 2000

*Bill Jones*
BILL JONES, Secretary of State

IndyMac Bancorp, Inc.
(Name of Corporation)

IndyMac Bancorp, Inc. , a corporation organized

and existing under the laws of  the State of Delaware , and which is presently
(State or Place of Incorporation)

qualified for the transaction of intrastate business in the State of California, makes the

following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was

IndyMac Mortgage Holdings, Inc.

IndyMac Bancorp, Inc.
(Name of Corporation)

(Signature of Corporate Officer)

Alison M. Moses, Assistant Secretary
(Typed Name and Title of Officer Signing)

## State of Delaware

# Office of the Secretary of State

PAGE  1

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "INDYMAC MORTGAGE HOLDINGS, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "INDYMAC BANCORP, INC.", THE THIRTIETH DAY OF JUNE, A.D. 2000, AT 10 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE FIRST DAY OF JULY, A.D. 2000.





Edward J. Freel, Secretary of State

2115260  8320

001336847

AUTHENTICATION:    0535982

DATE:    06-30-00