UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 A 9:31
US DISTRICT COURT
HARTFORD CT

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
Defendants

**DATE: DECEMBER 3, 2003**

## DEFENDANT WAFA REYAD'S MOTION TO DISMISS

Defendant Wafa Reyad hereby respectfully moves this Court to Dismiss Count Two of the Amended Complaint against her. Defended obtained on November 24, 2003 evidence that Plaintiff namely Warehouse Lending Corporation of America lacks capacity to sue. Pursuant to **Cal. C. Civ. Proc. section 430.10(b)** "The person who filed the pleading does not have the legal capacity to sue"; pursuant to **Fed. R. Civ. P. Rule 12(b)(6)**; and pursuant to the authority of **United Medical Management Ltd v. Gatto** (1996) 49 Cal. App. 4th 1732, 1740 [57 Cal. Rptr. 600], Plaintiff lacks capacity to sue, accordingly, Defendant entitles to Dismissal and a judgment in her favor against Plaintiff.

Wafa Reyad without waiving any prior defense; was defrauded by the Credit Guaranty which stipulates that, she is an owner of Federal Mortgage Company of Connecticut, and she was never an owner, Defendant admits execution of Credit Guaranty (Individual) on December 6, 1996 and on November 10, 1998 to the benefit of Warehouse Lending Corporation of America "WLCA", however, the evidence provided in the accompanied memorandum of law in support of this motion, and in the accompanied motion to dismiss filed concurrently by her husband Mostafa Reyad and its memorandum, show without any reasonable doubt that Plaintiff lacks capacity to sue, has shown no right to relief, and Wafa Reyad is entitle to a judgment in her favor against Plaintiff as a matter of law.

## **CONCLUSION**

The Honorable Court should Grant this Motion and Dismiss Count Two in favor of Wafa Reyad and against Plaintiff as a matter of law.

The Defendant
Wafa Reyad

By: *Wafa Reyad*
Wafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
(201) 585-0562

## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this Motion to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511.

*Mostafa Reyad*
Mostafa Reyad