UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -8  P 12: 14

US DISTRICT COURT
HARTFORD CT

INDYMAC BANK, F.S.B.
                  Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                  Defendants

**DATE: DECEMBER 8, 2003**

## DEFENDANT MOSTAFA REYAD'S MOTION FOR RESUBMISSION OF REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE

Defendant Mostafa Reyad hereby respectfully resubmits "Defendant Mostafa Reyad's Reply to Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine" dated in its caption November 21, 2003 endorsed by the District Clerk on December 2, 2003, and the Court Ordered Returning it on December 3, 2003.

Defendant admits that, he failed to include the signature and certificate of service, however, it was a complete text missing the signature and the certificate of service. Defendant apologizes to the Court, to the Clerk and to Plaintiff. Plaintiff received the text on November 26, 2003; no prejudice to Plaintiff.

## **CONCLUSION**

Defendant Pray to the Court to accept resubmission back dated to the cancelled endorsement date of December 2, 2003.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
Day Phone # 203-325-4100
Home Phone # 201-585-0562

## CERTIFICATION

The Undersigned certifies that he hand delivered a true and correct copy of this Motion to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Wafa Reyad at 2077 Center Avenue # 22D, Fort Lee, NJ 07024.

_____
Mostafa Reyad
12/08/03