UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 19 P 3: 27

U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
                Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

DATE: DECEMBER 18, 2003

## DEFENDANT MOSTAFA REYAD'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO GRANT MOTION TO DISMISS AND SECOND MOTION IN LIMINE

This is the Memorandum of Law in Support of Defendant Mostafa Reyad's motion to

Grant Defendant Mostafa Reyad's motion to Dismiss dated December 3, 2003 (Doc #

311); and to Grant Defendant's Mostafa Reyad's second motion in limine dated

November 24, 2003 (Doc # 308). Plaintiff's consolidated opposition to Defendants' pre-

trial motions dated December 15, 2003 (Doc # 316) is a mere opposition, missing the

legal memorandum, mandated by Conn. D. L. Rule 9 (a). Plaintiff admits that Plaintiff's

consolidated opposition does not include the memorandum, Plaintiff stated p. 3-4

"Plaintiff requests that it be permitted to file legal memorandum in opposition to

Defendants' motion twenty-one days following the Court's determination that it deems

1

such a response necessary". Plaintiff's failure to file a memorandum is a good cause to Grant this motion.

Plaintiff is in contempt of this Court's Order dated September 22, 2003 (Doc # 299). This Court Ordered the parties to file "Anticipated Evidentiary Problems". Plaintiff failed to file legal memorandum, is unacceptable tactics to avoid the response mandated by the Rules, and this Court's Order. This Court should announce that Plaintiff in default pursuant to Fed. R. Civ. P. Rule 55 (b) (2), and Order a Judgment Dismissing Plaintiff's Entire Complaint as a matter of law.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone  203-325-4100
Home Phone 201-585-0562

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned mailed on the captioned date a true and correct

copy to Attorney David Schaefer at 271 Whitney Ave, New Haven, CT 06511 and hand

delivered to Wafa Reyad.

_____
Mostafa Reyad