UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2003 DEC 19 P 3: 27

U.S. DISTRICT COURT
HARTFORD. CT.

INDYMAC BANK, F.S.B.
                 Plaintiff                       **CIVIL ACTION NO.**
                                                              **3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
Defendants

**DATE: DECEMBER 18, 2003**

### DEFENDANT WAFA REYAD'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO GRANT MOTION TO DISMISS

This is Wafa Reyad's memorandum of law in support for motion to Grant motion to Dismiss dated December 3, 2003 (Doc # 313). Defendant's motion to Dismiss founded on a newly discovered evidence, showing that Warehouse Lending Corporation of America "WLCA" lacks capacity to enter into the guaranty on 1996 and on 1998. WLCA relinquished its certificate of qualification on October 11, 1994. Pursuant to Cal. Corp. C. section 2203 (c), WLCA cannot maintain an action.

Plaintiff's consolidated opposition to Defendants' pre-trial motion p. 3-4; Plaintiff requests that it be permitted to file legal memorandum in opposition to Defendants' motions twenty-one days following the Court's determination that it deems such a response necessary. Plaintiff 's consolidated opposition signed by two licensed attorneys,

1

these attorneys are aware about the Federal Rules and the Rules of this Court. See, Conn. D. L. Rule 9 (a), it stipulates in part "Failure to submit a memorandum in opposition to a motion may be deemed suffient cause to grant the motion". See, also the concurrently filed Mostafa Reyad's motion to Grant his motion to Dismiss, and to Grant second motion in limine, and its memorandum.

**CONCLUSION**

The Honorable Court should Grant this motion and Grant Defendant Wafa Reyad's motion to Dismiss.

The Defendant
Wafa Reyad

By: *Wafa Reyad*
Wafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
(201) 585-0562

## CERTIFICATION

The Undersigned certifies that he mailed a true and correct copy of this document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511. And Mostafa Reyad received his copy.

*Mostafa Reyad*

3