TOTAL TIME: ___ hours _10_ minutes

DEPUTY CLERK *Dero*          RPTR/ERO/TAPE *Marshall*          *Downey*

DATE _1-9-04_          START TIME *3.00*          END TIME *3:10*

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

*Indymac*

vs.

*Reyad*

CIVIL NO. *3:00CV835(CFD)*

§
§
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

*Moffett*
Plaintiff's Counsel

*Reyad*
Defendant's Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ ........ ☒ (call./h) Call of the Calendar held  ☐ (call. set) Call of the Calendar over to _____

☐ ........ (j/select. h) Jury Selection held  ☐ Jury Selection continued until _____

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ # jurors present

☐ ........ _____ # jurors absent

☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ........ Voir Dire by Court

☐ ........ _____ jurors excused (See attached)

☐ ........ Panel of _____ drawn (See attached)

☐ ........ Peremptory challenges exercised (See attached)

☐ ........ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ........ Remaining jurors excused

☐ ........ Discovery deadline set for _____

☐ ........ Disposition Motions due _____

☐ ........ Joint trial memorandum due _____

☐ ........ Trial continued until _____ at _____

☐ COPY TO:  JURY CLERK