UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

CIVIL ACTION NO.
3:00CV835 (CFD)

DATE: JANUARY 14, 2004

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12 (b) (6)

Defendants hereby respectfully move this Court to Dismiss Plaintiffs' Entire Complain, pursuant to Fed. R. Civ. P. Rule 12 (b) (6). Plaintiff's cause of action is barred by the doctrine of res judicata. The parties filed the Joint Trial Memorandum on November 18, 2003. The Court Ordered, as of January 9, 2004 this case is ready for Trial. Rule 12 (b) (6) is a defense of failure to state a claim upon which relief can be granted, and Rule 12 (h) (2) stipulates "A defense of failure to state a claim upon which relief can be granted . . . . . may be made . . . . . by motion for judgment on the pleadings, or at the trial on the merits. Defendants filed on December 3, 2003 motions to dismiss pursuant to Rule 12 (b) (6) founded on Plaintiff lacks capacity to sue, and did not include the issue of res judicata which is applicable by the same Rule. It is on or about January 5, 2004; The District of Connecticut published, Kevin Hackett v. Eileen Storey, et al,

1

case number 3:03 CV 395 (Hon. Janet Bond Arterton, U.S.D.J. Decision dated December 30, 2003); see, Defendant exhibit # 1 to transcript of this Court hearing dated January 9, 2004. Also it is on or about January 7, 2004, the District of Connecticut published, Media Group, Inc. et al v. Raymond Toppatsch, case number 3:02 CV 1814 (Hon. Mark R. Kravitz, U.S.D.J. Decision dated December 31, 2003); see, Defendant exhibit # 2 to transcript of this Court hearing dated January 9, 2004.

On the same ground of the legal standard, applied in the above two recent decisions of this District. This Honorable Court should Grant this motion pursuant to Fed. R. Civ. P. Rule 12 (b) (6) and Dismiss Plaintiff's Entire Complaint as a matter of law.

The Defendant
Mostafa Reyad

By: /s/ Mostafa Reyad

Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone  203-325-4100
Home Phone  201-585-0562

The Defendant
Wafa Reyad

By: /s/ Wafa Reyad

Wafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Home Phone  201-585-0562

### CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schafer at 271 Whitney Ave, New Haven, CT 06511.

/s/ Mostafa Reyad
Mostafa Reyad