# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)



VICTORIA C. MING
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

January 8, 2004

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007



UNITED STATES COURT OF APPEALS
FILED
JAN 9 2004
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

    Case No:   3:00cv835 (CFD)
  Case Name:   Indymac Mortgage v. Reyad
     USCA:   03-9054

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a certified copy of the docket sheet and the Clerk's Certificate.

Respectfully,

Kevin F. Rowe, Clerk

By: Martha Gothers
Deputy Clerk

Encl.
cc: counsel of record

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND  9  VOLUMES OF ORIGINAL RECORD.

DATE: 1/9/04 AS

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.