UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 10 A ?

U.S. DISTRICT CO
HARTFORD, C

INDYMAC BANK, F.S.B.
               Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
               Defendants

DATE: FEBRUARY 9, 2004

## DEFENDANTS' MOTION FOR EXPEDITED RULING OR EXPEDITED HEARING TO MITIGITE EXCESSIVE DAMAGES PURSUANT TO 28 U.S.C. 1657 (a)

Defendants Mostafa Reyad and Wafa Reyad hereby respectfully move this Court for expedited Ruling or in the alternative expedited hearing to release the amount of $ 39,162 of the prejudgment remedy issued by this Court on May 16, 2000. This amount is needed to save Defendants' life insurance policies, although this amount is only for two (2) life insurance policies insuring Mostafa Reyad for the benefit of his son David Sherif Reyad and his daughter Dina R. Abousabe for one million dollar combined, if not paid by March 3, 2004, it will react on a chain for lasping all other policies with face amount of $ 3.7 million. Defendants have no choice at law except to supplement their actual damages by the same amount of $ 3.7 million, if this motion is not Granted.

1

Plaintiff obtained the prejudgment remedy by means of perjured affidavit and Plaintiff is liable of that damages. The records show that Plaintiff has no right to relief, rather has no right to bring this action to this Court. Defendants' constitutional rights had been violated, and in the absence of probable cause, it warrant Granting this Motion.

The Defendant  
Mostafa Reyad

By: /s/ Mostafa Reyad

Mostafa Reyad  
2077 Center Ave # 22D  
Fort Lee, NJ 07024  
Day Phone 203-325-4100  
Home Phone 201-585-0562

The Defendant  
Wafa Reyad

By: /s/ Wafa Reyad

Wafa Reyad  
2077 Center Ave # 22D  
Fort Lee, NJ 07024  
Home Phone 201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schafer at 271 Whitney Ave, New Haven, CT 06511.

/s/ Mostafa Reyad  
Mostafa Reyad

3