UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 10 A 9:50

U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
                 Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
                 Defendants

DATE: FEBRUARY 9, 2004

## DEFENDANTS' LEGAL MEMORANDUM IS SUPPORT OF MOTION FOR EXPEDITED RULING OR IN THE ALTERNATIVE EXPEDITED HEARING TO MITIGATE EXCESSIVE DAMAGES PURSUANT TO 28 U.S.C. 1657 (a)

Defendants Mostafa Reyad and Wafa Reyad respectfully move this Court pursuant to 28 U.S.C. 1657(a), for expedited Ruling or in the alternative expedited hearing to release the amount of $ 39,162 of the prejudgment remedy issued by this Court on May 16, 2000. **See**, two (2) notices of lapse for non-payment issued by Prudential Financial attached hereto. If the said amount will not be paid by March 3, 2004, the two (2) policies will be lapsed. It will act as a chain reaction to terminate a total insurance coverage of both Defendants in the amount of $ 3.7 million, may be impossible to be reinstated due the deteriorated health conditions of Defendants caused by this unlawful action. Defendants

1

hereby reserve their rights to supplement their actual damages from $ 12 million to $ 15.7 million, if this motion is not Granted.

The records of this action show that Plaintiff lacks capacity to maintain this action, and obtained the prejudgment remedy by means of perjured affidavit, **see**, Pre-Trial Memorandum, Motions in Limine, Defendants' Motions to Dismiss; all are pending before the Court.

Defendants' properties were seized without probable cause violate their Constitutional Rights, it warrant Granting this Motion.

# UPS Next Day Air / UPS Worldwide Express — Shipping Document (Shipper's Copy)

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER:** 1Z F91 02F 22 1005 041 2

## 1. SHIPMENT FROM
- **SHIPPER'S UPS ACCOUNT NO.:** F9102F
- **REFERENCE NUMBER:**
- **NAME:**
- **TELEPHONE:** 203-325-4100
- **COMPANY:** WLCA-FEDERAL MORTGAGE CO
- **STREET ADDRESS:** 777 SUMMER ST
- **CITY AND STATE:** STAMFORD, CT
- **ZIP CODE:** 06901-1023

## 2. EXTREMELY URGENT DELIVERY TO
- **NAME:** DISTRICT CLERK
- **TELEPHONE:** (860) 240-3200
- **COMPANY:** UNITED STATES DISTRICT COURT
- **STREET ADDRESS:** 450 MAIN STREET
- **CITY AND STATE:** HARTFORD, CT
- **ZIP CODE:** 06103

## 3. WEIGHT / DIMENSIONAL WEIGHT

## 4. TYPE OF SERVICE
- [X] NEXT DAY AIR
- [ ] EXPRESS (INT'L)
- For Worldwide Express Shipments mark an "X" in this box if shipment only contains documents of no commercial value. [ ] DOCUMENTS ONLY

## 5. OPTIONAL SERVICES
- [ ] SATURDAY PICKUP
- [ ] SATURDAY DELIVERY
- [ ] INSURED VALUE
- [ ] C.O.D.

## 6. ADDITIONAL HANDLING CHARGE
## TOTAL CHARGES

## 7. METHOD OF PAYMENT
- [X] BILL SHIPPER
- [ ] BILL RECEIVER
- [ ] BILL THIRD PARTY
- [ ] CREDIT CARD
- [ ] CHECK

## 8. RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.

## 9. SHIPPER'S SIGNATURE X /s/

**DATE OF SHIPMENT:** FEB 9, 2004

0101911202609 11/00 W

---

# UPS Next Day Air / UPS Worldwide Express — Shipping Document (Shipper's Copy)

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER:** 1Z F91 02F 22 1005 042 1

## 1. SHIPMENT FROM
- **SHIPPER'S UPS ACCOUNT NO.:** F9102F
- **REFERENCE NUMBER:**
- **NAME:**
- **TELEPHONE:** 203-325-4100
- **COMPANY:** WLCA-FEDERAL MORTGAGE CO
- **STREET ADDRESS:** 777 SUMMER ST
- **CITY AND STATE:** STAMFORD, CT
- **ZIP CODE:** 06901-1023

## 2. EXTREMELY URGENT DELIVERY TO
- **NAME:** ROWENA A MOFFETT, ESQ
- **TELEPHONE:** (203) 772-2600
- **COMPANY:** BRENNER, SALTZMAN & WALLMAN LLP
- **STREET ADDRESS:** 271 WHITNEY AVE
- **CITY AND STATE:** NEW HAVEN, CT
- **ZIP CODE:** 06511

## 4. TYPE OF SERVICE
- [X] NEXT DAY AIR

## 7. METHOD OF PAYMENT
- [X] BILL SHIPPER

## 9. SHIPPER'S SIGNATURE X /s/

**DATE OF SHIPMENT:** FEB 9, 2004

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone  203-325-4100
Home Phone  201-585-0562

The Defendant
Wafa Reyad

By: _____
Wafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Home Phone  201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schafer at 271 Whitney Ave, New Haven, CT 06511.

_____
Mostafa Reyad

3

# Prudential Financial

## Notice of Lapse

NSOXN MTS B

For insurance service, get in touch with your representative or this office:
PRUDENTIAL
PO BOX 41594
PHILADELPHIA PA 19101
TEL 800-782-5356

DAVID SHERIF REYAD
2077 CENTER AVE APT 22D
FORT LEE NJ 07024-4905

Contract Number    B4 035 880
MOSTAFA REYAD

January 5, 2004

**Your contract has lapsed because we have not received the premium that was due on Nov 3, 2003.**

We value your business. We want you to continue as a Prudential policyowner. If you act now, you may be able to restore this valuable insurance protection!

It's easy to apply for reinstatement. **Just complete the enclosed form. Send it to us for consideration along with your payment of $20,945.00.** This amount represents the past due payment.

If you wish, your Prudential representative will be glad to discuss alternate methods of payment using contract values.

In addition, you may be able to retain favorable tax treatment of certain pre-death distributions if you reinstate the contract by Mar 3, 2004. Please refer to the enclosed Tax Implications note for further information.

If you need any help in applying for reinstatement of this contract, please get in touch with your Prudential representative or the office shown above.

This coverage is probably just as important to you now as it was when you bought it--perhaps even more so. **We strongly urge you to apply for reinstatement and look forward to hearing from you soon.**

Your Prudential representative is
ARZAK A MOBARAK
telephone number

BB10501LF
NSOXN  BQIY11

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
FOR SERVICE CALL 1-800-PRU-CALL (1-800-778-2255)
EASTERN OPERATIONS, FT WASHINGTON PA 19034

# Notice of Lapse

NSOXN MTS B

For insurance service, get in touch with your representative or this office:

PRUDENTIAL
PO BOX 41594
PHILADELPHIA PA 19101
TEL 800-782-5356

DINA R ABOUSABE
2077 CENTER AVENUE
22D
FORT LEE NJ 07024

Contract Number    B4 035 883
MOSTAFA REYAD

January 5, 2004

**Your contract has lapsed because we have not received the premium that was due on Nov 3, 2003.**

We value your business. We want you to continue as a Prudential policyowner. If you act now, you may be able to restore this valuable insurance protection!

It's easy to apply for reinstatement. **Just complete the enclosed form. Send it to us for consideration along with your payment of $18,217.00.** This amount represents the past due payment.

If you wish, your Prudential representative will be glad to discuss alternate methods of payment using contract values.

In addition, you may be able to retain favorable tax treatment of certain pre-death distributions if you reinstate the contract by Mar 3, 2004. Please refer to the enclosed Tax Implications note for further information.

If you need any help in applying for reinstatement of this contract, please get in touch with your Prudential representative or the office shown above.

This coverage is probably just as important to you now as it was when you bought it--perhaps even more so. **We strongly urge you to apply for reinstatement and look forward to hearing from you soon.**

Your Prudential representative is
ARZAK A MOBARAK
telephone number

BB10501LF
NSOXN  BQIY11

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
FOR SERVICE CALL 1-800-PRU-CALL (1-800-778-2255)
EASTERN OPERATIONS, FT WASHINGTON PA 19034