UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| INDYMAC BANK, F.S.B., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00CV835(CFD) |
|  | : |  |
| v. | : |  |
|  | : |  |
| MOSTAFA REYAD and WAFA REYAD, | : | FEBRUARY 9, 2004 |
|  | : |  |
| Defendants. | : |  |

## MOTION FOR EXTENSION OF TIME

Plaintiff IndyMac Bank, F.S.B. hereby requests a twenty-one (21) day extension of time, through March 1, 2004, in which to file its opposition to Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), dated January 14, 2004. Plaintiff's opposition to said Motion currently is due on February 9, 2004. The requested extension of time is necessary due to the fact that the undersigned counsel has been on trial in the matter Message Center Management vs. David Getchell, et al, Case No. X07-CV-00-0073738S, before the Connecticut Superior Court, Judicial District of Tolland at Rockville, Complex Litigation Docket, since February 3, 2004, and the trial is estimated to last the remainder of this week. In addition, the undersigned is scheduled to begin another trial in the matter Errol Dunkley v. Luis Duarte, Case No. 3:98 CV 1035 (PCD), before the United States District Court for the District of Connecticut, next Tuesday, February 17, 2004, which trial is expected to conclude on February 20, 2004. Plaintiff respectfully requests that it be permitted the requested additional time so that

801742.DOC

undersigned counsel, who is most familiar with the Defendants' history of extensive motion practice, to formulate an appropriate response to Defendants' latest Motion to Dismiss upon the conclusion of the two aforementioned trials.

This is Plaintiff's first request for an extension of time with respect to this deadline. Due to the fact that the undersigned counsel has been on trial, the undersigned was unable to contact Defendants to ascertain their position with respect to this request.

Wherefore, Plaintiff Indymac Bank, F.S.B. respectfully requests that this Motion for Extension of Time be granted, and that the deadline for filing Plaintiff's opposition to Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) be extended to March 1, 2004.

PLAINTIFF INDYMAC BANK, F.S.B.

By: ___/s/ Rowena A. Moffett_____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06507-1746
Tel. (203) 772-2600

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by

United States first-class mail, this 9th day of February, 2004 upon:


Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024.


_____/s/ Rowena A. Moffett_____
Rowena A. Moffett (ct19811)