UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 11  P 4: 02

U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
      Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
Defendants

DATE: FEBRUARY 11, 2004

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendants Mostafa Reyad and Wafa Reyad hereby respectfully submit Objection to Plaintiff's Motion for Extension of Time dated February 9, 2004 (Doc # 331). Plaintiff's motion is untimely, and the extraordinary circumstances of this lengthy litigation necessitates denying Plaintiff's motion for extension of time.

Defendants' filed; Defendants' motion to dismiss pursuant to Rule 12(b)(6) on January 14, 2004 (Doc # 325), and served on Plaintiff on January 14, 2004. Plaintiff response was due on February 4, 2004, **see**, Docket sheet dated 2/10/2004 p.3 attached hereto. It was not due on February 9, 2004 as Plaintiff asserting p.1., and **see**, D.Conn.L.R. 7(b)(2) (All other motions for extension of

1

time must be decided by a Judge and will not be granted except for good cause. The good cause requires a particularized showing that the time limitation in question cannot reasonably be met despite the diligence of the party seeking the extension.). Plaintiff show no good cause, Plaintiff's attorney is busy for another two cases is not a good cause, because Plaintiff is required to respond and not to attend a hearing, however, the Court should be aware that, Plaintiff in this action had assigned another action to Bank of New York against Mostafa Reyad; X01 CV-00-0171525 S-DN, **Bank of New York, trustee v. National Funding, et al**, Complex Litigation, Waterbury, Connecticut (Hon. Sheedy), which is now vigorously exchange pleadings.

The extraordinary circumstances of the action before this Court, and the continuation of total prejudgment remedies of $ 8.9 million, obtained by Plaintiff who lacks capacity to maintain an action warrant denying Plaintiff's motion for extension of time.

## CONCLUSION

Plaintiff's motion for extension of time should be denied. The Honorable Court should Rule and Grant Defendants' motion to dismiss dated January 14, 2004 and Dismiss Plaintiff's Entire Complaint.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone 203-325-4100

The Defendant
Wafa Reyad

By: _____
Wafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Home Phone 201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
Mostafa Reyad

3

U.S. District Court
District of Connecticut (New Haven)
CIVIL DOCKET FOR CASE #: 3:00-cv-00835-CFD

Indymac Mortgage, et al v. Reyad, et al
Assigned to: Christopher F. Droney
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/08/00
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Indymac Mortgage Holdings Inc**
*TERMINATED: 09/23/2003*

represented by **Brian P. Daniels**
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746
203-772-2600
Fax : 203-562-2098
Email: bpdaniels@bswlaw.com
*TERMINATED: 09/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Schaefer**
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746
203-772-2600
Fax : 203-562-2098
Email: dschaefer@bswlaw.com
*TERMINATED: 09/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rowena Amanda Moffett**
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746
203-772-2600
Fax : 203-772-4008
Email: rmoffett@bswlaw.com
*TERMINATED: 09/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Indymac Inc**
*TERMINATED: 08/13/2001*

represented by **Brian P. Daniels**
(See above for address)
*TERMINATED: 08/13/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Schaefer**
(See above for address)
*TERMINATED: 08/13/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rowena Amanda Moffett**
(See above for address)
*TERMINATED: 08/13/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IndyMac Bank, FSB**  represented by **Rowena Amanda Moffett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Schaefer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

--------------------

**Mostafa Reyad**  represented by **Mostafa Reyad**
2077 Center Avenue
#22D
Fort Lee, NJ 07024
PRO SE

**Wafa Reyad**  represented by **Wafa Reyad**
2077 Center Avenue
#22D
Fort Lee, NJ 07024
PRO SE

**Notice**

--------------------

**US Court of Appeals**  represented by **US Court of Appeals**
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007
212-857-8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

--------------------

**Wafa Reyad**  represented by **Wafa Reyad**
2077 Center Avenue
#22D
Fort Lee, NJ 07024
PRO SE

(See above for address)

V.

**Counter Defendant**

--------------------

**Indymac Mortgage Holdings Inc**  represented by **Brian P. Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Schaefer**
(See above for address)
*LEAD ATTORNEY*

                                                                   *ATTORNEY TO BE NOTICED*

**Indymac Inc**　　　　　　　　　　　　　　　represented by　**Brian P. Daniels**
*TERMINATED: 08/13/2001*　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/13/2001*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**David R. Schaefer**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/13/2001*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Counter Claimant**
------------------------

**Mostafa Reyad**　　　　　　　　　　　　　represented by　**Mostafa Reyad**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2077 Center Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#22D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fort Lee, NJ 07024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

| Docket Date | # | Docket Text |
|---|---|---|
| 02/10/2004 | 331 | MOTION for Extension of Time until 3/1/04 to File Response as to 325 MOTION to Dismiss by IndyMac Bank, FSB. (Bauer, J.) (Entered: 02/10/2004) |
| 02/10/2004 | 330 | Memorandum in Support re 329 MOTION to Expedite filed by Mostafa Reyad, Wafa Reyad. (Bauer, J.) (Entered: 02/10/2004) |
| 02/10/2004 | 329 | MOTION to Expedite ruling or hearing to mitigate damages by Mostafa Reyad, Wafa Reyad. (Bauer, J.) (Entered: 02/10/2004) |
| 02/02/2004 | 328 | Acknowledged Receipt of ROA at USCA on 1/9/04 re [300] Notice of Interlocutory Appeal: USCA Number: 03-9051 (Gothers, M.) (Entered: 02/02/2004) |
| 01/21/2004 | 327 | REPLY to Response to 325 MOTION to Dismiss filed by Mostafa Reyad, Wafa Reyad. (Basile, F.) (Entered: 01/21/2004) |
| 01/14/2004 | 326 | Memorandum in Support re 325 MOTION to Dismiss filed by Mostafa Reyad, Wafa Reyad. (Basile, F.) (Entered: 01/14/2004) |
| 01/14/2004 | 325 | MOTION to Dismiss by Mostafa Reyad, Wafa Reyad. Responses due by 2/4/2004 (Basile, F.) (Entered: 01/14/2004) |

|  |
|---|
| PACER Service Center |
| Transaction Receipt |
| 02/10/2004 17:32:32 |

| PACER Login: | mc1949 | Client Code: |
|---|---|---|

| Description: | Docket Report | Case Number: | 3:00-cv-00835-CFD |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.14 |