UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:00CV835(CFD) <br><br><br> FEBRUARY 9, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiff IndyMac Bank, F.S.B. hereby requests a twenty-one (21) day extension of time, through March 1, 2004, in which to file its opposition to Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), dated January 14, 2004. Plaintiff's opposition to said Motion currently is due on February 9, 2004. The requested extension of time is necessary due to the fact that the undersigned counsel has been on trial in the matter Message Center Management vs. David Getchell, et al, Case No. X07-CV-00-0073738S, before the Connecticut Superior Court, Judicial District of Tolland at Rockville, Complex Litigation Docket, since February 3, 2004, and the trial is estimated to last the remainder of this week. In addition, the undersigned is scheduled to begin another trial in the matter Errol Dunkley v. Luis Duarte, Case No. 3:98 CV 1035 (PCD), before the United States District Court for the District of Connecticut, next Tuesday, February 17, 2004, which trial is expected to conclude on February 20, 2004. Plaintiff respectfully requests that it be permitted the requested additional time so that

801742



*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT 2/11/04*