UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 MAR -4  A 9: 44

U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
                Plaintiff                  **CIVIL ACTION NO.**
                                                      **3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                             **DATE: MARCH 3, 2004**

## DEFENDANT MOSTAFA REYAD'S THIRD MOTION IN LIMINE

Defendant Mostafa Reyad moves this Court to add the attached three documents to the list of Defendants exhibits. The said documents obtained after the filing of the pre-trial memorandum on November 18, 2003. The documents are materials to Defendants claims. The three documents:

1. A copy of the Ruling of United States Court of Appeals dated February 17, 2004 (2 pages).

2. A copy of the surrender of policy No. 048230202; face value was one million dollar insuring Mostafa Reyad dated February 23, 2004.

3. A copy of two notices of Lapse for two insurance policies; face amount was one million dollar combined, was insuring Mostafa Reyad, both dated January 5, 2004.

1

The first document shows that, the Third Circuit dismissed the Appeal, because it merely postpones the resolution of the case pending proceedings in another federal court. Defendant claims damages caused by the New Jersey action, **see**, Defendants' first claim p. 28, exhibit "B" of the pre-trial memorandum. Plaintiff responded at p.3, exhibit "A" of the memorandum; Plaintiff claims that this Court has no jurisdiction to review such Orders.

The second and the third documents are to adjust the actual damages suffered by Defendants caused by this action by the amount of two million dollar lost by Defendant Mostafa Reyad. As the dates of these documents show, it was not available to be claimed, and now it should be accepted as admissible evidence at the trial of this action.

## CONCLUSION

The Honorable Court should accept these documents as part of Defendants' exhibits at the Trial.

The Defendant
Mostafa Reyad

By: *[signature]*
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone  203-325-4100
Home Phone 201-585-0562

## CERTIFICATION

The Undersigned certifies that he mailed a true and correct copy of this Motion to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Wafa Reyad at 2077 Center Avenue # 22D, Fort Lee, NJ 07024.

*[signature]*
Mostafa Reyad