UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -4  A 9: 44
U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**DATE: MARCH 3, 2004**

### DEFENDANT MOSTAFA REYAD'S MEMORANDUM OF LAW IN SUPPORT OF THIRD MOTION IN LIMINE

This is the memorandum of law in support of Defendant Mostafa Reyad's third Motion in Limine. The motion is to add three documents to Defendants' pre-trial memorandum. The three documents were obtained after Defendants filed the pre-trial memorandum. The documents are material to Defendants' claims and should be accepted by the Court as admissible evidence.

I.    The first document; **attachment # 1** attached hereto, is a copy of the Order issued by the Third Circuit Court of Appeals dated February 17, 2004. The Order Dismissed the Appeal for lack of appellate jurisdiction, because it merely postpones the resolution of the case pending proceedings in another federal court. The Order is clear, that, the New Jersey action will continue to stay until final resolution of the

1

instant action before this Court. Indeed, this Court has the jurisdiction on Defendants' and Plaintiff's claims in this Court and the same in any other court, however, if this Court denied Defendants' request for adding this document to this Trial, it will serve as an evidence to Defendants to pursue their claims of damages in New Jersey Court, and save Defendants the need of Court's certification to that effect, and if the Court Granted this motion it will leave New Jersey Court only to apply this Court's Judgment.

II. The second ant the third documents **attachment # 2** and **attachment # 3** attached hereto, are recent damages occurred in this Court caused by this action, and Defendants are entitled to be added to the exhibits of this Trial. Defendants suffered actual damages at the time of filing the pre-trial memorandum in an amount approximately $ 12 million. The recent damages in the amount of loss of two million dollar insurance coverage on his life, cannot be curred because the bad health conditions of Defendant caused by this action, it may be impossible to Defendant to obtain another insurance policy, also it may be impossible because of his age.

The Honorable Court should Grant Defendant's motion as a matter of right.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone  203-325-4100
Home Phone 201-585-0562

## CERTIFICATION

The Undersigned certifies that he mailed a true and correct copy of this Motion to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Wafa Reyad at 2077 Center Avenue # 22D, Fort Lee, NJ 07024.

_____
Mostafa Reyad

# ATTACHMENT # 1

Indymac Mortgage Holdings, Inc., et al. v. Reyad, et al.
C.A. No. 03-3262
(D.N.J. Civ. No. 00-cv-02237)
continued

_____ORDER_____

The appeal is dismissed for lack of appellate jurisdiction. As the Court has previously explained, the order staying the proceeding is not appealable because it merely postpones the resolution of the case pending proceedings in another federal court. See Spring City Corp. v. Am. Bldgs. Co., 193 F.3d 165, 171 (3d Cir. 1999); Michelson v. Citicorp Nat'l Servs., Inc., 138 F.3d 508, 514 (3d Cir. 1998). In addition, because appellant did not seek leave of court before submitting his two motions for filing, there is no final order adverse to the appellant for the Court to review. Appellant's motion to disqualify Rowena Moffett, Esquire is denied.

By the Court,

/s/ Theodore A. McKee
Circuit Judge

Dated: February 17, 2004
SLC/cc: Rowena A. Moffett, Esq.
      Mr. Mosafa Reyad
      Ms. Wafa Reyad

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **03-3262**

INDYMAC MORTGAGE HOLDINGS, INC., ET AL.
vs.
MOSTAFA REYAD, ET AL.

MOSTAFA REYAD, APPELLANT

(D.N.J. CIV. NO. 00-CV-02237)

Present:   MCKEE, RENDELL AND GREENBERG, CIRCUIT JUDGES.

Submitted are:

(1) By the Clerk for possible dismissal due to a jurisdictional defect;
(2) Appellant's Motion to Disqualify Rowena Moffett, Esquire;
(3) Appellant's jurisdictional response;
(4) Appellees' jurisdictional response;
(5) Appellant's reply to appellees' jurisdictional response;
(6) Appellees' response in opposition to motion to disqualify;
(7) Appellant's reply to response in opposition to motion to disqualify in the above-captioned case.

Respectfully,

Clerk

MMW/LLB/slc

# ATTACHMENT # 2

**Prudential Financial**

*Notice of Lapse*

NSOXN MTS B

DAVID SHERIF REYAD
2077 CENTER AVE APT 22D
FORT LEE NJ 07024-4905

For insurance service, get in touch with your representative or this office:
PRUDENTIAL
PO BOX 41594
PHILADELPHIA PA 19101
TEL 800-782-5356

Contract Number   B4 035 880
MOSTAFA REYAD

January 5, 2004

**Your contract has lapsed because we have not received the premium that was due on Nov 3, 2003.**

We value your business. We want you to continue as a Prudential policyowner. If you act now, you may be able to restore this valuable insurance protection!

It's easy to apply for reinstatement. **Just complete the enclosed form. Send it to us for consideration along with your payment of $20,945.00.** This amount represents the past due payment.

If you wish, your Prudential representative will be glad to discuss alternate methods of payment using contract values.

In addition, you may be able to retain favorable tax treatment of certain pre-death distributions if you reinstate the contract by Mar 3, 2004. Please refer to the enclosed Tax Implications note for further information.

If you need any help in applying for reinstatement of this contract, please get in touch with your Prudential representative or the office shown above.

This coverage is probably just as important to you now as it was when you bought it--perhaps even more so. **We strongly urge you to apply for reinstatement and look forward to hearing from you soon.**

Your Prudential representative is
ARZAK A MOBARAK
telephone number

BB10501LF
NSOXN  BQIY11

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
FOR SERVICE CALL 1-800-PRU-CALL (1-800-778-2255)
EASTERN OPERATIONS, FT WASHINGTON PA 19034

# Notice of Lapse

For insurance service, get in touch with your representative or this office:

PRUDENTIAL
PO BOX 41594
PHILADELPHIA PA 19101
TEL 800-782-5356

NSOXN MTS B

DINA R ABOUSABE
2077 CENTER AVENUE
22D
FORT LEE NJ 07024

Contract Number    B4 035 883
MOSTAFA REYAD

January 5, 2004

**Your contract has lapsed because we have not received the premium that was due on Nov 3, 2003.**

We value your business. We want you to continue as a Prudential policyowner. If you act now, you may be able to restore this valuable insurance protection!

It's easy to apply for reinstatement. **Just complete the enclosed form. Send it to us for consideration along with your payment of $18,217.00.** This amount represents the past due payment.

If you wish, your Prudential representative will be glad to discuss alternate methods of payment using contract values.

In addition, you may be able to retain favorable tax treatment of certain pre-death distributions if you reinstate the contract by Mar 3, 2004. Please refer to the enclosed Tax Implications note for further information.

If you need any help in applying for reinstatement of this contract, please get in touch with your Prudential representative or the office shown above.

This coverage is probably just as important to you now as it was when you bought it--perhaps even more so. **We strongly urge you to apply for reinstatement and look forward to hearing from you soon.**

Your Prudential representative is
ARZAK A MOBARAK
telephone number

BB10501LF
NSOXN BQIY11

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
FOR SERVICE CALL 1-800-PRU-CALL (1-800-778-2255)
EASTERN OPERATIONS, FT WASHINGTON PA 19034

# ATTACHMENT # 3

CHECK TYPE:   UL/IL                                            CHECK NO.   **520440957**

TRAN TYPE:    SURRENDER                       AGENT: #66019 MICHAEL L ROSEN, CHFC,   ASU:   TAR
                                              ID-DT:  L70  -20040220
                                                                    DC    2

**POLICY NO.**   048230202                    **INSURED'S NAME:**  MOSTAFA REYAD

                                              TOTALS              46,610.92                46,610.92

            CHECK DT:     FEB 23,2004         | AMOUNT OF CHECK | *******$28,801.88 |

FEDERAL TAX LAW REQUIRES US TO NOTIFY YOU THAT ALL OR PART OF THE AMOUNT
DISTRIBUTED MAY BE INCLUDED IN GROSS INCOME DEPENDING UPON THE INVESTMENT
IN THE CONTRACT.
AIRBORNE TO OWNERS AT ADDR ON REC

DETACH THIS STATEMENT BEFORE DEPOSITING