UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MARCH 10, 2004

MOSTAFA REYAD AND WAFA REYAD
                Defendants

## DEFENDANTS' REVISED LIST OF EXHIBITS

Defendants filed on November 18, 2003, The Joint Trial Memorandum. Defendants attached eleven (11) exhibits and one Appendix, however, new discovery dated November 24, 2003, and other documents related to Defendants' claims obtained thereafter. Defendants' revised list of exhibits contains eighteen (18) exhibits. Plaintiff had received all these exhibits among Defendants' motions and there is no prejudice.

**Exhibit # 1: 3 pages**

Page 1 is a letter faxed to Defendant dated May 22, 2000,

Page 2 is the enclosed report for that fax.

Page 3 is the estimated losses by IndyMac Mortgage Holdings, Inc.,

1

And the dismissed Plaintiff IndyMac. Inc. dated February 9, 2001.

**Exhibit # 2: 2 pages**

IndyMac Mortgage Holdings, Inc. letter dated November 9, 1998

**Exhibit # 3: 12 pages**

Variable Terms Letter dated as of November 10, 1998

**Exhibit # 4: 5 pages**

Exhibit 1-A to Variable Terms Letter

**Exhibit # 5: 4 pages**

Agreement with Respect to Waiver of anti-deficiency provisions of the Uniform Commercial Code dated August 2000.

**Exhibit # 6: 5 pages**

IndyMac letter dated June 16, 2000.

**Exhibit # 7: 2 pages**

Page 17 and 18 of the Lending Agreement, <u>see</u>, item 10(l).

**Exhibit # 8: 4 pages**

Pages 23-25 are item 13 "Event of Default", page 43;

**See**, definition of "Loan Documents".

### Exhibit # 9: 1 page

Letter executed by Rita Altomara dated June 1, 2000.

### Exhibit # 10: 1 page

Letter executed by Lucy Haskell dated June 2, 2000.

### Exhibit # 11: 5 pages

A copy of the Supreme Court of New Jersey's opinion dated February 11, 1936.

### Exhibit # 12: Appendix # 1

A copy of Defendants' IndyMac policies and annuities, and its account statements.

### Exhibit # 13: 1 page

Certificate issued by Delaware Secretary of State dated 05-10-02.

### Exhibit # 14: 9 pages

State of California, Secretary of State RE: Independent Lending Corporation dated November 24, 2003.

**Exhibit # 15: 13 pages**

State of California, Secretary of State Re: IndyMac Mortgage Holdings, Inc. dated November 24, 2003.

**Exhibit # 16: 2 pages**

A copy of the United State Court of Appeals for the Third Circuit dated December 18, 2003.

**Exhibit # 17: 2 pages**

A copy of two(2) notices of Lapse of two(2) insurance policies.

**Exhibit # 18: 1 page**

A copy of liquidation of insurance policy.

The Defendant
Mostafa Reyad

By: *[signature]*
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone 203-325-4100

The Defendant
Wafa Reyad

By: *[signature]*
Wafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Home Phone 201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

*[signature]*
Mostafa Reyad

5