UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 16  P 1: 14

U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**DATE: MARCH 16, 2004**

## DEFENDANTS' RENEWAL MOTION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants Mostafa Reyad and Wafa Reyad respectfully move this Court to Renew their priorly filed "Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) dated January 14, 2004 (Doc # 325), that motion is pending before the Court. Defendants' Renewal founded on evidence obtained among the exhibits of the Joint Trial Memorandum, received by Defendants on March 9, 2004. It is on and between March 9-11, 2004, Plaintiff and Defendants exchanged the actual exhibits. Plaintiff is claiming damages had been litigated and dismissed; Neither the parties nor their privies are allowed to call the dismissed allegation, to have it tried over again at any time. It is demonstrated more fully in the accompanied Memorandum of Law in support of this Motion.

1

## **CONCLUSION**

Pursuant to Rule 12(b)(6), this Motion should be Granted pursuant to the principles of res judicata and estoppel by judgment, and this Honorable Court should Dismiss Entire Plaintiff's Amended Complaint as a matter of law.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By: _____<br>Mostafa Reyad<br>2077 Center Ave # 22D<br>Fort Lee, NJ 07024<br>Day Phone 203-325-4100 | The Defendant<br>Wafa Reyad<br><br>By: _Wafa Reyad_<br>Wafa Reyad<br>2077 Center Ave # 22D<br>Fort Lee, NJ 07024<br>Home Phone 201-585-0562 |

### CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
Mostafa Reyad

3