UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00CV835(CFD) |
| v. | : | |
| | : | |
| MOSTAFA REYAD and WAFA REYAD, | : | MARCH 18, 2004 |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED TRIAL EXHIBITS

In response to "Defendants' Revised List of Exhibits" dated March 10, 2004, Plaintiff reiterates its objection to the Defendants' proffer of testimony via letters from Rita Altomara (Exhibit 9) and Lucy Haskell (Exhibit 10), to which testimony/exhibits Plaintiff previously indicated its objection in the Joint Trial Memorandum dated November 18, 2003.  Plaintiff objects to the admission of these documents on the grounds that they contain hearsay and inadmissible opinions of Wafa Reyad's character or mental state. See Fed. R. Evid. 404, 701, 801.

In addition to the objections set forth above, Plaintiff reserves its right to object to Defendants' proffered exhibits on the ground of relevance at the trial of this action.

PLAINTIFF INDYMAC BANK, F.S.B.


By:  /s/ Rowena A. Moffett
    David R. Schaefer (ct04334)
    Rowena A. Moffett (ct19811)
    BRENNER, SALTZMAN & WALLMAN LLP
    Their Attorneys
    271 Whitney Avenue
    P.O. Box 1746
    New Haven, CT  06507-1746
    Tel. (203) 772-2600
    Fax. (203) 772-4008

m:\docs\04127\001\819109.doc

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 18th day of March, 2004 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024.

                                              /s/ Rowena A. Moffett
                                        Rowena A. Moffett (ct19811)