UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
REVISED
Pre-Trial Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

MARCH 23, 2004

1:00 P.M.

*held*
*2:00 - 2:30*
*30 mins*

All counsel who will try the case shall attend the pre-trial conference.

Counsel shall be prepared to discuss and argue any evidentiary issues and/or any pre-trial motions.

Counsel shall be prepared to discuss all aspects of their joint trial memorandum, including witness list, proposed testimony and exhibits.

To the extent possible, counsel shall bring exhibits to the pre-trial conference to mark them for identification.

CASE NO. **3-00-cv-835 (CFD)**     **INDYMAC v MOSTAFA**

| | |
|---|---|
| Brian P. Daniels<br>Brenner, Saltzman & Wallman<br>271 Whitney Ave., Po Box 1746<br>New Haven, CT 06511-1746 | Rowena Amanda Moffett<br>Brenner, Saltzman & Wallman<br>271 Whitney Ave., Po Box 1746<br>New Haven, CT 06511-1746 |
| Mostafa Reyad<br>2077 Center Avenue<br>#22D<br>Fort Lee, NJ 07024 | Wafa Reyad<br>2077 Center Avenue<br>#22D<br>Fort Lee, NJ 07024 |
| David R. Schaefer<br>Brenner, Saltzman & Wallman<br>271 Whitney Ave., Po Box 1746<br>New Haven, CT 06511-1746 | US Court of Appeals<br>Office of the Clerk<br>US Courthouse<br>Foley Square<br>New York, NY 10007 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK