UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                     Plaintiff                          **CIVIL ACTION NO.**
                                                              **3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                    Defendants
                                                             **DATE: MARCH 24, 2004**

_____

## **DEFENDANT'S REQUEST FOR CERTIFICATION AND LEAVE TO APPEAL**

Defendant Mostafa Reyad hereby moves this Court to issue a certification to the Second Circuit for the determination of liability over Defendant's defense disputing Plaintiff's right to maintain this action, also Defendant's seeks leave to Appeal. Defendant relies on the authority of The House Committee on the Judiciary proposed section 1292(b) listed several types of cases it thought appropriate for interlocutory appeals.

On the hearing held in this Court on March 23, 2004. The Honorable Court did not Rule on Defendant's Mostafa Reyad's motion to Dismiss dated December 3, 2003 (Doc # 311), in which Defendant's alleges Plaintiff's lack of capacity to maintain an action; pursuant to the said authority it is immediate appealable.

1

Defendant is unable to predict when this issue will be tried, if it will be tried before other issues of the case. Defendant invoked Cal. C. Civ. Proc. section 597 (**see**, also Doc # 311 at p. 5). Defendant raised the same issues in motions since August 17, 2001. Defendants raised the same question of law in his Summary Judgment, however, the Court did not Rule on that legal issue, and denied the Summary Judgment founded on material fact, proven thereafter that, the material fact is a corporate crime against Plaintiff, **see**, Defendant's Reply to Plaintiff's opposition to Defendants' motions to Grant motion to Dismiss dated January 21, 2004 (Doc # 327).

It is the power of this Court to Grant or deny Defendant's request, it is also the power of this Court to Rule on the issue and render this request moot. It would be unfair and unjudicial to leave it open or to include it among the other issues of the case.  Defendant prays to the Court to Rule upon before other issues of the case. If the Court will deny this request, Defendant has no other option except the immediate Appeal pursuant to the Congress authority, which may divest the Court's authority to proceed, causing this action to stay. Defendant will be harmed of that delay, but Defendant has no other option.

**CONCLUSION**

For the reasons demonstrated above, the Honorable Court should Grant Defendants request for certification and leave to Appeal, or in the alternative

2

Rule on Defendant's motion (Doc # 327), and that Ruling will render this request moot.

The Defendant
Mostafa Reyad

By: _____
   Mostafa Reyad
   2077 Center Avenue # 22D
   Fort Lee, NJ 07024
   Day Phone # 203-325-4100
   Home Phone # 201-585-0562

## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this Motion to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Wafa Reyad at 2077 Center Avenue # 22D, Fort Lee, NJ 07024.

                                               _____
                                               Mostafa Reyad