296

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

INDYMAC MORTGAGE HOLDINGS, INC.
          Plaintiff

CIVIL ACTION
NO. 3:00CV835 (CFD)

v.

MOSTAFA REYAD and WAFA REYAD
          Defendants

DATE: SEPTEMBER 9, 2003

---

*Denied as moot. So ordered. 3/31/04*

### DEFENDANTS' MOTION TO WITHDRAW
1. MOTION TO DISMISS (DOC # 263)
2. MOTION REQUESTING DENIAL FOR EXTENSION OF TIME (DOC # 284)
3. PORTION OF MOTION TO STRIKE (DOC # 291)

Defendants hereby respectfully request to withdraw:

1. Defendant's motion to dismiss upon provided evidence that the lending agreement is an illegal contract, dated in its caption September 10, 2002, entered on October 15, 2002 (Doc # 263). Defendant's withdrawal is due to the fact, that, the contents of that motion, were included thereafter in the Amended Summary Judgment filed on April 3, 2003 (Doc # 280); Pursuant to this Court endorsement Order dated March 31, 2003.

1