*[Handwritten margin note, left side, vertical:]* DENIED as moot, in light of the Court's Order of March 23, 2004 regarding the deposition of defendant Wafa Reyad. So ordered.
Christopher F. Droney
United States District Judge
3/31/04

*[Handwritten:]* 302

*[Stamp:]* FILED 2003 OCT 29 A 11:18 US DISTRICT COURT HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

INDYMAC BANK, F.S.B.

        Plaintiff

CIVIL ACTION
NO. 3:00CV835 (CFD)

v.

MOSTAFA REYAD AND WAFA REYAD
        Defendants

DATE: OCTOBER 28, 2003

---

**DEFENDANTS' PETITION FOR PROTECTIVE ORDER AGAINST PLAINTIFF'S DISCOVERY REQUEST**

Defendants hereby respectfully file their petition for Protective Order to preclude Plaintiff's depositions. Defendants received on October 27, 2003 Notice of Deposition to be conducted on November 5, 2003, [attached hereto],. On December 3, 2002, this Court Ordered Re: Status Report (Court Order Number 272). The Order made it clear that if any party wishes to modify the Scheduling Order, should file a separate motion. The parties jointly filed the Joint Status Report on December 23, 2002 (Doc # 273), and neither party filed a motion to modify the "Scheduling Order". However, Plaintiff made certain reservation to take deposition of Defendants, and pulled back their reservation, see, page 3 "While IndyMac intends to pursue these discovery issues, IndyMac does not want such issues to delay trial and is prepared to proceed to trial even if such issues have not been resolved".

1