308

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 26 A 9:30

US DISTRICT COURT
HARTFORD CT

INDYMAC BANK, F.S.B.
        Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
        Defendants

DATE: NOVEMBER 24, 2003

FILED 2004 MAR 31

## DEFENDANT MOSTAFA REYAD'S SECOND MOTION IN LIMINE

Defendant Mostafa Reyad hereby respectfully move this Court to Strike certain inadmissible evidence out of the records of the Joint Trial Memorandum. Plaintiff's contention to move all issues to Trial including inadmissible evidence is improper, and contrary to the Rules of Court. Plaintiff consumed more than two (2) years to show his identity complicated Defendant's proceeding. Now, Plaintiff attempting to block Defendant's issues which were raised during pretrial and not ruled upon. This Court Ruled upon and Denied the summary judgement founded on preclusion. The Court did not Rule on material issues raised by Defendant. Defendant's issues emerge evidentiary problems. Defendant attempts to solve it in the first motion in limine, Plaintiff avoids response. Defendant hereby providing the evidence, and not asking Plaintiff to provide it.

DENIED, without prejudice to raising objections at trial. So ordered.
Christopher F. Droney
United States District Judge
3/31/04

1