311

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 A 9:31
US DISTRICT COURT
HARTFORD CT

INDYMAC BANK, F.S.B.
                Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

DATE: DECEMBER 3, 2003

**DENIED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT  3/31/04

### DEFENDANT MOSTAFA REYAD'S MOTION TO DISMISS

Defendant Mostafa Reyad hereby respectfully moves this Court to Dismiss Plaintiff's Entire Complaint. Plaintiff lacks capacity to sue; pursuant to **Fed.R.Civ.P.Rule 12(b)(6)**; and pursuant to the authority of **United Medical Management Ltd. V. Gatto,** (1996) 49 Cal.App. 4th 1732, [57 Cal. Rptr. 2d 600]; (Once a nonqualified foreign corporation commences an action regarding intrastate business, the defendant may assert by *demurrer* or as an affirmative defense in the answer the *lack of capacity* to maintain an action arising out of intrastate business) *Id.*1740.

In the instant action, Plaintiff shielded his identity for more than three and half years, even after this Court's Order to Plaintiff to file the articles of incorporation of Warehouse Lending Corporation of America, and IndyMac Mortgage Holdings, Inc.; Plaintiff filed

1