UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 A 9:31
US DISTRICT COURT
HARTFORD CT

INDYMAC BANK, F.S.B.
          Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
          Defendants

DATE: DECEMBER 3, 2003

**DENIED.** It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/12/04

### DEFENDANT WAFA REYAD'S MOTION TO DISMISS

Defendant Wafa Reyad hereby respectfully moves this Court to Dismiss Count Two of the Amended Complaint against her. Defended obtained on November 24, 2003 evidence that Plaintiff namely Warehouse Lending Corporation of America lacks capacity to sue. Pursuant to **Cal. C. Civ. Proc. section 430.10(b)** "The person who filed the pleading does not have the legal capacity to sue"; pursuant to **Fed. R. Civ. P. Rule 12(b)(6)**; and pursuant to the authority of **United Medical Management Ltd v. Gatto** (1996) 49 Cal. App. 4th 1732, 1740 [57 Cal. Rptr. 600], Plaintiff lacks capacity to sue, accordingly, Defendant entitles to Dismissal and a judgment in her favor against Plaintiff.

1