UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 P 3: 27
U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
                Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

DATE: DECEMBER 18, 2003

DENIED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

## DEFENDANT MOSTAFA REYAD'S MOTION TO GRANT MOTION TO DISMISS AND SECOND MOTION IN LIMINE

Defendant Mostafa Reyad respectfully moves this Court to Grant Defendant Mostafa Reyad's motion to Dismiss dated December 3, 2003; (Doc # 311) and to Grant Defendant Mostafa Reyad's second motion in limine dated November 24, 2003 (Doc # 308). Plaintiff is in default. Plaintiff filed Plaintiff's consolidated opposition to Defendants' pre-trial motions dated December 15, 2003 (Doc # 316) is a mere opposition; furtherly Plaintiff p. 3-4 requests that it be permitted to file legal memorandum in opposition to Defendants' motions twenty-one days following the Court's determination that it deems such a response necessary. Plaintiff is represented by two attorneys; their conduct is contrary to the Rules of this Court. Plaintiff's request should be denied pursuant to the Rules of this Court. Plaintiff does not have legal defense, and the Court should announce that; Plaintiff in default. It is a good cause to Grant this motion; Grant Defendant Mostafa

1