UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 P 3: 27
U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
           Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
           Defendants

DATE: DECEMBER 18, 2003

**DENIED.** It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 7/12/04

## DEFENDANT WAFA REYAD'S MOTION TO GRANT MOTION TO DISMISS

Defendant Wafa Reyad respectfully moves this Court to Grant her motion to Dismiss (Doc # 313) dated December 3, 2003. Plaintiff's consolidated opposition to Defendants' pre-trial motions, dated December 15, 2003 (Doc # 316), is a mere opposition, contrary to the mandated this Court Local Rules. Plaintiff admits that, and requests that it be permitted to file legal memorandum in opposition to Defendants' motions twenty-one days following the Court's determination that it deems such a response necessary. Plaintiff is in default. The Honorable Court should Grant Defendant Wafa Reyad's motion to Dismiss as a matter of law.

1