

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**INDYMAC BANK, F.S.B.**

Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
Defendants

**CIVIL ACTION NO.
3:00CV835 (CFD)**

**DATE: JANUARY 14, 2004**

DENIED. It is 99 ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 3 / 31/ 04

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12 (b) (6)

Defendants hereby respectfully move this Court to Dismiss Plaintiffs' Entire

Complain, pursuant to Fed. R. Civ. P. Rule 12 (b) (6). Plaintiff's cause of action is

barred by the doctrine of res judicata. The parties filed the Joint Trial

Memorandum on November 18, 2003. The Court Ordered, as of January 9, 2004

this case is ready for Trial. Rule 12 (b) (6) is a defense of failure to state a claim

upon which relief can be granted, and Rule 12 (h) (2) stipulates "A defense of

failure to state a claim upon which relief can be granted . . . . . may be made . . . .

. by motion for judgment on the pleadings, or at the trial on the merits.

Defendants filed on December 3, 2003 motions to dismiss pursuant to Rule 12

(b) (6) founded on Plaintiff lacks capacity to sue, and did not include the issue of

res judicata which is applicable by the same Rule. It is on or about January 5,

2004; The District of Connecticut published, Kevin Hackett v. Eileen Storey, et al,

1