UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 10 A 9
U.S. DISTRICT CO
HARTFORD, C



| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>Plaintiff<br><br>V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>Defendants | CIVIL ACTION NO.<br>3:00CV835 (CFD)<br><br><br>DATE: FEBRUARY 9, 2004 |

DENIED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/13/04

### DEFENDANTS' MOTION FOR EXPEDITED RULING OR EXPEDITED HEARING TO MITIGITE EXCESSIVE DAMAGES PURSUANT TO 28 U.S.C. 1657 (a)

Defendants Mostafa Reyad and Wafa Reyad hereby respectfully move this Court for expedited Ruling or in the alternative expedited hearing to release the amount of $ 39,162 of the prejudgment remedy issued by this Court on May 16, 2000. This amount is needed to save Defendants' life insurance policies, although this amount is only for two (2) life insurance policies insuring Mostafa Reyad for the benefit of his son David Sherif Reyad and his daughter Dina R. Abousabe for one million dollar combined, if not paid by March 3, 2004, it will react on a chain for lasping all other policies with face amount of $ 3.7 million. Defendants have no choice at law except to supplement their actual damages by the same amount of $ 3.7 million, if this motion is not Granted.

1