356

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -4  A 9: 44
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>　　　　Plaintiff<br><br>　　　　V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>　　　　Defendants | CIVIL ACTION NO.<br>3:00CV835 (CFD)<br><br><br>DATE: MARCH 3, 2004 |

### DEFENDANT MOSTAFA REYAD'S THIRD MOTION IN LIMINE

Defendant Mostafa Reyad moves this Court to add the attached three documents to the list of Defendants exhibits. The said documents obtained after the filing of the pre-trial memorandum on November 18, 2003. The documents are materials to Defendants claims. The three documents:

1. A copy of the Ruling of United States Court of Appeals dated February 17, 2004 (2 pages).

2. A copy of the surrender of policy No. 048230202; face value was one million dollar insuring Mostafa Reyad dated February 23, 2004.

3. A copy of two notices of Lapse for two insurance policies; face amount was one million dollar combined, was insuring Mostafa Reyad, both dated January 5, 2004.

GRANTED. However, the plaintiff may object to their admissibility at trial. So ordered.

Christopher F. Droney
United States District Judge
3/31/04

1