340

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 16  P 1: 14

U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
　　　　　　　　　Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
　　　　　　　Defendants

DATE: MARCH 16, 2004

DENIED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT  3/31/04

## DEFENDANTS' RENEWAL MOTION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants Mostafa Reyad and Wafa Reyad respectfully move this Court to Renew their priorly filed "Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) dated January 14, 2004 (Doc # 325), that motion is pending before the Court. Defendants' Renewal founded on evidence obtained among the exhibits of the Joint Trial Memorandum, received by Defendants on March 9, 2004. It is on and between March 9-11, 2004, Plaintiff and Defendants exchanged the actual exhibits. Plaintiff is claiming damages had been litigated and dismissed; Neither the parties nor their privies are allowed to call the dismissed allegation, to have it tried over again at any time. It is demonstrated more fully in the accompanied Memorandum of Law in support of this Motion.

1