344

Denied. So ordered.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 24  P 2: 21

DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
　　　　　　　　　　　Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
　　　　　　　　　　　Defendants

CIVIL ACTION NO.
3:00CV835 (CFD)

DATE: MARCH 24, 2004

### DEFENDANT'S REQUEST FOR CERTIFICATION AND LEAVE TO APPEAL

Defendant Mostafa Reyad hereby moves this Court to issue a certification to the Second Circuit for the determination of liability over Defendant's defense disputing Plaintiff's right to maintain this action, also Defendant's seeks leave to Appeal. Defendant relies on the authority of The House Committee on the Judiciary proposed section 1292(b) listed several types of cases it thought appropriate for interlocutory appeals.

On the hearing held in this Court on March 23, 2004. The Honorable Court did not Rule on Defendant's Mostafa Reyad's motion to Dismiss dated December 3, 2003 (Doc # 311), in which Defendant's alleges Plaintiff's lack of capacity to maintain an action; pursuant to the said authority it is immediate appealable.

1