347

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 29 P 2: 32

U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
　　　　　　　　　　　Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
　　　　　　　　　　　Defendants

CIVIL ACTION NO.
3:00CV835 (CFD)

DATE: MARCH 28, 2004

## DEFENDANT'S MOTION TO POSTPONE TRIAL

Defendant Mostafa Reyad hereby respectfully moves this Court to Postpone the Trial scheduled on April 6, 2004 pending Defendants' Appeal dated October 1, 2003 (Doc # 300). The Appeal does divest the Court of Jurisdiction, only from proceeding to Trial. Plaintiff, contrary to the ordinary practice, wrote a letter to the Court including memorandum of law, which should be filed with the Court and docketed. Plaintiff as an officer of the Court, wrote a wrongful legal memorandum. Plaintiff's attorney cites cases are completely misplaced and none of it can be analogous to the case at Bar. Plaintiff's letter dated March 23, 2004 shows lack of knowledge about appealable orders and non-appealable orders.

On the hearing held on March 23, 2004, Plaintiff delivered the said letter to Defendant at the time the parties were waiting the Court. Defendant started to

1

DENIED, pursuant to Leonhard v. U.S., 633 F.2d 599, 609-11 (2d Cir. 1980) (holding that "a notice of appeal from a non-appealable order" does not divest the district court of jurisdiction). So ordered.

Christopher F. Droney
United States District Judge
3/31/04