TOTAL TIME: **6** hours _____ minutes

DEPUTY CLERK **Dev** HONORABLE **Dorsey** RECORDER/TAPE **Marshall**

DATE **4-6-04**    START TIME **9:40**    END TIME **4:15**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Indymac**
vs.
**Reyad**

CIVIL NO **3:00CV835 CFD**
§
§
§
§
§

**Reyad**
Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Schaefer**
Defendants Counsel

### COURT TRIAL

☐ Jury of _____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____
☒ (ctrl./h) Court Trial held ☒ (ctrl./set) Court Trial continued until **4-7-04** at **9:30 AM**
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed

☐ ☐ Plaintiff(s) rests ☐ Defense rests
☐ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ☐ Summation held ☐ Court's Charge to the Jury
☐ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ Jury commences deliberations at _____
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)