HONORABLE *Dorsey* *Marshall* (Central October 2005)

DEPUTY CLERK *Dens*    REC. TRO TAPE

TOTAL TIME: **5** hours **40** minutes

DATE **4-7-04**    START TIME **10:20**    END TIME **5:00**

LUNCH RECESS FROM **1:00** TO **2:00**

RECESS FROM _____ TO _____ (if more than 1/2 hour)

*Indymac*

vs.

*Reyad*

CIVIL NO. **3:00CV835CFD**

§
§
§
§
§

*Moffett*
*Schaefer*
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

*Reyad*
Defendants Counsel

## ~~JURY~~/COURT TRIAL

☐ . . . . . . . Jury of _____ report (see attached) ☐ Jury sworn

☐ . . . . . . . ☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____

☒ . . . . . . . ☒ (ctrl./h) Court Trial held ☒ (ctrl./set) Court Trial continued until **No date set** at _____

☐ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☐ . . . . # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ . . . . # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ . . . . # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ . . . . # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm. . . Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm. . . Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm. . . Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm. . . Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ . . . . . . . _____ ☐ filed ☐ docketed

☐ . . . . . . . _____ ☐ filed ☐ docketed

☐ . . . . . . . _____ ☐ filed ☐ docketed

☐ . . . . . . . _____ ☐ filed ☐ docketed

☐ . . . . . . . _____ ☐ filed ☐ docketed

☐ . . . . . . . _____ ☐ filed ☐ docketed

☐ . . . . . . . _____ ☐ filed ☐ docketed

☒ . . . . . . . ☒ Plaintiff(s) rests ☐ Defense rests

☐ . . . . . . . Briefs due: ☐ Pltf _____ Deft _____ Reply _____

☐ . . . . . . . ☐ Summation held ☐ Court's Charge to the Jury

☐ . . . . . . . All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury

☐ . . . . . . . Jury commences deliberations at _____

☐ . . . . . . . Court orders Jury to be fed at Gov't. expense (see attached bill)

☐ . . . . . . . SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)