UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff              **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                         **DATE: APRIL 14, 2004**
_____

## **DEFENDANTS' MOTION TO DISSOLVE THE PREJUDGMENT REMEDY**

Defendant Mostafa Reyad and Wafa Reyad hereby respectfully move this Court, pursuant to Fed. R. Civ. P. R 4(n) to Dissolve the Prejudgment Remedy as practicable as possible. Defendant's suffered for almost four (4) years, from an unauthorized prejudgment attachment which had the effect of permanent injunction.

## **CONCLUSION**

The Honorable Court should Order Dissolving the prejudgment remedy as a matter of law.

1

| | |
|---|---|
| The Defendant<br>  Mostafa Reyad | The Defendant<br>  Wafa Reyad |
| | |
| By:_____<br>  Mostafa Reyad<br>  2077 Center Ave # 22D<br>  Fort Lee, NJ 07024<br>  Day Phone 203-325-4100 | By:  _____<br>  Wafa Reyad<br>  2077 Center Ave # 22D<br>  Fort Lee, NJ 07024<br>  Home Phone 201-585-0562 |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____

Mostafa Reyad