*INDEX*

WIG APPEAL

# U.S. District Court
# District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:00-cv-00835-CFD
### Internal Use Only

Indymac Mortgage, et al v. Reyad, et al
Assigned to: Christopher F. Droney
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/08/00
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
------------------------

**Indymac Mortgage Holdings Inc**
*TERMINATED: 09/23/2003*

represented by **Brian P. Daniels**
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746
203-772-2600
Fax : 203-562-2098
Email: bpdaniels@bswlaw.com
*TERMINATED: 09/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Schaefer**
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746
203-772-2600
Fax : 203-562-2098
Email: dschaefer@bswlaw.com
*TERMINATED: 09/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rowena Amanda Moffett**
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746
203-772-2600
Fax : 203-772-4008
Email: rmoffett@bswlaw.com

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX ~~AND~~ only
VOLUMES OF ORIGINAL RECORD.

DATE: 4/13/04   AJ
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.