UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC MORTGAGE HOLDINGS,
INC.
    Plaintiff,

v.                                         Civil Action No. 3:00CV835(CFD)

MOSTAFA REYAD and WAFA REYAD,
    Defendants.

## RULINGS ON PLAINTIFF'S MOTION TO REDUCE PREJUDGMENT REMEDY

Pending is the plaintiff's Motion to Reduce Prejudgment Remedy [Doc. # 373]. The motion is GRANTED, as modified: The Court hereby reduces the amount of the prejudgment remedy to $1,100,000 against defendant Mostafa Reyad. As to defendant Wafa Reyad, the Court hereby reduces the amount of the prejudgment remedy against her to $786,527.86, as the Court finds there is no likelihood of punitive damages being awarded against her.

SO ORDERED this 30th day of April 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE