UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 14 A 9:41
U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
Defendants

CIVIL ACTION NO.
3:00CV835 (CFD)

DATE: APRIL 14, 2004

**DEFENDANTS' MOTION TO DISSOLVE THE PREJUDGMENT REMEDY**

Defendant Mostafa Reyad and Wafa Reyad hereby respectfully move this Court, pursuant to Fed. R. Civ. P. R 4(n) to Dissolve the Prejudgment Remedy as practicable as possible. Defendant's suffered for almost four (4) years, from an unauthorized prejudgment attachment which had the effect of permanent injunction.

**CONCLUSION**

The Honorable Court should Order Dissolving the prejudgment remedy as a matter of law.

FILED
2004 APR 30 P 12:20
U.S. DISTRICT COURT
HARTFORD, CT.

DENIED. So ordered.
Christopher F. Droney
United States District Judge
4/30/04