HONORABLE _Droney_
DEPUTY CLERK _Devo_        REPR./ERO/TAPE _Marshall_

TOTAL TIME: 2 hours 40 minutes

DATE 4-29-04    START TIME 2:05    END TIME 3:45
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Indymac_
vs.
_Reyad_

CIVIL NO. 00CV835 CFD

_Schaefer_
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Reyad_
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☐ Jury of ____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☒ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☒ ctrlconc — Court Trial concluded  ☒ DECISION RESERVED  ☐ SEE reverse for verdict

☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral motion _____  ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)