AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CONNECTICUT

Indymac
V.
Reyad

PLAINTIFF'S **EXHIBIT** LIST

CASE NUMBER: 3:00 CV 835 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Schaefer | Reyad |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/6, | MARSHALL | Devo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | See attached |

United States District Court
District of Connecticut
FILED AT HARTFORD
April 29, 2004
Kevin F. Rowe, Clerk
By D. Johnson
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.,
Plaintiff,

v.

MOSTAFA REYAD and WAFA REYAD,

Defendants.

CIVIL ACTION NO. 3:00CV835(CFD)

NOVEMBER 18, 2003

**PLAINTIFF'S LIST OF EXHIBITS**

| EXHIBIT | DATE | DESCRIPTION |
|---|---|---|
| | | **Contractual Documents Between Parties** |
| 4-6-04 1 Full | 12/6/96 | Master Revolving Loan and Security Agreement |
| " 2 Full | 12/6/96 | Variable Terms Letter |
| " 3 Full | 12/6/96 | Credit Guaranty (Individual) by Mostafa Reyad |
| " 4 Full | 12/6/96 | Credit Guaranty (Individual) by Wafa Reyad |
| " 5 Full | 11/9/98 | Extension and Renewal of Credit Facility |
| " 6 Full | 11/10/98 | Variable Terms Letter |
| " 7 Full | 11/10/98 | Credit Guaranty (Individual) by Mostafa Reyad |
| " 8 Full | 11/10/98 | Credit Guaranty (Individual) by Wafa Reyad |
| " 9 Full | 11/11/99 | Extension of Warehouse Line of Credit |
| " 10 Full | 3/6/00 | Extension of Warehouse Line of Credit |
| 11 | 8/28/96 | Seller Contract |
| 12 | | Seller Guide |
| 13 | 1/16/98 | Addendum to Seller Contract |
| 14 | 2/4/98 | Annual Seller/Broker Compliance Certificate |
| | | **History of Plaintiff's Corporate Structure** |
| 15 | 5/11/94 | Certificate of Incorporation of Warehouse Lending Corporation of America, Inc. |
| 16 | 10/5/94 | Certificate of Amendment of Certificate of Incorporation of Warehouse Lending Corporation of America, Inc. |
| 17 | 1/31/97 | Certificate of Ownership and Merger Merging Independent Lending Corporation into CWM Mortgage Holdings, Inc. |
| 18 | 7/1/97 | Certificate of Amendment of Certificate of Incorporation of CWM Mortgage Holdings, Inc. |
| 19 | 5/19/98 | Certificate of Amendment of Certificate of Incorporation of |

| | | |
|---|---|---|
| | | INMC Mortgage Holdings, Inc. |
| 20 | 6/30/00 | Certificate of Amendment of Certificate of Incorporation of IndyMac Mortgage Holdings, Inc. |
| 21 | 4/10/02 | Declaration of Brian Ainslie |
| 22 | 10/13/94 | Fictitious Business Name Statement of Independent Lending Corporation, filed in Los Angeles County, CA |
| 23 | 8/21/98 | Fictitious Business Name Statement of IndyMac Mortgage Holdings, Inc., filed in Los Angeles County, CA |
| 24 | 8/12/98 | Registration of Trade Names form of IndyMac Mortgage Holdings, Inc., filed in New Castle County, DE |
| 25 | 8/24/98 | Trade Name Certificate of IndyMac Mortgage Holdings, Inc., filed in Hartford, CT |
| | | **Defendants' Financial Information** |
| 26 | 9/23/98 | Letter from Mostafa Reyad to Chris Wee enclosing Federal Mortgage Company bank statements for audit |
| 27 | 9/30/99 | Mostafa Reyad & Companies Financial Statements |
| 4-6-04 28 Full | 2/4/00 | Personal Financial Statement of Mostafa Reyad and Wafa Reyad |
| 29 | 4/10/00 | Mostafa Reyad's 1999 Individual Tax Return (Dep. Ex. 4) |
| 30 | 1/1/99-12/31/00 | Bank Statements of Federal Mortgage Company of Connecticut |
| | | **Breaches of Credit Facility Documents** |
| 31 | | Loan Files re: outstanding warehouse line loans |
| 4-29 32 Full | 5/4/00 | Quality Control Findings for Loan # 627700 (Dellasala, Jr.) |
| " 33 Full | 3/13/00 | Quality Control Findings for Loan # 624775 (Elseedy) |
| " 34 Full | 5/4/00 | Quality Control Findings for Loan # 655311 (Zyblut) |
| " 35 Full | 4/27/00 | Quality Control Findings for Loan # 651934 (Antoine) |
| " 36 Full | 5/2/00 | Quality Control Findings for Loan # 611728 (Giraldo) |
| " 37 Full | 5/4/00 | Quality Control Findings for Loan # 602203 (Moazed) |
| " 38 Full | 5/4/00 | Quality Control Findings for Loan # 599162 (Zuiewski) |
| " 39 Full | | Summary of Quality Control Findings for Loans on Warehouse Line |
| 4-6- 40a Full | | Damages Charts |
| 4-7 41 Full | | Loan Application for Alberto Perez |
| 4-7 42 Full | 3/22/00 | Verbal Verification of Employment for Alberto Perez |
| 43 | | 1999 W-2 Wage and Tax Statement for Alberto Perez from Rex Marine Center (PJR Hearing Ex. 2) |
| 44 | 5/15/00 | Letter from Rex Marine Center re: Alberto Perez (PJR Hearing Ex. 3) |
| 45 | | Wage summary for Alberto Perez from Rex Marine Center (PJR Hearing Ex. 4) |
| 46 | 3/31/00 | Verbal Verification of Employment for Adolfo Loffredo (PJR Hearing Ex. 1) |
| 4-7-04 47 Full | 3/23/00 | Request for Verification of Deposit for Richard L. Lyons |
| " 48 Full | | Fleet Bank account records for Richard Lyons |

| | | | |
|---|---|---|---|
| 4-7 | 49 Full | 3/16/00 | Request for Verification of Deposit for Tomasz K. Marlewski |
| 4-7 | 50 Full | | Fleet Bank account records for Tomasz Marlewski |
| 4-7-04 | 51 Full | 3/23/00 | Request for Verification of Deposit for Francisco Ortiz |
| " | 52 Full | | Fleet Bank account records for Francisco Ortiz |
| 4-7-04 | 53 Full | 3/30/00 | Request for Verification of Deposit for Tadeusz Zyblut |
| " | 54 Full | | Fleet Bank account records for Tadeusz Zyblut |
| | 55 | 1/18/00 | Request for Verification of Deposit for Farzad Moazed |
| | 56 | 1/14/00 | Request for Verification of Deposit for Seema Mishall |
| | 57 | 5/4/00 | Fax from Chase Manhattan Bank to IndyMac re: Farzad Moazed |
| | 58 | 5/22/00 | Letter from Chase Manhattan Bank to Brenner, Saltzman & Wallman enclosing bank statements and checks for Charudatta Mishall, Seema Mishall and Farzad Moazed |
| | 59 | 6/12/00 | Letter from Chase Manhattan Bank to Brenner, Saltzman & Wallman enclosing bank statements for Charudatta Mishall and Farzad Moazed and explanation of signature verification |
| | 60 | 3/21/00 | Request for Verification of Deposit for Sean P. McEnroe |
| | 61 | 5/3/00 | Letter from First County Bank to IndyMac re: verification of deposit for Sean McEnroe |
| 4/6/04 | 62 Full | 3/24/00 | Request for Verification of Deposit for Francisco Ortiz |
| " | 63 " | | Peoples Bank account records for Francisco Ortiz |
| " | 64 Full | 3/24/00 | Request for Verification of Deposit for Clement Champagnie |
| " | 65 " | | Peoples Bank account records for Clement Champagnie |
| " | 66 Full | 3/3/00 | Request for Verification of Deposit for Morgan Kirby |
| " | 67 " | | Peoples Bank account records for Morgan Kirby |
| " | 68 Full | 2/21/00 | Request for Verification of Deposit for Alberto Perez |
| " | 69 " | | Peoples Bank account records for Albert Perez |
| " | 70 Full | 2/22/00 | Request for Verification of Deposit for Heraquido Silva |
| " | 71 " | | Peoples Bank account records for Heraquido Silva |
| " | 72 Full | 3/7/00 | Request for Verification of Deposit for Kimberly Zuiewski |
| | 73 | 5/4/00 | Letter from People's Bank to IndyMac re: verification of deposit for Kimberly Zuiewski |
| " | 74 Full | | Peoples Bank account records for Kimberly Zuiewski |
| | 75 | 5/15/00 | Affidavit of George Sorrentino, Payroll Manager, Peoples Bank re: Marion Watson |
| | 76 | 3/29/00 | Credit report for Clement Champagnie submitted by Federal Mortgage Co. |
| | 77 | 5/3/00 | Credit report for Clement Champagnie generated by Credit Research, Inc. |
| 4-7-04 | 78 Full | 3/20/00 | Credit report for Francisco Ortiz submitted by Federal Mortgage Co. |
| 4-7-04 | 79 Full | 3/20/00 | Credit report for Francisco Ortiz generated by Credit Research, Inc. |
| 4-7-04 | 80 Full | 3/29/00 | Credit report for Richard Lyons submitted by Federal Mortgage Co. |

| | | |
|---|---|---|
| 81 | 3/29/00 | Credit report for Richard Lyons generated by Credit Research, Inc. |
| 82 | 1/20/00 | Credit report for Farzad Moazed submitted by Federal Mortgage Co. |
| 83 | 1/20/00 | Credit report for Farzad Moazed generated by Credit Research, Inc. |
| 84 | 2/28/00 | Credit report for Jose Flores submitted by Federal Mortgage Co. |
| 85 | 2/28/00 | Credit report for Jose Flores generated by Credit Research, Inc. |
| 86 | 3/20/00 | Credit report for Sean McEnroe submitted by Federal Mortgage Co. |
| 87 | 3/20/00 | Credit report for Sean McEnroe generated by Credit Research, Inc. |
| 88 | 2/16/00 | Credit report for Alberto Perez submitted by Federal Mortgage Co. |
| 89 | 4/27/00 | Credit report for Alberto Perez generated by Credit Research, Inc. |
| 90 | 6/2/00 | Letter from Lori Brayton to Department of Consumer Protection (Dep. Ex. 11) |
| 91 | 5/16/00 | Letter from Lori Brayton to Department of Consumer Protection (Dep. Ex. 28) |
| 92 | 5/30/00 | Letter from Lori Brayton to New York Division of Licensing Services |
| 93 | 3/29/00 | Appraisal of Real Property located at 61 Charles Street, Stamford, CT for Borrower Calderon (Dep. Ex. 31) |
| 94 | 3/3/00 | Appraisal of Real Property located at 13 West Washington Avenue, Stamford, CT for Borrower Antoine (Dep. Ex. 32) |
| 95 | 3/2/00 | Appraisal of Real Property located at 287 Culloden Road, Stamford, CT for Borrower Nyakana (Dep. Ex. 33) |
| 96 | 3/29/00 | Appraisal of Real Property located at 136 Woodside Green, Stamford, CT for Borrower Zbylut (Dep. Ex. 34) |
| | | **Prior Actions/Statements of Defendants** |
| 97 | 5/9/00 | Temporary Restraining Order |
| 98 | 5/10/00 | Return of Service upon Mostafa Reyad |
| 99 | 5/11/00 | Quit Claim Deed from Wafa Reyad to David Sherif Reyad |
| 100 | 5/15/00 | Return of Service upon Wafa Reyad |
| 101 | 11/28/00 | Certification of records on file with Connecticut Department of Banking re: mortgage broker license of Wafa Reyad |
| 102 | 4/26/01 | Mostafa Reyad's Responses to Requests for Admission |
| 103 | 7/27/01 | Mostafa Reyad's Response to First Set of Interrogatories and Requests for Production |
| 104 | 7/27/01 | Wafa Reyad's Response to First Set of Interrogatories and Requests for Production |
| 105 | 7/18/02 | Defendants' Discovery Responses |

| | | |
|---|---|---|
| 106 | 8/14/02 | Mostafa Reyad's Supplemental Discovery Responses |
| 107 | 8/14/02 | Wafa Reyad's Supplemental Discovery Responses |
| 108 | 5/16/00 | Transcript of Hearing on Motion for Prejudgment Remedy before Magistrate Judge William I. Garfinkel |
| 109 | 8/15/00 | Transcript of Hearing before Magistrate Judge William I. Garfinkel |
| | | **Correspondence Between The Parties Re: Sale of Loans/Damages** |
| 110 | 5/11/00 | Letter from David Schaefer to Mostafa Reyad |
| 111 | 7/26/00 | Letter from Mostafa Reyad to David Schaefer |
| 112 | 7/28/00 | Letter from David Schaefer to Mostafa Reyad |
| 113 | 8/1/00 | Letter from Mostafa Reyad to David Schaefer |
| 114 | 8/27/00 | Letter from Mostafa Reyad to Michael Winiarski |
| 115 | 9/8/00 | Letter from Mostafa Reyad to David Schaefer |
| 116 | 10/12/00 | Letter from David Schaefer to Mostafa Reyad |
| 117 | 10/12/00 | Letter from Michael Winiarski to Mostafa Reyad |
| 118 | 10/20/00 | Letter from David Schaefer to Mostafa Reyad |
| 119 | 10/23/00 | Letter from Mostafa Reyad to David Schaefer |
| 120 | 10/24/00 | Letter from David Schaefer to Mostafa Reyad |
| 121 | 11/17/00 | Letter from Mostafa Reyad to Michael Winiarski |
| 122 | 12/19/00 | Letter from Mostafa Reyad to David Schaefer |
| 123 | 12/21/00 | Letter from David Schaefer to Mostafa Reyad |
| 124 | 12/21/00 | Letter from David Schaefer to Mostafa Reyad |
| 125 | 8/3/01 | Letter from Carolyn Kone to Mostafa Reyad re: Tarzia loan payoff |
| 126 | 8/9/01 | Letter from Carolyn Kone to Mostafa Reyad re: Zuiewski loan payoff |
| 127 | 8/9/01 | Letter from Carolyn Kone to Mostafa Reyad re: Ginsberg loan payoff |

Full 128
Full 129 Quit Deed claim