AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _Connecticut_

Indymac v. Reyad

Def #5

EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:00CV835 CFD

| PRESIDING JUDGE Droney | PLAINTIFF'S ATTORNEY Schaefer | DEFENDANT'S ATTORNEY Reyad |
|---|---|---|
| TRIAL DATE(S) 4/6, 4/7, 4/29 | COURT REPORTER Marshall | COURTROOM DEPUTY Den |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | See attached |
| | | | | | |
| | | | | | United States District Court District of Connecticut FILED AT HARTFORD April 29, 2004 Kevin F. Rowe, Clerk By _____ Deputy Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
      Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MARCH 10, 2004

MOSTAFA REYAD AND WAFA REYAD
    Defendants

## DEFENDANTS' REVISED LIST OF EXHIBITS

Defendants filed on November 18, 2003, The Joint Trial Memorandum. Defendants attached eleven (11) exhibits and one Appendix, however, new discovery dated November 24, 2003, and other documents related to Defendants' claims obtained thereafter. Defendants' revised list of exhibits contains eighteen (18) exhibits. Plaintiff had received all these exhibits among Defendants' motions and there is no prejudice.

**Exhibit # 1: 3 pages**

Page 1 is a letter faxed to Defendant dated May 22, 2000,

Page 2 is the enclosed report for that fax.

Page 3 is the estimated losses by IndyMac Mortgage Holdings, Inc.,

1

And the dismissed Plaintiff IndyMac. Inc. dated February 9, 2001.

*Full* **Exhibit # 2: 2 pages**

IndyMac Mortgage Holdings, Inc. letter dated November 9, 1998

*Full* **Exhibit # 3: 12 pages**

Variable Terms Letter dated as of November 10, 1998

*Full* **Exhibit # 4: 5 pages**

Exhibit 1-A to Variable Terms Letter

*Full* **Exhibit # 5: 4 pages**

Agreement with Respect to Waiver of anti-deficiency provisions of the Uniform Commercial Code dated August 2000.

*Full* **Exhibit # 6: 5 pages**

IndyMac letter dated June 16, 2000.

*Full* **Exhibit # 7: 2 pages**

Page 17 and 18 of the Lending Agreement, see, item 10(I).

*Full* **Exhibit # 8: 4 pages**

Pages 23-25 are item 13 "Event of Default", page 43;

<u>See</u>, definition of "Loan Documents".

**Exhibit # 9: 1 page**

Letter executed by Rita Altomara dated June 1, 2000.

**Exhibit # 10: 1 page**

Letter executed by Lucy Haskell dated June 2, 2000.

**Exhibit # 11: 5 pages**

A copy of the Supreme Court of New Jersey's opinion dated February 11, 1936.

**Exhibit # 12: Appendix # 1**

A copy of Defendants' IndyMac policies and annuities, and its account statements.

Full **Exhibit # 13: 1 page**

Certificate issued by Delaware Secretary of State dated 05-10-02.

Full **Exhibit # 14: 9 pages**

State of California, Secretary of State RE: Independent Lending Corporation dated November 24, 2003.

*[handwritten: Full]* **Exhibit # 15: 13 pages**

State of California, Secretary of State Re: IndyMac Mortgage Holdings, Inc. dated November 24, 2003.

*[handwritten: Full]* **Exhibit # 16: 2 pages**

A copy of the United State Court of Appeals for the Third Circuit dated December 18, 2003.

*[handwritten: Full]* **Exhibit # 17: 2 pages**

A copy of two(2) notices of Lapse of two(2) insurance policies.

*[handwritten: Full]* **Exhibit # 18: 1 page**

A copy of liquidation of insurance policy.

*[handwritten:]*
exh. 19 —
Full exh - 24 - Loan application
Full exh - 25 Quality Control Findings 5-4-00