# United States District Court

DISTRICT OF CONNECTICUT

Indymac v. Reyad

**Plaintiff's WITNESS LIST**

CASE NUMBER: 3:00CV835 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Schaefer | Reyad |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/6 | MARSHALL | Den |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-6-04 | | | Brian Ainslie |
| | | " | | | Prabhat Kumar, Credit Research, NJ |
| | | " | | | Luis Russell, Bridgeport, CT — Peoples Bank |
| | | " | | | Alice Patrignelli, Bridgeport, CT " |
| | | 4-7-04 | | | Brian Ainslie |
| | | " | | | Susan Brown, Norwalk, CT |
| | | " | | | Richard Tortora, Fleet Bank |
| | | " | | | Mostafa Reyad, Ft Lee, N.J. |
| | | 4-29-04 | | | Sanford Levine |

United States District Court
District of Connecticut
FILED AT   HARTFORD
April 29, 2004
Kevin F. Rowe, Clerk
By D. Johnson
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages