UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
               Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
               Defendants

**DATE: MAY 6, 2004**

### DEFENDANTS' MOTION TO REOPEN PROCEEDING TO ALLOW DEFENDANTS ADDITIONAL EXHIBITS

This Court on April 29, 2000 Granted Defendants the opportunity to file additional exhibits only for Counterclaims. Defendants filed on March 10, 2004 "Defendants' Revised List of Exhibits" (Doc # 339). The Court entered its Grant for Full Exhibits on 05/04/2004 (Doc # 378). **See**, Defendants' exhibit number 12, the Court Ordered it as Full Exhibit, but it is not marked on Doc # 378, also exhibit # 19 was not marked as full exhibit, **see**, (Doc # 378) attached hereto. Defendants hereby respectfully request entering the following exhibits as full exhibits:

1

**Exhibit # 26**

Complaint filed in the District of New Jersey, **IndyMac Mortgage Holdings, Inc. and IndyMac, Inc. v. Mostafa Reyad and Wafa Reyad** dated May 8, 2000, case number 2000 CV 2237 (JAG).

**Exhibit # 27**

Order to show cause; writ of attachment up to $ 5.7 million.

**Exhibit # 28**

Writ of Garnishment to the value of $ 1.6 million to Fleet Bank

**Exhibit # 29**

Writ of Garnishment to the value of $ 1.6 million to Hudson United Bank

**Exhibit # 30**

Writ of Garnishment to the value of $ 1.6 million to Aetna Life Insurance Company

**Exhibit # 31**

Writ of Garnishment to the value of $ 1.6 million to New England Financial Annuities

**Exhibit # 32**

Writ of Garnishment to the value of $ 1.6 Million to IDS Life Insurance Company

**Exhibit # 33**

Writ of Garnishment to the value of $ 1.6 million to American Express Financial Advisors.

**Exhibit # 34**

AIG VALIC Letter dated August 8, 2002

**Exhibit # 35**

Mostafa Reyad Sworn Affidavit dated January 10, 2002, attached to Doc # 195

**Exhibit # 36**

Mostafa Reyad Sworn Affidavit dated May 3, 2004

**Exhibit # 37**

Wafa Reyad Sworn Affidavit dated May 4, 2004

**Exhibit # 38**

Gulf Underwriters Insurance Company; "Error and Omissions" Renewal Certificate

**Exhibit # 39**

Gulf Underwriters Insurance Company, Additional Insured Endorsement;

IndyMac & Affiliates

**Exhibit # 40**

Crime Policy from January 10, 1997 until cancelled, cancelled January 9, 2001

**Exhibit # 41**

Mostafa Reyad & Companies Financial Statements for the year 1998

**Exhibit # 42**

Mostafa Reyad & Companies Financial Statements for the period ending

September 30, 1999

    The Defendant                                The Defendant
    Mostafa Reyad                             Wafa Reyad

By:_____       By: _____
   Mostafa Reyad                               Wafa Reyad
   2077 Center Ave # 22D                 2077 Center Ave # 22D
   Fort Lee, NJ 07024                      Fort Lee, NJ 07024
   Day Phone 203-325-4100               Home Phone 201-585-0562

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

                                                  _____
                                                     Mostafa Reyad