UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                     Plaintiff               **CIVIL ACTION NO.
                                                                    3:00CV835 (CFD)**

                  V.

MOSTAFA REYAD AND WAFA REYAD
                     Defendants
                                                                 **DATE: MAY 4, 2004**

## WAFA REYAD'S SWORN AFFIDAVIT

I, Wafa Reyad declares:

1. I am at the age of 58 years, resident and citizen of Fort Lee, New Jersey since 1986.

2. I am a full time employee for Fort Lee Free Public Library for at least 15 years. I never employed by any other entity in the last 15 years.

3. I bought a condominium in Greenwich, Connecticut for my son. I did not even attended the closing of that transaction (cash transaction), and I never spent one day or one night in that place.

4. I obtained by mail a mortgage license; all papers were prepared by my husband. It is a paper license never used; just in case, when my husband pass away I can liquidate his business.

1

5. I am not, and never was the owner of any business of Mostafa Reyad & Companies, nor any interest in it.

6. I signed at Fort Lee, New Jersey on or about December 6, 1996, the Guaranty for the benefit of WLCA, and I signed the same to the second time on or about November 10, 1998.

7. At all times, including the present time, I signed the said guaranty as I understand it; as it reads, that is to say, when I will be the owner of Federal Mortgage Company of Connecticut, which I never been or was.

8. On May 15, 2000 at about 9:30 I was served by the summons of this action. I was aware to the first time about this action only on Sunday evening on May 14, 2000 from Mostafa Reyad.

9. On May 15, 2000, I was informed by my co-workers, that, a person from the Connecticut Court came to the library with a Court Order to stop me from transferring money illegally our of the County, that person came to the library on May 12, 2000, in the morning hours.

10. On May 18, 2000 I recognized that my personal bank account with Hudson United Bank is closed, and also my bank account with Fleet Bank closed, and there are Court Orders against me in the amount of $ 7.3 Million.

11. I cannot remember what happened to me, except that I found myself in Englewood Hospital, In Englewood New Jersey under suicidal watch. I was released from the hospital on May 22, 2000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 4, 2004 at Princeton, New Jersey.

By: _____
      Wafa Reyad

**STATE OF NEW JERSEY**

                 **)) PRINCETON**

**COUNTY OF MERCER**

**ON THE 4TH OF MAY, 2004 PERSONALLY APPEARED WAFA REYAD THE SIGNER ABOVE.**

_____
**NOTARY PUBLIC**