UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff                **CIVIL ACTION NO.**
                                                                 **3:00CV835 (CFD)**

                V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

                                                                **DATE: MAY 10, 2004**

_____

## DEFENDANTS' MOTION TO RECONSIDER RULING ON PLAINTIFF'S MOTION TO REDUCE PREJUDGMENT REMEMDY

Defendants Mostafa Reyad and Wafa Reyad respectfully submit this motion and its accompanied memorandum of law requesting Reconsideration of this Court "Ruling On Plaintiff's Motion To Reduce Prejudgment Remedy" Ordered on April 30, 2004 (Order # 374). Without waiving any of Defendants' defenses or claims presently; in the past or the future; this instant motion is defendants' defense towards the excessive total of the prejudgment remedy created by the additional of $ 5.7 million issued by The District of New Jersey, for the exact duplicate action.

1

Defendants may agree with Plaintiff's opinion that Connecticut District lacks authority on New Jersey District, but Defendants opinion that, this Court has the complete and full authority over the parties in any matter relates to the instant action including New Jersey duplicate action. It has the power of do or not to do on all matters of both litigations, and certainly can punish any contemper. Federal District Courts' major junction is Constitutional disputes, thus this Court would not allow violation of the Eighth Amendment presented now by Defendants.

**<u>CONCLUSION</u>**

The Honorable Court should Order Plaintiff to apply to The District of New Jersey requesting lifting the prejudgment attachment for any amount exceeds the amount determined by this Court in its Order dated April 30, 2004 (Order # 374), and to avoid any duplication if any.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad | The Defendant<br>Wafa Reyad |
| By:_____<br>Mostafa Reyad<br>2077 Center Ave # 22D<br>Fort Lee, NJ 07024<br>Day Phone 203-325-4100 | By: _____<br>Wafa Reyad<br>2077 Center Ave # 22D<br>Fort Lee, NJ 07024<br>Home Phone 201-585-0562 |

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
Mostafa Reyad

3