UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>                Plaintiff | **CIVIL ACTION NO.<br>3:00CV835 (CFD)** |
| V. | |
| MOSTAFA REYAD AND WAFA REYAD<br>                Defendants | **DATE: MAY 10, 2004** |

**DEFENDANTS' LEGAL MEMORANDUM OF LAW IN SUPPORT FOR MOTION FOR RECONSIDERATION OF ORDER NUMBER 374**

This is Defendants Mostafa Reyad's and Wafa Reyad's legal memorandum of law in support of Defendants' motion for reconsideration of "Ruling On Plaintiff's Motion To Reduce Prejudgment Remedy", Ordered by this Court on April 30, 2004, and entered on May 4, 2004. Defendants without waiving any defense or claim, presently; in the past or the future; Defendants' motion is a defense towards the excessive total of the prejudgment remedy created by the addition of $ 5.7 million issued by The District of New Jersey, for the same exact duplicate action.

1

2

It is undisputed fact that, New Jersey action is a duplicate and The District of New Jersey and the Third Circuit, stayed the New Jersey action pending the outcome of this action in Connecticut, **see**, documents attached hereto, and **see**, the Eighth Amendment. It would be unconstitutional and unfair if the Court will not Order Plaintiff not to exceed this Court Order dated April 30, 2004 (Doc # 374) in both action.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad | The Defendant<br>Wafa Reyad |
| By:_____<br>  Mostafa Reyad<br>  2077 Center Ave # 22D<br>  Fort Lee, NJ 07024<br>  Day Phone 203-325-4100 | By: _____<br>  Wafa Reyad<br>  2077 Center Ave # 22D<br>  Fort Lee, NJ 07024<br>  Home Phone 201-585-0562 |

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
                    Mostafa Reyad