UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
             Plaintiff          **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
             Defendants        **DATE: MAY 16, 2004**

_____


## DEFENDANT MOSTAFA REYAD'S FORTH MOTION IN LIMINE

Defendant Mostafa Reyad hereby respectfully moves this Court to Strike certain evidences, acknowledged as full exhibits, and to exclude certain testimony offered in the Trial on April 6-7, 2004.

The Court should Strike the followings:

1. All the testimony of Brian Ainslie, except his testimony relates to the authentication of Plaintiff's exhibits # 1 to #10.

2. All testimony of Probhar Kumar

3. All testimony of Luis Russell

4. All testimony of Alice Patrignell

5. All testimony of Susan Brown

1

6. All testimony of Richard Tortora

As it shown in the accompanied memorandum of law, there are compelling reasons pursuant to Federal Rules of Evidence to Grant this motion.

The Defendant
Mostafa Reyad

By: _____
    Mostafa Reyad
    2077 Center Ave # 22D
    Fort Lee, NJ 07024
    Day Phone 203-325-4100
    Home Phone 201-585-0562

## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Wafa Reyad at 2077 Center Avenue # 22D, Fort Lee, NJ 07024.

                                            _____
                                            Mostafa Reyad