UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**DATE: MAY 18, 2004**

## DEFENDANTS' REPLY TO PLAINTIFF'S CONSOLIDATION OPPOSITION TO DEFENDANTS' POST-TRIAL MOTIONS

Defendants Mostafa Reyad and Wafa Reyad hereby respectfully reply to Plaintiff's Consolidated Opposition to Defendants' Post-Trial Motions, dated May 14, 2000 (Doc # 385). Plaintiff's opposition to "Defendants' motion to reopen proceeding to allow Defendants additional exhibits" only for counterclaims dated May 6, 2004 (Doc # 381), and "Defendant Mostafa Reyad's Supplemental Brief" dated May 11, 2004 (Doc # 384).

    I.   Defendants' motion to reopen proceeding to allow Defendants additional exhibits should be Granted, it is limited only to the evidence of Defendants counterclaims. Defendants filed almost all these exhibits during pretrial stage, except new evidences regarding the excessive damages which were not available to Defendants that time, it should be Granted.

1

II. Defendant Supplemental Brief should be Granted. Defendant did not discover that he became legally deaf as explained by Cal. Evid. C. 754(a) except in the Trial and when he reviewed the transcript. Plaintiff's opposition p. 2 foot note 1 is reflecting the Order filed with the Clerk, marked exhibits with the Handwriting of the Honorable Judge; attached hereto (Doc # 339). Defendant in hearing impaired, but he can read. This is the only reason for Defendant to file a supplemental brief. The reason is beyond his control. Defendant is doing all efforts to have hearing aid to use it in Court. Defendant's Supplemental Brief should be Granted as a matter of evidence.

As a matter of law, Plaintiff is not entitled to provide any evidence effective April 20, 2003. Despite numerous request of Defendant Mostafa Reyad to Plaintiff's attorney Schaefer to file a claim with the insurance companies insuring Mostafa Reyad's business and insuring IndyMac, Inc. and its affiliates as additional insured. Mr. Schaefer refused and pushed Defendant to file a claim with the insurance company, Defendant asked Mr. Schaefer to provide Defendant by Plaintiff's findings, he refused repeatedly. Mr. Schaefer is an attorney for more than 30 Years. He filed Plaintiff's complaint for cause of action claiming deceptive activities, and "CUTPA" claims pursuant to Conn. Gen. Stat. 42-110(a). Plaintiff's claim is entirely void, because no one has the right to invoke a subsection of the law, and not follow another subsection of the same section of that law, see 42-110 (g)(c), it mandates filing the deceptive activities with Conn. General attorney,

and Conn. Commissioner of Consumer Protection. These governmental authorities can determine the facts and punish wrongdoers. He did not, Plaintiff's claims are completely void.

The compelling evidence in this action, that, all the disputed loans were sold to other investors, no single claim for delinquent consumer payments, and no single claim in value or appraisal, evidencing that all these loans are genuine loans, no single dispute whatsoever in any loan except Plaintiff's false claims.

3

The Defendant                                    The Defendant
Mostafa Reyad                                    Wafa Reyad


By:_____           By:_____
   Mostafa Reyad                                     Wafa Reyad
   2077 Center Ave # 22D                              2077 Center Ave # 22D
   Fort Lee, NJ 07024                                 Fort Lee, NJ 07024
   Day Phone 203-325-4100                             Home Phone 201-585-0562


## CERTIFICATION OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511.

                                                _____
                                                  Mostafa Reyad