UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                              Plaintiff

                    V.


MOSTAFA REYAD AND WAFA REYAD
                              Defendants

**CIVIL ACTION NO.
3:00CV835 (CFD)**



**DATE: MAY 24, 2004**

### DEFENDANTS' EXPEDITED MOTION TO REOPEN TRIAL

Defendants Mostafa Reyad and Wafa Reyad hereby respectfully move this Court
to expeditiously reopen the Trial Proceedings, Mr. Brian Ainslie and Attorney
David Schaefer misrepresented serious material facts. Mr. Ainslie committed
perjury in his testimony under oath on April 7, 2004 before this Court, and
attorney Schaefer committed a fraud upon the Court, in collaboration with Mr.
Ainslie. The perjury and the fraud against United States effectuate this Court
decision, and in fact they were successful to defraud the Court for the admission
of certain Plaintiff's exhibits, and without that misconduct, the Court would decide
different decision. The two (2) violations of perjury and fraud upon the Court
entailed the misconduct of obstruction of justice necessitates immediate attention
by the Court, cannot be postponed till the end of the Trial.

1

2

Plaintiff and his attorney are continuing this misconduct for more then four (4) years; caused Defendants actual damages approximately $ 15 million. For reasons stated herein and in the accompanied memorandum of law. The Honorable Court should Grant Defendant's motion, and Order the proper relief deems reasonable taking into consideration the extraordinary circumstances of this action.

By:_____
   Mostafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024
   Day Phone 203-325-4100
   Home Phone 201-585-0562

By:_____
   Wafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024
   Home Phone 201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct

copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511.


          _____
           Mostafa Reyad

3