AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CONNECTICUT**

Indymac
v.
Reyad

**PLAINTIFF'S EXHIBIT LIST**

CASE NUMBER: 3:00CV835 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Schaefer | Reyad |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | MARSHALL | D JOHNSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11-16-00 | ✓ | ✓ | Personal financial Statement |
| 2 | | 11-16-00 | ✓ | | Copy of order from USDC, N.J. |

FILED 2004 MAY 26 P 12:46 U.S. DISTRICT COURT HARTFORD, CT.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages