# United States District Court

DISTRICT OF __Connecticut__

Indymac v. Beyad

Deft's

EXHIBIT AND ~~WITNESS~~ LIST

CASE NUMBER: 3:00CV835 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Droney | Schaefer | Beyad |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Marshall | D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11-16-01 | ✓ |  | Financial Statements |
|  | 2 | " | ✓ | ✓ | let. dtd 6-2-00 From Ft Lee Free Public library |
|  | 3 | 4-12-01 |  |  | Bank Statement 6-1-98 – 6-30-98 |

FILED 2004 MAY 26 P 12:46 U.S. DISTRICT COURT HARTFORD, CT.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages