UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff                 **CIVIL ACTION NO.**
                                                      **3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                                     **DATE: MAY 25, 2004**

**DEFENDANTS' EXPEDITED MOTION TO ENJOIN PLAINTIFF TO RELEASE LIS PENDENCE OFF DEFENDANTS' DAUGHTER'S REAL ESTATE PROPERTY**

Defendants Mostafa Reyad and Wafa Reyad hereby respectfully move this Court to Enjoin Plaintiff to release the Lis Pendence off the real estate property located at 1452-1454 River Road, Edgewater, New Jersey owned by Defendants' daughter Dina R. Abousabe. Although the said lis pendence is against the name of Wafa Reyad, and the owner's name is Dina R. Abousabe; it clouds the title and precluding the sale of the said real estate. Indeed, the lis pendence was Ordered by the U.S. District Court of New Jersey pursuant to the exact duplicate action of the instant action. New Jersey action is in a stay status pending final resolution of this action, affirmed by the decision of the Third Circuit. Thus, there is no way to Defendant to apply to the District of New Jersey.

The extraordinary circumstances due to the illness of our Daughter necessitates expedited consideration, more specifically, that our daughter will be confined in the hospital as of June 1, 2004.

**CONCLUSION**

The Honorable Court should Grant this motion, and enjoin Plaintiff to release the lis pendence issued against Defendants off the property located at 1452-1454 River Road, Edgewater, New Jersey owned by Defendants' daughter Dina R. Abousabe.

By: _____          By: _____
   Mostafa Reyad                              Wafa Reyad
   2077 Center Ave # 22D                       2077 Center Ave # 22D
   Fort Lee, NJ 07024                          Fort Lee, NJ 07024
   Day Phone 203-325-4100                      Home Phone 201-585-0562
   Home Phone 201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511.

                                                _____
                                                Mostafa Reyad