UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff              **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                          **DATE: MAY 25, 2004**
_____

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF EXPEDITED
MOTION TO ENJOIN PLAINTIFF TO RELEASE LIS PENDENCE OFF REAL
ESTATE PROPERTY OWNED BY DEFENDANTS' DAUGHTER**

This is the memorandum of law in support of Defendants expedited motion to enjoin Plaintiff to release the lis pendence off the real estate property located at 1452-1454 River Road, Edgewater, New Jersey owned by Defendants' daughter Dina R. Abousabe. Defendants' daughter should be admitted to the hospital on June 1, 2004 per doctor's recommendation. This circumstances warrant expedited review and Court's Order to enjoin Plaintiff to release the said lis pendence as practicable as possible.

Although, the subject property is owned by Dina R. Abousabe, and the lis pendence is against Wafa Reyad. It creates title cloud blocked the transfer of the property to a purchaser. The subject property valued at one million two hundred thousand, and due to the circumstances of Defendants' daughter's illness and

1

Defendants' extraordinary circumstances related to prejudgment attachments and garnishments Abousabe offered the said property at one million for quick sale. She entered into contract, but she is unable to close the transaction because of the title cloud caused by the lis pendence, even it is against her mother.

The outstanding Court Orders for prejudgment attachments and garnishments issued by this District and the District of New Jersey totaled $ 18.5 million. This District issued eight (8) Orders, each order $ 1.6 million, and the District of New Jersey issued $ 5.7 million.

Plaintiff admitted on their "Plaintiff's consolidated opposition to Defendants' prejudgment remedy" dated May 20, 2004 (Doc # 389) p. 3 "The only other asset that IndyMac has attached pursuant to the prejudgment in the New Jersey Action is a cooperative apartment in Fort Lee, New Jersey, owned by Wafa Reyad, the net equity in which Ms. Reyad estimated during her deposition on April 3, 2004 to be approximately $ 400,000, and Mr. Reyad estimated during his deposition on May 26, 2000 to be approximately $ 290,000".

The documents attached hereto shows that New Jersey Action is in a stay status pending final resolution of this District, affirmed by the Decision of the Third Circuit, thus, there is no way to Defendants to apply to the District of New Jersey. The only justifiable solution lies in this Court to Enjoin Plaintiff to release the lis

pendence on the subject property. The extraordinary circumstances necessitates expedited consideration.

Case 3:00-cv-00835-CFD   Document 396   Filed 05/27/2004   Page 3 of 4

By: _____         By: _____
   Mostafa Reyad                                    Wafa Reyad
   2077 Center Ave # 22D                     2077 Center Ave # 22D
   Fort Lee, NJ 07024                             Fort Lee, NJ 07024
   Day Phone 203-325-4100                  Home Phone 201-585-0562
   Home Phone 201-585-0562

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511.