UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:00CV835(CFD) |
| v. : | |
| : | |
| MOSTAFA REYAD and WAFA REYAD, : | JUNE 14, 2004 |
| : | |
| Defendants. : | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO REOPEN TRIAL

Plaintiff IndyMac Bank, F.S.B. ("Plaintiff" or "IndyMac") submits the instant memorandum in opposition to "Defendants' Expedited Motion to Reopen Trial" dated May 24, 2004 (Doc. #390). Defendants seek to "reopen the Trial" to revisit the introduction of certain documents from the loan files submitted by Federal Mortgage Company of Connecticut to IndyMac. In this regard, Defendants repeat the arguments made by Mostafa Reyad in his Supplemental Brief dated May 11, 2004 (doc. # 384), and in his Fourth Motion in Limine dated May 16, 2004 (doc. # 386). Additionally, Defendants claim that Brian Ainslie offered inconsistent testimony at trial concerning the loan files at issue.

To the extent that these arguments are duplicative of Defendants' earlier filings, Plaintiff incorporates by reference its response to these arguments as set forth in its Opposition to Defendants' Post-Trial Motions dated May 14, 2004 (doc. # 385), at p. 4, and its Opposition to Defendant Mostafa Reyad's Fourth Motion in Limine dated June 10, 2004, at pp. 2-4.

With respect to the testimony concerning the loan files offered at trial, Mr. Ainslie testified at trial on April 7, 2004, that he had requested from IndyMac's offices the loan files containing the exhibits that had been marked for identification during trial on April 6, 2004, and that he received from IndyMac the original loan files for, inter alia, borrowers Moazed, Ortiz, Lyons, Nyakana, Antoine, Perez and Zyblut.  See 4/7/04 Tr. at 3-9, 15-20.  After giving Defendants ample opportunity to review the original loan files,[1] the Court admitted as full exhibits Plaintiff's exhibits 41, 42, 47, 51, 53, 78, 80, 82, 94, 95 and 96.  See id.  Mr. Ainslie then explained that he had previously directed that IndyMac forward to its legal counsel complete copies of all of the credit files at issue in this action, and that the exhibits offered at trial regarding borrowers Calderon (exhibit 93) and Marlewski (exhibit 49) were accurate copies of documents contained in the files previously copied by IndyMac and forwarded to its counsel.  See 4/7/04 Tr. at 23-26, 31-33.  Thus, Mr. Ainslie clearly testified at trial concerning the origin of the exhibits at issue, and Defendants were given ample opportunity to review the original loan files at trial on April 7th, and again on April 29th, when Plaintiff's counsel brought all the files to court again at Mr. Reyad's request.  Defendants' belated objection to these exhibits is unfounded, and should be denied summarily.

For these reasons, and for the reasons set forth in Plaintiff's Opposition to Defendants' Post-Trial Motions dated May 14, 2004 (doc. # 385) and its Opposition to Defendant Mostafa Reyad's Fourth Motion in Limine dated June 10, 2004, incorporated

---

[1] Mr. Reyad reviewed these files at trial, and recognized at that time that they were the original files.  See, e.g., 4/7/04 Tr. at 12 (Wherein Mr. Reyad stated in connection with exhibits 78, 80 and 82 from the loan files for borrowers Moazed, Ortiz and Calderon: "Yes, your Honor.  Regarding the three files which I was looking through the originals, they are original files.  No objection to the original file . . . .").

herein by reference, "Defendants' Expedited Motion to Reopen Trial" dated May 24, 2004 (Doc. #390) should be denied.

                PLAINTIFF INDYMAC BANK, F.S.B.

                By:   /s/ Rowena A. Moffett
                   Rowena A. Moffett (ct19811)
                   BRENNER, SALTZMAN & WALLMAN LLP
                   Their Attorneys
                   271 Whitney Avenue
                   P.O. Box 1746
                   New Haven, CT  06507-1746
                   Tel. (203) 772-2600
                   Fax. (203) 772-4008

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 14th day of June, 2004 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

/s/ Rowena A. Moffett
Rowena A. Moffett (ct19811)