UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:00CV835(CFD) |
| v. | : |
| MOSTAFA REYAD and WAFA REYAD, | : June 17, 2004 |
| Defendants. | : |

## CERTIFICATE OF MAILING

This is to certify that, pursuant to C.G.S. §42-110g(c), a copy of the Amended Complaint in the above-captioned action was mailed, via certified mail, return receipt requested on this date to the following:

Attorney General, Richard Blumenthal
State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06103; and

Edwin R. Rodriguez, Commissioner
State of Connecticut
Department of Consumer Protection
165 Capitol Avenue
Hartford, CT 06106

PLAINTIFF INDYMAC BANK, F.S.B.

By:   s/Rowena A. Moffett
 Rowena A. Moffett (ct19811)
 BRENNER, SALTZMAN & WALLMAN LLP
 Their Attorneys
 271 Whitney Avenue
 P.O. Box 1746
 New Haven, CT  06507-1746
 Tel. (203) 772-2600
 Fax. (203) 772-4008

855717.DOC

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 17th day of June, 2004 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

                                                       s/Rowena A. Moffett_____
                                                       Rowena A. Moffett (ct19811)