UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>      Plaintiff<br><br>V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>      Defendants | **CIVIL ACTION NO.**<br>**3:00CV835 (CFD)**<br><br><br><br>**DATE: JUNE 30, 2004** |

### **DEFENDANT'S MOTION TO CORRECT THE RECORDS**

Defendant Mostafa Reyad hereby moves this Court for an Order, or Directive to the District Clerk's Office to correct the records on the Docket Sheet of this action. The docket sheet dated 5/17/00; 6/6/00; and 6/19/00 presently is misleading, it shows writ of garnishment, and it does not show that there are eight different writs. The propriety of this motion is the docket sheet when corrected, it will show the injunction imposed on Defendants which caused Defendants actual damages, approximately fifteen million dollar.

Pursuant of Federal Rules of Civil Procedure, the Honorable Court should Grant this motion.

1

2

The Defendant
Mostafa Reyad

By:_____
   Mostafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024
   Day Phone 203-325-4100

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed a true and correct copy of this document to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 0651 and Hand delivered to Wafa Reyad.

_____
        Mostafa Reyad