UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**DATE: JUNE 30, 2004**

### DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT FOR MOTION TO CORRECT THE RECORDS

This is Defendant Mostafa Reyad's memorandum of law in support of motion to correct the records of this action. The present records on the docket sheet dated 5/17/00; 6/6/00; and 6/19/00 are misleading, and it was not docketed properly pursuant to Fed. R. Civ. P. Rule 79 (a) (These entries shall be brief but shall show the nature of each paper filed or writ issued and the substance of each order or judgment of the Court and of the returns showing execution of process), this Court issued eight (8) multiple writs of garnishment, each writ in the amount of $ 1.6 million, making the total of the prejudgment remedy in the amount of $ 12.8 million, the docket sheet was forwarded to the Second Circuit, showing only

2

the prejudgment remedy in the amount of $ 1.6 million per minute entry dated 5/16/00.

The Honorable Court should Grant Defendant's motion and Order or Direct the District Clerk's Office to correct the records.

The Defendant
Mostafa Reyad

By:_____
   Mostafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024
   Day Phone 203-325-4100

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed a true and correct copy of this document

to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 0651 and

Hand delivered to Wafa Reyad.

_____
Mostafa Reyad