UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                     Plaintiff            **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                     Defendants
                                                                  **DATE: AUGUST 30, 2004**
_____

**DEFENDANT MOSTAFA REYAD'S MOTION PURSUANT TO 28 U.S.C. 144**

Defendant Mostafa Reyad, hereby, respectfully moves this Court pursuant to 28 U.S.C. 144 to assign all pending motions and all other proceedings of this action to another judge. The Honorable Christopher F. Droney acted in an extrajudicial prejudice against Defendant(s) and in favor of Plaintiff. This motion is timely and there is a good cause shown in the accompanied memorandum of law and Defendant's affidavit to Grant this motion.

1

The Defendant
Mostafa Reyad

By: _____
  Mostafa Reyad
  2077 Center Avenue # 22D
  Fort Lee, NJ 07024
  Day Phone # 203-325-4100
  E-mail  reyad@optonline.net

## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this

Document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT

06511 and Hand delivered to Wafa Reyad

                                                _____
                                                  Mostafa Reyad