UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                              Plaintiff                    **CIVIL ACTION NO.
                                                          3:00CV835 (CFD)**

                    V.


MOSTAFA REYAD AND WAFA REYAD
                              Defendants
                                                          **DATE: SEPTEMBER 2, 2004**
_____

### DEFENDANT MOSTAFA REYAD'S MOTION PURSUANT TO 28 U.S.C. 455

Defendant Mostafa Reyad hereby, respectfully requests to Honorable

Christopher F. Droney, U.S.D.J. to Disqualify his Honor off this action, pursuant

to 28 U.S.C. 455 (b)(3). Defendant affirms that Neither his Honor nor the

Defendant would be aware, that the instant action, now before the Court includes

the same merits and it is  typical action Dismissed on the merits by Judge Droney

on August 10, 2001. This Court Dismissed Plaintiff namely IndyMac, Inc.

pursuant to Rule 12 (b)(6), that dismissal is with prejudice, final adjudication on

the merits. The action now before the Court is upon the same merits as well as

all evidence provided at Trial on April 6-7 and 29, 2004, are the same evidence

and the same cause of action of the Dismissed IndyMac, Inc. Thus, Judge

Droney delivered his published opinion on the case of IndyMac, Inc.    Pursuant

to the law cannot be the same Judge on the same case again to adjudicate once

1

again upon the same merits his Honor has Ruled and dismissed it on the merits,

despite that now Plaintiff's name is IndyMac Mortgage Holdings, Inc. and

substituted by IndyMac Bank, F.S.B. It is the same merits and the same

transaction or series of the same transaction from two (2) Plaintiff's under the

same control and ownership since 1987. Honorable Droney must recuse himself

as a matter of law.

The Defendant
Mostafa Reyad


By: _____

    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Day Phone # 203-325-4100
    E-mail  reyad@optonline.net


## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this

Document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT

06511 and Hand delivered to Wafa Reyad


                              _____

                                Mostafa Reyad