UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>　　　　　　　　Plaintiff<br><br>V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>　　　　　　　　Defendants | **CIVIL ACTION NO.**<br>**3:00CV835 (CFD)**<br><br><br><br><br>DATE: SEPTEMBER 2, 2004 |

## **DEFENDANT MOSTAFA REYAD'S MOTION TO STAY**

Defendant Mostafa Reyad hereby respectfully moves this Court to stay all proceedings, pending Ruling on Defendant's motions. If this motion will not be granted; The Court would not accomplish a fair conclusion to this action. Defendant's motion should be Granted and this action should be stayed until Order of the Court.

1

2

   The Defendant
   Mostafa Reyad

By: _____
   Mostafa Reyad
   2077 Center Avenue # 22D
   Fort Lee, NJ 07024
   Day Phone # 203-325-4100
   E-mail  reyad@optonline.net

## **CERTIFICATION**

The Undersigned certifies that he mailed a true and correct copy of this

Document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT

06511 and Hand delivered to Wafa Reyad

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　   Mostafa Reyad

2