UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

INDYMAC BANK, F.S.B, Plaintiff

2004 SEP -3 A 9: 31

V.

Case No. 3:00cv835
(Put case number here)

MOSTAFA REYAD AND WAFA REYAD, Defendant

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1. **(Complete the first line for electronic notification from the court)**

I, MOSTAFA REYAD _____ hereby consent to the court
(name of pro se litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, MOSTAFA REYAD _____ hereby consent to opposing
(name of pro se litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

MOSTAFA REYAD
(Name of pro se litigant, typed or printed)

2077 CENTER AVE#22D
Street Address

FORT LEE, N.J. 07024              201-585-0562 and 203-325-4100
City, State, Zip Code                          Telephone

reyad@optonline.net
email address

SEPTEMBER 2nd, 2004           [signature]
Date                                        Signature

## Certificate of Service

I hereby certify that on  09/02/04   [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

```
DAVID R. SCHAEFFER, ESQ
BRENNER SALZMAN & WALLMAN LLP
P.O. BOX 1746
NEW HAVEN, CT 06507-1746
```

_____
Signature of pro se litigant