UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B._____, Plaintiff

V.

Case No.3:00cv835
(Put case number here)

MOSTAFA REYAD AND WAFA REYAD___, Defendant

**FILED**
2004 SEP -3 A 9:31

**CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT**

1. **(Complete the first line for electronic notification from the court)**

I, __WAFA REYAD_____ hereby consent to the court
     (name of pro se litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, __WAFA REYAD_____ hereby consent to opposing
     (name of pro se litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

__WAFA REYAD_____
(Name of pro se litigant, typed or printed)

__2077 CENTER AVE#22D_____
Street Address

__FORT LEE, N.J. 07024__        __201-585-0562__
City, State, Zip Code             Telephone

__reyad@optonline.net__
email address

__SEPTEMBER 2nd, 2004__         _Wafa Reyad_ (signature)
Date                             Signature

## Certificate of Service

I hereby certify that on 09/02/04 [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

```
DAVID R. SCHAEFFER, ESQ
BRENNER SALZMAN & WALLMAN LLP
P.O. BOX 1746
NEW HAVEN, CT 06507-1746
```

_____
Signature of pro se litigant