UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

DATE: SEPTEMBER 7, 2004
_____

## **DEFENDANT MOSTAFA REYAD'S MOTION TO DISQUALIFY MAGISTRATE GARFINKEL**

Defendant Mostafa Reyad respectfully moves this Court to disqualify and recuse Honorable William I. Garfinkel, U.S.M.J. The Magistrate's impartiality is reasonably questioned. The impartiality shows that his decision reflect **predisposition** against Defendant, and shows engagement in unilateral communication **ex parte** with Plaintiff's counsel. The Magistrate executed eight (8) writs of garnishment, never entered in the records of this case, constituted a permanent injunction completely devastated Defendant's business, the permanent injunction caused Defendant actual damages in the amount of approximately fifteen million dollar  ($ 15 million). The Magistrate violated the Code of Judicial Conduct for United States Judges. The Court must disqualify and recuse the Magistrate from this case, and the District Court must vacate all

1

his Orders and all Orders followed by the District Judge relied on the Magistrate decisions, as a matter of law.

The Defendant
Mostafa Reyad


By:_____
  Mostafa Reyad
  2077 Center Avenue # 22D
  Fort Lee, NJ 07024
  Day Phone # 203-325-4100
  E-mail  reyad@optonline.net




## **CERTIFICATION**

The Undersigned certifies that he emailed and mailed a true and correct copy of

this Document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT

06511 and Hand delivered to Wafa Reyad


                                                                          _____
                                                                                 Mostafa Reyad