UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:00CV835(CFD) |
| v. : | |
| : | |
| MOSTAFA REYAD and WAFA REYAD, : | SEPTEMBER 24, 2004 |
| : | |
| Defendants. : | |

## MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL BRIEFS

Plaintiff IndyMac Bank, F.S.B. ("Plaintiff") respectfully requests a thirty-day extension of time, through October 25, 2004, in which to file its post-trial brief in the above captioned matter. The parties' simultaneous post-trial briefs are currently due by September 27, 2004.

Plaintiff requests the additional time because Plaintiff's counsel have been for the past several weeks involved in highly contested litigation of another matter that has consumed an inordinate amount of counsel's time. This other matter now also requires the preparation and submission of a post-trial brief, which is due on October 8, 2004. Thus, Plaintiff's counsel requests the instant extension of time in order to allow sufficient time to complete both briefs.

Additionally, Defendant Mostafa Reyad has informed undersigned counsel that Defendants do not intend to submit their post-trial brief on September 27, in light of Defendants' pending motion to stay these proceedings until the Court rules on Defendants' other outstanding motions. See "Defendant Mostafa Reyad's Motion to

1

Stay" (doc. # 419).  Because the Court has ordered that the parties submit their post-trial briefs simultaneously, Plaintiff also requests that the Court notify Defendants that if they do not file their post-trial brief by the same date as that requested by Plaintiff's herein, i.e., October 25, 2004, they will be deemed to have waived the opportunity to submit such brief.

The undersigned counsel contacted Defendant Mostafa Reyad to ascertain his position on the instant request.  Mr. Reyad indicated that he has no objection to Plaintiff's request for an extension of time in which to file Plaintiff's post-trial brief, but that Defendants do not intend to file their brief, in light of the pendency of the motion to stay, until ordered to do so by the Court.

Wherefore, Plaintiff respectfully requests that its motion for extension of time be granted, that the parties be given until October 25, 2004 in which to file their post-trial briefs, and that Defendants be notified that if they fail to file their brief by such date, they will be deemed to have waived their right to file such brief.

        PLAINTIFF INDYMAC BANK, F.S.B.

By:   /s/ Rowena A. Moffett
     Rowena A. Moffett (ct19811)
     BRENNER, SALTZMAN & WALLMAN LLP
     Their Attorneys
     271 Whitney Avenue
     P.O. Box 1746
     New Haven, CT  06507-1746
     Tel. (203) 772-2600
     Fax. (203) 772-4008

3

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 24th day of September, 2004 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024


    /s/ Rowena A. Moffett
Rowena A. Moffett (ct19811)

892503.DOC