UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff        **CIVIL ACTION NO.**
                                       **3:00CV835 (CFD)**

              V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                        **DATE: September 28, 2004**
_____

## **DEFENDANT'S OBJECTION FOR EXTENSION OF TIME**

Defendant Mostafa Reyad hereby objects to the substance of Plaintiff's motion for extension of time to file post-trial briefs dated September 24, 2004 (Doc # 426). Plaintiff requests extension through October 25, 2004 and the Court to notify Defendants that if they fail to file their brief by such date, they will be deemed to have waived their right to file such brief. Plaintiff's motion is premature and improperly filed in this juncture. Plaintiff's motion should be disregarded.

Defendant filed motion to stay on September 2, 2004 (Doc # 419); pending ruling upon Defendant's motions. Among these motions, motion to recluse Honorable Droney pursuant to 28 U.S.C. 455 (b)(3) (Doc # 417). Indeed, Honorable Droney may rule on that motion and deny it if it has no legal ground, however, the action must stay until that Ruling. Moreover, the governing law of this action is

1

California law as determined by Honorable Droney's Decision dated August 10, 2001 (Order # 150). Pursuant to California law; Cal. C. Civ. Proc. Sec. 170 3(c)(5), another Judge must make the decision on that motion, **see** **United States v. Robert Silver**, No. 00-50071 decided on April 6, 2001 and its comment p. 4436 on **United States v. Arnpriester**, 37 F. 3d 466 (9th Cir. 1994); Judge McNamee denied Arnpriester motion to recuse. The Ninth Circuit held ([3] We held that Judge McNamee should have reused himself from making a decision on Arnpriester' motion). The Circuit also cited p. 4437; **United States v. Outler**, 659 F. 2d 1306, 1312-13 (5th Cir. 1981) (stating that recusal is necessary under section 455 (b)(3) "when the two proceedings have a common, single transaction or event at issue").

Plaintiff's motion is premature and should be disregarded.

    The Defendant
     Mostafa Reyad

By:_____
    Mostafa Reyad
    2077 Center Ave # 22D
    Fort Lee, NJ 07024
    Day Phone 203-325-4100

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he emailed a true and correct copy of this

document to Attorney David Schaefer and Hand delivered to Wafa Reyad.


                                              _____
                                                  Mostafa Reyad