UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>       Plaintiff<br><br>V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>       Defendants | **CIVIL ACTION NO.<br>3:00CV835 (CFD)**<br><br><br><br><br>**DATE: OCTOBER 5, 2004** |

# MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FINDING OF FACT AND CONCLUSION OF LAW

Defendant Mostafa Reyad hereby respectfully request twenty days extension of time, through November 12, 2004, in which to file proposed findings of facts and conclusion of law. The Court Ordered October 4th, 2004 (Doc # 430) Granting Plaintiff's motion for extension of time through October 25, 2004.

Defendant requests the additional time because Defendant is a defendant in **Bank of New York, Trustee v. National Funding et al**, case number X01-CV-00-017525 S Complex Litigation docket, J.D. Waterbury, Honorable Sheedy, J. The Waterbury action scheduled for a jury trial starting October 26, 2004 which expects to last for two to three days which requires substantial preparations on Defendant's part.

1

2

Defendant talked by phone to Plaintiff's attorney Rowena A. Moffett today about noon time, and she expressed no objection to the requested extension through November 12, 2004.

Wherefore, Defendant respectfully that his motion for extension of time be granted, and the parties be given until November 12, 2004 in which to file their proposed findings of facts and conclusion of law.

The Defendant
Mostafa Reyad


By: _____
  Mostafa Reyad
  2077 Center Avenue # 22D
  Fort Lee, NJ 07024
  Day Phone # 203-325-4100
  E-mail  reyad@optonline.net


## **CERTIFICATION**

The Undersigned certifies that he emailed a true and correct copy of this

Document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT

06511 and Hand delivered to Wafa Reyad


                                    _____
                                    Mostafa Reyad