## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:00CV835(CFD) |
| | : |
| MOSTAFA REYAD and WAFA REYAD, | : |
| Defendants. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

_X_ A ruling on the following motion which is currently pending: **Defendant Mostafa Reyad's Motion to Disqualify Magistrate Garfinkel [Doc. #422] and Defendant Mostafa Reyad's Memorandum to Motion to Disqualify Magistrate Garfinkel [Doc. #423].** (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 11th day of October 2004 at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge