UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                        Plaintiff                   **CIVIL ACTION NO.
                                                                         3:00CV835 (CFD)**

                    V.

MOSTAFA REYAD AND WAFA REYAD
                       Defendants
                                                  **DATE: OCTOBER 20, 2004**
_____

**DEFENDANT'S MOTION TO STAY PENDING MANDAMNS**

Defendant Mostafa Reyad hereby respectfully moves this Honorable Court to stay pending Appellate Review of his petition for Mandamus. The stay requested Pursuant to **Giggs v. Provident Consumer Discount Co**. 459 U.S. 56, 58 (1982) (The filing of a notice of appeal is an event of jurisdictional significance- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal. **See**, e.g**. United States v. Hitchmon** 587 F. 2d 1357 (5th Cir. 1979.); **USA v. Padilla (Camacho)** case number 02-1242 (2nd Cir. 2002) and **see** Re: **International Business Machines Corporation**, case number 94-3071 (2nd Cir. 1995) and its comments; **United States v. International Business Machines Corp**, 857 F. Supp. 1089 (S.D.N.Y. 1994) Judge Edelstein denied recusal motion and deferred

1

consideration of the motion to terminate the consent decree until disposition of the pending motion for a writ of mandamus.

The Honorable Court should Grant this motion and Order staying the action pending the said appeal.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
Day Phone # 203-325-4100
E-mail  reyad@optonline.net

## **CERTIFICATION**

The Undersigned certifies that he emailed and mailed a true and correct copy of this Document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Hand delivered to Wafa Reyad

_____
Mostafa Reyad

4