UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT -6 A 10: 48
U.S. DISTRICT COURT
HARTFORD, CT.

INDYMAC BANK, F.S.B.
                Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

CIVIL ACTION NO.
3:00CV835 (CFD)

DATE: OCTOBER 5, 2004

FILED
2004 NOV -8 P 1: 28
U.S. DISTRICT COURT
HARTFORD, CT.

**GRANTED, absent objection. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/9/04

## MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FINDING OF FACT AND CONCLUSION OF LAW

Defendant Mostafa Reyad hereby respectfully request twenty days extension of time, through November 12, 2004, in which to file proposed findings of facts and conclusion of law. The Court Ordered October 4th, 2004 (Doc # 430) Granting Plaintiff's motion for extension of time through October 25, 2004.

Defendant requests the additional time because Defendant is a defendant in **Bank of New York, Trustee v. National Funding et al**, case number X01-CV-00-017525 S Complex Litigation docket, J.D. Waterbury, Honorable Sheedy, J. The Waterbury action scheduled for a jury trial starting October 26, 2004 which expects to last for two to three days which requires substantial preparations on Defendant's part.

1