UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff                     **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                         **DATE: NOVEMBER 10, 2004**
_____

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Mostafa Reyad hereby respectfully request extension of time through December 21, 2004, in which to file proposed findings of facts and conclusion of law.

Defendant requests the additional time, because he is preparing the same in **Bank of New York, Trustee v. National Funding, et al**, X01-CV-0171525S, Complex Litigation, Waterbury, Connecticut. Trial Briefs will be exchanged and opposition due on December 2, 2004.

Defendant contacted the opposing counsel and she indicated that no objection.

1

Wherefore, Defendant respectfully that his motion for extension of time be granted, and the parties be given until December 21, 2004 for filing.

    The Defendant
    Mostafa Reyad

By:_____
    Mostafa Reyad
    2077 Center Ave # 22D
    Fort Lee, NJ 07024
    Day Phone 203-325-4100

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed a true and correct copy of this document

to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 0651 and

Hand delivered to Wafa Reyad.

                                                                  _____
                                                                     Mostafa Reyad