UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>　　　　　　　　Plaintiff | **CIVIL ACTION NO.<br>3:00CV835 (CFD)** |
| V. | |
| MOSTAFA REYAD AND WAFA REYAD<br>　　　　　　　　Defendants | **DATE: NOVEMBER 30, 2004** |

## DEFENDANT'S RENEWAL OF MOTION TO STAY PENDING MANDAMUS

Defendant Mostafa Reyad hereby respectfully moves this Honorable Court to stay all proceeding including the filing of proposed findings of facts and conclusions of law. This is the renewal motion to stay; Defendant filed "Defendant's motion to stay pending mandamus", dated October 20, 2004 (Doc # 434), The District Clerk docketed the responses due by 11/11/2004. Plaintiff failed to respond. Plaintiff's failure to respond is a legal ground to Grant this motion. Moreover, the stay requested is pursuant to legal authorities as Defendant stipulated it in Doc # 434, attached hereto.

Furthermore, Defendant is under constraint, due to his request for expedited hearing, he filed it in the Second Circuit for partial release of the injunction, if it granted review, it is expected a hearing on Tuesday, December 14, 2004, and it

1

required a reply to be prepared before the hearing, inwhich Defendant is unable to predict the issues might be raised by the other parties.

Wherefore, the Honorable Court should Grant this renewal motion, and stay all proceedings including the filing of proposed findings of facts and conclusion of law pending the Second Circuit review of the mandamus.

The Defendant
Mostafa Reyad


By:_____
   Mostafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024
   Day Phone 203-325-4100
   Home Phone # 201-585-0562
   Email, Reyad@optonline.net


## **CERTIFICATE OF SERVICE**

The undersigned certifies that he emailed a true and correct copy of this document to Attorney Rowena Moffett at [rmoffett@bswlaw.com](mailto:rmoffett@bswlaw.com) and Hand delivered to Wafa Reyad.


                                            _____
                                                 Mostafa Reyad

# ATTACHMENT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                       Plaintiff                      **CIVIL ACTION NO.
                                                          3:00CV835 (CFD)**

                       V.

MOSTAFA REYAD AND WAFA REYAD
                       Defendants
                                                          **DATE: OCTOBER 20, 2004**
_____

## **DEFENDANT'S MOTION TO STAY PENDING MANDAMNS**

Defendant Mostafa Reyad hereby respectfully moves this Honorable Court to stay pending Appellate Review of his petition for Mandamus. The stay requested Pursuant to **Giggs v. Provident Consumer Discount Co**. 459 U.S. 56, 58 (1982) (The filing of a notice of appeal is an event of jurisdictional significance- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal. **See**, e.g**. United States v. Hitchmon** 587 F. 2d 1357 (5th Cir. 1979.); **USA v. Padilla (Camacho)** case number 02-1242 (2nd Cir. 2002) and **see** Re: **International Business Machines Corporation**, case number 94-3071 (2nd Cir. 1995) and its comments; **United States v. International Business Machines Corp**, 857 F. Supp. 1089 (S.D.N.Y. 1994) Judge Edelstein denied recusal motion and deferred

5

consideration of the motion to terminate the consent decree until disposition of the pending motion for a writ of mandamus.

The Honorable Court should Grant this motion and Order staying the action pending the said appeal.

The Defendant
Mostafa Reyad


By: _____
Mostafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
Day Phone # 203-325-4100
E-mail  reyad@optonline.net




## **CERTIFICATION**

The Undersigned certifies that he emailed and mailed a true and correct copy of this Document to Attorney David Schaefer 271 Whitney Avenue, New Haven, CT 06511 and Hand delivered to Wafa Reyad


_____
Mostafa Reyad

7