UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
               Plaintiff                        **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
               Defendants
                                   DATE: DECEMBER 28, 2004
_____

### **DEFENDANT'S MOTION TO ADD UNITED STATES AS INDISPENSABLE PARTY**

Defendant Mostafa Reyad hereby respectfully moves this Honorable Court to add the United States as an Indispensable Party Defendant to Mostafa Reyad's claims of damages. Defendant suffered damages in the amount of approximately fifteen million dollar ($ 15 million), caused by the unlawful execution of unauthorized writs of garnishment issued by Honorable Magistrate William I. Garfinkel, U.S.M.J. of the District of Connecticut. Between May 16, 2000 and June 19, 2000, Plaintiff's attorney David R. Schaeffer drafted and prepared on his computer in his office located in New Haven, eight (8) writs of garnishment in the total of $ 12.8 million against Defendant, and inspired or conspired with the Magistrate to rubber stamp it. The Magistrate caused the non-entry of those $ 12.8 million garnishment orders, and effectively on May 18, 2000, which caused the closing of the Defendant's business indefinitely. Due to the

1

undisputed fact that these writs were not entered on the case docket sheet, the Presiding Judge over this action, Honorable Christopher F. Droney, U.S.D.J. was not aware that these writs has not been entered; until Defendant obtained it and filed it on May 7, 2004. The Magistrate acted beyond his jurisdiction and power, and Mr. Schaefer committed fraud upon the Court, and both of them caused Defendant injury. The inspiracy between the Magistrate and Mr. Schaefer created the indispensability of the United States as a Defendant party to Defendant's claims of damages. This Honorable Court must Grant this motion and Order to Hold the United States as an Indispenable Party to this action.

The Defendant, pro se
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone 203-325-4100
Home Phone 201-585-0562
Email, Reyad@optonline.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on the captioned date has served in person the following:

1. Connecticut United States Attorney
   Kevin J. O'Conner, Esq.
   157 Church Street, New Haven, CT 06510
   (Three copies)

2. Plaintiff's Attorney
   David R. Schaefer
   271 Whitney Ave, New Haven, Ct 06511

3. Wafa Reyad

_____
Mostafa Reyad

3