UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

DATE: DECEMBER 27, 2004

_____

## SCHEDULE OF ATTACHMENT

1. Mostafa Reyad's Sworn Affidavit dated December 27, 2004.

2. Order to show cause, and order for ex parte attachments of up to $ 5.7 million dated May 12, 2000, Ordered by the District of New Jersey.

3. Ruling and Order on motion for disclosure of property and motion for prejudgment remedy dated May 17, 2000.

4. Writ of garnishment to Fleet Bank dated May 16, 2000.

5. Writ of garnishment to Hudson United Bank dated May 16, 2000.

6. Writ of garnishment of Aetna Life Insurance dated May 16, 2000.

7. Writ of garnishment to New England Financial Services dated May 16, 2000

8. Writ of garnishment to American Express Financial Advisor dated May 16, 2000.

9. Writ of garnishment to IDS Life Insurance Company dated June 6,2000.

10. AIG VALIC letter dated July 30, 2002 [Defendant will supplement witin 30 days the writ of garnishment].

    - Defendant will supplement within 30 days the writ of garnishment issued to Equitable Life Insurance Company.

11. Order of the District of New Jersey (Doc # 74 and Doc # 75).

12. Order of the Third Circuit dated December 18, 2003.