UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff           **CIVIL ACTION NO.
                                                                 3:00CV835 (CFD)**

                V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                                        **DATE: JANUARY 24, 2005**
_____

**DEFENDANT'S SUPPLEMENT TO MOTION TO HOLD UNITED STATES AS
AN INDISPENSABLE PARTY**

This is Defendant Mostafa Reyad's Supplement to Defendant motion to add the United States as an Indispensable party to Defendant Mostafa Reyad's claims of damages, dated December 27, 2005 (Doc # 442); [Defendant unintentionally typed the date December 28, 2005, and the correct date is December 27, 2005, as it indorsed correctly; December 27, 2005 by the District Clerk]. Defendant stated; under schedule of attachment, attached to his memorandum dated December 27, 2005 (Doc # 443), that he will supplement, the two (2) missing garnishment orders, within 30 days.

Now, to summarize and provide this Honorable Court by the documents evincing the total garnishment issued against Defendant in the amount of $ 18.5 million,

1

provided that Plaintiff's instant action was a speculation that the loans will go to foreclosure and Plaintiff admits, that did not happen, and Plaintiff furtherly claims a damage in the amount of $ 243,849.78, and the records show that this false amount was created by Plaintiff as accumulation of interest rate differentiation, and Plaintiff priced the loans at lower price to purchase it.

Definitely Plaintiff's statements and pleadings are false, and even if it is correct, the amount of garnishment as of todate is a little more than seventy five times (75 times) of Plaintiff's false claims, showing unfairness, destruction and devastation to Defendant. It is the worst unfairness in the Federal Judicial System.

The Defendant
Mostafa Reyad

By:_____
   Mostafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024
   Day Phone 203-325-4100

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the captioned date has mailed the following; each of them a true and correct copy.

1. Connecticut United States Attorney
   Kevin J. O'Conner, Esq.
   157 Church Street, New Haven, CT 06510

2. Plaintiff's Attorney
   David R. Schaefer
   271 Whitney Ave, New Haven, CT 06511

3. Wafa Reyad

_____
                    Mostafa Reyad