UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>              Plaintiff<br><br>V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>              Defendants | **CIVIL ACTION NO.<br>3:00CV835 (CFD)**<br><br><br><br><br>DATE: JANUARY 24, 2005 |

## **SCHEDULE OF ATTACHMENTS**

| | |
|---|---|
| 1. Attachment and garnishment order issued by the District of New Jersey dated May 12, 2000 | $ 5.7 Million |
| 2. Writ of garnishment to Fleet Bank dated May 16, 2000 | $ 1.6 Million |
| 3. Writ of garnishment to Hudson United Bank of May 16, 2000 | $ 1.6 Million |
| 4. Writ of garnishment to Aetna Life Insurance dated May 16, 2000 | $ 1.6 Million |
| 5. Writ of garnishment to New England Financial dated May 16, 2000 | $ 1.6 Million |
| 6. Writ of garnishment to American Express Financial dated May 16, 2000 | $ 1.6 Million |
| 7. Writ of garnishment to VALIC dated May 16, 2000 | $ 1.6 Million |
| 8. Writ of garnishment to the Equitable dated May 16, 2000 | $ 1.6 Million |
| 9. Writ of garnishment to IDS dated June 6, 2000 | $  1.6 Million |
| **TOTAL attachment and garnishment** | **$   18.5 Million** |