UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                            Plaintiff                      **CIVIL ACTION NO.**
                                                        **3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                           Defendants
                                            **DATE: JANUARY 24, 2005**

_____

### <u>DEFENDANT'S MOTION TO DISQUALIFY PLAINTIFF'S ATTORNEY</u>

Defendant Mostafa Reyad respectfully moves this Court to immediate

disqualification of Plaintiff's IndyMac Bank, F.S.B. attorneys as well as their law

firms. Plaintiff's attorney David R. Schaeffer on May 17, 2000, committed fraud

upon this Court. Mr. Schaeffer on his own prepared eight (8) writs of garnishment

against Defendant in the total amount of $ 12.8 million. He prepared the writs

which started by:

BY THE AUTHORITY OF THE UNITED STATES,

And its memorandum. Mr. Schaeffer defrauded this Court and inspired or

conspired with Honorable Garfinkel, U.S.M.J., who executed the orders. Mr.

Schaeffer executed the writs, knowingly it is not authorized by this Court, <u>see</u>,

the eight writs attached, and <u>see</u> the lower left corner of each page, indicating

1

that it was prepared by Plaintiff's attorney's computer. These writs, inter alia,

caused Defendant damages in the amount approximately fifteen million dollar

($ 15 million) Mr. Schaeffer in the lead attorney of this action before this Court as

well as the exact action of this action filed in the District of New Jersey. His law

firm is Brenner, Salzman and Wallman, and New Jersey action represented by

Hughes Hubbard & Reed L.L.P., law firm, also under his supervision as he is the

lead attorney. Mr. Schaeffer also hindered upon this Court and New Jersey

Court, the filing of exact complaint in each Court until he obtained the attachment

orders from each Court.

The magnitude of Defendant's damages obligates this Court to immediate

disqualification of attorney Schaeffer and the above stated law firm.

The Defendant
Mostafa Reyad


By:_____
    Mostafa Reyad
    2077 Center Ave # 22D
    Fort Lee, NJ 07024
    Day Phone 203-325-4100


## CERTIFICATE OF SERVICE


The undersigned certifies that on the captioned date has mailed the following; each of them a true and correct copy.

1.  Connecticut United States Attorney
    Kevin J. O'Conner, Esq.
    157 Church Street, New Haven, CT 06510

2.  Plaintiff's Attorney
    David R. Schaefer
    271 Whitney Ave, New Haven, CT 06511

3.  Wafa Reyad



                                    _____
                                        Mostafa Reyad