UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:00CV835(CFD) |
| v. : | |
| : | |
| MOSTAFA REYAD and WAFA REYAD, : | FEBRUARY 2, 2005 |
| : | |
| Defendants. : | |

**PLAINTIFF'S CONSOLIDATED MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTIONS TO ADD UNITED STATES AS INDISPENSABLE PARTY AND TO DISQUALIFY PLAINTIFF'S ATTORNEY**

Plaintiff IndyMac Bank, F.S.B. ("Plaintiff" or "Indymac") submits the instant memorandum in opposition to: (1) "Defendant's Motion to Add United States as Indispensable Party" dated December 28, 2004 (doc. # 442); (2) "Defendant's Supplement to Motion to Hold United States as an Indispensable Party" dated January 24, 2005 (doc. # 444); and (3) "Defendant's Motion to Disqualify Plaintiff's Attorney" dated January 24, 2005 (doc. # 445). Once again, Defendant seeks relief from the writs of garnishment properly issued by Magistrate Judge Garfinkel in connection with the Court's May 17, 2000 Ruling and Order on Plaintiff's Motion for Prejudgment Remedy. In these latest motions, Defendant seeks to add the United States as an indispensable party and, once again, seeks to disqualify Plaintiff's counsel from further participation in these proceedings. Defendant's claims are completely without merit.

943030.DOC

The issues raised in Defendant's latest filings are identical to those raised in several other motions already pending before this Court.  See, e.g., "Defendant Mostafa Reyad's Motion Pursuant to 28 U.S.C. 144" (doc. # 412); "Defendant Mostafa Reyad's Motion for Expedited Consideration for Injunctive Relief Pursuant to 28 U.S.C. 1657(a)" (doc. # 415); "Defendant Mostafa Reyad's Motion Pursuant to 28 U.S.C. 455" (doc. # 417); "Defendant Mostafa Reyad's Motion to Stay" (doc. # 419); "Defendant Mostafa Reyad's Motion to Disqualify Magistrate Garfinkel" (doc. # 422)[1]; and "Defendant's Motion to Held [sic] Plaintiff and its Attorney in Criminal Contempt" (doc. # 424).  Accordingly, Plaintiff incorporates by reference its arguments in opposition to these challenges, as previously set forth in: Plaintiff's Consolidated Memorandum in Opposition to Defendant's Post-Trial Motions dated (doc. # 428); Plaintiff's Consolidated Opposition to Defendant's Prejudgment Remedy Motions (doc. # 389); and Plaintiff's Opposition to Defendant's Motion to Correct the Records (doc. # 408).  For the reasons set forth in the aforementioned memoranda, Plaintiff respectfully submits that Defendant's Motion to Add United States as Indispensable Party (doc. #442) and Motion to Disqualify Plaintiff's Attorney (doc. # 445) should be denied.

---

[1] Judge Garfinkel denied Defendant's Motion to Disqualify on February 1, 2005. See doc. #447.

943030.DOC

Additionally, Plaintiff notes that Defendants still have not filed their post-trial brief in this action, which was due by December 21, 2004. Plaintiff renews its request that the Court notify Defendants that if they continue to delay in filing their post-trial brief, they will be deemed to have waived their right to file such brief.

        PLAINTIFF INDYMAC BANK, F.S.B.

By:   /s/ Rowena A. Moffett
      Rowena A. Moffett (ct19811)
      BRENNER, SALTZMAN & WALLMAN LLP
      Their Attorney
      271 Whitney Avenue
      P.O. Box 1746
      New Haven, CT  06507-1746
      Tel. (203) 772-2600
      Fax. (203) 772-4008
      Email: rmoffett@bswlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 2nd day of February, 2005 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net

      /s/ Rowena A. Moffett
Rowena A. Moffett (ct19811)

943030.DOC