UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff                           **CIVIL ACTION NO.**
                                                                 **3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                                            **DATE: FEBRUARY 8, 2005**
_____

## **SCHEDULE OF ATTACHMENTS**

1. Hearing Transcript dated May 16, 2000 (3 Pages).

2. Ruling and order on motion for disclosure of property and motion for prejudgment remedy dated May 17, 2000 (3 pages).

3. Writ of garnishment to Fleet Bank, dated May 16, 2000 (2 pages).

4. Writ of garnishment to Hudson United Bank dated May 16, 2000 (2 pages).

5. Writ of garnishment to Aetna Life Insurance Annuity Company dated May 16, 2000 (2 pages).

6. Writ of garnishment to New England Financial Annunites, dated May 16, 2000 (2 pages).

7. Writ of garnishment to American Express Financial Advisors, Inc. d/b/a IDS dated May 16, 2000 (2 pages).

8. Writ of garnishment to VALIC dated May 16, 2000 (2 pages).

9. Writ of garnishment to The Equitable a/k/a The Equitable Life Assurance Society of the United States dated May 16, 2000 (2 pages).

10. Writ of garnishment to IDS Life Insurance Company dated June 6, 2000 (2 pages.