**MANDATE**

D.Conn.
00-cv-835
Droney, J.
Garfinkel, Mag.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 9th day of MARCH two thousand five,

Present:
    Hon. Joseph M. McLaughlin,
    Hon. Sonia Sotomayor,
        *Circuit Judges,*
    Hon. Miriam Goldman Cedarbaum,*
        *District Judge.*

In Re: Mostafa Reyad,

Mostafa Reyad,
        Plaintiff-Petitioner,

v.                                           04-5397-op

USA,
        Defendant-Respondent.

Petitioners, *pro se*, have filed a petition for a writ of mandamus. Upon due consideration, it is ORDERED that the petition for a writ of mandamus is denied. Petitioners have failed to demonstrate that their right to the issuance of a writ is clear and indisputable or that alternative remedies are not available. *See In re Steinhardt Partners L.P.*, 9 F.3d 230, 233 (2d Cir. 1993). It is FURTHER ORDERED that Petitioners' motion for an expedited hearing is denied as moot.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

* The Honorable Miriam Goldman Cedarbaum, United States District Court for the Southern District of New York, sitting by designation.

SAO-ALM

– ISSUED AS MANDATE: 3/9/05

MAR –9 2005