UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff                 **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                          DATE: APRIL 22, 2005

_____

## MOTION TO STAY ORDER 454 PENDING SUPREME COURT CERTIFICATE # 04-1413

Defendant Mostafa Reyad hereby respectfully moves the Court to "Stay", its Order # 454 issued on April 21, 2005 Granting motion 437 extension of time until 12/21/04 to file proposed findings of fact and conclusion of law. Defendant has filed on April 6, 2005 a Petition For a Writ of Mandamus with the Supreme Court of the United States, and served all concerned parties. The Supreme Court Clerk retained filing fees and returned to Defendant all other documents for correction. Defendant corrected the documents and filed it again on April 18, 2005 and served all concerned parties, **see** a copy of certificate of service attached hereto. On April 21, 2005, the Supreme Court Clerk docketed Defendant's Petition For a Writ of Mandamus, case number 04-1413. All respondents to the said petition

1

may file within the thirty day mandated by the Supreme Court Rules. All parties concerned have been served timely and properly, and no prejudice to any party.

Defendant's instant motion should be Granted as a matter of jurisdiction, the Honorable Court should Order stay its Order number 454 pending the Supreme Court Decision in the case number 04-1413.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
Day Phone 203-325-4100
Home Phone 201-585-0562
E-Mail. reyad@optonline.net

## **CERTIFICATION**

The Undersigned certifies that on the captioned date has mailed the following: each of them a true and correct copy.

1. Connecticut United States Attorney
   Kevin J. O'Conner, Esq.
   157 Church Street, New Haven, CT 06510

2. Plaintiff's Attorney
   David R. Schaefer
   271 Whitney Ave, New Haven, CT 06511

3. Wafa Reyad

                                                              _____
                                                              Mostafa Reyad

3