UNITED STATES COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff

v.

MOSTAFA REYAD AND WAFA REYAD

Defendant

DATE: May 10, 2005

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S POST-TRIAL MEMORANDUM

Defendant Mostafa Reyad hereby respectfully moves this Court to Strike "Plaintiff's Post-Trial Memorandum" dated December 21, 2004, (Doc # 441). Defendant could not file the instant motion within the 20 days mandated by the Federal Rules, because the period between October 20, 2004 to the present time, the jurisdiction over numerous issues of the subject action rests with the Court of Appeals for the Second Circuit and the Supreme Court, however, the Honorable Court exercised its power and broke the said jurisdiction. This Court Ordered on April 21, 2005 Granting Defendant's motion doc # 437 to extend the time to file proposed findings of facts and conclusion of law retroactively to December 21, 2004. Defendant became confused and hereby filing the timely instant motion within the 20 days of this Court's Order dated April 21, 2005 (Doc # 454). For reasons demonstrated supported by the legal authorities stipulated in

1

the accompanied memorandum of law, the Honorable Court should Grant this instant motion and Strike "Plaintiff Post-Trial Memorandum" in its entirety as a matter of law.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22d
Fort Lee, NJ 07024
Day Phone # 203-325-4100
Home Phone # 201-585-0562
E-Mail: reyad@optonline.net

# CERTIFICATE OF SERVICE

The undersigned certifies that on the captioned date he has mailed the following: each of them a true and correct copy.

1. Kevin J. O'Conner, Esq.
   U.S. Attorneys Office
   157 Church Street
   New Haven, CT 06510

2. David R. Schaeffer, Esq.
   271 Whitney Avenue
   New Haven, CT 06511

3. Wafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024

*Mostafa Reyad*
5/10/05