UNITED STATES COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                      Plaintiff

v.

MOSTAFA REYAD AND WAFA REYAD
                      Defendant

DATE: May 10, 2005

## DEFENDANT'S LEGAL MEMORANDUM OF LAW IN SUPPORT FOR MOTION TO STRIKE

This is Defendant's Mostafa Reyad legal memorandum in support for motion to Strike "Plaintiff's Post-Trial Memorandum" dated December 21, 2004 (Doc # 441), pursuant to FRCP Rule 12(f). Indeed, the Rule mandates filing within 20 days of the adverse party filing. Defendant could not procedurally file during that time, because the same issues in that memorandum are and were the same issues in the Appeal with the Second Circuit Court of Appeals for the Second Circuit and the Supreme Court of the United States, however, this Court exercised its power to break the jurisdiction and litigants must obey accordingly. Pursuant to this Court Order dated April 21, 2005 (Doc # 454), Defendant has 20 days from the date of that order to respond in timeliness.

Plaintiff's Post-Trial Memorandum must be stricken in its entirely. It is well settled that voluntary filing of an amended complaint operates as a withdrawal of the

1

prior complaint. Plaintiff filed his amended complaint on September 7, 2001 (Doc # 165), accordingly, Plaintiff's original complaint dated May 8, 2000 (Doc # 1) has been withdrawn and can furnish no basis for a judgment.

**See**, **Connecticut Bank of Commerce v. Julie D. Giordano et al** (AC 21671) (November 20, 2001).

> The voluntary filing of an amended complaint operates as a withdrawal of the prior complaint, and thereafter, the earlier complaint, though remaining in the files and constituting part of the history of the case, can furnish no basis for a judgment, nor can any previous ruling on it be made a subject of appeal. Royce v. Westport, 183 Conn. 177, 179, 439 A. 2d 298 (1981); Antman v. Connecticut Light & Power Co., 117 Conn. 230, 234-35, 167 A. 715 (1933), overruled on other ground, Buck v. Morris Park, Inc. 153 Conn. 290, 293, 216 A. 2d 187 (1965), appeal dismissed, 385 U.S. 2, 87 S. Ct. 33, 17L. Ed. 2d (1966); Bennett v. Automobile Ins. Co. of Hartford, 32 Conn. App. 617, 620, 630 A. 2d 149 (1993), rev'd on other grounds, 230 Conn. 795, 646 A. 2d 806 (1994); Lichteig v. Churinetz 9 Conn. App.406, 412, 519 A. 2d 99 (1986).

**See**, Plaintiff's memorandum p. 1

> *IndyMac brings the instant action, filed on May 8, 2000, against Defendants Mostafa Reyad and his wife, Wafa Reyad . . . .*

Thus, all Plaintiff's allegations are based on his complaint filed on May 8, 2000, which is a withdrawn complaint, it must be stricken in its entirety as a matter of law.

The Defendant
Mostafa Reyad

By: *[signature]*
Mostafa Reyad
2077 Center Ave # 22d
Fort Lee, NJ 07024
Day Phone # 203-325-4100
Home Phone # 201-585-0562
E-Mail: reyad@optonline.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on the captioned date he has mailed the following: each of them a true and correct copy.

1. Kevin J. O'Conner, Esq.
   U.S. Attorneys Office
   157 Church Street
   New Haven, CT 06510

2. David R. Schaeffer, Esq.
   271 Whitney Avenue
   New Haven, CT 06511

3. Wafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024

*[signature] Mostafa Reyad*
5/10/05

3