**UNITED STATES COURT**
**DISTRICT OF CONNECTICUT**

_____

INDYMAC BANK, F.S.B.
      Plaintiff    CIVIL ACTION NO.
             3:00CV835 (CFD)
 v.
             **DATE: JUNE 27, 2005**
MOSTAFA REYAD AND WAFA REYAD
      Defendant
_____

## **JUDICIAL NOTICE**

Defendant Mostafa Reyad hereby respectfully submits the instant Judicial Notice. On June 27, 2005 The Supreme Court of the United States denied Defendant's Mandamus, docket number 04-1413. This Court retained jurisdiction despite Defendant's filing two notices of Appeal; [03-9054 and 04-1862]. Defendant has submitted all what he has and nothing left. Defendant believe that Plaintiff did the same. Now, nothing left except ruling on the remaining Defendant's motions and the judgment to end this litigation.

1

The Defendant
Mostafa Reyad


By: _____
   Mostafa Reyad
   2077 Center Ave # 22d
   Fort Lee, NJ 07024
   Day Phone # 203-325-4100
   Home Phone # 201-585-0562
   E-Mail: reyad@optonline.net


## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the captioned date he has mailed the following: each of them a true and correct copy.

1. Kevin J. O'Conner, Esq.
   U.S. Attorneys Office
   157 Church Street
   New Haven, CT 06510

2. David R. Schaeffer, Esq.
   271 Whitney Avenue
   New Haven, CT 06511

3. Wafa Reyad
   2077 Center Ave # 22D
   Fort Lee, NJ 07024