Case 3:00-cv-00835-CFD    Document 461    Filed 08/24/2005    Page 1 of 1

# MANDATE

D. Conn.
00-cv-835
Droney, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

FILED
2005 AUG 24 A 10: 59

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 27th day of June, two thousand five,

Present:

    Hon. John M. Walker, Jr.,
        *Chief Judge.*
    Hon. Thomas J. Meskill,
    Hon. Dennis Jacobs,
        *Circuit Judges.*



Indymac Bank, FSB,
    Plaintiff - Appellee,

Indymac Mortgage Holdings Inc., Indymac, Inc.,
    Plaintiffs - Counter-Defendants - Appellees,

v.

Mostafa Reyad, Wafa Reyad,
    Defendants - Counter-Claimants - Appellants.

03-9054-cv (L)
04-1862-cv (Con.)

This Court has determined sua sponte that it lacks jurisdiction over these consolidated appeals because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Tolbert v. Queens College*, 164 F.3d 132, 138 (2d Cir. 1999); *Lawson v. Abrams*, 863 F.2d 260, 262 (2d Cir. 1988). Therefore, it is ORDERED that the consolidated appeals are DISMISSED.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
    DEPUTY CLERK
JUN 27 2005

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _____

SAO JAB

JUDGMENT MANDATE ISSUED: AUG 17 2005