**UNITED STATES COURT
DISTRICT OF CONNECTICUT**

_____

INDYMAC BANK, F.S.B.

                    Plaintiff              CIVIL ACTION NO.
                                          3:00CV835 (CFD)

        v.

                                      **DATE: SEPTEMBER 8, 2005**

MOSTAFA REYAD AND WAFA REYAD

                    Defendant
_____

## <u>JUDICIAL NOTICE</u>

Defendant Mostafa Reyad respectfully submits this instant Judicial Notice. This

Honorable Court has Ruled on all motions except one. Defendant filed Motion for

perjury charges (Doc # 160) dated August 17, 2001, it was denied by the

Magistrate, Defendant objected to the Magistrate Ruling (Doc # 240) dated July

22, 2002. Defendant renewed it at Trial on April 6-7,2004 and provided evidence.


Todate all motions have been ruled upon except the above. A litigant is obligated

to remind the Court in this situation.

The Defendant
Mostafa Reyad


By: _____
      Mostafa Reyad
      2077 Center Ave # 22d
      Fort Lee, NJ 07024
      Day Phone # 203-325-4100
      Home Phone # 201-585-0562
      E-Mail: reyad@optonline.net


## **CERTIFICATE OF SERVICE**


The undersigned certifies that on September 9, 2005 has emailed this two pages
to:


     1.  David R. Schaeffer, Esq.
        rmoffett@bslaw.com


and delivered by hand a true copy of the same to Wafa Reyad


                                    _____
                                        Mostafa Reyad