UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
Defendants

**DATE: AUGUST 2, 2006**

## MOTION FOR RECONSIDERATION

Defendant Mostafa Reyad, hereby respectfully moves this Court to

Reconsider its Memorandum of Decision [Doc # 466] dated July 26, 2006;

pursuant to D. Conn. L. R. 7 (c), the Local Rule allows litigant to file motion for

reconsideration and mandates filing a memorandum setting forth the matters or

controlling decisions which counsel believes the Court overlooked in the initial

decision or order. As an initial matter, the Court Decision shows that the Court

misappropriates the application of Fed. R. Civ. P. Rule 8 (b), and or presumably

Rule 8 (c) "Affirmative Defenses", and the Court shut off all Defendants'

defenses, and counterclaims effective August 14, 2002, the date Defendants filed

their amended answers. Simply put, the Court set aside any and all Defendants

Defenses stipulated in Defendants' Proposed Findings of Facts and Conclusions

of Law [Doc # 458] dated June 16, 2005. The Court Decision Rules Denying

Defendant various defenses, including res judicata and collateral estoppel, violation of California statutes, and failure to state a claim upon which relief can be granted. Defendant believes that, that misappropriation is a clear error at law should be reconsidered by the Court. The Court Decision also shows that the Court set aside the evidences for Defendants' defenses as well as Defendants' counterclaims provided by the Defendant at trial and acknowledged by the Court. For the reasons stated herein and in the accompanied Memorandum of Law, the Honorable Court should Grant the instant motion for reconsideration and Order reversing its Decision as a matter of law.

The Defendant
Mostafa Reyad


By: _____
     Mostafa Reyad
     2077 Center Avenue # 22D
     Fort Lee, NJ 07024
     Home Phone # 201-585-0562
     Day Phone # 203-325-4100
     Email: Reyad@optonline.net


## **CERTIFICATE OF SERVICE**


The undersigned certifies that he mailed on the captioned date a true and correct

copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

and hand delivered to Wafa Reyad.



                                 _____
                                   Mostafa Reyad