UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
_____

**CIVIL ACTION NO.
3:00CV835 (CFD)**

DATE: AUGUST 4, 2006

## MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)

    Defendant Mostafa Reyad hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss Plaintiff's entire complaint. Plaintiff, namely IndyMac Mortgage Holdings, Inc. claims falsely that, it was doing business as Warehouse Lending Corporation of America "WLCA", at the time it filed the instant action, and it was a corporation organized under the laws of Delaware with its place of business in California. During the Trial April 6,7 and 29, 2004, Plaintiff failed to acknowledge or even present the documents of Plaintiff's Corporate Structure [premarked Plaintiff's exhibits 15-25]. Surprisingly, the court in its Decision (Doc # 466) dated July 26, 2006 p. 12, adopted Plaintiff's incorrect statements of Plaintiff's Post-Trial Memorandum (Doc # 441) dated December 21, 2004, p. 6 without any evidence, and overlooked or disregarded Defendants' Exhibits # 14 & # 15 which relates to the same issue adopted by the Court.

1

The originals of Defendants' Exhibits # 14 & # 15 have the seal of California Secretary of State, acknowledged at Trial and maintained by the Court. Exhibit # 14 is the evidence that WLCA on October 5, 1994 has changed its name to Independent Lending Corporation. WLCA has ceased to exist and no registration with the Secretary of the State for a "doing business as", as this Court Decision p. 12, Moreover, there is no documents show any merger, and it show that Independent Lending Corporation did not merge with any entity, but it surrendered its certificate and surrendered its rights to transact intrastate business as of February 23, 1998, and ceased to exist. The Court Decision p. 12 Ruling:

> At the time it entered into the Loan Agreement, Independent Lending Corporation (which had legally changed its corporate name from Warehouse Lending Corporation of America, Inc. effective October 5, 1994) was properly registered to do business under the trade name of Warehouse Lending Corporation of America.

Defendants' Exhibit # 14 show that the official records of the Secretary of State does not include any registration for doing business as. The Court Decision furtherly Ruled p. 12.

> Thereafter, as a result of a series of mergers and properly registered name changes, Independent Lending Corporation ultimately changed its name to IndyMac Mortgage Holdings, Inc., one of the initial named plaintiffs in this action. IndyMac Mortgage Holdings, Inc. was properly registered to do business under the trade name of Warehouse Lending Corporation of America.

Defendants' Exhibit # 15, does not show any record of merger, nor it shows that IndyMac Mortgage Holdings, Inc. was doing business as WLCA, in other words no registration and no name related to either Independent Lending Corporation, or Warehouse Lending Corporation of America.

Thus, Plaintiff deceived the Court and the Court issued its Decision as per Plaintiff's false statements of series of mergers and registrations, while the documents maintained with California Secretary of the State show no merger ever occurred and no registration ever recorded. Plaintiff cheated the Court, and the Court based its relevant opinion on merger and consolidations never existed and registrations never recorded rendering the three (3) cases cited by the Court p. 12 meaningless, lacking any significance.

## **CONCLUSION**

Defendant has met his burden of proof and this Court acknowledged Defendants' Exhibits # 14  # 15 on April 7, 2004, and Plaintiff provided false statements of merger, consolidation and registration on his memorandum on December 21, 2004. Pursuant to the Rules of Evidence and pursuant to Fed. R. Civ. P. Rule 12 (b)(1), Plaintiff lacks standing and this Court lacks subject matter jurisdiction, and must dismiss Plaintiff's entire complaint as a matter of law.

The Defendant
Mostafa Reyad

By:   /s/ _____
    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Home Phone # 201-585-0562
    Day Phone # 203-325-4100
    Email: Reyad@optonline.net

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he hand delivered on August 4, 2006 a true and correct copy of the motion, to the office of Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511 and hand delivered to Wafa Reyad.

                      /s/ _____
                      Mostafa Reyad