UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                 Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                 Defendants

**DATE: AUGUST 28, 2006**

_____

### DEFENDANT'S MOTION TO SET ASIDE THE COURT DECISION DATED JULY 26, 2006

**ORAL ARGUMENT IS REQUESTED**
**ORAL ARGUMENT IS MANDATED**

      Defendant Mostafa Reyad, hereby respectfully moves the Honorable Court to Set Aside its Decision dated July 26, 2006 (Doc # 466). Plaintiff has committed "Fraud Upon The Court" in his pleadings, fully, knowingly and wantedly defrauded this Court by its statement on Plaintiff Post-Trial Memorandum, dated December 21, 2004, p. 6 (Doc # 441):

> 9. Effective January 31, 1997, Independent Lending Corporation merged with and into CWM Mortgage Holdings, Inc.
> 10. Effective July 1, 1997 CWM Mortgage Holdings, Inc. changed its name to INMC Mortgage Holdings, Inc.
> 11. Effective May 19, 1998 INMC Mortgage Holdings, Inc. changed its name to IndyMac Mortgage Holdings, Inc.

1

Plaintiff was successful in his constructive fraud, because, Plaintiff prepared Plaintiff's List of Exhibits on November 18, 2003 and provided the Court by the said list and included the defrauded materials as ready to be acknowledged by the Court. Of course the defrauded material either it are forged materials or non-existed, intentionally causing frustration of the Judge and confusion to Defendants.

There is no doubt, the imposter Plaintiff was successful and the Court based its Decision on the Defrauded statements of Plaintiff's merger of Independent Lending Corporation to CWM. **See** The Court Decision p. 12. Indeed the elements of "Fraud Upon The Court", has been clearly established. Accordingly, the Court must Set Aside its Decision, pending Ruling on this Motion, which if Granted will entitle Defendants to the punitive damages, in the amount of thirty million dollar ($30 Mil), Defendants requested it with their answer and counterclaims dated August 14, 2002, or in the alternative another amount deems proper under circumstances.

The Defendant
Mostafa Reyad

By:   /ss/ _____
    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Home Phone # 201-585-0562
    Day Phone # 203-325-4100
    Email: Reyad@optonline.net

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511 and hand delivered to Wafa Reyad.

_____
Mostafa Reyad