UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., | : |
|              Plaintiff, | : CIVIL ACTION NO.<br>: 3:00CV835(CFD) |
| v. | : |
| MOSTAFA REYAD and WAFA REYAD, | : OCTOBER 24, 2006 |
|              Defendants. | : |

## MOTION FOR CONTINUANCE OF HEARING

Plaintiff IndyMac Bank, F.S.B. ("IndyMac") respectfully requests that the motion hearing scheduled for November 14, 2006 in the above-referenced matter be rescheduled to a date any time on or after November 20, 2006, due to the fact that the undersigned counsel for Plaintiff has prepaid non-refundable travel plans to be out of the country on vacation during the week of November 13, 2006. Defendants consent to the granting of the instant request.

WHEREFORE, Plaintiff respectfully requests that the instant motion for continuance be granted, and that the motion hearing currently scheduled for November 14, 2006 be rescheduled to a date on or after November 20, 2006.

                                          PLAINTIFF INDYMAC BANK, F.S.B.

                                          By:    */s/ Rowena A. Moffett*
                                                David R. Schaefer (ct04334)
                                                Rowena A. Moffett (ct19811)
                                                BRENNER, SALTZMAN & WALLMAN LLP
                                                Its Attorneys
                                                271 Whitney Avenue
                                                P.O. Box 1746
                                                New Haven, CT  06507-1746
                                                Tel. (203) 772-2600
                                                Fax. (203) 772-4008
                                                Email: rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2006, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

                                                              */s/ Rowena A. Moffett*  
                                                           Rowena A. Moffett (ct19811)