UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br><br>　　　　　　　　Plaintiff, <br>　　v. <br><br>MOSTAFA REYAD AND WAFA REYAD <br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. <br> 3:00CV835 (CFD) <br><br><br><br><br><br> November 21, 2006 |

### DECLARATION OF DAVID R. SCHAEFER

I, David R. Schaefer, declare as follows:

1.　　I am Managing Partner of the law firm of Brenner, Saltzman & Wallman LLP ("BSW"), which firm serves as counsel to Plaintiff, IndyMac Bank, F.S.B. ("IndyMac"). I have had primary responsibility for handling the above captioned case. I am competent to testify and do so of my own personal knowledge as indicated.

2.　　This Declaration is executed to provide the Court with the attorney's fees and expenses charged by BSW that IndyMac has incurred in connection with the prosecution of its claims against the Defendants Mostafa Reyad and Wafa Reyad (collectively, the "Defendants").

3.　　IndyMac's prosecution of this matter has involved the proceedings before this Court, which were instituted on May 3, 2000, as well as appeals brought by the Defendants before the Second Circuit Court of Appeals and the United States Supreme Court (collectively, the "Connecticut Litigation").

Additionally, IndyMac brought a related action in the United States District Court for the District of New Jersey in order to secure assets of the Defendants located in New Jersey pending the outcome of the Connecticut Litigation, and successfully defended appeals brought by the Defendants before the Third Circuit Court of Appeals (collectively, the "New Jersey Litigation").

4. As set forth in more detail below, through and including October 31, 2006, IndyMac has incurred attorney's fees charged by BSW in connection with the Connecticut Litigation totaling $259,376.25. Attached hereto as **Exhibit A** are the invoices from BSW for the Connecticut Litigation. Minor redactions were made to these invoices as necessary to protect privileged communications with the client, or to protect aspects of litigation strategy or attorney mental impressions that are protected by the attorney work product doctrine. In making these materials available for the purposes of the instant fee award, IndyMac does not waive any attorney-client privilege or attorney work product privilege that may exist under applicable law.

5. In addition to the foregoing legal fees, IndyMac has incurred expenses charged by BSW in connection with the Connecticut Litigation totaling $31,940.59 through October 31, 2006. The invoices attached as **Exhibit A** reflect the expenses charged by BSW incurred by IndyMac in connection with the Connecticut Litigation.

6. As set forth in more detail below, through and including October 31, 2006, IndyMac has incurred attorney's fees charged by BSW in connection with the New Jersey Litigation totaling $39,114.75. Attached hereto as **Exhibit B** are

the invoices from BSW for the New Jersey Litigation. Minor redactions were made to these invoices as necessary to protect privileged communications with the client, or to protect aspects of litigation strategy or attorney mental impressions that are protected by the attorney work product doctrine. In making these materials available for the purposes of the instant fee award, IndyMac does not waive any attorney-client privilege or attorney work product privilege that may exist under applicable law.

7. In addition to the foregoing legal fees, IndyMac has incurred expenses charged by BSW in connection with the New Jersey Litigation totaling $2,788.34 through October 31, 2006. The invoices attached as **Exhibit B** reflect the expenses charged by BSW incurred by IndyMac in connection with the New Jersey Litigation.

8. The following is a summary of the time spent by each attorney and non-attorney professional in connection with the Connecticut Litigation.

### SUMMARY OF CONNECTICUT LITIGATION LEGAL SERVICES

| ATTORNEYS | HOURS BILLED | DESCRIPTION OF LEGAL SERVICES |
|---|---|---|
| David R. Schaefer | 442 | Lead attorney |
| Rowena A. Moffett | 813 | Attorney primarily staffing this action |
| Carolyn W. Kone | 44 | Assisted with reviewing documents and drafting briefs in this action |
| Michelle S. Goglia | 23 | Conducted legal research and drafted legal memoranda for this matter |
| Jennifer Deakin | 15 | Reviewed loan agreements and researched UCC issues in this matter |
| John R. Bashaw | 12 | Assisted with subpoena and counterclaim issues |
| Donald W. Anderson | 7 | Provided assistance regarding the annuities and creditor issues in this matter |
| Brian P. Daniels | 4 | Provided miscellaneous legal support in this matter |

9M799602.DOC

| ATTORNEYS | HOURS BILLED | DESCRIPTION OF LEGAL SERVICES |
|---|---|---|
| Marc A. Wallman | 4 | Provided assistance regarding real estate issues in this matter |
| Sharon K. Freilich | 4 | Provided assistance regarding the annuities and creditor issues in this matter |
| Victoria P. Hackett | 4 | Conducted legal research |
| Mitchell S. Jaffe | 1 | Provided assistance regarding real estate issues in this matter |
| Samuel M. Hurwitz | 1 | Provided miscellaneous legal support in this matter |
| Stuart J. Mandel | 1 | Provided miscellaneous legal support in this matter |
| Ken Rosenthal | 1 | Provided miscellaneous legal support in this matter |
| TOTAL | 1376 | |

| NON-ATTORNEY PROFESSIONALS | HOURS BILLED | DESCRIPTION OF LEGAL SERVICES |
|---|---|---|
| Jennifer R. Peschell | 191 | Litigation paralegal: coordinated writs of garnishment and lis pendens, arranged for service by sheriffs, returned documents to court, digested deposition transcripts, prepared exhibits for hearings, briefs and bench trial, conducted factual research and provided other miscellaneous litigation assistance |
| Michael W. Kaufman | 50 | Summer associate: conducted legal research and drafted legal memoranda |
| Margaret A. Heckler | 22 | Real estate paralegal: assisted with real estate attachments for this matter |
| Ellen F. Delvecchio | 11 | Corporate paralegal: conducted research regarding Department of Banking and other corporate aspects of this case |
| Catherine Adiletta | 11 | Real estate paralegal: reviewed and researched title search issues |
| Kate Dorman | 10 | Paralegal intern: provided document management assistance |
| Michael J. Walsh | 9 | Summer associate: provided assistance with legal research |
| Jeanie Cosgrove | 2 | Litigation paralegal: provided document management assistance |
| TOTAL | 306 | |

9. The following is a summary of the time spent by each attorney and non-attorney professional in connection with the New Jersey Litigation.

9M799602.DOC

## SUMMARY OF NEW JERSEY LITIGATION LEGAL SERVICES

| ATTORNEYS/ NON-ATTORNEY PROFESSIONALS | HOURS BILLED | DESCRIPTION OF LEGAL SERVICES |
|---|---|---|
| David R. Schaefer | 11 | Supervised litigation |
| Rowena A. Moffett | 177 | Researched and drafted legal briefs |
| Carolyn W. Kone | 44 | Researched and drafted motions |
| Michael Walsh | 13 | Summer associate: provided assistance with legal research |
| Michelle S. Goglia | 4 | Provided miscellaneous legal support in this matter |
| Jennifer Peschell | 2 | Litigation paralegal: assisted with appellate court filings |
| Marc A. Wallman | 1 | Provided miscellaneous legal support in this matter |
| TOTAL | 252 | |

10.   Below is a table identifying the hourly rates charged by the above listed attorneys and non-attorney professionals over the course of the litigation.

## SUMMARY OF BSW HOURLY RATES

| ATTORNEYS | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| David R. Schaefer | $300 | | | | $335 | $350 | $395 |
| Samuel M. Hurwitz | | | | | $350 | | |
| Marc A. Wallman | $300 | | | | | | |
| Stuart J. Mandel | $275 | | | | | | |
| Mitchell S. Jaffe | $260 | | | | | | |
| Carolyn W. Kone | $225 | $250 | | | $265 | | |
| Donald W. Anderson | $225 | | | | | | |
| John R. Bashaw | $225 | | | | | | |
| Ken Rosenthal | $225 | | | | | | |
| Brian P. Daniels | $200 | | $265 | | | | |
| Jennifer Deakin | | $200 | | | | | |
| Sharon K. Freilich | | $225 | | | | | |
| Rowena A. Moffett | $140 | | $165 | $175 | $190 | $225 | $250 |
| Michelle S. Goglia | $125 | | | $140 | | $150 | |
| Victoria P. Hackett | | | | | $130 | | |

| **NON-ATTORNEY PROFESSIONALS** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** |
|---|---|---|---|---|---|---|---|
| Ellen F. DelVecchio | $105 | $120 | | | $125 | | |
| Jennifer R. Peschell | $ 85 | $100 | $110 | $120 | | | $125 |
| Michael W. Kaufman | $ 75 | | | | | | |
| Michael J. Walsh | | $ 85 | | | | | |
| Margaret A. Heckler | $ 75 | | | | | | |
| Catherine Adiletta | | | | $120 | | | |
| Jeanie Cosgrove | | | | | | $ 85 | $ 85 |
| Kate Dorman | $ 25 | | | | | | |

11. Attached hereto as **Exhibit C** are the current Martindale Hubbell profiles of each of the attorneys identified above, with the exception of Stuart J. Mandel, John R. Bashaw, Michelle S. Goglia, and Victoria P. Hackett, who are no longer with Brenner, Saltzman & Wallman. The biographical information of these attorneys is as follows:

    a. Stuart J. Mandel, former partner, practiced at Brenner, Saltzman & Wallman for over twenty years, now serving as in-house Counsel for UHY Advisors, Inc., located in New Haven, Connecticut. Born Bronx, New York, January 25, 1949; admitted to bar, 1974, New York; 1982, Connecticut. *Education:* Harpur College, State University of New York at Binghamton (B.A., summa cum laude, 1970); Harvard University (J.D., 1973). *Member:* The Association of the Bar of the City of New York; New Haven County, Connecticut, New York State and American (Member, Sections on: Corporation, Business Law) Bar Associations. *Practice Areas:* Business; Corporate; Securities.

    b. John R. Bashaw, former partner, practiced at Brenner, Saltzman & Wallman for over twelve years, now Of Counsel at Day, Berry & Howard LLP, located in New Haven, Connecticut. Born Hartford, Connecticut, December 4, 1960; admitted to bar, 1987, Connecticut. *Education:* University of Vermont (B.S., 1982); University of Maine at Orono; Vermont Law School (J.D., magna cum laude, 1987). Member: Vermont Law Review, 1985-1987. *Member:* Connecticut (Member, Conservation and Environmental

Quality Section, 1987) – and American (Member, Section on Natural Resources, Energy and Environmental Law) Bar Associations. *Practice Areas:* Environmental Litigation, Environmental Administrative Law; Environmental Cleanup; Environmental Compliance; Environmental Corporate Law; Environmental Real Estate; Superfund; Underground Storage Tanks.

c.  Michelle S. Goglia, former associate, practiced at Brenner, Saltzman & Wallman for four years, now an associate at Jeffers & Ireland, P.C., located in Fairfield, Connecticut. Born New Haven, Connecticut, October 22, 1975; admitted to bar, 2000, Connecticut; 2001, U.S. District Court, District of Connecticut. *Education:* Colgate University (B.A. 1997); University of Connecticut School of Law (J.D., 2000). *Member:* New Haven County, Connecticut and American Bar Associations. *Practice Areas:* Business Law; Commercial Law; Contracts; Corporate Law; Employment Law; Health Care Law.

d.  Victoria P. Hackett, former associate, practiced at Brenner, Saltzman & Wallman for two years, now serving as Staff Attorney for the Office of Consumer Counsel for State of Connecticut, located at Hartford, Connecticut. Born Mineola, New York, August 4, 1971; admitted to bar, 2003, Connecticut. *Education:* Western Connecticut State University (B.A., Sociology, 1999); University of Virginia School of Law (J.D., 2002). *Member:* Connecticut Bar Association. *Practice Areas:* Commercial Litigation; Employment Litigation; Litigation.

12. Based upon my experience, the foregoing billing rates are reasonable and appropriate to the type and complexity of the case and are comparable to or more economical than the hourly rates charged by attorneys in this community of similar experience in suits of this type. Moreover, the hours billed are reasonable, particularly in view of the extensive motion practice initiated by the pro se Defendants and the numerous appeals taken by Defendants to the Second Circuit Court of Appeals, the Third Circuit Court of Appeals and to the United States Supreme Court.

13. In summary, through October 31, 2006, IndyMac has incurred legal fees for services provided by BSW in the Connecticut Litigation in the amount of **$259,376.25**, and expenses incurred by BSW in the amount of **$31,940.59**. Additionally, IndyMac has incurred legal fees for services provided by BSW in the New Jersey Action in the amount of **$39,114.75**, and expenses incurred by BSW in the amount of **$2,788.34**. In summary, the total fees and expenses incurred by IndyMac for services provided by BSW and expenses incurred by BSW in connection with the prosecution of IndyMac's claims against Defendants through October 31, 2006 total **$333,219.93**. IndyMac has paid BSW all such legal fees and expenses except for $7,310.69, covered by recent invoices.

14. The undersigned further estimates that BSW will expend an additional 15 hours in connection with preparing for and participating in the upcoming hearing regarding damages and the pending motions scheduled to be held on December 7, 2006, resulting in additional legal fees totaling approximately $ 4,475.00 (10 hours at the hourly rate of $250 and 5 hours at the hourly rate of $395).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at New Haven, Connecticut, this 21st day of November, 2006.

David R. Schaefer, Esq.

9M799602.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

                                                  /s/ Rowena A. Moffett
                                               Rowena A. Moffett (ct19811)

9M799602.DOC