# EXHIBIT A

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON O. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
SARAAB A. SALEH
MELICENT B. THOMPSON

OF COUNSEL
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

June 12, 2000

Lois M. Jacobs
IndyMac Inc.
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   82358   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR SERVICES RENDERED THROUGH May 31, 2000

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 5/03/00 | DRS | Telephone call with Dan Weiner re: �▓▓▓▓▓▓ conference calls with Lois Jacobs re: ▓ | 1.25 | $ 375.00 |
| 5/04/00 | DRS | Review documents and spread sheets from client; telephone calls with Lois Jacobs re: ▓ | 1.50 | $ 450.00 |
| 5/05/00 | DRS | Revisions to Maria Borger affidavit; telephone calls with John Vagelatos and Lois Jacobs; begin prep for court; ▓▓▓▓▓▓ | 2.75 | $ 825.00 |
| 5/06/00 | DRS | Work on PJR papers; telephone calls with Lois Jacobs and John Vagelatos re: ▓▓▓ | 11.00 | $ 3,300.00 |
| 5/07/00 | DRS | Work on PJR papers; telephone calls with Lois Jacobs and John Vagelatos re: ▓▓▓ | 3.00 | $ 900.00 |
| 5/08/00 | EFD | Research; telephone conference with Connecticut Department of Banking; telephone conference with Connecticut Department of Insurance; internet research. | .75 | $ 78.75 |
| 5/08/00 | CWK | Review papers for filing; telephone call with David Schaefer; make changes to papers; go to court to file papers; go to Hartford to file papers; telephone | | |

Statement No.   82358
June 12, 2000
Page      2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | call with John Vagelatos and telephone call with Lois Jacobs. | 5.50 $ | 1,237.50 |
| 5/09/00 | CWK | Telephone call with Judge's ckerk; gather together papers, research will of attachment. | .50 $ | 112.50 |
| 5/09/00 | CWK | Telephone calls (2) with David Schaefer. | .50 $ | 112.50 |
| 5/09/00 | CWK | Telephone call with Lois Jacobs. | .25 $ | 56.25 |
| 5/09/00 | CWK | Telephone call with Court. | .25 $ | 56.25 |
| 5/10/00 | DRS | Draft motion re: service; send messenger to court; telephone call with clerk; telephone call with Sandy Levine to arrange for service; memo to S.Levine; telephone call with John re: ▮▮▮▮ telehone call with Lois Jacobs and John V. re: service; telephone call with S.Levine at Greenwich site; telephone call with Harlin and Levine to coordinate exchange of papers; telephone call with Lois Jacobs and Mike re: ▮▮▮▮ fax order to John V | 3.00 $ | 900.00 |
| 5/11/00 | JRB | Reviewed file; met with Walter Thorp and M. Reyad in Stamford. | 6.25 $ | 1,406.25 |
| 5/11/00 | DRS | Telephone calls with Lois Jacobs re: ▮▮▮▮ telephone call with Walter re: meeting arrangements; brief John Bashaw re: same; finalize demand letter and fax to Walter; telephone call with JRB after Reyad meeting; telephone call with Lois Jacobs and Brian re: ▮▮▮▮ telephone call with John V. re: ▮▮▮▮ | 3.00 $ | 900.00 |
| 5/12/00 | DRS | Telephone calls with John Vagelatos re: ▮▮▮▮ telephone call with investigator and sheriff re: tracking Wafa; telephone call with Lois Jacobs re: ▮▮▮▮ telephone call with Garfinkel's chambers re: extention of time to serve Wafa; telephone call with Jacobs and Ainslie re: ▮▮▮▮ bullet memo to Jacobs re: ▮▮▮▮ | 3.00 $ | 900.00 |

```
Statement No.    82358
June 12, 2000
Page       3
```

| Date | Init. | Description | Hours | | Amount |
|------|-------|-------------|-------|---|--------|
| 5/12/00 | JRB | Telephone conference with M. Reyad re: location of his wife. | .50 | $ | 112.50 |
| 5/14/00 | DRS | Review quality control reports and draft subpoenas | 1.50 | $ | 450.00 |
| 5/15/00 | DRS | Finalize subpoenas and attachments thereto; telephone calls with Sandy Levine re: service; arrange for messenger to bring subpoenas to sheriff in Stamford; telephone calls withi parties subpoenaed (People's, Fleet, Rex, Antonios, First County); telephone calls with Credit Service and attorney re: voluntary appearance; letter to said attorney; prepare exhibits for hearing with Brian Ainslie; office conference with Brian and telephone call with Lois Jacobs re: ███████████████ ██████████prepare Brian to testify; telephone call with John Vagelatos re: ███████████████████ | 12.50 | $ | 3,750.00 |
| 5/15/00 | JRB | Office conference with David Schaefer; telephone conference with counsel for Peoples and Fleet Bank. | 2.50 | $ | 562.50 |
| 5/16/00 | DRS | Preparation for PJR hearing; telephone call with Credit Services attorney re: cooperation; attend PJR hearing; telephone call with clerk re: order; telephone call with John Vagelatos re: ███████████████telephone call with Lois Jacobs re: ██████████████ ████████████draft writs of garnishment and letters to go with them | 7.50 | $ | 2,250.00 |
| 5/17/00 | DRS | Prepare writs of garnishment, order and memos to go to court for signatures; telephone call with Levine re: service; telephone call with S.Levine re: Valic and New England Financial service; forward order, writs with memos, and PJR transcript to Jacobs and Vagelatos | 2.00 | $ | 600.00 |
| 5/18/00 | DRS | Letter to Lois Jacobs with transcript, judge's order and writs of garnishment; finalize writs and send to court for execution | 1.00 | $ | 300.00 |
| 5/22/00 | CWK | Telephone call with Bob Brundige. | .25 | $ | 56.25 |

Statement No.    82358
June 12, 2000
Page      4

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 5/23/00 | BPD | Review insurance policies; meeting with DRS re: same | 2.50 | $ 500.00 |
| 5/23/00 | DRS | Follow-up on service and review documents in prep for asset deposition | .50 | $ 150.00 |
| 5/24/00 | DRS | Telephone call and letter to IDS; telephone call with Reyad re: deposition; dictate letter to Reyad re: same and documents requested | 1.00 | $ 300.00 |
| 5/25/00 | DRS | Letter to Reyad re: production of documents at deposition; telephone call with Lois Jacobs re: ▆▆▆▆ | 1.00 | $ 300.00 |
| 5/26/00 | DRS | Deposition of Reyad and telephone calls with Lois Jacobs before and during deposition | 7.00 | $ 2,100.00 |
| 5/30/00 | DRS | Review IDS filing | .25 | $ 75.00 |
| 5/31/00 | DRS | Office conference with M.Kaufman re: annuities and any exemption re: creditors | .50 | $ 150.00 |

Total Fees Due: $ 23,266.25

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Court Entry Fee | $ | 150.00 |
| Facsimile Transmissions | $ | 36.50 |
| Client Copies | $ | 372.50 |
| Allied International Investigators | $ | 1,372.00 |
| Messenger | $ | 98.00 |
| Overnight or Express Mail | $ | 58.20 |
| Court Fees (Subpoena) | $ | 200.00 |
| Court Fees (Miscellaneous) | $ | 140.00 |
| Brian Ainslie Hotel | $ | 261.22 |
| Travel Reimbursement | $ | 9.00 |
| Sheriffs Fee | $ | 801.19 |
| Trial/Hearing Transcripts | $ | 286.20 |
| Computerized Legal Research Lexis | $ | 214.02 |

Total Disbursements Due: $  3,998.83

TOTAL FEES AND DISBURSEMENTS DUE: $ 27,265.08
                                   ============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER. P. C.
STEPHEN L. SALTZMAN. P. C.
MARC A. WALLMAN. P. C.
DAVID R. SCHAEFER. P. C.
STUART JAY MANDEL. P. C.
DONALD W. ANDERSON. P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO. P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE. P. C.
ALICE J. MICK. P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV. P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
SARAABA SALEH
MELICENT B. THOMPSON
———
OF COUNSEL
PETER K. MARSH

August 31, 2000

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

Lois M. Jacobs
IndyMac Inc.
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   83001   DRS
Our File No. 04127   -001

Re: Reyad Litigation

FOR SERVICES RENDERED DURING JUNE, 2000

| Date | Time-keeper | Description | Hours | | Amount |
|------|---------|-------------|-------|---|--------|
| 6/01/00 | MWK | Research | 7.50 | $ | 562.50 |
| 6/01/00 | DRS | Telephone call with Lois Jacobs re: ███████████ work on garnishment service follow-up | .50 | $ | 150.00 |
| 6/02/00 | MWK | Letter writing, phone calls | 4.00 | $ | 300.00 |
| 6/02/00 | DRS | Telephone call with Lois Jacobs re: ███████████ | .50 | $ | 150.00 |
| 6/05/00 | MWK | Wrote letter; Writ of Garnishment; research | 3.00 | $ | 225.00 |
| 6/05/00 | DRS | Review Fleet and IDS response; draft new Writ for IDS; call clerk's office | .50 | $ | 150.00 |
| 6/06/00 | MWK | Meeting with DRS; talking with sheriff | 1.00 | $ | 75.00 |
| 6/06/00 | DRS | Letter to Garfinkel with Writ of Garnishment re: IDS Life Insurance; telephone call with clerk and have hand delivered; letter to Lois Jacobs with filings by Reyad; letter to Mostafa Reyad with original Zulewski underwriting file | .75 | $ | 225.00 |
| 6/07/00 | MWK | Phone call | .25 | $ | 18.75 |
| 6/07/00 | DRS | Letter to Lois Jacobs with Mostafa Reyad deposition transcript | .50 | $ | 150.00 |
| 6/08/00 | MWK | Phone | .50 | $ | 37.50 |
| 6/09/00 | MWK | Phone calls | .50 | $ | 37.50 |

Statement No.    83001
August 31, 2000
Page        2

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 6/09/00 | DRS | Telephone call with J.Vagelatos re: | | | |
| | | | .50 | $ | 150.00 |
| 6/12/00 | MWK | Research; phone calls | 4.50 | $ | 337.50 |
| 6/12/00 | DRS | Letter to Lois Jacobs | | | |
| | | | .25 | $ | 75.00 |
| 6/13/00 | MWK | Research, research, research | 7.50 | $ | 562.50 |
| 6/13/00 | DRS | Review research re: NJ law on annuities; office conference with MK; telephone call with actuary (Brandt) re: valuation; attempts to call Lois Jacobs | 1.75 | $ | 525.00 |
| 6/14/00 | MWK | Research | 4.25 | $ | 318.75 |
| 6/15/00 | MWK | Research on venue | 2.00 | $ | 150.00 |
| 6/19/00 | DRS | Telephone call with J.Vagelatos | .25 | $ | 75.00 |
| 6/20/00 | MWK | Phone call | .25 | $ | 18.75 |
| 6/20/00 | DRS | Review e-mail from Lois Jacobs | | | |
| | | | .25 | $ | 75.00 |
| 6/20/00 | DRS | Letter to Lois Jacobs | | | |
| | | | .25 | $ | 75.00 |
| 6/21/00 | MWK | Drafting venue memo | 2.00 | $ | 150.00 |
| 6/21/00 | DRS | Telephoen call with Lois Jacobs and Mike W re: draft letter to Reyad | .75 | $ | 225.00 |
| 6/22/00 | MWK | Working on venue | 2.50 | $ | 187.50 |
| 6/22/00 | DRS | Revise letter to Reyad and e-mail draft to L.Jacobs; telephone call with J.Vagelatos re: | .50 | $ | 150.00 |
| 6/23/00 | MWK | Drafting | 4.00 | $ | 300.00 |
| 6/23/00 | DWA | Conference with MWK regarding trust/creditor issues; review Johas case. | .50 | $ | 110.00 |
| 6/23/00 | DRS | Office conference with Mike Kaufman | .25 | $ | 75.00 |
| 6/26/00 | MWK | Drafting | 2.25 | $ | 168.75 |
| 6/26/00 | MWK | Writing memos | 8.50 | $ | 637.50 |
| 6/26/00 | DWA | Conference with MWK regarding spendthrift trusts. | .25 | $ | 55.00 |
| 6/26/00 | DRS | Work on oppositions to Wafa Reyad motions re: venue, separation | 1.00 | $ | 300.00 |
| 6/27/00 | MWK | Research - choice and law | 1.25 | $ | 93.75 |
| 6/27/00 | JRS | Copy, organize exhibits for D. Schaefer. | .25 | $ | 21.25 |
| 6/27/00 | DRS | Draft memos re: venue, exemption and separate cause of action; e-mail to Lois | | | |

Statement No.   83001
August 31, 2000
Page      3

|  |  | Jacobs; revise and file same; e-mail to Vagelatos; telephone call with J.Vagelatos and Brundige; letter to Reyad; telephone call with Stickles re: NJ exemption | 5.00 | $ | 1,500.00 |
| 6/28/00 | MWK | Research (no computer in am) | 6.00 | $ | 450.00 |
| 6/28/00 | DRS | Draft and file extension of time re: counterclaim; letters to Mostafa and Wafa re: pleadings; telephone call with Lois Jacobs re: ███ | 2.00 | $ | 600.00 |
| 6/29/00 | MWK | Research -- PJR Subst./Proc. | 7.00 | $ | 525.00 |
| 6/29/00 | JRS | Skim Reyad's deposition; do memo to David Schaefer re: production. | 1.75 | $ | 148.75 |
| 6/29/00 | DRS | Letter to Halvorson at American Express re: garnishment | 1.00 | $ | 300.00 |
| 6/30/00 | MWK | Research -- PJR's | 2.50 | $ | 187.50 |
| 6/30/00 | DRS | Draft letters to Mostafa Reyad and Wafa Reyad re: document production and depositions; fax to Vagelatos and telephone call re: ███finalize and fax letters | 1.00 | $ | 300.00 |

Total Fees Due: $ 10,928.75

Less Courtesy Discount:    4,000.00-

Total Fees Less Discount: $  6,928.75

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Deposition Transcripts | $ | 735.32 |
| Client Copies | $ | 80.30 |
| Computerized Legal Research Lexis | $ | 5,340.53 |
| Sheriffs Fee | $ | 280.48 |
| Messenger | $ | 85.00 |
| Facsimile Transmissions | $ | 14.50 |
| Overnight or Express Mail | $ | 43.65 |
| Travel Reimbursement/Parking | $ | 2.00 |
| Outside Professional Services | $ | 150.00 |
| Discount | $ | 4,000.00- |

Total Disbursements Due: $  2,731.78

TOTAL FEES AND DISBURSEMENTS DUE: $  9,660.53
============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D BRENNER, P. C.
STEPHEN L SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO, P. C.
JOHN R BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
SARAAB A. SALEH
MELICENT B. THOMPSON
———
OF COUNSEL
PETER K. MARSH

August 31, 2000

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

Lois M. Jacobs
IndyMac Inc.
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   83002   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR SERVICES RENDERED DURING JULY, 2000

| Date | Time-keeper | Description | Hours | Amount |
|------|---------|-------------|-------|--------|
| 7/06/00 | MWK | Research/writing memo | 6.75 $ | 506.25 |
| 7/06/00 | DRS | Office conference with Mike Kaufman re: research re: Reyad answer re: exempt annuities; telephone call with Lois Jacobs re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review annuity contracts; attempt to call Silverberg re: same | 1.25 $ | 375.00 |
| 7/07/00 | DWA | Conference with MWKaufman regarding annuity and creditor issues. | .50 $ | 112.50 |
| 7/07/00 | MWK | Research/Drafting memo | 4.00 $ | 300.00 |
| 7/10/00 | MWK | Drafting memo; response to Defendant's Answer | 4.00 $ | 300.00 |
| 7/10/00 | DRS | Review MK memo; telephone call with Silverberg re: annuities | .75 $ | 225.00 |
| 7/11/00 | MWK | Research -- liability | 6.50 $ | 487.50 |
| 7/11/00 | DRS | Review filing by Reyad and office conference with M.Kaufman re: same | .50 $ | 150.00 |
| 7/14/00 | MWK | Reviewing new documents | .30 $ | 22.50 |
| 7/17/00 | DRS | Office conference with MK re: research; telephone call with Lois Jacobs re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | .75 $ | 225.00 |
| 7/17/00 | JRS | Digest Reyad depo transcript. | 2.50 $ | 212.50 |
| 7/17/00 | MWK | Research -- liability for agent | 3.00 $ | 225.00 |
| 7/18/00 | MWK | Research -- liability for agent | 1.50 $ | 112.50 |

Statement No.    83002
August 31, 2000
Page        2

| Date | Init | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 7/20/00 | DRS | Draft letter to Reyad and e-mail draft to Jacobs | .75 | $ | 225.00 |
| 7/21/00 | DRS | Draft letter and e-mail to Lois Jacobs for approval | .50 | $ | 150.00 |
| 7/24/00 | DRS | Letter to Reyad re: payment history | .25 | $ | 75.00 |
| 7/25/00 | DRS | Office conference with Mike Kaufman re: motion to dismiss; review Reyad voice mail | .25 | $ | 75.00 |
| 7/25/00 | MWK | Writing memo on counterclaim/research | 9.50 | $ | 712.50 |
| 7/26/00 | MWK | Editing memo regarding liability issue; meeting with Schafer | 3.00 | $ | 225.00 |
| 7/26/00 | DRS | Draft memo in support of motion to dismiss; revise same | 1.50 | $ | 450.00 |
| 7/27/00 | JRS | Conference with David Schaefer re: file and checking Norwalk land records. | .75 | $ | 63.75 |
| 7/27/00 | JRS | Pull other mortgage in Norwalk; go to land records on Norwalk; pull info and copy for David Schaefer. | 3.50 | $ | 297.50 |
| 7/27/00 | JRS | Conference with David Schaefer re: creating spreadsheet for mortgage information; draft chart for information; begin gathering same. | 1.25 | $ | 106.25 |
| 7/27/00 | MAH | Office conference with DRS; review of 2 real estate loan files; travel to Norwalk Land Records; title search three names; copies of documents to DRS | 4.50 | $ | 382.50 |
| 7/27/00 | MWK | Revising brief checking citations | 1.00 | $ | 75.00 |
| 7/27/00 | DRS | Draft, revise, research and file memo to dismiss counterclaims; e-mail to Lois Jacobs and review and incorporate her comments | 3.50 | $ | 1,050.00 |
| 7/28/00 | JRS | Going through mortgage package - create chart re: infor for title search. | 5.00 | $ | 425.00 |
| 7/28/00 | DRS | Telephone call with Reyad; draft letter to Reyad re: Jaku; telephone call with Elliot of First American re: title searches; office conference with Jennifer re: data from credit files; telephone call with Lois Jacobs re: ▓▓▓▓▓ | 2.00 | $ | 600.00 |
| 7/31/00 | JRS | Alphabetize list for title search; add additional information and print; organize and label mortgae folders; fax info. | 2.00 | $ | 170.00 |

```
Statement No.   83002
August 31, 2000
Page        3
```

| | | | | |
|---|---|---|---|---|
| 7/31/00 | MAW | Review lis pendens form for DRS | .25 $ | 75.00 |
| 7/31/00 | DRS | Work with title company re: title searches for lis pendens; finalize and memo and title company and scope of searches and chart of necessary information | 1.75 $ | 525.00 |

Total Fees Due: $   8,936.25

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 24.10 |
| Facsimile Transmissions | $ | 27.50 |
| Copies and Parking at Court | $ | 3.50 |
| Computerized Legal Research Lexis | $ | 277.20 |
| Computerized Legal Research Westlaw | $ | 50.90 |
| Lunch | $ | 14.33 |
| Copies of Documents | $ | 6.00 |
| Town Clerk Fees | $ | 3.50 |
| Messenger | $ | 60.00 |

Total Disbursements Due: $   467.03

TOTAL FEES AND DISBURSEMENTS DUE: $  9,403.28
============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
ROWENA MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 21, 2000

Lois M. Jacobs
IndyMac Inc.                          Statement No.   83815   DRS
155 North Lake Ave.                   Our File No. 04127  -001
10th Floor
Pasadena       CA 91101


Re: Reyad Litigation

---

FOR SERVICES RENDERED THROUGH August 31, 2000

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 8/01/00 | DRS | Telephone calls with First American re: searches, e-mails to Brian Ainslie; review Sec filings re: name change | 1.00 $ | 300.00 |
| 8/03/00 | JRS | Trip to Hartford to file opposition to request to revise; telephone conference with Charlene confirm court reporter. | 1.25 $ | 106.25 |
| 8/03/00 | DRS | Telephone call with title company re: searches | .25 $ | 75.00 |
| 8/04/00 | JRS | Prepare lis pendens, telephone call to sheriff; 3 telephone calls with Carol Ann re: title searches; fax over 6 additional; make copies and organize. | 4.00 $ | 340.00 |
| 8/04/00 | DRS | Telephone call with First American; telephone calls with Ainslie; review searches; finalize lis pendens; telephone call with Vagelatos | 1.50 $ | 450.00 |
| 8/05/00 | DRS | Draft memo re: motion to dismiss for lack of personal jurisdiction; motion for extension of time to file memo and affidavits; research jurisdiction; letter to M.Reyad re: credit files | 3.00 $ | 900.00 |
| 8/07/00 | JRS | Telephone calls (2) from S. Levine re: status of Lis Pendens. | .25 $ | 21.25 |
| 8/07/00 | MWK | Spoke with David Schaefer | .25 $ | 18.75 |
| 8/07/00 | DRS | Dictate motion for additional temporary relief; attempt to call B.Ainslie re: | | |

Statement No.   83815
November 21, 2000
Page      2

| | | | | |
|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓▓▓▓▓ telephone call with Kaufman re: research | 1.50 $ | 450.00 |
| 8/08/00 | MWK | Research re: personal jurisdiction | 4.00 $ | 300.00 |
| 8/09/00 | DRS | Review Reyad depo transcript; revise motion for expedited revision to PJR; telephone call with Brian Ainslie re: ▓▓▓▓▓ telephone call with JS re: faxing motion to Garfinkel; revising motion and edit and sign motion; arrange for filing; research re: motion to dismiss | 2.00 $ | 600.00 |
| 8/10/00 | JRS | Telephone call to S. Levine, review and update chart for David Schaefer, organize lis pendens file, telephone conference with David Schaefer re: lis pendens. | 1.00 $ | 85.00 |
| 8/10/00 | DRS | Draft opposition to motion to request to dismiss; research same; draft IndyMac affidavit; revise same; e-mail to Lois Jacobs; attempts to call Lois Jacobs re: ▓▓▓▓▓▓ serve court order re: modified PJR hearing | 2.50 $ | 750.00 |
| 8/11/00 | JRS | Two telephone conferences with David Schaefer re: additional lis pendens; two telephone conferences with S. Levine re: same; begin drafting lis pendens for additional searches. Office conference with M. Jaffe re: title search; telephone conference with CT Title search re: Reyad condo. | 2.25 $ | 191.25 |
| 8/11/00 | MSJ | Review title search; office conference with J.Salvo | .50 $ | 130.00 |
| 8/11/00 | DRS | Telephone calls with Jennifer Salvo re: Greenwich deed and notary; work on memo re: motion to dismiss; telephone call with Jennifer re: lis pendens | 1.00 $ | 300.00 |
| 8/13/00 | KAR | Call with David Schaefer; attention to copies of cases for brief | .50 $ | 112.50 |
| 8/13/00 | DRS | Review and revise opposition memo to request to dismiss; dictate changes; proof changes; telephone call with KR re: legal exhibits and some case research | 3.00 $ | 900.00 |
| 8/14/00 | JRS | Two telephone conferences with S. Levine re: lis pendens, shepardize M.O.I. re: | | |

Statement No.  83815
November 21, 2000
Page      3

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 'request to dismiss', telephone conference with David Schaefer re: same; telephone call to clerk re: 1989 decision for brief; copy and mail. | 2.25 $ | 191.25 |
| 8/14/00 | JRS | Review and organize recorded lis pendens, draft additional lis pendens for David Schaefer's review; telephone call from Harlin Parker re: email address; update title search chart for David Schaefer. | 2.75 $ | 233.75 |
| 8/14/00 | DRS | Final revision to opposition to request to dismiss and affidavit, and exhibits; arrange for filing; review new Reyad filings; review and revise additional lis pendens filings; draft Parker affidavit; fax to Parker; telephone call with Parker and revise same and fax to Parker for signature | 2.75 $ | 825.00 |
| 8/15/00 | JRS | Telephone conference with S. Levine re: addition L.P. to be recorded, update chart, office conference with David Schaefer re: same, revise L.P. for Sheriff. | 1.25 $ | 106.25 |
| 8/15/00 | JRS | Office conference with S. Levine re: lis pendens. | .25 $ | 21.25 |
| 8/15/00 | DRS | Prepare for hearing before judge on modification of PJR and injunction; attend hearing and telephone calls with Lois Jacobs re: ▓▓▓▓▓ | 5.50 $ | 1,650.00 |
| 8/18/00 | JRS | Telephone calls to Lanann re: bill, review and submit for payment. | .50 $ | 42.50 |
| 8/21/00 | DRS | Review court decision; telephone call with Droney clerk re: injunction; review California attorney assignment; telephone call with Finkel re: meeting | .50 $ | 150.00 |
| 8/22/00 | KD | Tax assessor's office; liens on property. | 2.25 $ | 56.25 |
| 8/22/00 | JRS | Telephone conference with S. Levine re: lis pendens; update chart; instruct K. Dorman re: getting info from tax assessor's. | .50 $ | 42.50 |
| 8/22/00 | JRS | Finish updating info from tax assessor's, meeting with David Schaefer and investigator; telephone conference |  |  |

Statement No.   83815
November 21, 2000
Page      4

| | | | | |
|---|---|---|---|---|
| | | with David Schaefer and Mike Winiarski and Katlya re: addresses, fax Katlya re: same | 2.75 $ | 233.75 |
| 8/22/00 | DRS | Office conference with Rich Finkel re: factual background, documents and depos related to forensic accounting assignment; telephone calls with Lois Jacobs re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.00 $ | 600.00 |
| 8/23/00 | JRS | Assist David Schaefer re: meeting with Reyad. | .25 $ | 21.25 |
| 8/23/00 | DRS | Office conference with Mostafa Reyad re: insurance policies; draft waiver for Reyad segnature; e-mail to Jacobs and review Jacobs comments | 3.00 $ | 900.00 |
| 8/24/00 | JRS | On-line search re: Cookne grieavance; telephone call to Statewide Bar Counsel re: same. | .25 $ | 21.25 |
| 8/24/00 | DRS | Office conference with Jennifer Salvo and review memos re: service of lis pendens; telephone calls with Lois Jacobs and Mostafa Reyad re: conference calls re: loans | 1.00 $ | 300.00 |
| 8/25/00 | JRS | Organize and file lis pendens. | .50 $ | 42.50 |
| 8/25/00 | JRB | Reviewed pleadings. | .50 $ | 112.50 |
| 8/25/00 | DRS | Telephone call with Lois Jacobs in prep for conference call; conference call with Winiarski, Jacobs and others at IndyMac and Reyad | 1.50 $ | 450.00 |
| 8/28/00 | JRB | Drafted memo in Opposition to Motion to Withdraw Counterclaim | 2.00 $ | 450.00 |
| 8/28/00 | CWK | Read Grupo Mexicano decision. | .25 $ | 62.50 |
| 8/28/00 | DRS | Telephone call with Vagelatos and Brundige; telephone calls with Silverberg re: review of annuity contracts | 1.00 $ | 300.00 |
| 8/29/00 | JRS | Review email, sort through addresses for service of lis pendens; organize lis pendens. | 1.50 $ | 127.50 |
| 8/29/00 | JRS | Create for S. Levine re: service of lis pendens, memo to David Schaefer re: same; email to Kattya at Indymac for additional addresses. | 1.25 $ | 106.25 |

Statement No.   83815
November 21, 2000
Page        5

| Date | Init. | Description | Hours | Amount |
|------|------|-------------|------|--------|
| 8/30/00 | JRS | Organize updated list for service of lis pendens; telephone conference with S. Levine. | 1.75 | $   148.75 |
| 8/31/00 | DRS | Office conference with Jennifer re: lis pendens service; review additional Reyad filings | .50 | $   150.00 |

Total Fees Due: $ 13,375.00

DISBURSEMENTS:

| Description | | Amount |
|-------------|--|--------|
| Legal Research Pacer | $ | 14.22 |
| Sheriffs Fee | $ | 1,588.18 |
| Client Copies | $ | 419.50 |
| Title Search | $ | 1,752.00 |
| Travel Reimbursement /Mileage | $ | 9.30 |
| Overnight or Express Mail | $ | 58.20 |
| Facsimile Transmissions | $ | 84.50 |
| Outside Professional Services | $ | 106.00 |
| Computerized Legal Research Lexis | $ | 2,396.95 |
| Messenger | $ | 50.00 |

Total Disbursements Due: $  6,478.85

TOTAL FEES AND DISBURSEMENTS DUE: $ 19,853.85
                                  ============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
ROWENA MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 21, 2000

Lois M. Jacobs
IndyMac Inc.
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   83816   DRS
Our File No. 04127  -001

Re: Reyad Litigation

FOR SERVICES RENDERED THROUGH September 30, 2000

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 9/01/00 | DRS | Telephone call with Finkel and attempt to call Reyad; review Reyad long letter; telephone call with attorneys for Moazed and Lyons re: lis pendens; telephone call with Sandy Levine re: service of lis pendens | 1.50 $ | 450.00 |
| 9/06/00 | DRS | Telephone call with M.Reyad; telephone call with Winiarski and Jacobs | 1.00 $ | 300.00 |
| 9/06/00 | JRS | Organize lis pendens file. | .75 $ | 63.75 |
| 9/07/00 | DRS | Review latest Reyad filings | .50 $ | 150.00 |
| 9/08/00 | DRS | Telephone call with Lois Jacobs re: ▓▓▓▓▓▓▓▓▓▓▓▓ telephone calls with attorney for mortgagors re: lis pendens; telephone call with clerk re: status of pending motions | 1.00 $ | 300.00 |
| 9/11/00 | DRS | Respond to telephone calls re: lis pendens | .50 $ | 150.00 |
| 9/12/00 | JRS | Organize lis pendens, two telephone conferences with S. Levine re: Tarzia, update title search list. | 1.25 $ | 106.25 |
| 9/12/00 | DRS | Review latest filing | .25 $ | 75.00 |
| 9/13/00 | JRS | Telephone call and voice mail from S. Levine re: dropping off Tarzia lis pendens. | .25 $ | 21.25 |
| 9/13/00 | MSG | Research motion to stay; state authority re enjoining tranfer of asset; motion to | | |

Statement No.   83816
November 21, 2000
Page      2

| | | | | |
|---|---|---|---|---|
| | | substitute party; office conference with DRS | 3.50 $ | 437.50 |
| 9/13/00 | DRS | Draft memorandum in support of motion for stay | 1.50 $ | 450.00 |
| 9/14/00 | JRS | Telephone conference with David Schaefer, insert paragraph into M.O.I. re: motion to stay, telephone call from Atty. Vegelatos re: ███ | .25 $ | 21.25 |
| 9/14/00 | MSG | Review documents; draft motion to substitute | 3.75 $ | 468.75 |
| 9/14/00 | DRS | Office conference with MSG re: substitution parties, open issues, strategy; telephone call with Attorney Peabody re: Mozaed; telephone call with Vagelatos; revise motion and memo re: motion to stay; e-mail to Vagelatos; attempt to call Lois Jacobs | 1.50 $ | 450.00 |
| 9/15/00 | MSG | Read thru research file; complete changes per DRS on motion to stay | 1.50 $ | 187.50 |
| 9/15/00 | DRS | Telephone call with Lois Jacobs and Mike Winiarski re: ███████████████ | .50 $ | 150.00 |
| 9/18/00 | DRS | Telephone call with M.Reyad and Vagelatos | .50 $ | 150.00 |
| 9/19/00 | MSG | Research whether magistrate's order for an accounting is appealable | 1.25 $ | 156.25 |
| 9/19/00 | DRS | Office conference with Reyad re: his settlement offer | .25 $ | 75.00 |
| 9/20/00 | JRS | Office conference with David Schaefer re: Goeller's depo transcript. | .30 $ | 25.50 |
| 9/20/00 | JRS | Conference with David Schaefer re: S. Levine and service of subpoena; 2 voice mails to S. Levine re: same, copy and arrange pick-up. | .30 $ | 25.50 |
| 9/20/00 | JRS | Read R. Goeller's depo, indicate sections re: misrepresentation. | 2.30 $ | 195.50 |
| 9/21/00 | DRS | Draft, revise, sign and file affidavit re: motion to stay; telephone call with Vagelatos re: same | 1.00 $ | 300.00 |
| 9/22/00 | JRS | Complete depo of R. Goeller, II. | .50 $ | 42.50 |
| 9/22/00 | DRS | Telephone call with borrower re: lis pendens | .25 $ | 75.00 |

Statement No.   83816
November 21, 2000
Page       3

| | | | | |
|---|---|---|---|---|
| 9/25/00 | DRS | Telephone call with Mike Winiarski re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓telephone call with attorney for Ortez re: lis pendens | .50 $ | 150.00 |
| 9/26/00 | DRS | Telephone call with Ziewski re: payoff; telephone call with Winiarski re: ▓▓▓▓▓ telephone call with Reyad re: cancellation of conference call | .50 $ | 150.00 |

Total Fees Due: $  5,126.50

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Facsimile Transmissions | $ | 13.00 |
| Expert Witness Fee: M.Silverberg | $ | 500.00 |
| Client Copies | $ | 3.20 |
| Trial/Hearing Transcripts | $ | 26.50 |
| Overnight or Express Mail | $ | 43.65 |
| Computerized Legal Research Lexis | $ | 130.56 |

Total Disbursements Due: $   716.91

TOTAL FEES AND DISBURSEMENTS DUE: $  5,843.41
=============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON O BRENNER  P C
STEPHEN L SALTZMAN  P C
MARC A WALLMAN  P C
DAVID R SCHAEFER  P C
STUART JAY MANDEL  P C
DONALD W ANDERSON  P C
SAMUEL M HURWITZ
WAYNE A MARTINO  P C
JOHN R BASHAW
MITCHELL S JAFFE  P C
ALICE J MICK  P C
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P DANIELS
GEORGE BRENCHER IV  P C

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
ROWENA MOFFETT
SARAAB A SALEH

OF COUNSEL
PETER K MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 21, 2000

Lois M. Jacobs
IndyMac Inc.                          Statement No.   83817   DRS
155 North Lake Ave.                   Our File No. 04127  -001
10th Floor
Pasadena         CA 91101

Re: Reyad Litigation

FOR SERVICES RENDERED THROUGH October 31, 2000

| Date | Time-keeper | Description | Hours | Amount |
|------|------|------|------|------|
| 10/04/00 | DRS | Review filings and telephone call with borrower's counsel | .50 | $ 150.00 |
| 10/06/00 | DRS | Conference call with Mike Winiarski, Lois Jacobs, Todd and Mostafa Reyad re: purchase of certain loans and Zuiewski prepayment penalty; dictate letters to Reyad re: these matters | 2.00 | $ 600.00 |
| 10/09/00 | MSG | Read caselaw re: TROs | .50 | $ 62.50 |
| 10/09/00 | MSG | Continue TRO research; begin drafting reply to defendant's objection to 8/16/00 order | 2.25 | $ 281.25 |
| 10/10/00 | DRS | Draft and revise letter to Reyad re: settlement and to Reyad re: Zuiewski; e-mail drafts to Winiarski and Jacobs | 1.25 | $ 375.00 |
| 10/12/00 | DRS | Letter to Reyad re: Ziewski and finalize with Mike Winiarski re: ████████ | .75 | $ 225.00 |
| 10/16/00 | JRS | Pacer search and printout docket for Michelle Goglia. | .30 | $ 25.50 |
| 10/17/00 | JRS | Voicemail to David Schaefer re: supplemental returns. | .25 | $ 21.25 |
| 10/18/00 | JRS | Telephone conference with David Schaefer re: assignments, conference with Donald Anderson re: same. | .25 | $ 21.25 |
| 10/18/00 | DRS | Letter to Ziewski after telephone call with Lois Jacobs | .25 | $ 75.00 |

Statement No.   83817
November 21, 2000
Page      2

| Date | | Description | | |
|---|---|---|---|---|
| 10/19/00 | JRS | Voice mail from David Schaefer re: release Lyons; prepare release of lis pendens; telephone call to S. Levine re: vol and page; telephone call to Stamford clerk re: same. | .50 $ | 42.50 |
| 10/19/00 | DRS | Telephone call with Lois Jacobs re: ▬▬▬▬▬▬▬▬▬▬▬▬ call from Reyad re: cancellation of conference call; telephone call with Winiarski re: ▬▬▬▬▬▬▬▬ | 1.00 $ | 300.00 |
| 10/23/00 | DRS | Telephone call from Reyad confirming conference call re: Rule 26; prepare for conference call | .50 $ | 150.00 |
| 10/24/00 | DRS | Conference call with Reyads re: Rule 38 memo; draft memo; fax to Lois Jacobs; telephone call with Jacobs re: ▬▬▬and conference call with Jacobs and Vagelatos re: ▬▬▬▬▬▬▬▬▬▬ telephone call from Ann Peabody re: Moazed | 2.50 $ | 750.00 |
| 10/25/00 | DRS | Proof and review Rule 26(f) memo and send to Reyad with letter; draft and file motion to reschedule hearing with letter to court and judge | 1.00 $ | 300.00 |
| 10/31/00 | DRS | Revise letter to Ivers re: Perez and send; telephone voice mail from L.Jacobs re: ▬▬▬ | .25 $ | 75.00 |

Total Fees Due: $  3,454.25

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 35.10 |
| Facsimile Transmissions | $ | 73.00 |
| Messenger | $ | 10.00 |

Total Disbursements Due: $   118.10

TOTAL FEES AND DISBURSEMENTS DUE: $  3,572.35
==============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D BRENNER, P. C.
STEPHEN L SALTZMAN, P. C
MARC A. WALLMAN, P. C
DAVID R SCHAEFER, P. C
STUART JAY MANDEL, P. C
DONALD W ANDERSON, P. C
SAMUEL M HURWITZ
WAYNE A MARTINO, P. C
JOHN R BASHAW
MITCHELL S JAFFE, P. C
ALICE J MICK, P. C
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P DANIELS
GEORGE BRENCHER IV, P C

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S GOGLIA
ROWENA A MOFFETT
SARAAB A SALEH
———
OF COUNSEL
PETER K MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

December 13, 2000

Lois M. Jacobs
IndyMac Inc.
155 North Lake Ave.
10th Floor
Pasadena      CA 91101

Statement No.   84091   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR SERVICES RENDERED THROUGH November 30, 2000

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 11/02/00 | DRS | Telephone call with Lois Jacobs | .25 | $ 75.00 |
| 11/03/00 | DRS | Telephone call with Peabody re: Moazed and withdrawal of rep, blank assignment at closing | .25 | $ 75.00 |
| 11/09/00 | MSG | Pull and read all cases cited by Wafa Reyad in her latest motion | 1.50 | $ 187.50 |
| 11/10/00 | MSG | Research waiver of defense of lack of personal jurisdiction; office conference with David Schaefer | 4.50 | $ 562.50 |
| 11/10/00 | DRS | Review Reyad supplemental filings; research re: issues raised in same | 1.50 | $ 450.00 |
| 11/13/00 | MSG | Research waiver of lack of personal jurisdiction defense | 2.25 | $ 281.25 |
| 11/13/00 | DRS | Review Reyad's supplemental filings; research on open issues for oral argument | 1.25 | $ 375.00 |
| 11/14/00 | DRS | Drafting, revising and filing supplemental memo with court | 2.00 | $ 600.00 |
| 11/16/00 | JRS | Review response to motion to dismiss and list cases for David Schaefer; assist with preparation for hearing; conference with David Schaefer re: same. | 1.25 | $ 106.25 |
| 11/16/00 | JRS | Telephone calls (2) with Kattya re: status of mortgages; voice mail to David Schaefer re: same. | .25 | $ 21.25 |
| 11/16/00 | RAM | Research legal issues presented in defendants' objection to PJR and TRO. | 2.00 | $ 280.00 |

Statement No.   84091
December 13, 2000
Page       2

| | | | | |
|---|---|---|---|---|
| 11/16/00 | RAM | Attend court with David Schaefer for oral argument re: pending motions. | 4.00 | $    560.00 |
| 11/16/00 | DWA | Conference with DRS regarding annuity and creditor protection under Connecticut law; review Connecticut General Statutes 38a-454. | .50 | $    112.50 |
| 11/16/00 | DRS | Preparation for court argument; draft amended complaint and finalize motion to subsitute plaintiff; research re: amend, power of CT re: TRO and Magistrate re: PJR; letter faxed to Reyad with cases; attend court argument on all pending motions | 6.50 | $  1,950.00 |
| 11/17/00 | RAM | Participate in teleconference with client ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ meet with David Schaefer to discuss planned post-hearing brief. | .75 | $    105.00 |
| 11/17/00 | DWA | Conference with DRS | .25 | $     56.25 |
| 11/17/00 | DRS | Conference call with Lois Jacobs, Mike Winiarski and Brian Ainslie | 1.00 | $    300.00 |
| 11/27/00 | RAM | Research issues to be raised in post-hearing brief to Judge Droney. | 1.00 | $    140.00 |
| 11/27/00 | JRS | Telephone call to library re: legislative history; trip to New Haven Law Library, copy legislative history, conference with Rowena Moffett and David Schaefer re: same. | 2.75 | $    233.75 |
| 11/27/00 | DRS | Telephone call with Reyad; office conference with RAM re: issues for post-hearing brief; office conference with JS re: info from Banking Dept. and legislative history; review Reyad letter to Winiarski | 1.00 | $    300.00 |
| 11/28/00 | DRS | Review Reyad letter to Winiarski; dictate response to same; telephone call with Winiarski and Jacobs; revise Reyad letter; review documents re: Wafa Reyad banking license | .75 | $    225.00 |
| 11/28/00 | RAM | Draft Post-Hearing Submission. | 4.75 | $    665.00 |
| 11/28/00 | JRS | Telephone calls (4) with Nahas at Banking Commission re: Wafa broker license, office conference with David Schaefer and Rowena Moffett. | 1.00 | $     85.00 |

Statement No.   84091
December 13, 2000
Page        3


| | | | | |
|---|---|---|---|---|
| 11/29/00 | RAM | Draft post-hearing brief. | 12.75 $ | 1,785.00 |
| 11/29/00 | JRS | Conference with Rowena Moffett re: certification for B. Nahas; telephone conference with B. Nahas re: same. | .50 $ | 42.50 |
| 11/29/00 | DRS | Revise letter to Reyad re: settlement meeting and e-mail to client; attempt to call Jacobs re: ▮▮▮▮▮▮ draft post-hearing memo | 1.75 $ | 525.00 |
| 11/30/00 | RAM | Review defendants' post hearing brief; finalize plaintiffs' post-hearing brief; draft proposed scheduling order. | 4.25 $ | 595.00 |
| 11/30/00 | JRS | Prepare exhibits for post submission brief for David Schaefer; prepare packages for court/clerk and opposing counsel re: same. | 1.00 $ | 85.00 |
| 11/30/00 | DRS | Revise post-hearing memo; edit; finalize, sign and file; review Reyad filings; revise and file scheduling order | 2.50 $ | 750.00 |

Total Fees Due: $ 11,528.75

Less Courtesy Discount:    1,700.00-

Total Fees Less Discount: $  9,828.75

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Facsimile Transmissions | $ | 55.50 |
| Client Copies | $ | 36.30 |
| Messenger | $ | 60.00 |

Total Disbursements Due: $   151.80

TOTAL FEES AND DISBURSEMENTS DUE: $  9,980.55
============

## BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE. 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
——
OF COUNSEL
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

February 14, 2001

Lois M. Jacobs
IndyMac Inc.
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   84571   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR SERVICES RENDERED THROUGH December 31, 2000

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 12/01/00 | DRS | Telephone call with Lois Jacobs and Mike Winiarski re: ▓▓▓▓▓ | .50 | $ 150.00 |
| 12/04/00 | DRS | Review Reyad new filings in NJ; telephone call with Vagelatos re: ▓▓▓ | .50 | $ 150.00 |
| 12/05/00 | DRS | Review Lois Jacobs response re: ▓▓▓▓ revise same | .50 | $ 150.00 |
| 12/08/00 | DRS | Review Reyad reply memo | .50 | $ 150.00 |
| 12/11/00 | DRS | Review documents from court | .50 | $ 150.00 |
| 12/13/00 | DRS | Leave voice mail message for Lois Jacobs re: ▓▓ | .25 | $ 75.00 |
| 12/14/00 | DRS | Review court orders and telephone call with Lois Jacobs | .50 | $ 150.00 |
| 12/15/00 | DRS | Letter to Reyad in response to 'settlement' letter | .50 | $ 150.00 |
| 12/18/00 | DRS | Review court pleadings | .25 | $ 75.00 |
| 12/19/00 | RAM | Review court endorsement received 12/19/00; review recent motions/briefs by defendant. | .75 | $ 105.00 |
| 12/19/00 | DRS | Review info from Brian Ainslie for conference call; telephone calls with Brian re: same | 1.00 | $ 300.00 |
| 12/20/00 | RAM | Review defendants objection to amended complaint; investigate and contact court clerk re: misdocketed filings; | | |

Statement No.   84571
February 14, 2001
Page        2

| | | | | |
|---|---|---|---|---|
| | | participate in telephone conference with clients and M. Reyad. | 3.25 $ | 455.00 |
| 12/20/00 | DRS | Draft letters to send to Reyad on sales to third party and time provided to dispose of remaining loans; telephone call with Mike Winiarski | 1.75 $ | 525.00 |
| 12/21/00 | RAM | Document 12/20/00 telephone conference with Reyad for file; review spreadsheets from client re: disposition of remaining loans after telephone conference with Reyad; incorporate information from spreadsheets into correspondence to Reyad re: disposition of remaining loans | 3.75 $ | 525.00 |
| 12/21/00 | DRS | Revise letters to Reyad; e-mail to Brian Ainslie; telephone call with Brian and review changes; fax first to Reyad; telephone call with Reyad; review signed letter; fax second to Reyad | 1.25 $ | 375.00 |
| 12/22/00 | RAM | Respond to client's inquiries re: ████████████████████ | .25 $ | 35.00 |
| 12/26/00 | RAM | Review notes to file re: 12/20/00 conference call with defendant; call judge's chambers to obtain copies of documents not forwarded by David Schaefer. | .50 $ | 70.00 |
| 12/26/00 | DRS | Review letter from Reyad | .25 $ | 75.00 |
| 12/27/00 | RAM | Telephone call from Judge Drowney's chambers re: status of recently filed motions. | .25 $ | 35.00 |
| 12/29/00 | DRS | Review insurance policies (crime & E&O); telephone calls with each company re: claim; draft claim letters; e-mail to Lois Jacobs; telephone call with Lois Jacobs; finalize, fax and mail to insurance companies | 2.50 $ | 750.00 |

Total Fees Due: $  4,450.00

DISBURSEMENTS:

| Description | Amount |
|---|---|
| Sheriffs Fee | $  1,353.31 |
| Computerized Legal Research Lexis | $    256.36 |

Statement No.   84571
February 14, 2001
Page        3

```
                    Messenger                                     $      61.00
                    Facsimile Transmissions                       $      30.50
                    Client Copies                           ·     $      33.60

                            Total Disbursements Due: $   1,734.77

                    TOTAL FEES AND DISBURSEMENTS DUE: $   6,184.77
                                                        ============
```

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
————
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

February 15, 2001

Lois M. Jacobs
IndyMac Inc.                                     Statement No.   84606   DRS
155 North Lake Ave.                              Our File No. 04127  -001
10th Floor
Pasadena          CA 91101

Re: Reyad Litigation

---

FOR SERVICES RENDERED DURING January    2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 1/04/01 | RAM | Review endorsements received from court on 1/3; discuss litigation strategy with David Schaefer; contact court re: docketing. | 1.00 | $ 140.00 |
| 1/10/01 | RAM | Revise motion to substitute plaintiff; draft affidavit of M. Winiarski and fax to client for review/signature. | 2.00 | $ 280.00 |
| 1/11/01 | RAM | Revise motion to substitute plaintiff and supporting memorandum; revise amended complaint; telephone call to M. Reyad re: status of outstanding loans | 2.50 | $ 350.00 |
| 1/12/01 | RAM | Revise amended complaint to address defendant' objections thereto. | 2.50 | $ 350.00 |
| 1/15/01 | RAM | Contact forensic accountant to schedule review of defendant's records; draft letter to defendant to schedule review; email letter to client for approval; review defendant's latest motion to dismiss case; continue revising proposed amended complaint to address defendant's objections. | 2.75 | $ 385.00 |
| 1/15/01 | DRS | Revise letter to Reyad re: forensic accountant; office conference with RAM re: same; amending complaint and substitution of parties; attempt to call Lois Jacobs re: ▮▮▮▮▮ | .75 | $ 225.00 |

Statement No.   84606
February 15, 2001
Page       2

| | | | | |
|---|---|---|---|---|
| 1/16/01 | RAM | Received L. Jacobs' comments re: letter to M. Reyad scheduling forensic accountant visit and fax/mail letter to M. Reyad. | .25 $ | 35.00 |
| 1/16/01 | DRS | Review proposed motion and memo re: substitute party and amended complaint | .50 $ | 150.00 |
| 1/17/01 | RAM | Revise affidavit of M. Winiarski and fax to client; review M. Reyard's most recent settlement offer and correspondence re: forensic accountant. | .50 $ | 70.00 |
| 1/17/01 | DRS | Review Reyad new pleadings and settlement offer; telephone call with Brian Ainslie re: ▮▮▮▮▮review and revise memo re: substitute party; begin drafting response re: forensic accountant | 1.50 $ | 450.00 |
| 1/18/01 | RAM | Receive M. Winiarski's affidavit in support of motion to substitute plaintiff; prepare motion and supporting papers for filing with court. | .25 $ | 35.00 |
| 1/18/01 | DRS | Telephone call with Reyad re: forensic accountant and settlement; letter to Reyad re: forensic accountant | .75 $ | 225.00 |
| 1/19/01 | DRS | Finalize and send letter to Reyad re: Finkel; telephone call with Finkel re: same | .50 $ | 150.00 |
| 1/23/01 | DRS | Review latest Reyad filing re: forensic accountant | .25 $ | 75.00 |
| 1/24/01 | RAM | Review plaintiff's opposition to defendant's motion for expedited hearing re: forensic accountant and correspondence to court re: same. | 1.00 $ | 140.00 |
| 1/24/01 | DRS | Draft response to Reyad Request for Expedited Review re: forensic accountant; revise same; telephone call with Lois Jacobs re: ▮▮▮▮▮office conference with RAM to obtain dates and confirm factual statements therein; finalize and file opposition with clerk, Droney and Garfinkel | 2.00 $ | 600.00 |
| 1/25/01 | RAM | Review correspondence to defendant re: forensic accountant. | .25 $ | 35.00 |
| 1/26/01 | RAM | Draft opposition to defendants' motion for judgment of dismissal. | 4.25 $ | 595.00 |

Statement No.   84606
February 15, 2001
Page       3


| Date | | | | |
|---|---|---|---|---|
| 1/26/01 | DRS | Telephone call with court clerk re: judge's decision on forensic accountant; letter to Reyad and telephone call with Finkel re: same | .50 $ | 150.00 |
| 1/29/01 | RAM | Revise plaintiff's opposition to defendants' motion to dismiss; incorporating comments from David Schaefer; review record for any representations by defendants re: citizenship. | 1.50 $ | 210.00 |
| 1/29/01 | DRS | Telephone call with Finkel re: forensic work; office conference with RAM re: Reyad current filing | .50 $ | 150.00 |
| 1/30/01 | RAM | Discuss draft of plaitniff's opposition to defendants' motion for dismissal with David Schaefer and email to client for review. | .25 $ | 35.00 |
| 1/30/01 | DRS | Review and sign opposition to Reyad motion to dismiss and arrange to send to Lois Jacobs for review and approval | .50 $ | 150.00 |
| 1/31/01 | RAM | Review changes to plaintiff's opposition to defendants' motion for dismissal suggested by client; discuss changes with David Schaefer; make final revisions and file opposition memo; telephone call with Richard Finkel re: forensic accountant review of defendant's business records. | 1.00 $ | 140.00 |
| 1/31/01 | DRS | Leave message for Lois Jacobs and review voice mails from her re: ███████ ███████████████████████ telephone call with Rich Finkel re: forensic accounting | 1.00 $ | 300.00 |

Total Fees Due: $  5,425.00

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 21.90 |
| Facsimile Transmissions | $ | 20.00 |
| Computerized Legal Research Lexis | $ | 146.71 |
| Messenger | $ | 88.00 |

Statement No.   84606
February 15, 2001
Page        4


                    Messenger /Gofor                                    $      63.00

                              Total Disbursements Due: $     339.61

                    TOTAL FEES AND DISBURSEMENTS DUE: $  5,764.61
                                                        =============

```
Statement No.   84606
February 15, 2001
Page        5
```

FEE SUMMARY BY ATTORNEY

| NAME/DESC | INIT | HOURS | AMOUNT |
|---|---|---|---|
| David R. Schaefer | DRS | 8.75 | 2,625.00 |
| Rowena A. Moffett | RAM | 20.00 | 2,800.00 |
| TOTAL | | 28.75 | 5,425.00 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
——
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
——
OF COUNSEL
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

March 28, 2001

Lois M. Jacobs
IndyMac Inc.
155 North Lake Ave.
10th Floor
Pasadena         CA 91101

Statement No.   85163    DRS
Our File No. 04127   -001

FOR SERVICES RENDERED DURING February, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|---------|-------------|-------|--------|
| 2/01/01 | RAM | Receive and review defendant's motion for sanctions. | .25 | $   35.00 |
| 2/06/01 | RAM | Review defendant's motion for sanctions; contact client re: same. | .25 | $   35.00 |
| 2/06/01 | DRS | Work on draft pleadings | .50 | $  150.00 |
| 2/08/01 | RAM | Dictate first draft of opposition to defendant's motion to dissolve PJR. | 1.00 | $  140.00 |
| 2/08/01 | JRS | Update mortgage list; email from L.Jacobs re ▓▓▓▓▓▓▓▓ copy and mail Campaign file | .50 | $   50.00 |
| 2/08/01 | JRS | Print docket from Pacer for David Schaefer; copy and mail Champaign file to B.Anslie | .50 | $   50.00 |
| 2/09/01 | RAM | Revise plaintiff's opposition to defendant's motion to dissolve pjr; ▓▓▓▓▓▓▓▓ | 2.00 | $  280.00 |
| 2/12/01 | RAM | Telephone call with B. Ainslie re: opposition to defendant's motion to dissolve PJR; review and revise opposition memorandum draft | .50 | $   70.00 |
| 2/13/01 | RAM | Meet with R. Finkle re: forensic review of defendant's business records; telephone call to M. Winiarski re: ▓▓▓▓ complete draft of opposition to defendant's motion to dissolve prejudgment remedy. | 6.00 | $  840.00 |

```
Statement No.   85163
March 28, 2001
Page      2
```

| 2/13/01 | DRS | Office conference with Rich Finkel and RAM re: forensic accounting work; telephone call with Mike Winiarski re: ▮▮▮▮▮ | 1.75 | $ | 525.00 |
| 2/14/01 | RAM | Correspondence and telephone calls with L. Jacobs, M. Winiarski and B. Ainslie re: ▮▮▮▮▮ office conference with David Schaefer re: same. | 2.50 | $ | 350.00 |
| 2/14/01 | DRS | Review and revise PJR memo; telephone call with M.Winiarski re: ▮▮▮ revise damages chart; review e-mail from Ainslie, Jacobs and Winiarski re: ▮▮▮ incorporate changes | 1.50 | $ | 450.00 |
| 2/15/01 | RAM | Finalize and file objection to defendant's motion to dissolve prejudgment remedy; office conference with David Schaefer and telephone calls with L. Jacobs and B. Ainslie re: ▮▮▮ | 2.75 | $ | 385.00 |
| 2/15/01 | DRS | Review PJR memo and damages exhibit; office conference with RAM re: same; telephone call with Lois Jacobs re: ▮▮▮ revise memo as directed by Jacobs | 1.00 | $ | 300.00 |
| 2/16/01 | RAM | Confirm memorandum in opposition to defendant's moiton to dissolve prejudgment remedy to was docketed by court; dictate correspondence to court to substitute original affidavit of B. Ainslie for faxed copy previously filed with opposition memorandum; office conference with David Schaefer re: loan foreclosure action and motion for sanctions. | .50 | $ | 70.00 |
| 2/19/01 | RAM | Review and mail letter to Mostafa Reyad in response to his memorandum in support of motion for sanctions; review correspondence to Lois Jacobs from Attorney Milne re: Waterbury foreclosure | | | |

```
Statement No.    85163
March 28, 2001
Page       3
```

| | | | | |
|---|---|---|---|---|
| | | action; telephone conversation with Attorney Milne re: same; dictate memo to file documenting telephone conversation. | 1.75 | $    245.00 |
| 2/21/01 | RAM | Review/revise dictate memorandum to David Schaefer re: Waterbury foreclsoure action; prepare and fill substituted original declaration of Brian Ainslie. | .50 | $     70.00 |
| 2/22/01 | RAM | Finalize memorandum re: Waterbury foreclosure action and forward to David Schaefer for review. | .50 | $     70.00 |
| 2/27/01 | RAM | Telephone conference with Lois Jacobs and David Schaefer re: ██████████ ████████████████ office conference with David Schaefer re: plaintiff's planned discovery request; draft motion to extend deadline for expert disclosure. | 2.25 | $    315.00 |
| 2/27/01 | DRS | Review latest filings by Reyad; telephone call with Lois Jacobs re: ██ ████████████ review proposed court filing | 1.00 | $    300.00 |
| 2/28/01 | RAM | Review loan agreements for forum selection clause; telephone call with L. Jacobs re: ██████ review loss estimte documentation for IndyMac loans; draft supplemental submission to court with new IndyMac loss estimate information | 1.00 | $    140.00 |
| 2/28/01 | DRS | Review IndyMac materials from client re: damages | .50 | $    150.00 |

| | |
|---|---|
| Current Fees Due: | $  5,020.00 |
| Less Courtesy Discount: | 280.00- |
| Current Fees Less Discount: | $  4,740.00 |

DISBURSEMENTS:

| Description | Amount |
|---|---|

Statement No.    85163
March 28, 2001
Page        4

| | | |
|---|---|---|
| Client Copies | $ | 21.90 |
| Facsimile Transmissions | $ | 9.00 |
| Overnight or Express Mail | $ | 14.55 |
| Computerized Legal Research Lexis | $ | 42.50 |
| Messenger | $ | 63.00 |

Current Disbursements Due: $     150.95

Total Current Fees and Disbursements: $  4,890.95

Prior Balance: $ 23,129.93

TOTAL DUE AS OF  2/28/01: $ 28,020.88
============

*Payments Applied After  2/28/01  . . . . . . .  $       .00
*Adjustments to Account After  2/28/01  . . . .  $       .00

Statement No.   85163
March 28, 2001
Page        5

| NAME/DESC | INIT | HOURS | AMOUNT |
|-----------|------|-------|--------|
| David R. Schaefer | DRS | 6.25 | 1,875.00 |
| Jennifer R. Salvo | JRS | 1.00 | 100.00 |
| Rowena A. Moffett | RAM | 21.75 | 3,045.00 |
| TOTAL | | 29.00 | 5,020.00 |

|  |  |  |  |
|--|--|--|--|
| | COURTESY DISCOUNT | | 280.00- |
| | NET FEE SUMMARY | | 4,740.00 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D BRENNER, P C
STEPHEN L SALTZMAN, P C
MARC A WALLMAN, P C
DAVID R SCHAEFER, P C
STUART JAY MANDEL, P C
DONALD W ANDERSON, P C
SAMUEL M MURWITZ, P C
WAYNE A MARTINO, P C
JOHN R BASHAW
MITCHELL S JAFFE, P C
ALICE J MICK, P C
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P DANIELS
GEORGE BRENCHER IV, P C

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S GOGLIA
ROWENA A MOFFETT
SARAAB A SALEH

———

OF COUNSEL
SHARON KOWAL FREILICH
PETER K MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

April 17, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB                          Statement No.   85365   DRS
155 North Lake Ave.                       Our File No. 04127  -001
10th Floor
Pasadena        CA 91101

FOR SERVICES RENDERED DURING March, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 3/01/01 | RAM | Revise supplemental submission for plaintiff's opposition to motion to dissolve PJR; telephone conference with L. Jacobs and David Schaefer re: ▮▮▮ draft requests to admit and production requests; office conference with David Schaefer re: same; telephone call to B. Ainslie re: ▮▮▮▮▮▮▮ | 6.00 $ | 840.00 |
| 3/02/01 | RAM | Revise requests to admit; telephone conference with L. Jacobs re: ▮▮▮▮▮ review spreadsheet outlining Indymac loss estimates. | 3.00 $ | 420.00 |
| 3/02/01 | DRS | Telephone call with Lois Jacobs re: ▮▮▮▮▮▮▮ | .50 $ | 150.00 |
| 3/05/01 | RAM | Revise requests to admit; production requests and interrogatories to Mostafa Reyad; review correspondence from G. Milne re: Waterbury foreclosure action; receive and review affidavit of Ashley Cormier re: IndyMac loan losses; prepare final draft of supplemental memorandum in opposition to motion to dissolve pjr for filing. | 3.50 $ | 490.00 |
| 3/05/01 | DRS | Review latest Reyad pleadings | .25 $ | 75.00 |

Statement No.    85365
April 17, 2001
Page        2


| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/06/01 | RAM | Dictate surreply in opposition to motion to dissolve prejudgment remedy; dictate opposition to defendant's motion to dismiss. | 2.25 | $  315.00 |
| 3/06/01 | DRS | Review responsive pleadings and Reyad motion | .50 | $  150.00 |
| 3/07/01 | RAM | Telephone conference with Judge Droney's law clerk re: 4/12/01 motion hearing; review and incorporate L. Jacob's comments re: supplement to opposition to motion to dissolve pjr; finalize supplement for filing with court. | .75 | $  105.00 |
| 3/07/01 | DRS | Revise and sign supplemental memo re: PJR | .25 | $   75.00 |
| 3/07/01 | DRS | Work on legal memorandum | .50 | $  150.00 |
| 3/08/01 | RAM | Revise surreply in opposition to motion to dissolve pjr. | .50 | $   70.00 |
| 3/08/01 | DRS | Telephone call with Weiner re: Third Circuit brief; attempt to call L.Jacobs | .50 | $  150.00 |
| 3/09/01 | RAM | Office conference with David Schaefer and Carolyn Kone re: third circuit appeal; review defendant's appellate brief. | 2.75 | $  385.00 |
| 3/09/01 | DRS | Office conference with RAM and CWK re: Third Circuit brief; telephone call with L.Jacobs re: ▮▮▮▮ | .50 | $  150.00 |
| 3/09/01 | CWK | Office conference with David Schaefer, review appellate court brief. | 1.00 | $  250.00 |
| 3/12/01 | RAM | Office conference with David Schaefer re: surreply in opposition to motion to dissolve pjr and opposition to Rule 12(B)(1) motion to dismiss; telephone conference with B. Ainslie re: ▮▮▮▮ ▮▮▮▮ revise surreply and Rule 12(B)(1) opposition memorandum. | 1.50 | $  210.00 |
| 3/12/01 | DRS | Review latest Reyad filing; office conference with RAM re: surreply to PJR; telephone call with Brian Ainslie re: ▮▮▮▮ | .75 | $  225.00 |

```
Statement No.   85365
April 17, 2001
Page       3
```

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 3/13/01 | RAM | Prepare surreply memorandum for filing with court; receive B. Ainslie's comments re: same. | .25 | $ | 35.00 |
| 3/13/01 | DRS | Work on pending Reyad motions | .50 | $ | 150.00 |
| 3/15/01 | CWK | Office conference with David Schaefer re: third circuit brief. | .25 | $ | 62.50 |
| 3/19/01 | RAM | Office conference with David Schaefer re: opposition to Rule 12(b)(1) motion to dismiss; review defendant's objection to plaintiff's supplemental memorandum in opposition to motion to dissolve pjr and calendar opposition deadline. | .75 | $ | 105.00 |
| 3/19/01 | DRS | Opposition to motion to dismiss | 2.50 | $ | 750.00 |
| 3/20/01 | DRS | Revise opposition to motion to dismiss; e-mail to Lois Jacobs; telephone call with Lois Jacobs re: ▮▮▮▮ finalize and file opposition | 1.50 | $ | 450.00 |
| 3/21/01 | JRS | Telephone conference with David Schaefer; telephone call with clerk; draft letter re: certificates of good standing for David Schaefer and Carolyn Kone. | .25 | $ | 25.00 |
| 3/21/01 | DRS | Office conference with JRS re: Cert of Good Standing; telephone call with Hughes, Hubbard re: extension | .50 | $ | 150.00 |
| 3/23/01 | DRS | Telephone call with Hughes Hubbard re: extension | .25 | $ | 75.00 |
| 3/26/01 | JRS | Copy and fax to Attorney Geoff Milne and letter to Milne re: ▮▮▮▮▮▮▮▮▮▮▮ | .50 | $ | 50.00 |
| 3/26/01 | DRS | Telephone call with Lois Jacobs re: ▮▮▮▮▮▮ | .50 | $ | 150.00 |
| 3/27/01 | RAM | Review court ruling re: motion to extension of time to disclose expert; review defendant's motions for sanctions filed with the court; calendar response deadlines; draft opposition to motion | | | |

```
Statement No.    85365
April 17, 2001
Page        4
```

|  |  |  | | |
|---|---|---|---|---|
| | | for bond; office conference with David Schaefer re: expert disclosure. | 5.00 $ | 700.00 |
| 3/27/01 | JRS | Office conference with Rowena Moffett re: pending motions, telephone call with clerk re: dates of same; office conference with Rowena Moffett. | .50 $ | 50.00 |
| 3/27/01 | DRS | Draft expert disclosure; telephone call with Lois Jacobs re: ▮▮▮▮ | 1.00 $ | 300.00 |
| 3/28/01 | RAM | Draft expert disclosure. | 4.75 $ | 665.00 |
| 3/29/01 | RAM | Draft opposition to motion to strike and motion to release operating funds; draft damages analysis; revise expert disclosure and obtain expert witness signatures; draft correspondence to defendants re: revised expert signatures. | 4.75 $ | 665.00 |
| 3/30/01 | RAM | Finalize opposition memoranda and damages analysis; forward to client for review; telephone call with Milan Jarolim re: meeting with defendants appraiser. | 1.50 $ | 210.00 |
| 3/31/01 | DRS | Review and revise discovery requests | 1.00 $ | 300.00 |

Current Fees Due: $ 9,102.50

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 36.60 |
| Overnight or Express Mail | $ | 72.75 |
| Facsimile Transmissions | $ | 27.50 |
| 3 Certificates of Good Standing from Fed | $ | 45.00 |
| Messenger | $ | 63.00 |
| Computerized Legal Research Lexis | $ | 335.25 |

Current Disbursements Due: $  580.10

Total Current Fees and Disbursements: $ 9,682.60

```
Statement No.   85365
April 17, 2001
Page       5
```

                                          Prior Balance: $ 28,020.88

                          TOTAL DUE AS OF  3/31/01: $ 37,703.48
                                                    ============


              *Payments Applied After  3/31/01  . . . . . . .  $      .00
              *Adjustments to Account After  3/31/01 . . . .  $      .00

Statement No.   85365
April 17, 2001
Page        6


| NAME/DESC | INIT | HOURS | AMOUNT |
|-----------|------|-------|--------|
| Carolyn W. Kone | CWK | 1.25 | 312.50 |
| David R. Schaefer | DRS | 11.50 | 3,450.00 |
| Jennifer R. Salvo | JRS | 1.25 | 125.00 |
| Rowena A. Moffett | RAM | 37.25 | 5,215.00 |
| | | | |
| TOTAL | | 51.25 | 9,102.50 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

May 10, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.  85668   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR SERVICES RENDERED DURING April 30, 2001

| Date | Time-keeper | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 4/01/01 | RAM | Revise production requests, requests to admit, interrogatories. | 2.00 | $ | 280.00 |
| 4/02/01 | RAM | Finalize opposition to defendant's motions to release operating account to strike supplement, and for bond, hand deliver same to court; revise discovery requests and forward to client for review. | 1.50 | $ | 210.00 |
| 4/04/01 | JRS | Prepare motions for mailing to defendants. | .50 | $ | 50.00 |
| 4/05/01 | DRS | Telephone call with Milne's associate at request of Lois Jacobs re: Reyad testimony | .50 | $ | 150.00 |
| 4/09/01 | RAM | Draft opposition to motion for sanctions. | 1.75 | $ | 245.00 |
| 4/10/01 | DRS | Revise and revise opposition to sanctions motion | .50 | $ | 150.00 |
| 4/10/01 | RAM | Revise opposition to motion for sanctions; office conference with David Schaefer re: same; prepare for 4/12 oral argument on pending motions. | 3.00 | $ | 420.00 |
| 4/11/01 | RAM | Finalize/file opposition to motions for sanctions; continued preparation for oral argument 4/12; telephone conference | | | |

Statement No.    85668
May 10, 2001
Page       2

|          |     |                                                                                                                                              |        |          |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|--------|----------|
|          |     | with Geoff Milne re: Waterbury foreclosure trial; office conference with David Schaefer re: same; finalize production requests to be served on Defendants 4/12. | 4.50 $ | 630.00   |
| 4/12/01  | RAM | Travel to court/oral argument re: pending motions.                                                                                            | 4.50 $ | 630.00   |
| 4/12/01  | DRS | Prepare for and attend court argument re: pending motion                                                                                      | 3.50 $ | 1,050.00 |
| 4/17/01  | RAM | Draft motion for modification of scheduling order; obtain defendant's consent to same.                                                        | .75 $  | 105.00   |
| 4/23/01  | RAM | Review motions received from M. Reyad 4/23.                                                                                                    | .50 $  | 70.00    |
| 4/24/01  | RAM | Revise plaintiff's request to admit; telephone conference with B. Ainslie re: ▓▓▓▓ begin drafting IndyMac's response to defendant's discovery request. | 2.50 $ | 350.00   |
| 4/24/01  | DRS | Review latest Reyad pleadings                                                                                                                 | .25 $  | 75.00    |
| 4/25/01  | DRS | Office conference with RAM re: discovery response and response to recent Reyad motion                                                          | .50 $  | 150.00   |
| 4/25/01  | RAM | Draft responses to defendants production requests, interrogatories and requests for admission.                                                | 6.00 $ | 840.00   |
| 4/26/01  | RAM | Revise IndyMac's responses to Reyad's production requests.                                                                                    | 4.25 $ | 595.00   |
| 4/27/01  | RAM | Revise IndyMac's responses to Reyad's discovery requests.                                                                                     | 2.00 $ | 280.00   |

                                        Current Fees Due: $  6,280.00

                                     Less Courtesy Discount:      830.00-

                                Current Fees Less Discount: $  5,450.00


DISBURSEMENTS:

              Description                                          Amount

.

Statement No.    85668
May 10, 2001
Page        3

```
Legal Research Pacer                              $     36.48
Client Copies                                     $    141.70
Facsimile Transmissions                           $     12.00
Overnight or Express Mail                         $     43.65
Travel Reimbursement/Parking                      $      7.00
Computerized Legal Research Lexis                 $    133.02

                    Current Disbursements Due: $    373.85

        Total Current Fees and Disbursements: $  5,823.85

                            Prior Balance: $ 37,703.48

            TOTAL DUE AS OF  4/30/01: $ 43,527.33
                                       ============


    *Payments Applied After  4/30/01  . . . . . . .  $       .00
    *Adjustments to Account After  4/30/01  . . . .  $       .00
```

Statement No.    85668
May 10, 2001
Page       4

| NAME/DESC | INIT | HOURS | AMOUNT |
|---|---|---|---|
| David R. Schaefer | DRS | 5.25 | 1,575.00 |
| Jennifer R. Salvo | JRS | .50 | 50.00 |
| Rowena A. Moffett | RAM | 33.25 | 4,655.00 |
| TOTAL | | 39.00 | 6,280.00 |

COURTESY DISCOUNT        830.00-

NET FEE SUMMARY        5,450.00

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
⸻
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

August 14, 2001

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   86572   DRS
Our File No. 04127  -001


Re: Reyad Litigation

───────────────────────────────────────────

FOR SERVICES RENDERED DURING May, 2001

| Date | Time-keeper | Description | Hours | | Amount |
|------|--------|-------------|-------|---|--------|
| 4/26/01 | DRS | Review and revise draft responses to Reyad's discovery requests | 3.00 | $ | 900.00 |
| 5/01/01 | MJW | Research - unauthorized practice of law; draft motion for sanctions and memorandum in support of sanctions for unauthorized practice of law | 2.75 | $ | 233.75 |
| 5/01/01 | MJW | Research and draft motion for contempt and memorandum of support for motion for contempt | 2.50 | $ | 212.50 |
| 5/01/01 | RAM | Draft motion for extension of time to respond to defendant's discovery request; telephone conference with Reyad re: same; office conference with M.Walsh re: motion for contempt and unauthorized practice of law | 2.00 | $ | 280.00 |
| 5/02/01 | MJW | Research re: unauthorized practice of law; draft motion for sanctions and memorandum in support of sanctions for unauthorized practice of law | 3.50 | $ | 297.50 |
| 5/02/01 | RAM | Office conference with M.Walsh re: research for IndyMac's motion for contempt, unauthorized practice of law | .50 | $ | 70.00 |
| 5/03/01 | RAM | Draft of motion for contempt and unauthorized practice of law, draft | | | |

Statement No.   86572
August 14, 2001
Page     2

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| | | response to motion to expedite ruling on motion to dismiss, review motions to vacate pjr and tro | 3.00 | $ | 420.00 |
| 5/08/01 | RAM | Telephone call with L. Jacobs re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | .25 | $ | 35.00 |
| 5/09/01 | RAM | Draft opposition to motion to vacate TRO; telephone conference with DRS, B.Ainslie and L.Jacobs re: ▮▮▮▮ | 2.50 | $ | 350.00 |
| 5/09/01 | DRS | Conference call with Lois Jacobs and Brian Ainslie re: ▮▮▮▮▮▮▮▮▮▮ | 1.25 | $ | 375.00 |
| 5/15/01 | RAM | Draft opposition to motion to vacate prejudgment remedies in CT action | 1.75 | $ | 245.00 |
| 5/16/01 | RAM | Revise IndyMac's responses to Defendant's discovery requests. | 2.00 | $ | 280.00 |
| 5/17/01 | DRS | Review and finalize discovery response | .75 | $ | 225.00 |
| 5/17/01 | RAM | Finalize IndyMac's discovery responses; office conference with David Schaefer and correspondence with L. Jacobs and B. Ainslie re: ▮▮▮▮▮ | 4.75 | $ | 665.00 |
| 5/21/01 | RAM | Draft IndyMac's opposition to Reyad's motion to stay CT action. | 1.00 | $ | 140.00 |
| 5/25/01 | RAM | Discuss discovery strategy with David Schaefer. | .25 | $ | 35.00 |
| 5/29/01 | RAM | Revise opposition to stay CT action; telephone conference with M. Jarolim re: subpoena for Lori Bayton; telephone conference with M. Reyad re: failure to respond to P's discovery requests; draft motion to compel discovery responses | 5.50 | $ | 770.00 |
| 5/30/01 | RAM | Revise and finalyze opposition to motion to stay CT action; telephone conference with David Schaefer re: motion to compel; draft notice of deposition and subpoena duces tecum for Lori Bayton; telephone conference with M. Reyad re: W. Reyad's discovery responses; revise motion to compel discovery responses | 5.25 | $ | 735.00 |

Statement No.   86572
August 14, 2001
Page        3


5/31/01   RAM     Revise subpoena for L.Brayton; telephone
                  call to L.Jacobs re: ▮▮▮▮▮▮▮▮▮▮
                  ▮▮▮▮▮▮▮▮▮▮ telephone call to M.Reyad
                  re: address of former employees          1.50 $     210.00

                                      Current Fees Due: $  6,478.75


DISBURSEMENTS:


                  Description                                      Amount
                  Outside Professional Services        $      750.00
                  Client Copies                        $       63.10
                  Computerized Legal Research Lexis     $       86.92
                  Overnight or Express Mail            $       14.55
                  Facsimile Transmissions              $       10.50
                  In-house Messenger                   $       63.00
                  Outside Messenger                    $       63.00

                          Current Disbursements Due: $    1,051.07

                  Total Current Fees and Disbursements: $   7,529.82

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER. P. C
STEPHEN L SALTZMAN. P. C
MARC A. WALLMAN. P. C.
DAVID R SCHAEFER. P C
STUART JAY MANDEL. P. C.
DONALD W. ANDERSON. P. C
SAMUEL M. HURWITZ. P.C
WAYNE A MARTINO. P. C
JOHN R BASHAW
MITCHELL S JAFFE. P C
ALICE J MICK. P. C
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P DANIELS
GEORGE BRENCHER IV, P C

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT O65II
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

August 14, 2001

PLEASE REPLY TO:
POST OFFICE BOX I746
NEW HAVEN, CT 06507-I746

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   86575   DRS
Our File No. 04127  -001

Re: Reyad Litigation

FOR SERVICES RENDERED DURING June, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 6/04/01 | RAM | Telephone conference wth M. Reyad re: scheduling depositions; recieve/review Reyad's Reply to IndyMac's objection to Reyad's motion to stay CT action; office conference with DRS re: planned discovery. | .75 $ | 105.00 |
| 6/05/01 | RAM | Correspondence to M. Reyad re: scheduling depositions. | .25 $ | 35.00 |
| 6/06/01 | RAM | Telephone conference with L. Brayton re: deposition; correspondence to L. Jacobs and David Schaefer re: same; correspondence to M. Reyad re: depositions of M. and W. Reyad. | 1.00 $ | 140.00 |
| 6/07/01 | RAM | Draft surreply in support of opposition to motion to stay CT action. | 2.00 $ | 280.00 |
| 6/07/01 | DRS | Review surreply re: stay of CT action. | .25 $ | 75.00 |
| 6/08/01 | JRS | Review mortgage files, pull appraisals in preparation for Brayton depo. | 1.25 $ | 125.00 |
| 6/09/01 | DRS | Office conference with RAM re: pending motions and strategy; outline Brayton deposition | 1.00 $ | 300.00 |
| 6/11/01 | DRS | Office conference with RAM in prep for deposition; attend brief portion of Brayton deposition | .50 $ | 150.00 |

Statement No.  86575
August 14, 2001
Page      2

| | | | | |
|---|---|---|---|---|
| 6/11/01 | JRS | Organize notes and prepare Brayton depo file, office conference with Rowena Moffett re: same. | .75 $ | 75.00 |
| 6/13/01 | RAM | Draft motion to compel defendant's answer to production requests; draft motion to deem admitted answers to plaintiff's requests for admission; office conference with David Schaefer re: same; legal research re: court authority to deem answers admitted. | 1.50 $ | 210.00 |
| 6/13/01 | DRS | Office conference with RAM re: discovery motions and strategy re: moving case forward | .50 $ | 150.00 |
| 6/18/01 | RAM | Draft motion for sanctions re: Wafa Reyad's failure to appear for depostion; revise memorandum to David Schaefer and Lois Jacobs re: ███████████ | 1.75 $ | 245.00 |
| 6/19/01 | RAM | Revise various discovery motions against Wafa and Mostafa Reyad; finalize memorandum to David Schaefer and Lois Jacobs re: ██████████████ | 3.00 $ | 420.00 |
| 6/21/01 | RAM | Office conference with David Schaefer re: planned discovery motions in CT case. | .25 $ | 35.00 |
| 6/25/01 | JRS | Prepare and organize Brayton depo file. | .75 $ | 75.00 |

Current Fees Due: $  2,420.00

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Facsimile Transmissions | $ | 15.50 |
| Client Copies | $ | 52.20 |
| Marshal's Fee | $ | 142.84 |
| Deposition Transcripts | $ | 622.76 |

Current Disbursements Due: $  833.30

Total Current Fees and Disbursements: $  3,253.30
============

*Payments Applied After  6/30/01 . . . . . . . $     .00
*Adjustments to Account After  6/30/01 . . . . $     .00

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

August 14, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   86577    DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR SERVICES RENDERED DURING July, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 7/09/01 | RAM | Finalize and file motion to deem admitted requests for admission, motion for sanctions and/or to compel discovery for failing to respond to discovery requests and motion for sanctions for failing to appear for deposition; draft affidavits in support of foregoing motions. | 4.75 $ | 665.00 |
| 7/13/01 | RAM | Draft and file supplement to motion for sanctions against M. Reyad | 1.00 $ | 140.00 |
| 7/25/01 | RAM | Telephone call with L. Jacobs re: ▉ | .25 $ | 35.00 |
| 7/26/01 | CWK | Telephone call with Chris Hill and Mike Williamson. | .75 $ | 187.50 |
| 7/26/01 | CWK | Review Declaration of Attorney's Fees and Opposition to Motion to Supplement Brief. | .25 $ | 62.50 |
| 7/26/01 | CWK | Telephone call with Mostafa Reyad. | .25 $ | 62.50 |
| 7/26/01 | CWK | Further review of declaration and motion. | .25 $ | 62.50 |
| 7/26/01 | RAM | Office conference with Carolyn Kone re: refinancing Tarzia loan; review Reyad's opposition to motion to compel discovery responses. | .50 $ | 70.00 |

Statement No.   86577
August 14, 2001
Page        2

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 7/27/01 | CWK | Telephone call with attorney from buyer. | .25 | $ | 62.50 |
| 7/27/01 | CWK | Review title search and mortgage. | .25 | $ | 62.50 |
| 7/27/01 | CWK | Telephone call with Lois Jacobs. | .25 | $ | 62.50 |
| 7/27/01 | CWK | Telephone call with Mike. | .25 | $ | 62.50 |
| 7/27/01 | CWK | Review subordination agreement and documents from IndyMac. | .25 | $ | 62.50 |
| 7/28/01 | CWK | Review prior correspondence to Reyad. | .25 | $ | 62.50 |
| 7/30/01 | MAW | Office conference with CWK; review file | .50 | $ | 150.00 |
| 7/30/01 | CWK | Telephone call with Chris Hall. | .25 | $ | 62.50 |
| 7/30/01 | CWK | Telephone call with Mohan Kapadaula. | .25 | $ | 62.50 |
| 7/30/01 | CWK | Draft subordination agreement. | .75 | $ | 187.50 |
| 7/30/01 | CWK | Telephone call with Traci Sharp. | .25 | $ | 62.50 |
| 7/30/01 | CWK | Review Traci's allonge and assignment of mortgage. | .25 | $ | 62.50 |
| 7/30/01 | CWK | Revise assignment and review loan agreement. | 1.00 | $ | 250.00 |
| 7/31/01 | MAW | Review assignment of mortgage form for CWK | .25 | $ | 75.00 |
| 7/31/01 | CWK | Revise assignment and allonge. | .25 | $ | 62.50 |
| 7/31/01 | CWK | Telephone call with Attorney Kapadaula. | .25 | $ | 62.50 |
| 7/31/01 | CWK | Telephone call with Mary Hann from Emigrant Bank. | .25 | $ | 62.50 |
| 7/31/01 | CWK | Telephone call with Kai Ellis. | .25 | $ | 62.50 |
| 7/31/01 | CWK | Revise subordination agreement. | .50 | $ | 125.00 |
| 7/31/01 | CWK | Revise assignment and allonge. | .25 | $ | 62.50 |
| 7/31/01 | CWK | Revise letter to Attorney Kapadawla. | .25 | $ | 62.50 |
| 7/31/01 | CWK | Draft letter to Mostafa Reyad. | .25 | $ | 62.50 |

                                  Current Fees Due: $  3,135.00


DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 34.40 |
| Postage | $ | 3.95 |

                    Current Disbursements Due: $    38.35


          Total Current Fees and Disbursements: $  3,173.35
                                                 ============

            *Payments Applied After  7/31/01  . . . . . . . $      .00
            *Adjustments to Account After  7/31/01  . . . . $      .00

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

September 19, 2001

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena       CA 91101

Statement No.   86857   DRS
Our File No. 04127  -001

Re: Reyad Litigation

FOR SERVICES RENDERED DURING August 31, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 8/01/01 | CWK | Telephone call with Attorney Kapadawala. | .25 | $ 62.50 |
| 8/01/01 | CWK | Telephone call with Kai Ellis. | .25 | $ 62.50 |
| 8/01/01 | CWK | Office conference with David Schaefer, office conference with Mitch Jaffe. | .25 | $ 62.50 |
| 8/01/01 | CWK | Telephone call with Attorney Kapadawala. | .25 | $ 62.50 |
| 8/01/01 | CWK | Telephone call with Chris. | .25 | $ 62.50 |
| 8/01/01 | CWK | Telephone call with Emigrant Bank. | .25 | $ 62.50 |
| 8/01/01 | DRS | Office conference with RAM on pending motions | .50 | $ 150.00 |
| 8/02/01 | CWK | Telephone call with Lois Jacobs. | .25 | $ 62.50 |
| 8/03/01 | CWK | Make changes to assignment and revise letter to Mostafa Reyad. | 1.00 | $ 250.00 |
| 8/03/01 | CWK | Telephone call with Mostafa Reyad. | .25 | $ 62.50 |
| 8/03/01 | CWK | Telephone call with Traci. | .25 | $ 62.50 |
| 8/06/01 | CWK | Telephone calls (2) with Mostafa Reyad. | .50 | $ 125.00 |
| 8/06/01 | CWK | Telephone call with Lois Jacobs. | .25 | $ 62.50 |
| 8/06/01 | CWK | Office conference with Mostafa Reyad. | .25 | $ 62.50 |
| 8/06/01 | RAM | Draft reply memoranda in support of motion to compel discovery responses and motion to deem admitted plaintiff's requests for admission; telephone conference with David Schaefer re: same. | 4.75 | $ 665.00 |
| 8/06/01 | DRS | Telephone call with RAM | .25 | $ 75.00 |

Statement No.   86857
September 19, 2001
Page      2

| | | | | |
|---|---|---|---|---|
| 8/07/01 | RAM | Revise reply memoranda in support of motion to compel and motion to deem admitted requests for admission; teleconference with David Schaefer re: same. | 6.25 $ | 875.00 |
| 8/07/01 | CWK | Telephone call with Bob Patash. | .25 $ | 62.50 |
| 8/07/01 | CWK | Telephone call with Mohin Kapadawala. | .25 $ | 62.50 |
| 8/07/01 | CWK | Revise letter to Mohin Kapadawala. | .25 $ | 62.50 |
| 8/07/01 | CWK | Telephone calls with Mostafa Reyad. | .25 $ | 62.50 |
| 8/07/01 | CWK | Telephone call with Lois Jacobs. | .25 $ | 62.50 |
| 8/07/01 | DRS | Review and revise reply memos re: discovery sanctions; telephone call with RAM re: same | 1.25 $ | 375.00 |
| 8/08/01 | RAM | Finalize and file reply memoranda in support of motion to compel and motion to deem admitted requests for admission. | .50 $ | 70.00 |
| 8/09/01 | CWK | Telephone calls with David Schaefer and emails to David Schaefer. | .50 $ | 125.00 |
| 8/09/01 | CWK | Telephone call with Kimberly Ziuewski. | .25 $ | 62.50 |
| 8/09/01 | CWK | Telephone call with Attorney Phil Tuohy. | .25 $ | 62.50 |
| 8/09/01 | CWK | Telephone calls (2) with Lois Jacobs. | .25 $ | 62.50 |
| 8/09/01 | CWK | Telephone call with Mostafa Reyad. | .25 $ | 62.50 |
| 8/09/01 | CWK | Telephone call with Kimberly Zuiewski. | .25 $ | 62.50 |
| 8/09/01 | CWK | Draft letters to Mostafa Reyad. | 1.00 $ | 250.00 |
| 8/09/01 | RAM | Review M.Reyad's motion to compel and motion for extension of time for summary judgment; correspondence to L. Jacobs re:████████████████████ draft opposition to motion to compel. | 1.50 $ | 210.00 |
| 8/09/01 | DRS | Telephone calls with CWK re: Zieuwski payoff; review RAM e-mails to Lois Jacobs re:████████ | .50 $ | 150.00 |
| 8/10/01 | CWK | Telephone call with Dept. of Banking. | .50 $ | 125.00 |
| 8/10/01 | CWK | Telephone calls with Dept. of Banking. | .25 $ | 62.50 |
| 8/10/01 | CWK | Telephone call with David Schaefer. | .25 $ | 62.50 |
| 8/10/01 | CWK | Telephone call with Lois Jacobs re:████████████████ | .25 $ | 62.50 |
| 8/10/01 | CWK | Telephone call with Traci re: payoff in Ziuewski. | .25 $ | 62.50 |

Statement No.   86857
September 19, 2001
Page        3

| | | | | |
|---|---|---|---|---|
| 8/10/01 | CWK | Telephone call with Lois Jacobs re: ▓▓▓▓▓ | .25 | $ 62.50 |
| 8/10/01 | CWK | Telephone calls (2) with closing attorney's office re: Ziuewski. | .50 | $ 125.00 |
| 8/10/01 | CWK | Telephone calls (2) with closing attorney in Ginsberg. | .50 | $ 125.00 |
| 8/10/01 | CWK | Telephone call with Lois Jacobs re: ▓▓▓▓▓ | .25 | $ 62.50 |
| 8/10/01 | CWK | Draft email Lois jacobs re: ▓▓▓▓ | .25 | $ 62.50 |
| 8/10/01 | CWK | Draft letter to Richard Laller. | .25 | $ 62.50 |
| 8/10/01 | CWK | Email to David Schaefer. | .25 | $ 62.50 |
| 8/10/01 | RAM | Office conference with Carolyn Kone re: dept of banking inquiry; finalize and file opposition to motion to extend summary judgment deadline and opposition to motion to compel. | 1.50 | $ 210.00 |
| 8/10/01 | DRS | Telephone call with CWK re: info for state banking investigation | .25 | $ 75.00 |
| 8/13/01 | RAM | Review correspondence from Carolyn Kone re: Ziuewski loan payoff; telephone conference with Borrower's attorney, Traci Sharp-Jackson and Lois Jacobs re: closing; draft correspondence to Borrower's attorney re: same. | 1.75 | $ 245.00 |
| 8/14/01 | RAM | Correspondence and telephone conferences re: Ziuewski loan closing; telephone conference with M. Reyad re: allegations of criminal and civil misconduct, correspondence re: same. | 2.75 | $ 385.00 |
| 8/14/01 | DRS | Telephone call with RAM re: Reyad threat of criminal complaint; review and approve letter in response | .50 | $ 150.00 |
| 8/15/01 | RAM | Telephone conference and correspondence to M. Reyad re: criminal and civil sanctions; telephone conference with David Schaefer and correspondence to L. Jacobs re: same; review court's ruling re: motions to dismiss. | 2.75 | $ 385.00 |
| 8/15/01 | DRS | Review court decisions on pending motions; telephone call with RAM re: | | |

Statement No.   86857
September 19, 2001
Page      4

|  |  | amended complaint and communication with client; review e-mail from L.Jacobs re: ▮▮▮▮ attempt to call L.Jacobs | 1.00 | $ | 300.00 |
|---|---|---|---|---|---|
| 8/16/01 | RAM | Correspondence to file re: 8/15 phone conversations with M. Reyad re: criminal and civil charges; review M. Reyad's motion to dismiss; correspondence to client re: same. | .50 | $ | 70.00 |
| 8/20/01 | RAM | Review M.Reyad's latest motions. | .25 | $ | 35.00 |
| 8/31/01 | RAM | Draft amended complaint and update motion to substitute plaintiff. | 2.50 | $ | 350.00 |

                                   Current Fees Due: $  7,775.00


DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Facsimile Transmissions | $ | 41.50 |
| Overnight or Express Mail | $ | 29.00 |
| Client Copies | $ | 156.60 |
| Town Clerk Fees-Release of Lis Pendens | $ | 18.00 |
| Postage | $ | 29.80 |
| In-house Messenger | $ | 50.00 |
| Computerized Legal Research Lexis | $ | .89 |

                        Current Disbursements Due: $    325.79

              Total Current Fees and Disbursements: $  8,100.79

                                   Prior Balance: $ 14,902.72

                    TOTAL DUE AS OF  8/31/01: $ 23,003.51
                                              ============


         *Payments Applied After  8/31/01 . . . . . . . $       .00
         *Adjustments to Account After  8/31/01 . . . . $       .00