# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 15, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena       CA 91101

Statement No.   87296*   DRS
Our File No. 04127  -001
*Replaces Statement No. 87197
Dated 11/9/01

Re: Reyad Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/08/01 | CWK | Telephone call with Brian Ainslie. | .25 | $ 62.50 |
| 10/09/01 | CWK | Telephone call with Banking Department. | .25 | $ 62.50 |
| 10/09/01 | CWK | Office conference with Rowena Moffett. | .25 | $ 62.50 |
| 10/09/01 | CWK | Telephone call with Brian Ainslie. | .25 | $ 62.50 |
| 10/09/01 | CWK | Further review of documents. | .50 | $ 125.00 |
| 10/10/01 | CWK | Additional review of documents. | .25 | $ 62.50 |
| 10/10/01 | CWK | Office conference with Jennifer Deakin. | .25 | $ 62.50 |
| 10/10/01 | CWK | Office conference with Jennifer Deakin. | .25 | $ 62.50 |
| 10/10/01 | EFD | Office conference with J. Deakin re: research and review of contract; office conference with C. Kone. | 2.50 | $ 300.00 |
| 10/10/01 | JRD | Office discussion with C. Kone; reviewed master loan agreement and file; reviewed provisions of UCC re: foreclosure of security interest in promissory note. | 2.50 | $ 500.00 |
| 10/11/01 | RAM | Draft opposition to motions to strike and dismiss amended complaint; draft reply in support of motion to substitute plaintiff. | 2.00 | $ 280.00 |
| 10/12/01 | RAM | Revise and file opposition to motions to strike and dismiss amended complaint - revise and file reply in support of motion to substitute plaintiff. | 1.25 | $ 175.00 |
| 10/12/01 | MAW | Office conference with JJDeakin re UCC provisions | .50 | $ 150.00 |
| 10/12/01 | JRD | Office discussion with M. Wallman; | | |

Statement No.    87296
November 15, 2001
Page      2

|  |  | telephone message to Brian Ainslie;<br>office discussion with C. Kone. | 1.25 $ | 250.00 |
|---|---|---|---|---|
| 10/12/01 | CWK | Office conference with Jennifer Deakin. | .25 $ | 62.50 |
| 10/17/01 | JRD | Further review of Loan Agreement<br>provisions re: payment collections;<br>office discussion with M. Wallman;<br>office discussion with C. Kone. | 1.25 $ | 250.00 |
| 10/17/01 | MAW | Review provisions of agreement; office<br>conference with JDDeakin | .25 $ | 75.00 |
| 10/19/01 | RAM | Draft and file motion for extension of<br>time to file opposition to defendant's<br>objections to Magistrate Judge's<br>Rulings. | .25 $ | 35.00 |
| 10/26/01 | RAM | Draft opposition to objections to<br>magistrate judge rulings re: prejudgment<br>remedy. | 5.00 $ | 700.00 |
| 10/28/01 | RAM | Finalize opposition to objections to<br>magistrate judge's ruling re:<br>prejudgment remedy. | .75 $ | 105.00 |
| 10/29/01 | CWK | Telephone call with Lois Jacobs. | .25 $ | 62.50 |
| 10/29/01 | CWK | Draft letter to Department of Banking. | .75 $ | 187.50 |
| 10/30/01 | CWK | Telephone call with Carmine Costa from<br>Department of Banking. | .25 $ | 62.50 |

Total Fees Due: $ 3,757.50

Less Courtesy Discount:    1,525.00-

Total Fees Less Discount: $ 2,232.50

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Postage | $ | 11.05 |
| In-house Messenger | $ | 150.00 |
| Client Copies | $ | 48.40 |
| Computerized Legal Research Lexis | $ | 12.51 |
| Facsimile Transmissions | $ | 5.50 |

Total Disbursements Due: $   227.46

TOTAL FEES AND DISBURSEMENTS DUE: $ 2,459.96
                                   ============

```
Statement No.  87296
November 15, 2001
Page       3
```

FEE SUMMARY BY ATTORNEY

| NAME/DESC | INIT | HOURS | AMOUNT |
|---|---|---|---|
| Carolyn W. Kone | CWK | 3.75 | 937.50 |
| Ellen F. DelVecchio | EFD | 2.50 | 300.00 |
| Jennifer Dowd Deakin | JRD | 5.00 | 1,000.00 |
| Marc A. Wallman | MAW | .75 | 225.00 |
| Rowena A. Moffett | RAM | 9.25 | 1,295.00 |
| | | | |
| TOTAL | | 21.25 | 3,757.50 |

|  |  |
|---|---|
| COURTESY DISCOUNT | 1,525.00~ |
| NET FEE SUMMARY | 2,232.50 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 7, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   87174    DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 9/03/01 | RAM | Revise amended complaint; draft opposition to various motions filed by M. Reyad, revise motion to substitute plaintiff. | 4.00 | $ 560.00 |
| 9/04/01 | RAM | Revise amended complaint, correspondence to L. Jacobs and office conference with David Schaefer re: same. | 1.50 | $ 210.00 |
| 9/06/01 | RAM | Telephone conferences with L. Jacobs, B. Ainslie and M. Winiarski re: ███████ ███████ revise and file opposition to Reyad's motion to dismiss; revise amended compalint and opposition to moiton for summary judgment. | 2.00 | $ 280.00 |
| 9/07/01 | RAM | Revise and file amended complaint and opposition to motion for summary judgment. | .50 | $ 70.00 |
| 9/08/01 | RAM | Review Reyad's motion pressing perjury charges and begin drafting opposition. | .25 | $ 35.00 |
| 9/11/01 | RAM | Draft opposition to motion for reconsideration and motion pressing perjury charges; telephone conferences with M. Reyad and court re: extension of time. | 1.00 | $ 140.00 |
| 9/12/01 | RAM | Revise opposition to motion for reconsideration and motion pressing perjury charges; file motion for | | |

Statement No.   87174
November 7, 2001
Page        2

|  |  |  | | |
|---|---|---|---|---|
|  |  | extension of time to respond; telephone conference with M. Reyad re: same. | 2.75 | $ 385.00 |
| 9/13/01 | RAM | Revise opposition to motion pressing perjury charges and forawrd to client for review; finalize and file opposition to motion for reconsideration. | 2.00 | $ 280.00 |
| 9/14/01 | RAM | Correspondence with B. Ainslie re: ██████████████ office conference with Carolyn Kone re: CT dept. of banking investigation of M. Reyad. | .25 | $ 35.00 |
| 9/14/01 | CWK | Office conference with Rowena Moffett. | .25 | $ 62.50 |
| 9/17/01 | RAM | Revise and file motion to substitute party and opposition to moiton pressing perjury charges; correspondence to client re: same. | 1.50 | $ 210.00 |
| 9/18/01 | RAM | Review Reyad's reply memoranda re: various motions, review and research Reyad's motion to dismiss amended complaint. | .50 | $ 70.00 |
| 9/24/01 | RAM | Review ruling re: challenges to prejudgment remedy and defendant's motion to strike amended complaint; correspondence to J. Jacobs re: same; draft motion for extension of time re: trial memorandum. | .50 | $ 70.00 |
| 9/25/01 | RAM | Revise motion re: trial memorandum order; correspondence to client re: court ruling on prejudgment remedy challenges and motion to strike amended complaint. | .25 | $ 35.00 |
| 9/25/01 | CWK | Office conference with Rowena Moffett. | .50 | $ 125.00 |
| 9/25/01 | CWK | Review agreements and Gilberto file. | 2.00 | $ 500.00 |
| 9/26/01 | RAM | Telephone conference with David Schaefer re: trial memorandum deadline. | .25 | $ 35.00 |

Total Fees Due: $ 3,102.50

DISBURSEMENTS:

| Description | Amount |
|---|---|
| Computerized Legal Research Lexis | $ 39.58 |
| In-house Messenger | $ 100.00 |
| Client Copies | $ 99.30 |

Statement No.  87174
November 7, 2001
Page        3

| | | |
|---|---|---|
| Outside Messenger | $ | 126.00 |
| Facsimile Transmissions | $ | 42.50 |
| Overnight or Express Mail | $ | 14.50 |
| Postage | $ | 9.10 |

Total Disbursements Due: $    430.98

TOTAL FEES AND DISBURSEMENTS DUE: $  3,533.48

Statement No.  87174
November 7, 2001
Page      4

FEE SUMMARY BY ATTORNEY

| NAME/DESC | INIT | HOURS | AMOUNT |
|-----------|------|-------|--------|
| Carolyn W. Kone | CWK | 2.75 | 687.50 |
| Rowena A. Moffett | RAM | 17.25 | 2,415.00 |
| TOTAL | | 20.00 | 3,102.50 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
——
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
——
OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

December 18, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena         CA 91101

Statement No.   87732   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 11/07/01 | RAM | Review motion to stay orders and calendar opposition. | .25 | $ 35.00 |
| 11/15/01 | RAM | Review pending motions and office conference with David Schaefer re: same. | .50 | $ 70.00 |
| 11/15/01 | DRS | Office conference with R.Moffett re: substance of response to Reyad motions | .50 | $ 150.00 |
| 11/17/01 | RAM | Review motion to stay discovery orders and draft opposition thereto. | 1.00 | $ 140.00 |
| 11/20/01 | RAM | Revise opposition to motion to stay discovery orders; review pending motions re: plaintiff's standing. | 1.50 | $ 210.00 |
| 11/21/01 | RAM | Revise opposition to motion to stay court orders and draft cross-motion for sanctions; office conference with Carolyn Kone re: same. | 3.00 | $ 420.00 |
| 11/21/01 | CWK | Review plaintiff's memorandum of law in opposition to motion to stay. | .25 | $ 62.50 |
| 11/21/01 | CWK | Office conference with Rowena Moffett. | .25 | $ 62.50 |
| 11/21/01 | CWK | Review revised memorandum. | .25 | $ 62.50 |

Total Fees Due: $  1,212.50

DISBURSEMENTS:

| Description | | Amount |
|------------|---|--------|
| Client Copies | $ | 5.60 |
| Overnight or Express Mail | $ | 29.00 |

Statement No.   87732
December 18, 2001
Page       2

```
        Computerized Legal Research Lexis              $      8.27
        Facsimile Transmissions                        $      3.50

                         Total Disbursements Due: $     46.37

              TOTAL FEES AND DISBURSEMENTS DUE: $  1,258.87
                                                 =============
```

Statement No.   87732
December 18, 2001
Page       3

FEE SUMMARY BY ATTORNEY

| NAME/DESC | INIT | HOURS | AMOUNT |
|-----------|------|-------|--------|
| Carolyn W. Kone | CWK | .75 | 187.50 |
| David R. Schaefer | DRS | .50 | 150.00 |
| Rowena A. Moffett | RAM | 6.25 | 875.00 |
| TOTAL | | 7.50 | 1,212.50 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D BRENNER, P. C
STEPHEN L SALTZMAN, P. C
MARC A WALLMAN, P. C
DAVID R SCHAEFER, P. C
STUART JAY MANDEL, P. C
DONALD W ANDERSON, P. C
SAMUEL H HURWITZ, P. C
WAYNE A MARTINO, P. C
JOHN R BASHAW
MITCHELL S JAFFE, P. C
ALICE J MICK, P. C
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P DANIELS
GEORGE BRENCHER IV, P C
JENNIFER DOWD DEAKIN

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
——
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

——

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

June 6, 2002

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   89228   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2002

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 12/19/01 | RAM | Telephone call with B. Ainslie re: ▮▮▮▮▮▮▮ | .25 | $   35.00 |
| 12/28/01 | RAM | Review defendants' counterclaims and forward to client. | .25 | $   35.00 |
| 1/14/02 | RAM | Review Reyad's motion to vacate prejudgment remedy; draft correspondence to B. Ainslie re: status of litigation for settlement purposes. | 1.00 | $  165.00 |
| 1/15/02 | RAM | Revise correspondence to B.Ainslie re: status of litigation; draft opposition to motion to vacate prejudgment remedy; research and draft motion to dismiss counterclaims; draft correspondence to L.Jacobs re: same | 6.25 | $ 1,031.25 |
| 1/15/02 | DRS | Office conference with R.Moffett and review latest Reyad pleadings | .50 | $  150.00 |
| 1/16/02 | RAM | Finalize and file motion to dismiss counterclaims; revise opposition to motion to vacate prejudgment remedy; revise correspondence to B.Ainslie re: status of litigation | 2.00 | $  330.00 |
| 1/16/02 | DRS | Review motion to dismiss | .25 | $   75.00 |
| 1/17/02 | RAM | Revise correspondence to B. Ainslie re: status of litigation; finalize and file opposition to motion to vacate prejudgment remedy. | .50 | $   82.50 |

Statement No.   89228
June 6, 2002
Page       2

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 1/21/02 | RAM | Office conference with Jennifer Salvo and David Schaefer re: status of prejdugment remedies; telephone conference with R. Brundige re: same. | 1.00 | $ | 165.00 |
| 1/21/02 | JRS | Telephone call to 3 outstanding banks for answers; prepare spreadsheet reflecting garnishment status | 1.50 | $ | 165.00 |
| 1/21/02 | DRS | Review documents re: garnished assets; review letter to B.Anslie re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ office conference with J.Salvo and R.Moffett re: same | 1.00 | $ | 300.00 |
| 1/22/02 | JRS | Telephone call to Banks re: answers to writs, update spreadsheet. | .50 | $ | 55.00 |
| 1/23/02 | JRS | Telephone call with Hudson United Bank; review fax re: same; office conference with R.Moffett | .50 | $ | 55.00 |
| 1/23/02 | RAM | Review Reyad's opposition to motion to dismiss counterclaim. | .25 | $ | 41.25 |
| 1/24/02 | JRS | Telephone calls and conferences with Hudson, Aetna, Valic and Equitable re: garnishments; update spreadsheet; fax to Valic and second telephone conference with Norma at Valic re: same | 1.00 | $ | 110.00 |
| 1/24/02 | RAM | Review Reyad's reply memorandum in support of motion to vacate prejudgment remedy | .25 | $ | 41.25 |
| 1/25/02 | RAM | Telephone conference with D.Schaefer re: Chimblo settlement; review file re: same | .25 | $ | 41.25 |
| 1/28/02 | RAM | Telephone conference with David Schaefer and J. Milne re: settlement of Chimblo foreclosure action; research status of pleadings in foreclosure action and related tort action. | .75 | $ | 123.75 |
| 1/28/02 | DRS | Review and revise release and settlement agreement re: Chimblo action; telephone call with J.Milne and fax changes re: same | 1.00 | $ | 300.00 |
| 2/04/02 | RAM | Telephone conference with L. Jacobs re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review Reyad's reply to IndyMac's opposition to motion to vacate prejudgment remedy. | .75 | $ | 123.75 |
| 2/11/02 | RAM | Telephone call from B. Ainslie re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | .25 | $ | 41.25 |

Statement No.    89228
June 6, 2002
Page        3

| Date | Init. | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 2/12/02 | RAM | Office conference with David Schaefer and Jennifer Salvo re: prejudgment remedy status; review Reyad's latest filing in D. Connecticut; draft motion to stay opposition deadline | 1.00 | $ | 165.00 |
| 2/12/02 | JRS | Telephone call to Equitable, Valic & Aetna, update report, office conference with Rowena Moffett re: status of writs. | 1.00 | $ | 110.00 |
| 2/13/02 | RAM | Telephone call with B. Ainslie re: ▓▓▓▓▓▓▓▓▓▓▓ office conference with David Schaefer re: same. | .20 | $ | 33.00 |
| 2/13/02 | CWK | Finalize letter to department of banking. | .20 | $ | 50.00 |
| 2/14/02 | BPD | Review/revise National Funding tolling agreement (Grassi) | .50 | $ | 132.50 |
| 2/20/02 | RAM | Telephone call with J.Traiger of Hughes Hubbard re: status of New Jersey attachments and Reyads' motion for sanctions | .20 | $ | 33.00 |
| 2/25/02 | RAM | Revise motion to extend time to file opposition to Reyads' Rule 60(b) motion and motion for sanctions. | .50 | $ | 82.50 |
| 2/25/02 | CWK | Telephone call with Denise Eltayyeb and Akram Eltayyeb re: assistance with Reyad litigation | .20 | $ | 50.00 |
| 2/25/02 | CWK | Draft email to David Schaefer re: conversation. | .50 | $ | 125.00 |
| 2/27/02 | RAM | Finalize and file motion for extension of time to respond to Reyad's motions; telephone conferences with L. Jacobs and Brian Ainslie and David Schaefer re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | .80 | $ | 132.00 |
| 2/27/02 | DRS | Telephone call with Lois Jacobs and R.Moffett re: ▓▓▓▓▓▓▓▓ | .50 | $ | 150.00 |
| 3/11/02 | RAM | Review court order re: denial of motion to extend time. | .10 | $ | 16.50 |
| 3/12/02 | JRS | Further calls re: attempts to obtain answers, place calls to outstanding banks, voice mail to Rowena Moffett. | .50 | $ | 55.00 |

Statement No.   89228
June 6, 2002
Page      4

| | | | | |
|---|---|---|---|---|
| 3/14/02 | RAM | Review court orders re: pending motions; office conference with David Schaefer re: same. | .30 $ | 49.50 |
| 3/18/02 | RAM | Telephone call with M. Reyad re: discovery request; telephone call to L. Jacobs re: same; draft opposition to motions for sanctions and for rule 60 relief. | 2.50 $ | 412.50 |
| 3/22/02 | RAM | Revise opposition to rule 60b motion and motion for sanctions; review motion for summary judgment and motion for reconsideration of ruling denying perjury motion; draft motion requesting permission to respond to latest motions in consolidated fashion. | 3.30 $ | 544.50 |
| 3/26/02 | RAM | Telephone calls to L. Jacobs and M. Reyad re: discovery request; finalize and file request to file consolidated response to pending motions. | .40 $ | 66.00 |
| 3/29/02 | RAM | Revise opposition to motion for reconsideration of denial of perjury motion; check on-line docket for latest filings/rulings; telephone call to K. Ellis re: ▓▓▓▓▓▓▓▓▓▓ | .70 $ | 115.50 |
| 4/02/02 | RAM | Review Reyad's motion to compel discovery responses; telephone call with Kay Ellis re: ▓▓▓▓▓▓▓▓▓▓ | .30 $ | 49.50 |
| 4/04/02 | RAM | Review motion for default and opposition to motion for extension; check court docket for recent rulings. | .20 $ | 33.00 |
| 4/08/02 | RAM | Telephone call with K. Ellis re: ▓▓▓▓▓▓▓▓▓▓ receive and review email from K. Ellis re: same; dictate opposition to motion for summary judgment. | 2.30 $ | 379.50 |
| 4/10/02 | RAM | Finalize opposition to motions for summary judgment, sanctions and for rule 60b relief; revise opposition to motion for reconsideration re: motion pressing perjury charges. | 6.80 $ | 1,122.00 |
| 4/20/02 | RAM | Draft opposition to motion to compel and motion for default. | 3.00 $ | 495.00 |

Statement No.   89228
June 6, 2002
Page        5


5/21/02   RAM     Review Reyad's latest filings; telephone
                  conference and correspondence to K.
                  Ellis re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone
                  conference with L. Jacobs re: ▓▓▓▓▓▓
                  ▓▓▓▓▓▓▓▓▓▓▓                        1.20 $   198.00

                                   Total Fees Due: $  8,065.75

DISBURSEMENTS:

                      Description                        Amount

                  Legal Research Pacer              $       1.75
                  Client Copies                     $      80.90
                  Computerized Legal Research Lexis $      24.70
                  Overnight or Express Mail         $      29.00
                  In-house Messenger                $     200.00

                           Total Disbursements Due: $     336.35

                  TOTAL FEES AND DISBURSEMENTS DUE: $   8,402.10
                                                    =============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER  P. C.
STEPHEN L. SALTZMAN  P. C.
MARC A. WALLMAN  P. C.
DAVID R. SCHAEFER  P. C.
STUART JAY MANDEL  P. C.
DONALD W. ANDERSON  P. C.
SAMUEL M. HURWITZ  P. C.
WAYNE A. MARTINO  P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE  P. C.
ALICE J. MICK  P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV  P. C.
JENNIFER DOAD DEAKIN

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203·772·2600
—
FACSIMILE  203·562·2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAA B A. SALEH
—
OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507·1746

July 23, 2002

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   89714   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2002

| Date | Time-keeper | Description | Hours | Amount |
|------|------|------|------|------|
| 6/04/02 | DRS | Office conference with R.Moffett re: Reyad motion to amend re: corporate status of WLCA; telehone call with VAUC rep re: garnishment | .50 | $ 150.00 |
| 6/04/02 | RAM | Review Reyad's request for leave to amend pleadings; office conference with D.Schaefer re: same; telephone call with K. Ellis re: ▓▓▓▓▓ begin researching and drafting opposition memo; draft and file motion for extension of time; telephone call with M. Reyad re: extension. | 2.50 | $ 412.50 |
| 6/04/02 | JRS | Office conference with R.Moffett and D.Schaefer re: writs of garnishment, telephone call with Equitable re: same; telephone call with IDS re: same | 1.50 | $ 165.00 |
| 6/05/02 | JRS | Telephone conference with Alex re: writ of garnishment, memo to file re: same. | .50 | $ 55.00 |
| 6/05/02 | JRS | Telephone call with Althea Baley re: answer to writ, office conference with David Schaefer. | .50 | $ 55.00 |
| 6/07/02 | JRS | Telephone conferences with Aetna, IDS and Valic re: writs, refax same, update file re: status, voicemail to D.Schaefer re: same | 1.00 | $ 110.00 |
| 6/10/02 | JRS | Telephone call with Hope Garner at Valic, telephone call with IDS Insurance | | |

Statement No.    89714
July 23, 2002
Page        2

|  |  | Commissioner re: follow up with writs of garnishment. | .50 | $ | 55.00 |
|---|---|---|---|---|---|
| 6/12/02 | JRS | Telephone call with D.Schaefer re: status of answers, voicemail to Mary Halverson at Amex. re: answer, telephone call with Equitable re: same, telephone call to Callie at American General, follow up, update spreadsheet. | 1.50 | $ | 165.00 |
| 6/13/02 | JRS | Office conference with D.Schaefer, 4 telephone calls with Equitable and Valic re: written confirmation of garnished accounts. | 1.00 | $ | 110.00 |
| 6/13/02 | JRS | Follow up with writs of garnishment, telephone call with D.Schaefer re: same, update excel chart. | .75 | $ | 82.50 |
| 6/13/02 | DRS | Office conference with J. Salvo re: American General; review prior documentation re: same | .50 | $ | 150.00 |
| 6/25/02 | EFD | Office conference with R. Moffett; research Delaware statutes. | .50 | $ | 60.00 |
| 6/25/02 | RAM | Research and draft opposition to Reyads' motion for leave to amend, telephone call with Robert Hertz re: same; office conference with E.DelVecchio and B.Daniels re: same. | 7.00 | $ | 1,155.00 |
| 6/26/02 | RAM | Finalize and file opposition to Reyads' requests for leave to amend; forward copies of filings to client. | .20 | $ | 33.00 |
| 6/26/02 | DRS | Office conference with R.Moffett and review opposition memo | .25 | $ | 75.00 |

Total Fees Due: $ 2,833.00

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Overnight or Express Mail | $ | 43.50 |
| Computerized Legal Research Lexis | $ | 243.29 |
| Facsimile Transmissions | $ | 2.50 |
| Client Copies | $ | 10.20 |
| Outside Messenger | $ | 63.00 |

Total Disbursements Due: $    362.49

Statement No.    89714
July 23, 2002
Page         3

TOTAL FEES AND DISBURSEMENTS DUE: $  3,195.49
                                    ============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID P. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

August 13, 2002

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   89866   DRS
Our File No. 04127  -001

Re: Reyad Litigation

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2002

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 7/09/02 | RAM | Review Reyad's reply in support of request for leave to amend pleadings. | .20 $ | 33.00 |
| 7/10/02 | RAM | Research cases cited in Reyad's reply memorandum; draft correspondence to Robert Hertz re: trade name registration | 1.00 $ | 165.00 |
| 7/15/02 | RAM | Review court rulings on various pending motions; correspondence to Lois Jacobs re: same; correspondence to Robert Brundige re: denial of motion for sanctions against Hughes, Hubbard; telephone call with Greg Milne re: state court action against Reyad and National Funding | .60 $ | 99.00 |
| 7/15/02 | JRS | Update Excel spreadsheet; office conference with D. Schaefer; voice mail to Carrie @Valic/follow-up | .50 $ | 55.00 |
| 7/16/02 | RAM | Review recent court rulings and outstanding motions/issues; office conference with D.Schaefer and correspondence to Lois Jacobs | 1.30 $ | 214.50 |
| 7/16/02 | DRS | Office conference with R.Moffett re: status after recent court rulings and discoery response needed | .25 $ | 75.00 |
| 7/17/02 | RAM | Telephone call to Lois Jacobs re: ███████████████ review Chimblo loan documentation in connection with action in CT State Court | .20 $ | 33.00 |

Statement No.    89868
August 13, 2002
Page        2

| | | | | |
|---|---|---|---|---|
| 7/17/02 | JRS | V.M. to Callie Clark re: writ and Reyad accounts | .20 $ | 22.00 |
| 7/18/02 | RAM | Review court ruling re: motion pressing perjury charges and forward to client | .10 $ | 16.50 |
| 7/22/02 | RAM | Review Reyad's latest filings; telephone call to Robert Hertz re: court-ordered discovery | .40 $ | 66.00 |
| 7/23/02 | EFD | Telephone conference with CSC re: Warehouse Lending Corporation of America; email correspondence to R. Moffett. | .50 $ | 60.00 |
| 7/23/02 | RAM | Review latest court rulings and filings by Reyads and forward same to Lois Jacobs; telephone call and correspondence to Robert Hertz re: corporate formation documents; draft opposition to Reyad's objection to magistrate judge ruling; draft motion for default for failure to plead; revise motion for sanctions re: Reyad's discovery responses; draft supplemental discovery response | 3.50 $ | 577.50 |
| 7/24/02 | RAM | Finalize and file opposition to objection to magistrate judge ruling; finalize motion for default for failure to plead; revise motion for sanctions for failure to comply with court order and review supporting documents; correspond with Robert Hertz re: corporate formation documents | 2.00 $ | 330.00 |
| 7/24/02 | JRS | Telephone call with Callie Clark re: writs of garnishment. | .50 $ | 55.00 |
| 7/25/02 | RAM | Draft supplement to opposition to Reyad's motion to amend pleadings; review documentation to be submitted in connection with supplement; telephone call with Reyad re: court-ordred discovery; prepare and serve supplemental discovery response | 1.50 $ | 247.50 |
| 7/25/02 | JRS | Telephone call with Callie Clark re: writ of garnishment. | .20 $ | 22.00 |
| 7/29/02 | RAM | Review trade name registration received from CSC. | .20 $ | 33.00 |

Statement No.   89868
August 13, 2002
Page       3

| | | | | |
|---|---|---|---|---|
| 7/29/02 | JRS | Telephone call with Callie Clark re: answer; 2nd telephone call with Callie Clark re: contents of answers. | .50 $ | 55.00 |
| 7/30/02 | JRS | Office conference with D.Schaefer re: Valic answer | .50 $ | 55.00 |
| 7/30/02 | RAM | Email to Robert Hertz re: business registration documentation; update supplemental filing for court with latest business registration documentation received from CSC; draft and serve second supplemental discovery responses; office conference with D.Schaefer re: Reyad's outstanding discovery responses and responsive pleading; draft correspondence to Reyads re: same | 2.50 $ | 412.50 |
| 7/31/02 | RAM | Review Reyad's reply to IndyMac's opposition to objection to Magistrate Judge's ruling and forward same to client; revise correspondence to Reyads re: outstanding discovery responses and responsive pleading; office conference with D. Schaefer re: same. | .70 $ | 115.50 |
| 7/31/02 | SKF | Listen to voice mail from D. Schaefer re Section 457 plans; look at CT shield statute and limitations on contributions since 1999; preparation of email to D. Schaefer re same | 1.00 $ | 225.00 |
| 7/31/02 | DRS | Office conference with R.Moffett re: discovery and motion to compel | .25 $ | 75.00 |

Total Fees Due: $  3,042.00

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 29.10 |
| Computerized Legal Research Lexis | $ | 141.04 |
| Facsimile Transmissions | $ | 5.50 |
| Offsite Copying Charges | $ | 41.00 |

Total Disbursements Due: $   216.64

TOTAL FEES AND DISBURSEMENTS DUE: $  3,258.64

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE  203-562-2098
E-MAIL  postmaster@bswlaw.com

NEWTON D. BRENNER, P C
STEPHEN L. SALTZMAN, P C
MARC A WALLMAN  P C
DAVID R. SCHAEFER  P C
STUART JAY MANDEL, P C
DONALD W. ANDERSON, P C
SAMUEL M. HURWITZ, P C
WAYNE A  MARTINO, P C
JOHN R BASHAW, P C
MITCHELL S  JAFFE  P C
ALICE J  MICK  P C
KENNETH ROSENTHAL
CAROLYN W  KONE
BRIAN P  DANIELS
GEORGE BRENCHER IV  P C
JENNIFER DOWD DEAKIN

MICHELLE S. GOGLIA
ROWENA A  MOFFITT

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M  PINCUS

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

October 15, 2002

IndyMac Bank FSB
Attn: Lois M. Jacobs Esq.
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
RE: Reyad Litigation

Statement No. 10234
Our File No.  04127- 001

---

FOR PROFESSIONAL SERVICES RENDERED Through 9/30/02 in connection with the following:

| Date | Time-keeper | Description | Hours | | Amount |
|------|-------------|-------------|-------|---|--------|
| 08/01/02 | RAM | Finalize correspondence to Reyads re: outstanding production and responsive pleading. | 0.10 | $ | 16.50 |
| 08/05/02 | RAM | Correspondence to Bob Hertz re: outstanding business registration documents; telephone call from Mostafa Reyad re: Reyad's discovery and pleading obligations; confirm conversation with Reyad in writing. | 0.20 | $ | 33.00 |
| 08/06/02 | SKF | Review of letter re: Wafa Reyad's investment; research New Jersey and Texas shield laws; preparation of email to D. Schaefer re: application of same to garnishment. | 1.30 | $ | 292.50 |
| 08/09/02 | RAM | Additional research re: outstanding business registration documents. | 0.20 | $ | 33.00 |
| 08/14/02 | RAM | Telephone call with Bob Hertz re: outstanding business registration documents outstanding. | 0.20 | $ | 33.00 |
| 08/22/02 | RAM | Review Wafa Reyad's supplement to amended answer and counterclaims. | 0.20 | $ | 33.00 |
| 08/29/02 | RAM | Draft motion for extension of time to respond to Reyads' latest filings; telephone call with Mostafa Reyad re: same. | 0.30 | $ | 49.50 |
| 08/30/02 | RAM | Finalize and file motion for extension of time. | 0.20 | $ | 33.00 |

Continued . . .

Statement No. 10234
October 15, 2002
Page 2

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 09/13/02 | RAM | Research and draft opposition to Reyads' motion to dismiss IndyMacs' amended complaint and motion to strike IndyMacs' supplement to opposition to Reyads' request for leave to amend. | 7.00 | $ 1,155.00 |
| 09/16/02 | RAM | Review Reyads' answers and counterclaims; research grounds to dismiss; begin drafting responsive pleading. | 5.50 | $ 907.50 |
| 09/17/02 | RAM | Office conference with D. Schaefer re: responsive pleading; telephone call to Lois Jacobs re: same; telephone call to Mostafa Reyad re: extension of time to file responsive pleadings; draft and file motion for extension of time to file responsive pleadings. | 1.80 | $ 297.00 |
| 09/23/02 | RAM | Telephone call from Mostafa Reyad re: settlement offer. | 0.20 | $ 33.00 |
| 09/23/02 | DRS | Office conference with R.Moffett | 0.20 | $ 60.00 |
| 09/25/02 | RAM | Draft response to Mostafa Reyad's answer and counterclaim. | 4.50 | $ 742.50 |
| 09/26/02 | RAM | Continue drafting IndyMac's response to Mostafa Reyad's answer and counterclaim. | 2.10 | $ 346.50 |
| 09/27/02 | RAM | Complete draft of IndyMac's response to Mostafa Reyad's answer and counterclaim and forward to client for review; begin drafting response to Wafa Reyad's answer and counterclaim. | 1.30 | $ 214.50 |
| 09/30/02 | RAM | Complete draft of IndyMac's response to Wafa Reyad's answer and counterclaim and forward to client for review. | 1.00 | $ 165.00 |

**Current Fees**     $ 4,444.50

**Fee Summary**

| Code | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| DRS | David R. Schaefer | 0.20 | 300.00 | 60.00 |
| RAM | Rowena A. Moffett | 24.80 | 165.00 | 4,092.00 |
| SKF | Sharon K. Freilich | 1.30 | 225.00 | 292.50 |
| | **Total Fees** | **26.30** | | **$4,444.50** |

**Disbursements:**

Continued . . .

Statement No. 10234
October 15, 2002
Page 3

**Disbursements:**

| | | |
|---|---|---|
| Legal Research Lexis | $ | 208.93 |
| Client Copies | $ | 68.60 |
| **Current Disbursements** | $ | 277.53 |
| **TOTAL AMOUNT DUE** | $ | **4,722.03** |

## BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203·772·2600

FACSIMILE  203·562·2098
E-MAIL  postmaster@bswlaw.com

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 15, 2002

IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.
RE: Reyad Litigation

Statement No. 10745

Our File No. 04127- 001

FOR PROFESSIONAL SERVICES RENDERED Through 10/31/02 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 09/13/02 | CWK | Office conferences (2) with Rowena Moffett re: service issues raised by Reyad. | 0.20 | $  50.00 |
| 10/02/02 | RAM | Telephone call with Lois Jacobs and D.Schaefer re: ▓▓▓▓▓▓ email with Brian Ainslie re: same. | 1.50 | $  247.50 |
| 10/02/02 | DRS | Telephone call with Lois Jacobs and R.Moffett re: ▓▓▓▓▓ | 0.50 | $  150.00 |
| 10/03/02 | RAM | Finalize and file answer to counterclaims; telephone call with D. Schaefer re: same. | 0.80 | $  132.00 |
| 10/03/02 | DRS | Review draft answers to counterclaims; revise same: office conference with R.Moffett re: same | 1.50 | $  450.00 |
| 10/04/02 | RAM | Draft renewed motion to substitute plaintiff; review Reyad's motion to join IndyMac Bank FSB; correspondence to client re: same. | 1.00 | $  165.00 |
| 10/07/02 | RAM | Finalize and file motion to substitute plaintiff; correspondence to client re: same. | 0.10 | $  16.50 |
| 10/10/02 | RAM | Telephone call from Mostafa Reyad re: reply to IndyMac's special defenses. | 0.10 | $  16.50 |

Continued . . .

Statement No. 070188
November 15, 2002
Page 2

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/15/02 | RAM | Telephone call from Leslie Mascarelli re: state court hearing concerning execution of judgment against Mostafa Reyad on assets attached per federal court prejudgment remedy; office conference with D. Schaefer re: same. | 0.20 | $ 33.00 |
| 10/15/02 | DRS | Office conference with R.Moffett re: other creditor claim re: yellow pages. | 0.20 | $ 60.00 |
| 10/16/02 | RAM | Review Reyad's motion to dismiss: dictate opposition to motion. | 0.50 | $ 82.50 |
| 10/17/02 | RAM | Review papers filed in state court re: execution of judgment against Mostafa Reyad; telephone call with attorney Mascarelli re: same; telephone call with D.Schaefer and office conference with J.Salvo re: same; review Fleet Bank garnishment papers; review Reyads' replies to IndyMac's affirmative defenses and opposition to motion to substitute plaintiff; office conference with D.Schaefer re: Reyad's opposition to motion to substitute plaintiff and requesting trial date. | 1.00 | $ 165.00 |
| 10/18/02 | DRS | Office conference with R.Moffett re: Fleet garnishment and claim of another creditor | 0.20 | $ 60.00 |
| 10/18/02 | RAM | Telephone calls to Lois Jacobs and Fleet Bank re: garnished bank accounts; office conference with D.Schaefer re: same; revise opposition to motion to dismiss; dictate reply to opposition to motion to substitute and response to motion to join IndyMac Bank, F.S.B. as counter-defendant. | 1.30 | $ 214.50 |
| 10/21/02 | DRS | Review reply memos re: recent Reyad motions and office conference with R.Moffett re: same. | 0.50 | $ 150.00 |
| 10/21/02 | RAM | Review telephone messages from Lois Jacobs and D.Schaefer; revise opposition to motion to dismiss, response to motion to join party, and reply to opposition to motion to substitute plaintiff; office conference with D.Schaefer re: same; telephone call from Mostafa Reyad re: New Haven court hearing. | 1.20 | $ 198.00 |
| 10/23/02 | DRS | Telephone call with Bob Brundige re: New Jersey law on attachment of bank account. | 0.20 | $ 60.00 |

Continued . . .

Statement No. 10745
November 15, 2002
Page 3

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/24/02 | RAM | Review Reyad's motion to dismiss state court bank execution; legal research re: same and re: substitution of F.S.B. as party; office conference with D.Schaefer re: same; finalize and file opposition to motion to dismiss and reply to Reyad's opposition to motion to substitute plaintiff; draft correspondence to Lois Jacobs re: state court hearing; telephone call with SNET's attorney re: hearing; put together file for D.Schaefer for state court hearing. | 5.20 | $   858.00 |
| 10/24/02 | DRS | Office conference with R.Moffett re: SNET execution, check re: assets garnished. | 0.50 | $   150.00 |
| 10/28/02 | DRS | Attend SNET court hearing; obtain info from SNET attorney re: Reyad | 0.50 | $   150.00 |
| 10/30/02 | RAM | Telephone call with Leslie Marcarelli re: state court hearing and obtaining copies of SNET's background information on Mostafa Reyad. | 0.20 | $    33.00 |

**Current Fees**          $ 3,441.50

**Fee Summary**

| Code | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| DRS | David R. Schaefer | 4.10 | 300.00 | 1,230.00 |
| CWK | Carolyn W. Kone | 0.20 | 250.00 | 50.00 |
| RAM | Rowena A. Moffett | 13.10 | 165.00 | 2,161.50 |
| | **Total Fees** | **17.40** | | **$3,441.50** |

**Disbursements:**

| | | |
|---|---|---|
| In-house Messenger | $ | 50.00 |
| Legal Research Lexis | $ | 124.87 |
| Client Copies | $ | 58.90 |
| Facsimile Transmissions | $ | 2.00 |
| Postage | $ | 7.70 |
| Outside Messenger | $ | 66.00 |

**Current Disbursements**          $   309.47

Continued . . .

Statement No. 10745
November 15, 2002
Page 4

**TOTAL AMOUNT DUE**                                          $ 3,750.97

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW P. C.
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.
JENNIFER DOWD DEAKIN

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203·772·2600

FACSIMILE  203·562·2098
E·MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507·1745

January 21, 2003

IndyMac Bank FSB                                    Statement No. 11795
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE: Reyad Litigation                               Our File No. 04127- 001

---

FOR PROFESSIONAL SERVICES RENDERED Through 12/31/02 in connection with the following:

| Date | Time-keeper | Description | Hours | | Amount |
|------|-------------|-------------|-------|---|--------|
| 11/05/02 | RAM | Office conference with D. Schaefer re: outstanding motions and requesting trial date. | 0.10 | $ | 16.50 |
| 11/05/02 | DRS | Office conference with R.Moffett. | 0.20 | $ | 60.00 |
| 11/07/02 | RAM | Review latest filings by Reyads; correspondence to client re: same. | 0.20 | $ | 33.00 |
| 12/06/02 | DRS | Office conference with R.Moffett re: trial date and review court status order. | 0.20 | $ | 60.00 |
| 12/06/02 | RAM | Review court order re: joint status report; begin drafting report. | 0.20 | $ | 33.00 |
| 12/09/02 | RAM | Telephone call with Mostafa Reyad re: joint status report. | 0.30 | $ | 49.50 |
| 12/17/02 | RAM | Draft joint status report and motion for sanctions for failure to comply with discovery orders. | 3.30 | $ | 544.50 |
| 12/19/02 | DRS | Review and revise joint status report; office conference with R.Moffett re: same. | 0.50 | $ | 150.00 |
| 12/19/02 | RAM | Office conference with D.Schaefer re: joint status report; revise report; email to Lois Jacobs; fax to Mostafa Reyad. | 0.30 | $ | 49.50 |

Continued . . .

Status Report
January 21, 2003
Page 2

| Date | Time-keeper | Description | Hours | Amount |
|------|------|------|------|------|
| 12/20/02 | RAM | Telephone call with Mostafa Reyad re: status report; revise report; email to Lois Jacobs re: same; fax final draft to Mostafa Reyad for signature. | 0.80 | $ 132.00 |
| | | **Current Fees** | | $ 1,128.00 |

### Fee Summary

| Initials | Name | Hours | Rate | Amount |
|------|------|------|------|------|
| DRS | David R. Schaefer | 0.90 | 300.00 | 270.00 |
| RAM | Rowena A. Moffett | 5.20 | 165.00 | 858.00 |
| | **Total Fees** | 6.10 | | $1,128.00 |

**Disbursements:**

| Description | | Amount |
|------|------|------|
| Client Copies | $ | 4.10 |
| Facsimile Transmissions | $ | 7.00 |
| Overnight or Express Mail | $ | 14.50 |
| **Current Disbursements** | $ | **25.60** |

**TOTAL AMOUNT DUE**          $ 1,153.60

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW, P. C.
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.
JENNIFER DOWD DEAKIN

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL
SHARON KOWAL FRENLICH
STEPHEN M. PINCUS

PLEASE REPLY TO
POST OFFICE BOX 1246
NEW HAVEN, CT 06507 1745

March 18, 2003

IndyMac Bank FSB                                             Statement No. 12240
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE: Reyad Litigation                                         Our File No. 04127- 001

---

FOR PROFESSIONAL SERVICES RENDERED Through 2/28/2003 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 01/07/03 | RAM | Email to Lois Jacobs re: ▮▮▮▮ | 0.20 | $ 35.00 |
| 01/17/03 | RAM | Office conference with D.Schaefer and telephone calls to Lois Jacobs re: case status. | 0.20 | $ 35.00 |
| 01/17/03 | DRS | Office conference with R.Moffett re: status report for client. | 0.25 | $ 75.00 |
| 02/24/03 | DRS | Telephone call with Lois Jacobs re: ▮▮▮▮ | 0.25 | $ 75.00 |
| 02/25/03 | RAM | Email from Lois Jacobs and telephone call to Lois Jacobs re: ▮▮▮▮ | 0.10 | $ 17.50 |
| | | **Current Fees** | | $ **237.50** |

## Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DRS | David R. Schaefer | 0.50 | 300.00 | 150.00 |

Continued . . .

March 18, 2003
Page 2

## Fee Summary Continued...

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| RAM | Rowena A. Moffett | 0.50 | 175.00 | 87.50 |
| | **Total Fees** | **1.00** | | **$237.50** |

**Disbursements:**

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 3.90 |
| Facsimile Transmissions | $ | 3.00 |
| **Current Disbursements** | $ | **6.90** |

**TOTAL AMOUNT DUE**                                    $   244.40

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203·772·2600

FACSIMILE  203·562·2098
E-MAIL  postmaster@bswlaw.com

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID F. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. TINE, P.C.

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

April 9, 2003

IndyMac Bank FSB                                      Statement No. 12402
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE: Reyad Litigation                                 Our File No. 04127- 001

---

FOR PROFESSIONAL SERVICES RENDERED Through 3/31/03 in connection with the
following:

| Date | Time-keeper | Description | Hours | | Amount |
|------|-------------|-------------|-------|---|--------|
| 03/05/03 | DRS | Review court rulings | 0.25 | $ | 75.00 |
| 03/05/03 | RAM | Review court rulings and forward to client | 0.50 | $ | 87.50 |
| 03/20/03 | RAM | Draft response to defendants' motions for expedited consideration re: objections to Magistrate judge ruling | 2.00 | $ | 350.00 |
| 03/21/03 | RAM | Finalize and file responses to motion to expedite consideration; telephone call with D. Schaefer re: same. | 0.60 | $ | 105.00 |
| 03/31/03 | RAM | Review defendants' reply memo in support of motion for expedited consideration; foward to client | 0.20 | $ | 35.00 |
| | | **Current Fees** | | $ | **652.50** |

**Fee Summary**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| | | | | |

Continued . . .

Stamberg, No. C-2403
April 9, 2003
Page 2

## Fee Summary Continued...

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DRS | David R. Schaefer | 0.25 | 300.00 | 75.00 |
| RAM | Rowena A. Moffett | 3.30 | 175.00 | 577.50 |
| | **Total Fees** | **3.55** | | **$652.50** |

Disbursements:

| Description | | Amount |
|-------------|---|--------|
| In-house Messenger | $ | 50.00 |
| Client Copies | $ | 8.90 |
| **Current Disbursements** | $ | **58.90** |

| **TOTAL AMOUNT DUE** | $ | **711.40** |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE 203-562-2098
E-MAIL postmaster@bswlaw.com

June 24, 2003

IndyMac Bank FSB                                    Statement No. 13055
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE: Reyad Litigation                               Our File No. 04127-001

---

FOR PROFESSIONAL SERVICES RENDERED Through 5/31/03 in connection with the
following:

| Date | Time-keeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 04/02/03 | DRS | Telephone call with David Seidman and fax release to him; office conference with R.Moffett and telephone call with Lois Jacobs re: ▮▮▮▮ | 0.50 | $ 150.00 |
| 04/02/03 | RAM | Review status of Waterbury foreclosure action; telephone conference with Geoff Milne re: same; review pending motions and prepare status update for D.Schaefer; telephone conference with Lois Jacobs re: status of case | 1.30 | $ 227.50 |
| 04/03/03 | RAM | Email to Geoff Milne re: foreclosure actions; correspondence to Lois Jacobs re: court ruling on Reyad's motion to amend summary judgment motion | 0.30 | $ 52.50 |
| 04/04/03 | DRS | Review Reyad's amendment to summary judgment and office conference with R.Moffett re: same | 0.25 | $ 75.00 |
| 04/04/03 | RAM | Revise motion for sanctions; review defendants' motion for amended summary judgment | 3.00 | $ 525.00 |
| 04/07/03 | RAM | Revise motion for sanctions; review filings in Waterbury action forwarded by Geoff Milne | 0.80 | $ 140.00 |

Continued . . .

Statement No. 13055
June 24, 2003
Page 2

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 04/14/03 | RAM | Telephone call with Mostafa Reyad re: settlement; email to Lois Jacobs re: same | 0.20 | $ 35.00 |
| 04/21/03 | DRS | Review and revise motion to compel | 1.00 | $ 300.00 |
| 04/23/03 | RAM | Research and draft opposition to amended motion for summary judgment; office conference with D. Schaefer re: motion to compel | 4.50 | $ 787.50 |
| 04/24/03 | RAM | Continue researching and drafting brief; office conference with D. Schaefer re: same | 6.00 | $ 1,050.00 |
| 04/25/03 | RAM | Telephone call with Mostafa Reyad re: extension; draft and file motion for extension of time to file opposition to motion for summary judgment | 0.80 | $ 140.00 |
| 04/29/03 | RAM | Continue legal research and revisions to opposition to motion for summary judgment; telephone call with Bob Hertz and Lois Jacobs re: exhibits for opposition | 1.50 | $ 262.50 |
| 04/30/03 | RAM | Revise opposition to motion for summary judgment | 3.00 | $ 525.00 |
| 05/01/03 | RAM | Further revisions to opposition to motion for summary judgment; office conference with D. Schaefer re: same; draft rule 56 statement and affidavit; telephone call and email with Bob Hertz re: missing exhibit | 5.20 | $ 910.00 |
| 05/01/03 | MSG | Review memo re: opposition to summary judgment | 0.40 | $ 56.00 |
| 05/02/03 | RAM | Finalize and file papers in opposition to motion for summary judgment; email with Lois Jacobs re: same; review motions filed by Mostafa Reyad re: extension of filing deadline | 2.20 | $ 385.00 |
| 05/06/03 | RAM | Review Reyads' motions re: extension of time; draft opposition to motions; correspondence to Lois Jacobs re: same | 0.30 | $ 52.50 |
| 05/07/03 | RAM | Review Reyads' motion to strike opposition memorandum; revise opposition to motion to deny extension, motion to strike opposition memo and motion to grant amended summary judgment; check status of motion for extension of time on PACER | 0.40 | $ 70.00 |
| 05/12/03 | RAM | Email from Geoff Milne re: discovery responses in foreclosure action | 0.10 | $ 17.50 |
| 05/13/03 | RAM | Revise and file opposition to various Reyad motions; review Reyad's reply memo re: motion for amended summary judgment; correspondence to Lois Jacobs re: same | 0.30 | $ 52.50 |
| 05/14/03 | RAM | Review discovery responses in foreclosure action; email to Geoff Milne re: same | 0.80 | $ 140.00 |

Continued . . .

Statement No. 15059
June 24, 2003
Page 3

| Date | Time-keeper | Description | Hours | Amount |
|------|---------|-------------|-------|--------|
| 05/15/03 | RAM | Telephone call with Geoff Milne re: discovery responses in foreclosure action | 0.30 | $ 52.50 |
| 05/22/03 | DRS | Telephone call with Lois Jacobs and Mark Nelson re: status and strategy | 0.50 | $ 150.00 |
| 05/22/03 | RAM | Telephone call with Lois Jacobs, Mark Nelson and D.Schaefer re: case status; office conference with D.Schaefer re: same | 0.50 | $ 87.50 |
| | | **Current Fees** | | $ 6,243.50 |

### Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DRS | David R. Schaefer | 2.25 | 300.00 | 675.00 |
| MSG | Michelle S. Goglia | 0.40 | 140.00 | 56.00 |
| RAM | Rowena A. Moffett | 31.50 | 175.00 | 5,512.50 |
| | **Total Fees** | 34.15 | | $6,243.50 |

**Disbursements:**

| Description | Amount |
|-------------|--------|
| In-house Messenger | $ 50.00 |
| Legal Research Lexis | $ 197.75 |
| Client Copies | $ 132.40 |
| Outside Messenger | $ 66.00 |
| **Current Disbursements** | $ 446.15 |

**TOTAL AMOUNT DUE**          $ 6,689.65

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203·772·2600

FACSIMILE  203·562·2098
E-MAIL  postmaster@bswlaw.com

July 9, 2003

IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

Statement No. 13109

RE: Reyad Litigation

Our File No. 04127- 001

**FOR PROFESSIONAL SERVICES RENDERED** Through 6/30/03 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 06/24/03 | RAM | Email from Geoff Milne re: ███████████ | 0.60 | $ 105.00 |
| 06/26/03 | RAM | Voice mails from D.Schaefer and Lois Jacobs re: case status; left voice mail for Lois Jacobs re: same | 0.60 | $ 105.00 |
| 06/27/03 | RAM | Draft correspondence to court re: status conference | 0.30 | $ 52.50 |
| | | **Current Fees** | | $ 262.50 |

## Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| RAM | Rowena A. Moffett | 1.50 | 175.00 | 262.50 |
| | **Total Fees** | 1.50 | | $262.50 |

Continued . . .

Stone & Co.
July 9, 2003
Page 2

**Disbursements:**

| Description | Amount |
|---|---|
| Client Copies | $ 1.60 |
| **Current Disbursements** | $ 1.60 |

**TOTAL AMOUNT DUE**                    $ 264.10

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW, P. C.
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.
JENNIFER DOWD DEAKIN

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

August 18, 2003

IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

Statement No. 13618

RE: Reyad Litigation

Our File No. 04127- 001

---

FOR PROFESSIONAL SERVICES RENDERED Through 7/31/03 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 07/02/03 | RAM | Review Reyad's latest motions in District of New Jersey; telephone call to Josiah Trager at Hughes Hubbard re: same; draft correspondence to court re: same ▓▓▓▓▓▓▓▓ email to Geoff Milne re: ▓▓▓ | 0.70 | $ 122.50 |
| 07/03/03 | RAM | Telephone call from Mostafa Reyad re: request for trial; emails to Josiah Trager re: correspondence to court | 0.40 | $ 70.00 |
| 07/15/03 | RAM | Review Reyad's reply to correspondence to court; correspondence to Lois Jacobs re: same | 0.20 | $ 35.00 |
| | | **Current Fees** | | $ **227.50** |

### Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| RAM | Rowena A. Moffett | 1.30 | 175.00 | 227.50 |

Continued . . .

Statement No. 136038
August 18, 2003
Page 2

## Fee Summary Continued...

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| | Total Fees | 1.30 | | $227.50 |

**Disbursements:**

| Description | | Amount |
|-------------|---|--------|
| Client Copies | $ | 1.80 |
| **Current Disbursements** | $ | 1.80 |

| **TOTAL AMOUNT DUE** | $ | 229.30 |

■ B r e n n e r , S a l t z m a n & W a l l m a n L L P

*ATTORNEYS AT LAW*

271 Whitney Avenue
New Haven, CT 06511
Website: www.bswlaw.com
Email: postmaster@bswlaw.com
Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746
New Haven, CT 06507-1746

October 9, 2003

IndyMac Bank FSB                                    Statement No. 14111
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE: Reyad Litigation                               Our File No. 04127- 001

FOR PROFESSIONAL SERVICES RENDERED Through 9/30/03 in connection with the
following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 09/03/03 | DRS | Telephone call with Lois Jacobs re: strategy to move court to set trial date | 0.25 | $ 75.00 |
| 09/04/03 | DRS | Office conference with R.Moffett re: status | 0.25 | $ 75.00 |
| 09/05/03 | RAM | Telephone conference with Mostafa Reyad re: status conference | 0.20 | $ 35.00 |
| 09/05/03 | DRS | Office conference with R.Moffett re: status | 0.25 | $ 75.00 |
| 09/08/03 | RAM | Telephone call with Lois Jacobs and D.Schaefer to prepare for status conference; prepare summary of pending motions for status conference | 2.10 | $ 367.50 |
| 09/08/03 | DRS | Telephone call with Lois Jacobs re: trial prep; office conference with R.Moffett re: same | 0.50 | $ 150.00 |
| 09/09/03 | DRS | Prepare for and attend status conference before Judge Droney | 2.50 | $ 750.00 |
| 09/09/03 | CLA | Telephone call with D. Schaefer; review concord; review commercial records; office conference with R.Moffett | 0.75 | $ 90.00 |

Continued . . .

Statements October 9, 2003

Page 2

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 09/09/03 | RAM | Prepare for and participate in status conference; telephone call with Lois Jacobs re: same; office conference with Cathy Adiletta re: title searches | 3.50 | $ 612.50 |
| 09/26/03 | RAM | Telephone call with Mostafa Reyad re: settlement; review court rulings and office conference with D.Schaefer re: same; forward rulings to Lois Jacobs | 0.80 | $ 140.00 |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  | **Current Fees** |  | $2,370.00 |
|  |  | **Courtesy Adjustment** |  | $   370.00- |
|  |  | **Current Fees Total** |  | $ 2,000.00 |

**Fee Summary**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DRS | David R. Schaefer | 3.75 | 300.00 | 1,125.00 |
| RAM | Rowena A. Moffett | 6.60 | 175.00 | 1,155.00 |
| CLA | Catherine LeDonne Adiletta | 0.75 | 120.00 | 90.00 |
|  | **Total Fees** | **11.10** |  | $2,370.00 |
|  | **Courtesy Adjustment** |  |  | $   370.00- |
|  | **Current Fee Total** |  |  | $ 2,000.00 |

**Disbursements:**

| Description | Amount |
|-------------|--------|
| Client Copies | $   71.80 |
| Overnight or Express Mail | $   15.00 |
| **Current Disbursements** | $   86.80 |

**TOTAL AMOUNT DUE**                                          $2,086.80

# ◾ Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

271 Whitney Avenue
New Haven, CT 06511
Website: www.bswlaw.com
Email: postmaster@bswlaw.com
Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746
New Haven, CT 06507-1746

November 14, 2003

IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

Statement No. 14440

RE: Reyad Litigation

Our File No. 04127- 001

FOR PROFESSIONAL SERVICES RENDERED Through 10/31/03 in connection with the
following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/03/03 | RAM | Telephone call with Mostafa Reyad re: trial memorandum; telephone call with closing attorney re: Perez lis pendens; telephone conference with Bob Hertz and review files re: same | 0.70 | $ 122.50 |
| 10/03/03 | DRS | Telephone call with R.Moffett and attempt to call Lois Jacobs re: Perez lis pendens | 0.25 | $ 75.00 |
| 10/07/03 | RAM | Office conference with D.Schaefer re: Perez loan; telephone call with closing attorney re: same | 0.30 | $ 52.50 |
| 10/08/03 | RAM | Telephone call with Mostafa Reyad; begin drafting trial memorandum | 1.50 | $ 262.50 |
| 10/14/03 | RAM | Review appellate papers and research appellate deadlines; email to Lois Jacobs and telephone call with D.Schaefer re: ▮▮▮▮▮▮▮▮ | 0.40 | $ 70.00 |
| 10/16/03 | RAM | Revise joint trial memo; email rough outline to Mostafa Reyad; telephone call with Mostafa Reyad and email to Lois Jacobs re: extension of time to file trial memorandum; telephone call with D.Schaefer re: trial preparation | 1.40 | $ 245.00 |
| 10/20/03 | RAM | Telephone call to Mostafa Reyad re: depositions | 0.10 | $ 17.50 |
| 10/21/03 | RAM | Review Reyad's motion for extension of time; forward to client; notice depositions of Mostafa and Wafa Reyad | 0.20 | $ 35.00 |

Continued . . .

Starr & Associates
November 14, 2003
Page 2

| Date | Time-keeper | Description | Hours | | Amount |
|------|---------|-------------|-------|---|--------|
| 10/24/03 | RAM | Telephone call with Mostafa Reyad re: depositions; telephone call with D.Schaefer re: Second Circuit appeal and Wafa Reyad's deposition in New Jersey | 0.30 | $ | 52.50 |
| 10/24/03 | DRS | Office conference with R.Moffett re: Second Circuit appeal | 0.25 | $ | 75.00 |
| 10/27/03 | RAM | Telephone calls from Mostafa Reyad re: deposition notices; fax notices to Mostafa Reyad; locate NJ office for deposition of Wafa Reyad | 0.30 | $ | 52.50 |
| 10/28/03 | RAM | Re-notice Wafa Reyad's deposition; telephone call with Mostafa Reyad re: same; finalize arrangements for NJ deposition | 0.50 | $ | 87.50 |
| 10/31/03 | RAM | Review motion for protective order; begin file review with D.Schaefer for trial preparation | 0.40 | $ | 70.00 |
| 10/31/03 | JRP | Pull loan files, telephone call to entities re: updated value of annuities | 1.00 | $ | 120.00 |
| | | **Current Fees** | | $ | **1,337.50** |

### Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DRS | David R. Schaefer | 0.50 | 300.00 | 150.00 |
| RAM | Rowena A. Moffett | 6.10 | 175.00 | 1,067.50 |
| JRP | Jennifer R. Peschell | 1.00 | 120.00 | 120.00 |
| | **Total Fees** | **7.60** | | **$1,337.50** |

**Disbursements:**

| Description | | Amount |
|-------------|---|--------|
| Client Copies | $ | 9.60 |
| Facsimile Transmissions | $ | 6.50 |
| **Current Disbursements** | $ | **16.10** |

**TOTAL AMOUNT DUE**     $ **1,353.60**

Brenner, Saltzman & Wallman LLP

271 Whitney Avenue
New Haven, CT 06511

*ATTORNEYS AT LAW*

Website: www.bswlaw.com
Email: postmaster@bswlaw.com

Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746

New Haven, CT 06507-1746

December 11, 2003

IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

Statement No. 14832

RE:
04127- 001

Reyad Litigation  Our File No.

FOR PROFESSIONAL SERVICES RENDERED Through 11/30/03 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 11/01/03 | DRS | Review all files in prep for trial and pretrial memo; identify exhibits and potential witnesses; office conference with R.Moffett re: same | 3.00 | $ 900.00 |
| 11/01/03 | RAM | Office conference with D.Schaefer re: trial preparation | 1.50 | $ 262.50 |
| 11/03/03 | JRP | Prepare release of lis pendens re: Perez loan | 0.50 | $ 60.00 |
| 11/04/03 | RAM | Telephone call with Mostafa Reyad re: depositions; follow-up correspondence to Mostafa Reyad; cancel court reporter and NJ office reservation | 0.40 | $ 70.00 |
| 11/04/03 | JRP | Fax letters re:  update on annuities; telephone call with Fleet, AIG & Amex | 1.00 | $ 120.00 |
| 11/05/03 | RAM | Telephone call with Mostafa Reyad re: joint trial memo | 0.20 | $ 35.00 |
| 11/07/03 | RAM | Telephone call with Mostafa Reyad re: motions in limine and undisputed facts in trial memo | 0.30 | $ 52.50 |
| 11/10/03 | JRP | Telephone call with Elizabeth D'Alto at New England Financial; review fax re: annuity; update excel spreadsheet re: same | 0.50 | $ 60.00 |
| 11/11/03 | RAM | Telephone call with Mostafa Reyad re: pretrial memo | 0.20 | $ 35.00 |

Statement No. 14822
December 11, 2003
Page 2

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 11/12/03 | RAM | Office conference with Mostafa Reyad re: joint trial memo; review Reyad's submission; review potential exhibits for joint trial memo | 1.10 | $ 192.50 |
| 11/13/03 | RAM | Prepare joint trial memorandum | 6.70 | $1,172.50 |
| 11/13/03 | DRS | Office conference with R.Moffett re: trial memo | 0.25 | $ 75.00 |
| 11/13/03 | JRP | Telephone call with Callie Clark re: annuity update, update excel spreadsheet | 0.50 | $ 60.00 |
| 11/14/03 | JRP | Telephone call with Callie Clark; office conference with D.Schaefer re: annuities | 0.50 | $ 60.00 |
| 11/15/03 | RAM | Prepare joint trial memorandum | 7.60 | $1,330.00 |
| 11/17/03 | DRS | Review and revise pretrial memorandum; office conference with R.Moffett re: same and strategy; exchange voice mails with Lois Jacobs re: same | 2.00 | $ 600.00 |
| 11/17/03 | RAM | Prepare joint trial memorandum; office conference with D.Schaefer re: same; telephone conferences and emails with Mostafa Reyad re: same | 6.80 | $1,190.00 |
| 11/17/03 | JRP | Telephone call with Callie Clark, prepare and fax letter re: value of annuity | 0.50 | $ 60.00 |
| 11/18/03 | RAM | Finalize and file joint trial memorandum; draft opposition to petition for protective order; organize files following joint trial memorandum filing | 7.60 | $1,330.00 |
| 11/18/03 | DRS | Review latest drafts of pretrial memo and revise same; review and revise proposed motion in limine (not filed) and opposition to motion for protective order | 1.50 | $ 450.00 |
| 11/19/03 | JRP | Telephone call with Callie Clark re: follow up with status of annuity request | 0.50 | $ 60.00 |
| 11/20/03 | RAM | Office conference with J.Peschell re: AIG annuity withdrawal | 0.10 | $ 17.50 |
| 11/20/03 | JRP | Office conference with D. Schaefer re: AIG response, office conference with R. Moffett re: same | 0.50 | $ 60.00 |
| 11/24/03 | RAM | Review draft of correspondence to Valic re: writ of garnishment | 0.10 | $ 17.50 |
| 11/24/03 | DRS | Letter to AIG re: loan from garnished assets | 0.50 | $ 150.00 |
| 11/25/03 | RAM | Email to Lois Jacobs re: ███████████████; prepare trial exhibits; email to Lois Jacobs re: same | 2.60 | $ 455.00 |
| 11/26/03 | RAM | Review Reyad's Second Motion in Limine and Reply Memorandum re: First Motion in Limine; forward to Lois Jacobs; additional trial exhibit preparation | 0.70 | $ 122.50 |

| Date | Time-keeper | Description | Hours | Amount |
|------|---------|-------------|-------|--------|
| 11/28/03 | RAM | Review court notification granting motion for extension of time to file trial brief | 0.10 | $ 17.50 |
| | | **Current Fees** | | **$9,015.00** |

### Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DRS | David R. Schaefer | 7.25 | 300.00 | 2,175.00 |
| RAM | Rowena A. Moffett | 36.00 | 175.00 | 6,300.00 |
| JRP | Jennifer R. Peschell | 4.50 | 120.00 | 540.00 |
| | **Total Fees** | **47.75** | | **$9,015.00** |

**Disbursements:**

| Description | Amount |
|-------------|--------|
| Client Copies | $ 192.60 |
| Facsimile Transmissions | $ 4.00 |
| Overnight or Express Mail | $ 30.50 |
| **Current Disbursements** | $ **227.10** |

**TOTAL AMOUNT DUE**                     **$9,242.10**

# Brenner, Saltzman & Wallman LLP

271 Whitney Avenue
New Haven, CT  06511

*ATTORNEYS AT LAW*

Website: www.bswlaw.com
Email: postmaster@bswlaw.com

Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746

New Haven, CT  06507-1746

March 23, 2004

IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

Statement No. 15800

RE:
04127- 001

Reyad Litigation  Our File No.

FOR PROFESSIONAL SERVICES RENDERED Through 2/29/04 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/03 | RAM | Office conference with D.Schaefer re: settlement | 0.10 | $   17.50 |
| 12/01/03 | DRS | Telephone call with Lois Jacobs re: status and settlement; office conference with R.Moffett to get damages spreadsheet and bookkeeping to get billing history | 0.50 | $  150.00 |
| 12/03/03 | RAM | Review status conference order; office conference with D.Schaefer re: same; telephone call with Mostafa Reyad re: additional motions; telephone call with Judge Smith's chambers re: consent to trial by magistrate judge | 0.50 | $   87.50 |
| 12/03/03 | DRS | Collect info re: legal fees paid for client; office conferences with R.Moffett re: trial by magistrate judge and R.Moffett appearing before Magistrate Smith and strategy re: January 9th status conference | 0.50 | $  150.00 |
| 12/04/03 | RAM | Telephone conferences with Mostafa Reyad re: trial preparation and additional motions; conference with D.Schaefer re: same | 0.60 | $  105.00 |

Statement No. 47808
March 23, 2004
Page 2

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 12/04/03 | DRS | Office conference with R.Moffett | 0.20 | $ 60.00 |
| 12/05/03 | RAM | Draft correspondence to Lois Jacobs re: pre-trial issues | 0.40 | $ 70.00 |
| 12/08/03 | RAM | Dictate opposition to Reyad's pre-trial motions; correspondence to Lois Jacobs re: case status | 2.00 | $ 350.00 |
| 12/09/03 | RAM | Office conference with C.Kone re: motion to dismiss 2nd Circuit appeal | 0.20 | $ 35.00 |
| 12/10/03 | RAM | Correspondence to Lois Jacobs and office conference with D.Schaefer re: status | 0.20 | $ 35.00 |
| 12/12/03 | RAM | Telephone call with Mostafa Reyad re: 1/9 conference | 0.20 | $ 35.00 |
| 12/15/03 | RAM | Revise and file consolidated opposition to pre-trial motions; revise Release of Lis Pendens for Perez loan | 2.30 | $ 402.50 |
| 12/16/03 | RAM | Email to Lois Jacobs re: scheduling conference | 0.20 | $ 35.00 |
| 12/17/03 | RAM | Telephone call with Court Clerk re: docketing of opposition memo | 0.20 | $ 35.00 |
| 12/19/03 | RAM | Review Reyad's reply memo in support of pre-trial motions | 0.20 | $ 35.00 |
| 12/22/03 | RAM | Emails to Lois Jacobs re: scheduling conference | 0.20 | $ 35.00 |
| 12/23/03 | RAM | Telephone call with Lois Jacobs re: ███████, office conference with D.Schaefer re: same | 0.80 | $ 140.00 |
| 12/23/03 | DRS | Telephone call with Lois Jacobs with R.Moffett re: ████████ | 1.00 | $ 300.00 |
| 12/29/03 | DRS | Telephone cal with Droney law clerk re: change of time for trial status conference | 0.20 | $ 60.00 |
| 12/31/03 | DRS | Letter faxed and mailed to Reyad re: time of trial status conference | 0.20 | $ 60.00 |
| 01/07/04 | RAM | Email to Lois Jacobs and telephone call with Mostafa Reyad re: calendar call 1/9; office conference with D. Schaefer re: same; prepare for call | 1.50 | $ 285.00 |
| 01/09/04 | RAM | Prepare for and attend calendar call; telephone call to Lois Jacobs re: same | 2.60 | $ 494.00 |
| 01/10/04 | RAM | Email to Lois Jacobs re: calendar call; review motion to grant motion to dismiss; dictate opposition; review docketing notice from Second Circuit re: appeal; complete acknowledgment for appeal | 1.00 | $ 190.00 |
| 01/12/04 | RAM | Revise and file opposition to motions to dismiss; telephone call with Lois Jacobs re: trial schedule; dictate correspondence to court re: same; telephone call from Mostafa Reyad re: 2nd Circuit appeal | 1.40 | $ 266.00 |
| 01/13/04 | RAM | Revise and send correspondence to Judge Droney re: trial schedule; revise appellate appearance form | 0.40 | $ 76.00 |

Statement for Services
March 23, 2004
Page 3

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 01/15/04 | RAM | Review court notice re: motion to dismiss | 0.10 | $ 19.00 |
| 01/21/04 | RAM | Review Reyad's reply in support of motions to grant motion to dismiss | 0.20 | $ 38.00 |
| 01/27/04 | RAM | Telephone call with Dan Young re: Chimblo action; telephone call to Geoff Milne re: same | 0.40 | $ 76.00 |
| 01/30/04 | DRS | Office conference with R.Moffett re: response to latest Reyad Motion to Dismiss | 0.20 | $ 67.00 |
| 01/30/04 | RAM | Office conference with D.Schaefer re: latest motion to dismiss; review motion | 0.20 | $ 38.00 |
| 02/02/04 | RAM | Office conference with D.Schaefer re: appeal Reyad's latest motion to dismiss | 0.20 | $ 38.00 |
| 02/09/04 | RAM | Draft and file motion for extension of time to file opposition to latest motion to dismiss | 0.50 | $ 95.00 |
| 02/10/04 | DRS | Office conference with R.Moffett | 0.20 | $ 67.00 |
| 02/11/04 | RAM | Telephone call with M.Reyad re: extension of time; review Reyad's opposition to motion and motion for expedited ruling | 0.40 | $ 76.00 |
| 02/12/04 | RAM | Review order scheduling trial; office conference with D.Schaefer re: same; correspondence to client | 0.30 | $ 57.00 |
| 02/13/04 | RAM | Review court ruling granting motion to extension of time; calendar new deadline | 0.10 | $ 19.00 |
| 02/17/04 | RAM | Telephone calls to Lois Jacobs and Geoff Milne re: trial schedule | 0.20 | $ 38.00 |
| 02/20/04 | RAM | Review email from G.Milne re: status of Chimblo matter; email to G.Milne re: same; review pending Reyad motions; calendar response deadlines; telephone call with D.Schaefer re: status | 0.30 | $ 57.00 |
| 02/23/04 | RAM | Email with G.Milne re: Chimblo action | 0.20 | $ 38.00 |
| 02/26/04 | RAM | File release of lis pendens re: Perez loan; emails with G.Milne re: Chimblo action; review draft of Reyad judicial admissions | 0.30 | $ 57.00 |
| 02/27/04 | RAM | Review/revise Reyad's admissions for Chimblo action; email to G.Milne re: same; draft opposition to motion to dismiss and motion to release prejudgment assets | 2.80 | $ 532.00 |

**Current Fees**                                    $4,820.50

Statement No.
March 23, 2004
Page 4

## Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| DRS | David R. Schaefer | 3.00 | 304.67 | 914.00 |
| RAM | Rowena A. Moffett | 21.20 | 184.27 | 3,906.50 |
| | **Total Fees** | **24.20** | | **$4,820.50** |

**Disbursements:**

| Description | Amount |
|-------------|--------|
| In-house Messenger | $ 50.00 |
| Client Copies | $ 29.70 |
| Facsimile Transmissions | $ 20.00 |
| Overnight or Express Mail | $ 30.00 |
| Outside Messenger | $ 112.00 |
| Release of Lis Pendens | $ 13.00 |
| **Current Disbursements** | $ **254.70** |

**TOTAL AMOUNT DUE**                                    **$5,075.20**