# EXHIBIT B

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

———

OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

May 10, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   85669    DRS
Our File No. 04127  -003

Re: Third Circuit Appeal

FOR SERVICES RENDERED DURING April 30, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/10/01 | CWK | Begin to review trial court pleadings. | 1.00 | $ 250.00 |
| 4/11/01 | RAM | Review trial docket and appellate brief for 3rd circuit appeal; review 3rd circuit appellate rules. | 3.00 | $ 420.00 |
| 4/12/01 | CWK | Review New Jersey pleadings. | 1.50 | $ 375.00 |
| 4/13/01 | CWK | Review pleadings. | 3.00 | $ 750.00 |
| 4/13/01 | CWK | Office conference with Rowena Moffett. | .50 | $ 125.00 |
| 4/13/01 | CWK | Office conference with David Schaefer and Rowena Moffett. | .75 | $ 187.50 |
| 4/13/01 | RAM | Office conference with David Schaefer and Carolyn Kone re: third circuit appeal; research for brief. | 4.00 | $ 560.00 |
| 4/13/01 | DRS | Office conference with CWK and RAM re: appeal strategies | .50 | $ 150.00 |
| 4/16/01 | JRS | Telephone call to District Court in New Jersey re: exhibits attached to clerk's copy of motion to lift; office conference with Rowena Moffett. | .50 | $ 50.00 |
| 4/16/01 | JRS | Telephone call with Mr. Villa re: cover page for appeal; email same. | .25 | $ 25.00 |
| 4/16/01 | RAM | Research for third circuit brief; office conferences with Carolyn and David Schaefer re: same. | 9.00 | $ 1,260.00 |

Statement No.   85669
May 10, 2001
Page        2

| | | | | |
|---|---|---|---|---|
| 4/16/01 | CWK | Research finality of attachment and stay order. | 1.50 $ | 375.00 |
| 4/16/01 | CWK | Office conference with Rowena A. Moffett. | .25 $ | 62.50 |
| 4/16/01 | CWK | Office conference with David Schaefer. | .50 $ | 125.00 |
| 4/16/01 | CWK | Telephone call with Michael Silverberg. | .25 $ | 62.50 |
| 4/16/01 | CWK | Office conference with Rowena A. Moffett. | .50 $ | 125.00 |
| 4/16/01 | DRS | Review documents re: appeal, analyze prospects of motion to dismiss | .75 $ | 225.00 |
| 4/17/01 | DRS | Telephone call with Lois Jacobs with CWK re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone call with case manager re: same; telephone call with Gerry in Philadelphia ADL office re: delivering motion | 1.50 $ | 450.00 |
| 4/17/01 | JRS | Three telephone calls with Ms. Ruh - Appellate Court clerk and Ms. Beach re: exhibits to Reyad's motion to lift. | .50 $ | 50.00 |
| 4/17/01 | RAM | Finalize appearances for Carolyn Kone, David Scheafer and Rowena Moffett; correspondence to clerk re: same, review defendant's life insurance policies; research non-appealability of stay and attachment; office conference with David Schaefer and Carolyn Kone re: appeal strategy; draft outline for motion to dismiss. | 5.75 $ | 805.00 |
| 4/17/01 | CWK | Telephone call with Lois Jacobs, telephone call with Debra Ruh, case management of the Third Circuit, office conference with Michael Silverberg. | 2.50 $ | 625.00 |
| 4/18/01 | DRS | Telephone call with M.Bobelian re: motion to Open stay and Dissolve Injunction; finalziemotion and e-mail to MB; telephone calls with MB re: same; finalize and fedex signature pages to SHS in Philadelphia; revise Motion to Dismiss | 1.50 $ | 450.00 |

Statement No.   85669
May 10, 2001
Page       3

| Date | Staff | Description | Hours | | Amount |
|------|-------|-------------|-------|---|--------|
| 4/18/01 | JRS | Telephone call with Ms. Beach from 3rd Circuit re: Defendant's 2nd motion to lift - exhibits issue, office conference with Rowena A. Moffett. | .25 | $ | 25.00 |
| 4/18/01 | JRS | Telephone call with Mr. Villa at Franklin Court Press re: format for cover for appeal. | .25 | $ | 25.00 |
| 4/18/01 | RAM | Research and assist Carolyn Kone in drafting motion to dismiss, motion to stay briefing schedule and motion to lift stay to vacate preliminary injunction. | 13.50 | $ | 1,890.00 |
| 4/18/01 | CWK | Draft statement of facts and background for motion to dismiss, revise motion to stay briefing schedule, draft motion to dissolve preliminary injunction, review research re: mootness, review research re: appealbility of prejudgment attachment, revise section in motion to dismiss re: appealability of prejudgment attachement, draft section in brief re: mootness, revise email to Lois Jacobs. | 8.50 | $ | 2,125.00 |
| 4/18/01 | MSG | Research mootness re: vacation of injunction; office conference with Rowena Moffett | 3.75 | $ | 468.75 |
| 4/19/01 | CWK | Revise motion to dismiss, review research on appealability of stay orders, revise section on appeability of stay orders. | 2.50 | $ | 625.00 |
| 4/19/01 | DRS | Edit and revise motion to stay briefing and motion to dismiss; transmit to Philadelphia and arrange for filing | 3.00 | $ | 900.00 |
| 4/19/01 | RAM | Finalize and file motion to dismiss and motion to stay briefing schedule. | 5.50 | $ | 770.00 |
| 4/20/01 | DRS | Office conference with CWK re: briefing schedule | .25 | $ | 75.00 |
| 4/20/01 | CWK | Telephone call with Debra Ruh at the Third Circuit. | .25 | $ | 62.50 |
| 4/20/01 | CWK | Dictate memo to file. | .25 | $ | 62.50 |

```
Statement No.    85669
May 10, 2001
Page      4
```

```
4/23/01  RAM    Telephone call from Mostafa Reyad re:
                3rd Circuit brief.                        .25 $      35.00

                                   Current Fees Due: $ 14,571.25

                               Less Courtesy Discount:    1,571.25-

                          Current Fees Less Discount: $ 13,000.00
```

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 37.00 |
| Overnight or Express Mail | $ | 29.10 |
| Court Entry Fee | $ | 120.00 |
| Facsimile Transmissions | $ | 22.00 |
| Computerized Legal Research Lexis | $ | 266.39 |
| Messenger | $ | 213.60 |

```
                        Current Disbursements Due: $    688.09

              Total Current Fees and Disbursements: $ 13,688.09

                                   Prior Balance: $       .00

                   TOTAL DUE AS OF  4/30/01: $ 13,688.09
                                             ============

         *Payments Applied After  4/30/01  . . . . . . .  $      .00
         *Adjustments to Account After  4/30/01 . . . .   $      .00
```

Statement No.    85669
May 10, 2001
Page      5

| NAME/DESC | INIT | HOURS | AMOUNT |
|---|---|---|---|
| Carolyn W. Kone | CWK | 23.75 | 5,937.50 |
| David R. Schaefer | DRS | 7.50 | 2,250.00 |
| Jennifer R. Salvo | JRS | 1.75 | 175.00 |
| Michelle S. Goglia | MSG | 3.75 | 468.75 |
| Rowena A. Moffett | RAM | 41.00 | 5,740.00 |
| TOTAL | | 77.75 | 14,571.25 |

COURTESY DISCOUNT   1,571.25-

NET FEE SUMMARY    13,000.00

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D BRENNER, P C
STEPHEN L SALTZMAN, P C
MARC A WALLMAN, P C
DAVID R SCHAEFER, P C
STUART JAY MANDEL, P C
DONALD W ANDERSON, P C
SAMUEL M HURWITZ, P C
WAYNE A MARTINO, P C
JOHN R BASHAW
MITCHELL S JAFFE, P C
ALICE J MICK, P C
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P DANIELS
GEORGE BRENCHER IV, P C

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S GOGLIA
ROWENA A MOFFETT
SARAAB A SALEH
————
OF COUNSEL
SHARON KOWAL FREILICH
PETER K MARSH

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

August 14, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   86571   DRS
Our File No. 04127  -004

Re: New Jersey Action

---

FOR PROFESSIONAL SERVICES RENDERED DURING May, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 5/01/01 | RAM | Review defendant's motion to dismiss filed in District of New Jersey action; review local rules for District of New Jersey in order to respond to motion; telephone call with M.Bobelian re: deadline for opposition to motion to dismiss filed in District of New Jersey | 2.50 $ | 350.00 |
| 5/02/01 | MJW | Research re: 3rd Circuit cases for memorandum of law in opposition to defendant's motion to dismiss | .00 $ | N/C |
| 5/02/01 | RAM | Draft opposition to motions to lift stay and to dismiss; telephone call with M.Bobelian re: opposition to motions to lift stay and to dismiss | 6.00 $ | 840.00 |
| 5/03/01 | RAM | Revise/finalize opposition to motion to dismiss New Jersey action; telephone calls with M.Bobelian re: same | .50 $ | 70.00 |
| 5/03/01 | DRS | Review and revise New Jersey District Court opposition to motion to dismiss re: forum selection clause | .25 $ | 75.00 |
| 5/08/01 | RAM | Correspondence to NY counsel re: response to defendant's most recent motions in District of New Jersey; office conference with DRS re: same | .25 $ | 35.00 |
| 5/09/01 | MJW | Research - in order for a party to perjure himself, he must be under oath | .75 $ | 63.75 |

Statement No.   86571
August 14, 2001
Page      3


 5/31/01  RAM    Telephone call with New Jersey court
                 clerk re: scheduling of recent filings
                 in New Jersey action                    .25 $      35.00

                                       Total Fees Due: $  4,823.75


                                                  =============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

——
OF COUNSEL
SHARON KOWAL FREILICH
PETER R. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

August 14, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.  86573   DRS
Our File No. 04127  -003

Re: Third Circuit Appeal

FOR SERVICES RENDERED DURING May, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/01/01 | RAM | Review opposition to motion to dismiss and calendar reply date; office conference with Carolyn Kone re: same. | .75 $ | 105.00 |
| 5/01/01 | CWK | Review motion for enlargement of time, office conference with Rowena Moffett. | .25 $ | 62.50 |
| 5/02/01 | RAM | Office conference with Carolyn Kone re: reply brief. | .25 $ | 35.00 |
| 5/03/01 | DRS | Office conference with CWK re: mootness argument on appeal | .50 $ | 150.00 |
| 5/03/01 | CWK | Review opposition to motions to dismiss and motion to stay. | 1.50 $ | 375.00 |
| 5/03/01 | CWK | Office conference with Rowena Moffett. | .25 $ | 62.50 |
| 5/04/01 | RAM | Draft reply to opposition to motion to dismiss. | 15.00 $ | 2,100.00 |
| 5/04/01 | CWK | Review drafts of Reply. | 1.50 $ | 375.00 |
| 5/04/01 | CWK | Revise Reply. | .75 $ | 187.50 |
| 5/04/01 | CWK | Read case law re: mootness and preliminary injunctions, revise reply memo, speak to Lois Jacobs, speak to NY counsel, several times, revise and draft reply. | 6.50 $ | 1,625.00 |
| 5/04/01 | DRS | Review Reyad filings re: opposition to motion to dismiss and related issues | .75 $ | 225.00 |

Statement No.   86573
August 14, 2001
Page        2


 5/09/01  RAM     Re-organize files following filing of
                  reply brief.                                    .25 $      35.00

                                       Current Fees Due: $  5,337.50


DISBURSEMENTS:

                    Description                                    Amount

                  Client Copies                        $        13.80
                  Computerized Legal Research Lexis    $       238.54
                  Dinner - Working on Brief 5/4/01      $        38.10

                             Current Disbursements Due: $       290.44

                   Total Current Fees and Disbursements: $   5,627.94

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511

203-772-2600

FACSIMILE: 203-562-2098

E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

August 14, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   86574   DRS
Our File No. 04127  -004

Re: New Jersey Action

---

FOR PROFESSIONAL SERVICES RENDERED DURING June and July, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 6/07/01 | RAM | Review reply memoranda filed in NJ action in consideration of filing surreply; begin drafting opposition to motion to dismiss NJ action. | 1.00 | $ 140.00 |
| 6/09/01 | RAM | Draft/revise opposition to motion to disqualify plaintiff's attorney and opposition to motion to dismiss for failure to prosecute; draft objection to reply memoranda in excess of page limitation. | 4.25 | $ 595.00 |
| 6/10/01 | DRS | Review and revise three memoranda for filing in New Jersey | .50 | $ 150.00 |
| 6/19/01 | RAM | Draft motion for protective order re: Mostafa Reyad's discovery request, research D. N.J. local rules re: same. | 1.00 | $ 140.00 |
| 6/21/01 | RAM | Telephone conference with M. Bohelian re: drafting orders for pending motions and motion for protective order from Defendant's discovery request in NJ action. | .50 | $ 70.00 |
| 6/28/01 | RAM | Review Mostafa Reyad's reply memoranda in support of motions perjury charges and to dismiss; draft proposed order: defendant's discovery request; begin drafting proposed orders for all outstanding motions. | 2.75 | $ 385.00 |

Statement No.   86574
August 14, 2001
Page      2

| Date | | Description | | |
|---|---|---|---|---|
| 6/29/01 | RAM | Draft proposed orders for all outstanding motions. | 2.00 $ | 280.00 |
| 7/02/01 | RAM | Revise proposed order for outstanding motions. | 1.00 $ | 140.00 |
| 7/03/01 | RAM | Finalize proposed order for outstanding motions; telephone conference with M. Bobelian and office conference with Carolyn Kone and David Schaefer re: same. | 2.50 $ | 350.00 |
| 7/03/01 | CWK | Office conference with Rowena Moffett re: orders. | .75 $ | 187.50 |
| 7/10/01 | RAM | Review and research recent reply memoranda received from M. Reyad. | .50 $ | 70.00 |
| 7/18/01 | RAM | Review draft of letter to Judge Greenaway re: refraining from responding to recently filed pleadings in view of court's recent orders; office conference with David Schaefer and correspondence to L. Brayton re: deposition transcript. | .75 $ | 105.00 |
| 7/23/01 | RAM | Review rulings from district court re: pending motions; review supplemental notice of appeal filed by M. Reyad; telephone conference to M. Bobelian re: same. | 1.00 $ | 140.00 |
| 7/26/01 | CWK | Office conference with Rowena Moffett re: motion for attorney's fees and response to Motion to Supplement Briefs. | .25 $ | 62.50 |
| 7/26/01 | CWK | Telephone call with Mike Winlarski. | .25 $ | 62.50 |
| 7/26/01 | CWK | Telephone call with Lois Jacobs. | .25 $ | 62.50 |
| 7/26/01 | RAM | Draft affidavit of attorney's fees; office conference with Carolyn Kone and telephone conference with M. Bobelian re: same. | 1.00 $ | 140.00 |
| 7/30/01 | RAM | Telephone conference with M. Bobelian re: affidavit of attorney's fees. | .50 $ | 70.00 |

Total Fees Due: $  3,150.00

DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Computerized Legal Research Lexis | $ | 212.35 |
| Client Copies | $ | 7.60 |
| Facsimile Transmissions | $ | 22.00 |

Total Disbursements Due: $   241.95

TOTAL FEES AND DISBURSEMENTS DUE: $  3,391.95
=============

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
––––––
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
––––––
OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

August 14, 2001

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena         CA 91101

Statement No.   86576   DRS
Our File No. 04127  -003

Re: Third Circuit Appeal

FOR SERVICES RENDERED DURING July, 2001

| Date | Time-keeper | Description | Hours | | Amount |
|------|-------------|-------------|-------|---|--------|
| 7/23/01 | CWK | Review Reyad's motion to supplement briefs. | .25 | $ | 62.50 |
| 7/26/01 | RAM | Draft opposition to Reyad's motion to supplement informal brief; office conference with Carolyn Kone re: same. | 1.00 | $ | 140.00 |
| 7/30/01 | RAM | Telephone conference with court clerk re: filing opposition to Reyad's motion to supplement brief. | .25 | $ | 35.00 |
| | | Current Fees Due: | | $ | 237.50 |

DISBURSEMENTS:

| Description | | Amount |
|-------------|---|--------|
| Computerized Legal Research Lexis | $ | 23.39 |
| Overnight or Express Mail | $ | 29.00 |
| Client Copies | $ | 8.00 |
| Current Disbursements Due: | $ | 60.39 |
| Total Current Fees and Disbursements: | $ | 297.89 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D BRENNER, P. C.
STEPHEN L SALTZMAN, P. C.
MARC A WALLMAN, P. C.
DAVID R SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M HURWITZ, P C
WAYNE A. MARTINO, P. C.
JOHN R BASHAW
MITCHELL S JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGUA
ROWENA A. MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

September 19, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   86858   DRS
Our File No. 04127  -003

Re: Third Circuit Appeal

FOR SERVICES RENDERED DURING August 31, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 8/09/01 | RAM | Review M.Reyad's reply to IndyMac opposition to motion to supplement appeal. | .25 | $ 35.00 |
| 8/10/01 | CWK | Review M.Reyad's reply to opposition to supplement brief in 3rd circuit case. | .25 | $ 62.50 |
| 8/10/01 | DRS | Review Reyad filing to amend informal brief | .25 | $ 75.00 |
| 8/13/01 | RAM | Review and research Carolyn Kone's comments re: M.Reyad's reply in support of motion to supplement appeal. | .25 | $ 35.00 |
| 8/23/01 | RAM | Review M.Reyad's new Third Circuit appeals; telephone conference with M. Bobelian re: same. | 1.50 | $ 210.00 |
| 8/24/01 | RAM | Telephone conference to 3rd Circuit clerk re: new Reyad appeals; review district court file for appealed orders/notices of appeal; telephone conference with L. Jacobs re: pending Reyad motions; prepare appearances and corporate disclosures for appeals. | 1.25 | $ 175.00 |
| 8/30/01 | RAM | Review appellate docket sheet and challenged orders; correspondence to client re: new third circuit appeals. | 1.00 | $ 140.00 |

Statement No.   86858
September 19, 2001
Page       2


                                          Current Fees Due: $     732.50


DISBURSEMENTS:

            Description                                          Amount

      Computerized Legal Research Lexis              $        6.15
      Client Copies                                 $        7.60
      Facsimile Transmissions                       $        2.50

                        Current Disbursements Due: $       16.25

              Total Current Fees and Disbursements: $      748.75

                                  Prior Balance: $   5,925.83

                    TOTAL DUE AS OF  8/31/01: $   6,674.58
                                              ============


      *Payments Applied After  8/31/01 . . . . . . $        .00
      *Adjustments to Account After  8/31/01 . . . . $        .00

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID P. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
———
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

September 19, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena      CA 91101

Statement No.   86859   DRS
Our File No. 04127  -004

Re: New Jersey Action

FOR SERVICES RENDERED DURING August 31, 2001

| Date | Time-keeper | Description | Hours | | Amount |
|------|-------------|-------------|-------|---|--------|
| 7/26/01 | MAW | Review issues with CWK | .25 | $ | 75.00 |
| 8/01/01 | RAM | Telephone conference with David Schaefer re: affidavit of attorney's fees. | .25 | $ | 35.00 |
| 8/09/01 | RAM | Review M.Reyad's motion for reconsideration; draft correspondence to court re: Reyad's motion for reconsideration; correspondence with M.Bobelian re: same. | .75 | $ | 105.00 |
| 8/24/01 | RAM | Office conference with D.Schaefer re: District of New Jersey case management. | .25 | $ | 35.00 |

Current Fees Due: $   250.00

DISBURSEMENTS:

| Description | | Amount |
|------------|---|--------|
| Facsimile Transmissions | $ | 5.00 |
| Client Copies | $ | 1.40 |

Current Disbursements Due: $   6.40

Total Current Fees and Disbursements: $   256.40

```
Statement No.   86859
September 19, 2001
Page        2
```

```
                                Prior Balance: $  8,215.70

                   TOTAL DUE AS OF  8/31/01: $  8,472.10
                                               =============


        *Payments Applied After  8/31/01 . . . . . . . $       .00
        *Adjustments to Account After  8/31/01 . . . . $       .00
```

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH
———
OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 9, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.    87198    DRS
Our File No. 04127  -003

Re: Third Circuit Appeal

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 9/21/01 | RAM | Review Reyad's motion to consider appeal as petition for writ of mandamus; correspondence to client re: same. | .25 $ | 35.00 |
| 9/24/01 | RAM | Research legal issues relating to defendant's motion to review appeal under section 1651. | .50 $ | 70.00 |
| 9/25/01 | RAM | Office conference with Carolyn Kone re: opposition to motion to consider appeal under section 1651. | .50 $ | 70.00 |
| 9/26/01 | RAM | Draft opposition to motion for writ of mandamus; office conference with Carolyn Kone re: same. | 4.50 $ | 630.00 |
| 9/26/01 | CWK | Office conference with Rowena Moffett re: Reyad's motion for mandamus relief, review Reyad's motion and several drafts of response; additional office conferences with Rowena Moffett. | 1.00 $ | 250.00 |
| 9/27/01 | RAM | Finalize and file opposition to request to review appeal under 28 USC 1651. | 1.50 $ | 210.00 |
| 10/10/01 | CWK | Review Mostafa Reyad's response to opposition to request to review appeal. | .25 $ | 62.50 |

Total Fees Due: $  1,327.50

DISBURSEMENTS:

Description                                                          Amount

Statement No.   87198
November 9, 2001
Page        2

Computerized Legal Research Lexis              $      2.48
Overnight or Express Mail                      $     14.50
Client Copies                                  $     12.50

                        Total Disbursements Due: $     29.48

              TOTAL FEES AND DISBURSEMENTS DUE: $  1,356.98
                                                 ============

Statement No.   87198
November 9, 2001
Page        3


                FEE SUMMARY BY ATTORNEY


NAME/DESC                    INIT                    HOURS        AMOUNT
Carolyn W. Kone              CWK                      1.25        312.50
Rowena A. Moffett            RAM                      7.25      1,015.00

TOTAL                                                 8.50      1,327.50

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

———

OF COUNSEL
SHARON KOWAL FREILICH
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

November 9, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.    87199    DRS
Our File No. 04127  -004

Re: New Jersey Action

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/15/01 | RAM | Review defendant's motion for leave to file summary judgment motion and rule 60(b) motion, schedule opposition deadline; correspondence with M. Bobelian re: same. | .25 $ | 35.00 |
| 10/22/01 | RAM | Prepare opposition to motion for leave to file summary judgment; correspondence to M. Bobelian re: court rulings and docket. | .50 $ | 70.00 |

Total Fees Due: $    105.00

==============

Statement No.   87199
November 9, 2001
Page      2


        FEE SUMMARY BY ATTORNEY


NAME/DESC                    INIT                HOURS       AMOUNT
Rowena A. Moffett            RAM                   .75       105.00

TOTAL                                              .75       105.00

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER  P. C.
STEPHEN L. SALTZMAN  P. C.
MARC A. WALLMAN  P. C.
DAVID R. SCHAEFER  P. C.
STUART JAY MANDEL  P. C.
DONALD W. ANDERSON  P. C.
SAMUEL M. HURWITZ  P. C.
WAYNE A. MARTINO  P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE  P. C.
ALICE J. MICK  P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV  P. C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEM

——————

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

December 18, 2001

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena        CA 91101

Statement No.   87733   DRS
Our File No. 04127  -003

Re: Third Circuit Appeal

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2001

| Date | Time-keeper | Description | Hours | Amount |
|------|---------|-------------|-------|--------|
| 11/02/01 | RAM | Draft motion for extension of time to respond to rule 60(b) motion. | .75 $ | 105.00 |
| 11/16/01 | RAM | Review defendant's rule 60(b) motion for relief and draft opposition thereto; office conference with Carolyn Kone re: same. | 4.50 $ | 630.00 |
| 11/16/01 | CWK | Review draft of opposition to rule 60(b) motion and office conferences with Rowena Moffett; review Mostafa Reyad's brief. | .75 $ | 187.50 |
| 11/26/01 | RAM | Telephone call from M. Reyad re: opposition to Rule 60(b) motion. | .25 $ | 35.00 |
| 11/27/01 | RAM | Review defendant's motion for extension of time to reply to opposition to rule 60(b) motion; telephone call to M. Reyad re: same; draft motion for extension of time due to Federal Express delayed delivery. | 1.00 $ | 140.00 |
| 11/29/01 | RAM | Revise motion for extension of time nunc pro tunc due to Federal Express delay; office conference with Carolyn Kone re: same. | .50 $ | 70.00 |
| 11/29/01 | CWK | Review motion for extension of time. | .25 $ | 62.50 |
| 11/30/01 | RAM | Finalize and file motion for extension of time due to Federal Express delay. | .25 $ | 35.00 |

Total Fees Due: $  1,265.00

Statement No.   87733
December 18, 2001
Page        2


DISBURSEMENTS:

| Description | | Amount |
|---|---|---|
| Overnight or Express Mail | $ | 14.50 |
| Client Copies | $ | 12.60 |
| Facsimile Transmissions | $ | 6.00 |
| Total Disbursements Due: | $ | 33.10 |
| TOTAL FEES AND DISBURSEMENTS DUE: | $ | 1,298.10 |

Statement No.   87733
December 18, 2001
Page      3

FEE SUMMARY BY ATTORNEY

| NAME/DESC | INIT | HOURS | AMOUNT |
|-----------|------|-------|--------|
| Carolyn W. Kone | CWK | 1.00 | 250.00 |
| Rowena A. Moffett | RAM | 7.25 | 1,015.00 |
| TOTAL | | 8.25 | 1,265.00 |

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D BRENNER P C
STEPHEN L SALTZMAN P C
MARC A WALLMAN P C
DAVID R SCHAEFER P C
STUART JAY MANDEL P C
DONALD W ANDERSON P C
SAMUEL M HURWITZ P C
WAYNE A MARTINO P C
JOHN R BASHAW
MITCHELL S JAFFE P C
ALICE J MICK P C
KENNETH ROSENTHAL
CAROLYN W KONE
BRIAN P DANIELS
GEORGE BRENCHER IV P C
JENNIFER DOWD DEAKIN

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
——
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S GOGLIA
ROWENA A MOFFETT
SARAAB A SALEH

——

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M PINGUS

PLEASE REPLY TO
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

June 6, 2002

Lois M. Jacobs Esq.
IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena          CA 91101

Statement No.   89229   DRS
Our File No. 04127   -003

Re: Third Circuit Appeal

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2002

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 12/03/01 | RAM | Review Reyad's reply to IndyMac's opposition to 60(b) motion; foward to Carolyn Kone and L. Jacobs for review. | .25 $ | 35.00 |
| 12/03/01 | CWK | Review Reyad's reply brief to opposition to rule 60(b) motion. | .25 $ | 62.50 |
| 12/06/01 | RAM | Telephone call to 3rd circuit re: status/scheduling of appeals; office conference with Carolyn Kone re: same; review 3rd circuit ruling re: defendant's motion for extension of time; telephone call to M. Bobelian re: court notice of jurisdictional issue. | 1.00 $ | 140.00 |
| 12/07/01 | RAM | Draft motion for leave to file jurisdictional brief. | .75 $ | 105.00 |
| 12/10/01 | RAM | Revise motion for enlargement of time to file jurisdictional brief; office conference with Carolyn Kone re: same. | .75 $ | 105.00 |
| 12/10/01 | CWK | Review revised version of motion directed to letter briefs and office conference with Rowena Moffett. | .25 $ | 62.50 |
| 12/11/01 | RAM | Finalize and file motion for enlargement of time to file brief re: dismissal; telephone call to court and office conference with Carolyn Kone re: same. | .75 $ | 105.00 |
| 12/12/01 | RAM | Telephone call with M. Reyad re: status of appeals; review Reyad's motion to withdraw appeals. | .25 $ | 35.00 |

Statement No.    69229
June 6, 2002
Page       2

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 12/13/01 | RAM | Legal research re: appealability of challenged orders. | 3.00 | $ | 420.00 |
| 12/18/01 | RAM | Finalize correspondence to L. Jacobs re: 3rd Circuit appeals and begin drafting brief re: lack of appellate jurisdiction. | .25 | $ | 35.00 |
| 12/26/01 | RAM | Research and draft briefs re: lack of appellate jurisdiction; office conference with Carolyn Kone re: same. | 8.00 | $ | 1,120.00 |
| 12/26/01 | CWK | Review 3rd Circuit briefs regarding finality of decision being appealed by Reyad. | .75 | $ | 187.50 |
| 12/27/01 | RAM | Research and revise briefs re: lack of appellate jurisdiction over Reyad's appeals; office conference with Carolyn Kone re: same. | 6.00 | $ | 840.00 |
| 12/28/01 | RAM | Continued research and drafting of briefs re: lack of appellate jurisdiction; office conference with Carolyn Kone re: same. | 8.50 | $ | 1,190.00 |
| 12/31/01 | CWK | Revise and file opposition to appeals. | 2.00 | $ | 500.00 |
| 1/07/02 | RAM | Correspondence to L. Jacobs and Third Circuit re: dismissal of Reyad's new appeals; office conference with Carolyn Kone re: same. | .50 | $ | 82.50 |
| 1/10/02 | RAM | Review Reyad's motion in support of appellate jurisdiction and court order granting Reyad's motion to withdraw appeal; office conference with Carolyn Kone and correspondence to L. Jacobs re: same; draft supplemental brief in support of dismissal of appeal. | 1.50 | $ | 247.50 |
| 1/14/02 | RAM | Review court orders re: withdrawal of appeal; office conference and correspodence with L. Jacobs re: same. | .25 | $ | 41.25 |
| 1/16/02 | RAM | Research and revise response to Reyad's brief in support of appellate jurisdiction. | 1.75 | $ | 288.75 |
| 1/16/02 | CWK | Begin to review Reyad's brief re: appellate jurisdiction. | .50 | $ | 125.00 |
| 1/17/02 | RAM | Research and revise response to Reyads' brief in support of appellate jurisdiction; office conference with Carolyn Kone re: same. | 5.50 | $ | 907.50 |

Statement No.    89229
June 6, 2002
Page        3

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/17/02 | CWK | Office conference with Rowena Moffett re: standing and final judgment. | .25 | $ 62.50 |
| 1/18/02 | RAM | Finalize and file response to Reyads' brief in support of appellate jurisdiction; office conference with Carolyn re: same. | .50 | $ 82.50 |
| 1/18/02 | CWK | Review Rowena Moffett's brief on cases cited re: appellate jurisdiction over standing issues. | .25 | $ 62.50 |
| 3/19/02 | RAM | Review 3rd Circuit ruling re: Reyads' motion to consolidate and correspondence to client re: same. | .20 | $ 33.00 |
| 4/08/02 | RAM | Review court rulings dismissing appeal; office conference with Carolyn Kone; correspondence to L. Jacobs re: same. | .30 | $ 49.50 |
| 4/12/02 | RAM | Review 3rd Circuit ruling dismissing second Reyad appeal; office conference with Carolyn Kone and correspondence to L. Jacobs re: same. | .20 | $ 33.00 |

Total Fees Due: $ 6,958.00

DISBURSEMENTS:

| Description | Amount |
|-------------|--------|
| Client Copies | $ 47.30 |
| Facsimile Transmissions | $ 43.00 |
| Computerized Legal Research Lexis | $ 540.68 |
| Overnight or Express Mail | $ 43.50 |

Total Disbursements Due: $ 674.48

TOTAL FEES AND DISBURSEMENTS DUE: $ 7,632.48

# ■ Brenner, Saltzman & Wallman LLP
*ATTORNEYS AT LAW*

271 Whitney Avenue
New Haven, CT 06511
Website: www.bswlaw.com
Email: postmaster@bswlaw.com
Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746
New Haven, CT 06507-1746

September 16, 2003

IndyMac Bank FSB                                     Statement No. 13880
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE: Third Circuit Appeal                             Our File No.04127- 003

---

FOR PROFESSIONAL SERVICES RENDERED Through 8/31/03 in connection with the
following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 08/07/03 | RAM | Review Reyad's appeal papers in 3rd Circuit; review rules re: filing deadlines | 0.40 | $ 70.00 |
| 08/19/03 | RAM | Emails with Josiah Trager re: Reyad's 3rd Circuit appeal; review appellate court notices re: same | 0.30 | $ 52.50 |
| 08/20/03 | RAM | Telephone call with court of appeals clerk re: corporate disclosure statement; pull statement from website and complete same; fax to Lois Jacobs for review and approval; review applicable appellate deadlines; prepare appearance and open file for appeal | 0.80 | $ 140.00 |
| 08/27/03 | RAM | Review email from client re: ██████████; revise corporate disclosure accordingly; file appearance and corporate disclosure; e-mail with Josh Traiger re: same; review court notice re: late filings; copies to client | 0.70 | $ 122.50 |
| | | **Current Fees** | | $ 385.00 |

Continued . . .

Statement No. 13880
September 16, 2005
Page 2

## Fee Summary

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| RAM | Rowena A. Moffett | 2.20 | 175.00 | 385.00 |
| | **Total Fees** | **2.20** | | **$385.00** |

**Disbursements:**

| Description | | Amount |
|---|---|---|
| Client Copies | $ | 4.50 |
| Overnight or Express Mail | $ | 15.00 |
| **Current Disbursements** | $ | **19.50** |

**TOTAL AMOUNT DUE**                                $    404.50

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

271 Whitney Avenue
New Haven, CT  06511
Website: www.bswlaw.com
Email: postmaster@bswlaw.com
Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746
New Haven, CT  06507-1746

October 9, 2003

IndyMac Bank FSB                                            Statement No. 14112
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE: Third Circuit Appeal                            Our File No. 04127- 003

FOR PROFESSIONAL SERVICES RENDERED Through 9/30/03 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/02/03 | RAM | Review court's letter re: dismissal; draft motion for extension of time to respond | 0.40 | $    70.00 |
| 09/03/03 | RAM | Review Reyad's motion to suspend appearance; finalize and file motion for extension of time to file response re: dismissal | 0.60 | $  105.00 |
| 09/08/03 | RAM | Research and revise opposition to motion to suspend appearance | 0.60 | $  105.00 |
| 09/11/03 | RAM | Finalize and file opposition to motion to suspend attorney's appearance | 0.60 | $  105.00 |
| 09/12/03 | RAM | Correspondence to Lois Jacobs re: motion to suspend appearance and opposition thereto | 0.10 | $    17.50 |
| 09/17/03 | RAM | Draft response re: dismissal of appeal | 0.60 | $  105.00 |
| 09/18/03 | RAM | Research and draft response re: dismissal of action; file same | 5.20 | $  910.00 |
| 09/19/03 | RAM | Review Reyad's reply re: motion to suspend appearance; forward to client | 0.10 | $    17.50 |

**Current Fees**                                            $ 1,435.00

Continued . . .

## Fee Summary

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| RAM | Rowena A. Moffett | 8.20 | 175.00 | 1,435.00 |
| | **Total Fees** | **8.20** | | **$1,435.00** |

**Disbursements:**

| Description | | Amount |
|---|---|---|
| Legal Research Lexis | $ | 689.96 |
| Client Copies | $ | 8.30 |
| Overnight or Express Mail | $ | 30.00 |
| **Current Disbursements** | $ | **728.26** |

**TOTAL AMOUNT DUE**          $ **2,163.26**

# Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

271 Whitney Avenue
New Haven, CT 06511
Website: www.bswlaw.com
Email: postmaster@bswlaw.com
Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746
New Haven, CT 06507-1746

November 14, 2003

IndyMac Bank FSB
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

Statement No. 14441

RE: Third Circuit Appeal

Our File No. 04127-003

---

FOR PROFESSIONAL SERVICES RENDERED Through 10/31/03 in connection with the following:

| Date | Time-keeper | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10/02/03 | RAM | Review Reyad's reply to response re: dismissal; correspondence to client re: same | 0.40 | $ 70.00 |
| | | **Current Fees** | | $ 70.00 |

### Fee Summary

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| RAM | Rowena A. Moffett | 0.40 | 175.00 | 70.00 |
| | **Total Fees** | 0.40 | | $70.00 |

**TOTAL AMOUNT DUE**    $ 70.00

# Brenner, Saltzman & Wallman LLP

271 Whitney Avenue
New Haven, CT 06511

*ATTORNEYS AT LAW*

Website: www.bswlaw.com
Email: postmaster@bswlaw.com

Telephone: 203.772.2600
Facsimile: 203.562.2098

Please Reply To:
Post Office Box 1746

New Haven, CT 06507-1746

March 23, 2004

IndyMac Bank FSB                                   Statement No. 15801
155 North Lake Ave.
10th Floor
Pasadena, CA 91101
Attn: Lois M. Jacobs Esq.

RE:                                           Third Circuit Appeal    Our
File No.    04127- 003

FOR PROFESSIONAL SERVICES RENDERED Through 2/29/04 in connection with the
following:

| Date | Time-keeper | Description | Hours | Amount |
|------|---------|-------------|-------|--------|
| 02/20/04 | RAM | Review dismissal of 3rd Circuit appeal; correspondence to Lois Jacobs re: same | 0.20 | $ 38.00 |
| | | **Current Fees** | | $ 38.00 |

**Fee Summary**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| RAM | Rowena A. Moffett | 0.20 | 190.00 | 38.00 |
| | **Total Fees** | **0.20** | | **$38.00** |

**TOTAL AMOUNT DUE**                                    $   38.00

# EXHIBIT C

LexisNexis·
Martindale-Hubbell·        martindale.com

🖶 Print        ☒ Close Window

## Private Practice Lawyer Profile for David R. Schaefer, (P.C.)

**David R. Schaefer, (P.C.)**
Managing Partner
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

AV Peer Review Rated

**Practice Areas:** Federal Litigation; Commercial Litigation including Employment;
Environmental; Real Estate; Banking; Contracts and Securities

**Admitted:** 1973, Massachusetts; 1980, Connecticut, U.S. Tax Court, U.S. District Court,
District of Massachusetts, U.S. District Court, District of Connecticut, U.S. Court of
Appeals, First and Second Circuits and U.S. Supreme Court

**Law School:** New York University, J.D., cum laude, 1973

**College:** University of Wisconsin, B.A., 1971

**Member:** New Haven County (Past President), Connecticut and American Bar
Associations; Federal Bar Council.

**Biography:** Order of the Coif; Phi Kappa Phi. Root Tilden Scholar.

**Born:** Hartford, Connecticut, June 12, 1948

**ISLN:** 904007617

**Web Site:** http://www.bswlaw.com

⊞ Print          ⊠ Close Window

## Private Practice Lawyer Profile for Rowena A. Moffett

**Rowena A. Moffett**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

**Practice Areas:** Federal Litigation; Commercial Litigation; Civil Rights Litigation

**Admitted:** 1998, Connecticut; 1999, U.S. District Court, District of Connecticut; 2001, U.S. Court of Appeals, Third Circuit; 2005, U.S. Supreme Court

**Law School:** University of Connecticut School of Law, J.D., with high honors, 1997

**College:** University of North Carolina at Chapel Hill, B.A., with distinction, 1989

**Member:** New Haven County, Connecticut and American Bar Associations; Federal Bar Council; New Haven Inns of Court (Secretary, 2004-2005).

**Biography:** Phi Beta Kappa. Associate Editor, University of Connecticut Law Review. Member, University of Connecticut Moot Court. President, William F. Starr Insurance Law Moot Court Competition. Law Clerk to: the Honorable Thomas P. Smith, United States Magistrate Judge, District of Connecticut, 1997-1998; the Honorable Dominic J. Squatrito, United States District Judge, District of Connecticut, 1998-2000. Member, Board of Directors, 2000—, and President Elect, 2005-2006, University of Connecticut School of Law Alumni Association.

**Languages:** Spanish

**Born:** Montreal, Canada, March 24, 1967

**ISLN:** 915073656

**Web Site:** http://www.bswlaw.com

LexisNexis
Martindale-Hubbell®

martindale.com

🖨 Print          ☒ Close Window

## Private Practice Lawyer Profile for Brian P. Daniels

**Brian P. Daniels**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

**Practice Areas:** Complex Business Litigation; Federal Civil Litigation; Environmental Litigation; Civil Appeals; Environmental Insurance Coverage; Trade Secret Misappropriation; Deceptive Trade Practices; Mediation; Arbitration

**Admitted:** 1992, Connecticut; 1993, U.S. District Court, District of Connecticut; 1998, U.S. Court of Appeals, Second Circuit; 1999, U.S. Tax Court

**Law School:** Harvard Law School, J.D., cum laude, 1992

**College:** California Institute of Technology, B.S., cum laude, 1988

**Member:** New Haven County, Connecticut (Member, Litigation Section) and American Bar Associations.

**Born:** Meriden, Connecticut, April 25, 1966

**ISLN:** 900921566

**Web Site:** http://www.bswlaw.com

LexisNexis·
Martindale-Hubbell®                    martindale.com

🖶 Print          ☒ Close Window

## Private Practice Lawyer Profile for Carolyn W. Kone

**Carolyn W. Kone**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

AV Peer Review Rated

**Practice Areas:** Federal Litigation; Complex Business Litigation; Municipal Law; Employment Law; Employment Litigation; Mediation; Foreclosures; Probate Litigation; Civil Rights Litigation; Administrative Law; Civil Appeals

**Admitted:** 1975, Connecticut; 1977, U.S. District Court, District of Connecticut; 1980, New York and U.S. Court of Appeals, Second and Third Circuits

**Law School:** Boston University, J.D., 1975

**College:** Barnard College, B.A., magna cum laude, 1972

**Member:** New Haven County (Co-Chair, Public Service Committee) and Connecticut Bar Associations.

**Biography:** Instructor, University of Bridgeport School of Law, 1980-1984. City of New Haven Assistant and Deputy Corporation Counsel, 1984-1990. Attorney Trial Referee for the Connecticut State Judicial Department, Hearing Examiner Commission on Human Rights and Opportunities, 1982-1997. Former Vice President and Member, Board of Directors, Congregation Beth El Keser Israel. Former Member, Board of Directors, New Haven Preservation Trust. Fellow, Connecticut Bar Foundation.

**Born:** New Haven, Connecticut, March 16, 1950

**ISLN:** 905783923

**Web Site:** http://www.bswlaw.com

LexisNexis·
Martindale-Hubbell®

martindale.com

🖨 Print          ☒ Close Window

## Private Practice Lawyer Profile for Marc A. Wallman, (P.C.)

**Marc A. Wallman, (P.C.)**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

AV Peer Review Rated

**Practice Areas:** Corporate; Real Estate; Business Transactions; Commercial Law; Health Care Law

**Admitted:** 1966, Connecticut; 1978, Florida

**Law School:** Yale University, LL.B., 1966

**College:** Queens College, B.A., 1963

**Member:** New Haven County, Connecticut and American (Member, Section on Business Law) Bar Associations; The Florida Bar.

**Biography:** Phi Beta Kappa.

**Born:** Queens, New York, December 31, 1942

**ISLN:** 902982947

**Web Site:** http://www.bswlaw.com

LexisNexis
Martindale-Hubbell®

martindale.com

🖶 Print          ☒ Close Window

## Private Practice Lawyer Profile for Donald W. Anderson, (P.C.)

**Donald W. Anderson, (P.C.)**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

**Practice Areas:** Trusts and Estates

**Admitted:** 1973, New York; 1982, Connecticut

**Law School:** Columbia University, J.D., 1972

**College:** Villanova University, B.A., cum laude, 1966

**Member:** New Haven County, Connecticut (Member, Sections on Trusts and Estates) and New York State (Member, Sections on: Trusts and Estates) Bar Associations.

**Biography:** Harlan Fiske Stone Scholar.

**Born:** Chicago, Illinois, September 16, 1944

**ISLN:** 909442840

**Web Site:** http://www.bswlaw.com

**LexisNexis**
Martindale-Hubbell®

martindale.com

⊞ Print          ⊠ Close Window

## Private Practice Lawyer Profile for Mitchell S. Jaffe, (P.C.)

**Mitchell S. Jaffe, (P.C.)**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

AV Peer Review Rated

**Practice Areas:** Commercial Real Estate; Commercial Leasing; Telecommunications Real Estate; Real Estate Finance; Condominium Law; Loan Workouts; Real Estate Transactions

**Admitted:** 1979, Connecticut

**Law School:** New York University, J.D., 1979

**College:** Harpur College, State University of New York at Binghamton, B.A., 1976

**Member:** Connecticut (Member: Executive Committee, Real Property Section) and American Bar Associations.

**Biography:** Phi Beta Kappa; Phi Sigma Alpha. President, Student Bar Association. Member, Moot Court Board. Member, Board of Directors, 1983-1990 and President, 1988-1990, Connecticut Chapter, Community Associations Institute. Member, Connecticut Chapter, Real Estate Finance Association.

**Born:** Brooklyn, New York, September 26, 1955

**ISLN:** 906209613

**Web Site:** http://www.bswlaw.com

LexisNexis®
Martindale-Hubbell®

martindale.com

🖶 Print          ☒ Close Window

## Private Practice Lawyer Profile for Samuel M. Hurwitz

**Samuel M. Hurwitz**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

BV Peer Review Rated

**Practice Areas:** Taxation; Estate Planning; Business Law; Corporate Law; Partnership Law

**Admitted:** 1983, Connecticut; 1984, U.S. Tax Court and 1996, U.S. District Court, District of Connecticut

**Law School:** Stanford University, J.D., 1983

**College:** Columbia University, B.A., magna cum laude, 1976

**Member:** New Haven County, Connecticut (Member, Tax Section) and American (Member, Taxation Section; Business Law Section) Bar Associations.

**Biography:** Phi Beta Kappa. Order of the Coif.

**Born:** New Haven, Connecticut, November 8, 1953

**ISLN:** 906286157

**Web Site:** http://www.bswlaw.com

LexisNexis·
Martindale-Hubbell·

martindale.com

🖨 Print            ⊠ Close Window

## Private Practice Lawyer Profile for Jennifer Dowd Deakin

**Jennifer Dowd Deakin**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

**Practice Areas:** Business Law; Commercial Law; Contracts; Corporate Law;
Employment Law; Health Care; Intellectual Property

**Admitted:** 1993, Massachusetts; 1994, Connecticut

**Law School:** Boston College, J.D., cum laude, 1993

**College:** Boston College, B.A., summa cum laude, 1990

**Biography:** Phi Beta Kappa; Order of the Coif. Executive Editor, Boston College Law
Review. Author: "A Selective View of History: Feist Publications, Inc. v. Rural Telephone
Services, Inc. ," B.C.L.Review, December, 1992. Law Clerk to Justice Joette Katz,
Connecticut Supreme Court, 1993-1994.

**Born:** Torrington, Connecticut, February 9, 1968

**ISLN:** 909701718

**Web Site:** http://www.bswlaw.com

**LexisNexis**
Martindale-Hubbell®

martindale.com

🖨 Print          ☒ Close Window

## Private Practice Lawyer Profile for Sharon Kowal Freilich

**Sharon Kowal Freilich**
Of Counsel
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

**Practice Areas:** Pension Law; Employee Benefits Law; Intellectual Property; Corporate Law; Securities Law

**Admitted:** 1980, District of Columbia; 1981, Georgia; U.S. District Court, Southern District of Georgia; U.S. District Court, District of Connecticut; U.S. Court of Appeals, Eleventh Circuit; 1986, Connecticut

**Law School:** George Washington University, J.D., 1980

**College:** George Washington University, B.A., 1977

**Member:** Connecticut Bar Association; The District of Columbia Bar; State Bar of Georgia.

**Biography:** Instructor, Law and Medicine, Augusta College, 1981-1982. Adjunct Professor, University of Hartford, Deferred Compensation, 1993-1995. Director: Greater Hartford Jewish Federation, 1996-2002; Commission on Jewish Education of Greater Hartford, 1995-2000; Anti-Defamation League, 1991-1997; Connecticut State Chairperson for A World of Difference Campaign, 1992-1995. Director, Bess and Paul Sigel Hebrew Academy of Greater Hartford, 1997—. Director, Hebrew High School of New England, 2004—. Member, West Hartford School Board Ad Hoc Committee on the Recognition of religious holidays in the public schools, 1989.

**Born:** Rochester, New York, November 7, 1956

**ISLN:** 907269876

**Web Site:** http://www.bswlaw.com

LexisNexis·
Martindale-Hubbell®

martindale.com

🖷 Print          ☒ Close Window

## Private Practice Lawyer Profile for Kenneth Rosenthal

**Kenneth Rosenthal**
Member
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue, P.O. Box 1746
New Haven, Connecticut 06507-1746
(New Haven Co.)

Telephone: 203-772-2600
Facsimile: 203-562-2098

AV Peer Review Rated

**Practice Areas:** Commercial Litigation; Business Disputes; Tax Litigation; Financial Fraud; Criminal Defense; White Collar Crime

**Admitted:** 1978, Connecticut; 1979, U.S. District Court, District of Connecticut and U.S. Tax Court

**Law School:** University of Connecticut, J.D., with high honors, 1978

**College:** Yale University, B.A., cum laude, 1967

**Member:** Connecticut Bar Association (Member, Committee on Liaison with Accountants).

**Biography:** Author: "Prosecutor Misconduct, Convictions and Double Jeopardy," 71 Temple Law Rev. 887, (1998); "Connecticut's New Preliminary Hearing," 5 Bridgeport L. Rev. 1 (1983); "New Appellate Court System," 9 Conn. L. Trib. No 37. p. 1 (Sept. 12, 1983).

**Born:** Tallahassee, Florida, September 25, 1944

**ISLN:** 902003376

**Web Site:** http://www.bswlaw.com