UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                      Plaintiff                  **CIVIL ACTION NO.
                                                              3:00CV835 (CFD)**

            V.

MOSTAFA REYAD AND WAFA REYAD
                      Defendants

                                                      **DATE: NOVEMBER 30, 2006**

## **DEFENDANTS' MOTION FOR SANCTIONS**

Defendant Mostafa Reyad and Co-Defendant Wafa Reyad respectfully move this Court to Order Sanctions, against Plaintiff IndyMac, Bank, F.S.B., Attorney David R. Schaeffer, and Attorney Rowena A. Moffett. Plaintiff and the two named attorneys abused the process and have committed Fraud Upon the United States caused Defendants unlawful substantial damages should be Sanctioned by whatever deem proper under the circumstances. For reasons stated in the accompanied memorandum of law, Defendants' Motion For Sanctions should be Granted as a matter of law.

1

2

The Defendant                                    The Defendant
Mostafa Reyad                                    Wafa Reyad


By: _____                       By:_____
   Mostafa Reyad                                   Wafa Reyad
   2077 Center Ave # 22D                            2077 Center Ave # 22D
   Fort Lee, NJ 07024                               Fort Lee, NJ 07024
   Day Phone. 203-325-4100                          Home Phone. 201-585-0562
   Home Phone. 201-585-0562


## CERTIFICATE OF SERVICE

The undersigned certifies that on the caption date of this document, he mailed a

true and correct copy to Attorney David R. Schaefer at 271 Whitney Avenue,

New Haven, CT 06511.


                                                                                       _____
                                                                                          Mostafa Reyad