UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., | CIVIL ACTION NO. |
| Plaintiff, | 3:00CV835 (CFD) |
| v. | |
| MOSTAFA REYAD AND WAFA REYAD | November 22, 2006 |
| Defendants. | |

## DECLARATION OF FRANK COULOM

I, Frank Coulom, declare as follows:

1. I am a partner of the law firm of Robinson & Cole LLP, located at 280 Trumbull Street, Hartford, Connecticut 06103-3597. I have been practicing law in Connecticut and in this District at Robinson & Cole for over 22 years. My practice includes complex commercial litigation matters such as the above captioned matter. Attached hereto as **Exhibit A** is my Martindale Hubbell lawyer profile.

2. I provide this Declaration in connection with the request by Plaintiff IndyMac Bank, F.S.B. ("IndyMac") for the award of its attorney's fees and expenses incurred in connection with the prosecution of IndyMac's claims against the Defendants Mostafa Reyad and Wafa Reyad (collectively, the "Defendants").

3. I have been involved for at least 15 years in periodically adjusting my firm's rates and in monitoring the billing rates of other firms in this region and elsewhere. In our Hartford office, hourly rates for litigators with the experience and skills of the BSW

attorneys who handled this matter are in the range of $175.00 to $500.00, depending on the particular matter and area of expertise.

4. I have reviewed the Declaration of David R. Schaefer dated November 20, 2006, setting forth the attorney's fees and expenses charged by Brenner, Saltzman & Wallman LLP ("BSW") in connection with the prosecution of IndyMac's claims against the Defendants. I also have reviewed the Memorandum of Decision (Doc. #466) issued by the Court following the bench trial of this action. Based upon my experience, the billing rates referenced in the Declaration of David R. Schaefer are reasonable and appropriate to the type and complexity of the case and are comparable to or more economical than the hourly rates charged by attorneys of similar experience in suits of this type in this market.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at Hartford, Connecticut, this 22nd day of November, 2006.

_____
Frank Coulom, Esq.

Subscribed and sworn to before me
This 22nd day of November, 2006.

_____
Notary Public
My Commission Expires:

MARY ANN ZUP
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2008

2



🖨 Print          ☒ Close Window

## Private Practice Lawyer Profile for Frank F. Coulom, Jr.

**Frank F. Coulom, Jr.**
Partner
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
(Hartford Co.)

Telephone: 860-275-8276
Fax: 860-275-8299



**Practice Areas:** Litigation; Reinsurance; Insurance

**Admitted:** 1982, Connecticut, New York and Pennsylvania; 1984, U.S. District Court, District of Connecticut; U.S. Court of Appeals, Second Circuit; U.S. District Court, Eastern District of Pennsylvania

**Law School:** St. John's University, J.D., 1981

**College:** St. Anselm College, B.A., summa cum laude, 1976

**Member:** Connecticut Bar Foundation

**Biography:** Editor-in-Chief, St. John's Law Review. Clerk, Honorable Alfred L. Luongo, Chief Judge, U.S. District Court, Eastern District of Pennsylvania, 1981-1983.

**ISLN:** 908163678

**Web Site:** http://www.rc.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, this 28th day of November, 2006 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024.

Rowena A. Moffett (ct19811)