UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                  Plaintiff                    **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                 Defendants

                                                            **DATE: MARCH 8, 2007**

_____

## **MOTION TO DISMISS PURSUANT TO ARTICLE III**

      Defendant Mostafa Reyad hereby respectfully moves the Court pursuant to Article III of the United States Constitution to Dismiss Plaintiff's complaint or in the alternative Dismiss certain parts of this Court Decision dated July 26, 2006, that specific parts related to Plaintiff's alleged damages, stated by Plaintiff and never provide evidence to support it. Defendant herein reiterate his prior pleadings, that, the stated damages never existed, and Plaintiff never demonstrate its source or nature. Plaintiff requested damages in the amount of $ 243,849.78, and the Court Decision has adopted Plaintiff request notwithstanding the fact, that, Plaintiff provided evidence only for the amount $ 66,407.57. In any event, Pursuant to Article III Plaintiff is entitled only to $ 66,407.57 and no more, if all other conditions warrant, however, Defendant well pleded the same issue in "Defendants proposed findings of fact and conclusion

1

of law" dated June 16, 2005 (Doc # 458) p. 59-62, but Defendant did not invoke Article III.

Defendant hereby does not waive any right or defense priorly submitted to the Court, however, upon review, this Court would adjust its Decision as a matter of law and as a matter of fairness, Defendant is entitled to a Court hearing upon the instant motion.

    The Defendant
    Mostafa Reyad

By: _____
    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Home Phone # 201-585-0562
    Day Phone # 203-325-4100
    Email: Reyad@optonline.net

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511 and hand delivered to Wafa Reyad.

                              _____
                                Mostafa Reyad