UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------x
INDYMAC MORTGAGE HOLDINGS, INC. :
and INDYMAC, INC., :
: CIVIL ACTION NO.
Plaintiffs, : 3:00-cv-835 (CFD)
:
-against- :
:
MOSTAFA REYAD and WAFA REYAD, :
:
Defendants. :
----------------------------------x

### RULING AND ORDER ON MOTION FOR DISCLOSURE OF PROPERTY AND MOTION FOR PREJUDGMENT REMEDY

After reviewing the plaintiffs' papers, and after a hearing on the pending motions before the Court on May 16, 2000, the Court hereby GRANTS the plaintiffs' motion for disclosure of property (Doc. #5) and GRANTS the plaintiffs' motion for a prejudgment remedy (Doc. #6). For the reasons stated on the record, the Court concludes that the plaintiffs have sustained their burden of showing that, under Conn. Gen. Stat. § 52-278d(a), there is probable cause that a judgment in the amount of the prejudgment remedy sought will be rendered in the plaintiffs' favor, taking into consideration the defenses available to the defendants. In particular, the Court finds that there is probable cause to believe that Mr. Reyad, either personally or through his agents or his employees, engaged in fraudulent activities. Moreover, the Court finds that the plaintiffs have demonstrated there is a reasonable basis for the amount of their damages.

Consequently, the Court enters a prejudgment remedy in the amount of $1,600,000.00 against each of the defendants. This

order is not a judgment and will not affect the merits of the defendants' claims or defenses in this case. Additionally, the prejudgment remedy can be modified or withdrawn by the Court, upon an appropriate motion or stipulation of the parties. Furthermore, the Court will leave in place the temporary restraining order issued by District Judge Christopher Droney. Judge Droney had ordered the defendants to restrain from transferring or otherwise disposing of their property out of the ordinary course of business. This does not mean, however, that the defendants are precluded from engaging in their business. Rather, the defendants are permitted to use their bank accounts to conduct their business. The defendants are further permitted to use money from their bank accounts to pay for reasonable living expenses, and to retain counsel if they have not done so already.

Additionally, the plaintiffs' motion to disclose property is GRANTED, and thus the defendants must disclose property in which each or both of them has an interest or debts owing to either or both of them sufficient to satisfy the prejudgment remedy. On or before May 26, 2000, the defendants must appear at the offices of plaintiffs' counsel, Brenner, Saltzman & Wallman, to answer questions under oath in a deposition. The parties must cooperate in scheduling a mutually convenient date. The scope of the deposition will be limited to disclosure of the existence, location, and extent of each of Mr. and Mrs. Reyad's interest in property, or debts owing to each or both of them, sufficient to

2

satisfy the prejudgment remedy.

Finally, the defendants must either file an appearance to proceed pro se, or must obtain counsel to represent them and have their counsel file an appearance on or before Friday, May 26, 2000. Pursuant to Local Rule 7(b), the defendants must also notify opposing counsel of their representation. Failure to have an appearance filed on their behalf, or failure to notify opposing counsel, may result in the rendering of judgment by default against the defendants, pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(C).

So ordered this 17th day of May 2000, at Bridgeport, Connecticut.

                                              William I. Garfinkel
                                              U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) <br><br><br> MAY 16, 2000 |

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, Fleet Bank, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom

and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 17 day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing
is a true copy ...
on file ...                5/17/00

KEVIN F. ROWE
Clerk
By: C Warren
Deputy Clerk

I hereby ... that the foregoing
is a ... the ... ent
on ...              5/1/06

By: _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) |
| v. | |
| MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | MAY 16, 2000 |

**WRIT OF GARNISHMENT**

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, Hudson United Bank, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding sentence, garnishee, at the time of service, may disclose to the officer serving this

Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 17 day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/17/00

By _____

I hereby [illegible] 5/1/06

By _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) <br><br><br> MAY 16, 2000 |

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, Aenta Life Insurance Annuity Company, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding

sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this _17_ day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing
is a true copy of the original document
on file. Date: _5/17/00_

KEVIN F. ROWE
Clerk
By _C. Wayne_____
Deputy Clerk

I hereby certify that the foregoing
is a ___ ___ ___ document
on ___ _6/1/00_

By _____
Deputy Clerk

o:\files\drs\indymac\reyad\writ.doc\10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC.,<br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MOSTAFA REYAD and WAFA REYAD,<br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>3:00 CV 835 (CFD)<br><br><br><br>MAY 16, 2000 |

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, New England Financial Annuities, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding sentence, garnishee, at the time of service, may disclose to the officer serving this

o:\files\drs\indymac\reyad\writ.doc\11

Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 17th day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/17/00

KEVIN F. ROWE
Clerk
By_____C. Wau_____
Deputy Clerk

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/1/06

By_____
Deputy Clerk

o:\files\drs\indymac\reyad\writ.doc\12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, <br> v. <br> MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | CIVIL ACTION NO. 3:00 CV 835 (CFD) <br><br> MAY 16, 2000 |

**WRIT OF GARNISHMENT**

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, American Express Financial Advisors, Inc. d/b/a IDS, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding

o:\files\drs\indymac\reyad\writ.doc\5

sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 17 day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/17/00
KEVIN F. ROWE
Clerk
By: C. Warren
Deputy Clerk

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/14/06
KEVIN F. ROWE
Clerk
By: _____
Deputy Clerk

o:\files\drs\indymac\reyad\writ.doc\6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br>                                  Plaintiffs, <br> v. <br> MOSTAFA REYAD and WAFA REYAD, <br>                                  Defendants. | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) <br><br><br> MAY 16, 2000 |

**WRIT OF GARNISHMENT**

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, VALIC, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its _____ property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding sentence, garnishee, at the time of service, may disclose to the officer serving this

o:\files\drs\indymac\reyad\writ.doc\7

Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 12th day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/17/00

KEVIN F. ROWE
Clerk

By _____
Deputy Clerk

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/1/06

KEVIN F. ROWE
Clerk

By _____
Deputy Clerk

o:\files\drs\indymac\reyad\writ.doc\8

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) |
| v. | |
| MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | MAY 16, 2000 |

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, The Equitable a/k/a The Equitable Life Assurance Society of the United States, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding

o:\files\drs\indymac\reyad\writ.doc\13

sentence, garnishee. at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this ___ day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/11/00

KEVIN F. ROWE
Clerk

By_____
Deputy Clerk

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/11/06

KEVIN F. ROWE

By_____
Deputy Clerk

o:\files\drs\indymac\reyad\writ.doc\14

Issued
6/6/00
Bridgeport

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, <br> v. <br> MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) <br><br> JUNE 6, 2000 |

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garnish to the value of $1,600,000, IDS Life Insurance Company, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the

o:\files\mwk\garnish1.doc

officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 6th day of June, 2000.

_____
Magistrate Judge William I. Garfinkel

A True Copy
ATTEST

KEVIN F. ROWE
Clerk, U.S. District Court

By: C. Warren
   Deputy Clerk

I hereby certify that the foregoing
is a true copy of the original document
on file in this office.

5/11/06

By: _____
   Deputy Clerk