UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**CIVIL ACTION NO.
3:00CV835 (CFD)**

**DATE: APRIL 6, 2007**

### DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DISMISS PURSUANT TO ARTICLE III

     Defendant Mostafa Reyad hereby, respectfully submits Reply to "Plaintiff's Opposition to Motion is pursuant to Article III", dated March 29, 2007 (Doc # 491). Plaintiff fails to proffer any fact or evidence, and fails to state any legal defense to Defendant's motion. Plaintiff's failure is the legal ground to Grant Defendant's motion.

     Plaintiff stating that Defendant raises argument again relying on Article III. Defendant's motion is pursuant to Fed. R. Civ. P. 12(b)(1) and Rule 12(h)(3), it must be filed in a separate motion in compliance with the Second Circuit Laws, which mandates well pleadings in any issue to be raised. Defendant's motion is heavily relies on "the irreducible constitutional minimum standing" established by

1

**Lujan** 504 U.S. 555, 560-61, and the injury-in-fact must be concrete and particularized. Here, in this action, Plaintiff proffer evidence for 10 loans, and a statement for the remaining 23 loans without any evidence. At the trial date on April 6, 2004, Plaintiff provided false evidence of damages in the amount of $ 66,407.57 for 10 loans, these 10 loans performed as required, no loan was delinquent in any payment, and the $ 66,407.57 was the result of escalation of interest rate higher than the notes rate delivered to the individual borrowers. Defendant raised that defense after the Court Ruled awarding Plaintiff the damages of $ 243,849.78 in its Order dated July 26, 2006 (Order $ 466). Plaintiff's opposition at p. 1 stating that Plaintiff has respond to Article III in Plaintiff's Post-Trial Memorandum dated December 21, 2004 (Doc # 441), certainly, Plaintiff's statement impossible to be correct. In fact, Plaintiff never respond to Article III, even after Defendant raised that defense. The law is clear, no evidence of injury-in-fact, concrete and particularized, there will be no jurisdiction, as the case before the Court.

Defendant reiterate all his defenses in motion to dismiss pursuant to Article III.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Avenue # 22D
Fort Lee, NJ 07024
Home Phone # 201-585-0562
Day Phone # 203-325-4100
Email: Reyad@optonline.net

## CERTIFICATE OF SERVICE

The undersigned certifies that he mailed on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511 and hand delivered to Wafa Reyad.

_____
Mostafa Reyad