UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
               Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
            Defendants

**DATE: APRIL 25, 2006**

_____

### DEFENDANT'S 60(B)(3) MOTION

Defendant Mostafa Reyad, respectfully moves this Court for relief of the Final Judgment Ordered on April 23, 2007 (Ordered # 494) pursuant to Fed. R. Civ. P. 60(b)(3). The final judgment affirmed its Order dated July 26, 2006 (Ordered # 466), which was not final order pursuant to Rule 60(b)(3). The instant motion is Defendant's relief from both Orders; # 466 and # 494.

This action is based on fraudulent claims, supported by perjured affidavit. Defendant repeatedly moved this Court raising the issue of perjury of the affidavit filed by Brian E. Ainsle on May 8, 2000 (Doc # 10). **See** motion docket # 160 dated August 17, 2001, and motion docket # 240 dated July 7, 2002, **see** also Judicial Notice dated September 8, 2005,(Doc # 463) Todate, this threshold

motion is pending, it is the evidence of Plaintiff's fraud, which caused Defendant

substantial damages, and ended by an Unfair Trial on false evidence.


     For reasons stated herein and in the accompanied Memorandum, the

Honorable Court should impartially Rules on the instant motion and Grant

Defendant motion # 240, and relief Defendant from both orders # 466 and #494 ,

as a matter of law.

The Defendant
Mostafa Reyad


By:   /ss/
     Mostafa Reyad
     2077 Center Avenue # 22D
     Fort Lee, NJ 07024
     Home Phone # 201-585-0562
     Day Phone # 203-325-4100
     Email: Reyad@optonline.net


## **CERTIFICATE OF SERVICE**


The undersigned certifies that on April 25, 2007 has emailed this document  to:


1.  David R. Schaeffer, Esq.
    rmoffett@bswlaw.com


and delivered by hand a true copy of the same to Wafa Reyad


                                          Mostafa Reyad