UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| INDYMAC BANK, F.S.B.<br>　　　　　　　　　Plaintiff<br><br>V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>　　　　　　　　　Defendants | **CIVIL ACTION NO.**<br>**3:00CV835 (CFD)**<br><br><br><br><br>**DATE: APRIL 27, 2006** |

# ORAL ARGUMENT IS REQUESTED
# TESTIMONY IS REQUESTED

### DEFENDANT'S 59 MOTION

    Defendant Mostafa Reyad, hereby respectfully moves the Court pursuant to Fed. R. Civ. P. 59 for a partial New Trial on the evidence provided by Plaintiff on the Trial held on April 6 & 7, 2004. Defendant had this request before **see** Docs # 369,381 and 382, dated April 14, May 6 and May 11, 2004 respectively. The Court Denied the said three motions. Plaintiff opposed the motions and Defendant's affidavit claiming that prejucial, dated May 14, 2004 (Doc # 382), the Court Denial for the said three motions without opinion or memorandum blocked Defendant to proceed for reconsideration, however, Defendant well pled his claim of forgery committed by Plaintiff in "Defendants' proposed findings of facts and conclusion of law" dated June 16, 2005 (Doc # 458) p. 49.

Defendant hereby, also moves the court pursuant to Fed. R. Civ. P. 52(b). Rule 52(b) allows later questioning the evidence, and Rule 59 (c) allows serving affidavit and obligated the other party to respond by opposing affidavit.

**CONCLUSION**

The Honorable Court should Grant this motion and schedule a hearing on the evidence, as a matter of law.

The Defendant
Mostafa Reyad


By:   /ss/
    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Home Phone # 201-585-0562
    Day Phone # 203-325-4100
    Email: Reyad@optonline.net


## **CERTIFICATE OF SERVICE**


The undersigned certifies that on April 27, 2007 has emailed this document to:


1. David R. Schaeffer, Esq.
   rmoffett@bswlaw.com


and delivered by hand a true copy of the same to Wafa Reyad


                           Mostafa Reyad