UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

CIVIL ACTION NO.
3:00CV835 (CFD)

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

DATE: APRIL 27, 2006

**DEFENDANT'S MEMORANDUM IN SUPPORT OF 59 MOTION**

      This is Defendant's Mostafa Reyad Memorandum of law in support of Defendant's 59 Motion. Fed. R. Civ. P. 59; subdivision (a) stipulates "the court may open the judgment if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new findings and conclusions, and direct the entry of a new judgment "; subdivision (b) "Any motion for a new trial shall be filed no later than 10 days after entry of the judgment"; and subdivision (c) stipulates "when a motion for new trial is based upon affidavits, they shall be filed with the motion. The opposing party has 10 days after service to file opposing affidavits . . . ". Rule 52 (b) stipulates "…. The motion may accompy a motion for new trial under Rule 59.

1

Defendant requesting a hearing pursuant to Rule 59 and Rule 52 upon partial new trial on the evidences provided by Plaintiff on the Trial held on April 6 & 7, 2004, Defendant attached hereto affidavit under penalty of perjury, swearing that Plaintiff has committed fraud upon the Court, and provided forged evidence and false perjured testimony.

Mr. Ainslie, the witness on the stand at Trial and Attorney Schaeffer, both testified and falsely claimed that they have the originals of the exhibits acknowledged by the Court, those exhibits are:

I. Ten (10) Verifications of Deposits:
Plaintiff's Exhibits # 47, 49, 51, 53, 62, 64, 66, 68, 70, 72
All the above ten (10) Plaintiff's Exhibits are forged no original for examination for any of the ten documents.

II. Three (3) Credit reports
Plaintiff's Exhibits 78, 80, 82
None was original .

Plaintiff purposely hides the original documents presented for acknowledgment. Plaintiff correctly holding original files, inwhich Plaintiff holds those original documents, but he presents only altered documents in the form of copies. Plaintiff has committed perjury, forgery and fraud upon the Court.

The issue here is the perjury and the forgery, and fraud upon the Court, because Ainslie and Schaefer testified to the Court that they are reading from original documents. It is simple task, if there is no perjury, and Mr. Schaeffer has the originals of the copies provided to the Court, he can bring it to the Court or

even call Defendant to examine it in his office. If Mr. Schaeffer does not want to show and disclose the original documents, it is the concrete evidence that he committed serious misrepresentations punishable by law, justice mandates the opening of the judgment. Defendant also reiterated prior pleadings, asking the Court to compensate Defendant for acts committed caused Defendants substantial damages.

The Defendant
Mostafa Reyad

By:   /ss/
    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Home Phone # 201-585-0562
    Day Phone # 203-325-4100
    Email: Reyad@optonline.net

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 27, 2007 has emailed this document to:

1. David R. Schaeffer, Esq.
   rmoffett@bswlaw.com

and delivered by hand a true copy of the same to Wafa Reyad

                                                          Mostafa Reyad