UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**DATE: APRIL 27, 2006**

## MOSTAFA REYAD'S SWORN AFFIDAVIT

I, the undersigned, Mostafa Reyad, at the age of 65, citizen of the United States and citizen of the State of New Jersey, resides at 2077 Center Ave # 22D, Fort Lee, NJ 07024, swear and declare under penalty of perjury under the laws of the United States to the following facts occurred on April 6, and April 7, 2004 at the Trial held for the above captioned case, before the Honorable Christopher F. Droney. U.S.D.J. of the Federal District Court, District of Connecticut at Hartford.

1. Plaintiff, through his two attorneys, David R. Schaeffer and Rowena A. Moffett, running the testimony of Plaintiff's witness Brian E. Ainslie, the employee of IndyMac Bank F.S.B., acknowledging Plaintiff's exhibits, had provided documents claiming falsely, that, those documents had been provided by the undersigned to the dismissed Plaintiff, namely IndyMac, Inc.

1

2. On April 6, 2004, the undersigned noticed that, Plaintiff's exhibits # 70 "Request for Verification for Heraquido Silva" has the evidence of forgery committed by Plaintiff. The undersigned requested to examine the document to show the Court the evidence of the forgery. The Bank witness testified that the signature is her signature, but the contents has not completed by her. The document bearing the stamp of People's Bank, a Connecticut State Bank. The undersigned requested the original, the witness claimed that he does not know where is the original, in addition the witness prepared Plaintiff's exhibit # 40A stating that the loan for Heraquido Silva was financed by another lender, which is a false statement, because IndyMac Bank called Mr. Silva and offered him refinance the same loan and granted him a new loan. The undersigned could not provide the evidence of Plaintiff forgery due to the absence of the original document, because the original document will show the alternation if any, and may show who did the alternation. The Honorable Judge Directed Plaintiff to present the original documents.

3. On April 7, 2004, Mr. Schaeffer continued the testimony of Mr. Ainslie, falsely claiming that, they are holding the original documents. Plaintiff was successful in his misrepresentation. No original document acknowledged by the Court ever came to the Court.

4. Plaintiff provided all Verifications of Deposits forged by Plaintiff. Plaintiff is the only entity can benefit from it to resell those loans at a higher pricing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Mostafa Reyad

Notary Stamp
Marion L. Miller
Commission Expires   09/30/07

The Defendant
Mostafa Reyad


By:   /ss/
    _____
    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Home Phone # 201-585-0562
    Day Phone # 203-325-4100
    Email: Reyad@optonline.net


## CERTIFICATE OF SERVICE


The undersigned certifies that on April 27, 2007 has emailed this document  to:


1. David R. Schaeffer, Esq.
   rmoffett@bswlaw.com


and delivered by hand a true copy of the same to Wafa Reyad


                                                            _____
                                                              Mostafa Reyad