UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B | : | |
|     Plaintiff | : | Civil No.: 3:00CV835 (CFD) |
|     v. | : | |
| | : | |
| MOSTAFA REYAD | : | |
| WAFA REYAD | : | |
|     Defendant | | |

## **JUDGMENT**

    This action came to trial by the court, before the Honorable Christopher F. Droney, United States District Judge. The issues having been tried and in accordance with the Court's July 26, 2006 Memorandum of Decision the Court found the defendants jointly and severally liable and awarded the plaintiff IndyMac attorney's fees and costs in the amount of $291,316.84 and punitive damages in the amount of $487,699.56, and further

    On April 23, 2007 the Court filed its Memorandum of Decision Regarding Punitive Damages and Attorney's fees. The final amount of prejudgment interest through the present date, April 23, 2007, is $143,981.94. In addition to the Court's original award of $243,849.78 in compensatory damages, the total amount awarded is $1,166.848.12. Mostafa and Wafa Reyad are jointly and severally liable for $679,148.56, and Mostafa Reyad is solely liable for $487,699.56 it is therefore

    ORDERED, ADJUDGED and DECREED that final judgment be and is hereby entered against Wafa Reyad and Mostafa Reyad for $679,148.56, for which they are jointly and severally liable, and further

    Judgment be and is hereby entered against Mostafa Reyad for an additional $487,699.56, for which he is solely liable.

Dated at Hartford, Connecticut, this 30th day of April, 2007.

              KEVIN F. ROWE

             By_____
              Devorah Johnson
              Deputy Clerk