UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00CV835(CFD) |
| | : | |
| v. | : | |
| | : | |
| MOSTAFA REYAD and WAFA REYAD, | : | MAY 22, 2007 |
| | : | |
| Defendants. | : | |

**MOTION FOR APPOINTMENT OF PERSON TO SERVE PROCESS**

Plaintiff moves this Court to appoint _____ Sanford Levine _____, a qualified

person over eighteen (18) years of age, residing in Woodbridge, Connecticut , and not

a party to or attorney in this action to serve papers, other than the summons and

complaint, in the above-entitled action for the reason that the United States Marshal's

Office no longer makes service of private process.  (See Rule 4.1, Fed. R. Civ. P.)

Dated at New Haven, Connecticut, this 22st day of May, 2007.

PLAINTIFF INDYMAC BANK, F.S.B.

By: _Rowena Moffett_____
Rowena A. Moffett (ct19811)
Brenner, Saltzman & Wallman LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT  06507-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: rmoffett@bswlaw.com

SO ORDERED:
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

Date: _May 23_, 2007

*Granted. So ordered. [signature] USDJ 6/25/07*

9W9087.DOC

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by

United States first-class mail, this 22[th] day of May, 2007 upon:


Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024.

Rowena A. Moffett (ct19811)

9W9087.DOC