UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                        Plaintiff         **CIVIL ACTION NO.**
                                          **3:00CV835 (CFD)**

        V.

MOSTAFA REYAD AND WAFA REYAD
                        Defendants
                                            **DATE: JUNE 25, 2007**
_____

## MOTION TO STAY JUDGMENT AND VACATE THE PREJUDGMENT REMEDY

    Defendant Mostafa Reyad hereby respectfully moves the Honorable Court to Stay the Judgment entered on April 30, 2007 (Doc # 497), pending Defendants' Appeal in the Second Circuit; docket # 07-2307-cv dated June 8, 2007, and Vacate the Prejudgment Remedy dated May 17, 2000 (Order # 13), and Vacate the Reduced Prejudgment Remedy dated April 30, 2004 (Order # 374). Plaintiff has failed to renew the Prejudgment Remedies Orders as mandated by California Law, as demonstrated in the accompanied Memorandum of Law.

    Defendant's instant motion should be Granted as a matter of law.

1

The Defendant
Mostafa Reyad


By:   /ss/ _____
      Mostafa Reyad
      2077 Center Avenue # 22D
      Fort Lee, NJ 07024
      Home Phone # 201-585-0562
      Day Phone # 203-325-4100
      Email: Reyad@optonline.net


## CERTIFICATE OF SERVICE


The undersigned certifies that on June 25, 2007 has emailed this document  to:


1. David R. Schaeffer, Esq.
   rmoffett@bswlaw.com


and delivered by hand a true copy of the same to Wafa Reyad


                                              _____
                                              Mostafa Reyad