UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                       Plaintiff           **CIVIL ACTION NO.**
                                                **3:00CV835 (CFD)**

        V.

MOSTAFA REYAD AND WAFA REYAD
                      Defendants
                                                **DATE: JULY 3, 2007**
_____

## AMENDED JOINT–NOTICE OF APPEAL

Notice is hereby given, that, Defendant Mostafa Reyad jointly with Co-Defendant Wafa Reyad, Appeal to the United States Court of Appeal For the Second Circuit, Amending their Joint-Notice of Appeal dated May 25, 2007 (Doc # 500), pursuant to FRAP; Rule 4 (B)(i); and Rule 4 (B)(ii), the said Defendants are Appealing the following Final Orders of Honorable Christopher F. Droney, U.S.D.J. of the District of Connecticut at Hartford:

1. The District Court Order dated June 25, 2007 (Order # 501) Denying [495] Motion ; Defendant's Rule 60 (b)(3) motion.

2. The District Court Order dated June 25, 2007 (Order # 501) Denying [496] Motion for New Trial ; Defendant's Rule 59 motion.

1

3. The District Court Order dated June 26, 2007(Order # 504); WRITS of Execution issued for Hudson United Bank, Fleet Bank n/k/a Bank of America, IndyMac Bank, F.S.B. as to Wafa Reyad and Mostafa Reyad.

The said Defendants have filed their Joint-Notice of Appeal on May 25, 2007, pursuant to FRAP Rule 4 (B)(i), the Joint-Notice of Appeal becomes effective to Appeal the Judgment in whole or in part, when the Orders disposing of Defendant's motions listed on Rule 4 (a)(4). In the instant Appeal; 1) Defendant's Rule 60 (b)(3) motion (Doc # 495); and 2) Defendant's Rule 59 motion (Doc # 496). The District Court Denied both motions on June 25, 2007,(Order # 501) and hence, the Joint-Notice of Appeal has been perfected and became effective on June 25, 2007, and the Jurisdiction of the instant action has moved and lied only under the Court of Appeal for the Second Circuit effective June 25, 2007. Thus, the District Court Order # 501 is the cut-off Jurisdiction of the District Court. Accordingly, any Order issued by the District Court after the transfer of Jurisdiction to the Appellate Court is beyond the Jurisdiction of the District Court, and is a Final Order immediate appealable as a matter of law.

Defendants hereby Appealing the Denials of the two motions; [Rule 60(b)(3) and Rule 59],( Doc # 495 and Doc # 496 respectively) and requesting nullifying the WRITS Order ( Order # 504).

The District Court lacks jurisdiction on Order # 504, and the WRITS of Execution must be nullified by the Court of Appeals as a matter of law.

|  |  |
|---|---|
| The Defendant<br>Mostafa Reyad | The Co Defendant<br>Wafa Reyad |

By: _____  By: _____
   Mostafa Reyad    Wafa Reyad
   2077 Center Ave # 22D    2077 Center Ave # 22D
   Fort Lee, NJ 07024    Fort Lee, NJ 07024
   Day Phone 203-325-4100    Home Phone 201-585-0562
   Home Phone 201-585-0562
   Email. Reyad@optonline.net    Email, Reyad@optonline.net