UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

INDYMAC BANK, F.S.B.
                       Plaintiff                          **CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                     Defendants
                                                  **DATE: JULY 5, 2007**

_____

## ORAL ARGUMENT IS REQUESTED

### MOTION TO INVALIDATE THE COURT CLERK WRIT OF EXECUTION

      Defendant Mostafa Reyad hereby respectfully moves the Honorable Court to Invalidate the District Clerk WRIT OF EXECUTION (APPLICATION), dated May 22, 2007, and June 26, 2007. As it reads on the instructions, p.2, 2nd para. "CLERK", the Clerk has to check the file . . . . It appears, that, the Clerk did not check the file, and did not check the information on the application of Plaintiff's attorney namely, Rowena A. Moffett, Esq. In sum the Clerk has issued non-authorized writ of execution must be invalidated.

### CONCLUSION

      The Honorable Court must Grant the instant motion, and Order the District Clerk and Attorney Moffett to invalidate the WRIT OF EXECUTION in its entirety.

1

Attorney Moffett shoud be sanctioned for her commitment of fraud upon the

United states.

The Defendant
Mostafa Reyad


By:   /ss/
     Mostafa Reyad
     2077 Center Avenue # 22D
     Fort Lee, NJ 07024
     Home Phone # 201-585-0562
     Day Phone # 203-325-4100
     Email: Reyad@optonline.net


## **CERTIFICATE OF SERVICE**


The undersigned certifies that on July 5 2007 has emailed this document to:


1. David R. Schaeffer, Esq.
   rmoffett@bswlaw.com


and delivered by hand a true copy of the same to Wafa Reyad


                                         Mostafa Reyad