UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff

**CIVIL ACTION NO.
3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants

**DATE: JULY 5, 2007**

**MEMORANDUM TO INVALIDATE THE COURT CLERK WRIT OF EXECUTION**

      This is the Memorandum of law in support of Defendant Mostafa Reyad's motion to invalidate, the District Clerk issuance of "WRIT OF EXECUTION (APPLICATION), signed by Deputy Clerk namely, "Basile F." dated May 23, 2007 and June 26, 2007. It appears to be, that, attorney Rowena A. Moffett defrauded the Clerk in her application relating to "the time for filing an appeal of the judgment has expired". Attorney Moffett should be sanctioned for her commitment of fraud upon the United States, it is not an honest mistake, and the Clerk made an error. The Court must invalidate the said WRIT in its entirety.

**JURISDICTION**

      The District Court certainly has the jurisdiction on the action, however, when a timely notice of appeal has been filed, jurisdiction over the action would

be transferred to the Court of Appeal. Most probably will transfer back to the District Court after affirmation or vacating of the judgment. In any event, during the appellate jurisdiction, the District Court has a limited jurisdiction, and may have no jurisdiction at all. Of course, the District Clerk has nothing to execute judgment during the appellate period, under any color of law The judgment was entered by the Clerk pursuant to Fed. R. Civ. P. Rule 58, and D. Conn. Local Rule 77.1. On April 30, 2007. Defendant filed two motions; 1) Defendant's Rule 60 (b)(3) motion dated April 25, 2007 (Doc # 495); and 2) Defendant's Rule 59 motion, dated April 27, 2007 (Doc # 496),and filed timely joint-notice of appeal on May 25, 2007, which does not have effect until Ruling upon the said two motions. On June 25, 2007 the Court Denied both motions and the effect of Defendants joint-notice of appeal is the cut-off date of the jurisdiction over the action, and the jurisdiction over the judgment has moved to the Appellate Court, effective June 25, 2007.

The Writ is invalid, and the District Clerk has erred twice:

1) The entry or endorsement of the Clerk dated May 23, 2007, and
2) The signature on the "Execution" dated June 26, 2007

The District Clerk made errors must be corrected as a matter of law, and attorney Moffett must be sanctioned.

The Defendant
Mostafa Reyad

By:  /ss/
    Mostafa Reyad
    2077 Center Avenue # 22D
    Fort Lee, NJ 07024
    Home Phone # 201-585-0562
    Day Phone # 203-325-4100
    Email: Reyad@optonline.net

### **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 5, 2007 has emailed this document to:

1. David R. Schaeffer, Esq.
   rmoffett@bswlaw.com

and delivered by hand a true copy of the same to Wafa Reyad

                              Mostafa Reyad