UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>                  Plaintiff<br><br>V.<br><br>MOSTAFA REYAD AND WAFA REYAD<br>            Defendants | **CIVIL ACTION NO.<br>3:00CV835 (CFD)**<br><br><br><br>DATE: JULY 16, 2007 |

### DEFENDANTS' MOTION FOR EXEMPTIONS

Defendant Mostafa Reyad and Co-Defendant Wafa Reyad, move this Court to Declare the following properties are exempted from execution, and declare the following properties are exempted from attachment, as a matter of law:

1. VALIC, the Variable Annuity Life Insurance Company account number 4550744, in the amount approximately $ 125,000.

2. EQUITABLE, the Equitable Life Assurance Society of the United States, Certificate number 98 501 734, in the amount approximately $ 150,000.

3. NEW ENGLAND, New England Financial, a Metlife Affiliate, contract number V 435143, in the amount approximately $ 27,000.

1

4. EQUITABLE, the Equitable Life Assurance Society of the United States, policy number PN 86 097 685, in the amount approximately $ 125,000.

5. EQUITABLE, the Equitable Life Assurance Society of the United States, policy number PN 86 108 388, in the amount approximately $ 140,000.

6. Bank of America, belongs to Mostafa Reyad up to $ 1,000.

7. Hudson United Bank, belongs to Wafa Reyad up to $ 1,000.

8. One car belongs to Mostafa Reyad, fair market value up to $ 1,500.

9. One car belongs to Wafa Reyad, fair market value up to $ 1,500.

**CONCLUSION**

For reasons supported by legal authorities demonstrated in the accompanying memorandum of law, the Honorable Court must Grant the instant motion, Declare the above properties are not subject to attachments or execution. The Court must award Defendants, interest rate of 10% per year for every year of the seven years of wrongful attachments. The total amount of the unlawful attachments is $ 567,000. In sum Defendants should be awarded the amount of $ 396,900 for the wrongful attachment. The Court upon recognition of the damages caused by wrongful attachments, must open the judgment and re-review Plaintiff's's award of attorney's fee, which includes false expenses related to insurance policies and insurance annuities, and modify the judgment as a matter of law and fair justice.

<table>
<tr><td>

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone 203-325-4100

</td><td>

The Defendant
Wafa Reyad

By: _____
Wafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Home Phone 201-585-0562

</td></tr>
</table>

### CERTIFICATE OF SERVICE

The undersigned certifies that he hand delivered on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
Mostafa Reyad