**Normal Form of Annuity (see Section 7.02):**

Life Period Certain Annuity Form

**Minimum Amount to be Applied for an Annuity (see Section 7.06) :**

$2,000, as well as minimum of $20 for initial annuity payment.

**Interest Rate to be Applied for Misstatement of Age or Sex (see Section 7.06):**

6% per year.

**Withdrawal Charge (see Section 8.01):**

6% of Contributions withdrawn, which were made in the current and 5 prior Contract Years. The amount of this Charge is subject to change for future Contributions; however, the amount will not exceed 8% of Contributions withdrawn nor will it apply to Contributions made earlier than the 12 Contract Years which precede the date of withdrawal.

The first-in, first-out basis described in Section 8.01 applies.

**Free Corridor Amount (see Section 8.01):**

10% of Annuity Account Value on the Transaction Date minus withdrawals made in the current Contract Year.

**No Withdrawal Charges will apply in these events:**

1. the Annuitant dies and a death benefit is payable to the beneficiary;
2. the receipt by us of a properly completed election form providing for the Annuity Account Value to be used to buy a life annuity as described in Section 7.03;
3. in the event any of these conditions apply:

   a. the Annuitant has qualified to receive Social Security disability benefits as certified by the Social Security Administration;

   b. you give us proof that the Annuitant's life expectancy is six months or less (such proof must include, but is not limited to, certification by a licensed physician);

   c. the Annuitant has been confined to a nursing home for more than 90 days as verified by a licensed physician. A nursing home for this purpose means one which is (i) approved by Medicare as a provider of skilled nursing care service, or (ii) licensed as a skilled nursing home by the state or territory in which it is located (it must be within the United States, Puerto Rico, U.S. Virgin Islands, or Guam and

meets all of the following:

- its main function is to provide skilled, intermediate or custodial nursing care;
- it provides continuous room and board to three or more persons;
- it is supervised by a registered nurse or practical nurse;
- it keeps daily medical records of each patient;
- it controls and records all medications dispensed; and
- its primary service is other than to provide housing for residents.

The withdrawal charge will apply with respect to a Contribution if the condition as described in this item (3) existed at the time the Contribution was remitted or if the condition began within the 12 month period following remittance.

**Administrative and Other Charges deducted from Annuity Account Value (see Section 8.02):**

The lesser of $30 or 2% of the Annuity Account Value including the amount of any withdrawals pursuant to Section 5.01 made during that year for the first two Contract Years, and $30 for each Contract Year thereafter. The amount may be increased to a maximum of $65 in accordance with Section 8.02. It will be withdrawn from the Investment Options on a pro-rata basis unless you designate otherwise.

No Administrative Charge will apply if the Annuity Account Value is more than $25,000.

Premium taxes are generally incurred at annuitization and a charge for such taxes will then be deducted from the Annuity Account Value. Some jurisdictions impose a premium tax at the time each Contribution is made.

If withdrawals are made as described in Section 5.01 prior to the Annuity Commencement Date, any applicable tax charges we have paid with respect to your Certificate will be deducted. If we have previously deducted charges for applicable taxes from Contributions, we will not again deduct charges for the same taxes on withdrawals on withdrawals, unless a change in applicable law has occurred.

**Daily Separate Account Charge (see Section 8.04):**

1.35%; this is subject to change as described in Sections 8.04 and 8.05, subject to a maximum of 2.00%. This Charge is for financial accounting and for death benefits, mortality risk expenses and expense risk that we assume.

**Part C - This part lists the terms which apply to the Market Value Adjustment Terms Endorsement.**

**Death Benefit Amount:** The larger of (a) the Annuity Account Value in Separate Account No. 48 and (b) the Guaranteed Period Amount.

**Transfer Rules (see Section 4.02):**

The minimum amount which may be transferred from the Guaranteed Period Amount, after the initial allocation, is $300 or the Guaranteed Period Amount, if less.

Transfers at Expiration Date (see item 1 of Endorsement): If no election is made with respect to amounts in the Guaranteed Period Account as of the Expiration Date, such amounts will be transferred into the Money Market Fund.

**MVA Formula (see item 3 of Endorsement):** The current rate percentage we use in item (c) of the formula is a maximum of 0.50%. If we are no longer offering new Guarantee Periods, we will use a rate equal to the most recent Moody's Corporate Bond Yield Average - Monthly Average Corporates, for the duration required, as published by Moody's Investor Services, Inc. If such Moody's rate is not available, a rate based on a substantially similar average will be used.

# PART I - DEFINITIONS

## SECTION 1.01 ANNUITANT

"Annuitant" means the individual shown as such in the Data pages, or any successor Annuitant.

## SECTION 1.02 ANNUITY ACCOUNT VALUE

"Annuity Account Value" means the sum of the amounts held for you in the Investment Options.

## SECTION 1.03 ANNUITY BENEFIT

"Annuity Benefit" means a benefit payable by us as described in Part VII.

## SECTION 1.04 ANNUITY COMMENCEMENT DATE

"Annuity Commencement Date" means the date on which annuity payments are to commence as described in Section 7.03. Such date is the date shown in the Data pages and is subject to change as described in Section 7.03.

## SECTION 1.05 BUSINESS DAY

A "Business Day" is any day on which we are open and the New York Stock Exchange is open for trading, or any other day specified in the Data pages. Our Business Day ends at 4:00 p.m., Eastern time, or such other time as we state in writing to you.

## SECTION 1.06 CASH VALUE

"Cash Value" means an amount equal to the Annuity Account Value, less any charges that apply as described in Part VIII and any charges that may apply as described in any applicable Endorsement(s).

## SECTION 1.07 CERTIFICATE

"Certificate" means this certificate including the Data pages and any endorsement(s). It is a summary of the Contract terms which affect you.

## SECTION 1.08 CODE

"Code" means the Internal Revenue Code of 1986, as amended at any time, or any corresponding provisions of prior or subsequent United States revenue laws.

## SECTION 1.09 CONTRACT

"Contract" means the Group Annuity Contract named in the Data pages. A copy of the Contract is on file with us. You may ask to see it at any reasonable time.

No. 941CA                                                                     Page 3

## SECTION 1.10 CONTRACT DATE

"Contract Date" means the earlier of (a) the date on which the Annuitant is enrolled under the Contract according to our enrollment procedures and (b) the date of enrollment under a prior Contract. Such date is shown in the Data pages.

## SECTION 1.11 CONTRACT YEAR

"Contract Year" means the twelve month period starting on (i) the Contract Date and (ii) each anniversary of the Contract Date, unless we agree to another period.

## SECTION 1.12 CONTRIBUTION

"Contribution" means a payment made to us under the Contract. See Section 3.01.

## SECTION 1.13 EMPLOYER

"Employer" means, if applicable, an employer as defined in an endorsement hereto.

## SECTION 1.14 GUARANTEED INTEREST RATE

"Guaranteed Interest Rate" means the effective annual rate(s) at which interest accrues on amounts in the Guaranteed Interest Account.

## SECTION 1.15 INVESTMENT FUND

"Investment Fund" means a sub-fund of a Separate Account. An Investment Fund may invest its assets in a separate class (or series) or shares of a specified trust or investment company where each class (or series) represents a separate portfolio in such trust or investment company.

## SECTION 1.16 INVESTMENT OPTION

"Investment Option" means the Guaranteed Interest Account, a Separate Account, or an Investment Fund of a Separate Account or, if described in an Endorsement hereto, each Guarantee Period in the Guaranteed Period Account (Separate Account No. 46).

## SECTION 1.17 OWNER

"Owner" means the person or entity shown as such in the Data pages, or any successor owner.

## SECTION 1.18 PLAN

"Plan" means, if applicable, the annuity program sponsored by the Employer and as may be defined in an endorsement hereto.

## SECTION 1.19 PRIOR CONTRACT

"Prior Contract" means another contract or certificate issued by us and from which the Owner and we have agreed to transfer amounts to this Contract.

## SECTION 1.20 PROCESSING DATE

"Processing Date" means the day(s) we deduct charges from the Annuity Account Value. The Data pages show how often a Processing Date will occur.

## SECTION 1.21 PROCESSING OFFICE

"Processing Office" means the Equitable administrative office shown on the cover page of this Certificate, or such other location we may state upon written notice to you.

## SECTION 1.22 SEPARATE ACCOUNT

"Separate Account" means any of the Separate Accounts (except our Separate Account No. 46) described or referred to in Sections 2.02 and 2.05.

## SECTION 1.23 TRANSACTION DATE

The Transaction Date is the Business Day we receive at the Processing Office a Contribution or a transaction request providing the information we need. Transaction requests must be in a form acceptable to us.

## PART II - INVESTMENT OPTIONS

### SECTION 2.01 GUARANTEED INTEREST ACCOUNT

Any amount held in the Guaranteed Interest Account becomes part of our general assets, which support the guarantees of the Contract and other contracts.

The amount in such Account at any time is equal to:

- all amounts that have been allocated or transferred to such Account, plus

- the amount of any interest credited, less

- all amounts that have been withdrawn (including charges) or transferred from such Account.

We will credit the amount held in such Account with interest at effective annual rates that we set. We will also set a minimum Guaranteed Interest Rate that will remain in effect through a stated twelve-month period or a calendar year. The Data pages show the initial Rate(s) to apply.

We guarantee that any rate so set after your Contract Date will never be less than the minimum rate shown in the Data pages.

### SECTION 2.02 SEPARATE ACCOUNT

We have established the Separate Account(s) and maintain such Account(s) in accordance with the laws of New York State. Income, realized and unrealized gains and losses from the assets of the Separate Account(s) are credited to or charged against it without regard to our other income, gains or losses. Assets are placed in the Separate Account(s) to support the Contract and other variable annuity contracts and certificates. Assets may be placed in the Separate Account(s) for other purposes, but not to support contracts or policies other than variable annuities and variable life insurance.

The Data pages set forth the Separate Account(s). A Separate Account may be subdivided into Investment Funds.

The assets of a Separate Account are our property. The portion of such assets equal to the reserves and other contract liabilities will not be chargeable with liabilities which arise out of any other business we conduct. We may transfer assets of a Separate Account in excess of the reserves and other liabilities with respect to such Account to another Separate Account or to our general account.

We may, at our discretion, invest Separate Account assets in any investment permitted by applicable law. We may rely conclusively on the opinion of counsel (including counsel in our employ) as to what investments we may make as law permits.

No. 94ICA                                                                                    Page 6

## SECTION 2.03 SEPARATE ACCOUNT ACCUMULATION UNITS AND UNIT VALUES

The amount you have in an Investment Fund at any time is equal to the number of Accumulation Units you have in that Fund multiplied by the Fund's Accumulation Unit Value at that time. "Accumulation Unit" means a unit which is purchased in a Separate Account. "Accumulation Unit Value" means the dollar value of each Accumulation Unit in a Separate Account on a given date. (If Investment Funds apply as described in Section 2.02, then the terms of this Section 2.03 apply separately to each Fund, unless otherwise stated).

Amounts allocated or transferred to a Separate Account are used to purchase Accumulation Units of that Account. Units are redeemed when amounts are deducted, transferred or withdrawn.

The number of Accumulation Units you have in a Separate Account at any time is equal to the number of Accumulation Units purchased minus the number of Units redeemed in that Account up to that time. The number of Accumulation Units purchased or redeemed in a transaction is equal to the dollar amount of the transaction divided by the Account's Accumulation Unit Value for that Transaction Date.

We determine Accumulation Unit Values for each Separate Account for each Valuation Period. A "Valuation Period" is each Business Day together with any consecutive preceding non-business days. For example, for each Monday which is a Business Day, the preceding Saturday and Sunday will be included to equal a three-day Valuation Period.

Unless the following paragraph applies, the Accumulation Unit Value for a Separate Account for any Valuation Period is equal to the Accumulation Unit Value for the immediately preceding Valuation Period multiplied by the ratio of values "(i)" and "(ii)". Value "(i)" is the value of the Separate Account at the close of business at the end of the current Valuation Period, before any amounts are allocated to or withdrawn from the Separate Account in that Period. Value "(ii)" is the value of the Separate Account at the close of business at the end of the preceding Valuation Period, after all allocations and withdrawals were made for that Period. For this purpose, "value of the Separate Account" means the market value or, where there is no readily available market, the fair value of the assets allocated to the Separate Account, as determined in accordance with our rules, accepted accounting practices, and applicable laws and regulations.

To the extent the Separate Account invests in Investment Funds, and the assets of the Funds are invested in a class or series of shares of a specified trust or investment company, the Accumulation Unit Value of an Investment Fund for any Valuation Period is equal to the Accumulation Unit Value for that Fund on the immediately preceding Valuation Period multiplied by the Net Investment Factor for that Fund for the current Valuation Period. The Net Investment Factor for a Valuation Period is (a) divided by (b) minus (c), where

(a)  is the value of the Investment Fund's shares of the related portfolio of the specified trust or investment company at the end of the Valuation Period (before taking into account any amounts allocated to or withdrawn from the Investment Fund for the Valuation Period and after deduction of investment advisory fees and direct operating expenses of the specified trust or investment company; for this purpose, we use the share value reported to us by the specified trust or investment company);

(b)  is the value of the Investment Fund's shares of the related portfolio of the specified trust or investment company at the end of the preceding Valuation Period (taking into account any amounts allocated or withdrawn for that Valuation Period);

(c)  is the daily Separate Account charges (see Section 8.04) for the expenses and risks of the Contract, times the number of calendar days in the Valuation Period, plus any charge for taxes or amounts set aside as a reserve for taxes.

## SECTION 2.04 AVAILABILITY OF INVESTMENT OPTIONS

Section 3.01 describes how Contributions are allocated among Investment Options based on your election. Your election is subject to the following:

(a)  If the Contributions are made pursuant to the terms of a Plan, then Investment Options available may be subject to the terms of such Plan, as reported to us by the Owner.

(b)  We have the right to limit the number of Options which you may elect.

The Data pages list which Options are available as of the Contract Date.

## SECTION 2.05 CHANGES WITH RESPECT TO SEPARATE ACCOUNT

In addition to the right reserved pursuant to subsection (b) of Section 2.04, we have the right, subject to compliance with applicable law, including approval of Certificate owners if required:

(a)  to add Investment Funds (or sub-funds of Investment Funds) to, or to remove Investment Funds (or sub-funds) from, the Separate Account, or to add other separate accounts;

(b)  to combine any two or more Investment Funds or sub-funds thereof;

(c)  to transfer the assets we determine to be the share of the class of contracts to which the Contract belongs from any Investment Fund to another Investment Fund;

(d)  to operate the Separate Account or any Investment Fund as a management investment company under the Investment Company Act of 1940, in which case charges and expenses that otherwise would be assessed against an underlying mutual fund would be assessed against the Separate Account;

(e)  to operate the Separate Account or any Investment Fund as a unit investment trust under the Investment Company Act of 1940;

(f)  to deregister the Separate Account under the Investment Company Act of 1940, provided that such action conforms with the requirements of applicable law;

(g)  to restrict or eliminate any voting rights as to the Separate Account;

(h)  to cause one or more Investment Funds to invest some or all of their assets in one or more other trusts or investment companies.

If the exercise of these rights results in a material change in the underlying investment of a Separate Account, you will be notified of such exercise, as required by law.

A Separate Account or Investment Fund which may be added by us as described above may be one with respect to which (i) there may be periods during which Contributions may be restricted pursuant to the maturity terms of such Account or Fund, (ii) amounts therein may be automatically liquidated pursuant to the investment policy of the Account, and (iii) investments therein may mature. We will have the right to reallocate amounts arising from liquidation or maturity according to your allocation instructions then in effect unless you specify other instructions with respect to such amounts. If no such allocation instructions have been made, the reallocation will be made to a designated Investment Option, or to the next established Account or Fund of the same type as described in this paragraph, if applicable, as specified in the Data pages.

## PART III - CONTRIBUTIONS AND ALLOCATIONS

### SECTION 3.01 CONTRIBUTIONS, ALLOCATIONS

You elect which Investment Options will be available under the Certificate subject to the terms of Section 2.04. Once this election is made, you may allocate Contributions to, or transfer among, only these Options. You may add or subtract Options by sending us a written request, but we have the right to decline your request.

You also elect how to allocate Contributions among the Options chosen. If you are not the Annuitant, you may delegate to the Annuitant authority to allocate Contributions. You need not allocate Contributions to each Option you have chosen. You may change the allocation election at any time by sending us the proper form. Allocation percentages must be in whole numbers (no fractions) and must equal 100%.

Each Contribution is allocated (after deduction of any charges that may apply) in accordance with the allocation election in effect on the Transaction Date. Contributions made to a Separate Account purchase Accumulation Units in that Account, using the Accumulation Unit Value for that Transaction Date.

### SECTION 3.02 LIMITS ON CONTRIBUTIONS

We have the right not to accept any Contribution which is less than the amount shown in the Data pages. The Data pages indicate other minimum and maximum Contribution requirements which may apply. We also have the right, upon advance notice to you, to

(a)  change such requirements to apply to Contributions made after the date of such change, and

(b)  discontinue acceptance of Contributions under the Contract with respect to all Owners or with respect to all Owners to whom the same type of Certificate applies.

## PART IV - TRANSFERS AMONG INVESTMENT OPTIONS

### SECTION 4.01 TRANSFER REQUESTS

You may request to transfer all or part of the amount held in an Investment Option to one or more of the other Options. The request must be in a form we accept. All transfers will be made on the Transaction Date. Transfers are subject to the terms of Section 4.02 and to our rules in effect at the time of transfer. With respect to a Separate Account, the transfers will be made at the Accumulation Unit Value for that Transaction Date.

### SECTION 4.02 TRANSFER RULES

The transfer rules which apply are described in the Data pages. A transfer request will not be accepted if it involves less than the minimum amount, if any, stated in the Data pages (unless the Annuity Account Value is less than such amount). We have the right to change our transfer rules. Any change will be made upon advance notice to you.

The Investment Funds may consist of funds which are classified as "Type A" Investment Options or "Type B" Investment Options or any other type which may be specified in the Data pages, as we designate in our discretion for purposes of the transfer rules described in the Data pages. The Data pages specify whether such Investment Options are designated Type A or Type B or another type as well as the minimum or maximum limits on transfers which apply.

## PART V - WITHDRAWALS AND TERMINATION

### SECTION 5.01 WITHDRAWALS

Unless otherwise stated in the Data pages, you may request, pursuant to our procedures then in effect, a withdrawal from the Investment Options before the Annuity Commencement Date and while the Annuitant is alive. The request must be in a form we accept.

On the Transaction Date, we will pay the amount of the withdrawal requested or, if less, the Cash Value. The amount to be paid plus any Withdrawal Charge which applies (see Section 8.01) will be withdrawn on a pro-rata basis from the amounts held for you in the Investment Options, unless you elect otherwise and unless otherwise stated in the Data pages.

We will not accept a withdrawal request if it involves less than the minimum amount, if any, stated in the Data pages. Further conditions or restrictions may apply if stated in the Data pages or in an endorsement hereto.

### SECTION 5.02 TERMINATION

This Certificate will terminate if one or more of the following events occurs, unless otherwise specified in the Data pages:

(a)     If a withdrawal made under Section 5.01 would result in an Annuity Account Value of an amount less than the minimum amount stated in the Data pages, we will so advise you and have the right to pay you such Value. In that case this Certificate will be terminated.

(b)     Before the Annuity Commencement Date, we have the right to pay the Cash Value and terminate this Certificate if no Contributions are made during the last three completed Contract Years, and the Annuity Account Value is less than the amount described in item (a) above.

(c)     We also have the right to terminate this Certificate if no Contributions have been made within 120 days of the Contract Date.

## PART VI - DEATH BENEFITS

**SECTION 6.01 DEATH BENEFIT**

Upon receipt of due proof that the Annuitant has died before the Annuity Commencement Date, we will pay a death benefit to the beneficiary named under Section 6.02. Payment may be subject to the terms of Section 6.02 and any special rules which may apply as described in any endorsement hereto.

The amount of the death benefit is described in the Data pages.

The death benefit will be paid as an Annuity Benefit or in a single sum, as described in Section 6.02.

**SECTION 6.02 BENEFICIARY**

You give us the name of the beneficiary who is to receive any death benefit payable on the Annuitant's death. You may change the beneficiary from time to time during the Annuitant's lifetime and while coverage under the Contract is in force. Any such change must be made in writing in a form we accept. A change will, upon receipt at the Processing Office, take effect as of the date the written form is executed, whether or not you are living on the date of receipt. We will not be liable as to any payments we made before we receive any such change.

You may name one or more persons to be primary beneficiary on the Annuitant's death and one or more other persons to be successor beneficiary if the primary beneficiary dies before the Annuitant. Unless you direct otherwise, if you have named two or more persons as beneficiary, the beneficiary will be the named person or persons who survive the Annuitant and payments will be made to such persons in equal shares or to the survivor.

Any part of a death benefit payable as described in Section 6.01 for which there is no named beneficiary living at the Annuitant's death will be payable in a single sum to the Annuitant's surviving children. The payments will be made in equal shares, or should none survive or should there be none, then to the Annuitant's estate.

If you so elect in writing, any amount that would otherwise be payable to a beneficiary in a single sum may be applied to provide an Annuity Benefit, on the form of annuity elected by you, subject to our rules then in effect. If at the Annuitant's death there is no election in effect, the beneficiary may make such an election. In the absence of any election by either you or the beneficiary, we will pay the death benefit in a single sum.

Any naming of a beneficiary is subject to the terms of the Plan, if one applies, including any terms requiring spousal consent.

## PART VII ANNUITY BENEFITS

### SECTION 7.01 ANNUITY BENEFIT

Payments under an Annuity Benefit will be made monthly. You may elect instead to have the Annuity Benefit paid at other intervals, such as every three months, six months, or twelve months, instead of monthly, subject to our rules at the time of your election or as otherwise stated in the Data pages or any endorsement hereto. This election may be made at the time the Annuity Benefit form as described in Section 7.02 is elected. In that event, all references in this Certificate to monthly payments will, with respect to the Annuity Benefit to which the election applies, be deemed to mean payments at the frequency elected.

### SECTION 7.02 ELECTION OF ANNUITY BENEFITS

As of the Annuity Commencement Date, provided the Annuitant is then living, the Annuity Account Value will be applied to provide the Normal Form of Annuity Benefit (described below). However, you may instead elect (i) to have the Cash Value paid in a single sum, (ii) to apply the Annuity Account Value or Cash Value, whichever applies pursuant to the first paragraph of Section 7.05, to provide an Annuity Benefit of any form offered by us or one of our subsidiary life insurance companies, or (iii) to apply the Cash Value to provide any other form of benefit payment we offer, subject to our rules then in effect and applicable laws and regulations. At the time an Annuity Benefit is purchased, we will issue a supplementary contract which reflects the Annuity Benefit terms.

We will provide notice and election forms to you not more than six months before the Annuity Commencement Date.

We will have the right to require you to furnish any information we need to provide an Annuity Benefit. We will be fully protected in relying on such information and need not inquire as to its accuracy or completeness.

### SECTION 7.03 COMMENCEMENT OF ANNUITY BENEFITS

Before the Annuity Commencement Date, you may elect to change such Date to any date after your election is filed (other than the 29th, 30th, or 31st of any month). You must do this in writing. The change will not take effect until your written election is received and accepted by us at our Processing Office.

However, no Annuity Commencement Date will be later than the first day of the month which follows the date the Annuitant attains the "maximum maturity age" or, if later, the tenth anniversary of the Contract Date. The current maximum maturity age is shown in the Data pages, but may be changed by us in conformance with applicable law.

### SECTION 7.04 ANNUITY BENEFIT FORMS

The "Normal Form" of Annuity Benefit is an Annuity Benefit payable on the Life-Period Certain Annuity Form described below, unless another Form is to apply pursuant to the terms of the Plan, if applicable, the requirements of the Employee Retirement Income Security Act of 1974 (ERISA),

as amended, or any other law that applies. The Data pages will state the Normal Form which applies. We may offer other annuity forms as available from us or from one of our affiliated or subsidiary life insurance companies. Such a form may, for example, include the Joint and Survivor Life Annuity Form which provides monthly payments while either of two persons upon whose lives such payments depend is living. The monthly amount to be continued when only one of the persons is living will be equal to a percentage, as elected, of the monthly amount that was paid while both were living.

The Life-Period Certain Annuity is an annuity payable during the lifetime of the person upon whose life the payments depend, but with 10 years of payments guaranteed (10 years certain period). That is, if the original payee dies before the certain period has ended, payments will continue to the beneficiary named to receive such payments for the balance of the certain period.

## SECTION 7.05 AMOUNT OF ANNUITY BENEFITS

If you elect pursuant to Section 7.02 to have an Annuity Benefit paid in lieu of the Cash Value, the amount applied to provide the Annuity Benefit will, unless otherwise stated in the Data pages or required by applicable laws or regulations, be (i) the Annuity Account Value if the annuity form elected provides payments for a person's remaining lifetime or (ii) the Cash Value if the annuity form elected does not provide such lifetime payments.

The amount applied to provide an Annuity Benefit may be reduced by a charge for any taxes which apply on annuity purchase payments. If we have previously deducted charges for taxes from Contributions, we will not again deduct charges for the same taxes before an Annuity Benefit is provided. The balance will be used to purchase the Annuity Benefit on the basis of either (i) the Tables of Guaranteed Annuity Payments or (ii) our then current individual annuity rates, whichever rates would provide a larger benefit with respect to the payee.

## SECTION 7.06 CONDITIONS

We may require proof acceptable to us that the person on whose life a benefit payment is based is alive when each payment is due. We will require proof of the age of any such person on whose life an Annuity Benefit is based.

If a benefit was based on information that is later found not to be correct, such benefit will be adjusted on the basis of the correct information. The adjustment will be made in the number or amount of the benefit payments, or any amount used to provide the benefit, or any combination. Overpayments by us will be charged against future payments. Underpayments will be added to future payments. Our liability is limited to the correct information and the actual amounts used to provide the benefits.

If the age (or sex, if applicable as stated in the Tables of Guaranteed Annuity Payments) of any person upon whose life an Annuity Benefit depends has been misstated, any benefits will be those which would have been purchased at the correct age (or sex). Any overpayments or underpayments made by us will be charged or credited with interest at (a) the rate shown in the Data pages or (b) the then current Guaranteed Interest Rate; we will choose which rate will apply on a uniform basis for like Certificates. Such interest will be deducted from or added to future payments.

If we receive acceptable proof that (i) a payee entitled to receive any payment under the terms of the Contract is physically or mentally incompetent to receive such payment or a minor, (ii) another person or an institution is then maintaining or has custody of such payee, and (iii) no guardian, committee, or other representative of the estate of such payee has been appointed, we may make the payments to such other person or institution. In the case of a minor, the payments will not exceed $200, or such other amount as may be shown in the Data pages. We will have no further liability with respect to the payments so made.

If the amount to be applied hereunder is less than the minimum amount stated in the Data pages, we may pay the amount to the payee in a single sum instead of applying it under the annuity form elected.

**SECTION 7.07 CHANGES**

We have the right, upon advance notice to you, to change at any time after the fifth anniversary of the Contract's register date and at intervals of not less than five years, the actuarial basis used in the Tables of Guaranteed Annuity Payments. However, no such change will apply to (a) any Annuity Benefit provided before the change or (b) Contributions made before such change which are applied to provide an Annuity Benefit.

## PART VIII - CHARGES

### SECTION 8.01 WITHDRAWAL CHARGES

The amount of the Withdrawal Charge is stated in the Data pages. We have the right to change the Charge shown in the Data pages with respect to future Contributions, subject to any maximum stated in the Data pages. We will give you notice of any change.

If specified in the Data pages, a "Free Corridor Amount" will apply as follows:

"Free Corridor Amount" means an amount equal to the percentage, stated in the Data pages, of the Annuity Account Value, minus the total of all prior withdrawals (and associated Withdrawal Charges) made as described in Section 5.01 in the current Contract Year. We have the right to change the Free Corridor Amount, but it will always be a percentage between 0% and 30% if so provided in the Data pages.

If the amount of a withdrawal made under Part V is more than the Free Corridor Amount (defined above), we will (a) first withdraw from the Investment Options, on the basis described in Section 5.01, an amount equal to the Free Corridor Amount, and (b) then withdraw from the Investment Options an amount equal to the excess of the amount requested over the Free Corridor Amount, plus a Withdrawal Charge if one applies.

For purposes of this Section, amounts withdrawn up to the Free Corridor Amount will not be deemed a withdrawal of any Contributions. We have the right to carry forward the Free Corridor Amount into a future Contract Year, if not used in any Year, if so stated in the Data pages.

Any withdrawals in excess of the Free Corridor Amount will be deemed withdrawals of Contributions in the reverse order in which they were made. That is, contributions will be withdrawn on a last-in, first-out basis unless the Data pages state that a first-in, first-out basis will apply.

In addition, the Annuitant's years of participation under the Prior Contract, if applicable, will be included for purposes of determining the Withdrawal Charge, if so specified in the Data pages in accordance with our rules then in effect.

If specified in the Data pages we have the right to reduce or waive the Withdrawal Charge upon such events as stated in the Data pages. Moreover, the Withdrawal Charge will be reduced if needed in order to comply with any applicable state or federal law.

### SECTION 8.02 ADMINISTRATIVE AND OTHER CHARGES DEDUCTED FROM ANNUITY ACCOUNT VALUE

As of each Processing Date, we will deduct Administrative Charges or other Charges related to the administration and/or distribution of this Certificate from the Annuity Account Value. Such Charges are shown in the Data pages.

If specified in the Data pages, the Charges will be deducted in full or prorated for the Contract Year, or portion thereof, in which the Contract Date occurs or in which the Annuity Account Value is withdrawn or applied to provide an Annuity Benefit or death benefit. If so, the Charges will be deducted when withdrawn or so applied.

The amount of any such Charge will in no event exceed any maximum amount shown in the Data pages, subject to any maximum amount permitted under any applicable law.

We have the right to change the amount of the Charges with respect to future Contributions. We will give you advance notice of any such change.

**SECTION 8.03 TRANSFER CHARGES**

We have the right to impose a charge with respect to any transfer among Investment Options after the number of free transfers, shown in the Data pages, made on behalf of an Annuitant. The amount of such charge will be set forth in a notice from us to you and will in no event exceed any maximum amount stated in the Data pages.

**SECTION 8.04 DAILY SEPARATE ACCOUNT CHARGE**

Assets of the Investment Funds will be subject to a daily asset charge. This daily asset charge is for mortality risk, expenses and expense risk that we assume, as well as for financial accounting and death benefits if specified in the Data pages. The charge will be made pursuant to item (c) of "Net Investment Factor" as defined in Section 2.03. Such charge will be applied after any deductions to provide for taxes. It will be at a rate not to exceed the maximum annual rate stated in the Data pages. We have the right to charge less on a current basis; the actual charge to apply, for at least the first Contract Year, is also stated in the Data pages.

**SECTION 8.05 CHANGES**

In addition to our right to reduce or waive charges as described in this Part VIII, we have the right, upon advance notice to you, to increase the amount of any charge stated in the Data pages, subject to (a) any maximum amount provided in this Part VIII or the Data pages and (b) with respect to Withdrawal Charges and Administrative or Other Charges deducted from the Annuity Account Value, the application of any increase only to Contributions made after the date of the change.

No. 94ICA

Page 18

## PART IX - GENERAL PROVISIONS

### SECTION 9.01 CONTRACT

The Contract is the entire contract between the parties. It will govern with respect to our rights and obligations.

The Contract may not be changed, nor may any of our rights or rules be waived, except in writing and by our authorized officer. In addition to the rights of change reserved by us as provided in this Certificate, the Contract may be changed by amendment or replacement upon agreement between the Contract Holder and us without the consent of any other person provided that any such change does not reduce any Annuity Benefit provided before such change and provided that no rights, privileges or benefits under the Contract and this Certificate with respect to Contributions made hereunder prior to the effective date of such change may be adversely affected by an amendment without the consent of the Contract Holder and each Certificate Owner.

### SECTION 9.02 STATUTORY COMPLIANCE

We have the right to change the Contract without the consent of any other person in order to comply with any laws and regulations that apply. Such right will include, but not be limited to, the right to conform the Contract to reflect changes in the Code, in Treasury regulations or published rulings of the Internal Revenue Service, ERISA, and in Department of Labor regulations.

The benefits and values available under the Contract will not be less than the minimum benefits required by any state law that applies.

### SECTION 9.03 DEFERMENT

The use of proceeds to provide a payment of a death benefit and payment of any portion of the Annuity Account Value (less any Withdrawal Charge that applies) will be made within seven days after the Transaction Date. Payments or use of proceeds from the Investment Funds can be deferred for any period during which (1) the New York Stock Exchange is closed or trading is restricted, (2) sales of securities or determination of the fair value of an Investment Fund's assets is not reasonably practicable because of an emergency, or (3) the Securities and Exchange Commission, by order, permits us to defer payment in order to protect persons with interests in the Investment Funds. We can defer payment or transfer of any portion of the Annuity Account Value in the Guaranteed Interest Account for up to six months while you are living.

### SECTION 9.04 REPORTS AND NOTICES

At least once each year until the Annuity Commencement Date, we will send you a report showing:

    (a)  the dollar amount in the Guaranteed Interest Account;

    (b)  the total number of Accumulation Units in each Separate Account or Investment Fund;

No. 941CA                                                                    Page 19

(c)   the Accumulation Unit Value;

(d)   the dollar amount in each Separate Account or Investment Fund;

(e)   the Cash Value; and

(f)   the amount of the death benefit.

The terms which require us to send you a report as described above or any written notice as described in any other Section will be satisfied by our mailing any such report or notice to your last known address as shown in our records.

All written notices sent to us will not be effective until received at the Processing Office. Your Certificate Number should be included in all correspondence.

## SECTION 9.05 ASSIGNMENTS, NONTRANSFERABILITY, NONFORFEITABILITY

No amounts payable under the Contract to a payee other than you may be assigned by that payee unless permitted herein, nor will they be subject to the claims of creditors or to legal process, except to the extent permitted by law. Other restrictions may apply if stated in any endorsement hereto.

## SECTION 9.06 MANNER OF PAYMENT

We will pay all amounts hereunder by check (in United States dollars) or, if so agreed by you and us, by wire transfer. All amounts payable to you will be paid by check payable to us (in United States dollars) or by any other method acceptable to us.

## TABLE OF GUARANTEED ANNUITY PAYMENTS

## APPLICABLE TO NON-QUALIFIED CERTIFICATES

**Amount of Annuity Benefit payable monthly on the Life Annuity Form with Ten Years Certain provided by application of $1,000.**

| | Monthly Income | | | Monthly Income | |
|---|---|---|---|---|---|
| Ages | Males | Females | Ages | Males | Females |
| 60 | 4.12 | 3.70 | 73 | 5.52 | 4.87 |
| 61 | 4.20 | 3.76 | 74 | 5.66 | 4.99 |
| 62 | 4.29 | 3.83 | 75 | 5.80 | 5.12 |
| 63 | 4.38 | 3.90 | 76 | 5.95 | 5.26 |
| 64 | 4.48 | 3.98 | 77 | 6.10 | 5.40 |
| 65 | 4.58 | 4.06 | 78 | 6.25 | 5.55 |
| 66 | 4.68 | 4.14 | 79 | 6.40 | 5.70 |
| 67 | 4.79 | 4.23 | 80 | 6.56 | 5.85 |
| 68 | 4.90 | 4.32 | 81 | 6.72 | 6.01 |
| 69 | 5.02 | 4.42 | 82 | 6.88 | 6.18 |
| 70 | 5.14 | 4.52 | 83 | 7.04 | 6.34 |
| 71 | 5.26 | 4.63 | 84 | 7.20 | 6.51 |
| 72 | 5.39 | 4.75 | 85 | 7.36 | 6.67 |

The amount of income provided under an Annuity Benefit payable on the Life Annuity form with Ten Years Certain is based on 2.5% interest and the 1983 Individual Annuity Mortality Table "a" projected with modified Scale G.

Amounts required for ages not shown in the above Table or for other annuity forms will be calculated by us on the same actuarial basis.

If a variable annuity form is available from us and elected pursuant to Section 7.02, then the amounts required will be calculated by us based on the 1983 Individual Annuity Mortality Table "a" projected with modified Scale "G" and a modified two year age setback and on an Assumed Base Rate of Net Investment Return of 3.5% or 5.0%, whichever will apply, as we will inform you.

NEF NEW ENGLAND FINANCIAL
A MetLife Affiliate

501 BOYLSTON STREET
BOSTON, MA 02116-3700

**New England Life
Insurance Company**

## Flexible Purchase Payment Deferred Variable Annuity Contract

**Annuitant**
WAFA REYAD

**Contract Number**
V435143

**Payment Option**

VARIABLE LIFE INCOME,
10 YEARS CERTAIN

**New England Life Insurance Company** Agrees to pay **monthly income to the Annuitant under the Payment Option shown in Section 1 starting on the Maturity Date unless Death Proceeds or full Surrender Proceeds have been paid; and** to provide **the other rights and benefits of the Contract.**

These agreements are subject to all of the provisions of the Contract.

Signed on the Date of Issue for the Company at its Home Office,
501 Boylston Street
Boston, MA 02117

*President*

*Secretary*

**Flexible Purchase Payment Deferred Variable Annuity Contract**
• Monthly income is payable starting on the Maturity Date.
• The Death Proceeds are payable if an Owner dies before the Maturity Date, unless the Contract is in force under a Payment Option or is continued under the Continuation provision. (See Death Proceeds provision in Section 8.)
• Purchase payments can be paid to the Company before the Maturity Date, before Death Proceeds are paid, and before full surrender, subject to the Amount and Frequency provision in Section 3.
• Purchase payments can be increased or decreased from time to time, subject to the Amount and Frequency provision in Section 3.

**Please Read Your Contract Carefully**
This is a legal contract between you and the Company.

Monthly payments and other values provided by this Contract, when based on the investment performance of a separate investment account, are variable; they are not guaranteed as to dollar amount.

**Ten Day Right to Return the Contract**
**When the Contract is issued, you have 10 days after you receive it from the Company to review it. Within those 10 days, you can return the Contract to the Company or its Agent for any reason. If you return the Contract: any Contract Value on the date you return the Contract will be paid to you; and the Contract will be cancelled from the start.**

V80-W

## Contract Provisions

## Alphabetical Guide

*Section*

1  Contract Schedule
2  Contract
3  Purchase Payments
4  The Variable Account
5  The Fixed Account
6  Contract Value
7  Owner, Beneficiary and
   Contingent Annuitant
8  Payment of Benefits
9  Payment Options
10 Variable Payment Option
   Tables
•  Riders, if any
•  Copy of the Application
•  Amendments and
   Endorsements

*Section*

6  Accumulation Units
6  Accumulation Unit Value
8  Amount of Variable
   Monthly Payments
6  Annual Administration Fee
7  Annuitant, Contingent
8  Annuity Unit
8  Annuity Unit Value
7  Assignments
8  Assumed Interest Factor
8  Assumed Interest Rate
7  Beneficiary
8  Benefits, Payment of
4  Change of Eligible Funds
2  Claims of Creditors
6  Contingent Deferred
   Sales Charges
7  Contingent Annuitant
2  Contract
1, 2  Contract Date
6  Contract Value
8  Death Proceeds
5  Fixed Account
9  Fixed Payment Options
1, 8  Maturity Date
8  Maturity Proceeds
6  Net Investment Factor
3  Net Purchase Payments
4  New England Zenith Fund
7  Owner
2  Periodic Reports
3  Purchase Payments
1  Schedule, Contract
8  Continuation
4  Sub-accounts
6  Surrender of the Contract
7  Suspension of Payments
4  Transfer Option
6  Valuation Dates
6  Valuation Periods
10 Variable Payment Option Tables
9  Variable Payment Options

**New England Life
Insurance Company**

## 1. Contract Schedule

**Owner and Beneficiary**
As named in the Application or as later changed. See
the Owner and Beneficiary Section of the Contract.

**Annuitant**
WAFA REYAD

**Contract Date**
April 7, 1999

**Contract Number**
V435143

**Sex; Date of Birth**
FEMALE; August 25, 1945

**Date of Issue**
April 7, 1999

**Payment Option**
VARIABLE LIFE INCOME,
10 YEARS CERTAIN

**Maturity Date**
August 25, 2040

MINIMUM GUARANTEED DEATH BENEFIT RECALCULATION DATES: October 7 ; April 7

Total Purchase Payments Per Year
  Based on the Purchase Payment Mode and Amount
  Shown in the Application: $18,000.00

Maximum Contingent Deferred Sales Charge (See Section 6): Each purchase
payment is subject to a charge for 7 years from the date the payment is
received by the Company.

| During Year | Charge |
|---|---|
| 1 | 7.0% |
| 2 | 6.0% |
| 3 | 5.0% |
| 4 | 4.0% |
| 5 | 3.0% |
| 6 | 2.0% |
| 7 | 1.0% |
| Thereafter | 0% |

CONTINGENT ANNUITANT.  As named in the Application or as later changed.
See the Contingent Annuitant provision in Section 7.

AGS-98

*Secretary*

## 2. Contract

**The Contract**
This Annuity Contract is a legal contract between the Owner of the Contract (called "you") and New England Life Insurance Company (called the "Company"). The Contract, which includes the attached Application, is the entire contract between you and the Company. All Riders are listed in Section 1. A change in or waiver of the provisions of the Contract must be signed by the President or the Secretary of the Company to be valid.

**Payments Under the Contract**
All Contract amounts are in dollars of the United States of America. Payments by the Company under the Contract will be made from the Home Office of the Company.

**Dates**
Contract years, months and anniversaries are all measured from the Contract Date. The Contract Date is shown in Section 1.

**Claims of Creditors**
The Contract and payments under it will be exempt from the claims of creditors to the extent allowed by law.

**Not Contestable**
This Contract is not contestable.

**Periodic Reports**
The Company will send you an annual report which will show: the number of Accumulation Units, if any, standing to the credit of the Contract; the applicable Accumulation Unit Values; the Contract Value; and any other information required by law or regulation.

The Company will send you all reports required by applicable laws and regulations.

**Expense and Mortality Experience**
Regardless of the Company's expense and mortality experience, the charges specified in this Contract will not be increased.

**Annuity Contract**
The Company reserves the right to make any change to the provisions of this Contract to comply with or give the Owner or Beneficiary the benefit of any federal or state law, rule or regulation. This includes, but is not limited to, requirements for annuity contracts under the Internal Revenue Code (for example, the requirements for distribution on the death of a holder) or the laws of any state.

## 3. Purchase Payments

**Payment**
Purchase payments are your payments to the Company for the Contract. Payments are to be made at the Home Office of the Company. A receipt for payment signed by the Secretary of the Company will be given on request. The Contract will not be in force until the first purchase payment is paid. Following payment of the first purchase payment, the Contract will be in force by its terms; and failure to make subsequent purchase payments will not cause the Contract to lapse.

The premium for any Rider is not a purchase payment for the Contract and is payable in addition to the purchase payment.

**Amount and Frequency**
Your purchase payments can be made in any amounts, except that:

- No payment can be less than $250 except with the consent of the Company; and
- The Company reserves the right to limit purchase payments in any contract year to three times the amount per year shown, if the Purchase Payment Amount in Section 1 is shown as an amount per year; and
- The Company reserves the right to limit purchase payments to the Purchase Payment Amount, if the Purchase Payment Amount in Section 1 is shown as a Single Payment.

No payment can be made:

- Within seven years of the Maturity Date; or
- After a living Owner is age 86; or
- After the Annuitant is age 86, if the Contract is not owned by a person; or
- If the Contract is being continued under Beneficiary Continuation; or
- If the Contract is in force under a Payment Option.

You can arrange for purchase payments to be scheduled on dates which are the first day of annual, semi-annual, or quarterly payment periods, or at any other frequency agreed to by the Company.

**Net Purchase Payments**
A net purchase payment is equal to:

- The purchase payment paid;
  LESS
- Any applicable state premium tax.
  (See the State Premium Tax Charge provision of Section 6.)

## 4. The Variable Account

### New England Variable Annuity Separate Account

The New England Variable Annuity Separate Account (called "the Account") is a separate investment account established by the Company in accordance with Delaware law. The assets of the Account are owned by the Company. The assets of the Account will be used to provide values and benefits under this Contract and similar contracts, but the Account is not chargeable with liabilities arising out of any other business the Company may conduct.

### Sub-Accounts

The Account consists of sub-accounts, each of which is invested in shares of one series of the New England Zenith Fund or its successor or any other investment company in which the Account is invested. Shares of a series are purchased for a sub-account at their net asset value.

The Contract's first investment in the Account will be made as of the latest of:

• The Contract Date;

• The date the first purchase payment is received by the Company at its Home Office; and

• The effective date of the election of a sub-account.

Each future net purchase payment allocated to the Account will be applied as of the date it is received by the Company at its Home Office. Each transfer to a sub-account will be applied as of the date the transfer request is received by the Company at its Home Office. (See Transfer Option provision.)

Each distribution of income, dividends and capital gains from a series to the Account will be reinvested for the benefit of the owners of the contracts at net asset value in shares of the series which made the distribution.

The Contract Value at any time cannot be allocated among more than 10 sub-accounts, except with the consent of the Company; and the Fixed Account will be counted in the limit of 10.

The values of a contract depend on: the investment performance of the series in which the sub-accounts are invested; and the interest credited to the Fixed Account. You bear the investment risk for amounts invested in the sub-accounts for your Contract.

### Election of Sub-Accounts

You elect the sub-accounts in which the Contract Value is invested. The series that are available as of the Date of Issue are listed in the then current prospectus for the Account.

### Change in Series

The Company can add or remove series as sub-account investments as permitted by law. When a change is made, the Company will send you: a revised prospectus for the Account which will describe all of the series then available under the Contract in the New England Zenith Fund or its successor or any other investment company in which the Account is invested; and any notice required by law.

When a series is removed, the Company has the right to substitute a different series in which the sub-account will then invest the value of the removed series.

### Transfer Option

You can transfer the Contract's existing share of a sub-account to or from a sub-account or the Fixed Account, subject to the Company's rules for transfers. The Company will permit: at least four transfers in each contract year in which the Contract is not in force under a Payment Option; and at least one transfer in each contract year in which the Contract is in force under a Variable Payment Option. These transfers will not be subject to a transfer charge. However, the Company reserves the right to charge for each additional transfer. Any transfer charge will be no greater than: $10 per transfer made in years prior to 2006; $15 per transfer made in years 2006 through 2015; $25 per transfer made in years 2016 through 2025; and $50 per transfer made in each year thereafter. Each transfer is subject to: a maximum daily transfer limit that will never be less than $250,000; and a minimum transfer limit that will never be more than $1,000. However, the Company may allow: additional transfers; daily transfers greater than $250,000; and transfers of less than $1,000.

There are certain transfers that the Company considers "market timing". These are transfers under different contracts that are being requested under Powers of Attorney with a common attorney-in-fact or that are in the Company's determination based on the recommendation of a common investment adviser or broker/dealer. If you choose to participate in market timing, the Company may restrict your transfers as follows: the Company may combine all related market timing transfers requested on the same day for all contracts and owners when applying the limit on the maximum daily transfer amount; and the Company may limit the frequency of market timing transfers resulting from a common attorney-in-fact, investment adviser, or broker/dealer to once every 30 days for any contract using that market timing "service". Requests for transfers can be made in writing or by telephone. The Company is not responsible for the authenticity of transfer instructions received by telephone.

**Rights Reserved by the Company**
The Company reserves the right to take certain actions subject to compliance with law and, if required, the approval of the owners of the contracts. These actions are: (a) to create new investment accounts; (b) to combine any two or more separate investment accounts, including the Account; (c) to invest the assets of the Account other than in the New England Zenith Fund; (d) to invest some or all of the assets of the Account in any other investment company chosen by New England Life Insurance Company; (e) to remove a series in which the subaccount is invested or to substitute a different series; (f) to operate the Account as a management investment company and to charge investment advisory fees under the Investment Company Act of 1940 or in any other form permitted by law; and (g) to deregister the Account under the Investment Company Act of 1940 if registration is no longer required.

## 5. The Fixed Account

**The Fixed Account**
The Fixed Account is part of the general account of the Company.

If you elect the Fixed Account, the first date on which money is applied to the Fixed Account for the Contract is the latest of:

* The Contract Date;
* The date the first purchase payment is received by the Company at its Home Office; and
* The effective date of the election of the Fixed Account.

Each future net purchase payment allocated to the Fixed Account will be applied as of the date it is received by the Company at its Home Office. Each transfer to the Fixed Account will be applied as of the date the transfer request is received by the Company at its Home Office. (See the Restriction of Payments and Transfers to the Fixed Account provision.)

For each transfer from the Fixed Account, the Contract's share of the Fixed Account will be reduced by the amounts (plus the interest credited to the amounts) most recently applied to the Fixed Account.

For each surrender from the Fixed Account, the Contract's share of the Fixed Account will be reduced by the amounts (plus the interest credited to the amounts) in the same order in which they were applied to the Fixed Account.

**Fixed Account Interest**
The rate of interest for each amount applied to the Fixed Account will be the rate set by the Company in advance for the date the amount is applied to the Fixed Account. This rate will apply for 12 months. Thereafter, each year a new rate will apply to the amount plus the interest credited to the amount. The new rate will be the renewal rate set by the Company in advance for that date and will apply for 12 months. No rate will be less than the rate equivalent to an annual effective rate of 3%.

Interest will be credited to the Fixed Account on a daily basis.

**Restriction of Payments and Transfers to the Fixed Account**
The Company reserves the right to restrict payments and transfers to the Fixed Account for the Contract:

* If the effective annual rate of interest that would apply to the payment or transfer is 3%; or
* If the Contract's value in the Fixed Account equals or exceeds $500,000.

For 180 days from the date of any transfer out of the Fixed Account: you cannot make any transfers to the Fixed Account; and the Company reserves the right to restrict payments to the Fixed Account for the Contract.

**Transfers Out of the Fixed Account**
Each contract year you can transfer a limited portion of the Contract's value in the Fixed Account to the sub-accounts, subject to the Company's published limits on the number and amount of transfers. (See Section 4.) Requests for transfers can be made in writing or by telephone. The Company is not responsible for the authenticity of transfer instructions received by telephone. Except with the consent of the Company, the transfer will be limited to the greater of: 25% of the Contract's value in the Fixed Account at the end of the first day of the contract year; and the amount transferred out of the Fixed Account in the prior contract year.

For 180 days from the date of any transfer out of the Fixed Account, you cannot make any transfers to the Fixed Account.

**Election of the Fixed Account**
You can elect to have future net purchase payments applied to the Fixed Account. You can change the election for future net purchase payments at any time by notice to the Company in writing. (See the Restriction of Payments and Transfers to the Fixed Account provision.)

**Postponement of Surrenders, Partial Surrenders and Transfers From the Fixed Account**
The Company can postpone for six months from the date of request: the payment of the portion of the Contract's Surrender Proceeds and partial surrender proceeds which is in the Fixed Account; and transfers from the Fixed Account. The effective date of the transfer is the date on which values are transferred from the Fixed Account.

## 6. Contract Value

### Contract Value

On or before the Maturity Date and while the Contract is in force other than under a Payment Option, the Contract Value is equal to: the number of Accumulation Units standing to the credit of the Contract multiplied by the applicable Accumulation Unit Value(s); plus the Contract's value in the Fixed Account.

The Contract Value is not increased by the cash value of any Rider, unless stated in the Rider.

The Contract's Value in the Fixed Account is equal to (a) plus (b) minus (c); where

* (a) is equal to the portion of the net purchase payments applied to the Fixed Account;

    PLUS

    the total of transfers into the Fixed Account for the Contract;

* (b) is equal to any interest credited for the Contract to the Fixed Account; and

* (c) is equal to the total of partial surrenders made from the Fixed Account for the Contract;

    PLUS

    the total of transfers out of the Fixed Account for the Contract;

    PLUS

    the total of any charges deducted for transfers and partial surrenders from the Fixed Account for the Contract.

### Purchase Payments Allocated to the Account

Each net purchase payment allocated to the Account will be credited in the form of Accumulation Units to the sub-accounts you elect. The number of Accumulation Units credited to a sub-account will be equal to the portion of the net purchase payment credited to that sub-account divided by the Accumulation Unit Value for that sub-account for the applicable Valuation Period.

### Accumulation Unit Value

An Accumulation Unit Value is determined for each sub-account of each Valuation Period. The Accumulation Unit Value of each sub-account for its first Valuation Period was set at $1.00 taking into account the performance history of the underlying investment company. Each Accumulation Unit Value for each later Valuation Period is equal to:

* The Net Investment Factor for that Valuation Period;

    TIMES

* The Accumulation Unit Value for the immediately preceding Valuation Period.

The Net Investment Factor depends on the investment performance of the sub-accounts elected and can be greater or less than one. Therefore, the Accumulation Unit Value can increase or decrease.

### Net Investment Factor

The Net Investment Factor for each sub-account for each Valuation Period is determined by dividing (a) by (b) and subtracting (c) from the result; where:

* (a) is equal to the net asset value per share of the series held in the sub-account as of the end of that Valuation Period;

    PLUS

    the per share amount of all dividend and capital gains distributions made by the series held in the sub-account if the ex-dividend date occurs during that Valuation Period;

    PLUS or MINUS

    a per share charge or credit for any reserve for taxes which the Company determines to apply to the sub-account and to this Contract;

* (b) is equal to the net asset value per share of the series held in the sub-account for the immediately preceding Valuation Period;

    PLUS or MINUS

    a per share charge or credit for any reserve for taxes which the Company determines to apply to the sub-account and to this Contract; and

V80-W

- (c) is equal to .0000369863 times the number of days in that Valuation Period.

The daily deduction of .0000369863 is equal to .0135 on an annual basis. The deduction of .0135 on an annual basis consists of: .007 for mortality risk assumptions; and .0055 for expense risk assumptions; and .001 for an administrative asset charge.

### Valuation Periods and Valuation Dates

Values for a date depend on the time of day for which they are to be determined; they will be determined with respect to each sub-account as of the next occurring end of a Valuation Period. A Valuation Period for each sub-account is a period:

- Which starts on a Valuation Date at the time of day specified by the applicable series for determining the net asset value of its shares; and

- Which ends on the next succeeding Valuation Date at that time of day.

Each day the New York Stock Exchange is open for trading is a Valuation Date.

### Annual Fees

The Company will charge an annual Administration Fee equal to the lesser of: 2% of the Contract Value; $30; and the Contract's value in the sub-accounts. The fee for a contract year will be charged on the first day of the next contract year unless:

- The Contract Value is at least $50,000 at the end of the contract year; or

- The total purchase payments made less surrenders taken in the contract year were at least $1,000 and the Contract Value at the end of the prior contract year was at least $25,000; or

- The Contract is in force under a Payment Option; or

- The Contract is being continued under Beneficiary Continuation.

If the Contract is surrendered or matures on a date which is not a contract anniversary, the charge will be the pro rata portion of the fee for the period beyond the most recent contract anniversary.

The fee will be charged against the sub-accounts proportionately. The portion of the fee charged to each sub-account will reduce the number of Accumulation Units standing to the credit of the Contract in that sub-account.

The fee will not be charged against the Fixed Account.

### Surrender of the Contract

While the Contract is in force other than under a Payment Option, you can surrender the Contract at any time prior to the Maturity Date by notice to the Company in writing. Upon surrender, the Contract will terminate. The Surrender Proceeds will be equal to: the Contract Value as of the Surrender Date; less any Administration Fee; less any Contingent Deferred Sales Charge; and less any State Premium Tax Charge. The Surrender Date is the date on which the Company receives at its Home Office:

- Written request in proper form for surrender and payment in one sum; or

- Written request in proper form for surrender and payment under one of the Payment Options; or any later date that may be specified in the request. (See Payment of Benefits, Section 8.)

You can also make a partial surrender, but the consent of the Company will be required if: the remaining Contract Value would be less than $1,000; or if the amount of partial surrender is less than the minimum allowed by the Company. The minimum will not be greater than $1,000; however, the Company may allow a lower amount. A partial surrender will reduce the Contract's share of the sub-accounts and the Fixed Account proportionately, unless you request otherwise. A partial surrender will reduce the Minimum Guaranteed Death Benefit (see Section 8) proportionately to the reduction in the Contract Value.

### Contingent Deferred Sales Charges

A Contingent Deferred Sales Charge will apply to certain partial or full surrender transactions.

When one of these transactions occurs, the Company will determine if a Charge applies. If a Charge applies, the Charge will be calculated as if purchase payments were surrendered in the same order in which they were made. The Charge is equal to the sum of: each purchase payment to be considered surrendered in the calculation; times the appropriate percentage from the table in Section 1. The total purchase payments subject to a Charge in the future will not be decreased as a result of the surrender of the Free Surrender Amount (see below).