UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br> Plaintiff, <br> v. <br> MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | CIVIL ACTION NO. <br> 3:00CV835(CFD) <br><br><br> JULY 20, 2007 |

### MARSHAL'S RETURN OF SERVICE

Attached hereto is the Marshal's Return of Service dated June 28, 2007 evidencing service of the Writs of Execution issued by this Court.

PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06507-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: dschaefer@bslwlaw.com
       rmoffett@bswlaw.com

9Y7852.DOC

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail this 20th day of July, 2007 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

_____
Rowena A. Moffett (ct19811)

9Y7852.DOC

**SANFORD P. LEVINE**  Office phone  (203) 397-1200
**STATE MARSHAL**  Pager  (203) 784-3600
P.O. Box 4020
Woodbridge, CT 06525-4020

## MARSHAL'S COURT RETURN

STATE OF CONNECTICUT )
                              ) SS: WOODBRIDGE, NEW HAVEN,      June 28, 2007
COUNTY OF NEW HAVEN )    HAMDEN, WEST HARTFORD,
        HARTFORD    )    HARTFORD, GREENWICH, ORANGE,
        FAIRFIELD    )    NEW HAVEN, STAMFORD

Then and there by virtue hereof and by direction of the Plaintiffs Attorney, on the **27th** day of **June, 2007**, I left a true and attested copy of the within original **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Mostafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** with my doings hereon endorsed with and at the last known place of abode of the within named Defendant(s):

    **Mostafa Reyad, 1465 E. Putnam Avenue, Greenwich, Connecticut 06870;**

And afterwards on the **27th** day of **June, 2007**, by virtue hereof and by the direction of the Plaintiff's attorney, I left a true and attested copy of the within original **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Wafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** with my doings hereon endorsed with and at the last known place of abode of the within named Defendant(s):

    **Wafa Reyad, 1465 E. Putnam Avenue, Greenwich, Connecticut 06870;**

And afterwards on the **27th** day of **June, 2007**, by virtue hereof and by the direction of the Plaintiff's attorney, I made due and legal service, upon the within named defendant(s), **Mostafa Reyad,** by depositing at the Post Office via certified mail, postage prepaid, return receipt requested, a true and attested copy of the within original, **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Mostafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** addressed to: **Mostafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024, (certified mail # 7005 0390 0000 2574 7670);**

And afterwards on the **27th** day of **June, 2007**, by virtue hereof and by the direction of the Plaintiff's attorney, I made due and legal service, upon the within named defendant(s), **Wafa Reyad,** by depositing at the Post Office via certified mail, postage prepaid, return receipt requested, a true and attested copy of the within original, **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Wafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** addressed to: **Wafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024, (certified mail # 7005 0390 0000 2574 7663);**

And afterwards on the **27th** day of **June, 2007**, by virtue hereof and by the direction of the Plaintiff's attorney I made due and legal service, upon the within named defendant(s), **Mostafa Reyad,** by depositing at Federal Express, with tracking number, a true and attested copy of the within original, **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Mostafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** addressed to: **Mostafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024, (tracking number # 847880313615).**

And afterwards on the **27th** day of **June, 2007,** by virtue hereof and by the direction of the Plaintiff's attorney, I made due and legal service, upon the within named defendant(s), **Wafa Reyad,** by depositing at Federal Express, with tracking number, a true and attested copy of the within original, **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Wafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** addressed to: **Wafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024, (tracking number # 847880313626)**;

And afterwards on the **27th** day of **June, 2007,** by virtue hereof and by the direction of the Plaintiff's attorney, I made due and legal service, upon the within named defendant(s), **Mostafa Reyad,** by depositing at the Post Office via U.S. mail, postage prepaid, a true and attested copy of the within original, **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Mostafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** addressed to: **Mostafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024;**

And afterwards on the **27th** day of **June, 2007,** by virtue hereof and by the direction of the Plaintiff's attorney, I made due and legal service, upon the within named defendant(s), **Wafa Reyad,** by depositing at the Post Office via U.S. mail, postage prepaid, a true and attested copy of the within original, **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Wafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** addressed to: **Wafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024;**

And afterwards on the **27th** day of **June, 2007,** I left a true and attested copy of the within original **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Mostafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** with my doings hereon endorsed with and in the hands of the within named Defendant(s):

> **Mostafa Reyad, 777 Summer Street, #402, Stamford, Connecticut 06905, accepted by: Mary Ann Miller, Receptionist, person in charge at time of service and authorized to accept ;**

And afterwards on the **27th** day of **June, 2007,** I left a true and attested copy of the within original **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Wafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK** with my doings hereon endorsed with and in the hands of the within named Defendant(s):

> **Wafa Reyad, 777 Summer Street, #402, Stamford, Connecticut 06905, accepted by: Mary Ann Miller, Receptionist, person in charge at time of service and authorized to accept;**

And afterwards, by virtue hereof and by direction of the Plaintiff's Attorney, I served the following third person(s) each with **two (2)** true and attested copies of the within original **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Mostafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK,** together with accompanying **LETTER FROM PLAINTIFF'S COUNSEL,** with my doings hereon endorsed with and in the hands of the within named third person(s):

> **June 27, 2007, American Express Financial Advisors, Inc./IDS, d/b/a Ameriprise Financial, 1764 Litchfield Turnpike, Woodbridge, Connecticut 06525, accepted by: Derrek L. Metz, CRPC, Manager, person in charge at time of service and authorized to accept;**

June 28, 2007, New England Financial Annuities, 17 North Main Street, West Hartford, Connecticut 06107, accepted by: Rebeca A. Leary, Operation Manager, person in charge at time of service and authorized to accept;

June 28, 2007, The Equitable, a/k/a The Equitable Life Assurance Society of the United States, n/k/a AXA Equitable, 2321 Whitney Avenue, Hamden, Connecticut 06518, accepted by: Maria Henninger, person in charge at time of service and authorized to accept;

June 28, 2007, AETNA Life Insurance and Annuity Company, n/k/a ING, 151 Farmington Avenue, Hartford, Connecticut 06156, accepted by: Jennifer Jordan, Facilities Manager, person in charge at time of service and authorized to accept;

June 28, 2007, Valic/AIG, 406 Farmington Avenue, Hartford, Connecticut 06156, served on Agent for Service, Corporation Service Company, 50 Weston Street, Hartford, Connecticut 06120, accepted by: Gloria Cox, Legal Secretary, person in charge at time of service and authorized to accept;

And afterwards, by virtue hereof and by direction of the Plaintiff's Attorney, I served the following third person(s) each with **two (2)** true and attested copies of the within original **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Wafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK**, together with accompanying **LETTER FROM PLAINTIFF'S COUNSEL**, with my doings hereon endorsed with and in the hands of the within named third person(s):

June 27, 2007, American Express Financial Advisors, Inc./IDS, d/b/a Ameriprise Financial, 1764 Litchfield Turnpike, Woodbridge, Connecticut 06525, accepted by: Derrek L. Metz, CRPC, Manager, person in charge at time of service and authorized to accept;

June 28, 2007, New England Financial Annuities, 17 North Main Street, West Hartford, Connecticut 06107, accepted by: Rebeca A. Leary, Operation Manager, person in charge at time of service and authorized to accept;

June 28, 2007, The Equitable, a/k/a The Equitable Life Assurance Society of the United States, n/k/a AXA Equitable, 2321 Whitney Avenue, Hamden, Connecticut 06518, accepted by: Maria Henninger, person in charge at time of service and authorized to accept;

June 28, 2007, AETNA Life Insurance and Annuity Company, n/k/a ING, 151 Farmington Avenue, Hartford, Connecticut 06156, accepted by: Jennifer Jordan, Facilities Manager, person in charge at time of service and authorized to accept;

June 28, 2007, Valic/AIG, 406 Farmington Avenue, Hartford, Connecticut 06156, served on Agent for Service, Corporation Service Company, 50 Weston Street, Hartford, Connecticut 06120, accepted by: Gloria Cox, Legal Secretary, person in charge at time of service and authorized to accept;

And afterwards, by virtue hereof and by direction of the Plaintiffs Attorney, I served the following banks with a true and attested copy of the within original **APPLICATION FOR AND WRIT OF EXECUTION BANKING INSTITUTION re: Judgment Debtor Mostafa Reyad, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK**, together with accompanying **LETTER FROM PLAINTIFF'S COUNSEL**, with my doings hereon endorsed with and in the hands of the within named bank(s):

June 27, 2007, Hudson United Bank, n/k/a TD Banknorth, 128 Amity Road, Woodbridge, Connecticut 06510, accepted by: John Cofrancesco, Customer Sale Representative, person in charge at time of service and authorized to accept;

June 28, 2007, Fleet Bank n/k/a Bank of America, 157 Church Street, 1st Floor, New Haven, Connecticut 06510, accepted by: Christina Poole, Senior Personal banker, person in charge at time of service and authorized to accept;

And afterwards, by virtue hereof and by direction of the Plaintiffs Attorney, I served the following banks with a true and attested copy of the within original **APPLICATION FOR AND WRIT OF EXECUTION BANKING INSTITUTION re: Judgment Debtor Wafa Reyad, EXECUTION, EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK**, together with accompanying **LETTER FROM PLAINTIFF'S COUNSEL**, with my doings hereon endorsed with and in the hands of the within named bank(s):

June 27, 2007, Hudson United Bank, n/k/a TD Banknorth, 128 Amity Road, Woodbridge, Connecticut 06510, accepted by: John Cofrancesco, Customer Sale Representative, person in charge at time of service and authorized to accept;

June 28, 2007, Fleet Bank n/k/a Bank of America, 157 Church Street, 1st Floor, New Haven, Connecticut 06510, accepted by: Christina Poole, Senior Personal banker, person in charge at time of service and authorized to accept;

And afterward, I tried to serve **Mostafa Reyad**, who originally said he would meet me. However, after speaking with him on the 6th day of **July, 2007**, he told me to call him on **Monday July 9th** to arrange in hand service and he gave me two phone numbers to call plus his cell phone. The phone numbers were not working nor did he answer his cell phone on **Monday or Tuesday July 9th and 10th**.

The within and foregoing are the original **WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Mostafa Reyad, WRIT OF EXECUTION (APPLICATION) re: Judgment Debtor Wafa Reyad, INSTRUCTIONS FOR WRIT OF EXECUTION, EXECUTION and EXEMPTION CLAIM FORM PROPERTY EXECUTION, APPLICATION FOR AND WRIT OF EXECUTION BANKING INSTITUTION re: Judgment Debtor Mostafa Reyad, APPLICATION FOR AND WRIT OF EXECUTION BANKING INSTITUTION re: Judgment Debtor Wafa Reyad, EXECUTION EXEMPTION CLAIM FORM PROPERTY EXECUTION and IMPORTANT NOTICE TO BANK**, and true and attested copies of the accompanying **LETTERS FROM PLAINTIFF'S COUNSEL**, with my doings thereon endorsed.

ATTEST:

_[signature]_

SANFORD P. LEVINE
STATE MARSHAL
AN INDIFFERENT PERSON, DULY APPOINTED

FEES:
| | |
|---|---:|
| Service | $ 370.00 |
| Travel | 105.37 |
| Copies | 105.00 |
| Endorsements | 6.00 |
| **TOTAL** | **$ 586.37** |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**WRIT OF EXECUTION**
**(APPLICATION)**

INDYMAC BANK, F.S.B.

v.                                                          Civil No. 3:00 CV 835 (CFD)

MOSTAFA REYAD AND
WAFA REYAD

ADDRESS OF COURT: **450 MAIN STREET, HARTFORD, CT 06103;**
DATE OF JUDGMENT: **APRIL 30, 2007**

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:
   **INDYMAC BANK, F.S.B.**

NAME OF JUDGMENT DEBTOR:
   **MOSTAFA REYAD**

| | |
|---|---|
| 1. AMOUNT OF JUDGMENT: | $1,022,866.18 |
| 2. AMOUNT OF COSTS: | $       0.00 |
| 3. AMOUNT OF INTEREST (if applicable): | $  143,981.94 |
| 4. TOTAL JUDGMENT AND COSTS: | $1,166,848.12 |
| 5. TOTAL PAID ON ACCOUNT: | $       0.00 |
| 6. TOTAL UNPAID JUDGMENT: | $1,166,848.12 |

SIGNED:

_____                5/22/07
Name of Attorney or party making application    Date


   Brenner, Saltzman & Wallman LLP

   271 Whitney Avenue

   New Haven, CT 06511

   (203) 772-2600
Address and Phone Number

                                            (Rev. 10/27/04)

9X9675.DOC

INSTRUCTIONS FOR WRIT OF EXECUTION
(APPLICATION)

Name and mailing address of Judgment Creditor or attorney

>Rowena A. Moffett, Esq.
>Brenner, Saltzman & Wallman LLP
>271 Whitney Avenue
>New Haven, CT 06511

PLAINTIFF OR PLAINTIFF'S ATTORNEY - Type or Print. Complete original and 4 copies of the Application. If judgment debtor is a natural person, attach copy of Exemption Form. Present original and 3 copies to Clerk of Court.

CLERK - Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal of the judgment has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; original and copies to the applicant. Retain a copy for the file.

MARSHAL - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption form to copy(ies) of execution served. Complete Section II on exemption claim form.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON - Pursuant to Conn. Gen. Stat. § 52-356a,, you *are* required to mail to the judgment debtor (indicated on reverse side) at his last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the marshal property owned by the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the marshal when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON - Pursuant to Conn. Gen. Stat. § *52-356a,* you are required to deliver to the marshal, property in your possession owned by the judgment debtor or pay to the marshal the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the marshal when the debt becomes due within four months after the date of issuance of this execution.

9X9675.DOC

## EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the Judgment Debtor before the Court for the amount stated, as appears of record, whereof execution remained to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the Judgment Debtor, and make demand for payment by the Judgment Debtor of all sums due under the money judgment. On failure of the Judgment Debtor to make immediate payment you are commanded to levy on nonexempt personal property of the Judgment Debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt property is in the possession of the Judgment Debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the Judgment Debtor has left the state prior to service of this execution, or if the Judgment Debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the Judgment Debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

On failure of the Judgment Debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the Judgment Debtor in the Judgment Debtor's possession and, if the Judgment Debtor has left the state prior to service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the Judgment Debtor's last known address in this state and on any agent or attorney of the Judgment Debtor of record with the United States District Court, District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property or debt due said Judgment Debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Conn. Gen. Stat. § 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution; with your doings endorsed thereon, on the third person upon whom such demand was made.

9X9675.DOC

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.

NOTICE:   THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY A PROPER OFFICER PURSUANT TO THIS EXECUTION.

WITNESS THE HONORABLE

DATE: 6/26/01

UNITED STATES DISTRICT JUDGE
KEVIN E. ROWE
_____
CLERK OF THE COURT

_____
DEPUTY CLERK

### RETURN OF SERVICE

STATE OF CONNECTICUT    :
                        :   ss:
COUNTY OF               :

On the _____ day of _____, 20__, then and there I duly served the foregoing application, order and execution on _____ by leaving with or at the usual place of abode of _____ a true and attested copy of the original application, order and execution.

Attest: _____
                Proper Officer


_____
Title

9W9135.DOC

**EXEMPTION CLAIM FORM
PROPERTY EXECUTION**

JD-CV-5b Rev. 8-06
C.G.S. 52-321a, 52-352b, 52-361a, 52-361b

**STATE OF CONNECTICUT
SUPERIOR COURT**
*www.jud.ct.gov*

CLOEXM

 

NAME AND MAILING ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or judgment creditor's attorney)*

Mostafa Reyad
2077 Center Ave.
#22 D
Fort Lee, NJ 07024

**INSTRUCTIONS**

**TO JUDGMENT CREDITOR OR JUDGMENT CREDITOR'S ATTORNEY:** *Complete section I below and follow instructions on form JD-CV-5.*
**TO PROPER OFFICER:** *Complete section II below and follow instructions on form JC-CV-5.*
**TO THIRD PERSON:** *Complete section III below and follow instructions on form JD-CV-5.*
**TO JUDGMENT DEBTOR:** *Read section IV below and complete section V if applicable.*

**SECTION I** *(Must be completed by judgment creditor or judgment creditor's attorney)*

ADDRESS OF COURT *(Number, street, town, zip code)*   ☐ G.A.  ☐ J.D.  ☐ HOUSING SESSION
UNITED STATES DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT 06103

NAME OF CASE
Indymac Bank F.S.B. v. Mostafa Reyad, et al.

DOCKET NO.
3:00 cv 835 (CFD)

NAME OF JUDGMENT DEBTOR
Mostafa Reyad

**SECTION II** *(Must be completed by proper officer)*

DATE OF SERVICE OF EXECUTION | NAME AND ADDRESS OF PROPER OFFICER

NAME AND ADDRESS OF THIRD PERSON SERVED WITH EXECUTION *(if any)* | TELEPHONE NO. *(if known)*

**SECTION III** *(Must be completed by third person served with execution (if any))*
DATE EXECUTION MAILED TO JUDGMENT DEBTOR

**SECTION IV — NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you the attached execution has been issued against your personal property. **SOME OF YOUR PERSONAL PROPERTY MAY BE EXEMPT FROM EXECUTION** -- Certain classes of personal property may be protected from execution by state statutes or other laws or regulations of this state or of the United States. A checklist and description of the most common classes of personal property of a natural person exempt from execution are set forth on page 2 of this form.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW** -- If you wish to claim that the property levied on by the levying officer is exempt by law from execution you must fill out and sign the Claim of Exemption on page 2 of this form and return this exemption claim form to the clerk of the Superior court at the above address. **The form must be received by the clerk of the Superior Court within 20 days after levy on the property.**

Upon receipt of this form, the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

**RIGHT TO REQUEST INSTALMENT PAYMENT ORDER** -- Pursuant to section 52-356d of the general statutes, if you are a consumer judgment debtor, you may seek to have the court issue an instalment payment order with a provision that compliance with the order prevents a levy on your property. An instalment payment order is an order of the court that you pay a weekly amount to the judgment creditor until the judgment is satisfied.

"Consumer Judgment" means a money judgment of less than five thousand dollars against a natural person resulting from a debt or obligation incurred primarily for personal, family, or household purposes.

**SETTING ASIDE THE JUDGMENT** -- If the judgment was rendered against you because of your failure to appear in court, you may, pursuant to section 52-212 of the general statutes, within four months of the date judgment was rendered and upon belief that you have reasonable cause, move the court to set aside the judgment rendered against you.

FOR COURT USE ONLY

PAGE 1 OF 2

EXEMPTION CLAIM FORM

| SECTION V | CLAIM OF EXEMPTION ESTABLISHED BY LAW |
|---|---|

I, the judgment debtor, hereby claim and certify under penalty of false statement that the property described below is exempt from execution as follows:

| NAME AND ADDRESS OF PERSON HOLDING PROPERTY | TELEPHONE NO. |
|---|---|
| PROPERTY CLAIMED TO BE EXEMPT | |
| DESCRIBE BASIS FOR EXEMPTION AS ESTABLISHED BY LAW | |
| COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR | TELEPHONE NO. |
| SIGNED (Judgment debtor) | DATE SIGNED |

| SECTION VI | NOTICE OF HEARING ON EXEMPTION/MODIFICATION CLAIM |
|---|---|

| DATE OF HEARING | TIME OF HEARING .M. | COURTROOM NO. | BY THE ASSISTANT CLERK |
|---|---|---|---|

| SECTION VII | ORDER OF COURT |
|---|---|

ORDERED that the following item(s) are exempt from execution:

| SIGNED (Judge, Magistrate, Assistant Clerk) | BY ORDER OF THE COURT | DATE SIGNED |
|---|---|---|

**CHECKLIST AND DESCRIPTION OF COMMON EXEMPTIONS ALLOWED BY LAW** *(C.G.S. § 52-352b)*

(a) Necessary apparel, bedding, foodstuffs, household furniture and appliances;
(b) Tools, books, instruments, farm animals and livestock feed, which are necessary to the exemptioner in the course of his or her occupation, profession, farming operation or farming partnership;
(c) Burial plot for the exemptioner and his or her immediate family;
(d) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;
(e) Health and disability insurance payments;
(f) Health aids necessary to enable the exemptioner to work or to sustain health;
(g) Worker's compensation, social security, veterans and unemployment benefits;
(h) Court approved payments for child support;
(i) Arms and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;
(j) One motor vehicle to the value of one thousand five hundred dollars, provided such value shall be determined as the fair market value of the motor vehicle less the amount of all liens and security interests which encumber it.
(k) Wedding and engagement rings;
(l) Residential utility deposits for one residence and one residential security deposit;
(m) Any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a;
(n) Alimony and support, other than child support, but only to the extent that wages are exempt from execution under general statute section 52-361a;
(o) An award under a crime reparations act;
(p) All benefits allowed by any association of persons in this state towards the support of any of its members incapacitated by sickness or infirmity from attending to his usual business; and
(q) All moneys due the exemptioner from any insurance company on any insurance policy issued on exempt property, to the same extent that the property was exempt.
(r) Any interest of the exemptioner in any property not to exceed in value one thousand dollars;
(s) Any interest of the exemptioner not to exceed in value four thousand dollars in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the exemptioner under which the insured is the exemptioner or an individual of whom the exemptioner is a dependent; and
(t) The homestead of the exemptioner to the value of seventy-five thousand dollars or, in the case of a money judgment arising out of services provided at a hospital, to the value of one hundred twenty-five thousand dollars, provided value shall be determined as the fair market value of the real property less the amount of any statutory or consensual lien which encumbers it.
(u) Irrevocable transfers of money to an account held by a bona fide nonprofit debt adjuster licensed pursuant to sections 36a-655 to 36a-665 inclusive for the benefit of creditors of the exemptioner.