UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WRIT OF EXECUTION
(APPLICATION)

INDYMAC BANK, F.S.B.

v.                                    Civil No. 3:00 CV 835 (CFD)

MOSTAFA REYAD AND
WAFA REYAD



ADDRESS OF COURT: **450 MAIN STREET, HARTFORD, CT 06103;**
DATE OF JUDGMENT: **APRIL 30, 2007**

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:
**INDYMAC BANK, F.S.B.**

NAME OF JUDGMENT DEBTOR:
**WAFA REYAD**

| | |
|---|---|
| 1. AMOUNT OF JUDGMENT: | $ 535,166.62 |
| 2. AMOUNT OF COSTS: | $ 0.00 |
| 3. AMOUNT OF INTEREST (if applicable): | $ 143,981.94 |
| 4. TOTAL JUDGMENT AND COSTS: | $ 679,148.56 |
| 5. TOTAL PAID ON ACCOUNT: | $ 0.00 |
| 6. TOTAL UNPAID JUDGMENT: | $ 679,148.56 |

SIGNED:

_____        5/22/07
Name of Attorney or party making application    Date


_____Brenner, Saltzman & Wallman LLP_____

_____271 Whitney Avenue_____

_____New Haven, CT 06511_____

_____(203) 772-2600_____
Address and Phone Number

(Rev. 10/27/04)

9W9135.DOC

INSTRUCTIONS FOR WRIT OF EXECUTION
(APPLICATION)

Name and mailing address of Judgment Creditor or attorney

> Rowena A. Moffett, Esq.
> Brenner, Saltzman & Wallman LLP
> 271 Whitney Avenue
> New Haven, CT 06511

PLAINTIFF OR PLAINTIFF'S ATTORNEY - Type or Print. Complete original and 4 copies of the Application. If judgment debtor is a natural person, attach copy of Exemption Form. Present original and 3 copies to Clerk of Court.

CLERK - Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal of the judgment has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; original and copies to the applicant. Retain a copy for the file.

MARSHAL - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption form to copy(ies) of execution served. Complete Section II on exemption claim form.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON - Pursuant to Conn. Gen. Stat. § 52-356a,, you *are* required to mail to the judgment debtor (indicated on reverse side) at his last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the marshal property owned by the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the marshal when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON - Pursuant to Conn. Gen. Stat. § *52-356a,* you are required to deliver to the marshal, property in your possession owned by the judgment debtor or pay to the marshal the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the marshal when the debt becomes due within four months after the date of issuance of this execution.

9W9135.DOC

## EXECUTION

**TO ANY PROPER OFFICER:**

  Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the Judgment Debtor before the Court for the amount stated, as appears of record, whereof execution remained to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the Judgment Debtor, and make demand for payment by the Judgment Debtor of all sums due under the money judgment. On failure of the Judgment Debtor to make immediate payment you are commanded to levy on nonexempt personal property of the Judgment Debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt property is in the possession of the Judgment Debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the Judgment Debtor has left the state prior to service of this execution, or if the Judgment Debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the Judgment Debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

  On failure of the Judgment Debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the Judgment Debtor in the Judgment Debtor's possession and, if the Judgment Debtor has left the state prior to service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the Judgment Debtor's last known address in this state and on any agent or attorney of the Judgment Debtor of record with the United States District Court, District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property or debt due said Judgment Debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Conn. Gen. Stat. § 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution; with your doings endorsed thereon, on the third person upon whom such demand was made.

9W9135.DOC

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.

NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY A PROPER OFFICER PURSUANT TO THIS EXECUTION.

WITNESS THE HONORABLE

DATE: 6/26/07

UNITED STATES DISTRICT JUDGE
KEVIN E. ROWE

CLERK OF THE COURT

DEPUTY CLERK

### RETURN OF SERVICE

STATE OF CONNECTICUT    :
                        :  ss:
COUNTY OF               :

On the _____ day of _____, 20__, then and there I duly served the foregoing application, order and execution on _____ by leaving with or at the usual place of abode of _____ a true and attested copy of the original application, order and execution.

Attest: _____
         Proper Officer

_____
Title

9W9135.DOC

**EXEMPTION CLAIM FORM**
**PROPERTY EXECUTION**
JD-CV-5b Rev. 8-06
C.G.S. 52-321a, 52-352b, 52-361a, 52-361b

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

CLOEXM




NAME AND MAILING ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or judgment creditor's attorney)*

Wafa Reyad
2077 Center Ave.
#22 D
Fort Lee, NJ 07024

**INSTRUCTIONS**

**TO JUDGMENT CREDITOR OR JUDGMENT CREDITOR'S ATTORNEY:** Complete section I below and follow instructions on form JD-CV-5.
**TO PROPER OFFICER:** Complete section II below and follow instructions on form JC-CV-5.
**TO THIRD PERSON:** Complete section III below and follow instructions on form JD-CV-5.
**TO JUDGMENT DEBTOR:** Read section IV below and complete section V if applicable.

**SECTION I** *(Must be completed by judgment creditor or judgment creditor's attorney)*

ADDRESS OF COURT *(Number, street, town, zip code)*   ☐ G.A.   ☐ J.D.   ☐ HOUSING SESSION
UNITED STATES DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT 06103

NAME OF CASE: Indymac Bank F.S.B. v. Mostafa Reyad, et al.
DOCKET NO.: 3:00 cv 835 (CFD)

NAME OF JUDGMENT DEBTOR: Wafa Reyad

**SECTION II** *(Must be completed by proper officer)*

DATE OF SERVICE OF EXECUTION | NAME AND ADDRESS OF PROPER OFFICER

NAME AND ADDRESS OF THIRD PERSON SERVED WITH EXECUTION *(if any)* | TELEPHONE NO. *(if known)*

**SECTION III** *(Must be completed by third person served with execution (if any))*
DATE EXECUTION MAILED TO JUDGMENT DEBTOR

**SECTION IV** — **NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you the attached execution has been issued against your personal property. **SOME OF YOUR PERSONAL PROPERTY MAY BE EXEMPT FROM EXECUTION** -- Certain classes of personal property may be protected from execution by state statutes or other laws or regulations of this state or of the United States. A checklist and description of the most common classes of personal property of a natural person exempt from execution are set forth on page 2 of this form.

HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW -- If you wish to claim that the property levied on by the levying officer is exempt by law from execution you must fill out and sign the Claim of Exemption on page 2 of this form and return this exemption claim form to the clerk of the Superior court at the above address. **The form must be received by the clerk of the Superior Court within 20 days after levy on the property.**

Upon receipt of this form, the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

RIGHT TO REQUEST INSTALMENT PAYMENT ORDER -- Pursuant to section 52-356d of the general statutes, if you are a consumer judgment debtor, you may seek to have the court issue an instalment payment order with a provision that compliance with the order prevents a levy on your property. An instalment payment order is an order of the court that you pay a weekly amount to the judgment creditor until the judgment is satisfied.

"Consumer Judgment" means a money judgment of less than five thousand dollars against a natural person resulting from a debt or obligation incurred primarily for personal, family, or household purposes.

SETTING ASIDE THE JUDGMENT -- If the judgment was rendered against you because of your failure to appear in court, you may, pursuant to section 52-212 of the general statutes, within four months of the date judgment was rendered and upon belief that you have reasonable cause, move the court to set aside the judgment rendered against you.

*FOR COURT USE ONLY*

PAGE 1 OF 2

EXEMPTION CLAIM FORM

| SECTION V | CLAIM OF EXEMPTION ESTABLISHED BY LAW |
|---|---|

I, the judgment debtor, hereby claim and certify under penalty of false statement that the property described below is exempt from execution as follows:

| NAME AND ADDRESS OF PERSON HOLDING PROPERTY | TELEPHONE NO. |
|---|---|

PROPERTY CLAIMED TO BE EXEMPT

DESCRIBE BASIS FOR EXEMPTION AS ESTABLISHED BY LAW

| COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR | TELEPHONE NO. |
|---|---|

| SIGNED (Judgment debtor) | DATE SIGNED |
|---|---|

| SECTION VI | NOTICE OF HEARING ON EXEMPTION/MODIFICATION CLAIM |
|---|---|

| DATE OF HEARING | TIME OF HEARING ___.M. | COURTROOM NO. | BY THE ASSISTANT CLERK |
|---|---|---|---|

| SECTION VII | ORDER OF COURT |
|---|---|

ORDERED that the following item(s) are exempt from execution:

| SIGNED (Judge, Magistrate, Assistant Clerk) | BY ORDER OF THE COURT | DATE SIGNED |
|---|---|---|

### CHECKLIST AND DESCRIPTION OF COMMON EXEMPTIONS ALLOWED BY LAW (C.G.S. § 52-352b)

(a) Necessary apparel, bedding, foodstuffs, household furniture and appliances;
(b) Tools, books, instruments, farm animals and livestock feed, which are necessary to the exemptioner in the course of his or her occupation, profession, farming operation or farming partnership;
(c) Burial plot for the exemptioner and his or her immediate family;
(d) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;
(e) Health and disability insurance payments;
(f) Health aids necessary to enable the exemptioner to work or to sustain health;
(g) Worker's compensation, social security, veterans and unemployment benefits;
(h) Court approved payments for child support;
(i) Arms and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;
(j) One motor vehicle to the value of one thousand five hundred dollars, provided such value shall be determined as the fair market value of the motor vehicle less the amount of all liens and security interests which encumber it.
(k) Wedding and engagement rings;
(l) Residential utility deposits for one residence and one residential security deposit;
(m) Any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a;
(n) Alimony and support, other than child support, but only to the extent that wages are exempt from execution under general statute section 52-361a;
(o) An award under a crime reparations act;
(p) All benefits allowed by any association of persons in this state towards the support of any of its members incapacitated by sickness or infirmity from attending to his usual business; and
(q) All moneys due the exemptioner from any insurance company on any insurance policy issued on exempt property, to the same extent that the property was exempt.
(r) Any interest of the exemptioner in any property not to exceed in value one thousand dollars;
(s) Any interest of the exemptioner not to exceed in value four thousand dollars in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the exemptioner under which the insured is the exemptioner or an individual of whom the exemptioner is a dependent; and
(t) The homestead of the exemptioner to the value of seventy-five thousand dollars or, in the case of a money judgment arising out of services provided at a hospital, to the value of one hundred twenty-five thousand dollars, provided value shall be determined as the fair market value of the real property less the amount of any statutory or consensual lien which encumbers it.
(u) Irrevocable transfers of money to an account held by a bona fide nonprofit debt adjuster licensed pursuant to sections 36a-655 to 36a-665 inclusive for the benefit of creditors of the exemptioner.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPLICATION FOR AND WRIT OF EXECUTION

BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein entered on **April 30, 2007**, Docket No. **3:00 CV 835 (CFD)**, Case name: **Indymac Bank, F.S.B. v. Mostafa Reyad, et al.**

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application):   **Hudson United Bank**
**1225 Dixwell Avenue**
**Hamden, CT 06514**

NAME OF JUDGMENT CREDITOR MAKING APPLICATION: **Indymac Bank, F.S.B** OF **Pasadena, California.**

NAME OF JUDGMENT DEBTOR: **Mostafa Reyad** OF **Fort Lee, New Jersey.**

1. AMOUNT OF JUDGMENT: $1,022,866.18
2. AMOUNT OF COSTS: $       0.00
3. AMOUNT OF INTEREST (if applicable): $ 143,981.94
4. TOTAL JUDGMENT AND COSTS: $1,166,848.12
5. TOTAL PAID ON ACCOUNT: $       0.00
6. TOTAL UNPAID JUDGMENT: $1,166,848.12

_____     5/22/07_____
Signature of Attorney                              Date
or party making application

Rowena A. Moffett, Esq._____
Printed Name

271 Whitney Avenue_____          ct19811_____
Street Address                                   Bar Number

New Haven, CT 06511_____          rmoffett@bswlaw.com_____
City/State/Zip                                   Email Address

 (203) 772-2600_____
Phone Number

(Rev. 4/27/06)

9W9130.DOC

**EXECUTION**

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby Authority Of The United States To Command You:

__X___ IF JUDGMENT DEBTOR IS A NATURAL PERSON:

Within seven days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your county, or is such main office is not within your county and such banking institution has one or more branch offices within your county, upon an employee of such a branch office, such employee and such branch office having been designated by the banking commissioner, for payment to you pursuant to section 52-367(b) of the general statutes of any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the bank institution officer upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of section 52-367(b) of the general statutes.

_____ IF DEBTOR IS OTHER

Make demand upon the main office of ally banking institution having its main office within your county, or if such main office is not within your county and such bank institution has one or more branch offices within your county, upon an employee of such branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you of any debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment, from its date until the time when this execution is satisfied, plus your own fees. Said sum shall be received by you and applied on this execution. After having made such demand you are directed to serve a true and attested copy hereof, with your doings thereon endorsed, with the banking institution office upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.

DATED AT _Hartford_ , CONNECTICUT THIS 26th DAY OF _June 2007_

KEVIN F. ROWE, CLERK

BY _____
DEPUTY CLERK

9W9130.DOC

**EXEMPTION CLAIM FORM**
**FINANCIAL INSTITUTION EXECUTION**    SEE INSTRUCTIONS ON BACK/PAGE 2
JD-CV-24A Rev. 4-06
C.G.S. 31-58(j), 52-321a, 52-350a, 52-352b,
52-361a, 52-367b, 29 U.S.C. 206(a)(1)

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or attorney)*

TO: Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

### SECTION I (To be completed by judgment creditor)

☐ Judicial District   ☐ Housing Session   ☐ G.A. No. _____

NAME AND ADDRESS OF COURT *(No., Street, Town and Zip Code)*
U.S. DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT 06103

| NAME OF CASE | NAME OF JUDGMENT DEBTOR | DOCKET NO. |
|---|---|---|
| Indymac Bank F.S.B. v. Mostafa Reyad, et al. | Mostafa Reyad | 3:00 cv 835 (CFD) |

### SECTION II (To be completed by financial institution - see instructions on back/page 2)

| NAME AND ADDRESS OF FINANCIAL INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED | DATE OF MAILING TO JUDGMENT DEBTOR |
|---|---|
| | |

| DESCRIPTION OF ACCOUNT *(Including account no.)* | AMOUNT REMOVED PURSUANT TO EXECUTION | AMOUNT AND TYPE OF READILY IDENTIFIABLE EXEMPT FUNDS **NOT** REMOVED |
|---|---|---|
| | | |

☐ Additional sheet(s) attached hereto and made a part hereof *(if necessary).*

### SECTION III — NOTICE TO JUDGMENT DEBTOR

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the **financial institution named above.** In compliance with this execution, the financial institution has removed the amount of money indicated above from the account(s) enumerated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the most common exemptions established by law are set forth below.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW.** If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the <u>financial institution</u> at the above address. This form must be received by the financial institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the financial institution will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

### SECTION IV — AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account is exempt by law from execution as follows: *("X" all that apply to the funds contained in this account)*

☐ Social Security benefits (§52-352b(g))
☐ Unemployment benefits (§52-352b(g))
☐ Worker's Compensation benefits (§52-352b(g))
☐ Veteran's benefits (§52-352b(g))
☐ Public Assistance payments (§52-352b(d))
☐ Wages* (§52-361a)
☐ Wages earned by a public assistance recipient under an incentive earnings or similar program (§52-352b(d))
☐ Court-ordered child support payments (§52-352b(h))
☐ Alimony and support other than child support* (§52-352b(n))
*See Note Regarding Exemption for Wages and Alimony on back/page 2.*

☐ Private pension, trust, retirement, or medical savings account payments (§§52-321a, 52-352b(m))
☐ Health or disability insurance payments (§52-352b(e))
☐ An amount in the bank not to exceed $1000 (§52-352b(r))
☐ Other claim of exempt funds *(Explain basis for claim of exemption):* _____

Amount claimed to be exempt if less than the entire amount: _____

| SIGNED X | DATE SIGNED | TELEPHONE NO. |
|---|---|---|
| COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR | | |

| Subscribed and sworn to before me on: | DATE | AT *(Town)* | SIGNED *(Notary Public, Commissioner of Superior Court)* X |
|---|---|---|---|

Page 1 of 2

## INSTRUCTIONS

### TO FINANCIAL INSTITUTION

1. Complete section II of this form and send 2 copies of this form and the financial institution execution form to the judgment debtor and to any secured party that is party to a control agreement between the financial institution and such secured party under article 9 of title 42a pursuant to section 52-367b of the General Statutes.

2. If this claim of exemption is returned completed, fill out section VI of this form and mail, within two business days, to the issuing clerk's office at the address of court indicated on the front side. See additional instructions on the financial institution execution form.

### TO CLERK

1. Attach this form to each financial institution execution issued in a civil or family matter against a judgment debtor that is a natural person.
2. Deliver the execution along with this form to the judgment creditor requesting the execution.
3. If judgment debtor completes and returns this form claiming an exemption, enter the appearance of the judgment debtor with address set forth on page 1.
4. Set matter down for short calendar hearing.
5. Complete section VII below.
6. Send file-stamped copy of this form to judgment debtor and judgment creditor.
7. After hearing, send copy of any order entered to the financial institution.

### NOTE REGARDING EXEMPTION FOR WAGES AND ALIMONY

The amount of wages and alimony that may be subject to levy or other withholding for payment of a judgment is the lesser of (1) twenty-five per cent of the individual's disposable earnings for that week, or (2) the amount by which the individual's disposable earnings for that week exceed forty times the higher of (A) the federal minimum hourly wage under Section 6(a)(1) of the Fair Labor Standards Act of 1938, U.S.C. tit. 29, Section 206(a)(1), or (B), the state minimum hourly wage under subsection (j) of Section 31-58, in effect at the time the earnings are payable.

C.G.S. 52-350a(4) defines "disposable earnings" as that part of the earnings of an individual remaining after the deduction from those earnings of amounts required to be withheld for payment of federal income and employment taxes, normal retirement contributions, union dues and initiation fees, group life insurance premiums, health insurance premiums and federal tax levies.

### SECTION V — PROPER OFFICER MUST COMPLETE THIS SECTION

| NAME AND TITLE OF PROPER OFFICER | DATE OF SERVICE ON FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|
|  |  |  |

### SECTION VI (To be completed by financial institution upon return of exemption claim form)

| DATE CLAIM RECEIVED | DATE MAILED TO COURT | NAME OF FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|---|
|  |  |  |  |

### SECTION VII — NOTICE TO JUDGMENT DEBTOR AND JUDGMENT CREDITOR

The assets in dispute are being held for (1) forty-five days from the date the exemption claim form was received by the financial institution designated on the front of this form or (2) until disposition is ordered by the court at a hearing to be held at short calendar on the date set forth below, whichever occurs earlier.

| DATE OF HEARING | TIME OF HEARING | a.m. / p.m. | COURTROOM |
|---|---|---|---|
|  |  | ☐ a.m. ☐ p.m. |  |

| SIGNED (Assistant Clerk) | DATE SIGNED |
|---|---|
|  |  |

### ORDER

The Court/Magistrate, having held a hearing to determine the issues raised by this claim, hereby orders that:

| BY THE COURT (Name of Judge/Family Support Magistrate/Magistrate) | ☐ Judge   ☐ FSM   ☐ Magistrate |
|---|---|
| SIGNED (Judge/Family Support Magistrate/Magistrate/Assistant Clerk) | DATE SIGNED |

JD-CV-24A (page 2) Rev. 4-06              Page 2 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein entered on **April 30, 2007**, Docket No. **3:00 CV 835 (CFD)**, Case name: **Indymac Bank, F.S.B. v. Mostafa Reyad, et al.**

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application):   **Hudson United Bank**
**1225 Dixwell Avenue**
**Hamden, CT 06514**

NAME OF JUDGMENT CREDITOR MAKING APPLICATION: **Indymac Bank, F.S.B** OF **Pasadena, California.**

NAME OF JUDGMENT DEBTOR: **Wafa Reyad** OF **Fort Lee, New Jersey.**

| | | | |
|---|---|---|---|
| 1. | AMOUNT OF JUDGMENT: | $ | 535,166.62 |
| 2. | AMOUNT OF COSTS: | $ | 0.00 |
| 3. | AMOUNT OF INTEREST (if applicable): | $ | 143,981.94 |
| 4. | TOTAL JUDGMENT AND COSTS: | $ | 679,148.56 |
| 5. | TOTAL PAID ON ACCOUNT: | $ | 0.00 |
| 6. | TOTAL UNPAID JUDGMENT: | $ | 679,148.56 |

_____        5/22/07
Signature of Attorney                      Date
or party making application

Rowena A. Moffett, Esq.
Printed Name

271 Whitney Avenue                         ct19811
Street Address                             Bar Number

New Haven, CT 06511                        rmoffett@bswlaw.com
City/State/Zip                             Email Address

(203) 772-2600
Phone Number

(Rev. 4/27/06)

9W9132.DOC

## EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby Authority Of The United States To Command You:

__X__ IF JUDGMENT DEBTOR IS A NATURAL PERSON:

Within seven days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your county, or is such main office is not within your county and such banking institution has one or more branch offices within your county, upon an employee of such a branch office, such employee and such branch office having been designated by the banking commissioner, for payment to you pursuant to section 52-367(b) of the general statutes of any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the bank institution officer upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of section 52-367(b) of the general statutes.

_____ IF DEBTOR IS OTHER

Make demand upon the main office of ally banking institution having its main office within your county, or if such main office is not within your county and such bank institution has one or more branch offices within your county, upon an employee of such branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you of any debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment, from its date until the time when this execution is satisfied, plus your own fees. Said sum shall be received by you and applied on this execution. After having made such demand you are directed to serve a true and attested copy hereof, with your doings thereon endorsed, with the banking institution office upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.

DATED AT _Hartford_ , CONNECTICUT THIS 26th DAY OF June 2007

KEVIN F. ROWE, CLERK

BY _____
DEPUTY CLERK

9W9130.DOC

| EXEMPTION CLAIM FORM<br>FINANCIAL INSTITUTION EXECUTION<br>JD-CV-24A Rev. 4-06<br>C.G.S. 31-58(j), 52-321a, 52-350a, 52-352b,<br>52-361a, 52-367b, 29 U.S.C. 206(a)(1) | SEE INSTRUCTIONS ON BACK/PAGE 2 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>*www.jud.ct.gov*  |

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or attorney)*

TO:  Wafa Reyad
     2077 Center Ave
     #22D
     Fort Lee, NJ  07024

### SECTION I (To be completed by judgment creditor)

☐ Judicial District   ☐ Housing Session   ☐ G.A. No. ____

NAME AND ADDRESS OF COURT *(No., Street, Town and Zip Code)*
U.S. DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT 06103

| NAME OF CASE | NAME OF JUDGMENT DEBTOR | DOCKET NO. |
|---|---|---|
| Indymac Bank F.S.B. v. Mostafa Reyad, et al. | Wafa Reyad | 3:00 cv 835 (CFD) |

### SECTION II (To be completed by financial institution - see instructions on back/page 2)

| NAME AND ADDRESS OF FINANCIAL INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED | DATE OF MAILING TO JUDGMENT DEBTOR |
|---|---|
| | |

| DESCRIPTION OF ACCOUNT *(Including account no.)* | AMOUNT REMOVED PURSUANT TO EXECUTION | AMOUNT AND TYPE OF READILY IDENTIFIABLE EXEMPT FUNDS **NOT** REMOVED |
|---|---|---|
| | | |

☐ Additional sheet(s) attached hereto and made a part hereof *(if necessary)*.

### SECTION III   NOTICE TO JUDGMENT DEBTOR

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the financial institution named above. In compliance with this execution, the financial institution has removed the amount of money indicated above from the account(s) enumerated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the most common exemptions established by law are set forth below.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW.** If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the <u>financial institution</u> at the above address. This form must be received by the financial institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the financial institution will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

### SECTION IV   AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account is exempt by law from execution as follows: ("X" all that apply to the funds contained in this account)

☐ Social Security benefits (§52-352b(g))
☐ Unemployment benefits (§52-352b(g))
☐ Worker's Compensation benefits (§52-352b(g))
☐ Veteran's benefits (§52-352b(g))
☐ Public Assistance payments (§52-352b(d))
☐ Wages* (§52-361a)
☐ Wages earned by a public assistance recipient under an incentive earnings or similar program (§52-352b(d))
☐ Court-ordered child support payments (§52-352b(h))
☐ Alimony and support other than child support* (§52-352b(n))
*See Note Regarding Exemption for Wages and Alimony on back/page 2.

☐ Private pension, trust, retirement, or medical savings account payments (§§52-321a, 52-352b(m))
☐ Health or disability insurance payments (§52-352b(e))
☐ An amount in the bank not to exceed $1000 (§52-352b(r))
☐ Other claim of exempt funds *(Explain basis for claim of exemption):*
_____

| Amount claimed to be exempt if less than the entire amount: | |
|---|---|

| SIGNED<br>X | DATE SIGNED | TELEPHONE NO. |
|---|---|---|

COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR

| Subscribed and sworn to before me on: | DATE | AT *(Town)* | SIGNED *(Notary Public, Commissioner of Superior Court)*<br>X |
|---|---|---|---|

## INSTRUCTIONS

### TO FINANCIAL INSTITUTION

1. Complete section II of this form and send 2 copies of this form and the financial institution execution form to the judgment debtor and to any secured party that is party to a control agreement between the financial institution and such secured party under article 9 of title 42a pursuant to section 52-367b of the General Statutes.

2. If this claim of exemption is returned completed, fill out section VI of this form and mail, within two business days, to the issuing clerk's office at the address of court indicated on the front side. See additional instructions on the financial institution execution form.

### TO CLERK

1. Attach this form to each financial institution execution issued in a civil or family matter against a judgment debtor that is a natural person.
2. Deliver the execution along with this form to the judgment creditor requesting the execution.
3. If judgment debtor completes and returns this form claiming an exemption, enter the appearance of the judgment debtor with address set forth on page 1.
4. Set matter down for short calendar hearing.
5. Complete section VII below.
6. Send file-stamped copy of this form to judgment debtor and judgment creditor.
7. After hearing, send copy of any order entered to the financial institution.

### NOTE REGARDING EXEMPTION FOR WAGES AND ALIMONY

The amount of wages and alimony that may be subject to levy or other withholding for payment of a judgment is the lesser of (1) twenty-five per cent of the individual's disposable earnings for that week, or (2) the amount by which the individual's disposable earnings for that week exceed forty times the higher of (A) the federal minimum hourly wage under Section 6(a)(1) of the Fair Labor Standards Act of 1938, U.S.C. tit. 29, Section 206(a)(1), or (B), the state minimum hourly wage under subsection (j) of Section 31-58, in effect at the time the earnings are payable.

C.G.S. 52-350a(4) defines "disposable earnings" as that part of the earnings of an individual remaining after the deduction from those earnings of amounts required to be withheld for payment of federal income and employment taxes, normal retirement contributions, union dues and initiation fees, group life insurance premiums, health insurance premiums and federal tax levies.

### SECTION V — PROPER OFFICER MUST COMPLETE THIS SECTION

| NAME AND TITLE OF PROPER OFFICER | DATE OF SERVICE ON FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|
| | | |

### SECTION VI (To be completed by financial institution upon return of exemption claim form)

| DATE CLAIM RECEIVED | DATE MAILED TO COURT | NAME OF FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|---|
| | | | |

### SECTION VII — NOTICE TO JUDGMENT DEBTOR AND JUDGMENT CREDITOR

The assets in dispute are being held for (1) forty-five days from the date the exemption claim form was received by the financial institution designated on the front of this form or (2) until disposition is ordered by the court at a hearing to be held at short calendar on the date set forth below, whichever occurs earlier.

| DATE OF HEARING | TIME OF HEARING | ☐ a.m. ☐ p.m. | COURTROOM |
|---|---|---|---|
| | | | |

| SIGNED (Assistant Clerk) | DATE SIGNED |
|---|---|
| | |

### ORDER

The Court/Magistrate, having held a hearing to determine the issues raised by this claim, hereby orders that:

| BY THE COURT (Name of Judge/Family Support Magistrate/Magistrate) | ☐ Judge  ☐ FSM  ☐ Magistrate |
|---|---|
| SIGNED (Judge/Family Support Magistrate/Magistrate/Assistant Clerk) | DATE SIGNED |