

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein entered on **April 30, 2007**, Docket No. **3:00 CV 835 (CFD)**, Case name: **Indymac Bank, F.S.B. v. Mostafa Reyad, et al.**

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application):  **Fleet Bank n/k/a**
**Bank of America**
**777 Main Street**
**Hartford, CT 06103**

NAME OF JUDGMENT CREDITOR MAKING APPLICATION: **Indymac Bank, F.S.B** OF **Pasadena, California.**

NAME OF JUDGMENT DEBTOR: **Mostafa Reyad** OF **Fort Lee, New Jersey.**

| | | |
|---|---|---|
| 1. | AMOUNT OF JUDGMENT: | $1,022,866.18 |
| 2. | AMOUNT OF COSTS: | $ 0.00 |
| 3. | AMOUNT OF INTEREST (if applicable): | $ 143,981.94 |
| 4. | TOTAL JUDGMENT AND COSTS: | $1,166,848.12 |
| 5. | TOTAL PAID ON ACCOUNT: | $ 0.00 |
| 6. | TOTAL UNPAID JUDGMENT: | $1,166,848.12 |

_____       5/22/07
Signature of Attorney                    Date
or party making application

Rowena A. Moffett, Esq.
Printed Name

271 Whitney Avenue                       ct19811
Street Address                            Bar Number

New Haven, CT 06511                      rmoffett@bswlaw.com
City/State/Zip                            Email Address

(203) 772-2600
Phone Number

(Rev. 4/27/06)

9W9133.DOC

# EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby Authority Of The United States To Command You:

__X___ IF JUDGMENT DEBTOR IS A NATURAL PERSON:

Within seven days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your county, or is such main office is not within your county and such banking institution has one or more branch offices within your county, upon an employee of such a branch office, such employee and such branch office having been designated by the banking commissioner, for payment to you pursuant to section 52-367(b) of the general statutes of any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the bank institution officer upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of section 52-367(b) of the general statutes.

_____ IF DEBTOR IS OTHER

Make demand upon the main office of ally banking institution having its main office within your county, or if such main office is not within your county and such bank institution has one or more branch offices within your county, upon an employee of such branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you of any debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment, from its date until the time when this execution is satisfied, plus your own fees. Said sum shall be received by you and applied on this execution. After having made such demand you are directed to serve a true and attested copy hereof, with your doings thereon endorsed, with the banking institution office upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.

DATED AT _Hartford_, CONNECTICUT THIS 26th DAY OF _June 2007_

KEVIN F. ROWE, CLERK

BY _[signature]_
DEPUTY CLERK

9W9130.DOC

**EXEMPTION CLAIM FORM**
**FINANCIAL INSTITUTION EXECUTION**     SEE INSTRUCTIONS ON BACK/PAGE 2
JD-CV-24A Rev. 4-06
C.G.S. 31-58(j), 52-321a, 52-350a, 52-352b,
52-361a, 52-367b, 29 U.S.C. 206(a)(1)

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or attorney)*

TO: Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

### SECTION I (To be completed by judgment creditor)

☐ Judicial District   ☐ Housing Session   ☐ G.A. No. ____

NAME AND ADDRESS OF COURT *(No., Street, Town and Zip Code)*
U.S. DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT 06103

NAME OF CASE: Indymac Bank F.S.B. v. Mostafa Reyad, et al.
NAME OF JUDGMENT DEBTOR: Mostafa Reyad
DOCKET NO.: 3:00 cv 835 (CFD)

### SECTION II (To be completed by financial institution - see instructions on back/page 2)

NAME AND ADDRESS OF FINANCIAL INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED

DATE OF MAILING TO JUDGMENT DEBTOR

| DESCRIPTION OF ACCOUNT (Including account no.) | AMOUNT REMOVED PURSUANT TO EXECUTION | AMOUNT AND TYPE OF READILY IDENTIFIABLE EXEMPT FUNDS **NOT** REMOVED |
|---|---|---|
| | | |

☐ Additional sheet(s) attached hereto and made a part hereof *(if necessary).*

### SECTION III — NOTICE TO JUDGMENT DEBTOR

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the financial institution named above. In compliance with this execution, the financial institution has removed the amount of money indicated above from the account(s) enumerated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the most common exemptions established by law are set forth below.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW.** If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the financial institution at the above address. This form must be received by the financial institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the financial institution will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

### SECTION IV — AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account is exempt by law from execution as follows: *("X" all that apply to the funds contained in this account)*

☐ Social Security benefits (§52-352b(g))
☐ Unemployment benefits (§52-352b(g))
☐ Worker's Compensation benefits (§52-352b(g))
☐ Veteran's benefits (§52-352b(g))
☐ Public Assistance payments (§52-352b(d))
☐ Wages* (§52-361a)
☐ Wages earned by a public assistance recipient under an incentive earnings or similar program (§52-352b(d))
☐ Court-ordered child support payments (§52-352b(h))
☐ Alimony and support other than child support* (§52-352b(n))

☐ Private pension, trust, retirement, or medical savings account payments (§§52-321a, 52-352b(m))
☐ Health or disability insurance payments (§52-352b(e))
☐ An amount in the bank not to exceed $1000 (§52-352b(r))
☐ Other claim of exempt funds *(Explain basis for claim of exemption):*
_____

Amount claimed to be exempt if less than the entire amount: _____

*See Note Regarding Exemption for Wages and Alimony on back/page 2.

SIGNED X _____  DATE SIGNED _____  TELEPHONE NO. _____

COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR

| Subscribed and sworn to before me on: | DATE | AT *(Town)* | SIGNED *(Notary Public, Commissioner of Superior Court)* X |
|---|---|---|---|

Page 1 of 2

## INSTRUCTIONS

**TO FINANCIAL INSTITUTION**

1. Complete section II of this form and send 2 copies of this form and the financial institution execution form to the judgment debtor and to any secured party that is party to a control agreement between the financial institution and such secured party under article 9 of title 42a pursuant to section 52-367b of the General Statutes.

2. If this claim of exemption is returned completed, fill out section VI of this form and mail, within two business days, to the issuing clerk's office at the address of court indicated on the front side. See additional instructions on the financial institution execution form.

**TO CLERK**

1. Attach this form to each financial institution execution issued in a civil or family matter against a judgment debtor that is a natural person.
2. Deliver the execution along with this form to the judgment creditor requesting the execution.
3. If judgment debtor completes and returns this form claiming an exemption, enter the appearance of the judgment debtor with address set forth on page 1.
4. Set matter down for short calendar hearing.
5. Complete section VII below.
6. Send file-stamped copy of this form to judgment debtor and judgment creditor.
7. After hearing, send copy of any order entered to the financial institution.

### NOTE REGARDING EXEMPTION FOR WAGES AND ALIMONY

The amount of wages and alimony that may be subject to levy or other withholding for payment of a judgment is the lesser of (1) twenty-five per cent of the individual's disposable earnings for that week, or (2) the amount by which the individual's disposable earnings for that week exceed forty times the higher of (A) the federal minimum hourly wage under Section 6(a)(1) of the Fair Labor Standards Act of 1938, U.S.C. tit. 29, Section 206(a)(1), or (B), the state minimum hourly wage under subsection (j) of Section 31-58, in effect at the time the earnings are payable.

C.G.S. 52-350a(4) defines "disposable earnings" as that part of the earnings of an individual remaining after the deduction from those earnings of amounts required to be withheld for payment of federal income and employment taxes, normal retirement contributions, union dues and initiation fees, group life insurance premiums, health insurance premiums and federal tax levies.

**SECTION V — PROPER OFFICER MUST COMPLETE THIS SECTION**

| NAME AND TITLE OF PROPER OFFICER | DATE OF SERVICE ON FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|
| | | |

**SECTION VI** (To be completed by financial institution upon return of exemption claim form)

| DATE CLAIM RECEIVED | DATE MAILED TO COURT | NAME OF FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|---|
| | | | |

**SECTION VII — NOTICE TO JUDGMENT DEBTOR AND JUDGMENT CREDITOR**

The assets in dispute are being held for (1) forty-five days from the date the exemption claim form was received by the financial institution designated on the front of this form or (2) until disposition is ordered by the court at a hearing to be held at short calendar on the date set forth below, whichever occurs earlier.

| DATE OF HEARING | TIME OF HEARING | a.m. / p.m. | COURTROOM |
|---|---|---|---|
| | | ☐ a.m. ☐ p.m. | |

| SIGNED (Assistant Clerk) | DATE SIGNED |
|---|---|
| | |

**ORDER**

The Court/Magistrate, having held a hearing to determine the issues raised by this claim, hereby orders that:

| BY THE COURT (Name of Judge/Family Support Magistrate/Magistrate) | ☐ Judge  ☐ FSM  ☐ Magistrate |
|---|---|
| SIGNED (Judge/Family Support Magistrate/Magistrate/Assistant Clerk) | DATE SIGNED |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein entered on **April 30, 2007**, Docket No. **3:00 CV 835 (CFD)**, Case name: **Indymac Bank, F.S.B. v. Mostafa Reyad, et al.**

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application):   **Fleet Bank n/k/a
Bank of America
777 Main Street
Hartford, CT 06103**

NAME OF JUDGMENT CREDITOR MAKING APPLICATION: **Indymac Bank, F.S.B OF Pasadena, California.**

NAME OF JUDGMENT DEBTOR: **Wafa Reyad OF Fort Lee, New Jersey.**

| | | |
|---|---|---|
| 1. | AMOUNT OF JUDGMENT: | $ 535,166.62 |
| 2. | AMOUNT OF COSTS: | $ 0.00 |
| 3. | AMOUNT OF INTEREST (if applicable): | $ 143,981.94 |
| 4. | TOTAL JUDGMENT AND COSTS: | $ 679,148.56 |
| 5. | TOTAL PAID ON ACCOUNT: | $ 0.00 |
| 6. | TOTAL UNPAID JUDGMENT: | $ 679,148.56 |

_____          5/22/07
Signature of Attorney                             Date
or party making application

Rowena A. Moffett, Esq.
Printed Name

271 Whitney Avenue                              ct19811
Street Address                                       Bar Number

New Haven, CT 06511                          rmoffett@bswlaw.com
City/State/Zip                                         Email Address

(203) 772-2600
Phone Number

(Rev. 4/27/06)

9W9134.DOC

## EXECUTION

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby Authority Of The United States To Command You:

__X__ IF JUDGMENT DEBTOR IS A NATURAL PERSON:

Within seven days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your county, or is such main office is not within your county and such banking institution has one or more branch offices within your county, upon an employee of such a branch office, such employee and such branch office having been designated by the banking commissioner, for payment to you pursuant to section 52-367(b) of the general statutes of any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the bank institution officer upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of section 52-367(b) of the general statutes.

_____ IF DEBTOR IS OTHER

Make demand upon the main office of ally banking institution having its main office within your county, or if such main office is not within your county and such bank institution has one or more branch offices within your county, upon an employee of such branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you of any debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment, from its date until the time when this execution is satisfied, plus your own fees. Said sum shall be received by you and applied on this execution. After having made such demand you are directed to serve a true and attested copy hereof, with your doings thereon endorsed, with the banking institution office upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.

DATED AT _Hartford_ , CONNECTICUT THIS 26th DAY OF June 2007

KEVIN F. ROWE, CLERK

BY _[signature]_
DEPUTY CLERK

9W9130.DOC

| EXEMPTION CLAIM FORM<br>FINANCIAL INSTITUTION EXECUTION<br>JD-CV-24A Rev. 4-06<br>C.G.S. 31-58(j), 52-321a, 52-350a, 52-352b,<br>52-361a, 52-367b, 29 U.S.C. 206(a)(1) | SEE INSTRUCTIONS ON BACK/PAGE 2 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov |

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY
*(To be completed by judgment creditor or attorney)*

TO: Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

### SECTION I (To be completed by judgment creditor)

☐ Judicial District   ☐ Housing Session   ☐ G.A. No. ____

NAME AND ADDRESS OF COURT *(No., Street, Town and Zip Code)*
U.S. DISTRICT COURT, 450 MAIN STREET, HARTFORD, CT 06103

| NAME OF CASE | NAME OF JUDGMENT DEBTOR | DOCKET NO. |
|---|---|---|
| Indymac Bank F.S.B. v. Mostafa Reyad, et al. | Wafa Reyad | 3:00 cv 835 (CFD) |

### SECTION II (To be completed by financial institution - see instructions on back/page 2)

| NAME AND ADDRESS OF FINANCIAL INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED | DATE OF MAILING TO JUDGMENT DEBTOR |
|---|---|
| | |

| DESCRIPTION OF ACCOUNT *(Including account no.)* | AMOUNT REMOVED PURSUANT TO EXECUTION | AMOUNT AND TYPE OF READILY IDENTIFIABLE EXEMPT FUNDS **NOT** REMOVED |
|---|---|---|
| | | |

☐ Additional sheet(s) attached hereto and made a part hereof *(if necessary)*.

### SECTION III — NOTICE TO JUDGMENT DEBTOR

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the financial institution named above. In compliance with this execution, the financial institution has removed the amount of money indicated above from the account(s) enumerated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the most common exemptions established by law are set forth below.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW.** If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the <u>financial institution</u> at the above address. This form must be received by the financial institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the financial institution will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

### SECTION IV — AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account is exempt by law from execution as follows: *("X" all that apply to the funds contained in this account)*

☐ Social Security benefits (§52-352b(g))
☐ Unemployment benefits (§52-352b(g))
☐ Worker's Compensation benefits (§52-352b(g))
☐ Veteran's benefits (§52-352b(g))
☐ Public Assistance payments (§52-352b(d))
☐ Wages* (§52-361a)
☐ Wages earned by a public assistance recipient under an incentive earnings or similar program (§52-352b(d))
☐ Court-ordered child support payments (§52-352b(h))
☐ Alimony and support other than child support* (§52-352b(n))
*See Note Regarding Exemption for Wages and Alimony on back/page 2.

☐ Private pension, trust, retirement, or medical savings account payments (§§52-321a, 52-352b(m))
☐ Health or disability insurance payments (§52-352b(e))
☐ An amount in the bank not to exceed $1000 (§52-352b(r))
☐ Other claim of exempt funds *(Explain basis for claim of exemption)*:
_____

| Amount claimed to be exempt if less than the entire amount: | |
|---|---|

| SIGNED<br>X | DATE SIGNED | TELEPHONE NO. |
|---|---|---|

COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR

| Subscribed and sworn to before me on: | DATE | AT *(Town)* | SIGNED *(Notary Public, Commissioner of Superior Court)*<br>X |
|---|---|---|---|

Page 1 of 2

## INSTRUCTIONS

### TO FINANCIAL INSTITUTION

1. Complete section II of this form and send 2 copies of this form and the financial institution execution form to the judgment debtor and to any secured party that is party to a control agreement between the financial institution and such secured party under article 9 of title 42a pursuant to section 52-367b of the General Statutes.

2. If this claim of exemption is returned completed, fill out section VI of this form and mail, within two business days, to the issuing clerk's office at the address of court indicated on the front side. See additional instructions on the financial institution execution form.

### TO CLERK

1. Attach this form to each financial institution execution issued in a civil or family matter against a judgment debtor that is a natural person.
2. Deliver the execution along with this form to the judgment creditor requesting the execution.
3. If judgment debtor completes and returns this form claiming an exemption, enter the appearance of the judgment debtor with address set forth on page 1.
4. Set matter down for short calendar hearing.
5. Complete section VII below.
6. Send file-stamped copy of this form to judgment debtor and judgment creditor.
7. After hearing, send copy of any order entered to the financial institution.

### NOTE REGARDING EXEMPTION FOR WAGES AND ALIMONY

*The amount of wages and alimony that may be subject to levy or other withholding for payment of a judgment is the lesser of (1) twenty-five per cent of the individual's disposable earnings for that week, or (2) the amount by which the individual's disposable earnings for that week exceed forty times the higher of (A) the federal minimum hourly wage under Section 6(a)(1) of the Fair Labor Standards Act of 1938, U.S.C. tit. 29, Section 206(a)(1), or (B), the state minimum hourly wage under subsection (j) of Section 31-58, in effect at the time the earnings are payable.*

*C.G.S. 52-350a(4) defines "disposable earnings" as that part of the earnings of an individual remaining after the deduction from those earnings of amounts required to be withheld for payment of federal income and employment taxes, normal retirement contributions, union dues and initiation fees, group life insurance premiums, health insurance premiums and federal tax levies.*

### SECTION V — PROPER OFFICER MUST COMPLETE THIS SECTION

| NAME AND TITLE OF PROPER OFFICER | DATE OF SERVICE ON FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|
| | | |

### SECTION VI (To be completed by financial institution upon return of exemption claim form)

| DATE CLAIM RECEIVED | DATE MAILED TO COURT | NAME OF FINANCIAL INSTITUTION | TELEPHONE NO. |
|---|---|---|---|
| | | | |

### SECTION VII — NOTICE TO JUDGMENT DEBTOR AND JUDGMENT CREDITOR

The assets in dispute are being held for (1) forty-five days from the date the exemption claim form was received by the financial institution designated on the front of this form or (2) until disposition is ordered by the court at a hearing to be held at short calendar on the date set forth below, whichever occurs earlier.

| DATE OF HEARING | TIME OF HEARING | a.m. / p.m. | COURTROOM |
|---|---|---|---|
| | | | |

| SIGNED (Assistant Clerk) | DATE SIGNED |
|---|---|
| | |

### ORDER

The Court/Magistrate, having held a hearing to determine the issues raised by this claim, hereby orders that:

| BY THE COURT (Name of Judge/Family Support Magistrate/Magistrate) | ☐ Judge   ☐ FSM   ☐ Magistrate |
|---|---|
| SIGNED (Judge/Family Support Magistrate/Magistrate/Assistant Clerk) | DATE SIGNED |

SANFORD P. LEVINE  
State Marshal  
P.O. Box 4020  
Amity Station  
Woodbridge, Connecticut 06525  

IMPORTANT NOTICE TO EMPLOYER / **BANK**

THE LAW OF THE STATE OF CONNECTICUT MAKES YOU RESPONSIBLE FOR THE PROPER LEVY OF THIS EXECUTION. SECTION 52-361 (D) AND (E), CONNECTICUT GENERAL STATUTES.

THIS EXECUTION MUST BE DELIVERED BY A PROPER OFFICER, A CONNECTICUT STATE MARSHAL, ALL MARSHAL'S CARRY DEPARTMENTAL IDENTIFICATION. EXECUTIONS CANNOT BE LEVIED BY MAIL ( DO NOT ACCEPT EXECUTIONS SENT VIA THE MAIL).

IF THE EMPLOYEE LEAVES YOUR EMPLOY BEFORE THIS EXECUTION IS FULLY SATISFIED, PLEASE REMIT ALL MONIES COLLECTED TO DATE TO THIS OFFICE. PLEASE NOTIFY THE MARSAHL IF COLLECTION WILL BE DELAYED DUE TO OTHER EXECUTIONS ALREADY IN PLACE.

REMEMBER, UNLESS THIS EXECUTION IS RELEASED BY THE MARSHAL'S OFFICE, OR THE COURTS, YOU THE EMPLOYER ARE RESPONSIBLE FOR THE PROPER LEVY OF THIS EXECUTION.

---

STATE OF CONNECTICUT)  
                       ) SS: WOODBRIDGE                      June 26, 2007  
COUNTY OF NEW HAVEN)

WAGE/PROPERTY/**BANK EXECUTION**  
TAX WARRANT

JUDGMENT DEBTOR  
MOSTAFA REYAD  
1465 E. Putnam Avenue  
Greenwich, CT 06870

| | |
|---|---|
| TOTAL UNPAID JUDGEMENT: | $ 1,166,848.12 |
| INTEREST CHARGE/ WARRANT/POSTAGE CHARGE: | $ - |
| COLLECTION COSTS | $ - |
| APPLICATION FEE: | $ - |
| SHERIFF FEE: | $ 175,027.22 |
| TOTAL AMOUNT DUE: | $ 1,341,875.34 |

REMIT CHECKS TO:  
STATE MARSHAL SANFORD P. LEVINE  
P.O. BOX 4020, WOODBRIDGE, CT 06525  
203-397-1200

A TRUE COPY  
ATTEST:    *[signature]*

**CONNECTICUT STATE MARSHAL SANFORD P. LEVINE**

Brenner, Saltzman & Wallman, LLP

SANFORD P. LEVINE
State Marshal
P.O. Box 4020
Amity Station
Woodbridge, Connecticut 06525

### IMPORTANT NOTICE TO EMPLOYER / BANK

THE LAW OF THE STATE OF CONNECTICUT MAKES YOU RESPONSIBLE FOR THE PROPER LEVY OF THIS EXECUTION. SECTION 52-361 (D) AND (E), CONNECTICUT GENERAL STATUTES.

THIS EXECUTION MUST BE DELIVERED BY A PROPER OFFICER, A CONNECTICUT STATE MARSHAL, ALL MARSHAL'S CARRY DEPARTMENTAL IDENTIFICATION. EXECUTIONS CANNOT BE LEVIED BY MAIL ( DO NOT ACCEPT EXECUTIONS SENT VIA THE MAIL).

IF THE EMPLOYEE LEAVES YOUR EMPLOY BEFORE THIS EXECUTION IS FULLY SATISFIED, PLEASE REMIT ALL MONIES COLLECTED TO DATE TO THIS OFFICE. PLEASE NOTIFY THE MARSAHL IF COLLECTION WILL BE DELAYED DUE TO OTHER EXECUTIONS ALREADY IN PLACE.

REMEMBER, UNLESS THIS EXECUTION IS RELEASED BY THE MARSHAL'S OFFICE, OR THE COURTS, YOU THE EMPLOYER ARE RESPONSIBLE FOR THE PROPER LEVY OF THIS EXECUTION.

---

STATE OF CONNECTICUT )
                         ) SS: WOODBRIDGE                                        June 26, 2007
COUNTY OF NEW HAVEN )

**WAGE/PROPERTY/BANK EXECUTION**
TAX WARRANT

JUDGMENT DEBTOR
WAFA REYAD
1465 E. Putnam Avenue
Greenwich, CT 06870

| | | |
|---|---|---|
| TOTAL UNPAID JUDGEMENT: | $ | 679,148.56 |
| INTEREST CHARGE/ WARRANT/POSTAGE CHARGE: | $ | - |
| COLLECTION COSTS | $ | - |
| APPLICATION FEE: | $ | - |
| SHERIFF FEE: | $ | 101,872.28 |
| TOTAL AMOUNT DUE: | $ | 781,020.84 |

REMIT CHECKS TO:      STATE MARSHAL SANFORD P. LEVINE
                        P.O. BOX 4020, WOODBRIDGE, CT 06525
                                203-397-1200

A TRUE COPY
ATTEST: _____
              **CONNECTICUT STATE MARSHAL SANFORD P. LEVINE**

Brenner, Saltzman & Wallman, LLP

# Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

NEWTON D. BRENNER (1934-2006)
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT

SEAN M. FISHER

OF COUNSEL:
SHARON KOWAL FREILIC-
HOLLY WINGER

Rowena A. Moffett, Esq.
rmoffett@bswlaw.com
Direct Fax: (203) 772-4008

June 26, 2007

AMEX/IDS
1764 Litchfield Turnpike
Woodbridge, CT 06525

RE: **Indymac Mortgage Holdings, Inc. v. Mostafa Reyad, et al.**
Docket No. 3:00 CV 835
Mostafa Reyad SS#: 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 - D.O.B. 08/06/41
Wafa Reyad SS#: 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 - D.O.B. 08/25/45

Dear Sir/Madam:

Please be advised that Judgment has entered in the above-referenced matter in favor of Indymac Mortgage Holdings, Inc., a copy of which is attached for your information.

Served upon you herewith is a Writ of Execution directing you to deliver to the levying officer the nonexempt personal property of the above-referenced Judgment Debtors in your possession pursuant to the Writ of Garnishment which was served upon you at the outset of this case in May 2000, as well as any additional funds which are currently in the account(s). Please be sure to check whether any new accounts have been opened by the Judgment Debtors since service of the initial garnishment in this action.

To assist you in responding to the Writ of Execution, I have enclosed a copy of the Writ of Garnishment dated May 16, 2000 originally served upon you, your initial response thereto and your most recent update covering the funds you have been holding pursuant to the garnishment.

Sincerely,

Rowena A. Moffett

A TRUE COPY
ATTEST:

SANFORD P. LEVINE, STATE MARSHAL
AN INDIFFERENT PERSON

RAM:jr
Enclosures

cc: Mary Halvorson, Ameriprise Financial - Via Facsimile - (612) 671-3121

9W6879.DOC

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B<br>Plaintiff<br>v.<br><br>MOSTAFA REYAD<br>WAFA REYAD<br>Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No.: 3:00CV835 (CFD) |

## JUDGMENT

This action came to trial by the court, before the Honorable Christopher F. Droney, United States District Judge. The issues having been tried and in accordance with the Court's July 26, 2006 Memorandum of Decision the Court found the defendants jointly and severally liable and awarded the plaintiff IndyMac attorney's fees and costs in the amount of $291,316.84 and punitive damages in the amount of $487,699.56, and further

On April 23, 2007 the Court filed its Memorandum of Decision Regarding Punitive Damages and Attorney's fees. The final amount of prejudgment interest through the present date, April 23, 2007, is $143,981.94. In addition to the Court's original award of $243,849.78 in compensatory damages, the total amount awarded is $1,166.848.12. Mostafa and Wafa Reyad are jointly and severally liable for $679,148.56, and Mostafa Reyad is solely liable for $487,699.56 it is therefore

ORDERED, ADJUDGED and DECREED that final judgment be and is hereby entered against Wafa Reyad and Mostafa Reyad for $679,148.56, for which they are jointly and severally liable, and further

Judgment be and is hereby entered against Mostafa Reyad for an additional $487,699.56, for which he is solely liable.

Dated at Hartford, Connecticut, this 30th day of April, 2007.

                                      KEVIN F. ROWE

                                      By_____
                                         Devorah Johnson
                                         Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) <br><br><br> MAY 16, 2000 |

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, American Express Financial Advisors, Inc. d/b/a IDS, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding

o:\files\drs\indymac\reyad\writ.doc\5

sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 17 day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

o:\files\drs\indymac\reyad\writ.doc\6



June 13, 2002

Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

RE:   Mostafa Reyad and Wafa Reyad
      3:00 CV 836 (CFD)
      Directed To: American Express Financial Advisors

Dear Sir/Madam:

We have placed a hold on the above clients account. The cash value as of 6-12-2002 was $62,886.69.

If you have any questions please let me know.

Sincerely,

*Mary Halvorson*

Mary Halvorson
Legal Analyst
(612) 671-1764

Insurance and annuities are issued by IDS Life Insurance Company, an American Express company. American Express Brokerage is provided by American Express Financial Advisors Inc. American Express Financial Advisors Inc. Member NASD. American Express Company is separate from American Express

```
LI13    E15331   C249           LIFE INQUIRY                    14:44:28   06/11/02
NEXT SCREEN:            ID NUM: 9300 5995 771 0
OWNER WAFA REYAD                        ANNUITANT   SAME AS OWNER
                         ANNUITY SURRENDERS AS OF 06/10/02
     211 FLEXIBLE ANNUITY           DE FGH I J KL    SER  POLICY DATE
        NON-QUALIFIED               17 220 0 7 70    006   05/13/97
TAX WITHHELD  YES   TELEPHONE XFER  YES   TSA 12/31/88 ACCUM VALUE         N/A
FIXED PAID IN                      0.00   LAST SURRENDER
VARIABLE PAID IN              69,179.92   LAST F>V TRANSFER DATE          NONE
NET FIXED PAID IN                  0.00   MINIMUM SURRENDER AMOUNT      250.00
NET VARIABLE PAID IN          69,179.92   MIN BAL REQ AFT PART SURR     600.00
PREMIUM TAX PAID TO DATE           0.00   SURRENDERS TOT TO DATE          0.00
TOTAL LOAD PAID TO DATE            0.00   SURRENDERS YR  TO DATE          0.00
TOTAL PURCHASE PYMTS          69,179.92

     SURRENDER VALUES            FIXED            VARIABLE           TOTALS
CURRENT VALUE LESS PYMT OMIT      0.00           63,198.30        63,198.30
VALUE NOT SUBJECT TO CHARGE       0.00                0.00             0.00
SURRENDER CHARGE    7%            0.00            4,848.59         4,848.59
PREMIUM TAX REFUND                0.00                0.00             0.00
SURRENDER VALUE                   0.00           58,349.71        58,349.71
PAYMENT OMITTED                   0.00                0.00             0.00
             SEE SCREEN 16 FOR TEFRA ACCOUNT INFORMATION
```

ate: 6/11/02 Time: 02:44:35 PM

# AMERIPRISE FINANCIAL
# FAX TRANSMITTAL SHEET

## FAX NUMBER: (612) 671-3121

\# OF PAGES (including this sheet): _3_

DATE: _5-15-06_

TO:   NAME: _Rowena Moffett_

COMPANY: _____

FAX NUMBER: _203-772-4008_

FROM:   NAME: _Mary Halvorson_

PHONE: _612-671-1764_

COMMENTS: _____

```
LI13    H15231  C02F    LIFE INQUIRY                          08.07.20    05/15/06
NEXT SCREEN:         ID NUM: 9300 5995 771 0
OWNER WAFA REYAD                      ANNUITANT  SAME AS OWNER
                    ANNUITY SURRENDERS AS OF 05/12/06
  211 FLEXIBLE ANNUITY              DE FGH I J KL   SER POLICY DATE
    NON-QUALIFIED                   17 220 0 7 70   006  05/13/97
TAX WITHHELD   YES   TELEPHONE XFER  YES  TSA 12/31/88 ACCUM VALUE        N/A
FIXED PAID IN                    0.00   LAST SURRENDER
VARIABLE PAID IN            69,179.92   LAST F>V TRANSFER DATE           NONE
NET FIXED PAID IN                0.00   MINIMUM SURRENDER AMOUNT       250.00
NET VARIABLE PAID IN        69,179.92   MIN BAL REQ AFT PART SURR      600.00
PREMIUM TAX PAID TO DATE         0.00   SURRENDERS TOT TO DATE           0.00
TOTAL LOAD PAID TO DATE          0.00   SURRENDERS YR  TO DATE           0.00
TOTAL PURCHASE PYMTS        69,179.92   LOAN STAT/BAL      /              N/A

    SURRENDER VALUES           FIXED        VARIABLE         TOTALS
CURRENT VALUE LESS PYMT OMIT   8,602.71     71,181.56        79,784.27
VALUE NOT SUBJECT TO CHARGE    8,602.71     71,181.56        79,784.27
SURRENDER CHARGE    7%             0.65          5.35             6.00
PREMIUM TAX REFUND                 0.00          0.00             0.00
SURRENDER VALUE                8,602.06     71,176.21        79,778.27
PAYMENT OMITTED                    0.00          0.00             0.00
            SEE SCREEN 16 FOR TEFRA ACCOUNT INFORMATION
```