# ■ Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

NEWTON D. BRENNER (1634-2006)
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT

SEAN M. FISHER

OF COUNSEL:
SHARON KOWAL FREILICH
HOLLY WINGER

Rowena A. Moffett, Esq.
rmoffett@bswlaw.com
Direct Fax: (203) 772-4008

June 26, 2007

New England Financial Annuities
580 Tunxis Hill Road
Fairfield, CT

RE:  **Indymac Mortgage Holdings, Inc. v. Mostafa Reyad, et al.**
Docket No. 3:00 CV 835
Mostafa Reyad SS#: 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 - D.O.B. 08/06/41
Wafa Reyad SS#: 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 - D.O.B. 08/25/45

Dear Sir/Madam:

Please be advised that Judgment has entered in the above-referenced matter in favor of Indymac Mortgage Holdings, Inc., a copy of which is attached for your information.

Served upon you herewith is a Writ of Execution directing you to deliver to the levying officer the nonexempt personal property of the above-referenced Judgment Debtors in your possession pursuant to the Writ of Garnishment which was served upon you at the outset of this case in May 2000, as well as any additional funds which are currently in the account(s). <u>Please be sure to check whether any new accounts have been opened by the Judgment Debtors since service of the initial garnishment in this action.</u>

To assist you in responding to the Writ of Execution, I have enclosed a copy of the Writ of Garnishment dated May 16, 2000 originally served upon you, your initial response thereto and your most recent update covering the funds you have been holding pursuant to the garnishment.

Sincerely,

Rowena A. Moffett

RAM:jr
Enclosures

cc.    Elizabeth D'Alto - Via Facsimile - (617) 578-2324

**A TRUE COPY
ATTEST:**

SANFORD P. LEVINE, STATE MARSHAL
AN INDIFFERENT PERSON

9W7071.DOC

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B | : | |
| Plaintiff | : | Civil No.: 3:00CV835 (CFD) |
| v. | : | |
| | : | |
| MOSTAFA REYAD | : | |
| WAFA REYAD | : | |
| Defendant | | |

## **JUDGMENT**

This action came to trial by the court, before the Honorable Christopher F. Droney, United States District Judge.  The issues having been tried and in accordance with the Court's July 26, 2006 Memorandum of Decision the Court found the defendants jointly and severally liable and awarded the plaintiff IndyMac attorney's fees and costs in the amount of $291,316.84 and punitive damages in the amount of $487,699.56, and further

On April 23, 2007 the Court filed its Memorandum of Decision Regarding Punitive Damages and Attorney's fees. The final amount of prejudgment interest through the present date, April 23, 2007, is $143,981.94.  In addition to the Court's original award of $243,849.78 in compensatory damages, the total amount awarded is $1,166.848.12.  Mostafa and Wafa Reyad are jointly and severally liable for $679,148.56, and Mostafa Reyad is solely liable for $487,699.56 it is therefore

ORDERED, ADJUDGED and DECREED that final judgment be and is hereby entered against Wafa Reyad and Mostafa Reyad for $679,148.56, for which they are jointly and severally liable, and further

Judgment be and is hereby entered against Mostafa Reyad for an additional $487,699.56, for which he is solely liable.

Dated at Hartford, Connecticut, this 30th day of April, 2007.


KEVIN F. ROWE


By_____
    Devorah Johnson
    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC MORTGAGE HOLDINGS, INC.          :
and INDYMAC, INC.,                       :        CIVIL ACTION NO.
                          Plaintiffs,    :        3:00 CV 835 (CFD)
                                         :
              v.                         :
                                         :
MOSTAFA REYAD and WAFA REYAD,            :        MAY 16, 2000
                                         :
                          Defendants.    :

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, New England Financial Annuities, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding sentence, garnishee, at the time of service, may disclose to the officer serving this

o:\files\drs\indymac\reyad\writ.doc\11

Writ whether it owes anything to either or both of said defendants and if so, to whom

and how much, and the officer shall endorse such disclosure on such process as a

part of his return thereof and such disclosure shall excuse the garnishee from

appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby

directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service

and return.

Dated at Bridgeport, Connecticut this ____ day of May, 2000.

Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing
is a true copy of the original document
on file. Date: 5/17/00

KEVIN F. ROWE
Clerk

By_____
Deputy Clerk

I hereby certify that the foregoing
is a true copy of the original document
on file. Date: 5/1/06

By_____
Deputy Clerk

o:\files\drs\indymac\reyad\writ.doc\12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


INDYMAC MORTGAGE HOLDINGS, INC
And INDYMAC, INC.
                    PLAINTIFFS,

V.                              CIVIL ACTION NO.:
                                3:00 cv 835 (CFD)


MOSTAFA REYAD and WAFA REYAD
                    DEFENDANTS,


and

NEW ENGLAND FINANCIAL ANNUITIES,
                    DEBTOR


### ANSWER TO WRIT OF GARNISHMENT

    I, Elizabeth A. as Legal Assistant for New England Life
Insurance Company hereby state as follows:

 The Plaintiff has requested that the Debtor answer the Writ
of Garnishment.

    The Debtor's answer is as follows:

    a. Defendant Wafa Reyad owns a variable annuity
contract. The value of the annuity as of June 16, 2000 was
$22,423.33.

    b. Debtor has placed a legal restriction on the annuity
so the Defendant cannot remove value from the policy until.

    c. Debtor understands the proceeds of the annuity
contract are exempt from claims of creditors.

    WHEREFORE, the Debtor prays that is be discharged from
further liability in these proceedings

    I swear that the above information is true and correct to
the best of my knowledge on this 29th day of June, 2000.

            Respectfully submitted,

        NEW ENGLAND LIFE INSURANCE COMPANY
                    Debtor

                *Elizabeth A. D'Alto*

        Elizabeth A. D'Alto



**NEW ENGLAND FINANCIAL™**
A MetLife Affiliate

May 16, 2006

Rowena A. Moffett
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

Via Fax 203-562-2098

RE: Writ of Garnishment
Indymac Mortgage Holdings, Inc. and Indymac, Inc.
V. Mostafa Reyad and Wafa Reyad
Civil Action No. 3:00CV 835 (CFD)

Dear Ms. Moffett:

Thank you for your letter of May 10, 2006 concerning the
status of the Writ of Garnishment.

As of May 10, 2006, the net surrender amount was
$24,769.70.

Thank you.

Sincerely,

Elizabeth A. D'Alto
Legal Assistant

501 BOYLSTON STREET
BOSTON, MA 02116-8700
T 617-578-2000

New England Life Insurance Company, Boston, MA

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

NEWTON D. BRENNER (1934-2006)
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT

SEAN M. FISHER

OF COUNSEL:
SHARON KOWAL FREILICH
HOLLY WINGER

Rowena A. Moffett, Esq.
rmoffett@bswlaw.com
Direct Fax: (203) 772-4008

June 26, 2007

ING
Life Insurance and Annuity Company
151 Farmington Avenue
Hartford, CT 06156

RE:  **Indymac Mortgage Holdings, Inc. v. Mostafa Reyad, et al.**
Docket No. 3:00 CV 835
Mostafa Reyad SS#: 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 - D.O.B. 08/06/41
Wafa Reyad SS#: 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 - D.O.B. 08/25/45

Dear Sir/Madam:

Please be advised that Judgment has entered in the above-referenced matter in favor of Indymac Mortgage Holdings, Inc., a copy of which is attached for your information.

Served upon you herewith is a Writ of Execution directing you to deliver to the levying officer the nonexempt personal property of the above-referenced Judgment Debtors in your possession pursuant to the Writ of Garnishment which was served upon you at the outset of this case in May 2000, as well as any additional funds which are currently in the account(s). Please be sure to check whether any new accounts have been opened by the Judgment Debtors since service of the initial garnishment in this action.

To assist you in responding to the Writ of Execution, I have enclosed a copy of the Writ of Garnishment dated May 16, 2000 originally served upon you, your initial response thereto and your most recent update covering the funds you have been holding pursuant to the garnishment.

Sincerely,

Rowena A. Moffett

RAM:jr
Enclosures

cc.  Stacy Selavka - Via Facsimile - (860) 723-2214

**A TRUE COPY
ATTEST:**

SANFORD P. LEVINE, STATE MARSHAL
AN INDIFFERENT PERSON

9W6875.DOC

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B           :
       Plaintiff             :            Civil No.: 3:00CV835 (CFD)
        v.                :
                      :
MOSTAFA REYAD          :
WAFA REYAD               
       Defendant

## JUDGMENT

       This action came to trial by the court, before the Honorable Christopher F. Droney,

United States District Judge. The issues having been tried and in accordance with the Court's

July 26, 2006 Memorandum of Decision the Court found the defendants jointly and severally

liable and awarded the plaintiff IndyMac attorney's fees and costs in the amount of $291,316.84

and punitive damages in the amount of $487,699.56, and further

       On April 23, 2007 the Court filed its Memorandum of Decision Regarding Punitive

Damages and Attorney's fees. The final amount of prejudgment interest through the present date,

April 23, 2007, is $143,981.94. In addition to the Court's original award of $243,849.78 in

compensatory damages, the total amount awarded is $1,166.848.12. Mostafa and Wafa Reyad

are jointly and severally liable for $679,148.56, and Mostafa Reyad is solely liable for $487,699.56

it is therefore

       ORDERED, ADJUDGED and DECREED that final judgment be and is hereby entered

against Wafa Reyad and Mostafa Reyad for $679,148.56, for which they are jointly and severally

liable, and further

       Judgment be and is hereby entered against Mostafa Reyad for an additional $487,699.56, for

which he is solely liable.

Dated at Hartford, Connecticut, this 30th  day of April, 2007.


KEVIN F. ROWE


By_____
    Devorah Johnson
    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

INDYMAC MORTGAGE HOLDINGS, INC.
and INDYMAC, INC.,

                   Plaintiffs,

               v.

MOSTAFA REYAD and WAFA REYAD,

                   Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
3:00 CV 835 (CFD)


MAY 16, 2000

---

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

      BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, Aenta Life Insurance Annuity Company, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

      Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them.  In lieu of appearance as set forth in the preceding

o:\files\drs\indymac\reyad\writ.doc\9

sentence, garnishee, at the time of service, may disclose to the officer serving this

Writ whether it owes anything to either or both of said defendants and if so, to whom

and how much, and the officer shall endorse such disclosure on such process as a

part of his return thereof and such disclosure shall excuse the garnishee from

appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby

directed to make inquiry of the garnishee consistent with this paragraph.

     Hereof, fail not, but with this Writ and your doings thereon, make due service

and return.

     Dated at Bridgeport, Connecticut this _____ day of May, 2000.

                             Magistrate Judge William I. Garfinkel



July 9, 2002

David R. Schaefer
Brenner Salzman & Wallman
271 Whitney Avenue
New Haven, CT 06511

RE: Writ of Garnishment
    Mostafa Reyad and Wafa Reyad

Dear Mr. Schaefer:

Please be aware that ING Life Insurance and Annuity Company (formerly Aetna Life Insurance and Annuity Company) has received the referenced Writ of Garnishment. A search of our records shows one annuity contract in effect on which Wafa Reyad is owner. The current value of that annuity is as follows as of July 9, 2002:

| | |
|---|---|
| Account Value | $ 58,742.91 |
| Cash Surrender Value | $ 55,598.08 |

Should you need further information, please feel free to contact me.

Sincerely,

David L. Jacobson
Senior Vice President
Compliance Officer

1475 Dunwoody Drive
West Chester, PA 19380-1478

ING Investment Products
distributed by Directed Services, Inc., member NASD

**ING**

AMERICAS
LEGAL SERVICES

*Stacy Selavka*
*Legal Assistant*
*(860) 723-2222*
*Fax: (860) 723-2214*

VIA FACSIMILE
203-772-4008

June 7, 2006

Rowena A. Moffett, Esq.
Attn: Jennifer
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

Re:   **Mostafa Reyad**

Dear Jennifer:

Pursuant to your request, please be advised the cash surrender value for C072168-AV as of June 7, 2006 is $77,411.03.

Sincerely,

Stacy Selavka

Enclosures

Hartford Site
151 Farmington Avenue, TS31
Hartford, CT 06156-8975

ING North America Insurance Company

# ■ Brenner, Saltzman & Wallman LLP

NEWTON D. BRENNER (1934-2006)
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT

SEAN M. FISHER

OF COUNSEL:
SHARON KOWAL FREILICH
HOLLY WINGER

*ATTORNEYS AT LAW*

Rowena A. Moffett, Esq.
rmoffett@bswlaw.com
Direct Fax: (203) 772-4008

June 26, 2007

AXA Equitable
2440 Whitney Avenue
Hamden, CT 06517

RE:  **Indymac Mortgage Holdings, Inc. v. Mostafa Reyad, et al.**
Docket No. 3:00 CV 835
Mostafa Reyad SS#: 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 - D.O.B. 08/06/41
Wafa Reyad SS#: 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 - D.O.B. 08/25/45
Policy Nos.:  86 097 685
              98 501 734
              86 108 388

Dear Sir/Madam:

Please be advised that Judgment has entered in the above-referenced matter in favor of Indymac Mortgage Holdings, Inc., a copy of which is attached for your information.

Served upon you herewith is a Writ of Execution directing you to deliver to the levying officer the nonexempt personal property of the above-referenced Judgment Debtors in your possession pursuant to the Writ of Garnishment which was served upon you at the outset of this case in May 2000, as well as any additional funds which are currently in the account(s).  Please be sure to check whether any new accounts have been opened by the Judgment Debtors since service of the initial garnishment in this action.

Based on our prior communications, it is our understanding that AXA Equitable overlooked one account held by the judgment debtor, Mostafa Reyad, Policy No. 86 097 685, when the Writ of Garnishment initially was served on AXA Equitable. As a result, AXA Equitable permitted Mr. Reyad to take out two loans against the policy thereafter, in the combined amount of $28,689.12. As we already have alerted you, IndyMac expects that AXA Equitable will replace these amounts that improperly were withdrawn despite the Writ of Garnishment served on AXA Equitable, and further that Equitable will turn over these funds in response to the enclosed Execution.

A TRUE COPY
ATTEST:

SANFORD P. LEVINE, STATE MARSHAL
AN INDIFFERENT PERSON

AXA Equitable
June 26, 2007
Page 2


    To assist you in responding to the Writ of Execution, I have enclosed a copy of the Writ of Garnishment dated May 16, 2000 originally served upon you, your initial response thereto and your most recent update covering the funds you have been holding pursuant to the garnishment.


                          Sincerely,

                          Rowena A. Moffett

RAM:jr
Enclosures


cc.    Althea Bailey - Via Facsimile - (212) 707-7945
       Christopher E. Torkelson, Esq.- Via Facsimile - (609) 392-2100

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B                       :
        Plaintiff                       :          Civil No.: 3:00CV835 (CFD)
        v.                              :
                      :
MOSTAFA REYAD                             :
WAFA REYAD                                :
        Defendant

## JUDGMENT

This action came to trial by the court, before the Honorable Christopher F. Droney,

United States District Judge.  The issues having been tried and in accordance with the Court's

July 26, 2006 Memorandum of Decision the Court found the defendants jointly and severally

liable and awarded the plaintiff IndyMac attorney's fees and costs in the amount of $291,316.84

and punitive damages in the amount of $487,699.56, and further

On April 23, 2007 the Court filed its Memorandum of Decision Regarding Punitive

Damages and Attorney's fees. The final amount of prejudgment interest through the present date,

April 23, 2007, is $143,981.94.  In addition to the Court's original award of $243,849.78 in

compensatory damages, the total amount awarded is $1,166.848.12.  Mostafa and Wafa Reyad

are jointly and severally liable for $679,148.56, and Mostafa Reyad is solely liable for $487,699.56

it is therefore

ORDERED, ADJUDGED and DECREED that final judgment be and is hereby entered

against Wafa Reyad and Mostafa Reyad for $679,148.56, for which they are jointly and severally

liable, and further

Judgment be and is hereby entered against Mostafa Reyad for an additional $487,699.56, for

which he is solely liable.

Dated at Hartford, Connecticut, this 30th  day of April, 2007.


KEVIN F. ROWE


By_____
   Devorah Johnson
   Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC MORTGAGE HOLDINGS, INC.   :
and INDYMAC, INC.;                :     CIVIL ACTION NO.
                    Plaintiffs,   :     3:00 CV 835 (CFD)
                                  :
              v.                  :
                                  :
MOSTAFA REYAD and WAFA REYAD,     :     MAY 16, 2000
                                  :
                    Defendants.   :

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, The Equitable a/k/a The Equitable Life Assurance Society of the United States, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them.  In lieu of appearance as set forth in the preceding

o:\files\drs\indymac\reyad\writ.doc\13

sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331).  The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this ____ day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

o:\files\drs\indymac\reyad\writ.doc\14



**EQUITABLE**

Law Department

June 11, 2002

[Via facsimile and mail]
Jennifer Salvo, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CO 06507-1746

Re:    Indymac Mortgage Holdings and Indymac
       Inc. v. Mostafa Reyad and Wafa Reyad

Dear Ms. Salvo:

As per our conversation on June 11th, please be advised that the properties held in the names of the defendants are as follows:

1       Annuity contract no.: 98 501 734
        Owner name: Mrs. Wafa Reyad
        Cash value: $96,374.21

2       Insurance policy no.: 86 108 388
        Owner name: Mrs. Wafa Reyad
        Cash value: $16,200.88

Please be advised that a restraint prohibiting any transactions on these policies is currently in place, any further transactions with respect to these policies will be prohibited pending further order from the court. Please be further advised that the policy listed in the May 17, 2000 memo, policy number 48 230 202 are not owned by Wafa or Mostafa Reyad.

If you have any additional questions with respect to this matter, feel free to contact me at your convenience.

Sincerely Yours,

Althea E. Bailey
Sr. Legal Assistant
(212) 314-3875

/ab

Equitable Life Assurance Society          1290 Avenue of the Americas
of the United States                      New York, NY 10104

# STERNS & WEINROTH

### A PROFESSIONAL CORPORATION

## COUNSELORS AT LAW

50 WEST STATE STREET

SUITE 1400

P.O. BOX 1298

TRENTON, NEW JERSEY 08607-1298

(609) 392-2100

FACSIMILE

(609) 392-7956

WWW.STERNSLAW.COM

Writer's Direct Line: (609) 989-5059
e-mail: ctorkelson@sternslaw.com

File No.: 51387-15

December 6, 2006

**VIA FACSIMILE AND REGULAR MAIL**

Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT  06511

RE:     **Reyad v. AXA Financial, Inc.**
        **Civil Action No.: 2:06-cv-04126-JAG-MCA**

Dear Ms. Moffett:

This will respond to your request for information regarding a possible additional account owned by Mostafa Reyad.  This will confirm that Mr. Reyad owns Life Insurance Policy No. 86 097 685, which as of November 27, 2006 had a net cash surrender value of $4,206.54.

It appears that this account was inadvertently overlooked when the restraints were imposed on the specific accounts identified in Judge Greenaway's May 12, 2000 Order to Show Cause.  Since June 2000, Mr. Reyad has taken two loans against the policy: the first on January 25, 2005, in the amount of $25,000.00; and the second on March 20, 2006, in the amount of $3,689.12.  Historically, it appears that Mr. Reyad also may have taken loans against the policy prior to the year 2000.  This account is now being held in accordance with the judicial restraints imposed by the Connecticut and New Jersey Federal courts.

Please call me if you have any questions.

Very truly yours,

Christopher E. Torkelson

CET/mr