UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br> Plaintiff, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | CIVIL ACTION NO. <br> 3:00CV835(CFD) <br><br><br> JULY 20, 2007 |

## MARSHAL'S SUPPLEMENTAL RETURN OF SERVICE

Attached hereto are the Marshal's Supplemental Returns of Service confirming service of Writs of Execution upon the Defendants in this matter.

PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06507-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: dschaefer@bslwlaw.com
          rmoffett@bswlaw.com

9Y7854.DOC

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail this 20th day of July, 2007 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024

.

_____
Rowena A. Moffett (ct19811)

9Y7854.DOC

**SANFORD P. LEVINE**
STATE MARSHAL
P.O. Box 4020
Woodbridge, CT 06525-4020

Office phone (203) 397-1200
Pager        (203) 784-3600

## MARSHAL'S COURT RETURN
### Supplemental

INDYMAC BANK, F.S.B. vs MOSTAFA REYAD, ET AL

STATE OF CONNECTICUT )
                     ) SS: NEW HAVEN          July 2, 2007
COUNTY OF NEW HAVEN  )

And afterwards on the 2nd day of July, 2007, I received the return receipt for certified mail 7005 0390 0000 2574 7670 addressed above to **Mostafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024** that is attached hereto.

ATTEST: _____
SANFORD P. LEVINE
STATE MARSHAL
AN INDIFFERENT PERSON, DULY APPOINTED

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mostafa Reyad
   2077 Center Avenue, #22D
   Fort Lee, NJ 07024

2. Article Number (Transfer from service label): 7005 0390 0000 2574 7670

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): FSDAH
C. Date of Delivery: JUN 29 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Brenner, Saltzman & Wallman, LLP

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SANFORD P. LEVINE**
STATE MARSHAL
P.O. Box 4020
Woodbridge, CT 06525-4020

Office phone   (203) 397-1200
Pager          (203) 784-3600

## MARSHAL'S COURT RETURN
### Supplemental

INDYMAC BANK, F.S.B. vs MOSTAFA REYAD, ET AL

STATE OF CONNECTICUT )
                     ) SS: NEW HAVEN           July 2, 2007
COUNTY OF NEW HAVEN  )

And afterwards on the 2nd day of July, 2007, I received the return receipt for certified mail 7005 0390 0000 2574 7663 addressed above to **Wafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024** that is attached hereto.

ATTEST:
_____
SANFORD P. LEVINE
STATE MARSHAL
AN INDIFFERENT PERSON, DULY APPOINTED

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wafa Reyad
   2077 Center Avenue, #22D
   Fort Lee, NJ 07024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

(Postmark: JUN 29, FORT LEE NJ 07024)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)       7005 0390 0000 2574 7663

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Brenner, Saltzman & Wallman, LLP

**SANFORD P. LEVINE**  
STATE MARSHAL  
P.O. Box 4020  
Woodbridge, CT 06525-4020

Office phone (203) 397-1200  
Pager (203) 784-3600

## MARSHAL'S COURT RETURN
### Supplemental

INDYMAC BANK, F.S.B. vs MOSTAFA REYAD, ET AL

STATE OF CONNECTICUT )  
                               ) SS: NEW HAVEN          July 18, 2007  
COUNTY OF NEW HAVEN )

And afterwards on the **18th** day of **July, 2007**, I tracked the package that I sent via Federal Express tracking # **847880313615** and addressed to **Mostafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024**, and received the tracking confirmation that is attached hereto.

ATTEST:  
*/s/ Sanford P. Levine/*  
SANFORD P. LEVINE  
STATE MARSHAL  
AN INDIFFERENT PERSON, DULY APPOINTED

Brenner, Saltzman & Wallman, LLP



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 18, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **847880313615**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jun 28, 2007 10:24 |
| **Signed for by:** | N.FOSTER | | |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 847880313615 | **Ship date:** | Jun 27, 2007 |

**Recipient:**  
US

**Shipper:**  
WOO US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

**SANFORD P. LEVINE**  
STATE MARSHAL  
P.O. Box 4020  
Woodbridge, CT 06525-4020

Office phone (203) 397-1200  
Pager         (203) 784-3600

## MARSHAL'S COURT RETURN
### Supplemental

INDYMAC BANK, F.S.B.  vs  MOSTAFA REYAD, ET AL

STATE OF CONNECTICUT )  
                     ) SS: NEW HAVEN          July 18, 2007  
COUNTY OF NEW HAVEN  )

And afterwards on the **18th** day of **July, 2007**, I tracked the package that I sent via Federal Express tracking # **847880313626** and addressed to **Wafa Reyad, 2077 Center Avenue, #22D, Fort Lee, NJ 07024**, and received the tracking confirmation that is attached hereto.

ATTEST:

_____  
SANFORD P. LEVINE  
STATE MARSHAL  
AN INDIFFERENT PERSON, DULY APPOINTED

Brenner, Saltzman & Wallman, LLP



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 18, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **847880313626**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jun 28, 2007 10:24 |
| **Signed for by:** | N.FOSTER | | |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 847880313626 | **Ship date:** | Jun 27, 2007 |

**Recipient:**  
US

**Shipper:**  
WOO US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339