UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.
                Plaintiff                    **CIVIL ACTION NO.
                                                      3:00CV835 (CFD)**

V.

MOSTAFA REYAD AND WAFA REYAD
                Defendants
                                            DATE: August 7, 2007

## MOTION TO HOLD PLAINTIFF'S ATTORNEY IN CONTEMPT

      Defendant Mostafa Reyad and Co-Defendant Wafa Reyad, respectfully move this Court to hold Plaintiff's attorney Rowena A. Moffett in Contempt of this Court's Oreder, pursuant to 18 U.S.C. Sec. 401(3). Attorney Moffett has obtained a Writ of Execution dated June 26, 2007, the writ includes "Exemption Claim From Property Execution". Attorney Moffett has pled in Plaintiff-Appellee's opposition to Defendants' motion to stay execution, filed in the Court of Appeals for the Second Circuit dated July 5, 2007 at p. 4.

Provided that Defendants file a timely Exemption Claim Form, the subject assets will not be disbursed unless and until the District Court rules on the claimed exemption and approves the subject execution.

1

Defendants have filed their timely exemption motion dated July 16, 2007 (Doc # 511), and specifically attached the contract belongs to Wafa Reyad with New England Financial, a Metlife Company. Nevertheless, Attorney Moffett on July 27, 2007 has executed on the entire fund of New England Financial in the amount of $ 26,288.00. Attorney Moffett has impressively transferred the said funds to Plaintiff's account before this Court determination of the exemption. Attorney Moffett acted in Disobedience of the Writ of the United States, should be held in contempt, and a Judgment of Contempt should be issued, and automatically should be entered if Attorney Moffett would not return the exempted property.

**CONCLUSION**

Attorney Moffett should be held in contempt pursuant to 18 U.S.C. 401(3) Ordered to return the exempted property of New England Financial in the amount of $ 26,288.00, and Order a Judgment in Contempt to be entered automatically by the Clerk if she failed to return the said exempted property within one week, Ordering Plaintiff to pay Defendants two times the full amount unlawfully executed.

The Defendant                                   The Defendant
Mostafa Reyad                                   Wafa Reyad


By:_____          By: _____
  Mostafa Reyad                                  Wafa Reyad
  2077 Center Ave # 22D                      2077 Center Ave # 22D
  Fort Lee, NJ 07024                             Fort Lee, NJ 07024
  Day Phone 203-325-4100                Home Phone 201-585-0562


## CERTIFICATE OF SERVICE

The undersigned certifies that he hand delivered on the captioned date a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
Mostafa Reyad