UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., : | CIVIL ACTION NO. |
| Plaintiff, : | 3:00CV835(CFD) |
| : | |
| v. : | |
| : | |
| MOSTAFA REYAD and WAFA REYAD, : | AUGUST 7, 2007 |
| : | |
| Defendants. : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**

Plaintiff IndyMac Bank, F.S.B. ("Plaintiff" or "IndyMac") hereby requests an extension of one (1) day, nunc pro tunc, in which to file Plaintiff's opposition to Defendants' Motion for Exemptions dated July 16, 2007 (Doc. # 511). The requested extension is necessary due to the fact that Plaintiff experienced delays in obtaining copies of certain of the contracts governing the investment vehicles that are at issue in this matter.

This is Plaintiff's first request for an extension of this deadline. Defendants consent to the granting of the instant motion.

WHEREFORE, Plaintiff respectfully requests that it be permitted one (1) additional day, through and including August 7, 2007, in which to file its opposition to Defendants' Motion for Exemptions.

m:\docs\04127\001\9z3334.doc

2

PLAINTIFF INDYMAC BANK, F.S.B.


By: *s/Rowena A. Moffett*
    David R. Schaefer (ct04334)
    Rowena A. Moffett (ct19811)
    BRENNER, SALTZMAN & WALLMAN LLP
    Its Attorneys
    271 Whitney Avenue
    New Haven, CT  06507-1746
    Tel. (203) 772-2600
    Fax. (203) 562-2098
    Email: dschaefer@bslwlaw.com
           rmoffett@bswlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail and by electronic mail this 7th day of August, 2007 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net.


                                                     *s/Rowena A. Moffett*
                                                    Rowena A. Moffett (ct19811)