UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00CV835(CFD) |
| | : | |
| v. | : | |
| | : | |
| MOSTAFA REYAD and WAFA REYAD, | : | AUGUST 7, 2007 |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S MOTION FOR TURNOVER ORDER

In connection with its efforts to execute upon its Judgment obtained in this matter, Plaintiff IndyMac Bank, F.S.B. ("Plaintiff" or "IndyMac") has learned that Defendants have liquidated assets worth over $200,000 that were subject to Writs of Garnishment issued at the outset of this case. The garnishees that appear to have distributed funds to Defendants in violation of the prejudgment remedy issued in this case are Variable Annuity Life Insurance Company ("VALIC"), the Equitable Life Assurance Society of the United States ("Equitable"), American Express IDS Life Insurance Company ("American Express"), and Aetna Life Insurance and Annuity Company ("Aetna"). As discussed in the memorandum of law submitted concurrently herewith, because the garnishees distributed assets that were held subject to Writs of Garnishment, said garnishees are directly liable to Plaintiff for the payment of such sums improperly distributed. Accordingly, Plaintiff moves, pursuant to Conn. Gen. Stat. §§ 52-356b and 52-381, that the Court order that the subject garnishees turn over to

**HEARING REQUIRED PURSUANT TO CONN. GEN. STAT. § 52-356b.**

Plaintiff the value of the assets that were released to Defendants in violation of the prejudgment remedy ordered in this case.[1]

WHEREFORE, Plaintiff respectfully requests that VALIC, American Express and Aetna be required to turn over to Plaintiff the value of the non-exempt assets that were released to Defendants in violation of the Writs of Garnishment issued and served this case, and that said garnishees be ordered to reimburse Plaintiff its costs incurred in connection with the instant motion.[2]

PLAINTIFF INDYMAC BANK, F.S.B.

By: s/Rowena A. Moffett
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT  06507-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: dschaefer@bslwlaw.com
       rmoffett@bswlaw.com

---

[1] At this time, it is unclear how Defendants were able to liquidate the subject assets despite the issuance of Writs of Garnishment. IndyMac reserves its rights to move that Defendants be held in civil and/or criminal contempt should the information uncovered in connection with these execution proceedings demonstrate that such relief is warranted.

[2] Plaintiff notes that Equitable voluntarily has agreed to replace the funds improperly distributed to the Defendants and to turn over same to Plaintiff following the Court's ruling on Defendants' Motion for Exemptions. Accordingly, Plaintiff does not seek a turnover order or the award of attorney's fees with respect to Equitable at this time.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail and by electronic mail this 7th day of August, 2007 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net.

This is to further certify that a true and accurate copy of the foregoing was served by United States first-class mail this 7th day of August, 2007 upon:

Variable Annuity Life Insurance Company
c/o Joshua Cohen, Esq.
Day Pitney LLP
One Audubon Street
New Haven, CT  06511

American Express IDS/Ameriprise Financial
c/o Gene Kodadek, Esq.
Ameriprise Financial
70100 Ameriprise Financial Center
Minneapolis, MN  55474

Aetna/ING Life Insurance and Annuity Company
c/o Melicent B. Thompson, Esq.
Litchfield Cavo LLP
40 Tower Lane, Suite 200
Avon, Connecticut 06001-4222

AXA Equitable Life Insurance Company
c/o Christopher E. Torkelson, Esq.
Sterns & Weinroth
50 West State Street
Suite 1400
P.O. Box 1298
Trenton, NJ  08607-1298


                                              /*Rowena A. Moffett*
                                              Rowena A. Moffett (ct19811)