# EXHIBIT 1

**EQUITABLE**



# EQUITABLE
Member of the Global AXA Group

# EQUI-VEST
## Statement of Account
Statement Period: January 1, 1998 through December 31, 199

The Equitable Life Assurance Society
P.O. Box 2996
New York, New York 10116-2996

```
98 501 734
0773616 01           T    0118 07024        3  01
MRS WAFA REYAD
2077 CENTER AVE #22D
FORT LEE             NJ 07024-4905
```

TOPS PHONE NUMBER
1-800-755-7777

CUSTOMER SERVICE NUMBER:
1-800-628-6673

VISIT OUR WEBSITE:
www.equitable.com

## For Your Information

YOUR COST BASIS AS OF DEC 31 1998 IS   $60,000.00.
EQUI-VEST'S INVESTMENT SIMPLIFIER CAN HELP YOU PRESERVE PRINCIPAL AND INVEST FOR GROWTH ($7,500 BALANCE REQUIRED). ASK YOUR EQUITABLE ASSOCIATE FOR DETAILS.
EQ-98-96

## Your Account Information

| | |
|---|---|
| Participant: | MRS WAFA REYAD |
| Contract #: | 734 |
| Retirement Program: | NON QUALIFIED |
| Series: | 400 |
| Social Security #: | -0790 |
| Participation Date: | Mar 24, 1998 |

Your Equitable Associate: M ROSEN, CLU, CHFC
Phone #: (732) 417-2488

## Your Account Summary

| | | | |
|---|---|---|---|
| Annuity Account Value as of Dec. 31, 1997 | $0.00 | Administrative Charge for 1998 | $0.00 |
| Regular Contributions Received in 1998 | $60,000.00 | Net Investment Gain/Loss 1998 | $2,890.97 |
| Rollover Contributions Received in 1998 | $0.00 | Annuity Account Value as of DEC. 31, 1998 | $62,890.97 |
| Total Distributions Made in 1998 | $0.00 | | |

### Your Annuity Value By Investment Option

| Option | Annuity Account Value |
|---|---|
| Guaranteed Interest Account: | $0.00 |
| Alliance Common Stock: | $13,938.87 |
| Alliance Money Market: | $0.00 |
| Alliance High Yield: | $11,192.30 |
| Alliance Equity Index: | $13,556.93 |
| Alliance Small Cap Growth: | $11,885.97 |
| T. Rowe Price Int'l Stock: | $0.00 |
| T. Rowe Price Equity Income: | $12,316.90 |
| Total As Of DEC. 31, 1998 | $62,890.97 |

### Your Allocation of Future Contributions

| Option | Allocation Percentage |
|---|---|
| Alliance Common Stock | 20% |
| Alliance High Yield | 20% |
| Alliance Equity Index | 20% |
| Alliance Small Cap Growth | 20% |
| T. Rowe Price Equity Income | 20% |
| TOTAL: | 100% |

Call our TOPS system to obtain account values, make allocation changes or division transfers 7 days a week, 24 hours a day.

## GUARANTEED INTEREST ACCOUNT
## INTEREST RATES

The interest rate for new deposits to the Guaranteed Interest Account option of your EQUI-VEST contract is set monthly.

The rate currently in effect is:

| Contribution Period | Interest Rate | Rate Guarantee Expiry Date |
|---|---|---|
| 1/1/99 - 1/31/99 | 4.50% | 1/31/00 |

The rates established for new deposits in 1998 were:

| Contribution Period | Interest Rate | Rate Guarantee Expiry Date |
|---|---|---|
| 12/1/98 - 12/31/98 | 4.50% | 12/31/99 |
| 11/1/98 - 11/30/98 | 4.50% | 11/30/99 |
| 10/1/98 - 10/31/98 | 4.75% | 10/31/99 |
| 9/1/98 - 9/30/98 | 5.00% | 9/30/99 |
| 8/1/98 - 8/31/98 | 5.00% | 8/31/99 |
| 7/1/98 - 7/31/98 | 5.00% | 7/31/99 |
| 6/1/98 - 6/30/98 | 5.00% | 6/30/99 |
| 5/1/98 - 5/31/98 | 5.00% | 5/31/99 |
| 4/1/98 - 4/30/98 | 5.00% | 4/30/99 |
| 3/1/98 - 3/31/98 | 5.00% | 3/31/99 |
| 2/1/98 - 2/28/98 | 5.00% | 2/28/99 |
| 1/1/98 - 1/31/98 | 5.35% | 1/31/99 |

The interest rate for funds in the Guaranteed Interest Account earning the Pooled Rate is set quarterly. At the expiration of the Rate Guarantee for each Contribution Period those funds become part of the Pool.

|  | (pre 4/1/95 investments) Rate | (4/1/95 to 12/31/97 investments) Rate |
|---|---|---|
| The interest rate for the GIA Pool for the first quarter of 1999 is: | 4.75% | 4.75% |

The interest rates for the GIA Pool during 1998 were:

| Quarter | Rate (pre 4/1/95 investments) | Rate (4/1/95 to 12/31/98 investments) |
|---|---|---|
| October - December | 5.10% | 5.10% |
| July - September | 5.35% | 5.25% |
| April - June | 5.35% | 5.25% |
| January - March | 5.55% | 5.25% |

If you need additional information about the interest rates applicable to your contract, please call our Customer Service Area.

# EQUITABLE

# EQUI-VEST
## Statement of Account

Statement Period: January 1, 1999 through December 31, 19--

The Equitable Life Assurance Society
P.O. Box 2996
New York, New York 10116-2996

98 501 734
2186764 01          T     0120 07024        1    01
MRS WAFA REYAD
2077 CENTER AVE #22D
FORT LEE            NJ 07024-4905

TOPS PHONE NUMBER
1-800-755-7777

CUSTOMER SERVICE NUMBER:
1-800-628-6673

VISIT OUR WEBSITE:
www.equitable.com

## For Your Information

YOUR COST BASIS AS OF DEC 31 1999 IS $120,000.00.
EQUI-VEST'S INVESTMENT SIMPLIFIER CAN HELP YOU PRESERVE PRINCIPAL AND INVEST FOR GROWTH ($7,500 BALANCE REQUIRED). ASK YOUR EQUITABLE ASSOCIATE FOR DETAILS.
EQ-98-96

## Your Account Information

Participant: MRS WAFA REYAD
Contract #: 734
Retirement Program: NON QUALIFIED
Series: 400
Social Security #: 0790
Participation Date: Mar 24, 1998

Your Equitable
Associate: M ROSEN, CLU, CHFC
Phone #: (732) 452-7272

## Your Account Summary

| | | | |
|---|---:|---|---:|
| Annuity Account Value as of Dec. 31, 1998 | $62,890.97 | Administrative Charge for 1999 | $0.00 |
| Regular Contributions Received in 1999 | $60,000.00 | Net Investment Gain/Loss 1999 | $15,010.33 |
| Rollover Contributions Received in 1999 | $0.00 | Annuity Account Value as of DEC. 31, 1999 | $137,901.30 |
| Total Distributions Made in 1999 | $0.00 | | |

### Your Annuity Value By Investment Option

| Option | Annuity Account Value |
|---|---:|
| Alliance Common Stock: | $30,988.26 |
| Alliance High Yield: | $22,385.56 |
| Alliance Equity Index: | $29,438.38 |
| Alliance Small Cap Growth: | $30,737.83 |
| T. Rowe Price Equity Income: | $24,351.27 |
| Total As Of DEC. 31, 1999 | $137,901.30 |

### Your Allocation of Future Contributions

| Option | Allocation Percentage |
|---|---:|
| Alliance Common Stock | 20% |
| Alliance High Yield | 20% |
| Alliance Equity Index | 20% |
| Alliance Small Cap Growth | 20% |
| T. Rowe Price Equity Income | 20% |
| TOTAL: | 100% |

Call our TOPS system to obtain account values, make allocation changes or division transfers 7 days a week, 24 hours a day.

# GUARANTEED INTEREST OPTION
## INTEREST RATES

The interest rate for the new deposits to the Guaranteed Interest Option of your EQUI-VEST contract is set monthly.

The rate currently in effect is:

| Contribution Period | Interest Rate | Rate Guarantee Expiry Date |
|---|---|---|
| 1/1/00 - 1/31/00 | 4.50% | 1/31/01 |

The rates established for new deposits in 1999 were:

| Contribution Period | Interest Rate | Rate Guarantee Expiry Date |
|---|---|---|
| 12/1/99 - 12/31/99 | 5.00% | 12/31/00 |
| 11/1/99 - 11/30/99 | 5.00% | 11/30/00 |
| 10/1/99 - 10/31/99 | 5.00% | 10/31/00 |
| 9/1/99 - 9/30/99 | 5.00% | 9/30/00 |
| 8/1/99 - 8/31/99 | 4.75% | 8/31/00 |
| 7/1/99 - 7/31/99 | 4.75% | 7/31/00 |
| 6/1/99 - 6/30/99 | 4.75% | 6/30/00 |
| 5/1/99 - 5/31/99 | 4.75% | 5/31/00 |
| 4/1/99 - 4/30/99 | 4.75% | 4/30/00 |
| 3/1/99 - 3/31/99 | 4.75% | 3/31/00 |
| 2/1/99 - 2/28/99 | 4.75% | 2/29/00 |
| 1/1/99 - 1/31/99 | 4.50% | 1/31/00 |

At the expiration of the Rate Guarantee for each Contribution Period, funds in the Contribution Period become part of the Pool. **Please note:** the interest rate for the Pool has been set quarterly in the past. Starting January 2000, the Pooled Rate will be set monthly.

|  | (pre 4/1/95 investments) Rate | (post 4/1/95 investments) Rate |
|---|---|---|
| The interest rate for the GIO Pool for January 2000 is: | 4.00% | 4.00% |

The interest rates for the GIO Pool during 1999 were:

| Quarter | Rate (pre 4/1/95 investments) | Rate (post 4/1/95 investments) |
|---|---|---|
| October - December | 4.15% | 4.15% |
| July - September | 4.25% | 4.25% |
| April - June | 4.40% | 4.40% |
| January - March | 4.75% | 4.75% |

If you need additional information about the interest rates applicable to your contract, please call our Customer Service Area.



# EQUITABLE EQUI-VEST
## Statement of Account

Statement Period: January 1, 2000 through June 30, 2000

The Equitable Life Assurance Society
P.O. Box 2996
New York, New York 10116-2996

```
098
0139206 02              T    9714        1   4 EM
MRS WAFA REYAD
2077 CENTER AVE #22D
FORT LEE                NJ 07024-4905
```

TOPS PHONE NUMBER
1-800-755-7777

CUSTOMER SERVICE NUMBER:
1-800-628-6673

VISIT OUR WEBSITE:
www.equitable.com

## For Your Information

YOUR COST BASIS AS OF JUN 30 2000 IS $145,000.00.
INTRODUCING ENHANCED INTERNET ACCESS FEATURES. NOW YOU CAN DO INTERFUND TRANSFERS AMONG INVESTMENT OPTIONS AND CHANGE THE ALLOCATION FOR NEW CONTRIBUTIONS ONLINE. JUST GO TO WWW.EQUITABLE.COM AND CLICK ON EQACCESS.

## Your Account Information

Participant: MRS WAFA REYAD
Contract #: 734
Retirement Program: NON QUALIFIED
Series: 400
Social Security #: -0790
Participation Date: Mar 24, 1998

Your Financial
Professional: M ROSEN, CLU, CHFC
Phone #: (732) 452-7272

## Your Account Summary

| | | | |
|---|---:|---|---:|
| Annuity Account Value as of Dec. 31, 1999 | $137,901.30 | Administrative Charge for 2000 | $0.00 |
| Regular Contributions Received in 2000 | $25,000.00 | Net Investment Gain/Loss 2000 | $1,287.82 |
| Rollover Contributions Received in 2000 | $0.00 | Annuity Account Value as of JUN. 30, 2000 | $164,189.12 |
| Total Distributions Made in 2000 | $0.00 | | |

### Your Annuity Value By Investment Option

| Option | Annuity Account Value |
|---|---:|
| Alliance Common Stock: | $35,035.13 |
| Alliance High Yield: | $0.00 |
| Alliance Equity Index: | $34,077.38 |
| Alliance Small Cap Growth: | $45,416.77 |
| T. Rowe Price Equity Income: | $0.00 |
| MFS Emerg. Growth Cos.: | $49,659.84 |
| Total As Of JUN. 30, 2000 | $164,189.12 |

### Your Allocation of Future Contributions

| Option | Allocation Percentage |
|---|---:|
| Alliance Common Stock | 20% |
| Alliance Equity Index | 20% |
| Alliance Small Cap Growth | 20% |
| MFS Emerg. Growth Cos. | 40% |
| TOTAL: | 100% |

Call our TOPS system to obtain account values, make allocation changes or division transfers 7 days a week, 24 hours a day.

# NEW ENGLAND



# NEF NEW ENGLAND FINANCIAL
### ANNUITIES

POST OFFICE BOX 642
BOSTON, MA 02117

## American Growth Series
## Transaction Confirmation

## Payment

| Annuitant's Name | Contract Number | Date of Transaction |
|---|---|---|
| WAFA REYAD | V435143 | 12/15/99 |

**Group I.D. Number**
0790

Address questions to your licensed and appointed agent or call 1-800-435-4117 during E.S.T. business hours.

WAFA REYAD
2077 CENTER AVE #22D          H217
FORT LEE NJ                   07024

TAREK A MORAD
(212)688-2600
N.Y.-STEIN/KNOX
NEW ENGLAND FINANCIAL
575 LEXINGTON AVE.
NEW YORK NY 10022

(212)688-2600

025

New England Life Insurance Company confirms this transaction on behalf of New England Securities as agent for the New England Variable Annuity Separate Account.

| Payment Received | Credit Applied | Net Payment Applied |
|---|---|---|
| $1,500.00 | $1,500.00 | $1,500.00 |

| Detail by Fund | Allocation of Net Amount | Accumulation Unit Value | Accumulation Units |
|---|---|---|---|
| BOND INCOME | $150.00 | 3.605471 | 41.6034 |
| WESTPEAK GRWTH & INC | $75.00 | 2.892342 | 25.9305 |
| US GOVERNMENT | $150.00 | 1.305032 | 114.9397 |
| BALANCED | $375.00 | 1.616623 | 231.9650 |
| EQUITY GROWTH | $300.00 | 3.519263 | 85.2451 |
| MORGAN STNLY INT MAG | $150.00 | 1.338112 | 112.0982 |
| DAVIS VENTURE VALUE | $150.00 | 2.678802 | 55.9952 |
| BOND OPPORTUNITIES | $150.00 | 1.438688 | 104.2617 |

**Payments Remitted to Date**      **$18,000.00**

### Current Account Balance

| | Accumulation Units | Accumulation Unit Value | Total Value |
|---|---|---|---|
| BOND INCOME | 501.8850 | 3.605471 | $1,809.53 |
| WESTPEAK GRWTH & INC | 305.2203 | 2.892342 | $882.80 |
| US GOVERNMENT | 1383.5673 | 1.305032 | $1,805.60 |
| BALANCED | 2635.3642 | 1.616623 | $4,260.39 |
| EQUITY GROWTH | 1127.9042 | 3.519263 | $3,969.39 |
| MORGAN STNLY INT MAG | 1429.2911 | 1.338112 | $1,912.55 |
| DAVIS VENTURE VALUE | 674.7961 | 2.678802 | $1,807.65 |
| BOND OPPORTUNITIES | 1264.0721 | 1.438688 | $1,818.61 |

**Total Contract Value as of 12/15/99**      **$18,266.52 ***

*The amount available on surrender will be reduced by any outstanding loan balance, any Contingent Deferred Sales Charge and any Administration Fee.

A-474-98

Case 3:00-cv-00835-CFD   Document 522-2   Filed 01/05/2007   Page 10 of 17



# NEF NEW ENGLAND FINANCIAL ANNUITIES
POST OFFICE BOX 642
BOSTON, MA 02117

**American Growth Series
Transaction Confirmation
Statement of Account and
Annual Administrative Fee**

| Annuitant's Name | Contract Number | Date of Transaction |
|---|---|---|
| WAFA REYAD | V435143 | 04/07/00 |

Group I.D. Number
;0790

Address questions to your licensed and appointed agent or call 1-800-435-4117 during E.S.T. business hours.

WAFA REYAD
2077 CENTER AVE #22D
FORT LEE NJ    07024

H217

TAREK A MORAD
(212)688-2600
N.Y.-STEIN/KNOX
NEW ENGLAND FINANCIAL
575 LEXINGTON AVE.
NEW YORK NY 10022

(212)688-2600

025

New England Life Insurance Company confirms this transaction on behalf of New England Securities as agent for the New England Variable Annuity Separate Account.

**Detail by Fund**

| | Allocation of Net Amount | Accumulation Unit Value | Accumulation Units |
|---|---|---|---|
| BOND INCOME | $2.85- | 3.674653 | .7756- |
| WESTPEAK GRWTH & INC | $5.54- | 3.083609 | 1.7966- |
| US GOVERNMENT | $2.83- | 1.322874 | 2.1393- |
| EQUITY GROWTH | $8.32- | 4.145390 | 2.0070- |
| MORGAN STNLY INT MAG | $3.03- | 1.392497 | 2.1759- |
| DAVIS VENTURE VALUE | $4.59- | 3.135352 | 1.4640- |
| BOND OPPORTUNITIES | $2.84- | 1.458464 | 1.9473- |

**TOTAL ADMIN FEE    $30.00**

**Payments Remitted to Date                $22,500.00**

**Current Account Balance**

| | Accumulation Units | Accumulation Unit Value | Total Value |
|---|---|---|---|
| BOND INCOME | 626.3573 | 3.674653 | $2,301.65 |
| WESTPEAK GRWTH & INC | 1452.3600 | 3.083609 | $4,478.51 |
| US GOVERNMENT | 1728.2687 | 1.322874 | $2,286.28 |
| EQUITY GROWTH | 1622.6736 | 4.145390 | $6,726.61 |
| MORGAN STNLY INT MAG | 1760.5318 | 1.392497 | $2,451.54 |
| DAVIS VENTURE VALUE | 1181.0595 | 3.135352 | $3,703.04 |
| BOND OPPORTUNITIES | 1573.7132 | 1.458464 | $2,295.20 |

**Total Contract Value as of 04/07/00                $24,242.83 ***

*The amount available on surrender will be reduced by any outstanding loan balance, any Contingent Deferred Sales Charge and any Administration Fee.

A-474-98

# AMERICAN EXPRESS

# Statement of Accounts



**September 11, 1997 - December 10, 1997**

MRS WAFA REYAD
2077 CENTRAL AVE NO-22D
FORT LEE NJ  07024-7323

| Total Value Of Accounts | $25,730.91 |

**Financial Advisor**
GREGORY EMR
American Express Financial Adv
Mack Centre IV  Third Floor
South 61 Paramus Road
Paramus NJ  07652
201-843-1333

| A summary of accounts | Value one year ago | Value last statement | Value this statement |
|---|---|---|---|
| **Total value of accounts** | $.00 | $22,310.44 | $25,730.91 |
| **Annuities** <br> Flexible Annuity <br> WAFA REYAD <br> 0000 0930 0599 5771 0 004 | Not applicable | $22,310.44 | $25,730.91 |

*Values for accounts summarized above may vary because of market fluctuations, account activity or outstanding loans. Some values may be subject to surrender charges.*

MRS WAFA REYAD's client number:            1730 3973 6 001
Group number:                               0758 8992 3 001

07024-7323 001000758899200001  12/10/1997                  Page 1 of 6

A:00000000



## Value Of This Account  $25,730.91

### Ownership information

**WAFA REYAD**
Account number: 0000 0930 0599 5771 0 004
Taxpayer ID: 0790
Annuitant: WAFA REYAD

### Value information as of 12/10/1997

| | |
|---|---|
| Value this statement: | $25,730.91 |
| Charge if surrendered: | $1,698.59 |
| Value if surrendered: | $24,032.32 |
| Surrender value last statement: | $20,821.85 |

### Historical information

| | |
|---|---|
| Contract date: | 05/13/1997 |
| Payments to date: | $24,179.92 |
| Surrenders to date: | $.00 |

### General information

*Fixed account interest rate*
  New payments: 4.75%

*The interest rate for each new payment to the fixed account is guaranteed for 12 months. After that, rates for each payment are reviewed, declared and guaranteed for six months at a time. Your statement shows a weighted average of rates for all prior payments made to this fixed account.*

### Investment allocation

| | Current payment allocation | Number of units owned | X | Current unit value | = | Investment value |
|---|---|---|---|---|---|---|
| International Equity | 20.000% | 3,103.330 | | $1.538908 | | $4,775.74 |
| Income Advantage | 70.000% | 9,270.318 | | $1.178797 | | $10,927.82 |
| Growth Dimensions | 10.000% | 7,313.917 | | $1.370996 | | $10,027.35 |
| **Total** | **100.000%** | | | | | **$25,730.91** |

### Account activity

| Date | Activity | Number of units | X | Unit value | = | Dollar amount |
|---|---|---|---|---|---|---|
| 10/01/97 | Investment change | | | | | |
| | From: Income Advantage | 850.242- | | $1.176136 | | $1,000.00- |
| | To: Growth Dimensions | 736.645 | | $1.357506 | | $1,000.00 |
| 10/10/97 | Payment | | | | | $1,000.00 |
| | International Equity | 121.619 | | $1.644481 | | $200.00 |
| | Income Advantage | 590.065 | | $1.186310 | | $700.00 |
| | | | | | | *Continued* |



## Account activity

| Date | Activity | Number of units | X | Unit value | = | Dollar amount |
|---|---|---:|:-:|---:|:-:|---:|
|  | Growth Dimensions | 72.470 |  | $1.379875 |  | $100.00 |
| 10/31/97 | Investment change |  |  |  |  |  |
|  | From: Income Advantage | 851.453- |  | $1.174463 |  | $1,000.00- |
|  | To:    Growth Dimensions | 766.697 |  | $1.304296 |  | $1,000.00 |
| 11/10/97 | Payment |  |  |  |  | $1,000.00 |
|  | International Equity | 133.347 |  | $1.499849 |  | $200.00 |
|  | Income Advantage | 594.448 |  | $1.177564 |  | $700.00 |
|  | Growth Dimensions | 76.118 |  | $1.313747 |  | $100.00 |
| 11/12/97 | Contract charge |  |  |  |  | $6.00- |
|  | International Equity | .745- |  | $1.462122 |  | $1.09- |
|  | Income Advantage | 2.391- |  | $1.175345 |  | $2.81- |
|  | Growth Dimensions | 1.635- |  | $1.284421 |  | $2.10- |
| 12/01/97 | Investment change |  |  |  |  |  |
|  | From: Income Advantage | 851.829- |  | $1.173944 |  | $1,000.00- |
|  | To:    Growth Dimensions | 722.322 |  | $1.384424 |  | $1,000.00 |
| 12/10/97 | Payment |  |  |  |  | $1,000.00 |
|  | International Equity | 129.962 |  | $1.538908 |  | $200.00 |
|  | Income Advantage | 593.826 |  | $1.178797 |  | $700.00 |
|  | Growth Dimensions | 72.940 |  | $1.370996 |  | $100.00 |

*Detailed interest-rate and guarantee expiration-date information for payments to the fixed account is available on request.*


**IMPORTANT FEDERAL INCOME TAX WITHHOLDING INFORMATION ABOUT DISTRIBUTIONS FROM YOUR IDS LIFE ANNUITY OR LIFE INSURANCE CONTRACTS WITH IDS LIFE INSURANCE COMPANY OR IDS LIFE INSURANCE COMPANY OF NEW YORK.**

**If you** have a taxable distribution from your annuity or life insurance contract(s), we are required by the Internal Revenue Service (IRS) to withhold a portion of the taxable amount for federal taxes, unless you tell us not to.

- When you request a distribution or choose a settlement option, you should indicate in your request whether you want us to withhold these taxes. This election will apply to future distributions until you tell us otherwise.

- For distributions, other than settlement options, we will withhold 10% of the taxable amount.

  For annuity payments being received under a settlement option, the amount withheld will be based on your marital status and number of allowances, unless you specify a percentage or dollar amount. If you do not know how much withholding you should have, you can ask us to send you a W-4P form.

- **If** you ask us not to withhold, you will be responsible for paying any taxes owed on the distribution. If you do not adjust your other withholding or estimated tax payments, you could be subject to penalties for underpayment of tax.

- Some states require us to withhold state income taxes when federal income taxes are withheld from annuity distributions. If you live in one of these states and we withhold federal income taxes, we will also withhold the required amount for state taxes.

**If** you are not requesting a distribution, you do not need to take any action at **this** time. Please keep this notice with your contract(s) to remind you of your **options** regarding federal withholding.

**We** are required by the IRS to send you this periodic notice.


Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify us within 30 days will constitute your acceptance of the content. You may direct any questions to your financial advisor, or call your local service office at 201-843-1333. You may write to us at: American Express Financial Advisors Inc, IDS Tower 10, Minneapolis, MN 55440-0010.

For more complete information on any product or service, including associated fees and expenses, contact your financial advisor for a prospectus. Please read it carefully before you invest or send money.

The FDIC requires that we make the following disclosure to our clients.

**American Express Financial Advisors Inc., IDS Life Insurance Company, IDS Life Insurance Company of New York and IDS Certificate Company are not banks, and the securities they offer are not backed or guaranteed by any bank, nor are they insured by the FDIC.**

**American Express Centurion Bank deposits are insured by the Federal Deposit Insurance Corporation to the maximum of $100,000 for each depositor.**

*IDS Life Insurance Company is not, and is not required to be, a member of the Securities Investor Protection Corporation (SIPC).*

**Portfolio Manager changes:**
Peter Lamaison will be part of the asset allocation team and will lead the team responsible for day to day management of international equities for IDS Managed Allocation Fund, replacing William Westhoff and Paul Hopkins. Peter Lamaison is replacing Paul Hopkins as portfolio manager for IDS Global Balanced Fund and IDS International Fund. John O'Brien is replacing Richard Lazarchic as portfolio manager for IDS Global Growth Fund and IDS Life International Equity Portfolio.

**Easy Access Line**
**1-800-862-7919**



Financial Advisors

TIPS ON USING AMERICAN EXPRESS FINANCIAL ADVISORS EASY ACCESS LINE

**1. Getting started**

- Call 1-800-862-7919

**2. The first time through (establishing a PIN)**

- Enter social security number
- Enter the 4 digit year of your birth (Example: 1950)
- Enter any 4 digit number to use as your PIN
- Re-enter the number to confirm that the number is correct
  (Remember your PIN! You are the only person who knows your PIN and
  you will have to use it any time you use Easy Access Line. For your own
  protection, tell no one else your PIN.)

**3. If the PIN has been established**

- Enter social security number
- Enter the PIN at the prompt
  (If you've forgotten your PIN, select "*" at the PIN menu and a service
  associate will delete your old PIN. You can follow Step 2 above to
  establish a new PIN.)

- Listen to the prompts on the Main Menu:

        Enter  1  for Account Values
        Enter  2  for Account Activity
        Enter  3  for Product Prices, Rates or Performance Information
        Enter  4  for PIN Maintenance
        Enter  5  for Document Requests

- If Product Prices, Rates, or Performance Information is chosen:

        Enter  1  and the product code listed on the right for a specific product
        Enter  2  for Fund products
        Enter  3  for Annuity Products
        Enter  4  for Certificate Products
        Enter  5  for Universal & Variable Universal Life Products
        Enter  6  for help

**4. Special features of Easy Access Line**

- You can move around Easy Access Line using these special function keys:

  | In a list: | | At any time: | |
  |---|---|---|---|
  | *B | - Back up one item | *H | - Help |
  | *F | - Go forward one item | 9 | - Disconnect |
  | *R | - Repeat last item only | 0 | - Transfer to an Operator |
  | *W | - Wait before continuing | * | - Return to previous menu |
  | | | ** | - Return to Main Menu |

- You may interrupt the voice at any time by entering your next choice
- Omit any leading zeros on account numbers

---

**EASY ACCESS LINE NEWS**

### PRODUCT CODES

**Funds**
1310 - Blue Chip Advantage Fund
1120 - Bond Fund
1410 - Cal Tax-Exempt Fund
1130 - Cash Management Fund
1180 - Discovery Fund
1430 - Diversified Equity Income Fund
1350 - Emerging Markets Fund
1040 - Equity Select Fund
1370 - Equity Value Fund
1250 - Extra Income Fund
1240 - Federal Income Fund
1220 - Global Bond Fund
1090 - Global Balanced Fund
1320 - Global Growth Fund
1190 - Growth Fund
1150 - High Yield Tax-Exempt Fund
1440 - Insured Tax-Exempt Fund
1420 - Intermediate Tax-Exempt Fund
1280 - International Fund
1260 - Managed Allocation Fund
1470 - Mass Tax-Exempt Fund
1480 - Mich Tax-Exempt Fund
1450 - Minn Tax-Exempt Fund
1070 - Mutual Fund
1060 - New Dimensions Fund
1460 - NY Tax-Exempt Fund
1490 - Ohio Tax-Exempt Fund
1270 - Precious Metals Fund
1080 - Progressive Fund
1020 - Research Opportunities Fund
1050 - Selective Fund
1390 - Small Company Index Fund
1030 - Stock Fund
1380 - Strategy Aggressive Fund
1140 - Tax-Exempt Bond Fund
1160 - Tax-Free Money Fund
1230 - Utilities Income Fund

**Annuities**
3101 - Employee Benefit
3105 - Fixed Ret. - Extra Rate
3102 - Fixed Ret. - Value Plus
3100 - Flexible Payment Annuity
3104 - Flexible Portfolio Annuity
3106 - Guaranteed Term Annuity
3107 - Index 500 Annuity
3111 - NY Employee Benefit
3112 - NY Fixed Ret. - Value Plus
3110 - NY Flexible Payment Annuity
3114 - NY Flexible Portfolio Annuity

**Certificates**
4000 - Cash Reserve
4001 - Flexible Savings
4003 - Installment Investment
4004 - Stock Market

**Universal Life**
5100 - Universal Life
5102 - Variable Second to Die - Fixed
5101 - Variable Universal Life
5110 - NY Universal Life
5111 - NY Variable Universal Life

---