# Financial Planning
## Statement of Accounts
### September 11, 1998 - December 10, 1998

AMERICAN EXPRESS
Financial Advisors

| Total Value Of Accounts | $39,550.16 |

**Financial Advisor**
JEFFREY DEMAGISTRIS
American Express Financial Adv
61 S Paramus Rd Ste 3
Paramus NJ  07652-1237
201-843-1333

MRS WAFA REYAD
2077 CENTER AVE NO-22D
FORT LEE NJ  07024-4905

| A summary of accounts | Value one year ago | Value last statement | Value this statement |
|---|---|---|---|
| **Total value of accounts** | $25,730.91 | $33,351.86 | $39,550.16 |
| **Annuities** | | | |
| Flexible Annuity | | | |
| WAFA REYAD | | | |
| 0000 0930 0599 5771 0 004 | $25,730.91 | $33,351.86 | $39,550.16 |

*Values for accounts summarized above may vary because of market fluctuations, account activity or outstanding loans. Some values may be subject to surrender charges, market value adjustments or other fees.*

MRS WAFA REYAD's client number: 1730 3973 6 001
Group number: 0758 8992 3 001

07024-4905 001000758899200001  12/10/1998

A:00000000

# IDS Life Flexible Annuity



## Value Of This Account        $39,550.16

### Ownership information

**WAFA REYAD**
**Account number:** 0000 0930 0599 5771 0 004
**Taxpayer ID:** -0790
**Annuitant:** WAFA REYAD

### Value information as of 12/10/1998

| | |
|---|---|
| Value this statement: | $39,550.16 |
| Charge if surrendered: | $2,538.59 |
| Value if surrendered: | $37,011.57 |
| Surrender value last statement: | $31,023.27 |

### Historical information

| | |
|---|---|
| Contract date: | 05/13/1997 |
| Payments to date: | $36,179.92 |
| Surrenders to date: | $.00 |

### General information

*Fixed account interest rate*
  New payments: 4.25%

*The interest rate for each new payment to the fixed account is guaranteed for 12 months. After that, rates for each payment are reviewed, declared and guaranteed for six months at a time. Your statement shows a weighted average of rates for all prior payments made to this fixed account.*

### Investment allocation as of last statement 09/10/1998

| | Current payment allocation | Number of units owned | X | Current unit value | = | Investment value |
|---|---|---|---|---|---|---|
| International Equity | 20.000% | 4,156.352 | | $1.574498 | | $6,544.17 |
| Income Advantage | 70.000% | 13,640.108 | | $1.110953 | | $15,153.52 |
| Growth Dimensions | 10.000% | 8,647.722 | | $1.347658 | | $11,654.17 |
| Total | 100.000% | | | | | $33,351.86 |

### Current investment allocation 12/10/1998

| | Current payment allocation | Number of units owned | X | Current unit value | = | Investment value |
|---|---|---|---|---|---|---|
| International Equity | 20.000% | 4,540.458 | | $1.692980 | | $7,686.90 |
| Income Advantage | 70.000% | 15,545.257 | | $1.135497 | | $17,651.59 |
| Growth Dimensions | 10.000% | 8,849.373 | | $1.605952 | | $14,211.67 |
| Total | 100.000% | | | | | $39,550.16 |



**IDS Life
Flexible Annuity**

American Express Financial Advisors

## Account activity

| Date | Activity | Number of units | X | Unit value | = | Dollar amount |
|---|---|---|---|---|---|---|
| 10/10/98 | Payment | | | | | $1,000.00 |
| | International Equity | 139.152 | | $1.437273 | | $200.00 |
| | Income Advantage | 650.685 | | $1.075790 | | $700.00 |
| | Growth Dimensions | 74.987 | | $1.333568 | | $100.00 |
| 11/10/98 | Payment | | | | | $1,000.00 |
| | International Equity | 127.542 | | $1.568116 | | $200.00 |
| | Income Advantage | 640.445 | | $1.092990 | | $700.00 |
| | Growth Dimensions | 65.834 | | $1.518974 | | $100.00 |
| 11/12/98 | Contract charge | | | | | $6.00- |
| | International Equity | .723- | | $1.577463 | | $1.14- |
| | Income Advantage | 2.451- | | $1.097497 | | $2.69- |
| | Growth Dimensions | 1.438- | | $1.508992 | | $2.17- |
| 12/10/98 | Payment | | | | | $1,000.00 |
| | International Equity | 118.135 | | $1.692980 | | $200.00 |
| | Income Advantage | 616.470 | | $1.135497 | | $700.00 |
| | Growth Dimensions | 62.268 | | $1.605952 | | $100.00 |

*Detailed interest-rate and guarantee expiration-date information for payments to the fixed account is available on request and is free of charge.*



**Service Information** — American Express Financial Advisors

**IMPORTANT FEDERAL INCOME TAX WITHHOLDING INFORMATION ABOUT DISTRIBUTIONS FROM YOUR IDS LIFE ANNUITY OR LIFE INSURANCE CONTRACTS WITH IDS LIFE INSURANCE COMPANY OR IDS LIFE INSURANCE COMPANY OF NEW YORK.**

*If you have a taxable distribution from your annuity or life insurance contract(s), we are required by the Internal Revenue Service (IRS) to withhold a portion of the taxable amount for federal taxes, unless you tell us not to.*

- *When you request a distribution or choose a settlement option, you should indicate in your request whether you want us to withhold these taxes. This election will apply to future distributions until you tell us otherwise.*

- *For distributions, other than settlement options, we will withhold 10% of the taxable amount.*

  *For annuity payments being received under a settlement option, the amount withheld will be based on your marital status and number of allowances, unless you specify a percentage or dollar amount. If you do not know how much withholding you should have, you can ask us to send you a W-4P form.*

- *If you ask us not to withhold, you will be responsible for paying any taxes owed on the distribution. If you do not adjust your other withholding or estimated tax payments, you could be subject to penalties for underpayment of tax.*

- *Some states require us to withhold state income taxes when federal income taxes are withheld from annuity distributions. If you live in one of these states and we withhold federal income taxes, we will also withhold the required amount for state taxes.*

*If you are not requesting a distribution, you do not need to take any action at this time. Please keep this notice with your contract(s) to remind you of your options regarding federal withholding.*

*We are required by the IRS to send you this periodic notice.*

## Service Information 

American Express Financial Advisors

Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify us within 30 days will constitute your acceptance of the content. You may direct any questions to your financial advisor, or call your local service office at 201-843-1333. You may write to us at: American Express Financial Advisors Inc, IDS Tower 10, Minneapolis, MN 55440-0010.

For more complete information on any product or service, including associated fees and expenses, contact your financial advisor for a prospectus. Please read it carefully before you invest or send money.

The FDIC requires that we make the following disclosure to our clients.

**American Express Financial Advisors Inc., IDS Life Insurance Company, IDS Life Insurance Company of New York and IDS Certificate Company are not banks, and the securities they offer are not backed or guaranteed by any bank, nor are they insured by the FDIC.**

**American Express Centurion Bank deposits are insured by the Federal Deposit Insurance Corporation to the maximum of $100,000 for each depositor.**

**IDS Life Insurance Company is not, and is not required to be, a member of the Securities Investor Protection Corporation (SIPC).**

An investor brochure describing the Public Disclosure Program is available on the NASD Web Site (http://www.NASDR.com) or by calling 800-289-9999.

**Portfolio Manager changes:**
IDS Global Balanced Fund - Mike Ng is replacing Ray Goodner as portfolio manager for the bond portion of the fund.
IDS Life Series Fund, Managed Portfolio-Douglas Guffy is replacing Betty Tebault as portfolio manager.
James Johnson is replacing Guru Baliga as portfolio manager for IDS Small Company Index Fund, IDS Blue Chip Advantage Fund and IDS Research Opportunities Fund.


**Easy Access Line 1-800-862-7919**

Easy Access Line can provide:
- the value of your account(s)
- activity in your account(s)
- price, rate or performance information about many of the products we offer

Easy Access Line is available **24 hours a day, 7 days week** using any touch tone telephone.

**How do you use Easy Access Line ?**
- **Dial 1-800-862-7919**
- Enter 1 for Easy Access Line
- Enter your social security number
- Enter your personal identification number (PIN)
- Enter 1 for account values
  Enter 2 for account activity
  Enter 3 for product prices, rates or performance information
  Enter 4 for PIN maintenance
  Enter 5 for document requests

If at any time you need assistance using Easy Access Line, press "0" to talk with a service associate or call your personal financial advisor.



# Financial Planning
## Statement of Accounts

**September 13, 1999 - December 12, 1999**

American Express Financial Advisors

| | Total Value Of Accounts | $77,766.78 |
|---|---|---|

MRS WAFA REYAD
2077 CENTER AVE NO-22D
FORT LEE NJ 07024-4905

**Financial Advisor**
MICHAEL FRANCO
American Express Financial Adv
61 S Paramus Rd Ste 3
Paramus NJ 07652-1237
201-843-1333

| A summary of accounts | Value one year ago | Value last statement | Value this statement |
|---|---|---|---|
| Total value of accounts | $39,550.16 | $69,562.03 | $77,766.78 |
| **Annuities** | | | |
| Flexible Annuity<br>WAFA REYAD<br>0000 0930 0599 5771 0 004 | $39,550.16 | $69,562.03 | $77,766.78 |

Values for accounts summarized above may vary because of market fluctuations, account activity or outstanding loans. Some values may be subject to surrender charges, market value adjustments or other fees.

MRS WAFA REYAD's client number:   1730 3973 6 001
Group number:   0758 8992 3 001

07024-4905  001000758899200001  12/10/1999

Page 1 of 5

A:00000000

**IDS Life**
**Flexible Annuity**


AMERICAN EXPRESS
Financial Advisors

## Value Of This Account     $77,766.78

### Ownership information

WAFA REYAD
Account number:            0000 0930 0599 5771 0 004
Taxpayer ID:                              -0790
Annuitant:                          WAFA REYAD

### Value information as of 12/10/1999

| | |
|---|---:|
| Value this statement: | $77,766.78 |
| Charge if surrendered: | $4,498.59 |
| Value if surrendered: | $73,268.19 |
| Surrender value last statement: | $65,273.44 |

### Historical information

| | |
|---|---:|
| Contract date: | 05/13/1997 |
| Payments to date: | $64,179.92 |
| Surrenders to date: | $.00 |

### General information

*Fixed account interest rate*
  New payments:                                            5.15%

The interest rate for each new payment to the fixed account is guaranteed for 12 months. After that, rates for each payment are reviewed, declared and guaranteed for six months at a time. Your statement shows a weighted average of rates for all prior payments made to this fixed account.

### Current investment allocation 12/10/1999

| | Current payment allocation | Number of units owned | X | Current unit value | = | Investment value |
|---|---:|---:|---|---:|---|---:|
| AXP VP International | 20.000% | 7,616.715 | | $2.341617 | | $17,835.43 |
| AXP VP Extra Income | 70.000% | 32,406.957 | | $1.164543 | | $37,739.29 |
| AXP VP New Dimensions | 10.000% | 10,353.807 | | $2.143372 | | $22,192.06 |
| **Total** | **100.000%** | | | | | **$77,766.78** |

### Account activity

| Date | Activity | Number of units | X | Unit value | = | Dollar amount |
|---|---|---:|---|---:|---|---:|
| 10/10/99 | Payment | | | | | $1,000.00 |
| | AXP VP International | 102.140 | | $1.958093 | | $200.00 |
| | AXP VP Extra Income | 610.265 | | $1.147043 | | $700.00 |
| | AXP VP New Dimensions | 51.756 | | $1.932136 | | $100.00 |
| 11/10/99 | Payment | | | | | $1,000.00 |
| | | | | | | *Continued* |

## IDS Life
## Flexible Annuity



**Financial Advisors**

### Account activity

| Date | Activity | Number of units | X | Unit value | = | Dollar amount |
|---|---|---|---|---|---|---|
|  | AXP VP International | 93.910 |  | $2.129708 |  | $200.00 |
|  | AXP VP Extra Income | 611.631 |  | $1.144480 |  | $700.00 |
|  | AXP VP New Dimensions | 49.555 |  | $2.017942 |  | $100.00 |
| 11/12/99 | Contract charge |  |  |  |  | $6.00- |
|  | AXP VP International | .614- |  | $2.149587 |  | $1.32- |
|  | AXP VP Extra Income | 2.587- |  | $1.144075 |  | $2.96- |
|  | AXP VP New Dimensions | .836- |  | $2.057373 |  | $1.72- |
| 12/10/99 | Payment |  |  |  |  | $1,000.00 |
|  | AXP VP International | 85.411 |  | $2.341617 |  | $200.00 |
|  | AXP VP Extra Income | 601.094 |  | $1.164543 |  | $700.00 |
|  | AXP VP New Dimensions | 46.655 |  | $2.143372 |  | $100.00 |

*Detailed interest-rate and guarantee expiration-date information for payments to the fixed account is available on request and is free of charge.*



**Service Information** — American Express Financial Advisors

**IMPORTANT FEDERAL INCOME TAX WITHHOLDING INFORMATION ABOUT DISTRIBUTIONS FROM YOUR IDS LIFE ANNUITY OR LIFE INSURANCE CONTRACTS WITH IDS LIFE INSURANCE COMPANY OR IDS LIFE INSURANCE COMPANY OF NEW YORK.**

If you have a taxable distribution from your annuity or life insurance contract(s), we are required by the Internal Revenue Service (IRS) to withhold a portion of the taxable amount for federal taxes, unless you tell us not to.

- When you request a distribution or choose a settlement option, you should indicate in your request whether you want us to withhold these taxes. This election will apply to future distributions until you tell us otherwise.

- For distributions, other than settlement options, we will withhold 10% of the taxable amount.

- For annuity payments being received under a settlement option, the amount withheld will be based on your marital status and number of allowances, unless you specify a percentage or dollar amount. If you do not know how much withholding you should have, you can ask us to send you a W-4P form.

- If you ask us not to withhold, you will be responsible for paying any taxes owed on the distribution. If you do not adjust your other withholding or estimated tax payments, you could be subject to penalties for underpayment of tax.

- Some states require us to withhold state income taxes when federal income taxes are withheld from annuity distributions. If you live in one of those states and we withhold federal income taxes, we will also withhold the required amount for state taxes.

If you are not requesting a distribution, you do not need to take any action at this time. Please keep this notice with your contract(s) to remind you of your options regarding federal withholding.

We are required by the IRS to send you this periodic notice.

## Service Information

**AMERICAN EXPRESS Financial Advisors**

*Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify us within 30 days will constitute your acceptance of the content. You may direct any questions to your financial advisor, or call your local service office at 201-843-1333. You may write to us at: American Express Financial Advisors Inc, IDS Tower 10, Minneapolis, MN 55440-0010.*

*For more complete information on any product or service, including associated fees and expenses, contact your financial advisor for a prospectus. Please read it carefully before you invest or send money.*

*The FDIC requires that we make the following disclosure to our clients.*

**American Express Financial Advisors Inc., IDS Life Insurance Company, IDS Life Insurance Company of New York and IDS Certificate Company are not banks, and the securities they offer are not backed or guaranteed by any bank, nor are they insured by the FDIC.**

**American Express Centurion Bank deposits are insured by the Federal Deposit Insurance Corporation to the maximum of $100,000 for each depositor.**

**IDS Life Insurance Company is not, and is not required to be, a member of the Securities Investor Protection Corporation (SIPC).**

*An investor brochure describing the Public Disclosure Program is available on the NASD Web Site (http://www.NASDR.com) or by calling 800-289-9999.*

**Easy Access Line 800-862-7919**

Easy Access Line can provide:
- the value of your account(s)
- activity in your account(s)
- price, rate or performance information about many of the products we offer

Easy Access Line is available **24 hours a day, 7 days week** using any touch tone telephone.

**How do you use Easy Access Line ?**
- **Dial 800-862-7919**
- Enter 1 for Easy Access Line
- Enter your social security number
- Enter your personal identification number (PIN)
- Enter 1 for account values
  Enter 2 for account activity
  Enter 3 for product prices, rates or performance information
  Enter 4 for PIN maintenance
  Enter 5 for document requests

If at any time you need assistance using Easy Access Line, press "0" to talk with a service associate or call your personal financial advisor.