

**Financial Advisors**

**IDS Life**
**Flexible Annuity**

# Confirmation

IDS Life Insurance Company is not, and is not required to be, a member of the Securities Investor Protection Corporation (SIPC).

| Account number | Taxpayer ID |
|---|---|
| 004 | 0790 |

Client number
**1730 3973 6 001**

Mrs Wafa Reyad
2077 Center Ave No-22D
Fort Lee NJ 07024-4905



029641

Owner:
WAFA REYAD

Annuitant:
MRS WAFA REYAD

### Account activity

| Date | Activity | Number of units X | Unit value = | Dollar amount |
|---|---|---|---|---|
| 1/10/00 | Payment | | | $1,000.00 |
| | AXP VP International | 83.290 | $2.401263 | $200.00 |
| | AXP VP Extra Income | 600.062 | $1.166547 | $700.00 |
| | AXP VP New Dimension | 43.924 | $2.276674 | $100.00 |

### Investment allocation as of 01/10/00

| | Current premium allocation | Number of units owned X | Current unit value = | Investment value |
|---|---|---|---|---|
| AXP VP International | 20.000% | 7,700.005 | $2.401263 | $18,489.74 |
| AXP VP Extra Income | 70.000% | 33,007.019 | $1.166547 | $38,504.24 |
| AXP VP New Dimension | 10.000% | 10,397.731 | $2.276674 | $23,672.24 |
| Total | 100.000% | | | $80,666.22 |

| Your financial advisor | Your service office | |
|---|---|---|
| Michael Franco (201) 843-1333 | Paramus, NJ (201) 843-1333 | **American Express Financial Advisors Inc.** IDS Tower 10 Minneapolis, MN 55440-0010 |

Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify us within 30 days will constitute your acceptance of the content. You may direct any questions to your financial advisor or service office.

Page 1 of 1

C0110000005316





**IDS Life**
**Flexible Annuity**

# Confirmation

| Account number | Taxpayer ID |
|---|---|
| 004 | 0790 |

IDS Life Insurance Company is not, and is not required to be, a member of the
Securities Investor Protection Corporation (SIPC).

Mrs Wafa Reyad
2077 Center Ave No-22D
Fort Lee NJ  07024-4905



029151

**Client number**
**1730 3973 6 001**

Owner:
WAFA REYAD

Annuitant:
MRS WAFA REYAD

| | Account activity | | | |
|---|---|---|---|---|
| Date | Activity | Number of units     X | Unit value     = | Dollar amount |
| 2/10/00 | **Payment** | | | **$1,000.00** |
| | AXP VP International | 82.021 | $2.438388 | $200.00 |
| | AXP VP Extra Income | 595.883 | $1.174728 | $700.00 |
| | AXP VP New Dimension | 43.304 | $2.309235 | $100.00 |

| Investment allocation as of 02/10/00 | | | |
|---|---|---|---|
| | Current premium allocation | Number of units owned     X | Current unit value     = | Investment value |
| AXP VP International | 20.000% | 7,782.026 | $2.438388 | $18,975.60 |
| AXP VP Extra Income | 70.000% | 33,602.902 | $1.174728 | $39,474.27 |
| AXP VP New Dimension | 10.000% | 10,441.035 | $2.309235 | $24,110.80 |
| Total | 100.000% | | | $82,560.67 |

| Your financial advisor | Your service office | American Express Financial |
|---|---|---|
| Michael Franco (201) 843-1333 | Paramus, NJ (201) 843-1333 | Advisors Inc. IDS Tower 10 Minneapolis, MN 55440-0010 |

Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify us within 30 days will constitute your acceptance of the content. You may direct any questions to your financial advisor or service office.

Page 1 of 1

C0210000004616



I#        S#10F1      #029151



**IDS Life**
**Flexible Annuity**

# Confirmation

**Financial Advisors**

| Account number | Taxpayer ID |
|---|---|
| 004 | 0790 |

IDS Life Insurance Company is not, and is not required to be, a member of the Securities Investor Protection Corporation (SIPC).

Mrs Wafa Reyad
2077 Center Ave No-22D
Fort Lee NJ  07024-4905



Client number
**1730 3973 6 001**

Owner:
WAFA REYAD

Annuitant:
MRS WAFA REYAD

| Account activity | | | | | | |
|---|---|---|---|---|---|---|
| Date | Activity | Number of units | X | Unit value | = | Dollar amount |
| 3/10/00 | Payment | | | | | $1,000.00 |
| | AXP VP International | 81.080 | | $2.466694 | | $200.00 |
| | AXP VP Extra Income | 594.061 | | $1.178331 | | $700.00 |
| | AXP VP New Dimension | 42.467 | | $2.354747 | | $100.00 |

| Investment allocation as of 03/10/00 | | | | | |
|---|---|---|---|---|---|
| | Current premium allocation | Number of units owned | X | Current unit value | = Investment value |
| AXP VP International | 20.000% | 7,862.536 | | $2.466694 | $19,394.47 |
| AXP VP Extra Income | 70.000% | 34,194.511 | | $1.178331 | $40,292.45 |
| AXP VP New Dimension | 10.000% | 10,482.736 | | $2.354747 | $24,684.19 |
| Total | 100.000% | | | | $84,371.11 |

| Your financial advisor | Your service office | American Express Financial Advisors Inc. |
|---|---|---|
| Michael Franco<br>(201) 843-1333 | Paramus, NJ<br>(201) 843-1333 | IDS Tower 10<br>Minneapolis, MN 55440-0010 |

Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify us within 30 days will constitute your acceptance of the content. You may direct any questions to your financial advisor or service office.

C0310000004725



I#      S#10F1      #029251

**IDS Life**
**Flexible Annuity**

# Confirmation

**Financial Advisors**

| Account number | Taxpayer ID |
|---|---|
| 004 | 0790 |

IDS Life Insurance Company is not, and is not required to be, a member of the
Securities Investor Protection Corporation (SIPC).

**Client number**
**1730 3973 6 001**

Mrs Wafa Reyad
2077 Center Ave No-22D
Fort Lee NJ  07024-4905



Owner:
WAFA REYAD

Annuitant:
MRS WAFA REYAD

## Account activity

| Date | Activity | Number of units X | Unit value = | Dollar amount |
|---|---|---|---|---|
| 4/10/00 | Payment | | | $1,000.00 |
| | AXP VP International | 82.934 | $2.411548 | $200.00 |
| | AXP VP Extra Income | 611.943 | $1.143898 | $700.00 |
| | AXP VP New Dimension | 40.472 | $2.470865 | $100.00 |

## Investment allocation as of 04/10/00

| | Current premium allocation | Number of units owned X | Current unit value = | Investment value |
|---|---|---|---|---|
| AXP VP International | 20.000% | 7,945.470 | $2.411548 | $19,160.88 |
| AXP VP Extra Income | 70.000% | 34,806.454 | $1.143898 | $39,815.03 |
| AXP VP New Dimension | 10.000% | 10,523.208 | $2.470865 | $26,001.43 |
| Total | 100.000% | | | $84,977.34 |

| Your financial advisor | Your service office | American Express Financial |
|---|---|---|
| Michael Franco | Paramus, NJ | Advisors Inc. |
| (201) 843-1333 | (201) 226-1780 | IDS Tower 10 |
| | | Minneapolis, MN 55440-0010 |

Please review your statement carefully.  If you notice an error, please notify us immediately.  Failure to notify
us within 30 days will constitute your acceptance of the content.  You may direct any questions to your
financial advisor or service office.

Page 1 of 1

C0410000006256



I#        S#10F1        #030377



**IDS Life**
**Flexible Annuity**

# Confirmation

**Financial Advisors**

| Account number | Taxpayer ID |
|---|---|
| 004 | 0790 |

IDS Life Insurance Company is not, and is not required to be, a member of the
Securities Investor Protection Corporation (SIPC).

Mrs Wafa Reyad
2077 Center Ave No-22D
Fort Lee NJ  07024-4905



027966

**Client number**
**1730 3973 6 001**

Owner:
WAFA REYAD

Annuitant:
MRS WAFA REYAD

| Account activity | | | | |
|---|---|---|---|---|
| Date | Activity | Number of units | X | Unit value = | Dollar amount |
| 5/10/00 | Payment | | | | $1,000.00 |
| | AXP VP International | 92.106 | $2.171402 | | $200.00 |
| | AXP VP Extra Income | 614.206 | $1.139682 | | $700.00 |
| | AXP VP New Dimension | 45.594 | $2.193274 | | $100.00 |

| Investment allocation as of 05/10/00 | | | | |
|---|---|---|---|---|
| | Current premium allocation | Number of units owned X | Current unit value = | Investment value |
| AXP VP International | 20.000% | 8,037.576 | $2.171402 | $17,452.81 |
| AXP VP Extra Income | 70.000% | 35,420.660 | $1.139682 | $40,368.29 |
| AXP VP New Dimension | 10.000% | 10,568.802 | $2.193274 | $23,180.28 |
| Total | 100.000% | | | $81,001.38 |

| Your financial advisor | Your service office |
|---|---|
| Michael Franco | Paramus, NJ |
| (201) 843-1333 | (201) 226-1780 |

**American Express Financial
Advisors Inc.**
IDS Tower 10
Minneapolis, MN 55440-0010

Please review your statement carefully. If you notice an error, please notify us immediately. Failure to notify
us within 30 days will constitute your acceptance of the content. You may direct any questions to your
financial advisor or service office.

Page 1 of 1

C0510000003820



I#        S#10F1        #027966

# AETNA

*Access Reports*

**Ætna**

Aetna Life Insurance and
Annuity Company
151 Farmington Avenue
Hartford, CT 06156-0104
088969

*Statement of Account*
October 1, 1999 Through December 31, 1999

IIl..Il....Il.Il.Il..Il.Il..Il.Il.Il.I
REYAD WAFA
2077 CENTER AVE APT 22D
FORT LEE NJ 07024-4905

### For Local Agent Service:
Contact your Representative

**TAREK MORAD**
NEW ENGLAND SECURITIES CORPORA
120 WHITE PLAINS RD STE 204
TARRYTOWN

NY 105915522

**TELEPHONE: (914) 631-1133**

### Important Toll Free Service Numbers:

**AetnaAccess**          **1-800-262-3862**
24HR Touch-tone Access
For Account Info and Fund Transfer

Additional Customer Service   **1-800-531-4547**
Account Information and Assistance

Aetna Web Site:
www.aetnafinancial.com

**AETNA ANNUITY CONTRACTHOLDER**
RA0032

**SOCIAL SECURITY NUMBER:**
0790

**Account Numbers:**
0032        LN Non Qualified
                 Contributions

### Statement Summary:

| Account | Beginning Balance 09/30/99 | Ending Balance 12/31/99 | Deposits Through 12/31/99 | Withdrawals Through 12/31/99 |
|---|---|---|---|---|
| Non Qualified Contributions | $56,610.88 | $72,333.61 | $60,000.00 | $.00 |
| **TOTAL** | $56,610.88 | $72,333.61 | $60,000.00 | $.00 |

82636 (01-97)

## Access Reports

**Ætna**

**REYAD WAFA**
Statement of Account
October 1, 1999 Through December 31, 1999

**PLEASE NOTE:**
This statement contains time-sensitive financial information. Please review it carefully and report any discrepancies within 30 days of the date of this statement. Failure to do so may restrict Aetna's ability to take corrective action.

Effective 12/12/99, the lead portfolio manager of the Aetna Growth and Income VP will be Ken Bragdon and the lead portfolio manager and asset allocation strategist for the Aetna Ascent VP, Aetna Crossroads VP and Aetna Legacy VP will be Neil Kochen.

Effective 1/1/00, the Aetna Value Opportunity VP will be managed by a team of Aeltus Investment Management, Inc. (Aeltus) equity investment specialists.

Effective 1/31/00, the Aetna Real Estate Securities VP will be managed by a team of Aeltus equity investment specialists.

The Aetna GET Fund-Series H is available to you for a limited time. Certain contract restrictions may apply. You have until 3/14/00 to take advantage of this opportunity. The Aetna GET Fund-Series H offers growth potential for your money and downside protection for your principal. Call your investment representative to learn more and receive a prospectus that contains additional information including charges and expenses. Read it carefully before investing or sending money.

PAGE 2

123199/1/T/SC833

*Ætna*

*Access Reports*

**REYAD WAFA**
Statement of Account
October 1, 1999 Through December 31, 1999

## Non Qualified Contributions _____ 0032LN

### Account Summary:

| Plan Type | Beginning 09/30/99 | Deposits | Other Activity | Earnings | Ending Balance 12/31/99 |
|---|---|---|---|---|---|
| 000 | $56,610.88 | $4,500.00 | $.00 | $11,222.73 | $72,333.61 |

### Investment Summary:

|  |  |  |  |  | As of 12/31/99 | | |
|---|---|---|---|---|---|---|---|
| Investment Option | Balance 09/30/99 | Net Activity | Earnings | Balance 12/31/99 | Unit Price | Total Units | Investment Allocations |
| Aetna Money Market VP-003 | $2,802.14 | $225.00 | $34.08 | $3,061.22 | 10.61544 | 288.3738 | 5% |
| Aetna Bond VP-004 | 4,486.30 | 360.00 | (32.96) | 4,813.34 | 10.14489 | 474.4594 | 8% |
| Aetna Balanced VP-008 | 5,027.95 | 405.00 | 515.35 | 5,948.30 | 11.63159 | 511.3911 | 9% |
| Aetna Index Plus Large Cap VP-035 | 4,428.91 | 360.00 | 782.81 | 5,571.72 | 13.19342 | 422.3104 | 8% |
| Aetna Growth VP-040 | 4,456.52 | 360.00 | 1,083.69 | 5,900.21 | 14.02224 | 420.7752 | 8% |
| AIM VI Growth and Income Fund-079 | 4,480.70 | 360.00 | 1,088.85 | 5,929.55 | 14.17906 | 418.1903 | 8% |
| PPI Scudder Int'l Growth Portfolio-104 | 2,428.67 | 180.00 | 778.63 | 3,387.30 | 14.51113 | 233.4273 | 4% |
| Fidelity VIP Equity-Income Portfolio-108 | 4,281.69 | 360.00 | 142.57 | 4,784.26 | 10.43794 | 458.3524 | 8% |
| Janus Aspen Aggressive Growth Port-119 | 3,925.89 | 270.00 | 2,401.36 | 6,597.25 | 24.65376 | 267.5959 | 6% |
| Janus Aspen Worldwide Growth Port-123 | 5,914.74 | 450.00 | 2,590.28 | 8,955.02 | 15.59870 | 574.0873 | 10% |
| Janus Aspen Balanced Portfolio-124 | 5,043.04 | 405.00 | 847.77 | 6,295.81 | 13.74150 | 458.1602 | 9% |
| Fidelity VIP High Income Portfolio-132 | 4,908.88 | 405.00 | 191.27 | 5,505.15 | 9.58636 | 574.2682 | 9% |
| Fidelity VIP II Contrafund Portfolio-133 | 4,425.45 | 360.00 | 799.03 | 5,584.48 | 12.96610 | 430.6983 | 8% |
| **TOTAL** | **$56,610.88** | **$4,500.00** | **$11,222.73** | **$72,333.61** |  |  |  |

PAGE

.9/IT/SC833

**Ætna**    ***Access Reports***

**REYAD WAFA**
Statement of Account
October 1, 1999 Through December 31, 1999

*Confirmation of Activity*

**Non Qualified Contributions      0032LN**

| Transaction Date | Investment Date | Description | Investment Option | Amount | Unit Price | Units |
|---|---|---|---|---|---|---|
| 10/15/99 | 10/15/99 | Deposit | Aetna Money Market VP-003 | $75.00 | 10.51440 | 7.1331 |
| | | | Aetna Bond VP-004 | $120.00 | 10.13887 | 11.8356 |
| | | | Aetna Balanced VP-008 | $135.00 | 10.39148 | 12.9914 |
| | | | Aetna Index Plus Large Cap VP-035 | $120.00 | 10.99518 | 10.9139 |
| | | | Aetna Growth VP-040 | $120.00 | 10.98719 | 10.9218 |
| | | | AIM VI Growth and Income Fund-079 | $120.00 | 11.13123 | 10.7805 |
| | | | PPI Scudder Int'l Growth Portfolio-104 | $60.00 | 11.28309 | 5.3177 |
| | | | Fidelity VIP Equity-Income Portfolio-108 | $120.00 | 9.65758 | 12.4255 |
| | | | Janus Aspen Aggressive Growth Port.-119 | $90.00 | 15.91694 | 5.6544 |
| | | | Janus Aspen Worldwide Growth Port.-123 | $150.00 | 10.95241 | 13.6956 |
| | | | Janus Aspen Balanced Portfolio-124 | $135.00 | 11.69015 | 11.5482 |
| | | | Fidelity VIP High Income Portfolio-132 | $135.00 | 9.21499 | 14.6500 |
| | | | Fidelity VIP II Contrafund Portfolio-133 | $120.00 | 10.75030 | 11.1625 |
| 11/15/99 | 11/15/99 | Deposit | Aetna Money Market VP-003 | $75.00 | 10.55184 | 7.1078 |
| | | | Aetna Bond VP-004 | $120.00 | 10.27515 | 11.6787 |
| | | | Aetna Balanced VP-008 | $135.00 | 11.16445 | 12.0919 |
| | | | Aetna Index Plus Large Cap VP-035 | $120.00 | 12.36795 | 9.7025 |
| | | | Aetna Growth VP-040 | $120.00 | 12.50821 | 9.5937 |
| | | | AIM VI Growth and Income Fund-079 | $120.00 | 12.66724 | 9.4733 |
| | | | PPI Scudder Int'l Growth Portfolio-104 | $60.00 | 12.20302 | 4.9168 |
| | | | Fidelity VIP Equity-Income Portfolio-108 | $120.00 | 10.58874 | 11.3328 |
| | | | Janus Aspen Aggressive Growth Port.-119 | $90.00 | 19.31982 | 4.6584 |
| | | | Janus Aspen Worldwide Growth Port.-123 | $150.00 | 12.89943 | 11.6284 |
| | | | Janus Aspen Balanced Portfolio-124 | $135.00 | 12.92873 | 10.4419 |
| | | | Fidelity VIP High Income Portfolio-132 | $135.00 | 9.32633 | 14.4751 |
| | | | Fidelity VIP II Contrafund Portfolio-133 | $120.00 | 11.87278 | 10.1071 |

PAGE 4

123199/1/T/SC/833

*Access Reports*

**Ætna**

**REYAD WAFA**
Statement of Account
October 1, 1999 Through December 31, 1999

*Confirmation of Activity  (Continued)*

**Non Qualified Contributions**        0032LN

| Transaction Date | Investment Date | Description | Investment Option | Amount | Unit Price | Units |
|---|---|---|---|---|---|---|
| 12/15/99 | 12/15/99 | Deposit | Aetna Money Market VP-003 | $75.00 | 10.59019 | 7.0820 |
| | | | Aetna Bond VP-004 | $120.00 | 10.19917 | 11.7657 |
| | | | Aetna Balanced VP-008 | $135.00 | 11.27772 | 11.9705 |
| | | | Aetna Index Plus Large Cap VP-035 | $120.00 | 12.66136 | 9.4777 |
| | | | Aetna Growth VP-040 | $120.00 | 12.87796 | 9.3182 |
| | | | AIM VI Growth and Income Fund-079 | $120.00 | 12.96849 | 9.2532 |
| | | | PPI Scudder Int'l Growth Portfolio-104 | $60.00 | 13.03639 | 4.6025 |
| | | | Fidelity VIP Equity-Income Portfolio-108 | $120.00 | 10.23517 | 11.7243 |
| | | | Janus Aspen Aggressive Growth Port.-119 | $90.00 | 21.69307 | 4.1488 |
| | | | Janus Aspen Worldwide Growth Port.-123 | $150.00 | 14.01360 | 10.7039 |
| | | | Janus Aspen Balanced Portfolio-124 | $135.00 | 13.13293 | 10.2795 |
| | | | Fidelity VIP High Income Portfolio-132 | $135.00 | 9.56494 | 14.1140 |
| | | | Fidelity VIP II Contrafund Portfolio-133 | $120.00 | 12.17052 | 9.8599 |

PAGE 5

JI/IT/SC833

12.

# Access Reports

Aetna Life Insurance and
Annuity Company
151 Farmington Avenue
Hartford, CT 06156-0104
0899870

Ætna

llInlIllllInlllIllIIllllInlllIllIIllIllInlIll
REYAD WAFA
2077 CENTER AVE APT 22D
FORT LEE NJ 07024-4905

## Statement of Account
April 1, 2000 Through June 30, 2000

**For Local Agent Service:**
Contact your Representative

TAREK MORAD
NEW ENGLAND SECURITIES CORPORA
120 WHITE PLAINS RD STE 204
TARRYTOWN

NY 105915522

TELEPHONE: (914) 631-1133

**Important Toll Free Service Numbers:**

AetnaAccess                1-800-262-3862
24HR Touch-tone Access
For Account Info and Fund Transfer

Additional Customer Service   1-800-531-4547
Account Information and Assistance

Aetna Web Site:
www.aetnafinancial.com

**Account Numbers:**
i0032        LN Non Qualified
                    Contributions

**AETNA ANNUITY CONTRACTHOLDER**
RA0032

**SOCIAL SECURITY NUMBER:**
0790

## Statement Summary:

| Account | Beginning Balance 03/31/00 | Ending Balance 06/30/00 | Deposits Through 06/30/00 | Withdrawals Through 06/30/00 |
|---|---|---|---|---|
| Non Qualified Contributions | $80,709.40 | $82,076.01 | $68,500.00 | $.00 |
| TOTAL | $80,709.40 | $82,076.01 | $68,500.00 | $.00 |

82636 (01-97)

# Ætna

**Access Reports**

**REYAD WAFA**
Statement of Account
April 1, 2000 Through June 30, 2000

*Non Qualified Contributions*    0032LN

## Account Summary:

| Plan Type | Beginning 03/31/00 | Deposits | Other Activity | Earnings | Ending Balance 06/30/00 |
|---|---|---|---|---|---|
| 000 | $80,709.40 | $4,000.00 | $.00 | ($2,633.39) | $82,076.01 |

## Investment Summary:

| Investment Option | Balance 03/31/00 | Net Activity | Earnings | Balance 06/30/00 | Unit Price | Total Units | Investment Allocations |
|---|---|---|---|---|---|---|---|
| Aetna Money Market VP-003 | $4,099.65 | ($45.86) | $52.89 | $4,106.68 | 10.87697 | 377.5576 | 5% |
| Aetna Bond VP-004 | 6,564.88 | (69.80) | 102.98 | 6,598.06 | 10.41180 | 633.7094 | 8% |
| Aetna Balanced VP-008 | 7,346.53 | 145.02 | (95.19) | 7,396.36 | 11.99026 | 616.8634 | 9% |
| Aetna Index Plus Large Cap VP-035 | 6,499.66 | 264.26 | (207.71) | 6,556.21 | 13.06386 | 501.8584 | 8% |
| Aetna Growth VP-040 | 6,433.30 | 244.41 | (76.01) | 6,601.70 | 15.20575 | 434.1580 | 8% |
| AIM VI Growth and Income Fund-079 | 6,393.51 | 635.46 | (419.41) | 6,609.56 | 14.26830 | 463.2338 | 8% |
| PPI Scudder Int'l Growth Portfolio-104 | 3,238.70 | 297.40 | (262.91) | 3,273.19 | 13.17315 | 248.4745 | 4% |
| Fidelity VIP Equity-Income Portfolio-108 | 6,685.38 | (185.11) | (10.64) | 6,489.63 | 10.11121 | 641.8249 | 8% |
| Janus Aspen Aggressive Growth Port.-119 | 4,603.02 | 620.59 | (320.20) | 4,903.41 | 24.92242 | 196.7469 | 6% |
| Janus Aspen Worldwide Growth Port.-123 | 7,845.58 | 955.36 | (641.02) | 8,159.92 | 15.84508 | 514.9814 | 10% |
| Janus Aspen Balanced Portfolio-124 | 7,231.42 | 403.43 | (224.39) | 7,410.46 | 13.77414 | 537.9974 | 9% |
| Fidelity VIP High Income Portfolio-132 | 7,252.41 | 258.23 | (116.41) | 7,394.23 | 9.07863 | 814.4650 | 9% |
| Fidelity VIP II Contrafund Portfolio-133 | 6,515.36 | 476.61 | (415.37) | 6,576.60 | 12.73524 | 516.4091 | 8% |
| **TOTAL** | **$80,709.40** | **$4,000.00** | **($2,633.39)** | **$82,076.01** | | | |

As of 06/30/00

PAGE 3

063000/IT/SC/833

# EQUITABLE LIFE

 **EQUITABLE**

Michael L. Rosen, CLU, ChFC,
Financial Professional



July 28, 2000


Mostafa Reyad
2077 Center Avenue, Apt. 22D
Fort Lee, NJ  07024-4905


REFERENCE:        685    Mostafa Reyad
                  388    Wafa Reyad


Dear Mostafa:

Enclosed are the premium histories you requested for the above referenced.

If I can be of further assistance please contact me.


Sincerely,

Michael L. Rosen, CLU ChFC

MLR:cs

Enclosure




 **/AXA ADVISORS**

Equitable, 333 Thornall Street, 8th Floor, Edison, NJ 08837-2220  Tel: (732) 452-7272  Fax: (732) 906-3683

The above - named registered representative offers securities through AXA Advisors, LLC (212-314-4600), member NASD, and is an agent of The Equitable Life Assurance Society of the U.S. (NY, NY 10104). Registered representatives also offer variable and traditional life insurance and annuity products of Equitable, and of over 100 other companies through an insurance - brokerage affiliate.
www.equitable.com

Page 2
July 21, 2000
Policy No.          388
Insured:      Mrs Wafa Reyad

| Date Processed | Amount of Premium | Premium Due Date |
|---|---|---|
| 98/01/20 | 133.00 | 98/01/18 |
| 98/04/14 | 133.00 | 98/02/18 |
| 98/04/14 | 133.00 | 98/03/18 |
| 98/04/14 | 133.00 | 98/04/18 |
| 98/05/18 | 133.00 | 98/05/18 |
| 98/08/06 | 133.00 | 98/06/18 |
| 98/08/06 | 133.00 | 98/07/18 |
| 98/08/06 | 133.00 | 98/08/18 |
| 98/09/14 | 132.00 | 98/09/18 |
| 98/10/12 | 132.00 | 98/10/18 |
| 98/11/16 | 132.00 | 98/11/18 |
| 98/12/14 | 132.00 | 98/12/18 |
| 99/01/11 | 132.00 | 99/01/18 |
| 99/02/16 | 132.00 | 99/02/18 |
| 99/03/15 | 132.00 | 99/03/18 |
| 99/04/12 | 132.00 | 99/04/18 |
| 99/05/10 | 132.00 | 99/05/18 |
| 99/06/14 | 132.00 | 99/06/18 |
| 99/07/12 | 132.00 | 99/07/18 |
| 99/08/16 | 132.00 | 99/08/18 |
| 99/09/13 | 132.00 | 99/09/18 |
| 99/10/11 | 132.00 | 99/10/18 |
| 99/11/15 | 132.00 | 99/11/18 |
| 99/12/13 | 132.00 | 99/12/18 |
| 00/01/10 | 132.00 | 00/01/18 |
| 00/02/14 | 132.00 | 00/02/18 |
| 00/03/13 | 132.00 | 00/03/18 |
| 00/04/10 | 132.00 | 00/04/18 |
| 00/05/15 | 132.00 | 00/05/18 |
| 00/06/12 | 132.00 | 00/06/18 |
| 00/07/10 | 132.00 | 00/07/18 |

Page 3
July 21, 2000
Policy No.          685
Insured:      Mr Mostafa Reyad

| Date Processed | Amount of Premium | Premium Due Date |
|---|---|---|
| 98/02/10 | 214.00 | 97/12/13 |
| 98/02/10 | 214.00 | 98/01/13 |
| 98/02/10 | 214.00 | 98/02/13 |
| 98/03/13 | 214.00 | 98/03/13 |
| 98/06/05 | 214.00 | 98/04/13 |
| 98/08/06 | 214.00 | 98/05/13 |
| 98/08/06 | 214.00 | 98/06/13 |
| 98/08/06 | 214.00 | 98/07/13 |
| 98/08/06 | 214.00 | 98/08/13 |
| 98/09/08 | 193.00 | 98/09/13 |
| 98/10/05 | 193.00 | 98/10/13 |
| 98/11/09 | 193.00 | 98/11/13 |
| 98/12/07 | 193.00 | 98/12/13 |
| 99/01/11 | 193.00 | 99/01/13 |
| 99/02/08 | 193.00 | 99/02/13 |
| 99/03/08 | 193.00 | 99/03/13 |
| 99/04/05 | 193.00 | 99/04/13 |
| 99/05/10 | 193.00 | 99/05/13 |
| 99/06/07 | 193.00 | 99/06/13 |
| 99/07/06 | 193.00 | 99/07/13 |
| 99/08/09 | 193.00 | 99/08/13 |
| 99/09/07 | 193.00 | 99/09/13 |
| 99/10/11 | 193.00 | 99/10/13 |
| 99/11/08 | 193.00 | 99/11/13 |
| 99/12/06 | 193.00 | 99/12/13 |
| 00/01/10 | 193.00 | 00/01/13 |
| 00/02/07 | 193.00 | 00/02/13 |
| 00/03/06 | 193.00 | 00/03/13 |
| 00/04/10 | 193.00 | 00/04/13 |
| 00/05/08 | 193.00 | 00/05/13 |
| 00/06/05 | 193.00 | 00/06/13 |
| 00/07/10 | 193.00 | 00/07/13 |