# EXHIBIT 5

Case 3:00-cv-00835-CFD    Document 522-8    Filed 08/07/2007    Page 1 of 7

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF CONNECTICUT
 3
 4
                    ------------------------------x   VOLUME I
 5
     INDYMAC MORTGAGE HOLDINGS,         :
 6   INC., and INDYMAC, INC.,
 7            Plaintiffs,               :
 8       -versus-                       :   No. 3:00 CV 835
                                                (CFD)
 9   MOSTAFA REYAD and WAFA REYAD,      :
10            Defendants.               :
11   ------------------------------x
12                          ORIGINAL
13
14            Deposition of MOSTAFA REYAD,
15   taken pursuant to the Federal Rules of
16   Civil Procedure, at the law offices of
17   Brenner, Saltzman & Wallman, L.L.P., 271
18   Whitney Avenue, New Haven, Connecticut,
19   before James A. Martone, L.S.R., and a
20   Notary Public in and for the State of
21   Connecticut, on May 26, 2000, at 10:57 a.m.
22
23
24
25
```

1
2
3
4     Q.   Okay.  Do you know when your wife
5  purchased these annuities?
6     A.   Yes.
7     Q.   When?
8     A.   At least three years ago, and
9  continued on for monthly payment until
10 terminated a month ago.  The monthly payment
11 terminated.
12    Q.   So she put in an initial amount with
13 each of these companies in an annuity, and then
14 added to it monthly until a month ago?
15    A.   No.  There was not initial amount.  It
16 was like agreement, let me say like agreement
17 for a hundred dollars, a hundred dollars, and
18 this continued until last month, we stopped.
19 The contract means we cannot add money because
20 of our temporary situation.
21    Q.   And did you stop all the contracts at
22 that time?
23    A.   All contracts have stopped.  There is
24 additional, as I mentioned before, Aetna
25 Financial Group, in Hartford, about a hundred

1     Q.    And so that $10,000 then is divided
2  between the five annuities?
3     A.    Yes.
4     Q.    Okay.  And is that $10,000 a month
5  paid by the Federal Mortgage Company?
6     A.    No, paid by the Federal Mortgage
7  Company from her principal.
8     Q.    From her principal?
9     A.    Yes.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 7      Q.   On your financial statement, which is
 8  Plaintiffs' Exhibit 3 in front of you, there are
 9  four securities listed that we've talked about
10  before, and you mentioned a fifth, The Aetna.
11      A.   That's correct.
12      Q.   Are all five of those annuities?
13      A.   All of them are annuities and
14  considered as insurance products, and are not
15  subject to creditors' lien, all of them.
16      Q.   And are all of them a result of
17  monthly payments that were made by Federal
18  Mortgage to repay the principal to your wife?
19      A.   Federal Mortgage did not pay a penny
20  in this ever.  Never Federal Mortgage paid a
21  penny of that.
22      Q.   Who paid it?
23      A.   My wife paid it.
24      Q.   Okay.  But you talked about $10,000 a
25  month payments?
```

```
 1        A.   From the principal to go to her and
 2   she makes the payment.
 3        Q.   Fine, so what I'm saying is that the
 4   money that was -- was the money that was used to
 5   purchase these annuities money paid by Federal
 6   Mortgage to your wife to repay her for
 7   principal, which she then paid in monthly
 8   payments on the annuities?
 9        A.   That is correct.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

     I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

     I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

     I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

     Witness my hand and seal as Notary Public this 7th day of June, 2000

_____
NOTARY PUBLIC


My commission expires:
    4/2003