**EXHIBIT 9**

**SANFORD P. LEVINE**
Deputy Sheriff New Haven County
P.O. Box 4020
Woodbridge, CT 06525-4020

Office phone (203) 393-2391
Page (203) 784-3600

# SHERIFF'S COURT RETURN

STATE OF CONNECTICUT)
                       )    SS: HAMDEN                             May 17, 2000
COUNTY OF NEW HAVEN)

Then and there by virtue hereof and by the direction of the a Judge and the Plaintiff's attorney, I left with and in the hands of the within:

     May 17, 2000, Equitable, 2440 Whitney Avenue, Hamden, CT, accepted by David C. Ott, Registered Representative, authorized to accept.

With a true and attested copy of the original **WRIT OF GARNISHMENT** and **MEMORANDUM** with my doings thereon endorsed.

The within and foregoing is the original **WRIT OF GARNISHMENT** and **MEMORANDUM** with my doings thereon endorsed.

                                             ATTEST:

                                             SANFORD P. LEVINE
                                             DEPUTY SHERIFF
                                             NEW HAVEN COUNTY
                                             BADGE 150

FEES:

| | |
|---|---|
| Service ................ | $20.00 |
| Travel ................. | 12.47 |
| Copies ................. | 3.00 |
| Endorsements ........ | .80 |
| TOTAL ................. | $36.27 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br><br> Defendants. | CIVIL ACTION NO. 3:00 CV 835 (CFD) <br><br><br> MAY 16, 2000 |

### WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, The Equitable a/k/a The Equitable Life Assurance Society of the United States, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding

o:\files\drs\indymac\reyad\writ.doc\13

sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this ___ day of May, 2000.

_____
Magistrate Judge William I. Garfinkel



**EQUITABLE**                                                                 Law Department

June 11, 2002

[Via facsimile and mail]
Jennifer Salvo, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CO 06507-1746

Re:  Indymac Mortgage Holdings and Indymac
     Inc. v. Mostafa Reyad and Wafa Reyad

Dear Ms. Salvo:

As per our conversation on June 11th, please be advised that the properties held in the names of the defendants are as follows:

1   Annuity contract no.: ▓▓▓734
    Owner name: Mrs. Wafa Reyad
    Cash value: $96,374.21

2   Insurance policy no.: ▓▓▓388
    Owner name: Mrs. Wafa Reyad
    Cash value: $16,200.88

Please be advised that a restraint prohibiting any transactions on these policies is currently in place, any further transactions with respect to these policies will be prohibited pending further order from the court. Please be further advised that the policy listed in the May 17, 2000 memo, policy number 48 230 202 are not owned by Wafa or Mostafa Reyad.

If you have any additional questions with respect to this matter, feel free to contact me at your convenience.

Sincerely Yours,

Althea E. Bailey
Sr. Legal Assistant
(212) 314-3875

/ab

**Equitable Life Assurance Society**          1290 Avenue of the Americas
**of the United States**                      New York, NY 10104

# Brenner, Saltzman & Wallman LLP
*ATTORNEYS AT LAW*

NEWTON D. BRENNER, P.C.
STEPHEN P. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT

SEAN M. FISHER

OF COUNSEL:
SHARON KOWAL FREILICH

*Rowena A. Moffett*
*rmoffett@bswlaw.com*
*Fax: 203.772.4008*

October 25, 2006

VIA FACSIMILE (212) 707-7945 & U.S. MAIL
Athea E. Bailey
Senior Legal Assistant
AXA Equitable
1290 Avenue of the Americas
New York, NY 10104

Re:   IndyMac Mortgage Holdings v. Mostafa Reyad & Wafa Reyad
      Case No: 3:00CV835

Dear Ms. Bailey:

Equitable was served with a Writ of Garnishment in the above-referenced action on May 17, 2000. Since then, you have responded to requests from this office for updates regarding the current value of the accounts held by AXA Equitable that are subject to the Writ of Garnishment. Most recently, you sent a letter dated June 9, 2006 in response to such a request. A copy of your June 9, 2006 letter is enclosed herewith for your reference.

Your June 9, 2006 letter references two accounts that are being held pursuant to the Writ of Garnishment. It is my understanding that Equitable has a third account that is subject to the Writ of Garnishment, namely policy number 86 097 685, owner name Mr. Mostafa Reyad. Please confirm that this account has been held subject to the Writ of Garnishment served upon Equitable on May 17, 2000, and that no transactions have taken place with respect to this or other accounts subject to the Writ of Garnishment since the Writ was served on Equitable and also provide us with the current value of said account.

Athea E. Bailey
October 25, 2006
Page 2

    I look forward to your prompt response. Should you have any questions, feel free to contact me directly.

Sincerely,

*[signature]*

Rowena A. Moffett

RAM:jr
Enclosure

# STERNS & WEINROTH
A PROFESSIONAL CORPORATION
## COUNSELORS AT LAW
50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Writer's Direct Line: (609) 989-5059
e-mail: ctorkelson@sternslaw.com

File No.: 51387-15

December 6, 2006

**VIA FACSIMILE AND REGULAR MAIL**
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

RE: **Reyad v. AXA Financial, Inc.**
 **Civil Action No.: 2:06-cv-04126-JAG-MCA**

Dear Ms. Moffett:

This will respond to your request for information regarding a possible additional account owned by Mostafa Reyad. This will confirm that Mr. Reyad owns Life Insurance Policy No. ▓▓▓ 685, which as of November 27, 2006 had a net cash surrender value of $4,206.54.

It appears that this account was inadvertently overlooked when the restraints were imposed on the specific accounts identified in Judge Greenaway's May 12, 2000 Order to Show Cause. Since June 2000, Mr. Reyad has taken two loans against the policy: the first on January 25, 2005, in the amount of $25,000.00; and the second on March 20, 2006, in the amount of $3,689.12. Historically, it appears that Mr. Reyad also may have taken loans against the policy prior to the year 2000. This account is now being held in accordance with the judicial restraints imposed by the Connecticut and New Jersey Federal courts.

Please call me if you have any questions.

Very truly yours,

Christopher E. Torkelson

CET/mr

# STERNS & WEINROTH
A PROFESSIONAL CORPORATION
## COUNSELORS AT LAW
50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Writer's Direct Line: (609) 989-5059
e-mail: ctorkelson@sternslaw.com

File No.: 51387-15

August 6, 2007

**VIA E-MAIL**
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

RE: **IndyMac Bank, F.S.B. v. Mostafa Reyad, et al.**
**Case No.: 3:00-cv-835**

Dear Ms. Moffett:

This will respond to your request for information regarding property being held by AXA Equitable Life Insurance Company in the names of Mostafa and Wafa Reyad. The three accounts being held, and their net cash values as of July 31, 2007, are as follows:

1. Annuity contract no.: ████ 734
   Owner name: Mrs. Wafa Reyad
   Cash value: $148,336.66

2. Insurance policy no.: ████ 388
   Owner name: Mrs. Wafa Reyad
   Net cash surrender value: $27,820.52

3. Insurance policy no.: ████ 685
   Owner name: Mr. Mostafa Reyad
   Net cash surrender value: $2,793.32

Specimen copies of these contracts, without any customer-specific information, are being provided to you under separate cover.

Please call me if you have any questions.

Very truly yours,

Christopher E. Torkelson

CET/