# AMERICAN EXPRESS

*IDS Life*

*Annuity*

*Contract*

AMERICAN
EXPRESS

**Financial
Advisors**



**Financial Advisors**

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

# DEFERRED ANNUITY CONTRACT

- Flexible purchase payments.
- Optional fixed dollar or variable accumulation values and annuity payments.
- Annuity payments to begin on the retirement date.
- This contract is nonparticipating. Dividends are not payable.

| | | | |
|---|---|---|---|
| Annuitant: | Wafa Reyad | Contract Date: | March 25, 1997 |
| Contract Number: | ██████622 | Retirement Date: | March 25, 2030 |

This is a deferred annuity contract. It is a legal contract between you, as the owner, and us, IDS Life Insurance Company, a Stock Company, Minneapolis, Minnesota. **PLEASE READ YOUR CONTRACT CAREFULLY.**

If the annuitant is living on the Retirement Date, we will begin to pay you monthly annuity payments. Any payments made by us are subject to the terms of this contract.

We issue this contract in consideration of your application and the payment of the purchase payments.

Signed for and issued by IDS Life Insurance Company in Minneapolis, Minnesota, as of the contract date shown above.

**ACCUMULATION VALUES AND ANNUITY PAYMENTS, WHEN BASED ON THE INVESTMENT RESULTS OF THE SEPARATE ACCOUNTS, ARE VARIABLE AND NOT GUARANTEED AS TO FIXED DOLLAR AMOUNT. SEE PAGE 9 FOR VARIABLE PROVISIONS.**

**NOTICE OF YOUR RIGHT TO EXAMINE THIS CONTRACT FOR 10 DAYS**
If for any reason you are not satisfied with this contract, return it to us or our representative within 10 days after you receive it. We will then cancel this contract. Upon such cancellation we will refund an amount equal to the sum of: (1) the contract value; and (2) any premium tax charges paid. This contract will then be considered void from its start.

**President**

*Richard W Kling*

**Secretary**

*William A. Stoltzmann*

30302C-NJ

09/91

# GUIDE TO CONTRACT PROVISIONS

Definitions

Important words and meanings/Page 3

General Provisions

Entire contract; Incontestability;
Benefits based upon incorrect data;
State Laws; Reports to owner;
Evidence of survival; Protection of
proceeds; Payments by us; Voting
rights/Page 4

Ownership and Beneficiary

Owner rights; Change of ownership;
Beneficiary; Change of Beneficiary;
Assignment/Page 5

Payments to Beneficiary

Describes options and amounts payable
upon death/Page 6

Purchase Payments

Purchase payments amounts and intervals;
Payment limits; Allocation of purchase
payments/Page 7

Contract Value

Describes the fixed and variable account
contract values; Interest to be credited;
Contract administrative charge; Premium
taxes; Transfers of Contract Values/Page 8

Fixed and Variable Accounts

Describes the variable accounts, accumu-
lation units and values; Net investment
factor; Mortality and expense risk charge;
Annuity unit value/Page 9

Surrender Provisions

Surrender of the contract for its surrender
value; Rules for surrender/Page 10

Annuity Provisions

When annuity payments begin; Different
ways to receive annuity payments;
Determination of payment amounts/Page 12

Table of Settlement Rates

Tables showing amount of first variable
annuity payment and the guaranteed fixed
annuity payments for the various payment
plans/Page 14

# CONTRACT DATA

| | | | |
|---|---|---|---|
| Annuitant: | Wafa Reyad | Contract Date: | March 25, 1997 |
| Contract Number: | ███████622 | Retirement Date: | March 25, 2030 |
| Contract Owner: | Wafa Reyad | | |

## Deferred Annuity Contract ("Flexible Annuity")

Upon issuance of this contract the annual purchase payment has been scheduled to be paid and applied to the fixed and variable accounts as shown below. You may change the amount, frequency and allocations as provided in this contract. Refer to the purchase payments provisions on Page 7.

Lump Sum Single Purchase Payment Only:      $16,000.00
Scheduled Purchase Payment:
              Annual Amount:      None

| Variable Accounts | Mutual Fund | Purchase Payment Allocation Percentage |
|---|---|---|
| F | IDS Life Capital Resource Fund | 0.000% |
| G | IDS Life Special Income Fund | 0.000% |
| H | IDS Life Moneyshare Fund | 0.000% |
| N | IDS Life Managed Fund | 0.000% |
| IZ | IDS Life International Equity Fund | 20.000% |
| JZ | IDS Life Aggressive Growth Fund | 0.000% |
| | IDS Life Income Advantage Fund | 60.000% |
| | IDS Life Growth Dimensions Fund | 20.000% |
| | IDS Life Global Yield Fund | 0.000% |
| **Fixed Account** | | 0.000% |

Surrender Charge: If you surrender all or a portion of this contract surrender charges may apply. See Page 10.

Contract Administrative Charge: See Page 8.

Maximum Purchase Payments Permitted:

        1st contract year:      $1,000,000

        Each contract year
          thereafter:      $   50,000

CONTRACT DATA - (continued)

Annuitant:          Wafa Reyad                    Contract Number:        9300-05963622

Fixed Account

Table of Guaranteed Minimum Contract and Surrender Values

Guaranteed Interest Rate:  4% Per Year Compounded Annually

The following table shows the guaranteed minimum fixed account contract and surrender values based on these assumptions:  (1) $10,000 purchase payment is received and allocated 100% to the fixed account on the contract date; (2) There have been no surrenders; (3) There are no premium tax charges.  This table reflects the $6 per quarter contract administrative charge.  If purchase payments are otherwise paid or allocated or if there are surrenders, or premium tax charges, the values below will be adjusted in accordance with the provisions of this contract.

| End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value | End of Contract Year | Guaranteed Minimum Fixed Account Contract Value | Guaranteed Minimum Fixed Account Surrender Value |
|---|---|---|---|---|---|
| 1 | $ 10,375.64 | $ 9,675.64 | 11 | $ 15,066.01 | $ 15,066.01 |
| 2 | 10,766.31 | 10,066.31 | 12 | 15,644.29 | 15,644.29 |
| 3 | 11,172.60 | 10,472.60 | 13 | 16,245.71 | 16,245.71 |
| 4 | 11,595.14 | 10,895.14 | 14 | 16,871.17 | 16,871.17 |
| 5 | 12,034.59 | 11,334.59 | 15 | 17,521.66 | 17,521.66 |
| 6 | 12,491.61 | 11,791.61 | 16 | 18,198.17 | 18,198.17 |
| 7 | 12,966.92 | 12,966.92 | 17 | 18,901.73 | 18,901.73 |
| 8 | 13,461.23 | 13,461.23 | 18 | 19,633.44 | 19,633.44 |
| 9 | 13,975.32 | 13,975.32 | 19 | 20,394.42 | 20,394.42 |
| 10 | 14,509.97 | 14,509.97 | 20 | 21,185.84 | 21,185.84 |

Variable account contract and surrender values are not guaranteed.  Information concerning contract and surrender values will be provided to you at any time upon written request.

# DEFINITIONS

The following words are used often in this contract.   When we use these words, this is what we mean:

**annuitant**

The person or persons on whose life monthly annuity payments depend.

**you, your**

The owner of this contract.  The owner may be someone other than the annuitant.  The owner may be changed as provided in this contract.

**we, our, us**

IDS Life Insurance Company

**accumulation unit**

An accumulation unit is an accounting unit of measure.  It is used to calculate the contract value prior to settlement.

**annuity unit**

An annuity unit is an accounting unit of measure.  It is used to calculate the value of annuity payments from the variable accounts on and after the retirement date.

**contract date**

It is the date from which contract anniversaries, contract years, and contract months are determined.  Your contract date is shown under Contract Data.

**contract anniversary**

The same day and month as the contract date each year that the contract remains in force.

**contract value**

The sum of the: (1) Fixed Account Contract Value; and (2) Variable Account Contract Value.

**retirement date**

The date shown under Contract Data on which annuity payments are to begin.  This date may be changed as provided in this contract.

**settlement**

The application of the contract value of this contract to provide annuity payments.

**valuation date**

A valuation date is each day the New York Stock Exchange is open for trading.

**valuation period**

A valuation period is the interval of time commencing at the close of business on each valuation date and ending at the close of business on the next valuation date.

**fixed account**

The fixed account is made up of all our assets other than those in any separate account.

**variable accounts**

The variable accounts are named under Contract Data.  Each is a separate investment account of ours.

**fixed annuity**

A fixed annuity is an annuity with payments which are guaranteed by us as to dollar amount during the annuity payment period.

**variable annuity**

A variable annuity is an annuity with payments which (1) are not predetermined or guaranteed as to dollar amount; and (2) vary in amount with the investment experience of one or more of the variable accounts.

**written request**

A request in writing signed by you and delivered to us at our home office.

# GENERAL PROVISIONS

## Entire Contract

This contract form is the entire contract between you and us.

No one except one of our corporate officers (President, Vice President, Secretary or Assistant Secretary) can change or waive any of our rights or requirements under this contract. That person must do so in writing. None of our representatives or other persons has the authority to change or waive any of our rights or requirements under this contract.

## Incontestable

This contract is incontestable from its date of issue.

## Benefits Based on Incorrect Data

If the amount of benefits is determined by data as to a person's age or sex that is incorrect, benefits will be recalculated on the basis of the correct data. Any underpayments made by us will be made up immediately. Any overpayments made by us will be subtracted from the future payments.

## State Laws

This contract is governed by the law of the state in which it is delivered. The values and benefits of this contract are at least equal to those required by such state.

## Reports to Owner

At least once each year while this contract is in force and if settled, we will send you a statement showing the contract value and the cash surrender value of this contract. This statement will be based on any laws or regulations that apply to contracts of this type.

## Evidence of Survival

Where any payments under this contract depend on the recipient or annuitant being alive on a given date, proof that such condition has been met may be required by us. Such proof may be required prior to making the payments.

## Protection of Proceeds

Payments under this contract are not assignable by any beneficiary prior to the time they are due. To the extent allowed by law, payments are not subject to the claims of creditors or to legal process.

## Payments By Us

All sums payable by us are payable at our home office. Any payment of a variable annuity or surrender based on the variable contract value shall be payable only from the variable accounts.

## Voting Rights

So long as federal law requires, we will give certain voting rights to contract owners. As contract owner, if you have voting rights we will send a notice to you telling you the time and place of a shareholder meeting. The notice will also explain matters to be voted upon and how many votes you get.

30302C-NJ

# OWNERSHIP AND BENEFICIARY

## Owner's Rights

As long as the annuitant is living and unless otherwise provided in this contract, you may exercise all rights and privileges provided in this contract or allowed by us.

## Change of Ownership

You can change the ownership of this contract by written request on a form approved by us. The change must be made while the annuitant is living. Once the change is recorded by us, it will take effect as of the date of your request, subject to any action taken or payment made by us before the recording.

## Beneficiary

Beneficiaries are those you name, in a form satisfactory to us, to receive benefits of this contract if you or the annuitant die while this contract is in force.

Only those beneficiaries who are living when death benefits become payable may share in the benefits, if any. If no beneficiary is then living, we will pay the benefits to you, if living, otherwise to your estate.

## Change of Beneficiary

You may change the beneficiary anytime while the annuitant is living by satisfactory written request to us. Once the change is recorded by us, it will take effect as of the date of you request, subject to any action taken or payment made by us before the recording.

## Assignment

While the annuitant is living, you can assign this contract or any interest in it. Your interest and the interest of any beneficiary is subject to the interest of the assignee. An assignment is not a change of ownership and an assignee is not an owner as these terms are used in this contract. Any amounts payable to the assignee will be paid in a single sum.

A copy of any assignment must be submitted to us at our home office. Any assignment is subject to any action taken or payment made by us before the assignment was recorded at our home office. We are not responsible for the validity of any assignment.

# PAYMENTS TO BENEFICIARY

**Death Benefit Before the Retirement Date**

If the annuitant or owner dies before the retirement date and the annuitant's age 75, while this contract is in force we will pay to the beneficiary the greater of:

1.  the contract value; or

2.  the contract value as of the most recent sixth contract anniversary less any amounts surrendered; or

3.  the purchase payments paid less any amounts surrendered.

If the annuitant or owner dies before the retirement date and on or after the annuitant's 75th birthday, while this contract is in force, we will pay to the beneficiary the greater of:

1.  the contract value; or

2.  the contract value as of the most recent sixth contract anniversary, less any amounts surrendered.

The above amount will be payable in a lump sum upon the receipt of due proof of death of the annuitant or owner whichever first occurs. The beneficiary may elect to receive payment anytime within 5 years after the date of death.

In lieu of a lump sum, payment may be made under an Annuity Payment Plan, provided:

1.  the beneficiary elects the plan within 60 days after we receive due proof of death; and

2.  payments begin no later than one year after the date of death; and

3.  the plan provides payments over a period which does not exceed the life of the beneficiary, or the life expectancy of the beneficiary.

In this event, the reference to "annuitant" in the Annuity Provisions shall apply to the beneficiary.

Any amounts payable or applied by us as described in this section will be based on the contract value as of the valuation date on or next following the date on which due proof of death is received at our Home Office.

**Spouse Option to Continue Contract Upon Owner's Death**

If the owner's death occurs prior to the retirement date, the owner's spouse, if designated as sole beneficiary, may elect in writing to forego receipt of the death benefit and instead continue this contract in force as owner. The election by the spouse must be made within 60 days after we receive due proof of death.

**Death Benefit After the Retirement Date**

If the annuitant or owner dies after the retirement date, the amount payable, if any, will be as provided in the Annuity Payment Plan then in effect.

# PURCHASE PAYMENTS

## Purchase Payments

Purchase payments are the payments you make for this contract and the benefits it provides. Purchase payments must be paid or mailed to us at our home office or to an authorized agent. If requested, we'll give you a receipt for your purchase payments. Upon payment to us, purchase payments become our property.

Net purchase payments are that part of your purchase payments applied to the contract value. A net purchase payment is equal to the purchase payment less any applicable premium tax charge.

## Amount and Intervals

Purchase payments may be paid in a single sum or in installments until the earlier of: (1) the date this contract terminates by surrender or otherwise; or (2) the date on which annuity payments begin.

Subject to the Payment Limits Provision you may: (1) stop and/or restart purchase payments; or (2) increase or decrease the amount of your purchase payments; or (3) change the interval of your purchase payments.

## Payment Limits Provision

Maximum Purchase Payments - The maximum purchase payments in the first or later contract years may not exceed the amounts shown under Contract Data. We reserve the right to increase the maximums.

Minimum Purchase Payments - Upon issue of this contract, a purchase payment intended as a Single Purchase Payment must be at least $2,000. If you intend to make installment purchase payments such payments, on an annualized basis, must be at least equal to $600.

Failure to make purchase payments will not, in and of itself, cause default of this contract.

## Allocation of Purchase Payments

You instruct us on how you want your purchase payments allocated among the fixed account and variable accounts. Your choice for each account may be made in any whole percent from 0% to 100% as long as the total adds up to 100%. Your allocation instructions as of the Contract Date are shown under Contract Data. By written request, or by another method agreed to by us, you may change your choice of accounts or percentages. The first net purchase payment will be allocated as of the end of the valuation period during which we make an affirmative decision to issue this contract. Net purchase payments after the first will be allocated as of the end of the valuation period during which we receive the payment at our home office.

30302C-NJ

# CONTRACT VALUE

## Contract Value

The contract value at any time is the sum of: (1) the Fixed Account Contract Value; and (2) the Variable Account Contract Value.

If: (1) part or all of the contract value is surrendered; or (2) charges described herein are made against the contract value; then a number of accumulation units from the variable accounts and an amount from the fixed account will be deducted to equal such amount. For surrenders, deductions will be made from the fixed or variable accounts that you specify. Otherwise, the number of units from the variable accounts and the amount from the fixed account will be deducted in the same proportion that your interest in each bears to the total contract value.

## Fixed Account Contract Value

The fixed account contract value at any time will be: (1) the sum of all amounts credited to the fixed account under this contract; less (2) any amounts deducted for charges or surrenders.

## Interest to be Credited

We will credit interest to the fixed account contract value. Interest will begin to accrue on the date the purchase payments which are received in our home office become available to us for use. Such interest will be credited at rates that we determine from time to time. However, we guarantee that the rate will not be less than the Guaranteed Interest Rate shown under Contract Data.

## Variable Account Contract Value

The variable account contract value at any time will be: (1) the sum of the value of all variable account accumulation units under this contract resulting from purchase payments so allocated, or transfers among the variable and fixed accounts; less (2) any units deducted for charges or surrenders.

## Contract Administrative Charge

We charge a fee for establishing and maintaining our records for this contract. The charge is $6 per quarter and is deducted from the contract value at the end of each three-month period measured from the contract date or, if earlier, when the contract is surrendered. The charge does not apply after settlement of this contract.

## Premium Tax Charges

A charge will be made by us against the contract value of this contract at the time that any premium taxes not previously deducted are payable.

## Transfers of Contract Values

While this contract is in force prior to the settlement date, transfer of contract values may be made as outlined below:

1.  You may transfer all or a part of the values held in one or more of the variable accounts to another one or more of the variable accounts. Subject to item 2, you may also transfer values held in one or more of the variable accounts to the fixed account.

2.  On or within the 30 days after a contract anniversary you may transfer values from the fixed account to one or more of the variable accounts. Only one such transfer is allowed during this period each year. If such a transfer is made, no transfers from a variable account to the fixed account may be made until the next contract anniversary.

You may make a transfer by written request. Transfer requests may also be made according to telephone procedures or automated transfer procedures that are then currently in effect, if any. There is no fee or charge for these transfers. However, the minimum transfer amount is $250, or if less, the entire value in the account from which the transfer is being made. Smaller minimums may apply to automated transfer procedures. This transfer privilege may be suspended or modified by us at any time.

30302C-NJ

# FIXED AND VARIABLE ACCOUNTS

## The Fixed Account

The fixed account is our general account. It is made up of all of our assets other than: (1) those in the variable accounts; and (2) those in any other segregated asset account.

## The Variable Accounts

The variable accounts are separate investment accounts of ours. They are named under Contract Data. We have allocated a part of our assets for this and certain other contracts to the variable accounts. Such assets remain our property. However, they may not be charged with the liabilities from any other business in which we may take part.

## Investments of the Variable Accounts

Purchase payments applied to the variable accounts will be allocated as specified by the owner. Each variable account will buy, at net asset value, shares of the fund shown for that account under Contract Data or as later added or changed.

## Valuation of Assets

Mutual fund shares in the variable accounts will be valued at their net asset value.

## Variable Account Accumulation Units

The number of accumulation units for each of the variable accounts is found by dividing: (1) the net amount allocated to the account; by (2) the accumulation unit value for the account for the valuation period during which we received the purchase payment.

## Variable Account Accumulation Unit Value

The value of an accumulation unit for each of the variable accounts was arbitrarily set at $1 when the first mutual fund shares were bought. The value for any later valuation period is found as follows:

> The accumulation unit value for each variable account for the last prior valuation period is multiplied by the net investment factor for the same account for the next following valuation period. The result is the accumulation unit value. The value of an accumulation unit may increase or decrease from one valuation period to the next.

## Net Investment Factor

The net investment factor is an index applied to measure the investment performance of a variable account from one valuation period to the next. The net investment factor may be greater or less than one; therefore, the value of an accumulation unit may increase or decrease.

The net investment factor for any such account for any valuation period is determined by: dividing (1) by (2) and subtracting (3) from the result. This is done where:

(1) is the sum of

    a.   the net asset value per share of the mutual fund held in the variable account determined at the end of the current valuation period; plus

    b.   the per share amount of any dividend or capital gain distributions made by the mutual fund held in the variable account, if the "ex-dividend" date occurs during the current valuation period.

(2)    is the net asset value per share of the mutual fund held in the variable account, determined at the end of the last prior valuation period.

(3)    is a factor representing the mortality and expense risk charge.

Investment advisory fees are paid by the Funds to IDS Life. These investment advisory fees affect the net asset value of the funds. Refer to the Fund prospectus for information concerning the investment advisory fees.

## Mortality and Expense Risk Charge

In calculating accumulation unit values we will deduct a mortality and expense risk charge from the variable accounts equal, on an annual basis, to 1.00% of the daily net asset value. This deduction is made to compensate us for assuming the mortality and expense risks under contracts of this type. We estimate that approximately 2/3 of this charge is for assumption of mortality risk and 1/3 is for assumption of expense risk. The deduction will be: (1) made from each variable account; and (2) computed on a daily basis.

## Annuity Unit Value

The value of an Annuity Unit for each variable account was arbitrarily set at $1 when the first mutual funds were bought. The value for any later valuation period is found as follows:

1.    The annuity unit value for each variable account for the last prior valuation period is multiplied by the net investment factor for the account for the valuation period for which the annuity unit value is being calculated.

2.    The result is multiplied by an interest factor. This is done to neutralize the assumed investment rate which is built into the annuity tables on page 14.

# SURRENDER PROVISIONS

## Surrender

By written request and subject to the rules below you may:

1. surrender this contract for the total surrender value; or

2. partially surrender this contract for a part of the surrender value.

## Surrender Value

The surrender value at any time will be:

1. the contract value;

2. minus the contract administrative charge;

3. minus any surrender charge.

## Surrender Charge

In order to determine if a surrender charge applies to a partial or total surrender we first divide the contract value into three parts.

1. Contract Earnings - This is the contract value minus the sum of all purchase payments we have received that have not been previously surrendered.

2. Old Purchase Payments - These are purchase payments we received in any contract year more than five years prior to the contract year of surrender.

3. New Purchase Payments - These are purchase payments we received during the contract year in which the surrender is made and in the five immediately preceding contract years.

We will then surrender your contract value in the following order so that the amount surrendered, less any surrender charge that applies, equals your requested surrender amount:

1. Contract Earnings, if any, are surrendered first. There is no surrender charge on contract earnings.

2. Next, if necessary, we surrender Old Purchase Payments not previously surrendered. There is no surrender charge on Old Purchase Payments.

3. Finally, if necessary, we surrender New Purchase Payments not previously surrendered. There is a surrender charge of 7% applied to New Purchase Payments surrendered.

Notwithstanding the previous provisions, the surrender charge is waived upon the later of:

1. Surrenders made after the annuitant's 65th birthday; or

2. the 10th contract anniversary.

## Surrender Charge Calculation

The surrender charge for a total surrender is calculated by multiplying the amount representing new purchase payments by .07.

The surrender charge for a partial surrender is calculated by dividing the surrender amount requested representing "new purchase payments" by .93 and multiplying the result by .07.

For example, the surrender charge on a $1,000 partial surrender request (representing all "new purchase payments") would be $75.27, resulting from the following calculation: ($1,000/.93) X .07 = $75.27

## Rules For Surrender

All surrenders will have the following conditions:

1. You must apply by written request or other method agreed to by us: (a) while this contract is in force; and (b) prior to the earlier of the retirement date or the death of the annuitant.

2. Unless we agree otherwise, you must surrender an amount equal to at least $250 or the contract value, if less. The contract value after a partial surrender must be at least $600.

3. The amount surrendered, less any charges, will normally be paid to you within seven days of the receipt of your written request and this contract, if required. For surrenders from the fixed account, we have the right to defer payment to you for up to 6 months from the date we receive your request.

4. For partial surrenders, if you do not specify from which accounts the surrender is to be made, the surrender will be made from the variable accounts and fixed account in the same proportion as your interest in each bears to the contract value.

5. Any amounts surrendered and charges which may apply can not be repaid.

Upon surrender for the full surrender value this contract will terminate. We may require that you return the contract to us before we pay the full surrender value.

30302C-NJ

**Suspension or Delay in Payment of Surrender**

We have the right to suspend or delay the date of any surrender payment from the variable accounts for any period:

1. When the New York Stock Exchange is closed; or

2. When trading on the New York Stock Exchange is restricted; or

3. When an emergency exists as a result of which: (a) disposal of securities held in the variable accounts is not reasonably practicable; or (b) it is not reasonably practicable to fairly determine the value of the net assets of the variable account; or

4. During any other period when the Securities and Exchange Commission, by order, so permits for the protection of security holders.

Rules and regulations of the Securities and Exchange Commission will govern as to whether the conditions set forth in 2 and 3 exist.

# ANNUITY PROVISIONS

## Settlement

When settlement occurs, the contract value will be applied to make annuity payments. The first payment will be made as of the retirement date. This date is shown under Contract Data. Before payments begin we will require satisfactory proof that the annuitant is alive. We may also require that you exchange this contract for a supplemental contract which provides the annuity payments.

## Change of Retirement Date

You may change the retirement date shown for this contract. Tell us the new date by written request. However the retirement date may not be later than the later of: (1) the annuitant's 85th birthday; or (2) the tenth contract anniversary. Also, if you select a new date, it must be at least 30 days after we receive your written request at our home office.

## Annuity Payment Plans

Subject to the terms of this contract annuity payments may be made on a fixed dollar basis, a variable basis, or a combination of both. You can schedule receipt of annuity payments according to one of the Plans A through E below or another plan agreed to by us.

Plan A - This provides monthly annuity payments during the lifetime of the annuitant. No payments will be made after the annuitant dies.

Plan B - This provides monthly annuity payments during the lifetime of the annuitant with a guarantee by us that payments will be made for a period of at least five, ten or fifteen years. You must select the guaranteed period.

Plan C - This provides monthly annuity payments during the lifetime of the annuitant with a guarantee by us that payments will be made for a certain number of months. We determine the number of months by dividing the amount applied under this Plan by the amount of the first monthly annuity payment.

Plan D - Monthly payments will be paid during the lifetime of the annuitant and a joint annuitant. When either the annuitant or the joint annuitant dies we will continue to make monthly payments during the lifetime of the survivor. No payments will be paid after the death of both the annuitant and joint annuitant.

Plan E - (Installments for a specified period) This provides monthly fixed dollar annuity payments for a period of years. The period of years may be no less than 10 nor more than 30.

By written request to us at least 30 days before the Retirement Date, you may select the Plan. If at least 30 days before the Retirement Date we have not received at our home office your written request to select a Plan, we will make fixed-dollar payments according to Plan B with payments guaranteed for ten years.

If the amount to be applied to a Plan would not provide an initial monthly payment of at least $20, we have the right to make a lump sum payment of the contract value.

## Fixed Annuity

A fixed annuity is an annuity with payments that are guaranteed by us as to dollar amount. Fixed annuity payments after the first will never be less than the amount of the first payment. At settlement, the fixed account contract value will be applied to the applicable Annuity Table. This will be done in accordance with the Payment Plan chosen. The amount payable for each $1,000 so applied is shown in Table B on page 15.

## Variable Annuity

A variable annuity is an annuity with payments which: (1) are not predetermined or guaranteed as to dollar amount; and (2) vary in amount with the investment experience of the variable accounts.

The dollar amount of variable annuity payments may decrease or increase from month to month. The amount of such payment in any month is determined in accordance with the provision VARIABLE ANNUITY PAYMENTS AFTER THE FIRST.

## Determination of First Variable Annuity Payment

At settlement, the variable account contract value will be applied to the applicable Annuity Table. This will be done: (1) on the valuation date on or next preceding the 7th calendar day before the retirement date; and (2) in accordance with the Payment Plan chosen. The amount payable for the first payment for each $1,000 so applied is shown in Table A on page 14.

30302C-NJ

## Variable Annuity Payments After the First Payment

Variable annuity payments after the first vary in amount. The amount changes with the investment performance of the variable accounts. The dollar amount of variable annuity payments after the first is not fixed. It may change from month to month. The dollar amount of such payments is determined as follows:

1. The dollar amount of the first annuity payment is divided by the value of an annuity unit as of the valuation date on or next preceding the 7th calendar day before the retirement date. This result establishes the fixed number of annuity units for each monthly annuity payment after the first. This number of annuity units remains fixed during the annuity payment period.

The fixed number of annuity units is multiplied by the annuity unit value as of the valuation date on or next preceding the 7th calendar day before the date the payment is due. This result establishes the dollar amount of the payment.

We guarantee that the dollar amount of each payment after the first will not be affected by variations in expenses or mortality experience.

### Exchange of Annuity Units

Annuity units of any variable account may be exchanged for units of any of the other variable accounts. This may be done no more than once a year. Once annuity payments start no exchanges may be made to or from any fixed annuity.

# TABLE OF SETTLEMENT RATES

Table A below shows the amount of the first monthly variable annuity payment, based on a 5% assumed investment return, for each $1,000 of value applied under any Payment Plan. The amount of the first and all subsequent monthly fixed dollar annuity payments for each $1,000 of value applied under any Payment Plan will be based on our fixed dollar Table of Settlement Rates in effect on the settlement date. Such rates are guaranteed to be not less than those shown in Table B. The amount of such annuity payments under Plans A, B, and C will depend upon the sex and the adjusted age of the annuitant on the date of settlement. The amount of such annuity payments under Plan D will depend upon the sex and the adjusted age of the annuitant and joint annuitant on the date of settlement. Adjusted age shall be equal to the age nearest birthday minus an "adjustment" depending on the calendar year of birth of the annuitant as follows:

| Calendar Year of Annuitant's Birth | Adjustment | Calendar Year of Annuitant's Birth | Adjustment |
|---|---|---|---|
| Prior to 1920 | 0 | 1945 through 1949 | 6 |
| 1920 through 1924 | 1 | 1950 through 1959 | 7 |
| 1925 through 1929 | 2 | 1960 through 1969 | 8 |
| 1930 through 1934 | 3 | 1970 through 1979 | 9 |
| 1935 through 1939 | 4 | 1980 through 1989 | 10 |
| 1940 through 1944 | 5 | After 1989 | 11 |

### TABLE A Dollar Amount of First Monthly Variable Annuity Payment Per $1000 Applied

| | PLAN A Life Income | | PLAN B 5 Years Certain | | 10 Years Certain | | 15 Years Certain | | PLAN C With Refund | | | PLAN D-Joint and Survivor Adjusted Age of Female Joint Annuitant | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj. Age* | M | F | M | F | M | F | M | F | M | F | Adj. Male Age* | 10 Years Younger | 5 Years Younger | Same Age | 5 Years Older | 10 Years Older |
| 40 | 4.91 | 4.69 | 4.90 | 4.68 | 4.89 | 4.68 | 4.86 | 4.67 | 4.85 | 4.66 | 40 | 4.36 | 4.43 | 4.49 | 4.56 | 4.63 |
| 41 | 4.95 | 4.72 | 4.95 | 4.72 | 4.93 | 4.71 | 4.90 | 4.70 | 4.88 | 4.69 | 41 | 4.38 | 4.44 | 4.52 | 4.59 | 4.66 |
| 42 | 5.00 | 4.75 | 4.99 | 4.75 | 4.97 | 4.74 | 4.94 | 4.73 | 4.93 | 4.72 | 42 | 4.40 | 4.47 | 4.54 | 4.62 | 4.69 |
| 43 | 5.05 | 4.79 | 5.04 | 4.79 | 5.02 | 4.78 | 4.98 | 4.76 | 4.97 | 4.75 | 43 | 4.41 | 4.49 | 4.57 | 4.65 | 4.73 |
| 44 | 5.10 | 4.83 | 5.09 | 4.83 | 5.07 | 4.82 | 5.03 | 4.80 | 5.01 | 4.79 | 44 | 4.43 | 4.51 | 4.60 | 4.68 | 4.77 |
| 45 | 5.16 | 4.87 | 5.15 | 4.87 | 5.12 | 4.86 | 5.07 | 4.84 | 5.06 | 4.82 | 45 | 4.45 | 4.54 | 4.63 | 4.72 | 4.81 |
| 46 | 5.21 | 4.91 | 5.20 | 4.91 | 5.17 | 4.90 | 5.12 | 4.88 | 5.11 | 4.86 | 46 | 4.47 | 4.56 | 4.66 | 4.76 | 4.85 |
| 47 | 5.28 | 4.96 | 5.26 | 4.96 | 5.23 | 4.94 | 5.17 | 4.92 | 5.16 | 4.91 | 47 | 4.50 | 4.59 | 4.69 | 4.80 | 4.90 |
| 48 | 5.34 | 5.01 | 5.33 | 5.00 | 5.29 | 4.99 | 5.23 | 4.96 | 5.21 | 4.95 | 48 | 4.52 | 4.62 | 4.73 | 4.84 | 4.94 |
| 49 | 5.41 | 5.06 | 5.39 | 5.05 | 5.35 | 5.04 | 5.28 | 5.01 | 5.27 | 4.99 | 49 | 4.55 | 4.65 | 4.76 | 4.88 | 5.00 |
| 50 | 5.48 | 5.12 | 5.46 | 5.11 | 5.41 | 5.09 | 5.34 | 5.06 | 5.33 | 5.04 | 50 | 4.57 | 4.68 | 4.80 | 4.93 | 5.05 |
| 51 | 5.55 | 5.17 | 5.53 | 5.17 | 5.48 | 5.14 | 5.40 | 5.11 | 5.39 | 5.09 | 51 | 4.60 | 4.72 | 4.85 | 4.98 | 5.11 |
| 52 | 5.63 | 5.23 | 5.61 | 5.23 | 5.55 | 5.20 | 5.46 | 5.16 | 5.46 | 5.15 | 52 | 4.63 | 4.75 | 4.89 | 5.03 | 5.17 |
| 53 | 5.71 | 5.30 | 5.69 | 5.29 | 5.63 | 5.26 | 5.53 | 5.22 | 5.53 | 5.20 | 53 | 4.66 | 4.79 | 4.94 | 5.09 | 5.23 |
| 54 | 5.80 | 5.37 | 5.77 | 5.36 | 5.70 | 5.33 | 5.60 | 5.28 | 5.60 | 5.26 | 54 | 4.70 | 4.84 | 4.99 | 5.15 | 5.30 |
| 55 | 5.89 | 5.44 | 5.86 | 5.43 | 5.79 | 5.40 | 5.67 | 5.34 | 5.68 | 5.33 | 55 | 4.73 | 4.88 | 5.04 | 5.21 | 5.38 |
| 56 | 5.99 | 5.52 | 5.96 | 5.51 | 5.88 | 5.47 | 5.74 | 5.40 | 5.76 | 5.39 | 56 | 4.77 | 4.93 | 5.10 | 5.28 | 5.46 |
| 57 | 6.10 | 5.60 | 6.06 | 5.59 | 5.97 | 5.54 | 5.82 | 5.47 | 5.84 | 5.47 | 57 | 4.81 | 4.98 | 5.16 | 5.35 | 5.54 |
| 58 | 6.21 | 5.69 | 6.17 | 5.68 | 6.07 | 5.62 | 5.90 | 5.54 | 5.94 | 5.54 | 58 | 4.85 | 5.03 | 5.23 | 5.43 | 5.63 |
| 59 | 6.33 | 5.79 | 6.29 | 5.77 | 6.17 | 5.71 | 5.98 | 5.62 | 6.03 | 5.62 | 59 | 4.90 | 5.09 | 5.30 | 5.52 | 5.73 |
| 60 | 6.46 | 5.89 | 6.42 | 5.87 | 6.28 | 5.80 | 6.07 | 5.69 | 6.13 | 5.70 | 60 | 4.94 | 5.15 | 5.37 | 5.61 | 5.83 |
| 61 | 6.60 | 6.00 | 6.55 | 5.97 | 6.40 | 5.90 | 6.16 | 5.78 | 6.24 | 5.79 | 61 | 5.00 | 5.21 | 5.45 | 5.70 | 5.95 |
| 62 | 6.75 | 6.11 | 6.69 | 6.08 | 6.52 | 6.00 | 6.25 | 5.86 | 6.36 | 5.89 | 62 | 5.05 | 5.28 | 5.54 | 5.81 | 6.07 |
| 63 | 6.91 | 6.23 | 6.84 | 6.20 | 6.64 | 6.11 | 6.34 | 5.95 | 6.48 | 5.99 | 63 | 5.11 | 5.35 | 5.63 | 5.92 | 6.20 |
| 64 | 7.09 | 6.37 | 7.01 | 6.33 | 6.78 | 6.22 | 6.43 | 6.04 | 6.61 | 6.10 | 64 | 5.17 | 5.43 | 5.73 | 6.04 | 6.34 |
| 65 | 7.27 | 6.51 | 7.18 | 6.47 | 6.91 | 6.34 | 6.52 | 6.14 | 6.74 | 6.21 | 65 | 5.23 | 5.52 | 5.83 | 6.17 | 6.49 |
| 66 | 7.47 | 6.66 | 7.36 | 6.61 | 7.06 | 6.47 | 6.62 | 6.24 | 6.88 | 6.33 | 66 | 5.30 | 5.61 | 5.95 | 6.30 | 6.65 |
| 67 | 7.68 | 6.82 | 7.56 | 6.77 | 7.21 | 6.60 | 6.71 | 6.34 | 7.04 | 6.46 | 67 | 5.38 | 5.70 | 6.07 | 6.45 | 6.82 |
| 68 | 7.91 | 7.00 | 7.76 | 6.93 | 7.36 | 6.74 | 6.81 | 6.44 | 7.19 | 6.60 | 68 | 5.46 | 5.80 | 6.20 | 6.61 | 7.01 |
| 69 | 8.15 | 7.19 | 7.98 | 7.11 | 7.52 | 6.89 | 6.90 | 6.54 | 7.36 | 6.74 | 69 | 5.54 | 5.92 | 6.34 | 6.79 | 7.21 |
| 70 | 8.41 | 7.39 | 8.21 | 7.31 | 7.68 | 7.04 | 6.98 | 6.65 | 7.54 | 6.90 | 70 | 5.63 | 6.03 | 6.49 | 6.97 | 7.42 |
| 71 | 8.69 | 7.62 | 8.46 | 7.51 | 7.84 | 7.21 | 7.07 | 6.75 | 7.73 | 7.06 | 71 | 5.73 | 6.16 | 6.65 | 7.17 | 7.66 |
| 72 | 8.99 | 7.86 | 8.71 | 7.74 | 8.01 | 7.38 | 7.15 | 6.86 | 7.92 | 7.24 | 72 | 5.84 | 6.30 | 6.83 | 7.39 | 7.90 |
| 73 | 9.31 | 8.12 | 8.98 | 7.98 | 8.18 | 7.56 | 7.23 | 6.96 | 8.13 | 7.42 | 73 | 5.95 | 6.44 | 7.02 | 7.62 | 8.17 |
| 74 | 9.65 | 8.41 | 9.27 | 8.23 | 8.35 | 7.74 | 7.30 | 7.06 | 8.35 | 7.63 | 74 | 6.07 | 6.60 | 7.22 | 7.87 | 8.46 |
| 75 | 10.02 | 8.72 | 9.57 | 8.51 | 8.52 | 7.93 | 7.37 | 7.15 | 8.58 | 7.84 | 75 | 6.19 | 6.77 | 7.44 | 8.14 | 8.77 |

\* Adjusted age of annuitant.    M=Male    F=Female

Table A above is based on the "1983 Individual Annuitant Mortality Table A." Settlement rates for any age, or any combination of age and sex not shown above, will be calculated on the same basis as those rates shown in the table above. Such rates will be furnished by us upon request.

30302C-NJ

## Table B Dollar Amount of Each Monthly Fixed Dollar Annuity Payment Per $1,000 Applied

| | PLAN A | | PLAN B | | | | | | PLAN C | | PLAN D—Joint and Survivor Adjusted Age of Female Joint Annuitant | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj. Age* | Life Income M | F | 5 Years Certain M | F | 10 Years Certain M | F | 15 Years Certain M | F | With Refund M | F | Adj Male Age* | 10 Years Younger | 5 Years Younger | Same Age | 5 Years Older | 10 Years Older |
| 40 | 4.27 | 4.04 | 4.26 | 4.04 | 4.25 | 4.03 | 4.23 | 4.02 | 4.20 | 4.01 | 40 | 3.69 | 3.76 | 3.84 | 3.92 | 4.00 |
| 41 | 4.31 | 4.07 | 4.31 | 4.07 | 4.30 | 4.07 | 4.27 | 4.06 | 4.24 | 4.04 | 41 | 3.71 | 3.79 | 3.87 | 3.95 | 4.03 |
| 42 | 4.36 | 4.11 | 4.36 | 4.11 | 4.34 | 4.10 | 4.32 | 4.09 | 4.28 | 4.07 | 42 | 3.73 | 3.81 | 3.90 | 3.99 | 4.07 |
| 43 | 4.42 | 4.15 | 4.41 | 4.15 | 4.39 | 4.14 | 4.36 | 4.13 | 4.32 | 4.11 | 43 | 3.75 | 3.84 | 3.93 | 4.02 | 4.11 |
| 44 | 4.47 | 4.19 | 4.46 | 4.19 | 4.44 | 4.18 | 4.41 | 4.17 | 4.37 | 4.15 | 44 | 3.77 | 3.86 | 3.96 | 4.06 | 4.15 |
| 45 | 4.53 | 4.24 | 4.52 | 4.23 | 4.50 | 4.23 | 4.46 | 4.21 | 4.42 | 4.19 | 45 | 3.80 | 3.89 | 3.99 | 4.10 | 4.19 |
| 46 | 4.59 | 4.28 | 4.58 | 4.28 | 4.55 | 4.27 | 4.51 | 4.25 | 4.47 | 4.23 | 46 | 3.82 | 3.92 | 4.03 | 4.14 | 4.24 |
| 47 | 4.65 | 4.33 | 4.64 | 4.33 | 4.61 | 4.32 | 4.56 | 4.30 | 4.52 | 4.27 | 47 | 3.85 | 3.95 | 4.07 | 4.18 | 4.29 |
| 48 | 4.72 | 4.38 | 4.71 | 4.38 | 4.67 | 4.37 | 4.62 | 4.34 | 4.58 | 4.32 | 48 | 3.87 | 3.98 | 4.10 | 4.22 | 4.34 |
| 49 | 4.79 | 4.44 | 4.77 | 4.43 | 4.74 | 4.42 | 4.68 | 4.39 | 4.63 | 4.36 | 49 | 3.90 | 4.02 | 4.15 | 4.27 | 4.39 |
| 50 | 4.86 | 4.50 | 4.85 | 4.49 | 4.81 | 4.47 | 4.74 | 4.45 | 4.69 | 4.41 | 50 | 3.93 | 4.06 | 4.19 | 4.32 | 4.45 |
| 51 | 4.94 | 4.56 | 4.92 | 4.55 | 4.88 | 4.53 | 4.80 | 4.50 | 4.76 | 4.47 | 51 | 3.96 | 4.09 | 4.23 | 4.38 | 4.51 |
| 52 | 5.02 | 4.62 | 5.00 | 4.61 | 4.95 | 4.59 | 4.87 | 4.56 | 4.82 | 4.52 | 52 | 4.00 | 4.13 | 4.28 | 4.43 | 4.57 |
| 53 | 5.10 | 4.69 | 5.08 | 4.68 | 5.03 | 4.66 | 4.94 | 4.62 | 4.90 | 4.58 | 53 | 4.03 | 4.18 | 4.33 | 4.49 | 4.64 |
| 54 | 5.19 | 4.76 | 5.17 | 4.75 | 5.11 | 4.72 | 5.01 | 4.68 | 4.97 | 4.64 | 54 | 4.07 | 4.22 | 4.39 | 4.56 | 4.72 |
| 55 | 5.29 | 4.84 | 5.26 | 4.83 | 5.20 | 4.80 | 5.09 | 4.74 | 5.05 | 4.71 | 55 | 4.11 | 4.27 | 4.45 | 4.62 | 4.79 |
| 56 | 5.39 | 4.92 | 5.36 | 4.91 | 5.29 | 4.87 | 5.17 | 4.81 | 5.13 | 4.77 | 56 | 4.15 | 4.32 | 4.51 | 4.70 | 4.88 |
| 57 | 5.49 | 5.00 | 5.47 | 4.99 | 5.38 | 4.95 | 5.25 | 4.88 | 5.21 | 4.85 | 57 | 4.19 | 4.37 | 4.57 | 4.77 | 4.96 |
| 58 | 5.61 | 5.09 | 5.58 | 5.08 | 5.48 | 5.03 | 5.33 | 4.96 | 5.30 | 4.92 | 58 | 4.24 | 4.43 | 4.64 | 4.85 | 5.06 |
| 59 | 5.73 | 5.19 | 5.70 | 5.17 | 5.59 | 5.12 | 5.42 | 5.04 | 5.40 | 5.00 | 59 | 4.28 | 4.49 | 4.71 | 4.94 | 5.16 |
| 60 | 5.86 | 5.29 | 5.82 | 5.27 | 5.70 | 5.22 | 5.51 | 5.12 | 5.50 | 5.09 | 60 | 4.34 | 4.55 | 4.79 | 5.03 | 5.27 |
| 61 | 6.00 | 5.40 | 5.96 | 5.38 | 5.82 | 5.32 | 5.60 | 5.21 | 5.60 | 5.18 | 61 | 4.39 | 4.62 | 4.87 | 5.13 | 5.38 |
| 62 | 6.16 | 5.52 | 6.10 | 5.50 | 5.95 | 5.42 | 5.69 | 5.30 | 5.72 | 5.27 | 62 | 4.45 | 4.69 | 4.96 | 5.24 | 5.50 |
| 63 | 6.32 | 5.65 | 6.26 | 5.62 | 6.08 | 5.53 | 5.79 | 5.39 | 5.83 | 5.37 | 63 | 4.51 | 4.77 | 5.06 | 5.35 | 5.64 |
| 64 | 6.49 | 5.78 | 6.42 | 5.75 | 6.21 | 5.65 | 5.89 | 5.49 | 5.96 | 5.48 | 64 | 4.57 | 4.85 | 5.16 | 5.48 | 5.78 |
| 65 | 6.68 | 5.92 | 6.60 | 5.89 | 6.35 | 5.77 | 5.98 | 5.58 | 6.09 | 5.59 | 65 | 4.64 | 4.94 | 5.27 | 5.61 | 5.93 |
| 66 | 6.88 | 6.08 | 6.78 | 6.03 | 6.50 | 5.90 | 6.08 | 5.69 | 6.23 | 5.71 | 66 | 4.71 | 5.03 | 5.38 | 5.75 | 6.09 |
| 67 | 7.09 | 6.24 | 6.98 | 6.19 | 6.65 | 6.04 | 6.18 | 5.79 | 6.38 | 5.83 | 67 | 4.79 | 5.13 | 5.51 | 5.90 | 6.27 |
| 68 | 7.31 | 6.42 | 7.18 | 6.36 | 6.81 | 6.19 | 6.28 | 5.90 | 6.53 | 5.97 | 68 | 4.87 | 5.24 | 5.64 | 6.06 | 6.46 |
| 69 | 7.56 | 6.61 | 7.40 | 6.54 | 6.97 | 6.34 | 6.37 | 6.01 | 6.69 | 6.11 | 69 | 4.96 | 5.35 | 5.78 | 6.24 | 6.66 |
| 70 | 7.82 | 6.81 | 7.64 | 6.74 | 7.14 | 6.50 | 6.47 | 6.12 | 6.86 | 6.26 | 70 | 5.06 | 5.47 | 5.94 | 6.43 | 6.87 |
| 71 | 8.09 | 7.04 | 7.88 | 6.95 | 7.31 | 6.67 | 6.55 | 6.22 | 7.04 | 6.42 | 71 | 5.16 | 5.60 | 6.10 | 6.63 | 7.11 |
| 72 | 8.39 | 7.28 | 8.14 | 7.17 | 7.48 | 6.84 | 6.64 | 6.33 | 7.23 | 6.59 | 72 | 5.26 | 5.74 | 6.28 | 6.84 | 7.36 |
| 73 | 8.71 | 7.54 | 8.41 | 7.41 | 7.65 | 7.02 | 6.72 | 6.44 | 7.43 | 6.77 | 73 | 5.38 | 5.89 | 6.47 | 7.08 | 7.62 |
| 74 | 9.05 | 7.83 | 8.70 | 7.67 | 7.83 | 7.21 | 6.80 | 6.54 | 7.64 | 6.97 | 74 | 5.50 | 6.05 | 6.68 | 7.33 | 7.91 |
| 75 | 9.41 | 8.14 | 9.00 | 7.95 | 8.00 | 7.40 | 6.87 | 6.64 | 7.86 | 7.17 | 75 | 5.63 | 6.22 | 6.90 | 7.60 | 8.22 |

*Adjusted age of annuitant.   M=Male   F=Female

Table B above is based on the "1983 Individual Annuitant Mortality Table A" assuming an interest rate of 4% per year compounded annually. Settlement rates for any age, or any combination of age and sex not shown above, will be calculated on the same basis as those rates shown in the table above. Such rates will be furnished by us upon request. Amounts shown in the Table below are based on an assumed interest rate of 4% per year compounded annually.

## PLAN E Dollar Amount of Each Monthly Fixed Dollar Annuity Payment Per $1,000 Applied

| Years Payable | Monthly Payment | Years Payable | Monthly Payment | Years Payable | Monthly Payment |
|---|---|---|---|---|---|
| 10 | $ 10.06 | 17 | $ 6.71 | 24 | $ 5.35 |
| 11 | 9.31 | 18 | 6.44 | 25 | 5.22 |
| 12 | 8.69 | 19 | 6.21 | 26 | 5.10 |
| 13 | 8.17 | 20 | 6.00 | 27 | 5.00 |
| 14 | 7.72 | 21 | 5.81 | 28 | 4.90 |
| 15 | 7.34 | 22 | 5.64 | 29 | 4.80 |
| 16 | 7.00 | 23 | 5.49 | 30 | 4.72 |

# DEFERRED ANNUITY CONTRACT

- Flexible purchase payments.
- Optional fixed dollar or variable accumulation values and annuity payments.
- Annuity payments to begin on the retirement date.
- This contract is nonparticipating. Dividends are not payable.

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440