# EXHIBIT 3

# YOUR PERS PERSONAL BENEFITS STATEMENT
## AS OF DECEMBER 31, 1996
### PREPARED BY THE DIVISION OF PENSIONS AND BENEFITS

## HOW VALUABLE ARE YOUR BENEFITS?

As of December 31, 1996, you were a member of the Public Employees' Retirement System (PERS).

The value of your benefits represents a significant part of your total compensation. This year's estimated cost to your employer to provide you with these benefits is shown to the right.

| | | |
|---|---|---|
| $ 1,797 | is the amount paid annually by your employer for Social Security Taxes |
| $ 319 | is your employer's estimated annual contribution toward Pension, Disability and Survivor Benefits |
| $ 2,116 | is the estimated total cost to your employer to provide you with these benefits |

## CURRENT INFORMATION

Purchases of service credit do not change your date of enrollment but do affect your service credit.

You do not receive service credit during unpaid leaves of absence although you may purchase credit for a leave upon return to payroll.

You should file proof of your birth date and veteran status with the Division of Pensions and Benefits. If one or both of the boxes below is checked with an 'X', we have your proof. If the boxes are not checked, please send us a copy of a document (if applicable) to verify your:

Birth date ☐   Veteran Status ☐

| | |
|---|---|
| Date of Enrollment | 12/1/88 |
| Years and Months of Credited Service as of December 31, 1996 | 9 YRS |
| Your Contributions | $ 8,477 |
| Plus Any Loan Balance | |
| Your TOTAL CONTRIBUTIONS as of December 31, 1996 | $ 8,477 |

## ESTIMATED RETIREMENT BENEFITS

PERS members can apply for a Service Retirement at age 60 regardless of the amount of service credit earned. The benefit is based on the total years of service credit established in the retirement system divided by 60 and multiplied by the Final Average Salary.

For example, a member with 30 years of service credit would receive 1/2 (30/60ths) of the Final Average Salary. Final Average Salary is defined as the average salary of the last three fiscal years of credited membership service preceding retirement or the highest three fiscal years of membership service, whichever provides the higher benefit.

If you are under age 60, we have assumed that you will continue in employment covered by the PERS until age 60. We have estimated a Service Retirement allowance for all members. If you are a veteran you may qualify for higher benefits under a Veteran Retirement.

| | |
|---|---|
| Assumed Retirement Age | 60 |
| Estimated Monthly Service Retirement Allowance *(based on above age & current salary)* | $ 573 |

## YOU SHOULD NOT APPLY FOR RETIREMENT BASED ON THE FIGURES SHOWN ABOVE

Because we used your current salary as your Final Average Salary when calculating this estimate, it may not be accurate if you retire before earning three years of that salary or if you received a retroactive salary increase in the 4th quarter of 1996. We also assume that you will have continuous service from the statement date until the assumed retirement age. This may not be the case. If you plan to retire within the next two years, you should complete a Request for Retirement Estimate which is available from your personnel office or by calling the Division's Benefit Information Library at (609) 777-1931. When prompted for selection, enter 207.

## ESTIMATED GROUP LIFE INSURANCE BENEFITS

**ACTIVE COVERAGE:** Your non-contributory and contributory group life insurance each equal to 1 1/2 times your preceding 12 months' base salary. If you are covered both, your total benefit is equal to 3 times that base salary. Benefits are prorated during the first year of coverage.

**RETIRED COVERAGE:** You must have at least 10 years of service credit and covered by group life insurance immediately prior to retirement in order to be above after retirement. The coverage is equal to 3/16 of your last years' base salary.

IT IS VERY IMPORTANT TO UPDATE YOUR BENEFICIARY(IES) WHEN YOU HAVE A CHANGE IN STATUS (MARRIAGE, BIRTH OF CHILD, DIVORCE, DEATH SPOUSE, ETC.)

You are insured for the group life insurance benefits as indicated below your active membership:

| | Non-Contributory Life Insurance | Contributory Life Insurance | TOTAL |
|---|---|---|---|
| ACTIVE MEMBER | $ 35,226 | $ 35,226 | $ 70,452 |

## THE DIVISION OF PENSIONS AND BENEFITS IS WORKING HARD TO SERVE YOU BETTER

Our Automated Information System provides specific information about your account without having to wait to speak to a counselor. This system provide you with information about loans, withdrawals, costs to purchase service credit and your retirement account.

### CALL TODAY: (609) 777-1777

The Benefit Information Library (BIL) is prerecorded information about types of retirement, vesting, veteran's status, purchases, life insurance, employee seminars and much more. In some cases you will have the opportunity to order forms or informational fact sheets. If you have received a Catalog of Library Topics, you may call the BIL to request a copy you may see your employer.

### CALL TODAY: (609) 777-1931

BOTH OF THESE SERVICES ARE AVAILABLE 24 HOURS A DAY, 7 DAYS A WEEK. ALL YOU NEED IS A TOUCH-TONE TELEPHONE AND YOUR SOCIAL SECURITY NUMBER.

In addition, the Division of Pensions and Benefits has installed Telecommunications Device for the Deaf (TDD). This telephone line is only be used by the hearing impaired. The telephone number is (609) 292-77 and is available Monday - Friday from 9 am until 4 pm, except for St holidays.



MEMBERSHIP # 815507

SSN# -0790

Questions concerning the information contained in this statement may be directed to:
Division of Pensions and Benefits
Client Services
CN 295
Trenton, NJ 08625-0295

*To obtain an estimate of your Social Security benefits you should call 1-800-SSA-1213*

# YOUR PERSONAL BENEFITS STATEMENT
## AS OF DECEMBER 31, 1997
### PREPARED BY THE DIVISION OF PENSIONS AND BENEFITS

## HOW VALUABLE ARE YOUR BENEFITS?

As of December 31, 1997, you were a member of the Public Employees' Retirement System (PERS).

The value of your benefits represents a significant part of your total compensation. This year's estimated cost to your employer to provide you with these benefits is shown to the right.

| | | |
|---|---|---|
| $ | 1,868 | Is the amount paid annually by your employer for Social Security Taxes |
| $ | 420 | Is your employer's estimated annual contribution toward Pension, Disability and Survivor Benefits |
| $ | 2,288 | Is the estimated total cost to your employer to provide you with these benefits |

## CURRENT INFORMATION

Purchases of service credit do not change your date of enrollment but do affect your service credit.

You do not receive service credit during unpaid leaves of absence. You may purchase credit for a leave upon return to payroll.

You should file proof of your birth date and military discharge with the Division of Pensions and Benefits. If either of the boxes below are not checked, please send us a copy of a document (if applicable) to verify your:

Birth date ☐   Veteran Status ☐

| | |
|---|---|
| Date of Enrollment | 12/1/88 |
| Years and Months of Credited Service as of December 31, 1997 | 10 YRS |
| Your Contributions | $ 9,698 |
| Plus Any Loan Balance | |
| Your TOTAL CONTRIBUTIONS as of December 31, 1997 | $ 9,698 |

## ESTIMATED RETIREMENT BENEFITS

PERS members can apply for a Service Retirement at age 60 regardless of the amount of service credit earned. The benefit is based on the total years of service credit established in the retirement system divided by 60 and multiplied by the Final Average Salary.

For example, a member with 30 years of service credit would receive 1/2 (30/60ths) of the Final Average Salary. Final Average Salary is defined as the average salary of the last three years of credited membership service preceding retirement or the highest three fiscal years of membership service, whichever provides the higher benefit.

If you are under age 60, we have assumed that you will continue in employment covered by the PERS until age 60. We have estimated a Service Retirement allowance for all members. If you are a veteran you may qualify for higher benefits under a Veteran Retirement.

| | |
|---|---|
| Assumed Retirement Age | 60 |
| Estimated Monthly Service Retirement Allowance *(based on above age & current salary)* | $ 596 |

## YOU SHOULD NOT APPLY FOR RETIREMENT BASED ON THE FIGURES SHOWN ABOVE

Because we used your current salary as your Final Average Salary when calculating this estimate, it may not be accurate if you retire before earning three years of that salary or if you received a retroactive salary increase in the 4th quarter of 1997. We also assume that you will have continuous service from the statement date until the assumed retirement age. This may not be the case. If you plan to retire within the next two years, you should complete a Request for Retirement Estimate which is available from your personnel office or by calling the Division's Benefit Information Library at (609) 777-1931. When prompted, enter 207.

## ESTIMATED GROUP LIFE INSURANCE BENEFITS

ACTIVE COVERAGE: Your non-contributory and contributory group life insurance each equal to 1 1/2 times your preceding 12 months' base salary. If you are covered both, your total benefit is equal to 3 times that base salary. Benefits are prorated during the first year of coverage.

RETIRED COVERAGE: You must have at least 10 years of service credit and covered by group life insurance immediately prior to retirement in order to be covered after retirement. The coverage is equal to 3/16 of your last year's base salary.

IT IS VERY IMPORTANT TO UPDATE YOUR BENEFICIARY(IES) WHEN YOU HAVE A CHANGE IN STATUS (MARRIAGE, BIRTH OF CHILD, DIVORCE, DEATH OF SPOUSE, ETC.)

Your group life insurance benefit as of the statement date was:

| | Non-Contributory Life Insurance | Contributory Life Insurance | TOTAL |
|---|---|---|---|
| ACTIVE MEMBER | $ 36,636 | $ 36,636 | $ 73,272 |

# THE DIVISION OF PENSIONS AND BENEFITS IS WORKING HARD TO SERVE YOU BETTER

Our Automated Information System provides specific information about your account without having to wait to speak to a counselor. This system will provide you with information about loans, withdrawals, costs to purchase service credit and your retirement account.

**CALL TODAY: (609) 777-1777**

The Benefit Information Library (BIL) is prerecorded information about types of retirement, vesting, veteran's status, purchases, life insurance, employee seminars and much more. In some cases you will have the opportunity to order forms or informational fact sheets. If you have received a Catalog of Library Topics, you may call the BIL to request a copy you may see your employer.

**CALL TODAY: (609) 777-1931**

BOTH OF THESE SERVICES ARE AVAILABLE 24 HOURS A DAY, 7 DAYS A WEEK. ALL YOU NEED IS A TOUCH-TONE TELEPHONE AND YOUR SOCIAL SECURITY NUMBER.

The Division of Pensions and Benefits is available on the Internet for on-line access to general information on your pension fund, updates on new legislation, and downloads of commonly used forms and publications. Our Internet home-page address is: http://www.state.nj.us/treasury/pensions/

Questions concerning the information contained in this statement may be directed to:
Division of Pensions and Benefits
Client Services
PO Box 295
Trenton, NJ 08625-0295

MEMBERSHIP # 815507
SSN# .0790

*To obtain an estimate of your Social Security benefits you should call 1-800-SSA-1213*

# YOUR PERS PERSONAL BENEFITS STATEMENT
## AS OF DECEMBER 31, 1998
### PREPARED BY THE DIVISION OF PENSIONS AND BENEFITS

## HOW VALUABLE ARE YOUR BENEFITS?

As of December 31, 1998, you were a member of the Public Employees' Retirement System (PERS).

The value of your benefits represents a significant part of your total compensation. This year's estimated cost to your employer to provide you with these benefits is shown to the right.

| | | |
|---|---|---|
| $ 1,868 | Is the amount paid annually by your employer for Social Security Taxes |
| $ 911 | Is your employer's estimated annual contribution toward Pension, Disability and Survivor Benefits |
| $ 2,779 | Is the estimated total cost to your employer to provide you with these benefits |

## CURRENT INFORMATION

Purchases of service credit do not change your date of enrollment but do affect your service credit.

You do not receive service credit during unpaid leaves of absence. You may purchase credit for a leave upon return to payroll.

If the boxes below are not checked, you should send a photocopy of your birth certificate and/or your military discharge to the Division of Pensions and Benefits with your Social Security number on it.

Birth date ☐    Veteran Status ☐

| | |
|---|---|
| Date of Enrollment | 12/1/1988 |
| Years and Months of Credited Service as of December 31, 1998 | 11 YRS |
| Your Contributions | $ 10,797 |
| Plus Any Loan Balance | |
| Your TOTAL CONTRIBUTIONS as of December 31, 1998 | $ 10,797 |

## ESTIMATED RETIREMENT BENEFITS

PERS members can apply for a Service Retirement at age 60 regardless of the amount of service credit earned. The benefit is based on the total years of service credit established in the retirement system divided by 60 and multiplied by the Final Average Salary.

For example, a member with 30 years of service credit would receive 1/2 (30/60ths) of the Final Average Salary. Final Average Salary is defined as the average salary of the last three years of credited membership service preceding retirement or the highest three fiscal years of membership service, whichever provides the higher benefit.

If you are under age 60, we have assumed that you will continue in employment covered by the PERS until age 60. We have estimated a Service Retirement allowance for all members. If you are a veteran you may qualify for higher benefits under a Veteran Retirement.

| | |
|---|---|
| Assumed Retirement Age | 60 |
| Estimated Monthly Service Retirement Allowance *(based on above age & current salary)* | $ 596 |

## YOU SHOULD NOT APPLY FOR RETIREMENT BASED ON THE FIGURES SHOWN ABOVE

The estimated monthly retirement benefit is based on the salary reported for you only during the 4th quarter of 1998 rather than three full years of actual salary normally used for retirement calculations. Therefore, if you received a retroactive salary increase during this quarter, the estimate will be substantially overstated. If you did not work the entire quarter, your estimate will be understated. If you did not earn at least three years at this salary, the estimate will be overstated. We also assume that you will have continuous service from the date of this statement to your estimated retirement date. If you plan to retire within the next two years, you should complete a Request for Retirement Estimate which is available from your employer's benefits office or by calling the Division's Benefit Information Library at (609) 777-1931 and entering 207 when prompted.

## ESTIMATED GROUP LIFE INSURANCE BENEFITS

**ACTIVE COVERAGE:** Your non-contributory and contributory group life insurance are each equal to 1 1/2 times your preceding 12 months' base salary. If you are covered by both, your total benefit is equal to 3 times that base salary. Benefits are prorated during the first year of coverage.

Your group life insurance benefit as of the statement date was:

| | Non-Contributory Life Insurance | Contributory Life Insurance | TOTAL |
|---|---|---|---|
| ACTIVE MEMBER | $ 36,636 | $ 36,636 | $ 73,272 |

**RETIRED COVERAGE:** You must have at least 10 years of service credit and be covered by group life insurance immediately prior to retirement in order to be covered after retirement. The coverage is equal to 3/16 of your last year's base salary.

Your active group life insurance benefit ends 31 days after you end employment. You are eligible to convert any portion of this coverage not provided in retirement to a standard Prudential Insurance policy, without medical examination, prior to the end of the 31 days.

It is very important to update your beneficiary(ies) when you have a change in status (marriage, birth of child, divorce, death of spouse, etc.)

## THE DIVISION OF PENSIONS AND BENEFITS IS WORKING HARD TO SERVE YOU BETTER

Our Automated Information System provides specific information about your account without having to wait to speak to a counselor. This system will provide you with information about loans, withdrawals, costs to purchase service credit and your retirement account.

### CALL TODAY: (609) 777-1777

The Benefit Information Library (BIL) is prerecorded information about types of retirement, vesting, veteran's status, purchases, life insurance, employee seminars and much more. In some cases you will have the opportunity to order forms or informational fact sheets. If you have not received a Catalog of Library Topics, you may call the BIL to request a copy or you may see your employer.

### CALL TODAY: (609) 777-1931

BOTH OF THESE SERVICES ARE AVAILABLE 24 HOURS A DAY, 7 DAYS A WEEK. ALL YOU NEED IS A TOUCH-TONE TELEPHONE AND YOUR SOCIAL SECURITY NUMBER.

The Division of Pensions and Benefits is available on the Internet for on-line access to general information on your pension fund, updates on new legislation, and downloads of commonly used forms and publications. Our Internet home page address is: http://www.state.nj.us/treasury/pensions

MEMBERSHIP # 815507
SSN# 0790

Questions concerning the information contained in this statement may be directed to:
Division of Pensions and Benefits
Client Services
PO Box 295
Trenton, NJ 08625-0295

*To obtain an estimate of your Social Security benefits you should call 1-800-SSA-1213.*



# YOUR PERS PERSONAL BENEFITS STATEMENT
## AS OF DECEMBER 31, 1999
### PREPARED BY THE DIVISION OF PENSIONS AND BENEFITS

## HOW VALUABLE ARE YOUR BENEFITS?

As of December 31, 1999, you were a member of the Public Employees' Retirement System (PERS).

The value of your benefits represents a significant part of your total compensation. This year's estimated cost to your employer to provide you with these benefits is shown to the right.

$ 1,992 is the amount paid annually by your employer for Social Security Taxes

$ 1,060 is your employer's estimated annual contribution toward Pension, Disability and Survivor Benefits

$ 3,052 Is the estimated total cost to your employer to provide you with these benefits

## CURRENT INFORMATION

Purchases of service credit do not change your date of enrollment but do affect your service credit.

You do not receive service credit during unpaid leaves of absence. You may purchase credit for a leave upon return to payroll.

If the boxes below are not checked, or if the birth date indicated is incorrect, you should send a photocopy of your birth certificate and/or your military discharge to the Division of Pensions and Benefits with your Social Security number on it.

Veteran Status ☐
Proof of Birth Date ☐

| | |
|---|---|
| Date of Enrollment | 12/1/1988 |
| Years and Months of Credited Service as of December 31, 1999 | 12 YRS |
| Your Contributions | $ 12,000 |
| Plus Any Loan Balance | |
| Your TOTAL CONTRIBUTIONS as of December 31, 1999 | $ 12,000 |
| Birth Month/Year: | 8/1945 |

## ESTIMATED RETIREMENT BENEFITS

PERS members can apply for a Service Retirement at age 60 regardless of the amount of service credit earned. The benefit is based on the total years of service credit established in the retirement system divided by 60 and multiplied by the Final Average Salary.

For example, a member with 30 years of service credit would receive 1/2 (30/60ths) of the Final Average Salary. Final Average Salary is defined as the average salary of the last three years of credited membership service preceding retirement or the highest three fiscal years of membership service, whichever provides the higher benefit.

If you are under age 60, we have assumed that you will continue in employment covered by the PERS until age 60. We have estimated a Service Retirement allowance for all members. If you are a veteran you may qualify for higher benefits under a Veteran Retirement.

| | |
|---|---|
| Assumed Retirement Age | 60 |
| Estimated Monthly Service Retirement Allowance (based on above age & current salary) | $ 636 |

## YOU SHOULD NOT APPLY FOR RETIREMENT BASED ON THE FIGURES SHOWN ABOVE

The estimated monthly retirement benefit is calculated on the base salary reported for you only during the 4th quarter of 1999 rather than three full years of base salary normally used for retirement calculations. Therefore, if you received a retroactive salary increase during this quarter, the estimate will be substantially overstated. If you did not work the entire quarter, your estimate will be understated. If you did not earn at least three years at this salary, the estimate will be overstated. We also assume that you will have continuous service from the date of this statement to your estimated retirement date. If you plan to retire within the next two years, you should complete a Request for Retirement Estimate form which is available from your employer's benefits office or by calling the Division's Benefit Information Library at (609) 777-1931 and entering 207 when prompted. To receive a retirement estimate through the Division's Automated Information System, call (609) 777-1777 and follow the prompts.

## ESTIMATED GROUP LIFE INSURANCE BENEFITS

**ACTIVE COVERAGE:** PERS non-contributory and contributory group life insurance each equal to 1 1/2 times your preceding 12 months' base salary. If you are covered both, your total benefit is equal to 3 times that base salary. Benefits are prorated during the first year of coverage.

Your estimated group life insurance benefit as of the statement date was:

| | Non-Contributory Life Insurance | Contributory Life Insurance | TOTAL |
|---|---|---|---|
| ACTIVE MEMBER | $ 39,054 | $ 39,054 | $ 78,108 |

**RETIRED COVERAGE:** You must have at least 10 years of service credit and be covered by group life insurance immediately prior to retirement in order to be covered after retirement. The coverage is equal to 3/16 of your last year's base salary.

Your active group life insurance benefit ends 31 days after you end employment. You are eligible to convert any portion of this coverage not provided in retirement to a standard Prudential insurance policy, without medical examination, prior to the end of the 31 days.

It is very important to update your beneficiary(ies) when you have a change in status (marriage, birth of child, divorce, death of spouse, etc.).

## THE DIVISION OF PENSIONS AND BENEFITS IS WORKING HARD TO SERVE YOU BETTER

Our Automated Information System provides specific information about your account without having to wait to speak to a counselor. This system provides you with information about loans, withdrawals, costs to purchase service credit, retirement estimates and your retirement account.

### CALL TODAY: (609) 777-1777

The Benefit Information Library (BIL) is prerecorded information about all types of retirement, vesting, veteran's status, purchases, service credit, insurance, employee seminars and much more. In some cases you will have the opportunity to order forms or informational fact sheets. If you have received a Catalog of Library Topics, you may call the BIL to request a copy you may see your employer.

### CALL TODAY: (609) 777-1931

BOTH OF THESE SERVICES ARE AVAILABLE 24 HOURS A DAY 7 DAYS A WEEK. ALL YOU NEED IS A TOUCH-TONE TELEPHONE AND YOUR SOCIAL SECURITY NUMBER.

The Division of Pensions and Benefits is available on the Internet for on-access to general information on your pension fund, updates on legislation, and downloads of commonly used forms and publications. Internet home page address is: http://www.state.nj.us/treasury/pensions

MEMBERSHIP # 815507
SSN# 0790

Questions concerning the information contained in this statement may be directed to:
Division of Pensions and Benefits
Client Services
PO Box 295
Trenton, NJ 08625-0295

To obtain an estimate of your Social Security benefits you should call 1-800-SSA-1775.



PENEBC (Rev