# EXHIBIT 4

**AMERICAN EXPRESS** ®

IDS Life Insurance Company
IDS Tower 10
Minneapolis, Minnesota 55440

Financial Advisors

# Term to Age 95 Life Insurance Policy

- Proceeds are payable at the insured's death prior to the Expiry Date.
- Level premiums for first 10 Policy Years; Premiums vary by Policy Year thereafter as shown under Policy Data.
- Premiums are payable during the lifetime of the insured until the Expiry Date.
- Exchange Options are available.
- This policy is nonparticipating. No dividends are payable.
- This policy has no cash value.

| | | | | |
|---|---|---|---|---|
| Insured: | Mostafa Reyad | | Policy Number: | 9000-05996511 |
| Policy Date: | July 15, 1997 | | Basic Amount: | $1,000,000 |
| Issue Age: | 55 | | | |

This is a life insurance policy. It is a legal contract between you, as the owner, and us, IDS Life Insurance Company, A Stock Company, Minneapolis, Minnesota. **PLEASE READ YOUR POLICY CAREFULLY.**

If we receive proof satisfactory to us that the insured died while this policy was in force, we promise to pay the basic amount of insurance to the beneficiary. The payment is subject to the terms of this policy. The owner and beneficiary are as named in the application unless they are changed as provided for in this policy.

We issue this policy in consideration of your application and the payment of premium due on the policy date.

**NOTICE OF YOUR RIGHT TO EXAMINE THIS POLICY FOR 10 DAYS -**
If for any reason you are not satisfied with this policy, return it to us or our representative within 10 days after you receive it. We will then cancel this policy and refund all premiums which you have paid. This policy will be considered void from its start.

Signed for and issued by IDS Life Insurance Company in Minneapolis, Minnesota, as of the policy date shown above.

President:

*Richard W Kling*

Secretary:

*William A. Stoltzmann*

30480A-CT

7/93

July 15, 1997

9000-05996511

This summarizes the BENEFICIARY DESIGNATION on file for the above account. The complete designation is on file in the Home Office. Please keep this for your records. If this designation is incorrect, please notify our representative.

**POLICYOWNER'S BENEFICIARY DESIGNATION**

PRIMARY BENEFICIARY

| | |
|---|---|
| SHERIF D. REYAD | SON |
| DINA R. ABOUSABE | DAUGHTER |
|     EQUALLY, OR THE SURVIVOR | |

# GUIDE TO POLICY PROVISIONS

| | |
|---|---|
| Policy Data | Schedule of Benefits and Annual Premiums/Pages 3 and 4 |
| Definitions | Important words and meanings/Page 5 |
| Insurance Contract | Entire contract; Incontestability/Page 6 |
| General Provisions | Suicide exclusion; Misstatement of age or sex; Policy changes/Page 6 |
| Owner and Beneficiary | Owner's rights; Successor owner; Change of ownership; Beneficiary designation; Change of beneficiary; Assignment/Page 7 |
| Premiums | Payment of premiums; Overdue premiums; Grace period; Reinstatement/Page 8 |
| Exchange Options | Exchange Option A; Exchange Option B/Page 10 |
| Payment of Policy Proceeds | How proceeds are paid; Payment options/ Page 12 |

## Policy Data

| | | | |
|---|---|---|---|
| **Insured:** | Mostafa Reyad | **Policy Number:** | 9000-05996511 |
| **Policy Date:** | July 15, 1997 | **Issue Age:** | 55 |
| **Policy:** | Term To Age 95 | **Basic Amount:** | $1,000,000 |
| **Expiry Date:** | July 15, 2037 | **Risk Classification:** | Wellness Class Male Nonsmoker |

### Schedule of Benefits and Annual Premiums

| Policy and Additional Benefits | Premium Amount | Premium Period |
|---|---|---|
| Policy:   Term to Age 95 (First Policy Year) | $   4,160.00 | To age 56 |

| Total Premiums | Annually | Semi-Annually | Quarterly | Monthly |
|---|---|---|---|---|
| First Policy Year | $4,160.00 | $2,088.72 | $1,073.78 | $361.69 |

Current Annual Premiums and Guaranteed Maximum Annual Premiums after the first policy year are shown on page 4.

Page 3