# EXHIBIT 6

**SANFORD P. LEVINE**　　　　　　　　　　　　　　Office phone (203) 393-2391
**Deputy Sheriff New Haven County**　　　　　　　　Page (203) 784-3600
**P.O. Box 4020**
**Woodbridge, CT 06525-4020**

## SHERIFF'S COURT RETURN

STATE OF CONNECTICUT )
　　　　　　　　　　　　) SS: HARTFORD　　　　　　　　　June 7, 2000
COUNTY OF HARTFORD )

Then and there by virtue hereof and by the direction of the Plaintiff's attorney, I left two true and attested copies of the **WRIT OF GARNISHMENT and MENMORANDUM** with and in the hands of the within:

　　June 7, 2000, **IDS LIFE INSURANCE COMPANY**, c/o Peter Gillies,
　　Insurance Commissioner State of Connecticut, 153 Market Street, 11th
　　Floor, Hartford, CT Agent for Service for IDS Life Insurance Company, and
　　paid statutory fee of $25.00.

With a true and attested copy of the original **WRIT OF GARNISHMENT and MEMORANDUM** with my doings thereon endorsed.

The within and foregoing is the original **WRIT OF GARNISHMENT and MEMORANDUM** with my doings thereon endorsed.

　　　　　　　　　　　　　　　　　　　　　　　ATTEST:

　　　　　　　　　　　　　　　　　　　　　　　_[signature]_

　　　　　　　　　　　　　　　　　　　　　　　SANFORD P. LEVINE
　　　　　　　　　　　　　　　　　　　　　　　DEPUTY SHERIFF
　　　　　　　　　　　　　　　　　　　　　　　NEW HAVEN COUNTY
　　　　　　　　　　　　　　　　　　　　　　　BADGE 150

FEES:
Service ..................... $ 20.00
Travel ..........................  33.47
Copies ..........................   6.00
Endorsements ................    .80
　　　　　　　　　　　　　　―――――
TOTAL ..................... $  60.27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br> Plaintiffs, | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) |
| v. | |
| MOSTAFA REYAD and WAFA REYAD, <br> Defendants. | JUNE 6, 2000 |

## WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

    BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garnish to the value of $1,600,000, IDS Life Insurance Company, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

    Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the

o:\files\mwk\garnish1.doc

officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 6th day of June, 2000.

_____
Magistrate Judge William I. Garfinkel

I hereby certify that the foregoing is a true copy of the original document on file. Date: 6/6/00

KEVIN F. ROWE
Clerk

By _____
Deputy Clerk



June 13, 2002

Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

RE:  Mostafa Reyad and Wafa Reyad
     3:00 CV 836 (CFD)
     Directed To: American Express Financial Advisors

Dear Sir/Madam:

We have placed a hold on the above clients account. The cash value as of 6-12-2002 was $62,886.69.

If you have any questions please let me know.

Sincerely,

*Mary Halvorson*

Mary Halvorson
Legal Analyst
(612) 671-1764

Insurance and annuities are issued by IDS Life Insurance Company, an American Express company. American Express Brokerage is provided by American Express Financial Advisors Inc. American Express Financial Advisors Inc. Member NASD. American Express Company is separate from American Express

```
LI13    E15331   C245            LIFE INQUIRY                  14:44:28  06/11/02
NEXT SCREEN:            ID NUM:  ▓▓▓▓▓▓▓ 771 0
OWNER WAFA REYAD                         ANNUITANT  SAME AS OWNER
                            ANNUITY SURRENDERS AS OF 06/10/02
     211 FLEXIBLE ANNUITY              DE FGH I J KL   SER POLICY DATE
         NON-QUALIFIED                 17 220 0 7 70   006  05/13/97
TAX WITHHELD   YES   TELEPHONE XFER  YES  TSA 12/31/88 ACCUM VALUE         N/A
FIXED PAID IN                       0.00  LAST SURRENDER
VARIABLE PAID IN               69,179.92  LAST F>V TRANSFER DATE         NONE
NET FIXED PAID IN                   0.00  MINIMUM SURRENDER AMOUNT     250.00
NET VARIABLE PAID IN           69,179.92  MIN BAL REQ AFT PART SURR    600.00
PREMIUM TAX PAID TO DATE            0.00  SURRENDERS TOT TO DATE         0.00
TOTAL LOAD PAID TO DATE             0.00  SURRENDERS YR  TO DATE         0.00
TOTAL PURCHASE PYMTS           69,179.92

     SURRENDER VALUES           FIXED        VARIABLE           TOTALS
CURRENT VALUE LESS PYMT OMIT      0.00       63,198.30        63,198.30
VALUE NOT SUBJECT TO CHARGE       0.00            0.00             0.00
SURRENDER CHARGE    7%            0.00        4,848.59         4,848.59
PREMIUM TAX REFUND                0.00            0.00             0.00
SURRENDER VALUE                   0.00       58,349.71        58,349.71
PAYMENT OMITTED                   0.00            0.00             0.00
              SEE SCREEN 16 FOR TEFRA ACCOUNT INFORMATION
```

Date: 6/11/02 Time: 02:44:35 PM

**Brenner, Saltzman & Wallman LLP**

ATTORNEYS AT LAW

Rowena A. Moffett, Esq.
rmoffett@bswlaw.com
Direct Fax: (203) 772-4008

Newton D. Brenner, P.C.
Stephen L. Saltzman, P.C.
Marc J. Wallman, P.C.
David R. Schaefer, P.C.
Donald W. Anderson, P.C.
Samuel M. Hurwitz, P.C.
Wayne A. Martino, P.C.
Mitchell S. Jaffe, P.C.
Alice J. Mick, P.C.
Kenneth Rosenthal
Carolyn W. Kone
Brian P. Daniels
George Brencher IV, P.C.
Jennifer Dowd Deakin, P.C.
Rowena A. Moffett

Daniel L. Gottfried
Victoria P. Hackett

Of Counsel:
Sharon Kowal Freilich

May 11, 2006

**VIA FACSIMILE AND U.S. MAIL**
(612) 671-8091

Ms. Mary Halvorson
Legal Analyst
American Express Financial Advisors, Inc.
IDS Tower 10
Minneapolis, Minnesota 55440

RE: **Indymac Mortgage Holdings, Inc. v. Mostafa Reyad et al**
Docket No. 3:00 CV 835
Wafa Reyad SS#: ████0790
Account No. ████████ 5771 0 004

Dear Ms. Halvorson:

American Express Financial Advisors, Inc. d/b/a IDS was served with a Writ of Garnishment in the above-referenced action on May 17, 2000.

The trial of the above-referenced action was held in 2004, but a decision has not yet been issued in this case. Thus, the Writ of Garnishment served upon American Express Financial Advisors, Inc. d/b/a IDS remains valid and in full force and effect.

Please provide us with the current value of the account held by you that is subject to the Writ of Garnishment.

Should you have any questions, please feel free to contact either David Schaefer or me.

Sincerely,

Rowena A. Moffett

RAM:jr

9J9955.DOC

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

# AMERIPRISE FINANCIAL
# FAX TRANSMITTAL SHEET

## FAX NUMBER: (612) 671-3121

\# OF PAGES (including this sheet): __3__

DATE: __5-15-06__

TO:   NAME: __Rowena Moffett__

COMPANY: ____

FAX NUMBER: __203-772-4008__

FROM:   NAME: __Mary Halvorson__

PHONE: __612-671-1764__

COMMENTS: ____

Case 3:00-cv-00835-CFD     Document 523-9     Filed 08/07/2007     Page 9 of 10

ANNUITY SURRENDERS AS OF 05/12/06

| 211 FLEXIBLE ANNUITY | | DE FGH I J KL | SER | POLICY DATE |
|---|---|---|---|---|
| NON-QUALIFIED | | 17 220 0 7 70 | 006 | 05/13/97 |

| | | | | |
|---|---|---|---|---|
| TAX WITHHELD YES | TELEPHONE XFER YES | TSA 12/31/88 ACCUM VALUE | | N/A |
| FIXED PAID IN | 0.00 | LAST SURRENDER | | |
| VARIABLE PAID IN | 69,179.92 | LAST F>V TRANSFER DATE | | NONE |
| NET FIXED PAID IN | 0.00 | MINIMUM SURRENDER AMOUNT | | 250.00 |
| NET VARIABLE PAID IN | 69,179.92 | MIN BAL REQ AFT PART SURR | | 600.00 |
| PREMIUM TAX PAID TO DATE | 0.00 | SURRENDERS TOT TO DATE | | 0.00 |
| TOTAL LOAD PAID TO DATE | 0.00 | SURRENDERS YR TO DATE | | 0.00 |
| TOTAL PURCHASE PYMTS | 69,179.92 | LOAN STAT/BAL      / | | N/A |

| SURRENDER VALUES | FIXED | VARIABLE | TOTALS |
|---|---|---|---|
| CURRENT VALUE LESS PYMT OMIT | 8,602.71 | 71,181.56 | 79,784.27 |
| VALUE NOT SUBJECT TO CHARGE | 8,602.71 | 71,181.56 | 79,784.27 |
| SURRENDER CHARGE   7% | 0.65 | 5.35 | 6.00 |
| PREMIUM TAX REFUND | 0.00 | 0.00 | 0.00 |
| SURRENDER VALUE | 8,602.06 | 71,176.21 | 79,778.27 |
| PAYMENT OMITTED | 0.00 | 0.00 | 0.00 |

SEE SCREEN 16 FOR TEFRA ACCOUNT INFORMATION

**Ameriprise Financial**

June 28, 2007

Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Re:  Letter dated June 26, 2007
     Taxpayer(s): Mostafa Reyad and Wafa Reyad
     Taxpayer ID: xxx-xx-1843 & xxx-xx-0790
     Directed To: AMEX/IDS

Dear Sir/Madam:

Please be advised that we have searched our records and have found that the account(s) in the above taxpayer's name is inactive. Therefore, no monies are available and we are unable to comply with the garnishment.

If you have any questions please call me at (612) 671-1764.

Sincerely,

*Mary Halvorson*

Mary Halvorson
Legal Analyst

Enclosure

CC:  Leg Cli 17366112-5-001

Insurance and annuities are issued by RiverSource Life Insurance Company, an Ameriprise Financial company. Ameriprise Brokerage is provided by Ameriprise Financial Services, Inc. Ameriprise Financial Services, Inc. Member NASD.