# EXHIBIT 7

**SANFORD P. LEVINE**
Deputy Sheriff New Haven County
P.O. Box 4020
Woodbridge, CT 06525-4020

Office phone (203) 393-2391
Page (203) 784-3600

## SHERIFF'S COURT RETURN

STATE OF CONNECTICUT )
         ) SS: HARTFORD          May 17, 2000
COUNTY OF HARTFORD )

Then and there by virtue hereof and by the direction of the a Judge and the Plaintiff's attorney, I left with and in the hands of the within:

  May 17, 2000, Aetna, 151 Farmington Avenue, Hartford, CT, accepted by Linda Kempczynski, Legal Process Coordinator, Law & Regulatory Affairs, authorized to accept.

With a true and attested copy of the original **WRIT OF GARNISHMENT** and **MEMORANDUM** with my doings thereon endorsed.

The within and foregoing is the original **WRIT OF GARNISHMENT** and **MEMORANDUM** with my doings thereon endorsed.

                 ATTEST:

                 */s/ Sanford P. Levine*
                 SANFORD P. LEVINE
                 DEPUTY SHERIFF
                 NEW HAVEN COUNTY
                 BADGE 150

FEES:

| | |
|---|---|
| Service | $20.00 |
| Travel | 32.00 |
| Copies | 3.00 |
| Endorsements | .80 |
| TOTAL | $55.80 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC MORTGAGE HOLDINGS, INC. and INDYMAC, INC., <br>                       Plaintiffs, <br> v. <br> MOSTAFA REYAD and WAFA REYAD, <br>                       Defendants. | CIVIL ACTION NO. <br> 3:00 CV 835 (CFD) <br><br> MAY 16, 2000 |

### WRIT OF GARNISHMENT

TO ANY PROPER OFFICER:

GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES, you are hereby commanded to garish to the value of $1,600,000, Aenta Life Insurance Annuity Company, as it is the debtor of either or both of Defendants Mostafa Reyad and Wafa Reyad and has concealed in its possession property of either or both of Defendants Mostafa Reyad and Wafa Reyad, and it is indebted to one or both of them.

Said garnishee is hereby directed, pursuant to Connecticut General Statute § 52-330, to appear before the Court referenced above, and disclose under oath whether it has in its hands, goods or effects of either of the defendants, or is indebted to either or both of them. In lieu of appearance as set forth in the preceding

sentence, garnishee, at the time of service, may disclose to the officer serving this Writ whether it owes anything to either or both of said defendants and if so, to whom and how much, and the officer shall endorse such disclosure on such process as a part of his return thereof and such disclosure shall excuse the garnishee from appearing (Conn. Gen. Stat. § 52-331). The officer serving this Writ is hereby directed to make inquiry of the garnishee consistent with this paragraph.

Hereof, fail not, but with this Writ and your doings thereon, make due service and return.

Dated at Bridgeport, Connecticut this 17 day of May, 2000.

_____
Magistrate Judge William I. Garfinkel

**ING**

July 9, 2002

David R. Schaefer
Brenner Salzman & Wallman
271 Whitney Avenue
New Haven, CT 06511

RE: Writ of Garnishment
    Mostafa Reyad and Wafa Reyad

Dear Mr. Schaefer:

Please be aware that ING Life Insurance and Annuity Company (formerly Aetna Life Insurance and Annuity Company) has received the referenced Writ of Garnishment. A search of our records shows one annuity contract in effect on which Wafa Reyad is owner. The current value of that annuity is as follows as of July 9, 2002:

| | |
|---|---|
| Account Value | $ 58,742.91 |
| Cash Surrender Value | $ 55,598.08 |

Should you need further information, please feel free to contact me.

Sincerely,

David L. Jacobson
Senior Vice President
Compliance Officer

1475 Dunwoody Drive
West Chester, PA 19380-1478

ING Investment Products
distributed by Directed Services, Inc., member NASD

# Brenner, Saltzman & Wallman LLP
ATTORNEYS AT LAW

NEWTON D. BRENNER, P.C.
STEPHEN P. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT

OF COUNSEL:
SHARON KOWAL FREILICH

Rowena A. Moffett, Esq.
rmoffett@bswlaw.com
Direct Fax: (203) 772-4008

May 10, 2006

**VIA FACSIMILE AND U.S. MAIL**
(610)425-3520

David L. Jacobson
Senior Vice President
Compliance Officer
ING Life Insurance
1475 Dunwoody Drive
West Chester, PA 19380-1478

RE: **Indymac Mortgage Holdings, Inc. v. Mostafa Reyad et al**
Docket No. 3:00 CV 835
Wafa Reyad SS#: ███████
Contract No. ███████0032LN

Dear Mr. Jacobson:

AETNA Life Insurance and Annuity Company n/k/a ING Life Insurance and Annuity Company was served with a Writ of Garnishment in the above-referenced action on May 17, 2000.

The trial of the above-referenced action was held in 2004, but a decision has not yet been issued in this case. Thus, the Writ of Garnishment served upon AETNA Life Insurance and Annuity Company n/k/a ING Life Insurance and Annuity Company remains valid and in full force and effect.

Please provide us with the current value of the account held by you that is subject to the Writ of Garnishment.

Should you have any questions, please feel free to contact either David Schaefer or me.

Sincerely,

Rowena A. Moffett

RAM:jr

9J9935.DOC

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

**ING**

AMERICAS
LEGAL SERVICES

*Stacy Selavka*
*Legal Assistant*
*(860) 723-2222*
*Fax: (860) 723-2214*

VIA FACSIMILE
203-772-4008

June 7, 2006

Rowena A. Moffett, Esq.
Attn: Jennifer
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

**Re: Mostafa Reyad**

Dear Jennifer:

Pursuant to your request, please be advised the cash surrender value for C072168-AV as of June 7, 2006 is $77,411.03.

Sincerely,

*[signature]*

Stacy Selavka

Enclosures