# EXHIBIT 10

# EQUITABLE

EQUI-VEST Processing Office
P.O. Box 2996
New York, NY 10116-2996

AXA Advisors, LLC acts as distributor for The Equitable Life Assurance Society (the United States) in connection with the distribution of Separate Account units under your contract or certificate. AXA Advisors and Equitable Life are affiliated companies.

01015164

MRS WAFA REYAD
2077 CENTER AVE #22D
FORT LEE NJ 07024-4905

## EQUI-VEST®

| | |
|---|---|
| Contract Number: | ████ 734 |
| Annuitant: | MRS WAFA REYAD |
| Retirement Program: | NON QUALIFIED |
| Series: | 400 |
| Your Representative: | MICHAEL L ROSEN, CLU, CHFC |
| Telephone: | (732)452-7272 |

If you need assistance, please call your representative at the phone number above, or call our processing office toll free at 1-800-628-6673, or visit our website at www.equitable.com.

## CONFIRMATION NOTICE

THIS IS YOUR NOTICE THAT THE EQUITABLE PROCESSING OFFICE:

| | Amount | Effective Date |
|---|---|---|
| Processed an automatic investment contribution. | $5,000.00 | March 06, 2000 |
| | | |
| Last Reported Account Balance: | $146,653.43 | on February 04, 2000 |
| Current Account Balance: | $158,549.14 | on March 06, 2000 |

### DETAIL OF ACTIVITY BY INVESTMENT OPTION

| Investment Option: | Alliance Common Stock | Alliance Equity Index | Alliance Small Cap Growth | Alliance High Yield | T. Rowe Price Equity Income |
|---|---|---|---|---|---|
| Contribution Allocation: | 20% | 20% | 20% | 20% | 20% |
| Last Reported Balance: Number of Units: | $32,733.40 105.8241 | $30,543.29 97.8425 | $34,201.11 218.9247 | $24,457.93 170.0224 | $24,717.70 198.8973 |
| Net Contribution Received: Number of Units: | $1,000.00+ 3.2524 | $1,000.00+ 3.2855 | $1,000.00+ 5.0342 | $1,000.00+ 6.8925 | $1,000.00+ 8.6189 |
| Investment Results: | $196.52- | $763.48- | $9,286.81+ | $209.75+ | $1,640.85- |
| Current Account Balance: Number of Units: | $33,536.88 109.0765 | $30,779.81 101.1280 | $44,487.92 223.9589 | $25,667.68 176.9149 | $24,076.85 207.5162 |

### SUMMARY OF CONTRACT ACTIVITY

| | |
|---|---|
| Inception-To-Date Contributions: | $135,000.00 |
| Inception-To-Date Withdrawals: | $.00 |

### UNIT VALUES BY INVESTMENT OPTION

| Investment Option: | Alliance Common Stock | Alliance Balanced | Alliance Equity Index | Alliance Aggressive Stock | Alliance Money Market |
|---|---|---|---|---|---|
| As of March 06, 2000 | $307.461969 | $187.468150 | $304.364858 | $185.526950 | $125.409021 |
| Investment Option: | Alliance Global | Alliance Growth Investors | Alliance Growth & Income | Alliance International | Alliance Small Cap Growth |
| As of March 06, 2000 | $257.575417 | $229.258960 | $242.851129 | $173.142153 | $198.643244 |
| Investment Option: | Alliance Conservative Investor | Alliance High Yield | Alliance Quality Bond | Alliance Intermediate Govt Sec | T. Rowe Price Int'l Stock |
| As of March 06, 2000 | $161.025621 | $145.084905 | $126.401127 | $125.150362 | $145.947559 |

**The current interest rate that will apply to amounts received from March 1, 2000 through March 31, 2000 in the Guaranteed Interest Account is 5.00%**

## FOR EASY ACCESS AND INFORMATION ON YOUR EQUI-VEST® CONTRACT, CALL TOPS (TELEPHONE OPERATED PROGRAM SUPPORT) AT 1-800-755-7777

### CLIENT INSTRUCTIONS

You can access TOPS service 24 hours a day, 7 days a week. Here's how TOPS Works:

1. Use a touch-tone telephone or rotary dial equipment with a touch-tone line adapter to call 1-800-755-7777

2. You will be asked for your contract number. Key in the contract number followed by the # key.

3. You will be asked for your Personal Access number. Key in the last four digits of your social security number followed by the # key.

4. You will be given menu options from which you can choose if you want hear unit values, contract information, or if you have a Personal Identification Number (PIN), initiate transactions among the investment options. If you do not have a PIN or do not remember the 5-digit number, please complete and mail to our Processing Office a TOPS enrollment form which you can obtain from your Equitable Associate, whose name appears on the front of this notice or call our Service Representatives at 1-800-628-6673. For security reasons our Service Representatives and your Equitable Associate will not provide your PIN to anyone who requests it.

A request must be completed and confirmed before the time that the New York Stock Exchange closes (4 PM Eastern Time or earlier) to ensure that it will be processed as of the close of an Equitable business day on the date that the request is made. Requests received after the closing of the New York Stock Exchange (or on days when it is not open) will be made effective as of the close of business on the following Equitable business day. Equitable Life will not be responsible for the unavailability of the transfer facility due to system problems, scheduling requirements, power surges, or any other failures.

The Main Menu of TOPS provides you with the following options:

Press 1 for Unit Values
Press 2 for Contract Inquires
Press 3 to Initiate Transactions
Press 4 to Request Information on another EQUI-VEST Contract under the same Social Security Number

*Use the following numerical codes to identify the Funds you want to transfer from and to:*

| | | | |
|---|---|---|---|
| 1. | Guaranteed Interest Account | 18. | T. Rowe Price International Stock |
| 2. | Alliance Common Stock Fund | 19. | T. Rowe Price Equity Income |
| 3. | Alliance Money Market Fund | 20. | EQ/Putnam Growth & Income Value |
| 4. | Alliance Aggressive Stock Fund | 23. | EQ/Putnam Balanced |
| 5. | Alliance Balanced Fund | 24. | MFS Research |
| 7. | Alliance Global Fund | 25. | MFS Emerging Growth Companies |
| 8. | Alliance Growth & Income Fund | 26. | Morgan Stanley Emerging Markets Equity |
| 10. | Alliance Growth Investors Fund | 27. | Warburg Pincus Small Company Value |
| 11. | Alliance High Yield Fund | 28. | Merrill Lynch World Strategy |
| 12. | Alliance Quality Bond Fund | 29. | Merrill Lynch Basic Value Equity |
| 13. | Alliance Conservative Investors Fund | | |
| 14. | Alliance Equity Index | | |
| 15. | Alliance Intermediate Government Securities | | |
| 16. | Alliance International Fund | | |
| 17. | Alliance Small Cap Growth | | |

*Note: All transactions will be confirmed in writing by Equitable*

Contract Number: 98 501 734
Annuitant:    MRS WAFA REYAD

AXA Advisors, LLC acts as distributor for The Equitable Life
Assurance Society of the United States in connection with the
distribution of Separate Account units under your contract or certificate.
AXA Advisors and Equitable Life are affiliated companies.

March 06, 2000
No. 00066 26493
Page   2 of  2

# EQUI-VEST®

## UNIT VALUES BY INVESTMENT OPTION - continued

| Investment Option: | T. Rowe Price Equity Income | EQ/Putnam Growth & Income Val. | EQ/Putnam Balanced | MFS Research | MFS Emerg. Growth Cos. |
|---|---|---|---|---|---|
| As of March 06, 2000 | $116.023971 | $110.898337 | $114.605933 | $178.593940 | $331.022433 |

| Investment Option: | MFS Growth with Income | Morgan Stanley Emerg. Mkt Eqty | Warburg Pincus Small Co. Value | Merrill Lynch World Strategy | Merrill Lynch Basic Value Eqty |
|---|---|---|---|---|---|
| As of March 06, 2000 | $99.140180 | $123.012315 | $97.828576 | $132.693699 | $138.181912 |

| Investment Option: | EQ/Alliance Premier Growth | EQ/Evergreen | EQ/Evergreen Foundation | Capital Guardian Research | Capital Guardian U.S. Equity |
|---|---|---|---|---|---|
| As of March 06, 2000 | $111.508271 | $103.562321 | $102.852878 | $106.936927 | $97.072623 |

## PLEASE BE ADVISED

In response to the dynamic financial markets, a new complimentary asset rebalancing feature has been added to your EQUI-VEST contract, allowing you to automatically 'rebalance' your investments, either quarterly, semiannually or annually, to keep them in line with the strategy you've outlined.  Contact your representative for the details or call our Customer Service Representatives at 1-800-628-6673 for more information.

---

**WHEN YOU MAKE YOUR NEXT CONTRIBUTION, PLEASE MAKE CHECK PAYABLE TO THE EQUITABLE AND INCLUDE IT WITH THIS PORTION OF YOUR NOTICE.**

Contract No.: 98 501 734    Annuitant:  MRS WAFA REYAD

_____ % Guaranteed Interest Account
_____ % Alliance Common Stock
_____ % Alliance Aggressive Stock
_____ % Alliance Money Market
_____ % Alliance Balanced
_____ % Alliance Equity Index
_____ % Alliance Global
_____ % Alliance Growth Investors
_____ % Alliance Growth & Income
_____ % Alliance International
_____ % Alliance Small Cap Growth
_____ % Alliance Conservative Investor
_____ % Alliance High Yield
_____ % Alliance Quality Bond
_____ % Alliance Intermediate Govt Sec

_____ % T. Rowe Price Int'l Stock
_____ % T. Rowe Price Equity Income
_____ % EQ/Putnam Growth & Income Val.
_____ % EQ/Putnam Balanced
_____ % MFS Research
_____ % MFS Emerg. Growth Cos.
_____ % MFS Growth with Income
_____ % Morgan Stanley Emerg. Mkt Eqty
_____ % Warburg Pincus Small Co. Value
_____ % Merrill Lynch World Strategy
_____ % Merrill Lynch Basic Value Eqty
_____ % EQ/Alliance Premier Growth
_____ % EQ/Evergreen
_____ % EQ/Evergreen Foundation
_____ % Capital Guardian Research
_____ % Capital Guardian U.S. Equity

**Amount Remitted**

$ ☐☐☐☐☐☐☐.☐☐

### TO MAKE AN ADDITIONAL CONTRIBUTION

A) Enter the total contribution amount above
B) To change the allocation for THIS contribution only, enter the allocation percentage next to the appropriate INVESTMENT OPTIONS on the left
PERCENTAGES MUST ADD UP TO 100

Mail your check and this completed remittance form in the enclosed envelope that is pre-addressed to:
The Equitable - EQUI-VEST
Individual Annuity Collections
P.O. Box 13459
Newark, NJ 07188-0459

**FOR EASY ACCESS AND INFORMATION ON YOUR EQUI-VEST® CONTRACT, CALL
TOPS (TELEPHONE OPERATED PROGRAM SUPPORT) AT 1-800-755-7777**

### CLIENT INSTRUCTIONS

You can access TOPS service 24 hours a day, 7 days a week. Here's how TOPS Works:

1. Use a touch-tone telephone or rotary dial equipment with a touch-tone line adapter to call 1-800-755-7777

2. You will be asked for your contract number. Key in the contract number followed by the # key.

3. You will be asked for your Personal Access number. Key in the last four digits of your social security number followed by the # key.

4. You will be given menu options from which you can choose if you want hear unit values, contract information, or if you have a Personal Identification Number (PIN), initiate transactions among the investment options. If you do not have a PIN or do not remember the 5-digit number, please complete and mail to our Processing Office a TOPS enrollment form which you can obtain from your Equitable Associate, whose name appears on the front of this notice or call our Service Representatives at 1-800-628-6673. For security reasons our Service Representatives and your Equitable Associate will not provide your PIN to anyone who requests it.

A request must be completed and confirmed before the time that the New York Stock Exchange closes (4 PM Eastern Time or earlier) to ensure that it will be processed as of the close of an Equitable business day on the date that the request is made. Requests received after the closing of the New York Stock Exchange (or on days when it is not open) will be made effective as of the close of business on the following Equitable business day. Equitable Life will not be responsible for the unavailability of the transfer facility due to system problems, scheduling requirements, power surges, or any other failures.

The Main Menu of TOPS provides you with the following options:

    Press 1 for Unit Values
    Press 2 for Contract Inquires
    Press 3 to Initiate Transactions
    Press 4 to Request Information on another EQUI-VEST Contract under the same Social Security Number

*Use the following numerical codes to identify the Funds you want to transfer from and to:*

| | | | |
|---|---|---|---|
| 1. | Guaranteed Interest Account | 18. | T. Rowe Price International Stock |
| 2. | Alliance Common Stock Fund | 19. | T. Rowe Price Equity Income |
| 3. | Alliance Money Market Fund | 20. | EQ/Putnam Growth & Income Value |
| 4. | Alliance Aggressive Stock Fund | 23. | EQ/Putnam Balanced |
| 5. | Alliance Balanced Fund | 24. | MFS Research |
| 7. | Alliance Global Fund | 25. | MFS Emerging Growth Companies |
| 8. | Alliance Growth & Income Fund | 26. | Morgan Stanley Emerging Markets Equity |
| 10. | Alliance Growth Investors Fund | 27. | Warburg Pincus Small Company Value |
| 11. | Alliance High Yield Fund | 28. | Merrill Lynch World Strategy |
| 12. | Alliance Quality Bond Fund | 29. | Merrill Lynch Basic Value Equity |
| 13. | Alliance Conservative Investors Fund | | |
| 14. | Alliance Equity Index | | |
| 15. | Alliance Intermediate Government Securities | | |
| 16. | Alliance International Fund | | |
| 17. | Alliance Small Cap Growth | | |

*Note: All transactions will be confirmed in writing by Equitable*

# AETNA

# Ætna

**Aetna Life Insurance and Annuity Company**
*Home Office:* 151 Farmington Avenue
P.O. Box 30670
Hartford, Connecticut 06150-0670
(800) 531-4547

You may call the toll free number shown above to request information about this Certificate.

Aetna Life Insurance and Annuity Company, a stock company, herein called Aetna, agrees to pay the benefits stated in this Certificate.

| | |
|---|---|
| **Certificate of Group Annuity Coverage** | To the Certificate Holder: |

Aetna certifies that coverage is in force for you under the stated Group Annuity Contract and Account numbers. All data shown here is taken from Aetna records and is based upon information furnished by you.

This Certificate is a summary of the Group Annuity Contract provisions. It replaces any and all prior certificates or endorsements issued to you under the stated Contract and Account numbers. This Certificate is for information only and is not part of the Contract. The **Schedule - Accumulation Period** reflects the Option Package you elected and its effective date.

**The variable features of the Group Contract are described in parts III, IV and V.**

| | |
|---|---|
| **Right to Cancel** | You may cancel your Account within 10 days by returning it to the agent from whom it was purchased, or to Aetna at the address shown above. Within seven days of receiving this Certificate at its home office, Aetna will return the amount of Purchase Payment(s) received, plus any increase, or minus any decrease, on the amount, if any, of Purchase Payment(s) allocated to the Separate Account Subaccount(s). |

*Thomas J. McInerney*

President

*[signature]*

Secretary

| Contract Holder | Group Annuity Contract No. |
|---|---|
| AETNA ANNUITY CONTRACTHOLDER | RA0032 |
| **Certificate Holder** | **Account No.** |
| WAFA REYAD | 0032 |
| | **Account Effective Date** |
| | 03/26/1999 |
| **Annuitant Name** | **Type of Plan** |
| WAFA REYAD | Non Qualified Annuity |

**ALL PAYMENTS AND VALUES PROVIDED BY THE GROUP CONTRACT, WHEN BASED ON INVESTMENT EXPERIENCE OF A SEPARATE ACCOUNT, ARE VARIABLE AND ARE NOT GUARANTEED AS TO FIXED DOLLAR AMOUNT. AMOUNTS ALLOCATED TO THE GUARANTEED ACCOUNT, IF WITHDRAWN BEFORE THE GUARANTEED TERM MATURITY DATE, MAY BE SUBJECT TO A MARKET VALUE ADJUSTMENT. THE MARKET VALUE ADJUSTMENT MAY RESULT IN AN INCREASE OR A DECREASE IN THE ACCOUNT VALUE. THE MARKET VALUE ADJUSTMENT FORMULA DOES NOT APPLY TO A GUARANTEED TERM AT THE TIME OF ITS MATURITY.**

GMC-VA-98

# Specifications

| | |
|---|---|
| **Guaranteed Rate** | There is a minimum guaranteed rate for Purchase Payment(s) held in the Guaranteed Account. **(See Schedule - Accumulation Period.)** |
| **Deductions from the Separate Account** | There will be deductions for mortality and expense risk as well as administrative charges. **(See Schedule - Accumulation Period and Schedule - Annuity Period.)** |
| **Deduction from Purchase Payment(s)** | Purchase Payment(s) may be subject to a deduction for premium taxes. **(See Section III - Purchase Payment.)** |
| **Deferred Sales Charge** | There may be a charge deducted upon withdrawal. **(See Schedule - Accumulation Period.)** |

This Contract is a legal contract and constitutes the entire legal relationship between Aetna and the Contract Holder.

READ THIS CONTRACT CAREFULLY. This Contract sets forth, in detail, all of the rights and obligations of both you and Aetna. THEREFORE, IT IS IMPORTANT THAT YOU READ THIS CONTRACT CAREFULLY.

**Schedule - Accumulation Period**

## Option Package

**Option Package Selected - A different Schedule - Accumulation Period will apply to each Account depending upon the Option Package selected. (See Section IV - OPTION PACKAGES.)**

Option Package I was selected.

**Schedule Effective Date**

March 26, 1999

## Separate Account

**Separate Account**

Variable Annuity Account B

**Charges to Separate Account**

A daily charge is deducted from any portion of the Account Value allocated to the Separate Account. The deduction is the daily equivalent of the annual effective percentage shown in the following chart:

| | |
|---|---|
| Administrative Charge | 0.15% |
| Mortality and Expense Risk Charge | 0.80% |
| Total Separate Account Charges | 0.95% |

## Guaranteed Account

**Minimum Guaranteed Rate**

3.0% (effective annual rate of return)

## Separate Account and Guaranteed Account

**Transfers**

An unlimited number of Transfers are allowed during the Accumulation Period. Aetna allows 12 free Transfers in any Account Year. Thereafter, Aetna reserves the right to charge $10 for each subsequent Transfer.

**Maintenance Fee**

The annual Maintenance Fee is $30. If the Account Value is $50,000 or more on the date the Maintenance Fee is to be deducted, the Maintenance Fee is $0.

## Schedule - Accumulation Period (continued)

## Separate Account and Guaranteed Account

**Deferred Sales Charge**

For each withdrawal, the Deferred Sales Charge will be determined as follows:

| Length of Time from Receipt of Purchase Payment (Years) | Deferred Sales Charge (as percentage of Purchase Payment) |
|---|---|
| Less than 2 years | 7% |
| More than 2 but less than 4 years | 6% |
| More than 4 but less than 5 years | 5% |
| More than 5 but less than 6 years | 4% |
| More than 6 but less than 7 years | 3% |
| 7 years or more | 0% |

**See Section I - DEFINITIONS** for explanations.

## Separate Account - Variable Annuity Payment

### Charges to Separate Account

A daily charge is deducted at an annual effective rate of 1.25% for mortality and expense risks. The administrative charge is established upon election of an Annuity Payout Option. This charge will not exceed 0.25%.

### Assumed Interest Rate (AIR)

If a variable Annuity Payment is chosen, an AIR of 5.0% may be elected. If 5.0% is not elected, Aetna will use an AIR of 3.5%.

The AIR factor for 3.5% per year is 0.9999058.

The AIR factor for 5.0% per year is 0.9998663.

If the portion of a variable Annuity Payment for any Subaccount is not to decrease, the annuity return factor under the Separate Account for that Subaccount must be:

(a)    4.75% on an annual basis plus an annual return of up to 0.25% to offset the administrative charge set at the time Annuity Payments commence if an AIR of 3.5% is chosen; or

(b)    6.25% on an annual basis plus an annual return of up to 0.25% to offset the administrative charge set at the time Annuity Payments commence, if an AIR of 5% is chosen.

### Transfers

When a variable Annuity Payment has been elected, four free Transfers are allowed each Account Year among the Subaccounts available during the Annuity Period. Thereafter, Aetna reserves the right to charge $10 for each subsequent Transfer.

## General Account - Fixed Annuity Payment

### Minimum Guaranteed Interest Rate

3.0% (effective annual rate of return)

**See Section I - DEFINITIONS** for explanations.

## Table of Contents

**I.   DEFINITIONS**                                                                                                                   **PAGE**

1.01   Account .......................................................................................................................... 8
1.02   Account Effective Date .............................................................................................. 8
1.03   Account Value .............................................................................................................. 8
1.04   Account Year ................................................................................................................ 8
1.05   Accumulation Period ................................................................................................... 8
1.06   Adjusted Account Value ............................................................................................. 8
1.07   Annuitant ...................................................................................................................... 8
1.08   Annuity Payment .......................................................................................................... 8
1.09   Annuity Payout Options ............................................................................................. 8
1.10   Annuity Period ............................................................................................................. 8
1.11   Beneficiary .................................................................................................................... 9
1.12   Certificate Holder ........................................................................................................ 9
1.13   Claim Date ..................................................................................................................... 9
1.14   Code ............................................................................................................................... 9
1.15   Contract ......................................................................................................................... 9
1.16   Contract Holder ............................................................................................................ 9
1.17   Deferred Sales Charge ............................................................................................... 9
1.18   Deposit Period .............................................................................................................. 9
1.19   Dollar Cost Averaging ................................................................................................. 9
1.20   Fund(s) ........................................................................................................................... 10
1.21   General Account ........................................................................................................... 10
1.22   Guaranteed Account .................................................................................................... 10
1.23   Guaranteed Rates - Guaranteed Account ............................................................... 10
1.24   Guaranteed Term .......................................................................................................... 10
1.25   Guaranteed Term(s) Groups ...................................................................................... 10
1.26   Maintenance Fee .......................................................................................................... 10
1.27   Market Value Adjustment (MVA) ............................................................................... 11
1.28   Matured Term Value ..................................................................................................... 11
1.29   Maturity Value Transfer .............................................................................................. 11
1.30   Maturity Date ................................................................................................................. 11
1.31   Option Package ............................................................................................................. 11
1.32   Purchase Payment(s) .................................................................................................. 11
1.33   Reinvestment ................................................................................................................. 11
1.34   Schedule Effective Date .............................................................................................. 11
1.35   Separate Account ......................................................................................................... 11
1.36   Subaccount(s) ............................................................................................................... 12
1.37   Systematic Distribution Option ................................................................................. 12
1.38   Transfers ........................................................................................................................ 12
1.39   Withdrawal Value .......................................................................................................... 12
1.40   Valuation Date ............................................................................................................... 12

**II.   GENERAL PROVISIONS**

2.01   Change of Contract ...................................................................................................... 12
2.02   Change of Fund(s) ........................................................................................................ 13
2.03   Nonparticipating Contract .......................................................................................... 13
2.04   Payments and Elections ............................................................................................. 13
2.05   State Laws ..................................................................................................................... 13
2.06   Control of Contract ...................................................................................................... 13
2.07   Designation of Beneficiary ......................................................................................... 14
2.08   Misstatements and Adjustments ............................................................................... 14
2.09   Incontestability ............................................................................................................. 14
2.10   Grace Period .................................................................................................................. 14
2.11   Individual Certificates ................................................................................................. 14

GMC-VA-98                                        Page 6

## III.   PURCHASE PAYMENT, ACCOUNT VALUE, AND WITHDRAWAL PROVISIONS

3.01   Purchase Payment ............................................................................................... 14
3.02   Certificate Holder's Account ................................................................................ 14
3.03   Accumulation Units - Separate Account .............................................................. 15
3.04   Net Investment Factor(s) - Separate Account ..................................................... 15
3.05   Accumulation Unit Value - Separate Account ...................................................... 15
3.06   Market Value Adjustment (MVA) ......................................................................... 15
3.07   Transfer of Account Value from the Subaccount(s) or Guaranteed Account During the Accumulation
        Period ................................................................................................................. 16
3.08   Notice to the Certificate Holder .......................................................................... 17
3.09   Loans .................................................................................................................. 17
3.10   Systematic Distribution Options ......................................................................... 17
3.11   Death Benefit Amount ......................................................................................... 17
3.12   Death Benefit Options Available to Beneficiary .................................................. 18
3.13   Liquidation of Withdrawal Value ......................................................................... 19
3.14   Deferred Sales Charge ....................................................................................... 19
3.15   Payment of Withdrawal Value ............................................................................. 19
3.16   Payment of Adjusted Account Value ................................................................... 19
3.17   Reinstatement .................................................................................................... 19

## IV.   OPTION PACKAGES

4.01   Election of Option Packages ............................................................................... 20
4.02   Description of Option Package I .......................................................................... 20
4.03   Description of Option Package II ......................................................................... 21
4.04   Description of Option Package III ........................................................................ 23

## V.   ANNUITY PAYOUT PROVISIONS

5.01   Annuity Payout Options ....................................................................................... 25
5.02   Annuity Payment Choices .................................................................................... 26
5.03   Terms of Annuity Payout Options ........................................................................ 27
5.04   Death of Annuitant/Beneficiary ........................................................................... 27
5.05   Annuity Units - Separate Account ....................................................................... 28
5.06   Annuity Unit Value - Separate Account ............................................................... 28
5.07   Annuity Net Return Factor(s) - Separate Account ............................................... 28

GMC-VA-98                                                     Page 7

# I.    DEFINITIONS

**1.01    Account:**

A record that identifies contract values accumulated on each Certificate Holder's behalf.

**1.02    Account Effective Date:**

The date on which an Account is established on a Certificate Holder's behalf.

**1.03    Account Value:**

As of the most recent Valuation Date, the Account Value is equal to the total of the Purchase Payment(s) made to the Account;

(a)    Plus or minus the investment experience for the amount, if any, allocated to one or more of the Subaccounts

(b)    Plus interest added to the amount, if any, allocated to the Guaranteed Account;

(c)    Plus any additional amount deposited to the Account (**see Section IV - OPTION PACKAGES**);

(d)    Less the amount of any Maintenance Fee deducted;

(e)    Less any additional fee(s), charges, or taxes, if applicable, deducted;

(f)    Less any amount(s) withdrawn; and

(g)    Less any amount(s) applied to an Annuity Payout Option.

**1.04    Account Year:**

A period of twelve months measured from the Account Effective Date or an anniversary of such Account Effective Date.

**1.05    Accumulation Period:**

The period during which the Purchase Payment(s) are applied to an Account to provide future Annuity Payment(s).

**1.06    Adjusted Account Value:**

The Account Value plus or minus the aggregate Market Value Adjustment (MVA), if applicable, for the amount(s) allocated to the Guaranteed Account (**see Section III - Market Value Adjustment**).

**1.07    Annuitant:**

The person on whose death, during the Accumulation Period, a death benefit becomes payable and on whose life or life expectancy the Annuity Payments are based under the Contract.

**1.08    Annuity Payment:**

A series of payments for life, a definite period or a combination of the two. The Annuity Payments may be variable or fixed in amount or a combination of both.

**1.09    Annuity Payout Options:**

The Certificate Holder may choose to receive Annuity Payments under one of the following options:

(a)    For the life of one or two persons;

(b)    For a stated period; or

(c)    For some combination of (a) and (b).

**1.10    Annuity Period:**

The period during which Annuity Payments are made.

GMC-VA-98                         Page 8

**1.11    Beneficiary:**

The individual(s) or entity entitled to receive any death benefit due under the Contract. Any designated Beneficiary has the right to name another Beneficiary. If the Account is owned by joint Certificate Holders, the survivor will be deemed the designated Beneficiary and any other Beneficiary on record will then be treated as the primary or contingent Beneficiary, as originally designated, unless and until changed by the new designated Beneficiary.

**1.12    Certificate Holder:**

A person who purchases an interest in this Contract as evidenced by a certificate. Aetna reserves the right to limit ownership to natural persons. If more than one Certificate Holder owns an Account, each Certificate Holder will be a joint Certificate Holder. Joint Certificate Holders have joint ownership rights and both must authorize exercising any ownership rights unless Aetna allows otherwise.

**1.13    Claim Date:**

The date when proof of death and the Beneficiary's entitlement to the death benefit are received in good order at Aetna's home office. This is also the date that the excess of the death benefit over the Account Value, if any, is allocated to the money market fund available through the Separate Account.

**1.14    Code:**

The Internal Revenue Code of 1986, as it may be amended from time to time.

**1.15    Contract:**

This agreement between Aetna and the Contract Holder.

**1.16    Contract Holder:**

The entity to which the Contract is issued.

**1.17    Deferred Sales Charge:**

The charge that is applied to a Purchase Payment(s) upon withdrawal. This charge may be waived under certain circumstances or after a certain length of time (**see Section III - Deferred Sales Charge**).

**1.18    Deposit Period:**

A day, a calendar week, a calendar month, a calendar quarter, or any other period of time specified by Aetna during which a Purchase Payment(s), Transfer(s) and/or Reinvestment(s) may be allocated to one or more Guaranteed Account Guaranteed Terms. Aetna reserves the right to shorten or to extend the Deposit Period.

During a Deposit Period, Aetna may offer any number of Guaranteed Terms and more than one Guaranteed Term of the same duration may be offered.

**1.19    Dollar Cost Averaging:**

A program that permits the Certificate Holder to systematically transfer amounts from one of the available Subaccounts, or an available Guaranteed Account Guaranteed Term, to one or more of the Subaccounts. If the Certificate Holder elects a Guaranteed Account Guaranteed Term available for Dollar Cost Averaging, no MVA applies to amounts transferred under Dollar Cost Averaging. If Dollar Cost Averaging from a Guaranteed Account Guaranteed Term is discontinued before the end of the Dollar Cost Averaging period elected, Aetna will automatically transfer the balance to a Guaranteed Term of the same duration and an MVA will apply. The Certificate Holder may initiate a Transfer to another investment option and an MVA will apply. If a Guaranteed Term of the same duration is not available, Aetna will transfer the amount to the Guaranteed Term with the next shortest duration. If no shorter Guaranteed Term is available, the next longer Guaranteed Term will be used. Aetna reserves the right to establish and change terms and conditions governing Dollar Cost Averaging.

GMC-VA-98                                             Page 9

**1.20    Fund(s):**

The open-end registered management investment companies whose shares are purchased by the Separate Account to fund the benefits provided by the Contract.

The Funds, and the number of Funds, available during the Accumulation Period may be different from those available during the Annuity Period. Aetna reserves the right to limit the number of Funds available at any one time and to limit the number of investment options the Certificate Holder may select during the Accumulation Period and/or during the Annuity Period.

**1.21    General Account:**

The account holding the assets of Aetna, other than those assets held in Aetna's separate accounts.

**1.22    Guaranteed Account:**

A nonunitized separate account, established by Aetna under Section 38a-433 of the Connecticut General Statutes, that holds assets for Guaranteed Terms. There are no discrete units for this account. The Certificate Holder does not participate in any gain or loss resulting from the performance of the investments held in the account. Income, gains or losses realized or unrealized, are gains or losses of Aetna. Aetna liabilities, except for liabilities under this Contract and reserves required by federal and state law, may not be charged against the nonunitized separate account.

**1.23    Guaranteed Rates - Guaranteed Account:**

Aetna will declare the interest rate(s) applicable to a specific Guaranteed Term at the start of the Deposit Period for that Guaranteed Term. The rate(s) are guaranteed by Aetna for the period beginning with the first day of the Deposit Period and ending on the Maturity Date. Guaranteed Rates are credited beginning with the date of allocation. The Guaranteed Rates are annual effective yields. That is, interest is credited daily at a rate that will produce the Guaranteed Rate over the period of a year. No Guaranteed Rate will ever be less than the minimum Guaranteed Rate shown on the **Schedule - Accumulation Period.**

For Guaranteed Terms of one year or less, one Guaranteed Rate is credited for the full Guaranteed Term. For longer Guaranteed Terms, an initial Guaranteed Rate is credited from the date of deposit to the end of a specified period within the Guaranteed Term. There are different Guaranteed Rate(s) declared for subsequent specified time intervals throughout the Guaranteed Term.

Aetna may offer more than one Guaranteed Term of the same duration and credit one with a higher rate contingent upon use only with Dollar Cost Averaging.

**1.24    Guaranteed Term:**

The period of time specified by Aetna for which a specific Guaranteed Rate(s) is offered on amounts invested during a specific Deposit Period. Guaranteed Terms are made available subject to Aetna's terms and conditions, including, but not limited to, Aetna's right to restrict allocations to new Purchase Payments (such as by prohibiting Transfers into a particular Guaranteed Term from any other Guaranteed Term or from any of the Subaccounts, or by prohibiting Reinvestment of a Matured Term Value to a particular Guaranteed Term). More than one Guaranteed Term of the same duration may be offered within the Contract.

**1.25    Guaranteed Term(s) Groups:**

All Guaranteed Account Guaranteed Term(s) of the same duration (from the close of the Deposit Period until the designated Maturity Date).

**1.26    Maintenance Fee:**

The Maintenance Fee **(see Schedule - Accumulation Period)** will be deducted during the Accumulation Period from the Account Value on each anniversary of the Account Effective Date and upon withdrawal of the entire Account.

**1.27    Market Value Adjustment (MVA):**

An adjustment that may apply to an amount withdrawn or transferred from a Guaranteed Account Guaranteed Term prior to the end of that Guaranteed Term. The adjustment reflects the change in the value of the investment due to changes in interest rates since the date of deposit and is computed using the formula given. The adjustment is expressed as a percentage of each dollar being withdrawn **(see Section III- Market Value Adjustment)**.

**1.28    Matured Term Value:**

The amount due on a Guaranteed Account Guaranteed Term's Maturity Date.

**1.29    Maturity Value Transfer:**

During the calendar month following a Guaranteed Account Maturity Date, the Certificate Holder may notify Aetna's home office in writing to Transfer or withdraw all or part of the Matured Term Value, plus accrued interest at the new Guaranteed Rate, from the Guaranteed Account without an MVA. This provision only applies to the first such written request received from the Certificate Holder during this period for any Matured Term Value.

**1.30    Maturity Date:**

The last day of a Guaranteed Account Guaranteed Term.

**1.31    Option Package:**

The version of the Contract selected which defines, among other things, the amount of the mortality and expense risk charge, the calculation of the death benefit, and the availability of certain withdrawals without imposition of a Deferred Sales Charge.

**1.32    Purchase Payment(s):**

The Purchase Payment(s) less premium taxes, if applicable, accepted by Aetna at its home office. Aetna reserves the right to refuse to accept any Purchase Payment at any time for any reason. No advance notice will be given to the Contract Holder or Certificate Holder.

**1.33    Reinvestment:**

Aetna will mail a notice to the Certificate Holder at least 18 calendar days before a Guaranteed Term's Maturity Date. This notice will contain the Terms available during current Deposit Periods with their Guaranteed Rate(s), and projected Matured Term Value. If no specific direction is given by the Certificate Holder prior to the Maturity Date, each Matured Term Value will be reinvested in the current Deposit Period for a Guaranteed Term of the same duration. If a Guaranteed Term of the same duration is unavailable, each Matured Term Value will automatically be reinvested in the current Deposit Period for the next shortest Guaranteed Term available. If no shorter Guaranteed Term is available, the next longer Guaranteed Term will be used. Aetna will mail a confirmation statement to the Certificate Holder the next business day after the Maturity Date. This notice will state the Guaranteed Term and Guaranteed Rate(s) which will apply to the reinvested Matured Term Value.

**1.34    Schedule Effective Date:**

The date that an Option Package becomes effective. This date is indicated on the **Schedule - Accumulation Period**. At initial purchase, this date is the same as the Account Effective Date.

**1.35    Separate Account:**

A separate account that buys and holds shares of the Fund(s). Income, gains or losses, realized or unrealized, are credited or charged to the Separate Account without regard to other income, gains or losses of Aetna. Aetna owns the assets held in the Separate Account and is not a trustee as to such amounts. The Separate Account generally is not guaranteed and is held at market value. The assets of the Separate Account, to the extent of reserves and other contract liabilities of the Separate Account, shall not be charged with other Aetna liabilities.

GMC-VA-98                                      Page 11

**1.36    Subaccount(s):**

The portion of the assets of the Separate Account that is allocated to a particular Fund. Each Subaccount invests in the shares of only one corresponding Fund.

**1.37    Systematic Distribution Option:**

An option elected by the Certificate Holder during the Accumulation Period which establishes a schedule of withdrawals to be made automatically from the Certificate Holder's Account.

**1.38    Transfers:**

The movement of invested amounts among the available Subaccount(s) and/or any Guaranteed Account Guaranteed Term made available, subject to terms and conditions established by Aetna, during the Accumulation Period or the Annuity Period.

**1.39    Withdrawal Value:**

The amount payable by Aetna upon the withdrawal of any portion of an Account.

**1.40    Valuation Date:**

The date and time for which a Subaccount calculates its net asset value, usually from 4:00 p.m. Eastern time each day the New York Stock Exchange is open, to 4:00 p.m. the next such business day.

## II.    GENERAL PROVISIONS

**2.01    Change of Contract:**

Only an authorized officer of Aetna may change the terms of this Contract. Aetna will notify the Contract Holder in writing at least 30 days before the effective date of any change. Any change will not affect the amount or terms of any Annuity Payout Option which begins before the change.

Aetna may make any change that affects the Market Value Adjustment (**see Section III- Market Value Adjustment**) with at least 30 days advance written notice to the Contract Holder and the Certificate Holder. Any such change shall become effective for any new Guaranteed Term and will apply to all present and future Accounts.

Any change that affects any of the following under this Contract will not apply to Accounts in existence before the effective date of the change:

The following will not be changed:

(a)    Account Value
(b)    Guaranteed Rates - Guaranteed Account
(c)    Purchase Payment
(d)    Withdrawal Value
(e)    Transfers
(f)    Net Investment Factor(s) - Separate Account (**see Section III**)
(g)    Minimum Guaranteed Interest Rates (**see Section V**)
(h)    Annuity Unit Value - Separate Account (**see Section V**)
(i)    Annuity Payout Options (**see Section V**).

Any change that affects the Annuity Payout Options and the tables for the Annuity Payout Options may be made:

(a)    No earlier than 12 months after the Account Effective Date; and
(b)    No earlier than 12 months after the effective date of any prior change.

**2.01    Change of Contract (Cont'd):**

Any Account established on or after the effective date of any change will be subject to the change. If the Contract Holder does not agree to any change under this provision, no new Accounts may be established under the Contract. The Contract may also be changed as deemed necessary by Aetna to comply with federal or state law.

**2.02    Change of Fund(s):**

The assets of the Separate Account are segregated by Fund. If the shares of any Fund are no longer available for investment by the Separate Account or if, in our judgment, further investment in such shares should become inappropriate in view of the purpose of the Contract, Aetna may cease to make such Fund shares available for investment under the Contract prospectively, or Aetna may substitute shares of another Fund for shares already acquired. Aetna may also, from time to time, add additional Funds. Any elimination, substitution or addition of Funds will be done in accordance with applicable state and federal securities laws. Aetna reserves the right to substitute shares of another Fund for shares already acquired without a proxy vote.

**2.03    Nonparticipating Contract:**

The Contract Holder, Certificate Holders or Beneficiaries will not have a right to share in the earnings of Aetna.

**2.04    Payments and Elections:**

While the Certificate Holder is living, Aetna will pay the Certificate Holder any Annuity Payments as and when due. After the Certificate Holder's death, or at the death of the first Certificate Holder if the Account is owned jointly, any Annuity Payments required to be made will be paid in accordance with **Section V - Death of Annuitant/Beneficiary**. Aetna will determine other payments and/or elections as of the end of the Valuation Date in which the request is received at its home office. Such payments will be made within seven calendar days of receipt at its home office of a written claim for payment which is in good order, except as provided in **Section III - Payment of Withdrawal Value**.

**2.05    State Laws:**

The Contract and Certificate comply with the laws of the state in which they are delivered. Any withdrawal, death benefit amount, or Annuity Payments are equal to or greater than the minimum required by such laws. Annuity tables for legal reserve valuation shall be as required by state law. Such tables may be different from annuity tables used to determine Annuity Payments.

**2.06    Control of Contract:**

This is a Contract between the Contract Holder and Aetna. The Contract Holder has title to the Contract. Contract Holder rights are limited to accepting or rejecting Contract modifications. The Certificate Holder has all other rights to amounts held in his or her Account.

Each Certificate Holder shall own all amounts held in his or her Account. Each Certificate Holder may make any choices allowed by this Contract for his or her Account. Choices made under this Contract must be in writing. If the Account is owned jointly, both joint Certificate Holders must authorize any Certificate Holder change in writing. Until receipt of such choices at Aetna's home office, Aetna may rely on any previous choices made.

The Contract is not subject to the claims of any creditors of the Contract Holder or the Certificate Holder, except to the extent permitted by law.

The Certificate Holder may assign or transfer his or her rights under the Contract. Aetna reserves the right not to accept assignment or transfer to a nonnatural person. Any assignment or transfer made under the Contract must be submitted to Aetna's home office in writing and will not be effective until accepted by Aetna.

**2.07    Designation of Beneficiary:**

Each Certificate Holder shall name his or her Beneficiary and when designating the Beneficiary may elect to specify in writing the form of payment to the Beneficiary. Aetna will honor the specified form of payment to the extent permitted under section 72(s) of the Code. If the Account is owned jointly, both joint Certificate Holders must agree in writing to the Beneficiary designated. The Beneficiary may be changed at any time. Changes to a Beneficiary must be submitted to Aetna's home office in writing and will not be effective until accepted by Aetna. If the Account is owned jointly, at the death of one joint Certificate Holder, the survivor will be deemed the designated Beneficiary; any other Beneficiary on record will then be treated as a primary or a contingent Beneficiary, as originally designated unless and until changed by the new designated Beneficiary. If a designated Beneficiary defers taking payment of a death benefit, the designated Beneficiary has the right to name another Beneficiary.

**2.08    Misstatements and Adjustments:**

If Aetna finds the age of any Annuitant to be misstated, the correct facts will be used to adjust payments.

**2.09    Incontestability:**

After two years, the Contract will be incontestable.

**2.10    Grace Period:**

The Contract will remain in effect even if Purchase Payments are not continued except as provided in the Payment of Adjusted Account Value provision (**see Section III - Payment of Adjusted Account Value**).

**2.11    Individual Certificates:**

Aetna shall issue a certificate to each Certificate Holder. The certificate will summarize certain provisions of the Contract. Certificates are for information only and are not a part of the Contract.

## III.    PURCHASE PAYMENT, ACCOUNT VALUE, AND WITHDRAWAL PROVISIONS

**3.01    Purchase Payment:**

This amount is the actual Purchase Payment. Aetna reserves the right to pay premium taxes when due and deduct the amount from the Account Value when we pay the tax or at a later date.

Each Purchase Payment will be allocated, as directed by the Certificate Holder, among:

(a)    Guaranteed Account Guaranteed Terms made available, subject to terms and conditions established by Aetna; and/or

(b)    The Subaccount(s) offered through the Separate Account.

For each Purchase Payment, the Certificate Holder shall tell Aetna the percentage of each Purchase Payment to allocate to any available Guaranteed Account Guaranteed Term and/or each Subaccount. Unless different allocation instructions are received for any additional Purchase Payment, the allocation will be the same as for the initial Purchase Payment. If the same Guaranteed Term is no longer available, the Purchase Payment will be allocated to the next shortest Guaranteed Term available in the current Deposit Period. If no shorter Guaranteed Term is available, the next longer Guaranteed Term will be used.

**3.02    Certificate Holder's Account:**

Aetna will maintain an Account for each Certificate Holder.

Aetna will declare from time to time the acceptability and the minimum amount for initial and additional Purchase Payments.

**3.03    Accumulation Units - Separate Account:**

The portion of the Purchase Payment(s) applied to each Subaccount under the Separate Account will determine the number of accumulation units for that Subaccount. This number is equal to the portion of the Purchase Payment(s) applied to each Subaccount divided by the accumulation unit value (**see Section III - Accumulation Unit Value - Separate Account**) for the Valuation Date in which the Purchase Payment is received in good order at Aetna's home office.

**3.04    Net Investment Factor(s) - Separate Account:**

The net investment factor is used to measure the investment performance of a Subaccount from one Valuation Date to the next. The net investment factor for a Subaccount for any Valuation Date is equal to the sum of 1.0000 plus the net investment rate. The net investment rate equals:

(a)    The net assets of the Subaccount on the current Valuation Date, minus

(b)    The net assets of the Subaccount on the preceding Valuation Date, plus or minus

(c)    Taxes or provisions for taxes, if any, attributable to the operation of the Subaccount;

(d)    Divided by the total value of the Subaccount's accumulation and annuity units on the preceding Valuation Date;

(e)    Minus a daily charge at the annual effective rate for mortality and expense risks as stated in the **Schedule - Accumulation Period** and **Schedule - Annuity Period**, and an administrative charge of 0.15% (unless reduced or eliminated) during the Accumulation Period and up to 0.25% during the Annuity Period (currently 0% during the Annuity Period).

The net investment rate may be either positive or negative.

**3.05    Accumulation Unit Value - Separate Account:**

An accumulation unit value is computed by multiplying the net investment factor for the current Valuation Date by the accumulation unit value for the previous Valuation Date. The dollar value of accumulation units, Separate Account assets, and variable Annuity Payments may go up or down due to investment gain or loss.

**3.06    Market Value Adjustment (MVA):**

An MVA will apply to any withdrawal from the Guaranteed Account before the end of a Guaranteed Term when the withdrawal is:

(a)    A Transfer (including a Transfer from a Guaranteed Account Guaranteed Term if Dollar Cost Averaging is discontinued); except for Transfers under Dollar Cost Averaging, or as specified in **Section I - Maturity Value Transfer;**

(b)    A full or partial withdrawal (including a free withdrawal, **see Section III - Deferred Sales Charge**), except for a payment made:

    (1)    Under a Systematic Distribution Option, or

    (2)    Under a qualified Contract, when the amount withdrawn is equal to the required minimum distribution for the Account calculated using a method permitted under the Code and agreed to by Aetna; or

(c)    Due to an election of Annuity Payout Option 1. Only a positive MVA will apply upon election of Annuity Payout Option 2 or 3 (**see Section V - Annuity Payout Options**).

Full and partial withdrawals and Transfers made within six months after the date of the Annuitant's death will be the greater of:

(a)    The aggregate MVA amount which is the sum of all market value adjusted amounts resulting from a withdrawal(s). This total may be greater or less than the Account Value of those amounts; or

(b)    The applicable portion of the Account Value in the Guaranteed Account.

After the six-month period, the withdrawal or Transfer will be the aggregate MVA amount, which may be greater or less than the Account Value of those amounts.

**3.06    Market Value Adjustment (MVA) (Cont'd):**

Market value adjusted amounts will be equal to the amount withdrawn multiplied by the following ratio:

$$\frac{(1 \; + \; i)^{\frac{x}{365}}}{(1 \; + \; j)^{\frac{x}{365}}}$$

Where:

| | |
|---|---|
| i | is the Deposit Period yield |
| j | is the current yield |
| x | is the number of days remaining in the Guaranteed Term, computed from Wednesday of the week of withdrawal. |

The Deposit Period yield will be determined as follows:

(a)    At the close of the last business day of each week of the Deposit Period, a yield will be computed as the average of the yields on that day of U.S. Treasury Notes which mature in the last three months of the Guaranteed Term.

(b)    The Deposit Period yield is the average of those yields for the Deposit Period. If withdrawal is made before the close of the Deposit Period, it is the average of those yields on each week preceding withdrawal.

The current yield is the average of the yields on the last business day of the week preceding withdrawal on the same U.S. Treasury Notes included in the Deposit Period yield.

In the event that no U.S. Treasury Notes which mature in the last three months of the Guaranteed Term exist, Aetna reserves the right to use the U.S. Treasury Notes that mature in the following quarter.

**3.07    Transfer of Account Value from the Subaccount(s) or Guaranteed Account During the Accumulation Period:**

Before an Annuity Payout Option is elected, all or any portion of the Adjusted Account Value of the Certificate Holder's Account may be transferred from any Subaccount or Guaranteed Term of the Guaranteed Account:

(a)    To any other Subaccount; or

(b)    To any Guaranteed Term of the Guaranteed Account made available in the current Deposit Period, subject to terms and conditions specified by Aetna.

Transfer requests can be submitted as a percentage or as a dollar amount. Aetna may establish a minimum transfer amount. Within a Guaranteed Term Group, the amount to be withdrawn or transferred will be withdrawn first from the oldest Deposit Period, then from the next oldest, and so on until the amount requested is satisfied.

The Certificate Holder may make an unlimited number of Transfers during the Accumulation Period. The number of free Transfers allowed by Aetna is shown on the **Schedule - Accumulation Period.** Additional Transfers may be subject to a Transfer fee as shown on the **Schedule - Accumulation Period.**

**3.07**  **Transfer of Account Value from the Subaccount(s) or Guaranteed Account During the Accumulation Period (Cont'd):**

Amounts transferred from the Guaranteed Account under the Dollar Cost Averaging program, or amounts transferred as a Matured Term Value on or within one calendar month of a Maturity Date do not count against the annual Transfer limit.

Amounts allocated to Guaranteed Account Guaranteed Terms may not be transferred to the Subaccounts or to another Guaranteed Term during a Deposit Period or for 90 days after the close of a Deposit Period except for:

(a)     Matured Term Value(s) during the calendar month following the Maturity Date;

(b)     Amounts applied to an Annuity Payout Option;

(c)     Amounts transferred under the Dollar Cost Averaging program;

(d)     Amounts distributed under a Systematic Distribution Option; and

(e)     Amounts transferred by Aetna if Dollar Cost Averaging is discontinued.

**3.08**  **Notice to the Certificate Holder:**

The Certificate Holder will receive quarterly statements from Aetna of:

(a)     The value of any amounts held in:

(1)     The Guaranteed Account; and

(2)     The Subaccount(s) under the Separate Account;

(b)     The number of any accumulation units; and

(c)     The accumulation unit value.

Such number or values will be as of a specific date no more than 60 days before the date of the notice.

**3.09**  **Loans:**

Loans are not available under this Contract.

**3.10**  **Systematic Distribution Options:**

Aetna may, from time to time, make one or more Systematic Distribution Options available during the Accumulation Period. When a Systematic Distribution Option is elected, Aetna will make automatic payments from the Certificate Holder's Account. No Deferred Sales Charge or MVA will apply to the automatic payments made under a Systematic Distribution Option.

Any Systematic Distribution Option will be subject to the following criteria:

(a)     Any Systematic Distribution Option will be made available on the basis of objective criteria consistently applied;

(b)     The availability of any Systematic Distribution Option may be limited by terms and conditions applicable to the election of such Systematic Distribution Option; and

(c)     Aetna may discontinue the availability of a Systematic Distribution Option at any time. Except to the extent required to comply with applicable law, discontinuance of a Systematic Distribution Option will apply only to future elections and will not affect Systematic Distribution Options in effect at the time an option is discontinued.

**3.11**  **Death Benefit Amount:**

The amount of the death benefit is described in **Section IV - OPTION PACKAGES.**

**3.12   Death Benefit Options Available to Beneficiary:**

Prior to any election, or until amounts must be otherwise distributed under this section, the Account Value will be retained in the Account. The Beneficiary has the right to allocate or reallocate any amount to any of the available investment options (subject to an MVA, if applicable). If the Certificate Holder has specified the form of payment to the Beneficiary, the death benefit will be paid as elected by the Certificate Holder in the Beneficiary designation, to the extent permitted by section 72(s) of the Code. If the Certificate Holder has not specified a form of payment, the Beneficiary may elect one of the following options.

(a) When the Certificate Holder is the Annuitant or when the Certificate Holder is a nonnatural person, and the Annuitant dies:

    (1) If the Beneficiary is the surviving spouse, the spousal Beneficiary will be the successor Certificate Holder and may exercise all Certificate Holder rights under the Contract and continue in the Accumulation Period, or may elect (i) or (ii) below. Under the Code, distributions from the Account are not required until the spousal Beneficiary's death. The spousal Beneficiary may elect to:

        (i) Apply some or all of the Adjusted Account Value to an Annuity Payout Option (**see Section V**); or

        (ii) Receive, at any time, a lump sum payment equal to the Adjusted Account Value.

    (2) If the Beneficiary is other than the surviving spouse, then options (i) or (ii) above apply. Any portion of the Adjusted Account Value not applied to an Annuity Payout Option within one year of the death must be distributed within five years of the date of death.

    (3) If no Beneficiary exists, a lump sum payment equal to the Adjusted Account Value must be made to the Annuitant's estate within five years of the date of death.

    (4) If the Beneficiary is an entity, a lump sum payment equal to the Adjusted Account Value must be made within five years of the date of death, unless otherwise permitted by IRS regulation or ruling.

(b) When the Certificate Holder is not the Annuitant and the Certificate Holder dies:

    (1) If the Beneficiary is the Certificate Holder's surviving spouse, the spousal Beneficiary will be the successor Certificate Holder and may exercise all Certificate Holder rights under the Contract and continue in the Accumulation Period, or may elect (i) or (ii) below. Under the Code, distributions from the Account are not required until the spousal Beneficiary's death. The spousal Beneficiary may elect to:

        (i) Apply some or all of the Adjusted Account Value to an Annuity Payout Option (**see Section V**); or

        (ii) Receive, at any time, a lump sum payment equal to the Withdrawal Value.

    (2) If the Beneficiary is other than the Certificate Holder's surviving spouse, then options (i) or (ii) under (1) above apply. Any portion of the death benefit not applied to an Annuity Payout Option within one year of the Certificate Holder's death must be distributed within five years of the date of death.

    (3) If no Beneficiary exists, a lump sum payment equal to the Withdrawal Value must be made to the Certificate Holder's estate within five years of the date of death.

    (4) If the Beneficiary is an entity, a lump sum payment equal to the Withdrawal Value must be made within five years of the date of death, unless otherwise permitted by IRS regulation or ruling.

(c) When the Certificate Holder is a natural person and not the Annuitant and the Annuitant dies, the Beneficiary (or the Certificate Holder if no Beneficiary exists) may elect to:

    (1) Apply all or some of the Adjusted Account Value to an Annuity Payout Option within 60 days of the date of death; or

    (2) Receive a lump sum payment equal to the Adjusted Account Value.

GMC-VA-98

**3.13    Liquidation of Withdrawal Value:**

All or any portion of the Account Value may be withdrawn at any time. Withdrawal requests may be submitted as a percentage of the Account Value or as a specific dollar amount. Purchase Payment amounts are withdrawn first, and then the excess value, if any. Partial withdrawal amounts are withdrawn on a pro rata basis from the Subaccount(s) and/or the Guaranteed Term(s) Groups of the Guaranteed Account in which the Account Value is invested. Within a Guaranteed Term Group, the amount to be withdrawn or transferred will be withdrawn first from the oldest Deposit Period, then from the next oldest, and so on until the amount requested is satisfied.

After deduction of the Maintenance Fee, if applicable, the withdrawn amount shall be reduced by a Deferred Sales Charge, if applicable. An MVA may apply to amounts withdrawn from the Guaranteed Account.

**3.14    Deferred Sales Charge:**

The Deferred Sales Charge only applies to the Purchase Payment(s) portion withdrawn and varies according to the elapsed time since deposit (see Schedule - Accumulation Period). Purchase Payment amounts are withdrawn in the same order they were applied.

No Deferred Sales Charge is deducted from any portion of the Purchase Payment which is paid:

(a)    To a Beneficiary due to the Annuitant's death before Annuity Payments start, up to a maximum of the aggregate Purchase Payment(s) minus the total of all partial surrenders, amounts applied to an Annuity Payout Option and deductions made prior to the Annuitant's date of death;

(b)    For an Annuity Payout Option (see Section V);

(c)    As a distribution under a Systematic Distribution Option;

(d)    For a full withdrawal of the Account where the Account Value is $2,500 or less and no withdrawals have been taken from the Account within the prior 12 months;

(e)    By Aetna under Section III - Payment of Adjusted Account Value;

(f)    Under a qualified Contract when the amount withdrawn is equal to the minimum distribution required by the Code for the Account, calculated using a method permitted under the Code and agreed to by Aetna;

(g)    As a free withdrawal as described in Section IV - OPTION PACKAGES; or

(h)    Under the Nursing Home Waiver, if available, and as described in Section IV - OPTION PACKAGES.

**3.15    Payment of Withdrawal Value:**

Under certain emergency conditions, Aetna may defer payment:

(a)    For a period of up to six months (unless not allowed by state law); or
(b)    As provided by federal law.

**3.16    Payment of Adjusted Account Value:**

Upon 90 days written notice to the Certificate Holder, Aetna will terminate any Account if the Account Value becomes less than $2,500 immediately following any partial withdrawal. Aetna does not intend to exercise this right in cases where an Account is reduced to $2,500 or less solely due to investment performance. A Deferred Sales Charge will not be deducted from the Adjusted Account Value.

**3.17    Reinstatement:**

The Certificate Holder may reinstate the proceeds of a full withdrawal, subject to terms and conditions established by Aetna.

GMC-VA-98                                     Page 19

# IV.    OPTION PACKAGES

The Contract offers three Option Packages regarding calculation of the death benefit and the ability to withdraw money free of Deferred Sales Charge. The Option Package selected is reflected in the **Schedule-Accumulation Period** attached to the Certificate. At initial purchase, the Schedule Effective Date is the same as the Account Effective Date. If, at a later date, the Certificate Holder wishes to replace the current Option Package with another available Option Package, the Certificate Holder may do so upon any anniversary of the Account Effective Date.

A different **Schedule-Accumulation Period** may apply to each Certificate Holder depending upon the Option Package selected.

Below is a description of the ability to elect other Option Packages and the contractual provisions of each Option Package.

## 4.01    Election of Option Packages:

Any Certificate Holder, who meets the applicable minimum Account Value required by Aetna, may elect to replace the Option Package in effect with one of the other available Option Packages. The eligible Certificate Holder may make the election during the sixty day period prior to and including any anniversary of the Account Effective Date. Such election must be made in writing and received in good order at Aetna's home office during the election period.

The effective date of the newly elected Option Package is the anniversary of the Account Effective Date at the end of the sixty day election period. Aetna will issue another Schedule reflecting the new Option Package chosen. The new Schedule will reflect the revisions to the Certificate Holder's benefits during the Accumulation Period, namely:

- The new Schedule Effective Date,
- The revised Charges to Separate Account,
- The calculation of the death benefit, and
- The revised ability to withdraw money free of Deferred Sales Charge

All other Contract features remain in effect from the Account Effective Date.

## 4.02    Description of Option Package I:

### Deferred Sales Charge:

In addition to the events described in Section III - Deferred Sales Charge, the total amount that may be withdrawn each Account Year without a Deferred Sales Charge cannot exceed 10% of the Account Value less:

(1)    Any amount(s) withdrawn and/or requested for withdrawal under a Systematic Distribution Option, or

(2)    Any amount(s) taken as a minimum required distribution as described in **Section III - Deferred Sales Charge.**

### Death Benefit Calculation During the Accumulation Period:

If the Certificate Holder or Annuitant dies before an Annuity Payout Option starts, the Beneficiary is entitled to a death benefit. If the Account is owned jointly, the death benefit applies at the death of the first joint Certificate Holder to die. The amount of the death benefit is determined as follows:

(a)    **Death of the Annuitant.**

The death benefit is the greater of:

(1)    The sum of all Purchase Payment(s) made, adjusted for amount(s) withdrawn or applied to an Annuity Payout Option as of the Claim Date; or

(2)    The Account Value on the Claim Date.

*This is imp.*