**4.02   Description of Option Package I (Cont'd):**

On the Claim Date, if the amount of the death benefit is greater than the Account Value, the amount by which the death benefit exceeds the Account Value will be deposited and allocated to the money market fund available through the Separate Account.

The amount paid to the Beneficiary will equal the Adjusted Account Value on the date the payment request is processed. This amount may be greater or less than the amount of the death benefit on the Claim Date. The Beneficiary may elect a death benefit payment option as permitted in **Section III - Death Benefit Options Available to Beneficiary**.

(b)   <u>Death of the Certificate Holder if the Certificate Holder is not the Annuitant.</u>

On the Claim Date, the amount of the death benefit equals the Account Value.

The amount paid to the Beneficiary will equal the Adjusted Account Value on the date the payment request is processed. A Deferred Sales Charge may apply to any full or partial payment of the death benefit. The Beneficiary may elect a death benefit payment option as permitted in **Section III - Death Benefit Options Available to Beneficiary**.

(c)   <u>Death of a spouse who is the Beneficiary of a Certificate Holder/Annuitant and who becomes a successor Certificate Holder/ Annuitant.</u>

The amount of the death benefit paid to the Beneficiary at the death of a successor Certificate Holder/Annuitant is the greater of the values as described in (a) above except that in calculating (a)(1), the Account Value on the Claim Date for the prior Certificate Holder's death is treated as the initial Purchase Payment.

**Charges to Separate Account:**

   **See Schedule-Accumulation Period.**

**4.03   Description of Option Package II:**

**Deferred Sales Charge:**

In addition to the events described in **Section III - Deferred Sales Charge**, the total amount that may be withdrawn each Account Year without a Deferred Sales Charge cannot exceed 10% of the Account Value less:

(1)   Any amount(s) withdrawn and/or requested for withdrawal under a Systematic Distribution Option, or

(2)   Any amount(s) taken as a minimum required distribution as described in **Section III - Deferred Sales Charge.**

No Deferred Sales Charge is deducted from any portion of the Purchase Payment(s) which is withdrawn:

If the Annuitant has spent at least 45 consecutive days in a licensed nursing care facility and each of the following conditions are met:

(1)   More than one Account Year has elapsed since the Schedule Effective Date; and

(2)   The withdrawal is requested within three years of admission to a licensed nursing care facility.

This waiver does not apply if the Annuitant was in a licensed nursing care facility for at least one day during the two week period immediately preceding or following the Schedule Effective Date.

**4.03    Description of Option Package II (Cont'd):**

**Death Benefit Calculation During the Accumulation Period:**

If the Certificate Holder or Annuitant dies before an Annuity Payout Option starts, the Beneficiary is entitled to a death benefit. If the Account is owned jointly, the death benefit applies at the death of the first joint Certificate Holder to die. The amount of the death benefit is determined as follows:

(a)    **Death of the Annuitant.**

The death benefit is the greatest of:

(1)    The sum of all Purchase Payment(s) made, adjusted for amount(s) withdrawn or applied to an Annuity Payout Option as of the Claim Date; or

(2)    The Account Value on the Claim Date; or

(3)    The "Step-up Value" on the Claim Date.

On the Schedule Effective Date, the Step-up Value is the greater of:

(1)    The Account Value; or

(2)    The Step-up Value, if any, calculated on the anniversary prior to the Schedule Effective Date, adjusted for Purchase Payments(s) made and amount(s) withdrawn or applied to an Annuity Payout Option during the prior Account Year.

Thereafter, on each anniversary of the Schedule Effective Date until the anniversary immediately preceding the Annuitant's 85th birthday or death, whichever is earlier, the Step-up Value is equal to the greater of:

(a)    The Step-up Value most recently calculated, adjusted for Purchase Payment(s) made and amount(s) withdrawn or applied to an Annuity Payout Option during the prior Account Year; or

(b)    The Account Value on that anniversary of the Schedule Effective Date.

On the Claim Date, the Step-up Value shall equal the Step-up Value calculated prior to death. It is adjusted for Purchase Payment(s) made and amount(s) withdrawn or applied to an Annuity Payout Option since the anniversary on which the Step-up Value was calculated.

On the Claim Date, if the amount of the death benefit is greater than the Account Value, the amount by which the death benefit exceeds the Account Value will be deposited and allocated to the money market fund available through the Separate Account.

The amount paid to the Beneficiary will equal the Adjusted Account Value on the date the payment request is processed. This amount may be greater or less than the amount of the death benefit on the Claim Date. The Beneficiary may elect a death benefit payment option as permitted in **Section III - Death Benefit Options Available to the Beneficiary.**

(b)    **Death of the Certificate Holder if the Certificate Holder is not the Annuitant.**

On the Claim Date, the amount of the death benefit equals the Account Value.

The amount paid to the Beneficiary will equal the Adjusted Account Value on the date the payment request is processed. A Deferred Sales Charge may apply to any full or partial payment of the death benefit. The Beneficiary may elect a death benefit payment option as permitted in **Section III - Death Benefit Options Available to the Beneficiary.**

**4.03  Description of Option Package II (Cont'd):**

    (c)  **<u>Death of a spouse who is the Beneficiary of a Certificate Holder/Annuitant and who becomes a successor Certificate Holder/ Annuitant.</u>**

        The amount of the death benefit paid to the Beneficiary at the death of a successor Certificate Holder/Annuitant is the greater of the values as described in (a) above except that:

        (1)  In calculating (a)(1), the Account Value on the Claim Date for the prior Certificate Holder's death is treated as the initial Purchase Payment; and

        (2)  In calculating (a)(3), the Step-up Value on the Claim Date for the prior Certificate Holder's death is the initial Step-up Value.

**Charges to Separate Account:**

    See Schedule-Accumulation Period.

**4.04  Description of Option Package III:**

**Deferred Sales Charge:**

    In addition to the events described in **Section III - Deferred Sales Charge**, the total amount that may be withdrawn each Account Year without a Deferred Sales Charge cannot exceed 10% of the Account Value less:

    (1)  Any amount(s) withdrawn and/or requested for withdrawal under a Systematic Distribution Option, or

    (2)  Any amount(s) taken as a minimum required distribution as described in **Section III - Deferred Sales Charge.**

If the entire 10% of Account Value free of Deferred Sales Charge is not taken in any Account Year, the Certificate Holder may accumulate in successive Account Years the percentage not taken. The amount eligible each Account Year for withdrawal without a Deferred Sales Charge cannot exceed 30% of the Account Value less any amount(s) withdrawn and/or requested for withdrawal under a Systematic Distribution Option, or taken as a minimum required distribution as described in **Section III - Deferred Sales Charge**, during the Account Year.

No Deferred Sales Charge is deducted from any portion of the Purchase Payment(s) which is withdrawn:

    If the Annuitant has spent at least 45 consecutive days in a licensed nursing care facility and each of the following conditions are met:

    (1)  More than one Account Year has elapsed since the Schedule Effective Date; and

    (2)  The withdrawal is requested within three years of admission to a licensed nursing care facility.

    This waiver does not apply if the Annuitant was in a licensed nursing care facility for at least one day during the two week period immediately preceding or following the Schedule Effective Date.

**4.04   Description of Option Package III (Cont'd):**

**Death Benefit Calculation During the Accumulation Period:**

If the Certificate Holder or Annuitant dies before an Annuity Payout Option starts, the Beneficiary is entitled to a death benefit. If the Account is owned jointly, the death benefit applies at the death of the first joint Certificate Holder to die. The amount of the death benefit is determined as follows:

(a)   **Death of the Annuitant.**

The death benefit is the greatest of:

(1)   The sum of all Purchase Payment(s) made, adjusted for amount(s) withdrawn or applied to an Annuity Payout Option as of the Claim Date; or

(2)   The Account Value on the Claim Date; or

(3)   The Step-up Value on the Claim Date; or

(4)   The "Roll-up Value" on the Claim Date.

On the Schedule Effective Date, the Step-up Value is the greater of:

(1)   The Account Value; or

(2)   The Step-up Value, if any, calculated on the anniversary prior to the Schedule Effective Date, adjusted for Purchase Payments(s) made and amount(s) withdrawn or applied to an Annuity Payout Option during the prior Account Year.

Thereafter, on each anniversary of the Schedule Effective Date until the anniversary immediately preceding the Annuitant's 85th birthday or death, whichever is earlier, the Step-up Value is equal to the greater of:

(a)   The Step-up Value most recently calculated, adjusted for Purchase Payment(s) made and amount(s) withdrawn or applied to an Annuity Payout Option during the prior Account Year; or

(b)   The Account Value on that anniversary of the Schedule Effective Date.

On the Claim Date, the Step-up Value shall equal the Step-up Value calculated prior to death. It is adjusted for Purchase Payment(s) made and amount(s) withdrawn or applied to an Annuity Payout Option since the anniversary on which the Step-up Value was calculated.

On the Schedule Effective Date, the Roll-up Value is equal to the Account Value.

Thereafter, on each anniversary of the Schedule Effective Date until the anniversary immediately preceding the Annuitant's 76th birthday or death, whichever is earlier, the Roll-up Value is equal to the Roll-up Value most recently calculated, multiplied by a factor of 1.05, adjusted for Purchase Payment(s) made, and amount(s) withdrawn or applied to an Annuity Payout Option during the prior Account Year. The Roll-up Value may not exceed 200% of the Account Value on the Schedule Effective Date, adjusted for additional Purchase Payments made, and amount(s) withdrawn or applied to an Annuity Payout Option.

On the Claim Date, the Roll-up Value shall equal the Roll-up Value calculated prior to death. It is adjusted for additional Purchase Payment(s) made and amount(s) withdrawn or applied to an Annuity Payout Option since the anniversary on which the Roll-up Value was calculated.

On the Claim Date, if the amount of the death benefit is greater than the Account Value, the amount by which the death benefit exceeds the Account Value will be deposited and allocated to the money market fund available through the Separate Account.

The amount paid to the Beneficiary will equal the Adjusted Account Value on the date the payment request is processed. This amount may be greater or less than the amount of the death benefit on the Claim Date. The Beneficiary may elect a death benefit payment option as permitted in **Section III - Death Benefit Options Available to the Beneficiary.**

**4.04** **Description of Option Package III (Cont'd):**

- (b) **Death of the Certificate Holder if the Certificate Holder is not the Annuitant.**

    On the Claim Date, the amount of the death benefit equals the Account Value.

    The amount paid to the Beneficiary will equal the Adjusted Account Value on the date the payment request is processed. A Deferred Sales Charge may apply to any full or partial payment of the death benefit. The Beneficiary may elect a death benefit payment option as permitted in **Section III - Death Benefit Options Available to the Beneficiary.**

- (c) **Death of a spouse who is the Beneficiary of a Certificate Holder/Annuitant and who becomes a successor Certificate Holder/ Annuitant.**

    The amount of the death benefit paid to the Beneficiary at the death of a successor Certificate Holder/Annuitant is the greater of the values as described in (a) above except that:

    (1) In calculating (a)(1), the Account Value on the Claim Date for the prior Certificate Holder's death is treated as the initial Purchase Payment; and

    (2) In calculating (a)(3), the Step-up Value on the Claim Date for the prior Certificate Holder's death is the initial Step-up Value; and

    (3) In calculating (a)(4), the Roll-up Value on the Claim Date for the prior Certificate Holder's death is the initial Roll-Up Value.

**Charges to Separate Account:**

See Schedule-Accumulation Period.

## V.   Annuity Payout Provisions

**5.01   Annuity Payout Options:**

Annuity Payout Option 1 - Payments for a specified period:

Payments are made for the number of years specified by the Certificate Holder. The number of years must be at least five and not more than 30.

Annuity Payout Option 2 - Life income based on the life of one Annuitant:

When this option is elected, the Certificate Holder must choose one of the following:

(a) Payments cease at the death of the Annuitant;

(b) Payments are guaranteed for a specified period from five to 30 years;

(c) Cash refund: when the Annuitant dies, the Beneficiary will receive a lump sum payment equal to the amount applied to the Annuity Payout Option (less any premium tax, if applicable) less the total amount of Annuity Payments made prior to such death. This cash refund feature is only available if the total amount applied to the Annuity Payout Option is allocated to a fixed Annuity Payment.

**5.01  Annuity Payout Options (Cont'd):**

<u>Annuity Payout Option 3 - Life income based on the lives of two Annuitants:</u>

Payments are made for the lives of two Annuitants, one of whom is designated the primary Annuitant and the other the secondary Annuitant, and cease when both Annuitants have died. When this option is elected, the Certificate Holder must also choose one of the following:

(a)  100% of the payment to continue after the first death;
(b)  66 2/3% of the payment to continue after the first death;
(c)  50% of the payment to continue after the first death;
(d)  100% of the payment to continue after the first death and payments are guaranteed for a period of five to 30 years;
(e)  100% of the payment to continue at the death of the secondary Annuitant and 50% of the payment to continue at the death of the primary Annuitant; or
(f)  100% of the payment continues after the first death with a cash refund feature. When the primary Annuitant and secondary Annuitant die, the Beneficiary will receive a lump sum payment equal to the amount applied to the Annuity Payout Option (less any premium tax) less the total amount of Annuity Payments paid prior to such death. This cash refund feature is only available if the total amount applied to the Annuity Payout Option is allocated to a fixed Annuity Payment.

If a fixed Annuity Payment is chosen under Annuity Payout Option 1, 2 (a) or (b), or 3 (a) or (d), the Certificate Holder may elect, at the time the Annuity Payout Option is selected, an annual increase of one, two or three percent compounded annually.

As allowed under applicable state law, Aetna reserves the right to offer additional Annuity Payout Options.

**5.02  Annuity Payment Choices:**

The Certificate Holder may tell Aetna to apply any portion of the Adjusted Account Value (minus any premium tax, if applicable,) to any Annuity Payout Option. The first Annuity Payment may not be earlier than one calendar year after the initial Purchase Payment nor later than the later of:

(a)  The first day of the month following the Annuitant's 85th birthday; or
(b)  The tenth anniversary of the last Purchase Payment. In lieu of the election of an Annuity Payout Option, the Certificate Holder may tell Aetna to make a lump sum payment.

When an Annuity Payout Option is chosen, Aetna must also be told if payments are to be made other than monthly and whether to pay:

(a)  A fixed Annuity Payment using the General Account;
(b)  A variable Annuity Payment using any of the Subaccount(s) available under this Contract for the Annuity Period; or
(c)  A combination of (a) and (b).

If a fixed Annuity Payment is chosen, the payment rate for the option chosen, shown on the tables immediately following, reflects at least the minimum guaranteed interest rate (**see Schedule - Annuity Period**), but may reflect a higher interest rate.

If a variable Annuity Payment is chosen, the initial Annuity Payment for the option elected reflects the Assumed Interest Rate (AIR) elected (**see Schedule - Annuity Period**). The Certificate Holder must allocate specified amounts among the Subaccounts available during the Annuity Period. Aetna reserves the right to limit the number of Subaccounts available at one time and to limit the number of Subaccounts the Certificate Holder may select during the Annuity Period. Subject to terms and conditions established by Aetna, the Certificate Holder may transfer all or any portion of the amount allocated to a Subaccount to another Subaccount. The number of Transfers allowed without charge each year is shown on **Schedule - Annuity Period.**

Transfer requests must be submitted as a percentage of the allocation among the Subaccounts. Aetna reserves the right to establish a minimum transfer amount. Transfers will be effective as of the Valuation Date in which Aetna receives a transfer request in good order at its home office.

5.03    **Terms of Annuity Payout Options:**

    (a)    When payments start, the age of the Annuitant plus the number of years for which payments are guaranteed must not exceed 95.

    (b)    An Annuity Payout Option may not be elected if the first payment would be less than $50 or if the total payments in a year would be less than $250 (less if required by state law). Aetna reserves the right to increase the minimum first Annuity Payment amount and the minimum annual Annuity payment amount based upon increases reflected in the Consumer Price Index-Urban, (CPI-U) since July 1, 1993.

    (c)    If a fixed Annuity Payment is chosen Aetna will use the applicable current rate if it will provide higher fixed Annuity Payments.

    (d)    For purposes of calculating the guaranteed first payment of a variable or fixed Annuity Payment, the primary Annuitant's and secondary Annuitant's adjusted age will be used. The primary Annuitant's and secondary Annuitant's adjusted age is his or her age as of the birthday closest to the Annuity Payment commencement date reduced by one year for commencement dates occurring during the period of time from July 1, 1993 through December 31, 1999. The primary Annuitant's and secondary Annuitant's age will be reduced by two years for commencement dates occurring during the period of time from January 1, 2000 through December 31, 2009. The primary Annuitant's and secondary Annuitant's age will be reduced by one additional year for Annuity commencement dates occurring in each succeeding decade.

          The attached payment rates for Annuity Payout Options 2 and 3 are based on mortality from 1983 Table a.

    (e)    Assumed Interest Rate (AIR) is the interest rate used to determine the amount of the first Annuity Payment under a variable Annuity Payment as shown on **Schedule - Annuity Period**. The Separate Account must earn this rate plus enough to cover the mortality and expense risks charges (which may include profit) and administrative charges if future variable Annuity Payments are to remain level, (**see Schedule - Annuity Period**).

    (f)    Once elected, Annuity Payments cannot be commuted to a lump sum except for variable Annuity Payments under Annuity Payout Option 1.

5.04    **Death of Annuitant/Beneficiary:**

    (a)    <u>Certificate Holder is the Annuitant</u>: When the Certificate Holder is the Annuitant and the Annuitant dies under Annuity Payout Option 1 or 2(b), or both the primary Annuitant and the secondary Annuitant die under Annuity Payout Option 3(d), any remaining payments will continue to the Beneficiary, or if elected by the Beneficiary and not prohibited by the Certificate Holder in the Beneficiary designation, the present value of any remaining payments will be paid in one sum to the Beneficiary. If Annuity Payout Option 3 has been elected and the Certificate Holder dies, the remaining payments will continue to the successor payee. If no successor payee has been designated, the Beneficiary will be treated as the successor payee. If the Account has joint Certificate Holders, the surviving joint Certificate Holder will be deemed the successor payee.

    (b)    <u>Certificate Holder is not the Annuitant</u>: When the Certificate Holder is not the Annuitant and the Certificate Holder dies, any remaining payments will continue to the successor payee. If no successor payee has been designated, the Beneficiary will be treated as the successor payee. If the Account has joint Certificate Holders, the surviving joint Certificate Holder will be deemed the successor payee.

          If the Annuitant dies under Annuity Payout Option 1 or 2(b), or both the primary Annuitant and secondary Annuitant die under Annuity Payout Option 3(d), any remaining payments will continue to the Beneficiary, or if elected by the Beneficiary and not prohibited by the Certificate Holder in the Beneficiary designation, the present value of any remaining payments will be paid in one sum to the Beneficiary. If Annuity Payout Option 3 has been elected and the Annuitant dies, the remaining payments will continue to the Certificate Holder.

**5.04    Death of Annuitant/Beneficiary (Cont'd):**

    (c)   No Beneficiary Named/Surviving: If there is no Beneficiary, the present value of any remaining payments will be paid in one sum to the Certificate Holder, or if the Certificate Holder is not living, then to the Certificate Holder's estate.

    (d)   If the Beneficiary or the successor payee dies while receiving Annuity Payments, any remaining payments will continue to the successor Beneficiary/payee or upon election by the successor Beneficiary/payee, the present value of any remaining payments will be paid in one sum to the successor Beneficiary/payee. If no successor Beneficiary/payee has been designated, the present value of any remaining payments will be paid in one sum to the Beneficiary's/payee's estate.

    (e)   The present value will be determined as of the Valuation Date in which proof of death acceptable to Aetna and a request for payment is received at Aetna's home office.

**5.05    Annuity Units - Separate Account:**

The number of annuity units is based on the amount of the first variable Annuity Payment which is equal to:

    (a)   The portion of the Account Value applied to pay a variable Annuity Payment (minus any applicable premium tax); divided by

    (b)   1,000; multiplied by

    (c)   The payment rate on the tables immediately following, for the option chosen.

Such amount, or portion, of the variable Annuity Payment will be divided by the appropriate annuity unit value (**see Section V - Annuity Unit Value - Separate Account**) on the tenth Valuation Date before the due date of the first payment to determine the number of annuity units. The number of annuity units remains fixed. Each future payment is equal to the sum of the products of each annuity unit value multiplied by the appropriate number of annuity units. The annuity unit value on the tenth Valuation Date prior to the due date of the payment is used.

**5.06    Annuity Unit Value Separate:**

For any Valuation Date, an annuity unit value is equal to:

    (a)   The value for the previous Valuation Date; multiplied by

    (b)   The annuity net return factor(s) (**see Section V - Net Return Factor(s) - Separate Account**) for the Valuation Date; multiplied by

    (c)   A factor to reflect the AIR (**see Schedule - Annuity Period**).

The annuity unit value and Annuity Payment amount may go up or down due to investment gain or loss.

**5.07    Net Return Factor(s) Separate Account:**

The net return factor(s) are used to compute all variable Annuity Payments for any Subaccount.

The net return factor for each Subaccount is equal to 1.0000000 plus the net return rate.

The net return rate is equal to:

    (a)   The value of the shares of the Subaccount at the end of a Valuation Date; minus

    (b)   The value of the shares of the Subaccount at the start of the Valuation Date; plus or minus

    (c)   Taxes (or reserves for taxes) on the Separate Account (if any); divided by

    (d)   The total value of the annuity units at the start of the Valuation Date; minus

5.07  **Net Return Factor(s) Separate Account (Cont'd):**

    (e)    A daily charge for mortality and expense risks, which may include profit, and a daily administrative charge at the annual rate as shown on **Schedule - Annuity Period.**

A net return rate may be more or less than 0%.

The value of a share of the Subaccount is equal to the net assets of the Subaccount divided by the number of shares outstanding.

Annuity Payments shall not be changed due to changes in the mortality or expense results or administrative charges.

**OPTION 1: Payments for a Specified Period**

| Monthly Amount for Each $1,000* Rates for a Fixed Annuity with a 3% Guaranteed Interest Rate ||||
|---|---|---|---|
| Years | Payment | Years | Payment |
| 5 | $17.91 | 18 | $5.96 |
| 6 | 15.14 | 19 | 5.73 |
| 7 | 13.16 | 20 | 5.51 |
| 8 | 11.68 | 21 | 5.32 |
| 9 | 10.53 | 22 | 5.15 |
| 10 | 9.61 | 23 | 4.99 |
| 11 | 8.86 | 24 | 4.84 |
| 12 | 8.24 | 25 | 4.71 |
| 13 | 7.71 | 26 | 4.59 |
| 14 | 7.26 | 27 | 4.47 |
| 15 | 6.87 | 28 | 4.37 |
| 16 | 6.53 | 29 | 4.27 |
| 17 | 6.23 | 30 | 4.18 |

| First Monthly Amount for Each $1,000* Rates for a Variable Annuity with a 3.5% AIR ||||
|---|---|---|---|
| Years | Payment | Years | Payment |
| 5 | $18.12 | 18 | $6.20 |
| 6 | 15.35 | 19 | 5.97 |
| 7 | 13.38 | 20 | 5.75 |
| 8 | 11.90 | 21 | 5.56 |
| 9 | 10.75 | 22 | 5.39 |
| 10 | 9.83 | 23 | 5.24 |
| 11 | 9.09 | 24 | 5.09 |
| 12 | 8.46 | 25 | 4.96 |
| 13 | 7.94 | 26 | 4.84 |
| 14 | 7.49 | 27 | 4.73 |
| 15 | 7.10 | 28 | 4.63 |
| 16 | 6.76 | 29 | 4.53 |
| 17 | 6.47 | 30 | 4.45 |

| First Monthly Amount for Each $1,000* Rates for a Variable Annuity with a 5% AIR ||||
|---|---|---|---|
| Years | Payment | Years | Payment |
| 5 | $18.74 | 18 | $6.94 |
| 6 | 15.99 | 19 | 6.71 |
| 7 | 14.02 | 20 | 6.51 |
| 8 | 12.56 | 21 | 6.33 |
| 9 | 11.42 | 22 | 6.17 |
| 10 | 10.51 | 23 | 6.02 |
| 11 | 9.77 | 24 | 5.88 |
| 12 | 9.16 | 25 | 5.76 |
| 13 | 8.64 | 26 | 5.65 |
| 14 | 8.20 | 27 | 5.54 |
| 15 | 7.82 | 28 | 5.45 |
| 16 | 7.49 | 29 | 5.36 |
| 17 | 7.20 | 30 | 5.28 |

\* Net of any applicable premium tax deduction

**Option 2: Life Income Based on the Life of One Annuitant**

| Adjusted Age of Annuitant | Monthly Payment Amount for Each $1,000* Rates for a Fixed Annuity with 3% Guaranteed Interest Rate | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Option 2(a): payments for life | | Option 2(b): payments guaranteed 5 years | | Option 2(b): payments guaranteed 10 years | | Option 2(b): payments guaranteed 15 years | | Option 2(b): payments guaranteed 20 years | | Option 2(c): Cash Refund | |
| | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| 50 | $4.27 | $3.90 | $4.26 | $3.90 | $4.22 | $3.89 | $4.17 | $3.86 | $4.08 | $3.82 | $4.04 | $3.78 |
| 51 | 4.34 | 3.97 | 4.33 | 3.96 | 4.30 | 3.95 | 4.23 | 3.92 | 4.14 | 3.88 | 4.10 | 3.84 |
| 52 | 4.43 | 4.03 | 4.41 | 4.03 | 4.37 | 4.01 | 4.30 | 3.98 | 4.20 | 3.93 | 4.16 | 3.89 |
| 53 | 4.51 | 4.10 | 4.50 | 4.10 | 4.45 | 4.08 | 4.37 | 4.04 | 4.26 | 3.99 | 4.23 | 3.95 |
| 54 | 4.60 | 4.18 | 4.59 | 4.17 | 4.54 | 4.15 | 4.45 | 4.11 | 4.32 | 4.04 | 4.29 | 4.01 |
| 55 | 4.70 | 4.25 | 4.68 | 4.25 | 4.62 | 4.22 | 4.53 | 4.18 | 4.39 | 4.11 | 4.37 | 4.07 |
| 56 | 4.80 | 4.34 | 4.78 | 4.33 | 4.72 | 4.30 | 4.61 | 4.25 | 4.45 | 4.17 | 4.44 | 4.13 |
| 57 | 4.91 | 4.42 | 4.89 | 4.41 | 4.82 | 4.38 | 4.69 | 4.32 | 4.51 | 4.23 | 4.52 | 4.20 |
| 58 | 5.03 | 4.52 | 5.00 | 4.51 | 4.92 | 4.47 | 4.78 | 4.40 | 4.58 | 4.30 | 4.61 | 4.28 |
| 59 | 5.15 | 4.61 | 5.12 | 4.60 | 5.03 | 4.56 | 4.87 | 4.48 | 4.65 | 4.37 | 4.69 | 4.35 |
| 60 | 5.28 | 4.72 | 5.25 | 4.70 | 5.14 | 4.66 | 4.96 | 4.57 | 4.71 | 4.44 | 4.78 | 4.43 |
| 61 | 5.43 | 4.83 | 5.39 | 4.81 | 5.27 | 4.76 | 5.06 | 4.66 | 4.78 | 4.51 | 4.88 | 4.52 |
| 62 | 5.58 | 4.95 | 5.53 | 4.93 | 5.39 | 4.87 | 5.16 | 4.75 | 4.84 | 4.58 | 4.98 | 4.60 |
| 63 | 5.74 | 5.08 | 5.69 | 5.05 | 5.53 | 4.98 | 5.26 | 4.85 | 4.90 | 4.65 | 5.09 | 4.70 |
| 64 | 5.91 | 5.21 | 5.85 | 5.18 | 5.66 | 5.10 | 5.36 | 4.95 | 4.96 | 4.72 | 5.20 | 4.80 |
| 65 | 6.10 | 5.36 | 6.03 | 5.32 | 5.81 | 5.22 | 5.46 | 5.05 | 5.02 | 4.79 | 5.31 | 4.90 |
| 66 | 6.30 | 5.51 | 6.21 | 5.47 | 5.96 | 5.36 | 5.56 | 5.16 | 5.08 | 4.86 | 5.44 | 5.01 |
| 67 | 6.51 | 5.67 | 6.41 | 5.63 | 6.12 | 5.50 | 5.66 | 5.26 | 5.13 | 4.93 | 5.56 | 5.12 |
| 68 | 6.73 | 5.85 | 6.62 | 5.80 | 6.28 | 5.65 | 5.77 | 5.37 | 5.18 | 5.00 | 5.70 | 5.24 |
| 69 | 6.97 | 6.04 | 6.84 | 5.98 | 6.44 | 5.80 | 5.86 | 5.49 | 5.23 | 5.06 | 5.84 | 5.37 |
| 70 | 7.23 | 6.25 | 7.07 | 6.18 | 6.61 | 5.97 | 5.96 | 5.60 | 5.27 | 5.12 | 5.98 | 5.51 |
| 71 | 7.51 | 6.47 | 7.32 | 6.39 | 6.79 | 6.14 | 6.05 | 5.71 | 5.31 | 5.18 | 6.14 | 5.65 |
| 72 | 7.80 | 6.71 | 7.58 | 6.62 | 6.96 | 6.32 | 6.14 | 5.83 | 5.34 | 5.23 | 6.30 | 5.80 |
| 73 | 8.12 | 6.98 | 7.85 | 6.86 | 7.14 | 6.50 | 6.23 | 5.94 | 5.37 | 5.28 | 6.47 | 5.96 |
| 74 | 8.46 | 7.26 | 8.14 | 7.12 | 7.32 | 6.69 | 6.31 | 6.04 | 5.40 | 5.32 | 6.65 | 6.13 |
| 75 | 8.82 | 7.57 | 8.45 | 7.40 | 7.50 | 6.89 | 6.38 | 6.14 | 5.42 | 5.35 | 6.83 | 6.31 |

\* Net of any applicable premium tax deduction

## Option 2: Life Income Based on the Life of One Annuitant

| Adjusted Age of Annuitant | First Monthly Payment Amount for Each $1,000*  Rates for a Variable Annuity with 3.5% AIR ||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| | Option 2(a): payments for life || Option 2(b): payments guaranteed 5 years || Option 2(b): payments guaranteed 10 years || Option 2(b): payments guaranteed 15 years || Option 2(b): payments guaranteed 20 years ||
| | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| 50 | $4.56 | $4.20 | $4.55 | $4.19 | $4.51 | $4.18 | $4.45 | $4.15 | $4.36 | $4.11 |
| 51 | 4.64 | 4.26 | 4.62 | 4.25 | 4.58 | 4.24 | 4.51 | 4.21 | 4.42 | 4.16 |
| 52 | 4.72 | 4.32 | 4.70 | 4.32 | 4.66 | 4.30 | 4.58 | 4.26 | 4.48 | 4.21 |
| 53 | 4.80 | 4.39 | 4.79 | 4.38 | 4.74 | 4.36 | 4.65 | 4.32 | 4.53 | 4.27 |
| 54 | 4.89 | 4.46 | 4.87 | 4.46 | 4.82 | 4.43 | 4.73 | 4.39 | 4.59 | 4.32 |
| 55 | 4.99 | 4.54 | 4.97 | 4.53 | 4.91 | 4.50 | 4.80 | 4.46 | 4.65 | 4.38 |
| 56 | 5.09 | 4.62 | 5.07 | 4.61 | 5.00 | 4.58 | 4.88 | 4.53 | 4.72 | 4.44 |
| 57 | 5.20 | 4.71 | 5.17 | 4.70 | 5.10 | 4.66 | 4.96 | 4.60 | 4.78 | 4.50 |
| 58 | 5.32 | 4.80 | 5.29 | 4.79 | 5.20 | 4.75 | 5.05 | 4.68 | 4.84 | 4.57 |
| 59 | 5.44 | 4.90 | 5.41 | 4.88 | 5.31 | 4.84 | 5.14 | 4.76 | 4.91 | 4.63 |
| 60 | 5.57 | 5.00 | 5.53 | 4.99 | 5.42 | 4.93 | 5.23 | 4.84 | 4.97 | 4.70 |
| 61 | 5.71 | 5.11 | 5.67 | 5.09 | 5.54 | 5.03 | 5.32 | 4.93 | 5.03 | 4.77 |
| 62 | 5.86 | 5.23 | 5.81 | 5.21 | 5.66 | 5.14 | 5.42 | 5.02 | 5.09 | 4.84 |
| 63 | 6.02 | 5.36 | 5.97 | 5.33 | 5.79 | 5.25 | 5.51 | 5.11 | 5.16 | 4.91 |
| 64 | 6.20 | 5.49 | 6.13 | 5.46 | 5.93 | 5.37 | 5.61 | 5.21 | 5.21 | 4.98 |
| 65 | 6.38 | 5.64 | 6.31 | 5.60 | 6.07 | 5.49 | 5.71 | 5.31 | 5.27 | 5.05 |
| 66 | 6.58 | 5.79 | 6.49 | 5.75 | 6.22 | 5.63 | 5.81 | 5.41 | 5.32 | 5.12 |
| 67 | 6.79 | 5.95 | 6.69 | 5.91 | 6.38 | 5.76 | 5.91 | 5.52 | 5.38 | 5.18 |
| 68 | 7.02 | 6.13 | 6.89 | 6.08 | 6.53 | 5.91 | 6.01 | 5.63 | 5.42 | 5.25 |
| 69 | 7.26 | 6.32 | 7.11 | 6.26 | 6.70 | 6.06 | 6.11 | 5.74 | 5.47 | 5.31 |
| 70 | 7.52 | 6.53 | 7.35 | 6.45 | 6.86 | 6.23 | 6.20 | 5.85 | 5.51 | 5.37 |
| 71 | 7.80 | 6.75 | 7.59 | 6.66 | 7.03 | 6.39 | 6.29 | 5.96 | 5.54 | 5.42 |
| 72 | 8.09 | 6.99 | 7.85 | 6.89 | 7.21 | 6.57 | 6.38 | 6.07 | 5.57 | 5.47 |
| 73 | 8.41 | 7.26 | 8.12 | 7.13 | 7.38 | 6.75 | 6.46 | 6.17 | 5.60 | 5.51 |
| 74 | 8.75 | 7.54 | 8.41 | 7.39 | 7.55 | 6.94 | 6.53 | 6.28 | 5.63 | 5.55 |
| 75 | 9.12 | 7.85 | 8.71 | 7.66 | 7.73 | 7.13 | 6.61 | 6.38 | 5.65 | 5.59 |

\* Net of any applicable premium tax deduction

## Option 2: Life Income Based on the Life of One Annuitant

| Adjusted Age of Annuitant | First Monthly Payment Amount for Each $1,000* Rates for a Variable Annuity with 5% AIR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Option 2(a): payments for life | | Option 2(b): payments guaranteed 5 years | | Option 2(b): payments guaranteed 10 years | | Option 2(b): payments guaranteed 15 years | | Option 2(b): payments guaranteed 20 years | |
| | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| 50 | $5.48 | $5.12 | $5.46 | $5.11 | $5.41 | $5.09 | $5.34 | $5.06 | $5.24 | $5.01 |
| 51 | 5.55 | 5.17 | 5.53 | 5.17 | 5.48 | 5.14 | 5.40 | 5.11 | 5.29 | 5.05 |
| 52 | 5.63 | 5.23 | 5.61 | 5.23 | 5.55 | 5.20 | 5.46 | 5.16 | 5.34 | 5.10 |
| 53 | 5.71 | 5.30 | 5.69 | 5.29 | 5.62 | 5.26 | 5.53 | 5.22 | 5.40 | 5.15 |
| 54 | 5.80 | 5.37 | 5.77 | 5.36 | 5.70 | 5.33 | 5.60 | 5.27 | 5.45 | 5.20 |
| 55 | 5.89 | 5.44 | 5.86 | 5.43 | 5.79 | 5.39 | 5.67 | 5.34 | 5.51 | 5.25 |
| 56 | 5.99 | 5.52 | 5.96 | 5.51 | 5.87 | 5.47 | 5.74 | 5.40 | 5.56 | 5.31 |
| 57 | 6.10 | 5.60 | 6.06 | 5.59 | 5.97 | 5.54 | 5.82 | 5.47 | 5.62 | 5.37 |
| 58 | 6.21 | 5.69 | 6.17 | 5.67 | 6.06 | 5.62 | 5.90 | 5.54 | 5.68 | 5.42 |
| 59 | 6.33 | 5.79 | 6.29 | 5.77 | 6.17 | 5.71 | 5.98 | 5.61 | 5.74 | 5.48 |
| 60 | 6.46 | 5.89 | 6.41 | 5.87 | 6.28 | 5.80 | 6.06 | 5.69 | 5.79 | 5.55 |
| 61 | 6.60 | 6.00 | 6.55 | 5.97 | 6.39 | 5.90 | 6.15 | 5.77 | 5.85 | 5.61 |
| 62 | 6.75 | 6.11 | 6.69 | 6.08 | 6.51 | 6.00 | 6.24 | 5.86 | 5.91 | 5.67 |
| 63 | 6.91 | 6.23 | 6.84 | 6.20 | 6.64 | 6.10 | 6.33 | 5.95 | 5.96 | 5.73 |
| 64 | 7.09 | 6.37 | 7.00 | 6.33 | 6.77 | 6.22 | 6.42 | 6.04 | 6.02 | 5.80 |
| 65 | 7.27 | 6.51 | 7.18 | 6.46 | 6.91 | 6.34 | 6.52 | 6.13 | 6.07 | 5.86 |
| 66 | 7.47 | 6.66 | 7.36 | 6.61 | 7.05 | 6.46 | 6.61 | 6.23 | 6.12 | 5.92 |
| 67 | 7.68 | 6.82 | 7.55 | 6.76 | 7.20 | 6.60 | 6.70 | 6.33 | 6.16 | 5.99 |
| 68 | 7.91 | 7.00 | 7.76 | 6.93 | 7.35 | 6.74 | 6.80 | 6.43 | 6.21 | 6.04 |
| 69 | 8.15 | 7.19 | 7.98 | 7.11 | 7.51 | 6.89 | 6.89 | 6.54 | 6.25 | 6.10 |
| 70 | 8.41 | 7.39 | 8.21 | 7.30 | 7.67 | 7.04 | 6.97 | 6.64 | 6.28 | 6.15 |
| 71 | 8.69 | 7.62 | 8.45 | 7.51 | 7.83 | 7.21 | 7.06 | 6.74 | 6.32 | 6.20 |
| 72 | 8.99 | 7.86 | 8.70 | 7.73 | 8.00 | 7.38 | 7.14 | 6.85 | 6.35 | 6.25 |
| 73 | 9.31 | 8.12 | 8.97 | 7.97 | 8.16 | 7.55 | 7.21 | 6.95 | 6.37 | 6.29 |
| 74 | 9.65 | 8.41 | 9.26 | 8.23 | 8.33 | 7.73 | 7.29 | 7.04 | 6.39 | 6.33 |
| 75 | 10.02 | 8.72 | 9.55 | 8.50 | 8.50 | 7.92 | 7.35 | 7.14 | 6.41 | 6.36 |

\* Net of any applicable premium tax deduction

## Option 3: Life Income Based on the Lives of Two Annuitants

| Monthly Payment Amount for Each $1,000* Rates for a Fixed Annuity with 3% Guaranteed Interest Rate Primary Annuitant is Female and Secondary Annuitant is Male |||||||| 
|---|---|---|---|---|---|---|---|
| Adjusted Ages || | | | payments guaranteed 10 years | | |
| Primary Annuitant | Secondary Annuitant | Option 3(a) | Option 3(b) | Option 3(c) | Option 3(d) | Option 3(e) | Option 3(f) |
| 55 | 50 | $3.75 | $4.07 | $4.26 | $3.75 | $3.98 | $3.72 |
| 55 | 55 | 3.88 | 4.25 | 4.47 | 3.87 | 4.06 | 3.85 |
| 55 | 60 | 3.99 | 4.44 | 4.71 | 3.98 | 4.12 | 3.94 |
| 60 | 55 | 4.06 | 4.47 | 4.71 | 4.06 | 4.37 | 4.02 |
| 60 | 60 | 4.24 | 4.71 | 4.99 | 4.23 | 4.47 | 4.17 |
| 60 | 65 | 4.38 | 4.97 | 5.32 | 4.38 | 4.54 | 4.29 |
| 65 | 60 | 4.49 | 5.01 | 5.32 | 4.48 | 4.89 | 4.39 |
| 65 | 65 | 4.72 | 5.33 | 5.70 | 4.71 | 5.02 | 4.59 |
| 65 | 70 | 4.93 | 5.68 | 6.15 | 4.91 | 5.14 | 4.74 |
| 70 | 65 | 5.07 | 5.75 | 6.17 | 5.05 | 5.60 | 4.87 |
| 70 | 70 | 5.40 | 6.21 | 6.70 | 5.36 | 5.79 | 5.13 |
| 70 | 75 | 5.69 | 6.68 | 7.32 | 5.62 | 5.96 | 5.29 |
| 75 | 70 | 5.89 | 6.82 | 7.40 | 5.81 | 6.63 | 5.48 |
| 75 | 75 | 6.37 | 7.45 | 8.15 | 6.23 | 6.92 | 5.78 |
| 75 | 80 | 6.78 | 8.11 | 8.99 | 6.54 | 7.15 | 5.93 |

\* Net of any applicable premium tax deduction

## Option 3: Life Income Based on the Lives of Two Annuitants

| First Monthly Payment Amount for Each $1,000* Rates for a Variable Annuity with 3.5% AIR Primary Annuitant Is Female and Secondary Annuitant Is Male | | | | | | |
|---|---|---|---|---|---|---|
| Adjusted Ages | | | | | payments guaranteed 10 years | |
| Primary Annuitant | Secondary Annuitant | Option 3(a) | Option 3(b) | Option 3(c) | Option 3(d) | Option 3(e) |
| 55 | 50 | $4.03 | $4.36 | $4.55 | $4.03 | $4.27 |
| 55 | 55 | 4.16 | 4.54 | 4.76 | 4.15 | 4.34 |
| 55 | 60 | 4.27 | 4.73 | 5.00 | 4.26 | 4.40 |
| 60 | 55 | 4.34 | 4.76 | 5.00 | 4.34 | 4.65 |
| 60 | 60 | 4.51 | 4.99 | 5.27 | 4.50 | 4.74 |
| 60 | 65 | 4.66 | 5.25 | 5.61 | 4.65 | 4.82 |
| 65 | 60 | 4.76 | 5.29 | 5.60 | 4.75 | 5.16 |
| 65 | 65 | 4.99 | 5.61 | 5.99 | 4.98 | 5.30 |
| 65 | 70 | 5.19 | 5.97 | 6.44 | 5.17 | 5.41 |
| 70 | 65 | 5.34 | 6.03 | 6.46 | 5.31 | 5.88 |
| 70 | 70 | 5.67 | 6.49 | 6.99 | 5.62 | 6.07 |
| 70 | 75 | 5.95 | 6.96 | 7.61 | 5.87 | 6.23 |
| 75 | 70 | 6.16 | 7.10 | 7.68 | 6.07 | 6.90 |
| 75 | 75 | 6.64 | 7.73 | 8.43 | 6.48 | 7.19 |
| 75 | 80 | 7.04 | 8.39 | 9.29 | 6.79 | 7.42 |

\* Net of any applicable premium tax deduction

## Option 3: Life Income Based on the Lives of Two Annuitants

| First Monthly Payment Amount for Each $1,000* Rates for a Variable Annuity with 5% AIR Primary Annuitant is Female and Secondary Annuitant is Male | | | | | | |
|---|---|---|---|---|---|---|
| Adjusted Ages | | | | | payments guaranteed 10 years | |
| Primary Annuitant | Secondary Annuitant | Option 3(a) | Option 3(b) | Option 3(c) | Option 3(d) | Option 3(e) |
| 55 | 50 | $4.93 | $5.27 | $5.46 | $4.93 | $5.17 |
| 55 | 55 | 5.04 | 5.44 | 5.66 | 5.04 | 5.23 |
| 55 | 60 | 5.15 | 5.63 | 5.91 | 5.14 | 5.29 |
| 60 | 55 | 5.21 | 5.65 | 5.89 | 5.21 | 5.53 |
| 60 | 60 | 5.37 | 5.87 | 6.16 | 5.37 | 5.62 |
| 60 | 65 | 5.52 | 6.14 | 6.51 | 5.51 | 5.70 |
| 65 | 60 | 5.61 | 6.16 | 6.49 | 5.60 | 6.03 |
| 65 | 65 | 5.83 | 6.49 | 6.87 | 5.82 | 6.15 |
| 65 | 70 | 6.04 | 6.84 | 7.34 | 6.00 | 6.27 |
| 70 | 65 | 6.17 | 6.90 | 7.33 | 6.13 | 6.73 |
| 70 | 70 | 6.49 | 7.35 | 7.87 | 6.44 | 6.91 |
| 70 | 75 | 6.77 | 7.84 | 8.51 | 6.68 | 7.07 |
| 75 | 70 | 6.97 | 7.96 | 8.56 | 6.87 | 7.75 |
| 75 | 75 | 7.45 | 8.60 | 9.33 | 7.27 | 8.04 |
| 75 | 80 | 7.86 | 9.28 | 10.20 | 7.57 | 8.27 |

\* Net of any applicable premium tax deduction

GMC-VA-98                              Page 36

## Option 3: Life Income Based on the Lives of Two Annuitants

| Adjusted Ages | | | | | payments guaranteed 10 years | | |
|---|---|---|---|---|---|---|---|
| Primary Annuitant | Secondary Annuitant | Option 3(a) | Option 3(b) | Option 3(c) | Option 3(d) | Option 3(e) | Option 3(f) |
| 55 | 50 | $3.69 | $4.05 | $4.27 | $3.69 | $4.13 | $3.67 |
| 55 | 55 | 3.88 | 4.25 | 4.47 | 3.87 | 4.25 | 3.85 |
| 55 | 60 | 4.06 | 4.47 | 4.71 | 4.06 | 4.36 | 4.02 |
| 60 | 55 | 3.99 | 4.44 | 4.71 | 3.98 | 4.55 | 3.94 |
| 60 | 60 | 4.24 | 4.71 | 4.99 | 4.23 | 4.70 | 4.17 |
| 60 | 65 | 4.49 | 5.01 | 5.32 | 4.48 | 4.85 | 4.39 |
| 65 | 60 | 4.38 | 4.97 | 5.32 | 4.38 | 5.10 | 4.29 |
| 65 | 65 | 4.72 | 5.33 | 5.70 | 4.71 | 5.32 | 4.59 |
| 65 | 70 | 5.07 | 5.75 | 6.17 | 5.05 | 5.54 | 4.87 |
| 70 | 65 | 4.93 | 5.68 | 6.15 | 4.91 | 5.86 | 4.74 |
| 70 | 70 | 5.40 | 6.21 | 6.70 | 5.36 | 6.18 | 5.13 |
| 70 | 75 | 5.89 | 6.82 | 7.40 | 5.81 | 6.49 | 5.48 |
| 75 | 70 | 5.69 | 6.68 | 7.32 | 5.62 | 6.92 | 5.29 |
| 75 | 75 | 6.37 | 7.45 | 8.15 | 6.23 | 7.40 | 5.78 |
| 75 | 80 | 7.07 | 8.34 | 9.16 | 6.78 | 7.85 | 6.17 |

Monthly Payment Amount for Each $1,000*
Rates for a Fixed Annuity with 3% Guaranteed Interest Rate
Primary Annuitant is Male and Secondary Annuitant is Female

\* Net of any applicable premium tax deduction

## Option 3: Life Income Based on the Lives of Two Annuitants

| Adjusted Ages | | | | | payments guaranteed 10 years | |
|---|---|---|---|---|---|---|
| Primary Annuitant | Secondary Annuitant | Option 3(a) | Option 3(b) | Option 3(c) | Option 3(d) | Option 3(e) |
| 55 | 50 | $3.97 | $4.35 | $4.56 | $3.97 | $4.42 |
| 55 | 55 | 4.16 | 4.54 | 4.76 | 4.15 | 4.54 |
| 55 | 60 | 4.34 | 4.76 | 5.00 | 4.34 | 4.64 |
| 60 | 55 | 4.27 | 4.73 | 5.00 | 4.26 | 4.83 |
| 60 | 60 | 4.51 | 4.99 | 5.27 | 4.50 | 4.98 |
| 60 | 65 | 4.76 | 5.29 | 5.60 | 4.75 | 5.13 |
| 65 | 60 | 4.66 | 5.25 | 5.61 | 4.65 | 5.39 |
| 65 | 65 | 4.99 | 5.61 | 5.99 | 4.98 | 5.60 |
| 65 | 70 | 5.34 | 6.03 | 6.46 | 5.31 | 5.81 |
| 70 | 65 | 5.19 | 5.97 | 6.44 | 5.17 | 6.14 |
| 70 | 70 | 5.67 | 6.49 | 6.99 | 5.62 | 6.47 |
| 70 | 75 | 6.16 | 7.10 | 7.68 | 6.07 | 6.77 |
| 75 | 70 | 5.95 | 6.96 | 7.61 | 5.87 | 7.20 |
| 75 | 75 | 6.64 | 7.73 | 8.43 | 6.48 | 7.68 |
| 75 | 80 | 7.33 | 8.62 | 9.45 | 7.02 | 8.13 |

First Monthly Payment Amount for Each $1,000*
Rates for a Variable Annuity with 3.5% AIR
Primary Annuitant is Male and Secondary Annuitant is Female

* Net of any applicable premium tax deduction

GMC-VA-98                    Page 38

## Option 3: Life Income Based on the Lives of Two Annuitants

| First Monthly Payment Amount for Each $1,000* Rates for a Variable Annuity with 5% AIR Primary Annuitant is Male and Secondary Annuitant is Female | | | | | | |
|---|---|---|---|---|---|---|
| Adjusted Ages | | | | | | |
| Primary Annuitant | Secondary Annuitant | Option 3(a) | Option 3(b) | Option 3(c) | payments guaranteed 10 years Option 3(d) | Option 3(e) |
| 55 | 50 | $4.88 | $5.26 | $5.48 | $4.88 | $5.34 |
| 55 | 55 | 5.04 | 5.44 | 5.66 | 5.04 | 5.43 |
| 55 | 60 | 5.21 | 5.65 | 5.89 | 5.21 | 5.53 |
| 60 | 55 | 5.15 | 5.63 | 5.91 | 5.14 | 5.73 |
| 60 | 60 | 5.37 | 5.87 | 6.16 | 5.37 | 5.86 |
| 60 | 65 | 5.61 | 6.16 | 6.49 | 5.60 | 6.01 |
| 65 | 60 | 5.52 | 6.14 | 6.51 | 5.51 | 6.28 |
| 65 | 65 | 5.83 | 6.49 | 6.87 | 5.82 | 6.47 |
| 65 | 70 | 6.17 | 6.90 | 7.33 | 6.13 | 6.67 |
| 70 | 65 | 6.04 | 6.84 | 7.34 | 6.00 | 7.03 |
| 70 | 70 | 6.49 | 7.35 | 7.87 | 6.44 | 7.33 |
| 70 | 75 | 6.97 | 7.96 | 8.56 | 6.87 | 7.62 |
| 75 | 70 | 6.77 | 7.84 | 8.51 | 6.68 | 8.08 |
| 75 | 75 | 7.45 | 8.60 | 9.33 | 7.27 | 8.55 |
| 75 | 80 | 8.14 | 9.49 | 10.35 | 7.80 | 8.98 |

\* Net of any applicable premium tax deduction