**Aetna Life Insurance and Annuity Company**

**Endorsement**

The Contract and Certificate are endorsed as follows.

Under the heading **Definitions**, add the following as the last sentence in the section titled **Funds**:

Each Aetna GET Fund series is a separate Fund.

Under the heading **Definitions**, add the following:

**Aetna GET Fund Offering Period (Offering Period)**
The period, usually from one to three months, during which the Contract Holder/Certificate Holder, whichever is applicable, may transfer or deposit amounts to an Aetna GET Fund series. Each Aetna GET Fund series has a specified Offering Period. Amounts transferred or deposited prior to the date on which the Guaranteed Period begins are invested in money market instruments.

Aetna reserves the right to state the minimum amount a Contract Holder/Certificate Holder, whichever is applicable, may transfer or deposit to each Offering Period. Aetna also reserves the right to extend an Offering Period or accept transfers or deposits to an Aetna GET Fund series during the series' Guaranteed Period.

**Aetna GET Fund Guaranteed Period (Guaranteed Period)**
For each Aetna GET Fund series, the period for which the Aetna GET Fund Guarantee applies. The Guaranteed Period ends on the Maturity Date.

**Aetna GET Fund Maturity Date (Maturity Date)**
The date on which a series' Guaranteed Period ends and GET Fund Accumulation Units for the series are liquidated.

In **Section III. Purchase Payment, Account Value and Withdrawal Provisions,** add the following:

**Aetna GET Fund Offering Period**
Aetna will specify a minimum total asset amount required at the end of an Offering Period to offer an Aetna GET Fund series. If the minimum is not achieved, Aetna reserves the right to not start the Guaranteed Period.

If an Aetna GET Fund series is terminated, Aetna will send written notification of the termination to all Participants who have made transfers or deposits to that Aetna GET Fund series. Notice will be mailed no later than 15 calendar days after the end of the Offering Period. Participants then have 45 days from the end of the Offering Period to redirect amounts in the terminated Aetna GET Fund series to one or more investment options available under the Contract. During this time, GET Fund assets are invested in money market instruments. If no election is made by the end of the 45-day period, at the next Valuation Period, Aetna will transfer the amount in the terminated Aetna GET Fund series to the money market fund.

Aetna reserves the right to specify a maximum total asset amount for an Aetna GET Fund series. If the maximum is achieved, Aetna also reserves the right to set a date on which it will stop accepting transfers or deposits for that Aetna GET Fund series. Aetna will announce the date on which it will stop accepting transfers and deposits ten calendar days prior to that date.

**Aetna GET Fund Guarantee**
On the Maturity Date of each Aetna GET Fund series, the GET Fund Accumulation Unit Value for that series will not be less than the GET Fund Accumulation Unit Value determined at the close of business on the last day of the Offering Period. If necessary, Aetna will transfer funds from its General Account to the Aetna GET Fund series to offset any shortfall in the GET Fund Accumulation Unit Value. The Aetna GET Fund Guarantee does not apply to withdrawals or transfers made before the Maturity Date.

EVAGET98                                    1

If Aetna GET Fund Accumulation Units are adjusted at any time during an Aetna GET Fund Guaranteed Period, the Aetna GET Fund Guarantee will be restated. The restated Aetna GET Fund Guarantee will be calculated so that it is equivalent to the original Aetna GET Fund Guarantee for that series.

**Aetna GET Fund Maturity Date**
Prior to the Maturity Date for each Aetna GET Fund series, Aetna sends a written notice of the date to all Contract Holders/Certificate Holders, whichever are applicable, who have Account Value in that series. Contract Holders/Certificate Holders must then inform Aetna of the investment option(s) to which to transfer that Account Value. If a Contract Holder/Certificate Holder does not make an election, on the Maturity Date Aetna will transfer the Account Value to the then available Aetna GET Fund series' Offering Period. If no Offering Period is available, Aetna will transfer the Account Value to the fund or funds designated by Aetna.

Add the following subsection to the section titled **Net Investment Return Factor(s) Separate Account:**

(f)     Minus a fee for the Aetna GET Fund Guarantee which is deducted daily during the Guaranteed Period. The fee, which is determined prior to the beginning of each series' Offering Period, is as shown on Schedule-Accumulation Period.

Add the following paragraph to the section titled **Transfer of Account Value from the Subaccount(s) or Guaranteed Account During the Accumulation Period:**

A transfer or withdrawal from an Aetna GET Fund series before the Maturity Date will be based on the GET Fund Accumulation Unit Value for the next Valuation Date following the date on which Aetna receives a transfer request in good order at its home office.

On **Schedule - Accumulation Period**, add the following under the heading **Separate Account:**

**Charge for Aetna GET Fund Guarantee**
The daily charge for the Aetna GET Fund Guarantee will be at an annual rate of [0.25%]

Endorsed and made part of the Contract or Certificate on the Effective Date.

*Thomas J M'Inerney*

President
Aetna Life Insurance and Annuity Company

# Ætna

## Aetna Life Insurance and Annuity Company

Home Office: 151 Farmington Avenue

P.O. Box 30670

Hartford, Connecticut 06150-0670

(800) 531-4547

### Group Variable, Fixed, or Combination Annuity Contract
### Nonparticipating

ALL PAYMENTS AND VALUES PROVIDED BY THE GROUP CONTRACT, WHEN BASED ON INVESTMENT EXPERIENCE OF A SEPARATE ACCOUNT, ARE VARIABLE AND ARE NOT GUARANTEED AS TO FIXED DOLLAR AMOUNT. AMOUNTS ALLOCATED TO THE GUARANTEED ACCOUNT, IF WITHDRAWN BEFORE THE GUARANTEED TERM MATURITY DATE, MAY BE SUBJECT TO A MARKET VALUE ADJUSTMENT. THE MARKET VALUE ADJUSTMENT MAY RESULT IN AN INCREASE OR A DECREASE IN THE ACCOUNT VALUE. THE MARKET VALUE ADJUSTMENT FORMULA DOES NOT APPLY TO A GUARANTEED TERM AT THE TIME OF ITS MATURITY.

GMC-VA-98

# NEW ENGLAND

Application to New England Variable Life Insurance Company (NELICO), Boston, Massachusetts for a Variable Annuity

For Company Use Only
No. VA35143

## 1 Annuitant

Name (Print as it should appear in the contract) **WAFA REYAD**

Street Address **2077 CENTER AVE. #22D**

City **FORT LEE**    State **NJ**    Zip **07024**

Social Security _____ 0790

Date of Birth: month ___ day ___ year 4 5

Sex: ☐ Male  ☒ Female

## 2 Owner(s)

☒ Individual   ☐ Trust/Corporation   ☐ Joint Owners

**a.**
First **WAFA**  Middle  Last **REYAD**

Street Address **2077 CENTER AVE. #22D**

City **FORT LEE**   State **NJ**   Zip **07024**

Social Security/T.I.N. _____ 0790

Date of Birth: month ___ day ___ year 4 5

Sex: ☐ Male  ☒ Female

**b.**   S.S. -0730

First _____ Last _____

Street Addr _____

City _____ Zip _____

Social Secu _____

Date of Birth: month ___ day ___ year

☐ Male  ☐ Female

## 3 Beneficiary  (For a Trust, Trustee is Beneficiary)

**Primary:**   Spouse of  ☐ 2a  ☐ 2b  ☐ NA

Name **SHERIF D. REYAD**    Social Security Number **2615**

~~Secondary~~   Spouse of  ☐ 2a  ☐ 2b  ☐ NA

Name **DINA R. ABOUSABE**    Social Security Number **-4931**

## 4 Contingent Annuitant

If jointly owned and neither Owner is the Annuitant, indicate which Owner is to be the Contingent Annuitant:

☐ 2a  ☐ 2b

If individually owned and the Owner and Annuitant are different, the Owner is the Contingent Annuitant.

## 5 Type of contract

☐ IRA Rollover
☐ IRA   ☐ SEP
Apply toward _____ tax yr.

☒ Retirement Savings
☐ Other: _____

## 6 Purchase Payment(s)

A Single payment of $ **1,500** and

a) Bill $ _____
☐ Monthly  ☐ Quarterly  ☐ Semi-annual  ☐ Annual

Billing Address:  ☐ 2a  ☐ 2b  ☐ Other:
(If applicable)

or  b) ☒ MSA No. _____
☐ ACH (Automated Clearinghouse)

## 7 Allocation

Please allocate my payment(s) as follows: (use whole percentages)

| | |
|---|---|
| Back Bay Advisors Bond Income | 10 % |
| Back Bay Advisors Money Market | % |
| Loomis Sayles Avanti Growth | % |
| Westpeak Value Growth | % |
| Loomis Sayles Small Cap | % |
| Salomon Brothers U.S. Government | 10 % |
| Loomis Sayles Balanced | 25 % |
| Alger Equity Growth | 20 % |
| Draycott International Equity | % |
| Venture Value | 10 % |
| Salomon Brothers Strategic Bond Opportunities | 10 % |
| Fixed Account | % |
| Morgen Stanley Intrl Magnum Equity Series | 10 % |
| Westpeak Growth & Income Series | 5 % |

Minimum allocation is 10%.    Total **100** %

NEV APP-31-94    AGS

C-1

## 8 Additional Information

_____

_____

_____

_____

**Administrative Office Use:**
Additions and Amendments

6. $1500 Monthly
   MSA 2/3860683

★ 11. Prospectus - yes

## 9 Trust Data

Date of Trust [ ] [ ] [ ] [ ] [ ] [ ]
              month   day    year

Trust T.I.N. [ ] [ ] [ ] [ ] [ ] [ ] [ ]

Name of Trustee(s)

_____

_____

## 10 Maturity

Maturity Date will be age 85 if the contract is issued in PA or NY. Otherwise, the Maturity Date will be age 95. The age at Maturity is based on the oldest of the Owner(s) and the Annuitant.

No deposits will be accepted within 7 years of the Maturity Date, except in PA and NY, or beyond age 85.

## 11 Signatures

Will the annuity applied for replace one or more existing annuity or life insurance contracts? ☒ No    ☐ Yes (explain in section 8)

**ANNUITY PAYMENTS OR SURRENDER VALUES, WHEN BASED UPON THE INVESTMENT EXPERIENCE OF A SEPARATE ACCOUNT, ARE VARIABLE AND NOT GUARANTEED AS TO A FIXED DOLLAR AMOUNT.**
☐ RECEIPT OF A VARIABLE ANNUITY AND FUND PROSPECTUS IS HEREBY ACKNOWLEDGED.

**General.** To the best of my knowledge and belief, the answers recorded are true and complete. My agreement in writing is required to any change made by the Company as to information in the Application.

**When the Contract Takes Effect.** The contract will take effect as of the latest of: (a) the date of the Application; (b) the date the first purchase payment and first premium for any riders are paid; and (c) any date of issue that is requested; provided that this Application can be approved by the Company as submitted.

Signed at ___Fort Lee, NJ___    On ___4-15-99___    ___Wafa Reyad___
            City, State                (month/day/year)              Owner Signature

_____
Joint Owner Signature

Do you have reason to believe that replacement or change of any existing insurance or annuity may be involved?    ☐ Yes    ☒ No

Does Annuitant appear to be in good health and mentally competent? *(If No, give details in separate memo)*    ☒ Yes    ☐ No

_____        IP - 973 117 0
Registered Representative Signature          State License Identification Number

Accepted by the Company at the Administrative Office by: _____    Date: _____
                                                         Principal Signature          (month/day/year)

**ALL PURCHASE PAYMENTS MUST BE MADE PAYABLE TO THE COMPANY: Do Not Make Checks Payable To The Registered Representative Or Leave The Payee Blank.**

C-2

NEW ENGLAND FINANCIAL
A MetLife Affiliate
501 BOYLSTON STREET
BOSTON, MA 02116-3700

Case 3:00-cv-00835-CFD    Document 523-15    Filed 08/07/2007    Page 7 of 27

New England Life
Insurance Company

## Flexible Purchase Payment Deferred Variable Annuity Contract

**Annuitant**
WAFA REYAD

**Contract Number**
V435143

**Payment Option**

VARIABLE LIFE INCOME,
10 YEARS CERTAIN

---

**New England Life Insurance Company** Agrees to pay **monthly income to the Annuitant under the Payment Option shown in Section 1 starting on the Maturity Date unless Death Proceeds or full Surrender Proceeds have been paid; and** to provide **the other rights and benefits of the Contract.**

These agreements are subject to all of the provisions of the Contract.

Signed on the Date of Issue for the Company at its Home Office,
501 Boylston Street
Boston, MA 02117

*President*

*Secretary*

**Flexible Purchase Payment Deferred Variable Annuity Contract**
• Monthly income is payable starting on the Maturity Date.
• The Death Proceeds are payable if an Owner dies before the Maturity Date, unless the Contract is in force under a Payment Option or is continued under the Continuation provision. (See Death Proceeds provision in Section 8.)
• Purchase payments can be paid to the Company before the Maturity Date, before Death Proceeds are paid, and before full surrender, subject to the Amount and Frequency provision in Section 3.
• Purchase payments can be increased or decreased from time to time, subject to the Amount and Frequency provision in Section 3.

**Please Read Your Contract Carefully**
This is a legal contract between you and the Company.

Monthly payments and other values provided by this Contract, when based on the investment performance of a separate investment account, are variable; they are not guaranteed as to dollar amount.

**Ten Day Right to Return the Contract**
When the Contract is issued, you have 10 days after you receive it from the Company to review it. Within those 10 days, you can return the Contract to the Company or its Agent for any reason. If you return the Contract: any Contract Value on the date you return the Contract will be paid to you; and the Contract will be cancelled from the start.

---

V80-W

## Contract Provisions

## Alphabetical Guide

*Section*

1  Contract Schedule
2  Contract
3  Purchase Payments
4  The Variable Account
5  The Fixed Account
6  Contract Value
7  Owner, Beneficiary and
   Contingent Annuitant
8  Payment of Benefits
9  Payment Options
10 Variable Payment Option
   Tables
•  Riders, if any
•  Copy of the Application
•  Amendments and
   Endorsements

*Section*

6   Accumulation Units
6   Accumulation Unit Value
8   Amount of Variable
    Monthly Payments
6   Annual Administration Fee
7   Annuitant, Contingent
8   Annuity Unit
8   Annuity Unit Value
7   Assignments
8   Assumed Interest Factor
8   Assumed Interest Rate
7   Beneficiary
8   Benefits, Payment of
4   Change of Eligible Funds
2   Claims of Creditors
6   Contingent Deferred
    Sales Charges
7   Contingent Annuitant
2   Contract
1, 2 Contract Date
6   Contract Value
8   Death Proceeds
5   Fixed Account
9   Fixed Payment Options
1, 8 Maturity Date
8   Maturity Proceeds
6   Net Investment Factor
3   Net Purchase Payments
4   New England Zenith Fund
7   Owner
2   Periodic Reports
3   Purchase Payments
1   Schedule, Contract
8   Continuation
4   Sub-accounts
6   Surrender of the Contract
7   Suspension of Payments
4   Transfer Option
6   Valuation Dates
6   Valuation Periods
10  Variable Payment Option Tables
9   Variable Payment Options

**New England Life
Insurance Company**

| 1. Contract Schedule | **Owner and Beneficiary**<br>As named in the Application or as later changed. See the Owner and Beneficiary Section of the Contract. |
|---|---|

**Annuitant**
WAFA REYAD

**Contract Date**
April 7, 1999

**Contract Number**
V435143

**Sex; Date of Birth**
FEMALE;          1945

**Date of Issue**
April 7, 1999

**Payment Option**
 VARIABLE LIFE INCOME,
 10 YEARS CERTAIN

**Maturity Date**
August 25, 2040

MINIMUM GUARANTEED DEATH BENEFIT RECALCULATION DATES: October 7 ; April 7

Total Purchase Payments Per Year
 Based on the Purchase Payment Mode and Amount
 Shown in the Application: $18,000.00

Maximum Contingent Deferred Sales Charge (See Section 6): Each purchase payment is subject to a charge for 7 years from the date the payment is received by the Company.

| During Year | Charge |
|---|---|
| 1 | 7.0% |
| 2 | 6.0% |
| 3 | 5.0% |
| 4 | 4.0% |
| 5 | 3.0% |
| 6 | 2.0% |
| 7 | 1.0% |
| Thereafter | 0% |

CONTINGENT ANNUITANT.  As named in the Application or as later changed. See the Contingent Annuitant provision in Section 7.

AGS-98

*Daniel D. Jordan*   *Secretary*

## 2. Contract

### The Contract
This Annuity Contract is a legal contract between the Owner of the Contract (called "you") and New England Life Insurance Company (called the "Company"). The Contract, which includes the attached Application, is the entire contract between you and the Company. All Riders are listed in Section 1. A change in or waiver of the provisions of the Contract must be signed by the President or the Secretary of the Company to be valid.

### Payments Under the Contract
All Contract amounts are in dollars of the United States of America. Payments by the Company under the Contract will be made from the Home Office of the Company.

### Dates
Contract years, months and anniversaries are all measured from the Contract Date. The Contract Date is shown in Section 1.

### Claims of Creditors
The Contract and payments under it will be exempt from the claims of creditors to the extent allowed by law.

### Not Contestable
This Contract is not contestable.

### Periodic Reports
The Company will send you an annual report which will show: the number of Accumulation Units, if any, standing to the credit of the Contract; the applicable Accumulation Unit Values; the Contract Value; and any other information required by law or regulation.

The Company will send you all reports required by applicable laws and regulations.

### Expense and Mortality Experience
Regardless of the Company's expense and mortality experience, the charges specified in this Contract will not be increased.

### Annuity Contract
The Company reserves the right to make any change to the provisions of this Contract to comply with or give the Owner or Beneficiary the benefit of any federal or state law, rule or regulation. This includes, but is not limited to, requirements for annuity contracts under the Internal Revenue Code (for example, the requirements for distribution on the death of a holder) or the laws of any state.

## 3. Purchase Payments

### Payment
Purchase payments are your payments to the Company for the Contract. Payments are to be made at the Home Office of the Company. A receipt for payment signed by the Secretary of the Company will be given on request. The Contract will not be in force until the first purchase payment is paid. Following payment of the first purchase payment, the Contract will be in force by its terms; and failure to make subsequent purchase payments will not cause the Contract to lapse.

The premium for any Rider is not a purchase payment for the Contract and is payable in addition to the purchase payment.

### Amount and Frequency
Your purchase payments can be made in any amounts, except that:

- No payment can be less than $250 except with the consent of the Company; and
- The Company reserves the right to limit purchase payments in any contract year to three times the amount per year shown, if the Purchase Payment Amount in Section 1 is shown as an amount per year; and
- The Company reserves the right to limit purchase payments to the Purchase Payment Amount, if the Purchase Payment Amount in Section 1 is shown as a Single Payment.

No payment can be made:

- Within seven years of the Maturity Date; or
- After a living Owner is age 86; or
- After the Annuitant is age 86, if the Contract is not owned by a person; or
- If the Contract is being continued under Beneficiary Continuation; or
- If the Contract is in force under a Payment Option.

You can arrange for purchase payments to be scheduled on dates which are the first day of annual, semi-annual, or quarterly payment periods, or at any other frequency agreed to by the Company.

### Net Purchase Payments
A net purchase payment is equal to:

- The purchase payment paid;
  LESS
- Any applicable state premium tax.
  (See the State Premium Tax Charge provision of Section 6.)

## 4. The Variable Account

### New England Variable Annuity Separate Account

The New England Variable Annuity Separate Account (called "the Account") is a separate investment account established by the Company in accordance with Delaware law. The assets of the Account are owned by the Company. The assets of the Account will be used to provide values and benefits under this Contract and similar contracts, but the Account is not chargeable with liabilities arising out of any other business the Company may conduct.

### Sub-Accounts

The Account consists of sub-accounts, each of which is invested in shares of one series of the New England Zenith Fund or its successor or any other investment company in which the Account is invested. Shares of a series are purchased for a sub-account at their net asset value.

The Contract's first investment in the Account will be made as of the latest of:

- The Contract Date;
- The date the first purchase payment is received by the Company at its Home Office; and
- The effective date of the election of a sub-account.

Each future net purchase payment allocated to the Account will be applied as of the date it is received by the Company at its Home Office. Each transfer to a sub-account will be applied as of the date the transfer request is received by the Company at its Home Office. (See Transfer Option provision.)

Each distribution of income, dividends and capital gains from a series to the Account will be reinvested for the benefit of the owners of the contracts at net asset value in shares of the series which made the distribution.

The Contract Value at any time cannot be allocated among more than 10 sub-accounts, except with the consent of the Company; and the Fixed Account will be counted in the limit of 10.

The values of a contract depend on: the investment performance of the series in which the sub-accounts are invested; and the interest credited to the Fixed Account. You bear the investment risk for amounts invested in the sub-accounts for your Contract.

### Election of Sub-Accounts

You elect the sub-accounts in which the Contract Value is invested. The series that are available as of the Date of Issue are listed in the then current prospectus for the Account.

### Change in Series

The Company can add or remove series as sub-account investments as permitted by law. When a change is made, the Company will send you: a revised prospectus for the Account which will describe all of the series then available under the Contract in the New England Zenith Fund or its successor or any other investment company in which the Account is invested; and any notice required by law.

When a series is removed, the Company has the right to substitute a different series in which the sub-account will then invest the value of the removed series.

### Transfer Option

You can transfer the Contract's existing share of a sub-account to or from a sub-account or the Fixed Account, subject to the Company's rules for transfers. The Company will permit: at least four transfers in each contract year in which the Contract is not in force under a Payment Option; and at least one transfer in each contract year in which the Contract is in force under a Variable Payment Option. These transfers will not be subject to a transfer charge. However, the Company reserves the right to charge for each additional transfer. Any transfer charge will be no greater than: $10 per transfer made in years prior to 2006; $15 per transfer made in years 2006 through 2015; $25 per transfer made in years 2016 through 2025; and $50 per transfer made in each year thereafter. Each transfer is subject to: a maximum daily transfer limit that will never be less than $250,000; and a minimum transfer limit that will never be more than $1,000. However, the Company may allow: additional transfers; daily transfers greater than $250,000; and transfers of less than $1,000.

There are certain transfers that the Company considers "market timing". These are transfers under different contracts that are being requested under Powers of Attorney with a common attorney-in-fact or that are in the Company's determination based on the recommendation of a common investment adviser or broker/dealer. If you choose to participate in market timing, the Company may restrict your transfers as follows: the Company may combine all related market timing transfers requested on the same day for all contracts and owners when applying the limit on the maximum daily transfer amount; and the Company may limit the frequency of market timing transfers resulting from a common attorney-in-fact, investment adviser, or broker/dealer to once every 30 days for any contract using that market timing "service". Requests for transfers can be made in writing or by telephone. The Company is not responsible for the authenticity of transfer instructions received by telephone.

**Rights Reserved by the Company**
The Company reserves the right to take certain actions subject to compliance with law and, if required, the approval of the owners of the contracts. These actions are: (a) to create new investment accounts; (b) to combine any two or more separate investment accounts, including the Account; (c) to invest the assets of the Account other than in the New England Zenith Fund; (d) to invest some or all of the assets of the Account in any other investment company chosen by New England Life Insurance Company; (e) to remove a series in which the subaccount is invested or to substitute a different series; (f) to operate the Account as a management investment company and to charge investment advisory fees under the Investment Company Act of 1940 or in any other form permitted by law; and (g) to deregister the Account under the Investment Company Act of 1940 if registration is no longer required.

## 5. The Fixed Account

**The Fixed Account**
The Fixed Account is part of the general account of the Company.

If you elect the Fixed Account, the first date on which money is applied to the Fixed Account for the Contract is the latest of:

- The Contract Date;
- The date the first purchase payment is received by the Company at its Home Office; and
- The effective date of the election of the Fixed Account.

Each future net purchase payment allocated to the Fixed Account will be applied as of the date it is received by the Company at its Home Office. Each transfer to the Fixed Account will be applied as of the date the transfer request is received by the Company at its Home Office. (See the Restriction of Payments and Transfers to the Fixed Account provision.)

For each transfer from the Fixed Account, the Contract's share of the Fixed Account will be reduced by the amounts (plus the interest credited to the amounts) most recently applied to the Fixed Account.

For each surrender from the Fixed Account, the Contract's share of the Fixed Account will be reduced by the amounts (plus the interest credited to the amounts) in the same order in which they were applied to the Fixed Account.

**Fixed Account Interest**
The rate of interest for each amount applied to the Fixed Account will be the rate set by the Company in advance for the date the amount is applied to the Fixed Account. This rate will apply for 12 months. Thereafter, each year a new rate will apply to the amount plus the interest credited to the amount. The new rate will be the renewal rate set by the Company in advance for that date and will apply for 12 months. No rate will be less than the rate equivalent to an annual effective rate of 3%.

Interest will be credited to the Fixed Account on a daily basis.

**Restriction of Payments and Transfers to the Fixed Account**
The Company reserves the right to restrict payments and transfers to the Fixed Account for the Contract:

- If the effective annual rate of interest that would apply to the payment or transfer is 3%; or
- If the Contract's value in the Fixed Account equals or exceeds $500,000.

For 180 days from the date of any transfer out of the Fixed Account: you cannot make any transfers to the Fixed Account; and the Company reserves the right to restrict payments to the Fixed Account for the Contract.

**Transfers Out of the Fixed Account**
Each contract year you can transfer a limited portion of the Contract's value in the Fixed Account to the sub-accounts, subject to the Company's published limits on the number and amount of transfers. (See Section 4.) Requests for transfers can be made in writing or by telephone. The Company is not responsible for the authenticity of transfer instructions received by telephone. Except with the consent of the Company, the transfer will be limited to the greater of: 25% of the Contract's value in the Fixed Account at the end of the first day of the contract year; and the amount transferred out of the Fixed Account in the prior contract year.

For 180 days from the date of any transfer out of the Fixed Account, you cannot make any transfers to the Fixed Account.

**Election of the Fixed Account**
You can elect to have future net purchase payments applied to the Fixed Account. You can change the election for future net purchase payments at any time by notice to the Company in writing. (See the Restriction of Payments and Transfers to the Fixed Account provision.)

**Postponement of Surrenders, Partial Surrenders and Transfers From the Fixed Account**
The Company can postpone for six months from the date of request: the payment of the portion of the Contract's Surrender Proceeds and partial surrender proceeds which is in the Fixed Account; and transfers from the Fixed Account. The effective date of the transfer is the date on which values are transferred from the Fixed Account.

## 6. Contract Value

### Contract Value

On or before the Maturity Date and while the Contract is in force other than under a Payment Option, the Contract Value is equal to: the number of Accumulation Units standing to the credit of the Contract multiplied by the applicable Accumulation Unit Value(s); plus the Contract's value in the Fixed Account.

The Contract Value is not increased by the cash value of any Rider, unless stated in the Rider.

The Contract's Value in the Fixed Account is equal to (a) plus (b) minus (c); where

- (a) is equal to the portion of the net purchase payments applied to the Fixed Account;

    PLUS

    the total of transfers into the Fixed Account for the Contract;

- (b) is equal to any interest credited for the Contract to the Fixed Account; and

- (c) is equal to the total of partial surrenders made from the Fixed Account for the Contract;

    PLUS

    the total of transfers out of the Fixed Account for the Contract;

    PLUS

    the total of any charges deducted for transfers and partial surrenders from the Fixed Account for the Contract.

### Purchase Payments Allocated to the Account

Each net purchase payment allocated to the Account will be credited in the form of Accumulation Units to the sub-accounts you elect. The number of Accumulation Units credited to a sub-account will be equal to the portion of the net purchase payment credited to that sub-account divided by the Accumulation Unit Value for that sub-account for the applicable Valuation Period.

### Accumulation Unit Value

An Accumulation Unit Value is determined for each sub-account of each Valuation Period. The Accumulation Unit Value of each sub-account for its first Valuation Period was set at $1.00 taking into account the performance history of the underlying investment company. Each Accumulation Unit Value for each later Valuation Period is equal to:

- The Net Investment Factor for that Valuation Period;

    TIMES

- The Accumulation Unit Value for the immediately preceding Valuation Period.

The Net Investment Factor depends on the investment performance of the sub-accounts elected and can be greater or less than one. Therefore, the Accumulation Unit Value can increase or decrease.

### Net Investment Factor

The Net Investment Factor for each sub-account for each Valuation Period is determined by dividing (a) by (b) and subtracting (c) from the result; where:

- (a) is equal to the net asset value per share of the series held in the sub-account as of the end of that Valuation Period;

    PLUS

    the per share amount of all dividend and capital gains distributions made by the series held in the sub-account if the ex-dividend date occurs during that Valuation Period;

    PLUS or MINUS

    a per share charge or credit for any reserve for taxes which the Company determines to apply to the sub-account and to this Contract;

- (b) is equal to the net asset value per share of the series held in the sub-account for the immediately preceding Valuation Period;

    PLUS or MINUS

    a per share charge or credit for any reserve for taxes which the Company determines to apply to the sub-account and to this Contract; and

- (c) is equal to .0000369863 times the number of days in that Valuation Period.

The daily deduction of .0000369863 is equal to .0135 on an annual basis. The deduction of .0135 on an annual basis consists of: .007 for mortality risk assumptions; and .0055 for expense risk assumptions; and .001 for an administrative asset charge.

**Valuation Periods and Valuation Dates**
Values for a date depend on the time of day for which they are to be determined; they will be determined with respect to each sub-account as of the next occurring end of a Valuation Period. A Valuation Period for each sub-account is a period:

- Which starts on a Valuation Date at the time of day specified by the applicable series for determining the net asset value of its shares; and
- Which ends on the next succeeding Valuation Date at that time of day.

Each day the New York Stock Exchange is open for trading is a Valuation Date.

**Annual Fees**
The Company will charge an annual Administration Fee equal to the lesser of: 2% of the Contract Value; $30; and the Contract's value in the sub-accounts. The fee for a contract year will be charged on the first day of the next contract year unless:

- The Contract Value is at least $50,000 at the end of the contract year; or
- The total purchase payments made less surrenders taken in the contract year were at least $1,000 and the Contract Value at the end of the prior contract year was at least $25,000; or
- The Contract is in force under a Payment Option; or
- The Contract is being continued under Beneficiary Continuation.

If the Contract is surrendered or matures on a date which is not a contract anniversary, the charge will be the pro rata portion of the fee for the period beyond the most recent contract anniversary.

The fee will be charged against the sub-accounts proportionately. The portion of the fee charged to each sub-account will reduce the number of Accumulation Units standing to the credit of the Contract in that sub-account.

The fee will not be charged against the Fixed Account.

**Surrender of the Contract**
While the Contract is in force other than under a Payment Option, you can surrender the Contract at any time prior to the Maturity Date by notice to the Company in writing. Upon surrender, the Contract will terminate. The Surrender Proceeds will be equal to: the Contract Value as of the Surrender Date; less any Administration Fee; less any Contingent Deferred Sales Charge; and less any State Premium Tax Charge. The Surrender Date is the date on which the Company receives at its Home Office:

- Written request in proper form for surrender and payment in one sum; or
- Written request in proper form for surrender and payment under one of the Payment Options; or any later date that may be specified in the request. (See Payment of Benefits, Section 8.)

You can also make a partial surrender, but the consent of the Company will be required if: the remaining Contract Value would be less than $1,000; or if the amount of partial surrender is less than the minimum allowed by the Company. The minimum will not be greater than $1,000; however, the Company may allow a lower amount. A partial surrender will reduce the Contract's share of the sub-accounts and the Fixed Account proportionately, unless you request otherwise. A partial surrender will reduce the Minimum Guaranteed Death Benefit (see Section 8) proportionately to the reduction in the Contract Value.

**Contingent Deferred Sales Charges**
A Contingent Deferred Sales Charge will apply to certain partial or full surrender transactions.

When one of these transactions occurs, the Company will determine if a Charge applies. If a Charge applies, the Charge will be calculated as if purchase payments were surrendered in the same order in which they were made. The Charge is equal to the sum of: each purchase payment to be considered surrendered in the calculation; times the appropriate percentage from the table in Section 1. The total purchase payments subject to a Charge in the future will not be decreased as a result of the surrender of the Free Surrender Amount (see below).

V80–W

No Charge will be deducted in the event of:

* Maturity of the Contract; or
* Payment of the Death Proceeds; or
* Surrender 30 days or more from the Contract Date, if the proceeds are applied: for a period of at least 15 years to the Income for Specified Number of Years Option or to the Income Payment to Age 100 Option; or to the Life Income Option; or to the Life Income for Two Lives Option.

In each contract year, the Free Surrender Amount will be exempt from any Contingent Deferred Sales Charge. The Free Surrender Amount is equal to the greater of: 10% of the Contract Value on the first day of the contract year; and the excess of the Contract Value over purchase payments subject to the Contingent Deferred Sales Charge on the date of surrender.

In no event will the total Charges exceed 8% of the first $50,000 of purchase payments made under the Contract plus 6.5% of purchase payments in excess of $50,000 made under the Contract.

**State Premium Tax Charge**
A State Premium Tax Charge, as required by law, will be deducted from: proceeds applied to a Payment Option; Death Proceeds; and partial and full surrenders. The charge will equal the proceeds times the appropriate state premium tax rates. The Company reserves the right to deduct state premium taxes from purchase payments. (See the Net Purchase Payment provision of Section 3.)

V80-W

## 7. Owner, Beneficiary and Contingent Annuitant

### Owner

The Owner of the Contract is named in the Application (see copy attached); but, with the consent of the Company the Owner can be changed. The new Owner will succeed to all rights of the Owner, including the right to make a further change of Owner. Joint Owners can be named. In this Contract "you" means the Owner, whether an Owner is a person, a partnership, a corporation, a fiduciary or any other legal entity. At the death of an Owner, Death Proceeds will be paid unless the Contract is continued under the Continuation provision.

If an Owner is not a person, the Annuitant will be treated as the Owner for the purposes of the Death Proceeds provision. (See Section 8.)

### Beneficiary

The Death Proceeds will be paid to the Beneficiary if an Owner dies before the Maturity Date, unless the Contract is in force under a Payment Option or is continued under the Continuation provision. The Beneficiary is named in the Application (see copy attached); but, the Beneficiary can be changed before the Death Proceeds become payable. The Beneficiary has no rights in the Contract until the death of an Owner. A person must be living when the Death Proceeds become payable to qualify as Beneficiary. If none survives and the Contract had joint Owners, the proceeds will be paid to the surviving Owner; otherwise, the proceeds will be paid to the estate of the Owner. The Beneficiary can also be a corporation, a partnership, a fiduciary, or any other legal entity.

### Change of Owner or Beneficiary

A change of Owner or Beneficiary must be in written form satisfactory to the Company, and must be dated and signed by the Owner making the change. The change will be subject to all payments made and actions taken by the Company under the Contract before the signed change form is received by the Company at its Home Office.

### Assignments

An absolute assignment of the Contract by the Owner is a change of Owner and Beneficiary to the assignee; but upon an absolute assignment after the Annuitant's death, the Contingent Annuitant must be an Owner of the Contract. A collateral assignment of the Contract by the Owner is not a change of Owner or Beneficiary; but their rights will be subject to the terms of the assignment. Assignments will be subject to all payments made and actions taken by the Company before a signed copy of the assignment form is received by the Company at its Home Office. The Company will not be responsible for determining whether or not an assignment is valid.

### Designation of Owner and Beneficiary

A numbered sequence can be used to name successive Beneficiaries. Co-Beneficiaries will receive equal shares unless otherwise stated. Joint Owners have equal rights under the Contract.

In naming Owners or Beneficiaries, unless otherwise stated:

- "Child" includes an adopted or posthumous child;
- "Provision for issue" means that if a Beneficiary is not living when Death Proceeds are paid, the share of that Beneficiary will be taken by his or her living issue by right of representation; and
- A family relation such as "wife", "husband", or "child" means the relation to the Annuitant.

At the time for payment of benefits the Company can rely on an affidavit of any Owner or other responsible person to determine family relations or members of a class.

V80—W

## 8. Payment of Benefits

**Contingent Annuitant**

A Contingent Annuitant must be named in the Application: if the Annuitant is not an Owner of the Contract; and if an Owner is a person. The Contingent Annuitant must be an Owner of the Contract. The Contingent Annuitant cannot be changed after the death of the Annuitant.

**Death of Annuitant**

If the Owner is a person and if the Annuitant dies before the Contract is in force under a Payment Option, the Contract will continue for the benefit of the Contingent Annuitant. The Maturity Date will then be the contract anniversary on which the older Owner will be the maximum maturity age allowed by the Company.

If the Owner is not a person, the Annuitant will be treated as Owner for the purposes of the Death Proceeds provision. (See Section 8.)

**Maturity Date**

The Maturity Date is shown in Section 1.

**Maturity Proceeds**

The Maturity Proceeds will be equal to: the Contract Value on the Maturity Date; less any Administration Fee; and less any State Premium Tax Charge (see Section 6).

If the annuitant who is to receive monthly income benefits under the Contract is living on the Maturity Date, the Company will apply the Maturity Proceeds to the Payment Option shown in Section 1, with that individual as Payee.

Before the Maturity Date you can elect in writing that on the Maturity Date the Maturity Proceeds will instead be:

• Paid in one sum; or

• Applied to any other Payment Option.

**Death Proceeds**

If an Owner is not a person, the Annuitant will be treated as the Owner for the purposes of the Death Proceeds provision.

If an Owner dies before the Maturity Date, the Company will pay a death benefit to the Beneficiary, unless the Contract is in force under a Payment Option or is continued under the Continuation provision. The Death Proceeds will equal the greater of:

• The Contract Value as of the Death Valuation Date; and

• The Minimum Guaranteed Death Benefit.

On the date the first purchase payment for the Contract is received, the Minimum Guaranteed Death Benefit is equal to the purchase payment. Thereafter, the Minimum Guaranteed Death Benefit will be: increased by any purchase payment made; and decreased by the percentage of any Contract Value surrendered.

Also, on the seventh anniversary and every seventh year anniversary thereafter, except as noted below, the Minimum Guaranteed Death Benefit will be recalculated. On each of these days the Minimum Guaranteed Death Benefit is equal to the greater of: the Minimum Guaranteed Death Benefit before the recalculation; and the Contract Value on the date of recalculation. If the Owner is not a person, the Minimum Guaranteed Death Benefit will be recalculated until the Annuitant is age 76. If the Contract is jointly owned, and both Owners are living, the Minimum Guaranteed Death Benefit will be recalculated until an Owner is age 71. Otherwise, it will be recalculated until the Owner is age 76.

The Death Valuation Date is the later of:

• The date on which the Company receives at its Home Office proof of death of that Owner; and

• The date on which the Company receives at its Home Office election of continuation of the contract or of payment in one sum or under a Payment Option; provided that if no election has been received by the end of the 90th day after the date proof of death was received, the Company will deem the following to have been elected on the 90th day: Spousal Continuation, if the surviving spouse qualifies for this right; or otherwise, Beneficiary Continuation, if the Beneficiary qualifies for this right; or otherwise, payment in one sum.

The Death Proceeds will be paid in one sum unless: all or part of the proceeds is applied to a Payment Option; or the Contract is continued under the Continuation provision. The obligations of the Company are subject to all payments made and actions taken by the Company before receipt by the Company at its Home Office of proof of the death.

Death Proceeds cannot be applied to the Variable Life Income for Two Lives Option or to the Variable Income Payment to Age 100 Option.

Upon payment of Death Proceeds, the Contract will terminate.

**Death of Owner on or After the Maturity Date**
If the Owner dies on or after the Maturity Date and before the entire interest has been distributed to the Annuitant, then the entire remaining interest must be distributed at least as quickly as under the method of distribution being used on the date of death of the Owner.

**Continuation**
The Company offers two types of Continuation rights: Spousal Continuation; and Beneficiary Continuation.

The Company must receive written notice of the election of one of these continuation rights by the end of the 90th day after it received proof of death. If the surviving spouse qualifies for Spousal Continuation and has not elected a method of payment for the Death Proceeds by the end of the 90 day period, election of Spousal Continuation will be deemed to have been elected on the 90th day. If a Beneficiary who does not qualify for Spousal Continuation but does qualify for Beneficiary Continuation, has not elected a method of payment for the Death Proceeds by the end of the 90 day period: election of Beneficiary Continuation will be deemed to have been elected on the 90th day; and the Contract will be continued for that Beneficiary; and the continued Contract will have a Maturity Date equal to the fifth anniversary of the Owner's death.

**Spousal Continuation**
The Contract can be continued under Spousal Continuation if the surviving spouse is less than age 95 and if:

(a) There are two joint owners and they are married to each other; and

One of the joint owners dies before the Contract is in force under a Payment Option; and

Both joint owners were the only named primary Beneficiaries on the date of death; or

(b) The Owner is a person; and

The Owner dies; and

The Owner's spouse is the only named primary Beneficiary on the Owner's date of death.

If the Contract is continued under Spousal Continuation: the Death Proceeds will not be paid; the surviving spouse will be the Owner; the surviving spouse will be the Annuitant, if the deceased Owner had been the Annuitant; and the surviving spouse will be the Contingent Annuitant, if the deceased Owner had been the Contingent Annuitant. The Maturity Date will then be the contract anniversary on which the surviving spouse (or Annuitant if older) will be the maximum maturity age allowed by the Company. No Contingent Deferred Sales Charge will apply to the Contract if: the Maturity Date is changed as a result of the election of Spousal Continuation; and a purchase payment was made less than seven years from the new Maturity Date.

**Beneficiary Continuation**

When Death Proceeds become payable, the Beneficary can elect: a one sum payment of the Death Proceeds; or the continuance of the Contract with a Maturity Date equal to the fifth anniversary of the Owner's death (see below); or a Payment Option. Payments under the Payment Option: must be payable for the life of the Beneficiary or for a term which is not longer than the life expectancy of the Beneficiary; and must start within one year after the death of the Owner.

The Contract can be continued under Beneficiary Continuation by a Beneficiary whose share of the Death Proceeds is at least equal to the Company's minimum for this right. This minimum shall be no greater than the Company's then current minimum for newly issued variable annuity contracts.

If the Contract is continued under Beneficiary Continuation: the Death Proceeds will not be paid to any Beneficiary continuing his/her share of the Proceeds; the Death Proceeds continued in the Contact will be allocated in the same proportion as the Contract Value was allocated to the sub-accounts and Fixed Account on the Death Valuation Date: each Beneficary will have the right to make transfers and partial and full surrenders of his/her share of the Contract; the Maturity Date will be the fifth anniversary of the Owner's death and cannot be changed; no purchase payments can be made; no Contingent Deferred Sales Charge will apply to the Contract; no Annual Fee will be deducted; and the Death Benefit during the period of continuation for each Beneficary will be equal to the Beneficiary's share of the Contract Value on his/her Death Valuation Date. The Death Valuation Date is the date on which the Company receives at its Home Office proof of death of the Beneficiary. The Death Benefit payable at the Beneficiary's death will be paid in a one sum payment.

On the Maturity Date each living Beneficiary will receive his/her share of the Contract Value in a one sum payment and the Contract will terminate.

During the continuation period the Beneficary can elect: to receive his/her share of the Contract in a one sum payment; or to apply his/her share of the Contract to a Payment Option. Payments under the Payment Option: must be payable for the life of the Beneficiary or for a term which is not longer than the life expectancy of the Beneficiary; and must start within one year after the death of the Owner.

**Suspension of Payments**

The Company can suspend payment of any amounts due under the Contract when permitted under applicable Federal laws, rules and regulations.

**Election of Payment Options; Option Date**
The election of a Payment Option and the naming of the Payee must be in written form satisfactory to the Company. You can make or change or revoke the election before the Death Proceeds become payable or the Maturity Date, whichever occurs first. The Option Date is the effective date of the Payment Option, as stated in the form on which you made your choice.

**Payee**
A Payee is a person, a corporation, a partnership, a fiduciary or any other legal entity entitled to receive payment in one sum or under a Payment Option.

**Election By Payees**
Any proceeds payable upon surrender or maturity of the Contract can be applied to any Payment Option at the election of the Payee. Any Death Proceeds can be applied to a Variable Income for Specified Number of Years or Variable Life Income Payment Option at the election of the Payee. Further, subject to the consent of the Company, any Payee who is entitled to receive proceeds in one sum at the death of a prior Payee, or upon withdrawal of the proceeds, can elect to apply the proceeds to a Payment Option.

**Rights of Payees**
A Payee under the Variable Income for a Specified Number of Years and the Variable Income Payment to Age 100 Payment Options has the right to change to the Variable Life Income Payment Option.

A Payee under the Variable Income for a Specified Number of Years and the Variable Income Payment to Age 100 Payment Options has the right to withdraw the commuted value of payments certain. See the third paragraph of the Contingent Deferred Sales Charge provision in Section 6. If the Charge was waived when the Surrender Proceeds were applied to the Payment Option, the commuted value will be reduced by a portion of the Charge that was waived. The amount deducted from the commuted value will equal: (a) the Charge that was waived; TIMES (b) the number of whole months remaining from the date of the commutation until the date when the Charge would be zero; DIVIDED BY the number of whole months that were remaining when the Surrender Proceeds were applied to the Payment Option until the date when the Charge would be zero.

The Payee under the Variable Life Income or the Variable Life Income for Two Lives Payment Options can withdraw the commuted value of the payments certain. See the third paragraph of the Contingent Deferred Sales Charge provision. If the Charge was waived when the Surrender Proceeds were applied to the Payment Option, the commuted value will be reduced by a portion of the Charge that was waived. The amount deducted from the commuted value will equal: (a) the Charge that was waived; TIMES (b) the number of whole months remaining from the date of the commutation until the date when the Charge would be zero; DIVIDED BY the number of whole months that were remaining when the Surrender Proceeds were applied to the Payment Option until the date when the Charge would be zero.

No Payee can assign or withdraw the commuted value of payments under any Fixed Payment Option.

**Payments in One Sum**
Amounts payable in one sum will be payable:

• As of the Surrender Date in case of surrender;

• As of the Death Valuation Date in case of the payment of Death Proceeds;

• As of the Maturity Date in case of maturity;

• As of the date the request is received by the Company at its Home Office in case of request for withdrawal of amounts under Payment Options; or

• As of the date proof of death of the Payee is received by the Company at its Home Office in case of an amount to be paid in one sum at the death of the Payee.

An amount payable in one sum from the Account will be paid within 7 days of the date it is payable, subject to the Suspension of Payments provision.

**Limitations**
If instalments under an Option would be less than the Company's published minimum, proceeds can be applied to a Payment Option only with the consent of the Company.

V80–W

## Variable Life Income Options

Variable Life Income Options are based on the age of the Payee on the Payee's birthday nearest the Option Date and on the Assumed Interest Rate selected. The Company will require proof of age. The Life Income Payments will be based on rates not less than the rates shown in the Variable Life Income Tables (Section 10).

## Amount of Variable Monthly Payments

The amount of the first monthly payment under a Variable Payment Option is equal to:

* The number of thousands of dollars of proceeds applied to the Option;
        TIMES
* The monthly payment rate per $1,000 for the Option.

The amount of each later monthly payment is equal to the number of Annuity Units times the applicable Annuity Unit Values for the most recent Valuation Period which ended at least 14 days prior to the date the payment is due.

## Annuity Units; Annuity Unit Values

The number of Annuity Units credited under a Variable Payment Option is equal to the amount of the first monthly payment divided by the applicable Annuity Unit Value(s) as of the Option Date. The number of Annuity Units remains constant; except that: (a) the number is adjusted to reflect different Annuity Unit Values upon transfer of an interest of the Contract in a sub-account to another sub-account; and (b) the number decreases by one-third at the death of the first Payee under the Joint and 2/3 to Survivor Variable Life Income Option.

The Annuity Unit Values depend on the Assumed Interest Rate and on the Net Investment Factor. An Annuity Unit Value is determined for each sub-account for each Valuation Period. The Annuity Unit Value of each sub-account for its first Valuation Period was set at $1.00 taking into account the performance history of the underlying investment company. Each Annuity Unit Value for each later Valuation Period is equal to:

* The Annuity Unit Value for the immediately preceding Valuation Period;
        TIMES
* The Net Investment Factor for that Valuation Period;
        TIMES
* The daily Assumed Interest Factor for each day in that Valuation Period.

The Net Investment Factor depends on the investment performance of the series held in the sub-accounts elected. The Net Investment Factor multiplied by the Assumed Interest Factor can be greater or less than one. Therefore, the Annuity Unit Values can increase or decrease.

## Choice of an Assumed Interest Rate

The amount of each monthly payment under a Variable Payment Option depends on an Assumed Interest Rate. In the election of any of these Options, the effective annual Assumed Interest Rate chosen can be:

* 0%; or
* 3 1/2%; or
* 5%, if allowed by applicable law or regulation.

If no choice is made, an effective annual interest rate of 3 1/2% will be used as the Assumed Interest Rate. The rates shown in Sections 9 and 10 for the Options are based on the 3 1/2% rate. The daily Assumed Interest Factor derived from an effective annual Assumed Interest Rate of 3 1/2% is 0.9999058.

**Correction of Benefits if Age Incorrect**

If the age of the Payee under a Life Income Option has not been correctly stated, the benefits will be corrected to the amounts which the proceeds would have provided for the correct age. Any amount by which the payments by the Company have been too large or too small, with interest at an effective annual interest rate of 6% per year compounded yearly, will be:

- Charged against the next payment or payments if the payments have been too large; or
- Added to the next payment if the payments have been too small.

**Death of Payee**

Amounts to be paid after the death of a Payee under a Payment Option will be paid as due to the successor Payee. If there is no successor Payee, amounts to be paid in one sum, or the commuted value of any unpaid payments certain, will be paid in one sum to the estate of the last Payee to die.

**Commutation Rate for Variable Payment Options**

The interest rate used to compute the commuted value of any unpaid payments certain will be the Assumed Interest Rate. Each payment under a Variable Payment Option will be assumed to be equal to the number of Annuity Units times the applicable Annuity Unit Value.

See the third paragraph of the Contingent Deferred Sales Charge provision in Section 6. If the Charge was waived when the Surrender Proceeds were applied to the Payment Option, the commuted value will be reduced by a portion of the Charge that was waived. The amount deducted from the commuted value will equal: (a) the Charge that was waived; TIMES (b) the number of whole months remaining from the date of the commutation until the date when the Charge would be zero; DIVIDED BY the number of whole months that were remaining when the Surrender Proceeds were applied to the Payment Option until the date when the Charge would be zero.

## 9. Payment Options

### Fixed Payment Options

All or any part of the contract proceeds can be applied to Fixed Payment Options, subject to Section 8, to provide payments which do not depend on the investment performance of the Account. The proceeds to be applied to Fixed Payment Options will be transferred to the general account of the Company. The Fixed Payment Option rates will not be less than rates based on an effective annual interest rate of 3% per year; and on mortality: using a 50/50 male/female weighting; based on the Individual Annuitant Mortality Table for 1983; and with projection on Scale G to the year 2000 and then on Scale B Modified to the year 2035.

### Variable Payment Options

All or part of any contract proceeds can be applied to any one of the following Variable Payment Options, subject to Section 8, Payment of Benefits.

### Variable Income for Specified Number of Years

The Company will make variable monthly payments. Payments will start on the Option Date and will continue for the number of years chosen. The number of years chosen cannot be more than 30.

### Variable Life Income

The Company will make variable monthly payments. Payments will start on the Option Date and will continue:

- During the life of the Payee, with no payment after the death of the Payee, called "Variable Life Income, No Refund"; or

- During the life of the Payee, but for at least 10 years, called "Variable Life Income, 10 Years Certain"; or

- During the life of the Payee, but for at least 20 years, called "Variable Life Income, 20 Years Certain".

### Variable Life Income for Two Lives

The Company will make variable monthly payments. Payments will start on the Option Date and will continue:

- While either of two Payees is living, called "Joint and Survivor Variable Life Income"; or

- While either of two Payees is living, but for at least 10 years, called "Joint and Survivor Variable Life Income, 10 Years Certain"; or

- While two Payees are living, and after the death of one Payee while the other Payee is living, two-thirds of the monthly amount that would be payable if both Payees were living, called "Joint and 2/3 to Survivor Variable Life Income".

### Variable Income Payment to Age 100

The Company will make variable monthly payments. Payments will start on the Option Date and will continue for a whole number of years. The number of years chosen must equal 100 minus the Payee's age on the Option Date.

## 10. Variable Payment Option Tables

**Variable Life Income Tables**
Guaranteed first monthly payments per $1,000 of proceeds applied to the Variable Life Income Options are shown below.

**Variable Life Income**

| Age of Payee | No Refund | 10 Years Certain | 20 Years Certain |
|---|---|---|---|
| 55 | $4.36 | $4.34 | $4.25 |
| 56 | 4.43 | 4.40 | 4.31 |
| 57 | 4.51 | 4.48 | 4.37 |
| 58 | 4.59 | 4.55 | 4.43 |
| 59 | 4.67 | 4.63 | 4.49 |
| 60 | 4.77 | 4.72 | 4.55 |
| 61 | 4.86 | 4.81 | 4.62 |
| 62 | 4.97 | 4.91 | 4.68 |
| 63 | 5.08 | 5.01 | 4.75 |
| 64 | 5.20 | 5.12 | 4.82 |
| 65 | 5.32 | 5.23 | 4.89 |
| 66 | 5.46 | 5.35 | 4.96 |
| 67 | 5.60 | 5.47 | 5.02 |
| 68 | 5.76 | 5.60 | 5.09 |
| 69 | 5.93 | 5.74 | 5.15 |
| 70 | 6.10 | 5.89 | 5.22 |
| 71 | 6.30 | 6.04 | 5.27 |
| 72 | 6.50 | 6.19 | 5.33 |
| 73 | 6.72 | 6.36 | 5.38 |
| 74 | 6.96 | 6.52 | 5.43 |
| 75 | 7.21 | 6.69 | 5.48 |

**Variable Life Income for Two Lives**

| Age of One Payee | Age of Other Payee 55 | 60 | 65 | 70 | 75 |
|---|---|---|---|---|---|
| **Joint and Survivor** | | | | | |
| 55 | $3.92 | $4.04 | $4.13 | $4.21 | $4.27 |
| 60 | 4.04 | 4.20 | 4.35 | 4.48 | 4.59 |
| 65 | 4.13 | 4.35 | 4.58 | 4.79 | 4.97 |
| 70 | 4.21 | 4.48 | 4.79 | 5.10 | 5.39 |
| 75 | 4.27 | 4.59 | 4.97 | 5.39 | 5.83 |
| 80 | 4.30 | 4.66 | 5.10 | 5.63 | 6.24 |
| **Joint and Survivor, 10 Years Certain** | | | | | |
| 55 | $3.92 | $4.04 | $4.13 | $4.21 | $4.26 |
| 60 | 4.04 | 4.20 | 4.35 | 4.48 | 4.58 |
| 65 | 4.13 | 4.35 | 4.58 | 4.78 | 4.95 |
| 70 | 4.21 | 4.48 | 4.78 | 5.09 | 5.36 |
| 75 | 4.26 | 4.58 | 4.95 | 5.36 | 5.77 |
| 80 | 4.30 | 4.64 | 5.08 | 5.58 | 6.13 |
| **Joint and 2/3 to Survivor** | | | | | |
| 55 | $4.20 | $4.37 | $4.55 | $4.76 | $4.98 |
| 60 | 4.37 | 4.56 | 4.78 | 5.03 | 5.29 |
| 65 | 4.55 | 4.78 | 5.05 | 5.35 | 5.68 |
| 70 | 4.76 | 5.03 | 5.35 | 5.73 | 6.15 |
| 75 | 4.98 | 5.29 | 5.68 | 6.15 | 6.68 |
| 80 | 5.21 | 5.57 | 6.02 | 6.59 | 7.26 |

*Payments for other ages will be quoted by the Company on request.*

The Variable Life Income rates shown above are based on an effective annual Assumed Interest Rate of 3 1/2% per year; and on mortality: using a 50/50 male/female weighting; based on the Individual Annuitant Mortality Table for 1983; and with projection on Scale G to the year 2000 and then on Scale B Modified to the year 2035.

**Variable Income Tables**
Guaranteed first monthly payments per $1,000 of proceeds applied to the Variable Income Options are shown below.

**Variable Income for Specified Number of Years**

| Years | Payment | Years | Payment | Years | Payment |
|---|---|---|---|---|---|
| 1 | $84.65 | 11 | $9.09 | 21 | $5.56 |
| 2 | 43.05 | 12 | 8.46 | 22 | 5.39 |
| 3 | 29.19 | 13 | 7.94 | 23 | 5.24 |
| 4 | 22.27 | 14 | 7.49 | 24 | 5.09 |
| 5 | 18.12 | 15 | 7.10 | 25 | 4.96 |
| 6 | 15.35 | 16 | 6.76 | 26 | 4.84 |
| 7 | 13.38 | 17 | 6.47 | 27 | 4.73 |
| 8 | 11.90 | 18 | 6.20 | 28 | 4.63 |
| 9 | 10.75 | 19 | 5.97 | 29 | 4.53 |
| 10 | 9.83 | 20 | 5.75 | 30 | 4.45 |

**Variable Income Payment to Age 100**

| Years | Payment | Years | Payment | Years | Payment |
|---|---|---|---|---|---|
| 1 | $84.65 | 15 | $7.10 | 28 | $4.63 |
| 2 | 43.05 | 16 | 6.76 | 29 | 4.53 |
| 3 | 29.19 | 17 | 6.47 | 30 | 4.45 |
| 4 | 22.27 | 18 | 6.20 | 31 | 4.37 |
| 5 | 18.12 | 19 | 5.97 | 32 | 4.29 |
| 6 | 15.35 | 20 | 5.75 | 33 | 4.22 |
| 7 | 13.38 | 21 | 5.56 | 34 | 4.15 |
| 8 | 11.90 | 22 | 5.39 | 35 | 4.09 |
| 9 | 10.75 | 23 | 5.24 | 36 | 4.03 |
| 10 | 9.83 | 24 | 5.09 | 37 | 3.98 |
| 11 | 9.09 | 25 | 4.96 | 38 | 3.92 |
| 12 | 8.46 | 26 | 4.84 | 39 | 3.88 |
| 13 | 7.94 | 27 | 4.73 | 40 | 3.83 |
| 14 | 7.49 | | | | |

Guaranteed first monthly payments per $1,000 of proceeds applied to the Variable Income Options are based on an effective annual Assumed Interest Rate of 3 1/2%.

*Payments for other periods will be quoted by the Company on request.*

V80–W

## Endorsement

As of the Date of Issue of this Contract the following changes are made to the Contract:

**"Periodic Reports**

The Company will send you all reports required by applicable laws and regulations. Such reports will be sent annually or more often if required by law or regulation. Each report will include: the number of Accumulation Units, if any, standing to the credit of the Contract; the applicable Accumulation Unit Values; the Contract Value; the number of Annuity Units, if any, standing to the credit of the Contract; the applicable Annuity Unit Values; a statement of the investments held in the Account; and any other required information."

is substituted for the Periodic Reports provision in the Contract section; and

"Current Federal law permits such suspension or postponement if: (a) the New York Stock Exchange is closed (other than for customary weekend and holiday closings); (b) trading on the Exchange is restricted; (c) an emergency exists such that it is not reasonably practicable to dispose of securities held in the Account or to determine the value of its assets; or (d) the Securities and Exchange Commission by order so permits for the protection of securities holders. Conditions described in (b) and (c) will be decided by or in accordance with rules of the Securities and Exchange Commission."

is added to the Suspension of Payments provision in the Payment of Benefits section.

**New England Life Insurance Company**
501 Boylston Street, Boston, Massachusetts

_President_                    _Secretary_

VE-3-94

## Endorsement

As of the Date of Issue of this Contract, this Endorsement is added to the Contract.

The following changes are made to the Net Investment Factor provision of the Contract Value Section:

"• (c) is equal to .000038356 times the number of days in that Valuation Period. The daily deduction of .000038356 is equal to .014 on an annual basis. The deduction of .014 on an annual basis consists of: .0075 for mortality risk assumptions; and .0055 for expense risk assumptions; and .001 for an administrative asset charge."

is substituted for

"• (c) is equal to .0000369863 times the number of days in that Valuation Period. The daily deduction of .0000369863 is equal to .0135 on an annual basis. The deduction of .0135 on an annual basis consists of: .007 for mortality risk assumptions; and .0055 for expense risk assumptions; and .001 for an administrative asset charge."

The following changes are made to the Death Proceeds provision in the Payment of Benefits Section:

"Also, after the Date of Issue, at the beginning of each Minimum Guaranteed Death Benefit Recalculation Date shown in Section 1, the Minimum Guaranteed Death Benefit will be recalculated, except as noted below. On each of these days the Minimum Guaranteed Death Benefit is equal to the greater of: the Minimum Guaranteed Death Benefit before the recalculation; and the Contract Value on the date of recalculation. If the Owner is not a person, the Minimum Guaranteed Death Benefit will be recalculated until the Annuitant is age 76. If the Contract is jointly owned, and both Owners are living, the Minimum Guaranteed Death Benefit will be recalculated until an Owner is age 71. Otherwise, it will be recalculated until the Owner is age 76."

is substituted for

"Also, on the seventh anniversary and every seventh year anniversary thereafter, except as noted below, the Minimum Guaranteed Death Benefit will be recalculated. On each of these days the Minimum Guaranteed Death Benefit is equal to the greater of: the Minimum Guaranteed Death Benefit before the recalculation; and the Contract Value on the date of recalculation. If the Owner is not a person, the Minimum Guaranteed Death Benefit will be recalculated until the Annuitant is age 76. If the Contract is jointly owned, and both Owners are living, the Minimum Guaranteed Death Benefit will be recalculated until an Owner is age 71. Otherwise, it will be recalculated until the Owner is age 76."

**New England Life Insurance Company**
501 Boylston Street, Boston, Massachusetts

*President*                    *Secretary*