UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.,     Plaintiff, | CIVIL ACTION NO. 3:00CV835(CFD) |
| v. | |
| MOSTAFA REYAD and WAFA REYAD,     Defendants. | AUGUST 28, 2007 |

## OPPOSITION TO MOTION TO HOLD PLAINTIFF'S ATTORNEY IN CONTEMPT

Plaintiff IndyMac Bank, F.S.B. submits the instant memorandum in opposition to Defendants' Motion to Hold Plaintiff's Attorney in Contempt dated August 7, 2007 (doc. # 518). Defendants erroneously contend that Plaintiff's counsel transferred the proceeds of Defendant Wafa Reyad's New England Financial annuity policy to Plaintiff's account before this Court has ruled upon Defendants' claim that such asset is exempt from execution. Such is not the case. In accordance with Conn. Gen. Stat. § 52-356a(a)(4)(C), New England Financial, apparently unaware that Defendants had claimed the asset was exempt from execution,[1] delivered to the Marshal the subject funds following the expiration of the statutory twenty day waiting period. As noted in Plaintiff's Consolidated Memorandum in Opposition to Defendants' Motion for Exemptions and In Support of Cross Motion for Turnover Order dated August 7, 2007, at p. 2, fn. 3, the Marshal is holding all contested funds levied, including the funds

---

[1] Section 52-361b(d) provides that, upon receipt of the judgment debtor's notice of claimed exemption, the clerk of the court shall give notice of the exemption claim and the date of hearing on such claim to the third person holding defendant's property subject to the claimed exemption. The judgment creditor, IndyMac in this case, has no responsibility to notify the third person of the claimed exemption.

forwarded by New England Financial, pending this Court's ruling on Defendants' claimed exemptions. Thus, Plaintiff has not received any contested funds to date.

WHEREFORE, Defendants' Motion to Hold Plaintiff's Attorney in Contempt should be denied.

PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
New Haven, CT 06507-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: dschaefer@bslwlaw.com
       rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail and by electronic mail this 28th day of August, 2007 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024
reyad@optonline.net

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024
reyad@optonline.net.

_____
Rowena A. Moffett (ct19811)