# New England Financial
A MetLife Company

P.O. Box 14594
Des Moines, IA 50306-3594

**American Growth Series
Transaction Confirmation**

## Full Surrender

| | | |
|---|---|---|
| **Annuitant Name** <br> WAFA REYAD | **Contract Number** <br> V435143 | **Date of Transaction** <br> 07/27/07 |
| **Owner Name** <br> WAFA REYAD | **Group I.D. Number** <br> On File | |

Address questions to your licensed and appointed agent or call 1-800-435-4117 during E.S.T. business hours.

WAFA REYAD
2077 CENTER AVE #22D          H217
FORT LEE NJ          07024

TAREK A MORAD
(516)357-1800

NEW ENGLAND FINANCIAL
1220 REXCORP PLAZA
UNIONDALE NY 11556

(516)357-1800

025

New England Life Insurance Company confirms this transaction on behalf of New England Securities as agent for the New England Variable Annuity Separate Account.

| Detail by Fund | Allocation of Net Amount | Accumulation Unit Value | Accumulation Units |
|---|---|---|---|
| BROCK BOND INCOME | $3,053.76- | 4.922984 | 620.3065- |
| FI VALUE LEADERS | $4,673.40- | 3.249177 | 1438.3335- |
| WAM US GOVERNMENT | $2,862.13- | 1.672217 | 1711.5764- |
| BROCK LEG LCAP GRWTH | $4,852.15- | 3.019377 | 1607.0034- |
| FI INTERNATIONAL ST | $2,925.52- | 1.974091 | 1481.9590- |
| DAVIS VENTURE VALUE | $4,615.25- | 3.945796 | 1169.6636- |
| WAM STRATEGIC BOND | $3,305.79- | 2.121114 | 1558.5172- |

| **Deductions** | | **PAYEE** |
|---|---|---|
| Gross Withdrawal | $26,288.00 | STATE MARSHAL SANFORD P LEVINE |
| Pro-Rata Administrative Fee | $7.50- | |

| Net Withdrawal | $26,280.50 |
|---|---|

**Current Account Balance**

| Accumulation Units | Accumulation Unit Value | Total Value |
|---|---|---|

| **Total Contract Value as of** | **07/27/07** | **$0.00** |
|---|---|---|

Please review this confirmation carefully and notify us of any errors. If we are not notified of an error within 30 days after receipt of this statement, the correction will be made at the unit price(s) calculated on the date we receive notification.

Your proceeds have been forwarded directly from our bank