UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.,<br>　　　　　　Plaintiff, | CIVIL ACTION NO.<br>3:00CV835(CFD) |
| v. | |
| MOSTAFA REYAD and WAFA REYAD,<br>　　　　　　Defendants. | SEPTEMBER 17, 2007 |

## DECLARATION OF ROWENA A. MOFFETT

I, Rowena A. Moffett, state under the pains and penalties of perjury as follows:

1. I am over the age of eighteen (18) and understand my obligation when making a statement to this Court under the pains and penalties of perjury.

2. My firm serves as counsel for Plaintiff IndyMac Bank, F.S.B. in the above captioned action.

3. This Declaration is submitted in support of Plaintiff's Motion for Order Authorizing Registration of Judgment in Another District, filed concurrently herewith.

4. Defendant Wafa Reyad has substantial property in the District of New Jersey. Wafa Reyad owns the cooperative apartment at which the Defendants reside, located at 2077 Center Avenue, #22D, Fort Lee, New Jersey 07024. A copy of the share certificate representing this ownership interest is attached hereto.

5. Defendants have insufficient property in the District of Connecticut to satisfy the Judgment entered in this matter, whereby Mostafa and Wafa Reyad are jointly and severally liable in the amount of $679,148.56 and Mostafa Reyad is solely liable for an additional $487,699.56. As set forth in more detail in Plaintiff's Consolidated Memorandum in Opposition to Defendants' Motion for Exemptions and In Support of Cross Motion for Turnover Order dated August 7, 2007 (doc. #522) ("Plaintiff's Execution Memo"), Plaintiff has uncovered assets of Defendant Wafa Reyad in Connecticut with an estimated total current value of $320,455.15. Plaintiff has uncovered assets of Defendant Mostafa Reyad in Connecticut with an estimated total current value of $3,542.06.[1] The foregoing assets are insufficient to satisfy the Judgment entered in this matter.

6. As also discussed further in Plaintiff's Execution Memo, the Defendants obtained loans and other distributions totaling approximately $240,000.00 from the assets that were supposed to be held subject to the Writs of Garnishment issued at the outset of this action.

The foregoing statements were made under the pains and penalties of perjury.

_____        9/14/07
Rowena A. Moffett                     Date

---

[1] Defendants have objected to Plaintiff's Execution with respect to all of these assets, which objection is pending the Court's resolution.

2

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail and by electronic mail this 17th day of September, 2007 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024
reyad@optonline.net

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ 07024
reyad@optonline.net.

_____
Rowena A. Moffett (ct19811)

