UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00CV835(CFD) |
| v. | : | |
| MOSTAFA REYAD and WAFA REYAD, | : | SEPTEMBER 17, 2007 |
| Defendants. | : | |

### MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING REGISTRATION OF JUDGMENT IN ANOTHER DISTRICT

Pursuant to Local Rule 7(a)1, Plaintiff IndyMac Bank, F.S.B. respectfully requests that the Court expedite its decision on Plaintiff's Motion for Order Authorizing Registration of Judgment in Another District (the "Motion"), filed concurrently herewith. As discussed in Plaintiff's Motion, there are insufficient assets of Defendants in Connecticut to satisfy the Judgment entered in this matter. Plaintiff is concerned that unless prompt action is taken to enforce the Judgment in the District of New Jersey, Defendants may attempt to liquidate or encumber their only other asset of which Plaintiff is aware at this time, namely their residence in Fort Lee, New Jersey. Plaintiff's concern in this regard is particularly acute in view of Defendants' improper liquidation of a substantial portion of the assets that were supposed to be held subject to the Writs of Garnishment issued at the outset of this action.

WHEREFORE, Plaintiff respectfully requests expedited consideration of its Motion for Order Authorizing Registration of Judgment in Another District.

                PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: dschaefer@bslwlaw.com
       rmoffett@bswlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail and by electronic mail this 17th day of September, 2007 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024
reyad@optonline.net.

_____
Rowena A. Moffett (ct19811)