# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL NO. 240-3200
(AREA CODE 860)

ELSIE MATA
CHIEF DEPUTY CLERK

LINDA L. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

September 13, 2007

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY    10007

Case No:      3:00cv835 (CFD)
Case Name:    Indymac Mortgage, et al v. Reyad, et al
USCA:         07: 1256

Dear Clerk:


Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of
the Notice of Electronic Filing indicating the documents that are enclosed.




Respectfully,

Kevin F. Rowe, Clerk


By:    Barbara Grady
       Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the
envelope provided.

ACKNOWLEDGMENT: _____        DATE: _____