# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Indymac Bank, F.S.B.

v.

Mostafa Reyad and Wafa Reyad

APPEARANCE

CASE NUMBER: 3:00CV835

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Variable Annuity Life Insurance Company

---

9/6/07
Date

CT-14731
Connecticut Federal Bar Number

203-752-5008
Telephone Number

203-752-5001
Fax Number

jwcohen@daypitney.com
E-mail address

Signature

Joshua W. Cohen
Print Clearly or Type Name

Day Pitney LLP, One Audubon Street
Address

New Haven, CT  06511

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

Mostafa Reyad
Wafa Reyad
2077 Center Avenue, # 22D
Fort Lee, NJ  07024

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying