UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



INDYMAC BANK, F.S.B.
               Plaintiff

V.

MOSTAFA REYAD AND WAFA REYAD
               Defendants

CIVIL ACTION NO.
3:00CV835 (CFD)

DATE: NOVEMBER 1, 2007

## DEFENDANTS' RENEWAL MOTION FOR EXEMPTIONS

Defendant Mostafa Reyad and Co-Defendant Wafa Reyad, hereby respectfully move this Court to Review and Rule upon the Instant Renewal of Motion of Exemptions based on the Second Circuit Ruling dated October 16, 2007. Moreover, in light of Material Evidence requested by Plaintiff's Subpoena Duces served upon the Variable Annuity Life Insurance Company ("VALIC") to attorney Joshua Cohen. Plaintiff has received that requested documents, a copy is attached to the accompanied Memorandum of law. These documents defeat the false assumptions alleged by Plaintiff, relevant to Wafa Reyad's contributions of VALIC Annuity. In addition, Plaintiff fails to comply with Federal Rules of Civil Procedure, Rule 7 (a), and inserted a surreply in opposition to Defendants' Reply to opposition to motion for exemptions, in Plaintiff's reply memorandum in

support of Plaintiff's motion for turnover order dated August 28, 2007 (Doc # 527). Also, pursuant to C.G.S. Sec. 52-361 (b)(g) and 52-361(b)(h), Defendants are claiming herein, two (2) annuities, Defendants did not claim it in their motion for exemptions dated July 16, 2007 (Doc # 511). Defendants herein, respectly move the Court to Declare the following properties are exempt from attachment, execution or any other legal process:

1. VALIC, the Variable Annuity Life Insurance Company account number 4550744, in the amount approximately $ 125,000.
2. EQUITABLE, the Equitable Life Assurance Society of the United States, Certificate number 98 501 734, in the amount approximately $ 150,000.
3. NEW ENGLAND, New England Financial, a MetLife Affiliate, contract number V 435143, in the amount approximately $ 27,000.
4. AMERICAN EXPRESS, Account number Ameriprise client number 1730 3973 6 001 in the amount approximately $ 80,000.
5. AETNA, ING Account Number C072168-AN in the amount approximately $ 80,000.
6. EQUITABLE, the Equitable Life Assurance Society of the United States, policy number PN 86 097 685, in the amount approximately $ 125,000.
7. EQUITABLE, the Equitable Life Assurance Society of the United States, policy number PN 86 108 388, in the amount approximately $ 140,000.
8. Bank of America, belongs to Mostafa Reyad up to $ 1,000.
9. Hudson United Bank, belongs to Wafa Reyad up to $ 1,000.

## CONCLUSION

For reasons supported by legal authorities demonstrated in the accompanying memorandum of law, the Honorable Court must Grant the instant Renewal motion, Declare the above properties are not subject to attachments or execution. The Court must award Defendants the damages of depriving Defendants of their exempt assets for every year of the seven years of wrongful attachments.

The Defendant
Mostafa Reyad

By: _____
Mostafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Day Phone 203-325-4100

The Defendant
Wafa Reyad

By: _____
Wafa Reyad
2077 Center Ave # 22D
Fort Lee, NJ 07024
Home Phone 201-585-0562

## CERTIFICATE OF SERVICE

The undersigned certifies that he hand delivered on the captioned date or before a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
Mostafa Reyad