UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>Plaintiff | **CIVIL ACTION NO.<br>3:00CV835 (CFD)** |
| V. | |
| MOSTAFA REYAD AND WAFA REYAD<br>Defendants | **DATE: NOVEMBER 27, 2007** |

**DEFENDANTS' REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S RENEWAL MOTION FOR EXEMPTIONS**

This is Defendants' Mostafa Reyad and Wafa Reyad Reply to "Plaintiff's Memorandum in Opposition to Defendants' Renewal Motion for Exemptions" dated November 21, 2007 (Doc # 537). Plaintiff's opposition is contrary to the law, should be disregarded, and Defendants Renewal Motion For Exemptions should be Granted as a matter of law.

1. Plaintiff, p. 1 foot note one, stating that, the Second Circuit's October 16, 2007 Ruling, does not raise any additional issues. The Order cites 52-361b(e), the subsection provides stay until Ruling on motion for exemption. Plaintiff blaming the District Clerk for failure to give notice to New England Financial, should be rejected by the Court, pursuant to 52-361b(g), the Court should Order Plaintiff to return the funds to New

1

England Financial. In any event, because the processor server, who holds the funds was appointed by the Court, he should be Ordered to return the funds in compliance with 52-361b(g). There is nothing in Federal Rules or Connecticut law for the Marshal to hold any funds, pending Court Ruling.

2. Plaintiff at p. 1, pleads, the disputed assets be turned over to Plaintiff immediately for execution, despite his statement at p. 2 "IndyMac will submit a supplemental brief addressing this issue upon completion of its review of the documents recently provided." Thus, Plaintiff requests a Ruling on his speculation, that, the VALIC plan may operates inconsistent with 26 U.S.C. 457(b). Plaintiff's failure to submit his brief or request an extension of time, is a legal ground to Grant Defendants' motion. The Honorable Court will not wait forever, a plaintiff to file his brief.

Defendants' Renewal Motion For Exemptions should be Granted as a matter of law.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad | The Defendant<br>Wafa Reyad |
| By:_____<br>  Mostafa Reyad<br>  2077 Center Ave # 22D<br>  Fort Lee, NJ 07024<br>  Day Phone 201-621-3925 | By: _____<br>  Wafa Reyad<br>  2077 Center Ave # 22D<br>  Fort Lee, NJ 07024<br>  Home Phone 201-585-0562 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that he hand delivered on the captioned date or before a true and correct copy to Attorney David Schaefer at 271 Whitney Avenue, New Haven, CT 06511

_____
Mostafa Reyad