UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br>Plaintiff, | CIVIL ACTION NO.<br>3:00CV835 (CFD)<br>**[CLOSED CASE]** |
| V. | |
| MOSTAFA REYAD AND WAFA REYAD<br>Defendants | **DATE: JANUARY 25, 2008** |

## AMENDED JOINT-NOTICE OF APPEAL

Notice is hereby given, that, Defendant Mostafa Reyad jointly with Co-Defendant Wafa Reyad, Appeal to the United States Court of Appeals For the Second Circuit, Amending their Appeals, docketed in the Circuit Court numbers 07-1256 (L) and 07-2307 (Con). The Said Defendants are Appealing the District Court Order docket number 539 dated December 26, 2007, a copy attached hereto. The Order issued by Honorable Christopher F. Droney U.S.D.J. of Hartford, Connecticut.

The District Court Order is a Final Order, inconsistent with the Second Circuit Order dated October 16, 2007. The Circuit Order Cites the automatic stay of execution on the asserted exempted properties pending the Ruling upon by the District Court, to-date is still pending before the District Court. The District

1

2

Order doc. No. 539 does not specify the exempted properties to remain in the automatic stay, and thus allows execution on the exempted properties in another District. It is a final order appealable pursuant to 28 U.S.C. 1291.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad | The Co-Defendant<br>Wafa Reyad |
| By: _____<br>    Mostafa Reyad<br>    92 Aristotle Way<br>    Cranbury, NJ 08512<br>    Day Phone. 201-621-3925<br>    Home Phone. 201-585-0562<br>    Email. Reyad@optonline.net | By: _____<br>    Wafa Reyad<br>    92 Aristotle Way<br>    Cranbury, NJ 08512<br>    Home Phone. 201-585-0562<br><br>    Email. Reyad@optonline.net |