UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

INDYMAC BANK, F.S.B.

    Plaintiff                                                       Civil Action No.

v.                                                                3:00CV835(CFD)

MOSTAFA REYAD and WAFA REYAD

    Defendants                                              Date:April 15,2008

---

### DEFENDANTS' MOTION RE: ORDER HEARING

    Defendants Mostafa Reyad and Wafa Reyad hereby respectfully move this Court for an Order to Re-Schedule the Hearing Order For Exemptions and Turnover motions, Issued by this Court dated April 9, 2008, ( Doc # 542), Ordering Hearing on May 7, 2008 at 10:00 a.m. Defendans request the said reschedule to allow Defendants to reply to Plaintiff's opposition, if any to the filing of American Express and/or Variable Annuity Life Insurance company pursuant to the invitations by the same Court Order; foot note 5, page 5. For reasons stated herein, and other reasons stated in the accompanying memorandum of law, the Honorable Court, for fairness and interest of justice should Order Reschedule the Hearing date for a minimum of 20 days following May 7, 2008.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By _[signature]_<br><br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By _[signature]_<br><br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-255<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.n |

### CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned dated or before has served the attached document by mailing a true and correct copy to the following:

1- Attorney Rowena A. Moffett
   Brenner, Saltzman & Wallman
   271 Whitney Aenue
   New Haven, CT 06511

2- American Express IDS/Ameriprise Financial
   c/o Gene Kodadek, Esq.
   Ameriprise Financial
   70100 Ameriprise Financial Center
   Minneapolis, MN 55474

3-Variable Annuity Life Insurance Co.
   c/o Joshua Cohen, Esq.
   Day Pitney LLP
   One Audubon St.
   New Haven, CT 06511

_[signature]_

Mostafa Reyad

2