UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| INDYMAC BANK, F.S.B, <br>    Plaintiff-Appellee, <br><br> v. <br><br> MOSTAFA REYAD and WAFA REYAD, <br>    Defendants-Appellants. | DOCKET NO. 07-1256-cv (L) <br>     07-2307-cv (Con) <br><br><br> MARCH 27, 2008 |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLEE'S BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiff-Appellee IndyMac Bank, F.S.B. ("Plaintiff" or "Appellee") hereby requests a sixty (60) day extension of time, through and including June 16, 2008, in which to file and serve Appellee's initial brief in this pro se appeal. Appellee's brief currently is due by April 15, 2008. Good cause exists for the requested extension, as discussed further below.

BACKGROUND

Plaintiff, through its predecessor-in-interest IndyMac Mortgage Holdings, Inc., brought the instant action against Defendants alleging breach of contract and violation of the Connecticut Unfair Trade Practices Act, arising out of Defendant's utilization of a warehouse line of credit from IndyMac Mortgage Holdings, Inc. to fund residential mortgage loans.

Following a bench trial, the District Court (Droney, D.J.) issued decisions finding Defendants liable to Plaintiff for compensatory damages totaling $243,849.78, punitive damages in the amount of $ 487,699.56, prejudgment interest of $143,981.94, and

attorney's fees and costs totaling $291,316.84, for a total award of $1,166,848.12.[1]

Final Judgment entered on April 30, 2007. On May 25, 2007, Defendants filed a Joint Notice of Appeal, which appeal was docketed as Docket Number 07-2307-cv and then consolidated with the Defendants' already pending appeal of prior trial court rulings, Docket Number 07-1256-cv.

ARGUMENT

The instant appeal results from the filing by the pro se Defendants of a series of notices of appeal challenging numerous decisions by the trial court in this matter, including the trial court's entry of judgment on April 30, 2007. See 3/27/07 Notice of Interlocutory Appeal (Docket No. 07-1256-cv); 5/25/07 Joint-Notice of Appeal (Docket No. 07-2307-cv); 7/3/07 Amended Joint-Notice of Appeal (Docket No. 07-2307-cv); 1/28/08 Amended Joint-Notice of Appeal (Docket No. 07-2307-cv). The Defendants filed their initial brief in this matter on or about March 7, 2008, and they also filed a Supplemental Brief with this Court on March 20, 2008. These briefs challenge numerous trial rulings and raise a number of separate issues on appeal. Accordingly, Appellee's counsel requires additional time in which to prepare and submit the Appellee's brief in this matter. As an additional ground for the requested extension, there remains pending before the District Court several post-judgment motions relating to Appellee's efforts to execute upon the Judgment in this matter. These motions have been pending for a number of months, and Appellee has respectfully suggested to the District Court that it would streamline the appeals of this matter if the District Court were

---

[1] The District Court did not find Defendant Wafa Reyad liable for the punitive damages portion of the award. Thus, Defendants were determined to be jointly and severally liable for the judgment in the amount of $679,148.56, and Defendant Mostafa Reyad was found to be individually liable for an additional $487,699.56.

a74191.doc                                    2

able to issue its rulings regarding these final issues prior to this Court's consideration of the already pending appeal.

CONCLUSION

WHEREFORE, for the reasons set forth above, Appellee respectfully requests an extension of time, through and including June 16, 2008, in which to file the Appellee's initial brief in this matter.

Appellee also seeks permission to file its own appendix with its initial brief in this pro se appeal. The undersigned counsel for Appellee believed that the parties had agreed to file a deferred appendix pursuant to Federal Rule of Appellate Procedure 30(c). Appellants, however, filed their own appendix with their initial brief without first serving upon Appellee a designation of the parts of the record that Appellants intended to include in the appendix or a statement of the issues the Appellants intend to present for review. Given that the pro se Appellants raised numerous issues in this appeal and challenge various earlier decisions by the District Court, Appellee respectfully requests that it be permitted to file its own appendix with its initial brief in this matter.

PLAINTIFF-APPELLEE
INDYMAC BANK, F.S.B.

By: _____
David R. Schaefer (ct04334)
Rowena A. Moffett (ct19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorneys
New Haven, CT 06507-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: dschaefer@bslwlaw.com
rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail and by electronic mail this 27th day of March, 2008 upon:

Mostafa Reyad
92 Aristotle Way
Cranbury, NJ  08512-2550
reyad@optonline.net

Wafa Reyad
92 Aristotle Way
Cranbury, NJ  08512-2550
reyad@optonline.net

Rowena A. Moffett (ct19811)

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

NEWTON D. BRENNER (1934-2006)
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT
JAMES E. ROSENBLUTH

SUZANNE H. ALDERMAN
SEAN M. FISHER
RONALD A. SOCCOLI, JR.

OF COUNSEL:
SHARON KOWAL FREILICH
HOLLY WINGER

Rowena A. Moffett
rmoffett@bswlaw.com
Direct Fax: (203) 772-2600

March 27, 2008

The Honorable Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

Re: <u>IndyMac Bank, F.S.B. v. Mostafa Reyad, et al.</u>
    Civil Action No. 3:00CV835(CFD)

Dear Judge Droney:

This office represents the Plaintiff IndyMac Bank, F.S.B. ("Plaintiff" or "IndyMac") in the above-referenced matter. There are pending before the Court a series of motions relating to IndyMac's efforts to execute upon its Judgment obtained in this matter on April 30, 2007. See Doc. ## 507 (dated 7/3/07); 511 (dated 7/16/07); 518 (dated 8/7/07); 521 (dated 8/7/07); and 535 (dated 11/1/07).

The purpose of this letter is to advise the Court that the Defendants' appeal of this matter currently is being briefed. The Defendants filed their initial brief on or about March 7, 2008, IndyMac's brief currently is due to be filed on April 15, 2008, and argument of the appeal may be heard as early as the week of May 27, 2008. Plaintiff respectfully suggests that it would streamline the appeal of this matter if the District Court were able to issue its rulings on the above-referenced pending motions prior to the Second Circuit's consideration of the already pending appeal.

Thank you for your consideration of this matter.

Sincerely,

Rowena A. Moffett

RAM:jr
cc:   Mostafa Reyad
      Wafa Reyad

 

# General Docket
## US Court of Appeals for the Second Circuit

Second Circuit Court of Appeals

LEAD

OPEN

Court of Appeals Docket #: 07-1256-cv
Nsuit : 4190       CONTRACT-Other Contract Action

Indymac Mortgage v. Reyad                Filed   3/27/07

Appeal from:  CONNECTICUT (NEW HAVEN)

Case type information:

   Civil

   Private

   None

Lower court information:

   District:    00-cv-835

   Trial Judge:  Christopher F. Droney

   MagJudge:

   Date Filed:   05/08/00

   Date order/judgement:   3/5/2007

   Date NOA filed: 3/27/2007

Fee status: Paid

Panel Assignment:

Panel:

Date of decision:

Prior cases:  NONE

Current cases NONE

Official Caption 1/

LEAD

OPEN

```
-----------------------------------
Docket No. [s] : 07-1256 -cv
```

Indymac Mortgage Holdings Inc, Indymac Inc.,

    Plaintiff-Counter-Defendant,

Indymac Bank, FSB,

    Plaintiff-Appellee,

        v.

Mostafa Reyad, Wafa Reyad,

    Defendant-Counterclaimant-Appellant.

```
-----------------------------------
```

```
Authorized Abbreviated Caption 2/
-----------------------------------
Docket No. [s] : 07-1256 -cv
```

Indymac Mortgage v. Reyad

```
-----------------------------------
```

```
-------------------------------------------------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.
```

Docket as of    April 02, 2008      8:29 pm                Page    2

                                                                                            LEAD

                                                                                            OPEN

| | |
|---|---|
| Indymac Inc. | Indymac Inc. |
| Plaintiff-Counter-Defendant | n/a |
| Indymac Mortgage Holdings Inc | Indymac Mortgage Holdings Inc |
| Plaintiff-Counter-Defendant | n/a |
| Mostafa Reyad | Mostafa Reyad |
| Defendant-Counterclaimant-Appellant | n/a |

|  |  |
|---|---|
|  | 92 Aristotle Way<br>Cranbury , NJ , 08512-2550 |
|  | reyad@optonline.net |
| Indymac Bank, FSB<br><br>Plaintiff-Appellee | Rowena A. Moffett Esq.<br>[ LD n ]<br>Brenner Saltzman & Wallman<br><br>271 Whitney Ave.<br>New Haven , CT , 06511<br><br>203-772-2600 |

Docket as of   April 02, 2008       8:29 pm                       Page    3

                                                                  LEAD

                                                                  OPEN

| Wafa   Reyad<br><br>Defendant-Counterclaimant-Appellant | Wafa   Reyad<br><br>n/a<br><br>92 Aristotle Way<br>Cranbury , NJ , 08512-2550<br><br>reyad@optonline.net |
|---|---|

Docket as of   April 02, 2008       8:29 pm                       Page    4

                                                                  LEAD

                                                                  OPEN

  3/27/07   Copy of notice of appeal and district court
            docket entries on behalf of  APPELLANT
            Mostafa Reyad,  filed.   [Entry date Apr   4
            2007 ]   [AC]

  3/27/07   Copy of District Court docket entries and
            DUPLICATE NOTICE OF APPEAL on behalf of
            APPELLANT   Mostafa Reyad,   received.
            [Entry date Apr   4 2007 ]   [AC]

  3/27/07   Note SEE case number(s): 03-9054-cv,
            04-5397-op    [Entry date Apr   4 2007 ]   [AC]

   4/3/07   Papers received.   [Entry date Apr   5 2007
            ]  [JC]

   4/4/07   Instructional Forms sent to Pro Se litigant
              [Entry date Apr   4 2007 ]   [AC]

  4/12/07   Notice of appeal acknowledgment letter from
            Mostafa Reyad received.   [Entry date Apr 17
            2007 ]   [YV]

```
4/12/07   Notice of appearance form on behalf of
          Mostafa Reyad , filed. (Orig in acco, copy
          to Calendar and Admissions Dept.).    [Entry
          date Apr 17 2007 ]   [YV]

4/12/07   Notice of appeal acknowledgment letter from
          Wafa Reyad received.    [Entry date Apr 17
          2007 ]   [YV]

4/12/07   Notice of appearance form on behalf of
          Wafa Reyad , filed. (Orig in acco, copy to
          Calendar and Admissions Dept.).    [Entry
          date Apr 17 2007 ]   [YV]

4/16/07   Notice of appeal acknowledgment letter from
          Rowena Moffett received.   [Entry date Apr
          19 2007 ]   [YV]

6/19/07   Notice of appeal acknowledgment letter from
          Mostafa Reyad received.   [Entry date Jul 23
          2007 ]   [AC]

6/19/07   Notice of appearance form on behalf of
          Mostafa Reyad , filed. (Orig in acco, copy
          to Calendar and Admissions Dept.).    [Entry
          date Jul 23 2007 ]   [AC]
```

Docket as of   April 02, 2008       8:29 pm                    Page    5

                                                    LEAD

                                                    OPEN

```
6/19/07   Notice of appeal acknowledgment letter from
          Wafa Reyad received.   [Entry date Jul 23
          2007 ]   [AC]

6/19/07   Notice of appearance form on behalf of
          Wafa Reyad , filed. (Orig in acco, copy to
          Calendar and Admissions Dept.).    [Entry
          date Jul 23 2007 ]   [AC]

 7/2/07   Appellant  Mostafa Reyad, Appellant  Wafa
          Reyad motion stay execution filed with proof
          of service.   [Entry date Jul 23 2007 ]
          [AC]

 7/5/07   Appellee's papers in opposition to motion
          stay filed with proof of service.   [Entry
          date Jul 23 2007 ]   [AC]

 7/6/07   Copy of District Court docket entries and
          DUPLICATE NOTICE OF APPEAL on behalf of
          APPELLANT   Mostafa Reyad,  Wafa Reyad,
          received.   [Entry date Jul 23 2007 ]   [AC]

 7/6/07   Copy of amended notice of appeal and
          District Court docket entries on behalf of
          APPELLANT   Mostafa Reyad,   Wafa Reyad,
          APPELLANT   Mostafa Reyad,   Wafa Reyad,
```

|        |   |
|--------|---|
| | received.   [Entry date Jul 23 2007  ]   [AC] |
| 7/10/07 | Papers opposing appellee's opposition papers from APPELLANT  Mostafa Reyad, Wafa Reyad, received.   [Entry date Jul 23 2007  ] [AC] |
| 7/13/07 | Notice to counsel and pro se re: order dated 07/13/07   [Entry date Jul 23 2007  ]   [AC] |
| 7/27/07 | Appellant Mostafa Reyad motion " Injunctive Relief" filed with proof of service. [Entry date Jul 30 2007  ]   [AC] |
| 8/6/07 | Copy of district court - District Court of Connecticut - Amended Judgment, RECEIVED. [Entry date Dec 11 2007  ]   [JM] |
| 8/8/07 | Papers in opposition to motion allow filed with proof of service.   [Entry date Aug 27 2007  ]   [AC] |
| 8/9/07 | Appellants response to appellees opposition to motion filed with proof of service. [Entry date Aug 27 2007  ]   [AC] |
| 9/17/07 | Record on appeal filed. (Original papers of district court.) Volume(s) (5)   [Entry date Sep 17 2007  ]   [VM] |

Docket as of   April 02, 2008      8:29 pm                    Page    6

                                                              LEAD

                                                              OPEN

| | |
|---|---|
| 10/16/07 | Order FILED " Appellants move to stay execution of a judgment in favor of the Appellee upon allegedly exempt properties. Upon due consideration, it is ORDERED that the motion is DENIED without prejudice to renewal. The Appellants have not requested this specific relief in the district court as required under Federal Rule of Appellate Procedure 8(a). Moreover, the Appellants have not demonstrated that a stay is needed to prevent irreparable harm given that only monetary assets are involved and because Connecticut Law, under which the writs of execution were issued, provides that an automatic stay is in place based on the Appellants; filing of their motion for exemptions in the district court. See Conn. Gen. Stat. 52-361b(e); Rodriguez ex rel. Rodriguez v. DeBuono, 175 F.3d 227, 234 (2d Cir. 1998). This motion may be renewed following an appeal from the district courts' ruling on the exemption motion. The Appellants should note that any future request for a stay should be made in the |

district court in the first instance.
Before Hon. TJM, RAK, ERK*.
* The Honorable Edward R. Korman, United
States District Judge for the Eastern
District of New York, sitting by designation.
[Entry date Oct 17 2007 ] [JM]

10/17/07   Notice to counsel and Pro Se re: Order
dated 10/16/07.   [Entry date Oct 17 2007 ]
[JM]

1/18/08    Appellant  Mostafa Reyad, 07-2307-cv (con),
Emergency motion to vacate judgment
registration in another district, filed
with proof of service.   [Entry date Jan 18
2008 ] [DH]

1/28/08    Notice to counsel and Pro Se re:  Motion
Order dated 01/28/08, DENIED.   [Entry date
Jan 28 2008 ] [JM]

1/28/08    Order FILED DENYING motion Emergency by
Appellant  Mostafa Reyad, endorsed on motion
dated 1/18/2008   [Entry date Jan 28 2008 ]
[JM]

2/1/08     Papers/ Defendants-Appellants' Reply to
Plaintiff-Appellee's Opposition to
Mandamus/Emergency Motion to Vacate Judgment
Registration in another District, from
APPELLANT   Mostafa Reyad,  received.
[Entry date Feb  6 2008 ] [JM]

2/7/08     Appellant  Mostafa Reyad, Appellant  Wafa
Reyad motion reconsider decision filed with
proof of service.   [Entry date Feb  8 2008
] [JM]

2/15/08    Notice to counsel and Pro Se re: Order dated
02/15/08.   [Entry date Feb 15 2008 ] [JM]

Docket as of   April 02, 2008      8:29 pm            Page    7

                                                      LEAD

                                                      OPEN

2/15/08    Scheduling order #1 filed. Appellants brief
due  3/17/2008. Appellees brief due
4/15/2008. Ready week  5/27/2008.   [Entry
date Feb 15 2008 ] [JM]

2/15/08    Notice to counsel and Pro Se re:  Scheduling
Order #1.   [Entry date Feb 15 2008 ] [JM]

2/15/08    Order FILED " Appellants, pro se, move for
reconsideration of this Court`s October 16,
2007 order denying their prior motion to
stay execution of a district court judgment
and the Court`s January 24, 2008 denial of

        their " Mandamus/Emergency Motion to Vacate Judgment Registration."  Upon due consideration, it is hereby ORDERED that the motion is DENIED, as Appellants have not set forth any new arguments.  As previously determined, the Appellants have not demonstrated that a stay is needed to prevent irreparable harm given that only monetary assets are involved and because Connecticut law, under which the writs of execution were issued, provides that an automatic stay is in place based on the Appellant`s filing of their motion for exemptions in the district court.  See Conn. Gen. Stat. 52-361b(e);  Rodriguez ex rel. Rodriguez v. DeBuono, 175 F. 3d 227, 234 (2d Cir. 1998).  This motion may be renewed following an appeal from the District Court`s ruling on the exemption motion.  The Appellants should note that any future request for a stay should be made in the district court in the first instance.  The Clerk`s Office is hereby instructed to issue a briefing schedule."  Before Hon. RAK*, and ERK**.
\*  The Honorable Thomas J. Meskill, who was a member of this panel died on October 29, 2007.  The two remaining members of the panel decided this appeal pursuant to 2d. Cir. Interim R. 0.14(b).
\*\* The Honorable Edward R. Korman, Judge of the United States District Court for the Eastern District of New York, sitting by designation.   [Entry date Feb 15 2008  ] [JM]

2/29/08   Letter received from Appellee`s Attny Rowena Moffett re:  dates unavailable for Oral argument: May 27, August 31, June 5, June 6, June 12, June 17-27 and July 21-25, 2008 etc., Endorsed by Rowena A. Moffett. [Entry date Mar  4 2008  ]   [JM]

3/7/08   APPELLANT   Mostafa Reyad,  Wafa Reyad, brief FILED with proof of service.     [Entry date Mar 11 2008  ]  [AG]

Docket as of  April 02, 2008       8:29 pm                     Page    8

                                              LEAD

                                              OPEN

3/7/08   APPELLANT   Mostafa Reyad,  Wafa Reyad, appendix filed w/pfs.    [Entry date Mar 11 2008  ]  [AG]

3/21/08   Defendant- APPELLANTS   Mostafa Reyad,  Wafa Reyad,  Supplemental Brief RECEIVED. [Entry date Mar 24 2008  ]  [JM]

| | |
|---|---|
| 3/28/08 | Appellant Mostafa Reyad, Appellant Wafa Reyad motion file supplemental brief filed with proof of service. [Entry date Mar 28 2008 ] [JM] |
| 4/1/08 | Letter received from Appellee's Attny Rowena A. Moffett re: Submission of 4 Copies of Motion for Extension of time etc. [Entry date Apr 2 2008 ] [JM] |
| 4/1/08 | Letter received from Appellee's Attny re: Submission of Revised Memorandum in Support of Motion for Extension of Time to file Appellee's Brief etc. [Entry date Apr 2 2008 ] [JM] |
| 4/1/08 | Appellee Indymac Bank, FSB motion extended time filed with proof of service. [Entry date Apr 2 2008 ] [JM] |
| 4/2/08 | Scheduling order #2 filed. Appellees brief due 5/15/2008. Ready week 6/25/2008. [Entry date Apr 2 2008 ] [JM] |
| 4/2/08 | Notice to counsel and Pro Se re: Scheduling Order #2. [Entry date Apr 2 2008 ] [JM] |
| 4/2/08 | Notice to counsel and Pro Se re: Motion Granted for Extension of time. [Entry date Apr 2 2008 ] [JM] |
| 4/2/08 | Order FILED GRANTING motion extended time by Appellee Indymac Bank, FSB, endorsed on motion dated 4/1/2008 Extended Appellees brief due is 5/15/2008. Extended Ready week is 6/25/2008. NO FURTHER EXTENSIONS. [Entry date Apr 2 2008 ] [JM] |

Docket as of   April 02, 2008      8:29 pm                    Page    9

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 04/03/2008 21:11:46 | |
| PACER Login: | mc1949 | Client Code: | |
| Description: | dkt report | Case Number: | 07-1256 |
| Billable Pages: | 8 | Cost: | 0.64 |

```
                                                            D.Conn.
                                                            00-cv-835
                                                            Droney, J.
```

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the ___16th___ day of ___October___, two thousand seven.

Present:

    Hon. Thomas J. Meskill,
    Hon. Robert A. Katzmann,
        *Circuit Judges,*
    Hon. Edward R. Korman,*
        *District Judge.*



---

Indymac Mortgage Holdings Inc., Indymac Inc.,

        *Plaintiffs-Counter-Defendants,*

Indymac Bank, FSB,

        *Plaintiff-Appellee,*

v.                                          07-1256-cv (L)
                                             07-2307-cv (Con)

Mostafa Reyad, Wafa Reyad,

        *Defendants-Counterclaimants-*
        *Appellants.*

---

Appellants move to stay execution of a judgment in favor of the Appellee upon allegedly exempt properties. Upon due consideration, it is ORDERED that the motion is DENIED without prejudice to renewal. The Appellants have not requested this specific relief in the district court as required under Federal Rule of Appellate Procedure 8(a). Moreover, the Appellants have not demonstrated that a stay is needed to prevent irreparable harm given that only monetary assets are involved and because Connecticut law, under which the writs of execution were issued, provides that an automatic stay is in place based on the Appellants' filing of their motion for

OCT 1 6 2007

---

    *The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

exemptions in the district court. *See* Conn. Gen. Stat. § 52-361b(e); *Rodriguez ex rel. Rodriguez v. DeBuono*, 175 F.3d 227, 234 (2d Cir. 1998). This motion may be renewed following an appeal from the district court's ruling on the exemption motion. The Appellants should note that any future request for a stay should be made in the district court in the first instance.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

SAO/ED