UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br>                            Plaintiff, <br> v. <br> MOSTAFA REYAD and WAFA REYAD, <br>                            Defendants. | CIVIL ACTION NO. <br> 3:00CV835(CFD) <br><br><br> APRIL 14, 2008 |

**PLAINTIFF'S CONSENTED-TO MOTION TO RESCHEDULE HEARING
RE: EXEMPTION AND TURNOVER ORDER MOTIONS**

Plaintiff IndyMac Bank, F.S.B. ("Plaintiff" or "IndyMac") respectfully requests that the hearing recently scheduled to be held on May 7, 2008 in the above-referenced matter concerning the Defendants' pending exemption motion and IndyMac's pending motion for a turnover order be rescheduled due to the unavailability of both counsel for IndyMac on May 7th. The undersigned counsel for IndyMac is scheduled to be on trial in Connecticut State Court in the matter encaptioned Pace v. Simko, Docket No. FBT-CV-01-0387513-S, Judicial District of Fairfield at Bridgeport, beginning on May 6, 2008, and the trial is expected to last for two weeks, through May 16, 2008. The Pace v. Simko trial has been scheduled for a number of months. Additionally, David Schaefer, IndyMac's lead counsel, is scheduled to be in Washington D.C. on May 7th for a conference.

Plaintiff's counsel are available to attend a court hearing in this matter on the following dates in May: 1 (before 1:00 p.m.); 2; 12; 19; 20; 22; 23; 28. Defendant Mostafa Reyad advised the undersigned counsel that the Defendants consent to a continuance of the scheduled hearing, and that the Defendants already requested via

separate motion that the hearing be rescheduled to a date at least twenty (20) days after the initially scheduled date.[1]

WHEREFORE, due to the aforesaid unavailability of Plaintiff's counsel, IndyMac respectfully requests that the hearing originally scheduled in this matter for May 7, 2008 be rescheduled to be held on one of the following dates in May: 1 (before 1:00 p.m.); 2; 12; 19; 20; 22; 23; 28.

                    PLAINTIFF INDYMAC BANK, F.S.B.

By: _____
    David R. Schaefer (ct04334)
    Rowena A. Moffett (ct19811)
    BRENNER, SALTZMAN & WALLMAN LLP
    Its Attorneys
    271 Whitney Avenue
    P.O. Box 1746
    New Haven, CT 06507-1746
    Tel. (203) 772-2600
    Fax. (203) 562-2098
    Email: dschaefer@bslwlaw.com
            rmoffett@bswlaw.com

---

[1] Due to other trial commitments and vacation schedules commencing in June 2008, and due to the period of time that this matter already has been pending, Plaintiffs strongly prefer that the subject hearing be held during the month of May.

A79759.DOC            2

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail this 14th day of April, 2008 upon:

Mostafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

Wafa Reyad
2077 Center Ave
#22D
Fort Lee, NJ  07024

American Express IDS/Ameriprise Financial
c/o Gene Kodadeck, Esq.
Ameriprise Financial
70100 Ameriprise Financial Center
Minneapolis, MN 55474

Variable Annuity Life Insurance Co.
c/o Joshua Cohen, Esq.
Day Pitney, LLP
One Audobon St.
New Haven, CT  06511

Rowena A. Moffett (ct19811)