UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

INDYMAC BANK, F.S.B.

    Plaintiff

v.

MOSTAFA REYAD and WAFA REYAD

    Defendants

Civil Action No.

3:00CV835(CFD)

Date: April 24, 2008

---

### DEFENDANTS' MOTION RE: RESCHEDULE HEARING ORDER

Defendants Mostafa Reyad and Wafa Reyad respectfully requesting the Rescheduling Order For Hearing For Exemption, if Ordered by the Court to be after May 30, 2008. Wafa Reyad has been scheduled for surgery on May 22, 2008, the surgery relates to her injury when she was hit by a passing car while crossing the street. Mostafa Reyad telephoned attorney Moffett on Tuesday May 22, 2008 to ask her consent, she was not available, he left a message. The circumstances stated is beyond Defendants' control, the Honorable Court should Grant the instant motion.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By _[signature]_<br><br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By _[signature]_<br><br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.n |

## CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned dated or before has served the attached document by mailing a true and correct copy to the following:

1- Attorney Rowena A. Moffett
   Brenner, Saltzman & Wallman
   271 Whitney Aenue
   New Haven, CT 06511

2- American Express IDS/Ameriprise Financial
   c/o Gene Kodadek, Esq.
   Ameriprise Financial
   70100 Ameriprise Financial Center
   Minneapolis, MN 55474

3- Variable Annuity Life Insurance Co.
   c/o Joshua Cohen, Esq.
   Day Pitney LLP
   One Audubon St.
   New Haven, CT 06511

_[signature]_

Mostafa Reyad