*Indymac*
v
*Reyad, et al*

3:00CV835 CFD

---

# NORTH JERSEY ORTHOPAEDIC SPECIALISTS, P.A.

BONE AND JOINT SURGERY . SPORTS MEDICINE . PEDIATRIC ORTHOPAEDICS . HAND SURGERY

JOHN M. OWENS, M.D., F.A.A.O.S    JEN F. LEE, M.D., F.A.A.O.S.    JONATHAN M. ARCHER, M.D., F.A.A.O.S.
ANDREW A. BRIEF, M.D.    STEPHEN R. LINDHOLM, M.D.

Dear _Wafa_ :
(Patient/Guardian)

Arrangements have been made for your admission to North Jersey Surgery Center on _Thursday_ with your subsequent surgery scheduled on _5/22/08_ at _1:30pm_. **(PLEASE NOTE: Time is subject to change.)**

You cannot eat or drink **ANYTHING** after midnight prior to your surgical procedure. This is regardless of the scheduled time of the procedure. Please report to the Admitting Office at _2:30pm_ on the day of your surgery.

If you have any further questions, or need to cancel or reschedule your surgery please call us at least (2) two weeks prior to the date you are scheduled. In addition, we have scheduled your (2) two week post-operative appointment on _6/6/08_ at _10:15am_ in our _Teaneck_ office. If this appointment is not convenient please contact our office.

| 1 DeGraw Avenue | 106 Grand Avenue | 15 VerValen Street |
|---|---|---|
| Teaneck, N. J. 07666 | Englewood, N. J. 07631 | Closter, N. J. 07624 |
| Tel: (201) 353-9000 | Tel: (201) 608-0100 | Tel: (201) 784-6800 |
| Fax (201) 530-0003 | Fax (201) 608-0104 | Fax (201) 784-6801 |