UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B., | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 3:00CV835(CFD) |
| v. | : |
| MOSTAFA REYAD and WAFA REYAD, | : |
| Defendants. | : APRIL 28, 2008 |

### PLAINTIFF'S OBJECTION TO
### DEFENDANTS' MOTION RE: RESCHEDULE HEARING ORDER

Plaintiff IndyMac Bank, F.S.B. ("IndyMac") hereby objects to Defendants Mostafa Reyad and Wafa Reyad's motion dated April 24, 2008 requesting that the Court reschedule the hearing in the above-referenced action scheduled for May 1, 2008.

Prior to the filing of said motion, Defendant Mostafa Reyad had sought the consent of IndyMac, and Attorney Moffett representing IndyMac had informed Mr. Reyad that IndyMac would not consent to the motion and asked that IndyMac's position be set forth in Defendants' motion.

IndyMac objects to the motion because it is not clear from the motion why Wafa Reyad is not able to attend the scheduled hearing. Further, it asks for essentially the same relief that Defendants had requested in a separate motion dated April 15, 2008 seeking to delay the subject hearing.

For the above reasons, IndyMac objects to the granting of Defendants' Motion Re: Reschedule Hearing Order.

                                                  INDYMAC BANK, F.S.B.

                                                  By: _____
                                                  David R. Schaefer (ct04334)
                                                  Rowena A. Moffett (ct19811)
                                                  BRENNER, SALTZMAN & WALLMAN LLP
                                                  271 Whitney Avenue
                                                  New Haven, CT  06511
                                                  Juris No. 06063
                                                  Tel. (203) 772-2600
                                                  Fax: (203) 562-2098
                                                  Email:  dschaefer@bswlaw.com
                                                  Email:  rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 28th day of April, 2008 to all counsel and pro se parties of record as follows:

Mostafa Reyad
92 Aristotle Way
Cranbury, NJ  08512-2550

Wafa Reyad
92 Aristotle Way
Cranbury, NJ  08512-2550

American Express IDS/Ameriprise Financial
c/o Gene Kodadeck, Esq.
Ameriprise Financial
70100 Ameriprise Financial Center
Minneapolis, MN 55474

Variable Annuity Life Insurance Co.
c/o Joshua Cohen, Esq.
Day Pitney, LLP
One Audobon St.
New Haven, CT  06511

David R. Schaefer

m:\docs\04127\001\a84915.doc