UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

INDYMAC BANK, F.S.B.

 Plaintiff                                    Civil Action No.
v.                                         3:00CV835(CFD)
MOSTAFA REYAD and WAFA REYAD
Defendants                          Date: JULY 14,2008

---

## AMENDED JOINT-NOTICE OF APPEAL

Notice is hereby Given, that, Defendants Mostafa Reyad and Wafa Reyad Jointly, Appeal to the United States Court of Appeal For the Second Circuit, Amending their Joint-Notice of Appeal dated May 25, 2007(Doc # 500). Pursuant to FRAP; Rule 4(B)(i); and Rule 4(B)(ii). Appealing to add " <u>Notice is hereby Given</u>", that, the only Plaintiff in this Action has Died. It is on July 11, 2008 at 3:30 p.m., FDIC has seized INDYMAC BANK, F.S.B., and sent its Chairman, Mr. Michael Perry home, and closed the said bank.  On July 12, 2008, FDIC announced the continuation of the bank operation under an  Appointed  Receiver under the name INDYMAC FEDERAL BANK, to protect depositors to the specified amount of FDIC Regulations. FDIC Estimated its lose of $ 4-8 Billions.

The Notice of Plaintiff's Death is hereby Given, Similar to the Notice Given in the District Court. It is the duty of Defendants-Appellants to file this Notice in the Appellate Court where the Jurisdiction lies.

The Defendant
Mostafa Reyad

By _____

Mostafa Reyad
92 Aristotle Way
Cranbury, NJ 08512-2550
Phone : 201-621-3925
E.mail: Reyad@optonline.net

The Defendant
Wafa Reyad

By _____

Wafa Reyad
92 Aristotle Way
Cranbury, NJ 08512-2550
Phone : 201-621-3925
E.mail:Reyad@optonline.net