UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff  
v.  
MOSTAFA REYAD and WAFA REYAD  
Defendants

Civil Action No.  
3:00CV835(CFD)

Date: JULY 14, 2008

## DEFENDANTS' MOTION TO DECLARE PLAINTIFF'S DEATH AND STAY ALL PROCEEDINGS PENDING SUBSTITUION

Defendants Mostafa Reyad and Wafa Reyad Respectfully Move this Honorable Court to Declare the only Plaintiff in this Action, INDYMAC BANK, F.S.B has died on July 11, 2008. "Defendants' Notice has been Given", Plaintiff's attorney or any representative to the dead bank may apply for Plaintiff's substitution to carry the rights and liabilities of the dead Plaintiff within 90 days of this notice, i.e. on or before October 14, 2008. If no substitution before October 14, 2008, the Entire Action Must be Dismissed by the Operation of the law. In the interim all

1

proceedings should be Stayed pending Plaintiff's substitution. The instant Motion must be Granted as a matter of law.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By _[signature]_<br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By _[signature]_<br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.net |

# CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned date or before has served the attached document by mailing a true and correct copy to the following:

1- Attorney Rowena A. Moffett
   Brenner, Saltzman & Wallman
   271 Whitney Avenue
   New Haven, CT 06511

2- American Express IDS/Ameriprise Financial
   c/o Gene Kodadek, Esq.
   Ameriprise Financial
   70100 Ameriprise Financial Center
   Minneapolis, MN 55474

3- Variable Annuity Life Insurance Co.
   c/o Joshua Cohen, Esq.
   Day Pitney LLP
   One Audubon St.
   New Haven, CT 06511

Mostafa Reyad