UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

    Plaintiff                                  Civil Action No.

                                                         3:00CV835(CFD)

v.

MOSTAFA REYAD and WAFA REYAD

    Defendants                            Date:JULY 14,2008

### DEFENDANTS' RENEWED MOTION FOR EXEMPTIONS

      Defendants Mostafa Reyad and Wafa Reyad [herehereafter "Reyads"], respectfully move this Honorable Court Pursuant to Fed. R. Civ. P. 12(b)(6), and Rule 12 (h)(2), to Consider the Instant Motion as a Cross-Motion to Dismiss all Plaintiff's Opposition prior submitted in Plaintiff's opposition to Reyads' Exempted Properties. For reasons Demonstrated in the accompanied Memorandum

1

of Law, this Court should Disregard any and all Plaintiff's opposition to Defendants' Motions For Exemptions, and Order Plaintiff to release all execution orders, return back any account garnished by Plaintiff, and satisfy any other as released.

The Defendant
Mostafa Reyad

By _____

Mostafa Reyad
92 Aristotle Way
Cranbury, NJ 08512-2550
Phone : 201-621-3925
E.mail: Reyad@optonline.net

The Defendant
Wafa Reyad

By _____

Wafa Reyad
92 Aristotle Way
Cranbury, NJ 08512-2550
Phone : 201-621-3925
E.mail:Reyad@optonline.net

2

## CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned dated or before has served the attached document by mailing a true and correct copy to the following:

1- Attorney Rowena A. Moffett
   Brenner, Saltzman & Wallman
   271 Whitney Avenue
   New Haven, CT 06511

2- American Express IDS/Ameriprise Financial
   c/o Gene Kodadek, Esq.
   Ameriprise Financial
   70100 Ameriprise Financial Center
   Minneapolis, MN 55474

3- Variable Annuity Life Insurance Co.
   c/o Joshua Cohen, Esq.
   Day Pitney LLP
   One Audubon St.
   New Haven, CT 06511

Mostafa Reyad