UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff
v.
MOSTAFA REYAD and WAFA REYAD
Defendants

Civil Action No.
3:00CV835(CFD)

Date: JULY 18,2008

**DEFENDANTS EMERGANCY MOTION FOR INJUNCTIVE RELIEF**

Defendants Mostafa Reyad and Wafa Reyad hereby, Respectfully Moving this Court in an Emergency Situation For Injunctive Relief. Plaintiff' attorney, namely, Rowena a. Moffett acted in Contempt of this Court's Order, and Disobeyed this Court Writs of Execution Orders Issued by this Court's District Clerk, which stipulate the execution is upon Nonexempt Personal Properties. The Writs include " Exemption Claim Form Property Execution". Attorney Moffett applied to this Court to appoint Mr. Sanford Levine to act as processor server under her direction. Knowingly directed Mr. Levine to execute upon exempt personal properties before this Court Ruling upon Defendants' motion for

1

exemption. Attorney Moffett admitted her act against the law, claiming that Mr. Levine is holding all contested funds pending ruling on Defendants' claimed exemptions. Attorney Moffett admission is culpability of acting against Connecticut General Statutes. Attorney Moffett did not provide evidence that, the contested funds is in hold with Mr. Levine. She acted in persistent contempt by not returning those funds to the garnishees.

Plaintiff in this Action's Caption, IndyMac Bank, F.S.B., has been Declared Dead by Order of the United States Federal Deposit Insurance Corporation as of July 11, 2008 at 3:30 p.m. Plaintiff's Death establishes the Imminent Irreparable Harm would Occur if those funds will not be returned immediately as mandated by a provision of the statute.

## **CONCLUSION**

WHEREFORE, ORDER BY THIS COURT SHOULD BE ISSUED, Ordering attorney Moffett to turn over the Funds to the same place it garnished from as follows:

1- The amount of $ 26,288 illegally garnished from New England Life Insurance Company.

2- The amount of $748.74 illegally garnished from Mostafa Reyad's account maintained with Bank of America.

3- The amount of $ 407.36 illegally garnished from Wafa Reyad's account maintained with Bank North.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By *(signature)*<br><br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By *(signature)*<br><br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.net |

## CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned dated or before has served the attached document by mailing a true and correct copy to the following:

Attorney Rowena A. Moffett
Brenner, Saltzman & Wallman
271 Whitney Aenue
New Haven, CT 06511

By *(signature)*
Mostafa Reyad
92 Aristotle Way
Cranbury, NJ 08512-2550
E.mail: reyad@optonline.net