Civil (April 12, 2004)

HONORABLE **Droney**
DEPUTY CLERK **Den**    RPTR/ERO/TAPE **Marshall**

TOTAL TIME: ___ hours **40** minutes

DATE **7/18/08**    START TIME **2:05**    END TIME **2:45**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**IndyMac**

vs.

**Reyad, et al**

CIVIL NO. **00cv835 (CFD)**

**Shafer, Moff**
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Reyad – pro se**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | | |
|---|---|---|
| ☒ #521 | Motion **for turnover order** | ☐ granted ☐ denied ☒ advisement |
| ☒ #535 | Motion **for exemptions** | ☐ granted ☐ denied ☒ advisement |
| ☒ #550 | Motion **to declare plaintiff's death** | ☐ granted ☐ denied ☒ advisement |
| ☒ #557 | Renewed Motion **for exemptions** | ☐ granted ☐ denied ☒ advisement |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____