UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| INDYMAC BANK, F.S.B. | |
| Plaintiff | Civil Action No. |
| v. | 3:00CV835(CFD) |
| MOSTAFA REYAD and WAFA REYAD | |
| Defendants | Date: JULY 24, 2008 |

## MOSTAFA REYAD'S MOTION TO SRIKE

Defendant Mostafa Reyad, hereby Respectfully Moves This Court to Strike Certain Parts of the Hearing Held before This Court on Friday July 18, 2008. Mostafa Reyad [ hereafter "Reyad"] had filed motion to Stay All Proceedings Pending Substitution of the Dead Plaintiff, dated July 14, 2008, ( Doc# 556), and called the Chamber twice to be sure that, the said motion have reached the Honorable Judge. At the beginning of the said Hearing Reyad Asked the court to Review the Stay motion. At the end of the Hearing, The Court Directed Reyad to file his reply to Plaintiff's objection, which Reyad had received about 5 minutes before the Hearing commenced. Most of the Hearing was hearing upon Defendants' motion for Exemptions as Scheduled. That part of The Hearing

1

which includes pleadings of attorney Rowena A. Moffett, and attorney David R. Schaeffer, and their response to The Court's Discussion related to any pleadings or discussion other than Defendants' motion to declare Plaintiff's Death and Impose the Stay, Must be Strike Off .Both stated named attorneys lack standing in any matter except the pleadings and discussion related only to Plaintiff's Death and/or Imposing the Stay.

For the reasons demonstrated in the accompanied Memorandum of Law in Support of This Motion, the instant motion must be Granted , The Court must Strike off Any and All attorneys Moffett', and Schaeffer' pleadings and discussions not pertinent to Plaintiff's Death nor Imposing the Stay, as a Matter of Law.

The Defendant
Mostafa Reyad

By /s/

Mostafa Reyad
92 Aristotle Way
Cranbury, NJ 08512-2550
Phone : 201-621-3925
E.mail:Reyad@optonline.

## CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned date or before has hand delivered a true and correct copy to Wafa Reyad, and has served the attached document by mailing a true and correct copy to the following:

Attorney Rowena A. Moffett
Brenner, Saltzman & Wallman
271 Whitney Avenue
New Haven, CT 06511

Mostafa Reyad