UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff

v.

MOSTAFA REYAD and WAFA REYAD

Defendants

Civil Action No.
3:00CV835(CFD)

Date: JULY 24, 2008

## MOSTAFA REYAD'S AFFIDAVIT

I, Mostafa Reyad, at the age of 66 years, Hereby, Declare Under Penalty of Perjury Under the Laws of the United States, that the Following is True and Correct to the Best of Knowledge, Believe and Information:

1- The Instant Affidavit is to be Provided in Support of my Defense to the Motion For Exemption for the Car I Drive it.

2- The Said Car is Owned by my Wife, I do not Own any Other Car, it is Honda Accord 2001 License Plate Number LGW36N, State of New Jersey, *see*, copy of Vehicle Registration enclosed within.

3- *See*, Photo of License Plate, enclosed within.

4- *See*, Photo of Right Rear Fender Damage, Enclosed Within.

1

5- *See*, Photo Left Rear Door Damage.

6- The Millage Reading is 165, 820 as of the Date Shown Above.

7- It is my Best Estimate to Sell This Car, would be $ 700 or less.

Executed in Cranbury, New Jersey

On July 24, 2008

*/s/ Mostafa Reyad*

Mostafa Reyad









The Defendant
Mostafa Reyad

By *[signature]*

Mostafa Reyad
92 Aristotle Way
Cranbury, NJ 08512-2550
Phone : 201-621-3925
E.mail:Reyad@optonline.

## **CERTIFICATE OF SERVICE**

I, the undersigned Mostafa Reyad, certifies, that on the captioned date or before has hand delivered a true and correct copy to Wafa Reyad, and has served the attached document by mailing a true and correct copy to the following:

    Attorney Rowena A. Moffett
    Brenner, Saltzman & Wallman
    271 Whitney Avenue
    New Haven, CT 06511

*[signature]*
Mostafa Reyad