UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

 Plaintiff  
v.  
MOSTAFA REYAD and WAFA REYAD  
Defendants

Civil Action No.  
3:00CV835(CFD)

Date: September 2, 2008

**<u>EMERGENCY MOTION TO STAY IMMEDIATE EXECUTION ON REYADS' EXEMPTED PROPERTIES PENDING APPELLATE RULING ON EMERGENCY MOTION TO STAY IMMEDIATE EXECUTION ON REYADS' EXEMPTED PROPERTIES</u>**

**<u>RETURN DATE:   FRIDAY SEPTEMBER 5, 2008</u>**

Mostafa Reyad and Wafa Reyad, hereby respectfully move this Court in an Emergency Situation for an Order to Stay the Immediate Execution Order Issued by this Court on August 27, 2008 (Doc#566). The Stay requested Pending the Ruling of The Court of Appeals on Defendants' "Emergency Motion To Stay Immediate Execution On Reyads' Exempted Properties", filed and entered on August 29, 2008 via fax transmission in the Court of Appeals for the Second Circuit, with a return date of September 3rd, 2008 . For Compelling Reasons

1

Demonstrated in the accompanied memorandum of law in support of this motion, this Court should Grant the instant motion and Order the Stay of Execution on Reyads' Exempted Properties.

## CONCLUSION

WHEREFORE, the Court Should Order the District Clerk to Stay Execution of this Court's Order dated August 27, 2008 Pending Further Order of this Court.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By_____<br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By_____<br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.net |

## CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned dated or before has served the attached document by Emailing and mailing a true and correct copy to the following:

Attorney Rowena A. Moffett
Brenner, Saltzman & Wallman
271 Whitney Aenue
New Haven, CT 06511
E.mail: rmoffett@bswlaw.com

By_____
Mostafa Reyad