D.Conn.
00-cv-835
Droney, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the ___16th___ day of ___October___, two thousand seven.

Present:

    Hon. Thomas J. Meskill,
    Hon. Robert A. Katzmann,
        *Circuit Judges,*
    Hon. Edward R. Korman,[*]
        *District Judge.*

[FILED OCT 16 2007 — United States Court of Appeals, Second Circuit, Catherine O'Hagan Wolfe, Clerk]

---

Indymac Mortgage Holdings Inc., Indymac Inc.,

    *Plaintiffs-Counter-Defendants,*

Indymac Bank, FSB,

    *Plaintiff-Appellee,*

v.

Mostafa Reyad, Wafa Reyad,

    *Defendants-Counterclaimants-Appellants.*

07-1256-cv (L)
07-2307-cv (Con)

---

Appellants move to stay execution of a judgment in favor of the Appellee upon allegedly exempt properties. Upon due consideration, it is ORDERED that the motion is DENIED without prejudice to renewal. The Appellants have not requested this specific relief in the district court as required under Federal Rule of Appellate Procedure 8(a). Moreover, the Appellants have not demonstrated that a stay is needed to prevent irreparable harm given that only monetary assets are involved and because Connecticut law, under which the writs of execution were issued, provides that an automatic stay is in place based on the Appellants' filing of their motion for

OCT 1 6 2007

---

    [*]The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

exemptions in the district court. *See* Conn. Gen. Stat. § 52-361b(e); *Rodriguez ex rel. Rodriguez v. DeBuono*, 175 F.3d 227, 234 (2d Cir. 1998). This motion may be renewed following an appeal from the district court's ruling on the exemption motion. The Appellants should note that any future request for a stay should be made in the district court in the first instance.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk
>
> By: *Lucille Carr*

SAO/ED