UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff
v.
MOSTAFA REYAD and WAFA REYAD
Defendants

Civil Action No.
3:00CV835(CFD)

Date: September 10, 2008

## MOTION TO STAY ORDER NUMBER 566

Defendants Mostafa Reyad and Wafa Reyad, hereby respectfully move this Honorable Court to Stay its Order dated August 27, 2008 (Doc # 566). The 10 days permissible to file the instant motion expires on September 11, 2008. Thus, the instant motion complied with Federal Rules, timely filed. For reasons demonstrated in the accompanied memorandum of law in support of this motion, the Court should grant the instant motion.

## RELIEF REQUESTED

Under the extraordinary circumstances outlined this entire action, an Order Should be Issued to Stay Execution on the claimed exempted properties pending Review by the Court of Appeal.

1

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By_____<br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By_____<br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.net |

### CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned dated or before has served the attached document by Emailing and mailing a true and correct copy to the following:

    Attorney Rowena A. Moffett
    Brenner, Saltzman & Wallman
    271 Whitney Aenue
    New Haven, CT 06511
    E.mail: rmoffett@bswlaw.com

By_____
    Mostafa Reyad
    92 Aristotle Way
    Cranbury, NJ 08512-2550
    E.mail: reyad@optonline.net