UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff
v.
MOSTAFA REYAD and WAFA REYAD
Defendants

Civil Action No.
3:00CV835(CFD)

Date: September 10, 2008

## MEMORANDUM OF LAW IN SUPFPORT OF

## MOTION TO STAY ORDER NUMBER 566

This is the Defendants Mostafa Reyad and Wafa Reyad Memorandum of law in Support of the accompanied Motion to Stay this Court's Order Entitled " *Turnover Order and Rulings on Various Motions*", Ordered by this Court dated August 27, 2008, Entered on August 28, 2008. The 10 days permissible to file the instant motion to stay expires on September 11, 2008. Accordingly, it is timely filed. Defendants has filed with this Court "Emergency Motion to Stay Immediate Execution on Reyads' Exempted properties Pending Appellate Ruling on Motion to Stay Immediate Execution on Reyads' Exempted Properties" dated September 2, 2008 (Doc#567). Plaintiff attacked the procedural propriety of that motion in their opposition to the underlying emergency motion in the Court of Appeal, and because this Court's Clerk does not Recognize the Emergency Status of the said

1

Defendants' motion in its Entry of Response due 9/23/2008, Defendants in the fear of any procedural defect may occur, are filing the instant motion, rendering the Emergency Motion dated September 2, 2008 (Doc#567) moot.

## THE EXTRAORDINARY CIRCUMSTANCES

1- This Court's Order Denying Defendants' Exemptions Motions, under the circumstances is Unfair must be Reversed, because Defendants are under seize of a nuclear prejudgment remedy for more than 8 years, and the specified assets Ordered to be Executed are under seize since inception of this action. The nuclear prejudgment remedy for the duration of more than 8 years has eroded all Defendants' assets, made it impossible to post a supersedeas bond, in addition there is no existence for a Legitimate Plaintiff. The Stay requested does not prejudice any party.

2- The Order at Suborder number 6, Denied Defendants' Motion to Declare Plaintiff's Death and Stay All Proceedings, the Denial is not clear due to the Absence of Articulation, raising a question of law should be addressed by the Court under the circumstances. IndyMac Bank, F.S.B. has disappeared from existence pursuant to the 2 exhibits filed by the attorneys as attachments to "Plaintiff's Objection to Defendants' Motion to Declare Plaintiff's Death and Stay Proceedings", dated July 18, 2008 (Doc#558-2&#558-3). In this Court there is no

Plaintiff has been substituted, or requested to be substituted. Accordingly, and Fed. R. Civ. P. Rule 25(c), is impossible to be applicable to a disappeared entity. Thus, under that circumstances of Plaintiff's disappearance, and the document docketed number 558-3 in which FDIC pursuant to its Article III, Section 4, subsection (d), has denied acquiring and purchasing or obtaining an option to purchase any defensive litigation with respect to which the Failed Bank was a defendant or counter-claimant. It means that FDIC does not involve itself in actions where counterclaims are under litigation. That is to say, FDIC is not going to be substituted. Substitution of a party must be for claims and counterclaims, it is not allowed to be separated pursuant to Rule 82. Thus, Ruling upon Defendants' Motion to Declare Plaintiff's Death and Stay All Proceedings should be Reversed.

3-Upon Reversing the above motion, the Suborders 1 & 3, would be moot, and the Ordered Execution must Stay Pending the proper substitution if any.


Finally, for the interest of justice, the instant motion must be Granted. This Court's Order to Stay Execution Pending Appellate Review Should be Issued.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By_____<br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By_/s/ Wafa Reyad_<br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.net |

## CERTIFICATE OF SERVICE

I, the undersigned Mostafa Reyad, certifies, that on the captioned dated or before has served the attached document by Emailing and mailing a true and correct copy to the following:

    Attorney Rowena A. Moffett
    Brenner, Saltzman & Wallman
    271 Whitney Aenue
    New Haven, CT 06511
    E.mail: rmoffett@bswlaw.com

By_____
    Mostafa Reyad
    92 Aristotle Way
    Cranbury, NJ 08512-2550
    E.mail: reyad@optonline.net