UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INDYMAC BANK, F.S.B.

Plaintiff
v.
MOSTAFA REYAD and WAFA REYAD
Defendants

Civil Action No.
3:00CV835(CFD)

Date: September 10, 2008

## AMENDED JOINT-NOTICE OF APPEAL

Notice is hereby Given, that, Defendants Mostafa Reyad and Wafa Reyad Jointly, Appeal to the United States Court of Appeal For the Second Circuit, Amending their Joint-Notice of Appeal dated May 25, 2007(Doc # 500), Docketed in the Court of Appeals under number 07-1256-cv(Lead) and 07-2307-cv (Continuation) . Pursuant to FRAP; Rule 4(a)(B)(i); and Rule 4(a)(B)(ii), Appealing to Amend the District Court Final Order Entitled " *Turnover Order and Rulings on Various Motions*", Ordered by Honorable Christopher F. Droney, U.S.D.J. of the District of Connecticut dated August 27, 2008, entered on the Docket on August 28, 2008 (Doc# 566), attached hereto. The above Order is a flat Denial, blocking any avenue to be Considered for a motion for consideration to be

1

filed in the District Court. Defendants hereby Amending the Appeal to include all the 8 Orders Stipulated in the Document entered as Docket Number 566 in the Connecticut District Court.

| | |
|---|---|
| The Defendant<br>Mostafa Reyad<br><br>By_____<br><br>Mostafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail: Reyad@optonline.net | The Defendant<br>Wafa Reyad<br><br>By_____<br><br>Wafa Reyad<br>92 Aristotle Way<br>Cranbury, NJ 08512-2550<br>Phone : 201-621-3925<br>E.mail:Reyad@optonline.net |